Gilbert A. Samberg (GS-2610)
David L. Barres (DB-2129)
MINTZ LEVIN COHN FERRIS
GLOVSKY AND POPEO, P.C.
Chrysler Center
666 Third Avenue
New York, New York 10017
(212) 935-3000
(212) 983-3115 (facsimile)



*Attorneys for Respondents UBS AG, Exporters Insurance Company, Ltd.,
Arab Banking Corporation, National Bank of Abu Dhabi and National Bank of Oman*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In the Matter of the Application of

RAMY LAKAH and MICHEL LAKAH,

                    Petitioners,

For a judgment pursuant to Article 75 of
the C.P.L.R. staying the arbitration
commenced by

UBS AG, EXPORTERS INSURANCE
COMPANY, LTD., ARAB BANKING
CORPORATION, NATIONAL BANK OF
ABU DHABI and NATIONAL BANK OF
OMAN,

                    Respondents.
-----------------------------------------------------------x

JUDGE CEDARBAUM

07-CV-2799

STATEMENT PURSUANT TO
FED. R. CIV. P. 7.1

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Respondents UBS AG ("UBS"), Exporters Insurance Company, Ltd. ("EIC"), Arab Banking Corporation ("ABC"), National Bank of Abu Dhabi ("NBAD") and National Bank of Oman ("NBO"), hereby certifies as follows:

4012626v.1
29763-002

1.  As to UBS: (a) it has no parent corporation, and (b) The Depository Trust Company, a U.S. securities clearing company, is registered as a shareholder for a great number of beneficial owners, the total of such holdings being approximately 13.21% of issued shares (as at December 31, 2006).

2.  As to EIC: (a) its parent corporation is EIC Corporation, Ltd. (which is not publicly-held), and (b) no publicly-held corporation owns 10% or more of its stock.

3.  As to ABC: (a) it has no parent corporation, and (b) no publicly-held corporation owns 10% or more of its stock.

4.  As to NBAD: (a) it has no parent corporation, and (b) no publicly-held corporation owns 10% or more of its stock.

5.  As to NBO: (a) it has no parent corporation, and (b) The Commercial Bank of Qatar owns more than 10% of its stock.

Dated:  April 6, 2007
        New York, New York

MINTZ LEVIN COHN FERRIS
GLOVSKY & POPEO, P.C.

By: /s/ Gilbert Samberg
Gilbert A. Samberg (GS-2610)
David L. Barres (DB-2129)
Chrysler Center
666 Third Avenue
New York, New York 10017
(212) 935-3000
(212) 983-3115 (facsimile)

4012626v.1
29763-002