IN THE MATTER OF AN ARBITRATION
Before The Arbitration Tribunals of the
American Arbitration Association

------------------------------------x

UBS AG, EXPORTERS INSURANCE COMPANY, LTD.,
ARAB BANKING CORPORATION, NATIONAL BANK
OF ABU DHABI, and NATIONAL BANK OF OMAN,

              Claimants,

-against-

LAKAH FUNDING LIMITED, HOLDING COMPANY
FOR FINANCIAL INVESTMENTS (LAKAH GROUP),
S.A.E., TRADING MEDICAL SYSTEM EGYPT,
S.A.E., MEDICAL TECHNOLOGY, S.A.E.,
MEDEQUIP FOR TRADING AND CONTRACTING, S.A.E.,
TECHNOWAVE, S.A.E., LIFE CARE
TECHNOLOGY, S.A.E., ARAB STEEL FACTORY, S.A.E.,
RAMY LAKAH, and MICHEL LAKAH,

              Respondents.

------------------------------------x



**NOTICE PURSUANT TO
NEW YORK CIVIL PRACTICE
LAW AND RULES § 7503(c)**



      PLEASE TAKE NOTICE, under § 7503(c) of the New York Civil Practice Law and Rules, that the claimants UBS AG ("UBS"), Exporters Insurance Company, Ltd. ("EIC"), Arab Banking Corporation ("ABC"), National Bank of Abu Dhabi ("NBAD"), and National Bank of Oman ("NBO"), by the undersigned, intend to conduct an arbitration with respect to the controversies described in the Demand for Arbitration and Statement of Claim, dated June 8, 2006, enclosed herewith, pursuant to the provisions of the following contracts dated December 8, 1999:

      a.    the Indenture, dated as of December 8, 1999, among the Issuer (Lakah Funding Limited), the Guarantors (Holding Company for Financial Investments (Lakah Group), S.A.E. ("HCFI"), Trading Medical System Egypt, S.A.E. ("TMSE"), Medequip for Trading and Contracting, S.A.E. ("Medequip"), Arab Steel Factory, S.A.E. ("ASF")), and The Bank of New York, acting through its principal corporate trust office in New York City, as Trustee (the

"Trustee"), for the benefit of the bondholders (including claimants UBS, EIC, ABC, NBAD, and NBO), providing for the issuance of the Bonds;

b. the Guarantee, dated as of December 8, 1999, made jointly and severally by each of the Guarantors, relative to the Bonds, to and in favor of the Trustee for the benefit of the bondholders; and

c. the Regulation "S" Global Bond, dated as of December 8, 1999, including the Terms and Conditions of the Bonds ("TCB").

Said arbitration will be conducted in New York City before a panel of arbitrators to be appointed in accordance with the Commercial Arbitration Rules of the American Arbitration Association.

Unless within twenty (20) days after the service of this Notice, you apply, pursuant to the provisions of § 7503(c) of the New York Civil Practice Law and Rules, for a stay of the arbitration, you will thereafter be precluded from objecting that a valid agreement was not made or has not been complied with and from asserting in court the bar of a limitation of time.

Dated: New York, New York
June 8, 2006

                              MINTZ, LEVIN, COHN, FERRIS,
                              GLOVSKY AND POPEO, P.C.

                              By: _/s/ Gilbert Samberg_____
                                   Gilbert A. Samberg
                              Attorneys for the Claimants
                              The Chrysler Center
                              666 Third Avenue
                              New York, New York 10017
                              Telephone: (212) 935-3000
                              Telecopier: (212) 983-3115

TO: See Attached Service List

## Service List

LAKAH FUNDING LIMITED
c/o CITCO B.V.I. Limited
CITCO Building
Wickhams Cay
P.O. Box 662
Road Town, Tortola
British Virgin Islands


LAKAH FUNDING LIMITED
c/o CORPORATION SERVICE COMPANY
1133 Avenue of the Americas
Suite 3100
New York, NY 10036-6710


LAKAH FUNDING LIMITED
c/o THE BANK OF NEW YORK
101 Barclay Street ( Floor 21W)
New York, NY 10286
   Attn:  Corporate Trust Administration


HOLDING COMPANY FOR FINANCIAL INVESTMENTS (LAKAH GROUP), S.A.E.
68 El Merghany Street
Heliopolis, Cairo
EGYPT


HOLDING COMPANY FOR FINANCIAL INVESTMENTS (LAKAH GROUP), S.A.E.
c/o CORPORATION SERVICE COMPANY
1133 Avenue of the Americas
Suite 3100
New York, NY 10036-6710


HOLDING COMPANY FOR FINANCIAL INVESTMENTS (LAKAH GROUP), S.A.E.
c/o THE BANK OF NEW YORK
101 Barclay Street ( Floor 21W)
New York, NY 10286
   Attn:  Corporate Trust Administration

MEDEQUIP FOR TRADING AND CONTRACTING, S.A.E.
c/o Holding Company for Financial Investments (Lakah Group), S.A.E.
68 El Merghany Street
Heliopolis, Cairo
EGYPT


MEDEQUIP FOR TRADING AND CONTRACTING, S.A.E.
c/o CORPORATION SERVICE COMPANY
1133 Avenue of the Americas
Suite 3100
New York, NY 10036-6710


MEDEQUIP FOR TRADING AND CONTRACTING, S.A.E.
c/o THE BANK OF NEW YORK
101 Barclay Street ( Floor 21W)
New York, NY 10286
   Attn: Corporate Trust Administration


TRADING MEDICAL SYSTEM EGYPT, S.A.E.
c/o Holding Company for Financial Investments (Lakah Group), S.A.E.
68 El Merghany Street
Heliopolis, Cairo
EGYPT


TRADING MEDICAL SYSTEM EGYPT, S.A.E.
c/o CORPORATION SERVICE COMPANY
1133 Avenue of the Americas
Suite 3100
New York, NY 10036-6710


TRADING MEDICAL SYSTEM EGYPT, S.A.E.
c/o THE BANK OF NEW YORK
101 Barclay Street ( Floor 21W)
New York, NY 10286
   Attn: Corporate Trust Administration


ARAB STEEL FACTORY, S.A.E.
1 Moshir Ahmed Ismael Street
Cairo, Egypt

ARAB STEEL FACTORY, S.A.E.
c/o Holding Company for Financial Investments (Lakah Group), S.A.E.
68 El Merghany Street
Heliopolis, Cairo
EGYPT


ARAB STEEL FACTORY, S.A.E.
c/o CORPORATION SERVICE COMPANY
1133 Avenue of the Americas
Suite 3100
New York, NY 10036-6710


ARAB STEEL FACTORY, S.A.E.
c/o THE BANK OF NEW YORK
101 Barclay Street ( Floor 21W)
New York, NY 10286
   Attn:  Corporate Trust Administration


RAMY RAYMOND LAKAH
21 Rue Galilée
Paris 16eme
FRANCE


MICHEL LAKAH
999, Rue White (#701)
St. Laurent, Quebec H4M 2X8
CANADA


MICHEL LAKAH
c/o LBIG Construction
1176 Rue Bishop
Montreal, Quebec H3G 2E3
CANADA


TECHNOWAVE, S.A.E.
166 Al Hijaz Street
Heliopolis, Cairo
EGYPT

LIFE CARE TECHNOLOGY, S.A.E.
13 El-Khalifa El Wathek St.
Nasr City, Cairo
EGYPT


MEDICAL TECHNOLOGY, S.A.E.
16 El Khartoum Street
Heliopolis, Cairo
EGYPT