IN THE MATTER OF AN ARBITRATION
Before The Arbitration Tribunals of the
American Arbitration Association
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
UBS AG, EXPORTERS INSURANCE COMPANY, LTD., :
ARAB BANKING CORPORATION, NATIONAL BANK :
OF ABU DHABI, and NATIONAL BANK OF OMAN, :
                                          Claimants, :

             -against-                          : No. 50 148 T 00251 06

LAKAH FUNDING LIMITED, HOLDING COMPANY  :   **AFFIDAVIT OF**
FOR FINANCIAL INVESTMENTS (LAKAH GROUP), :   **MAILING OF NOTICE**
S.A.E., TRADING MEDICAL SYSTEM EGYPT,    :
S.A.E., MEDICAL TECHNOLOGY, S.A.E.,      :
MEDEQUIP FOR TRADING AND CONTRACTING, S.A.E.,:
TECHNOWAVE, S.A.E., LIFE CARE            :
TECHNOLOGY, S.A.E., ARAB STEEL FACTORY, S.A.E., :
RAMY LAKAH, and MICHEL LAKAH,            :

                                Respondents. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

STATE OF NEW YORK   )
                          ) ss.:
COUNTY OF NEW YORK )

        MELISSA SANTIAGO, being duly sworn, deposes and says:

        1.    I am not a party to this proceeding, am over 18 years of age, and am an employee of MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO, P.C.

        2.    On June 9, 2006, I delivered a true and correct copy of the *Demand for Arbitration and Statement of Claim, Notice Pursuant to New York Civil Practice Law and Rules § 7503(c), and Letter Requesting Reasoned Award* herein to each of the following via Federal Express International ("FedEx"):

NYC 364851v.1
29763.002

MICHEL LAKAH
999 Rue White (701)
St. Laurent, Quebec
Canada H4M 2X8

MICHEL LAKAH
c/o LBIG Construction
1176 Rue Bishop
Montreal, Quebec
Canada H3G 2E3

  3. On June 12, 2006 at 8:43 am local time, delivery of the document package to the St. Laurent address was accepted on behalf of Michel Lakah by a "C. Masse," as confirmed by FedEx. (See <u>Exhibit "A"</u>.)

  4. On June 12, 2006 at 11:51 am local time, delivery of the document package to the Montreal address was accepted on behalf Michel Lakah by a "A. Zydence," as confirmed by FedEx. (See <u>Exhibit "B"</u>.)

*Melissa Santiago*
Melissa Santiago

Sworn to before me
this 13th day of April, 2007.

*NM Kakalia*
NOTARY PUBLIC

NARGES M. KAKALIA
Notary Public, State of New York
No. 02KA6149879
Qualified in New York County
Commission Expires July 17, 2010

Exhibit A

FedEx | Track

## Track Shipments
## Detailed Results

⑦ Quick Help

| | | | |
|---|---|---|---|
| **Tracking number** | 855977082015 | **Reference** | 29763-002 |
| **Signed for by** | C.MASSE | **Destination** | ST. LAURENT, PQ |
| **Ship date** | Jun 9, 2006 | **Delivered to** | Guard/Security Station |
| **Delivery date** | Jun 12, 2006 8:43 AM | **Service type** | Priority Pak |
| | | **Weight** | 3.2 lbs. |
| **Status** | Delivered | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Jun 12, 2006 | 8:43 AM | Delivered | ST. LAURENT, PQ | |
| | 8:30 AM | On FedEx vehicle for delivery | ST LAURENT, PQ | |
| | 5:02 AM | At local FedEx facility | ST LAURENT, PQ | |
| Jun 10, 2006 | 7:19 AM | Int'l shipment release | MIRABEL, PQ | |
| | 7:19 AM | Int'l shipment release | MIRABEL, PQ | |
| | 6:25 AM | At dest sort facility | MIRABEL, PQ | |
| | 3:58 AM | Departed FedEx location | INDIANAPOLIS, IN | |
| | 12:48 AM | Departed FedEx location | NEWARK, NJ | |
| Jun 9, 2006 | 10:54 PM | Arrived at FedEx location | NEWARK, NJ | |
| | 10:40 PM | Left origin | NEW YORK, NY | |
| | 8:31 PM | Picked up | NEW YORK, NY | |

[Signature proof]  [Email results]  [Track more shipments]

**Subscribe to tracking updates (optional)**

Your Name: [_____]    Your Email Address: [_____]

| Email address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| [_____] | English | ☒ | ☐ |
| [_____] | English | ☒ | ☐ |
| [_____] | English | ☒ | ☐ |
| [_____] | English | ☒ | ☐ |

**Select format:** ⦿ HTML  ○ Text  ○ Wireless

**Add personal message:**
Not available for Wireless or non-English characters.

[_____]

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions

[Submit]

http://www.fedex.com/Tracking/Detail?ftc_start_url=&totalPieceNum=&backTo=&templ...    6/12/2006

**FedEx Express** — International Air Waybill

/0034/0100/00334573/1

**Sender's Copy**

Packages up to 150 lbs./68 kg
For packages over 150 lbs. (68 kg), use the FedEx Expanded Service Intl. Air Waybill.
Not all services and options are available to all destinations. Dangerous goods cannot be shipped using this Air Waybill.

**1 From** *Please print and press hard.*

Date: MM/DD/YY

Sender's Name: G A Sanberg
Phone: 212 692-6736
Sender's FedEx Account Number: 2488-1705-4

Company: MINTZ LEVIN COHN ATTY AT LAW

Address: 999 3RD AVE FL 24

City: NEW YORK   State/Province: NY   ZIP/Postal Code: 100174040   Country: US

**2 To**

Recipient's Name: Michel Lakah   Phone:

Company:

Address: 999 Rue White #701F

Address:

City: St. Laurent   State/Province: Quebec   ZIP/Postal Code: H4M 2X8   Country: CANADA

Dept/Floor:

**3 Shipment Information**

Total Packages: 1   Total Weight: ___ lbs/kg   □ DIM ___ in/cm

□ For EU Only: Tick here if goods are not in free circulation and provide CI.

Commodity Description REQUIRED: documents COMPLETE IN ENGLISH.

Harmonized Code | Country of Manufacture | Value for Customs REQUIRED
 | W/N | 0

Total Declared Value for Carriage: 
Total Value for Customs (Specify Currency):

Recipient's Tax ID number for Customs purposes: (e.g., GST/RFC/VAT/IN/EIN, or as locally required)

For U.S. Export Only Check One
☒ No SED required per Exemption Schedule B Commodity number
□ SED attached (provide export license no. and exp. date or license exception symbol, w/ECCN if applicable)

**4 Express Package Service**
☒ FedEx Intl. Priority
□ FedEx Intl. First
□ FedEx Intl. Economy

**5 Packaging**
☒ FedEx Envelope
□ FedEx Pak
□ FedEx Box
□ FedEx Tube
□ Other
□ FedEx 10kg Box*
□ FedEx 25kg Box*

**6 Special Handling**
□ HOLD at FedEx Location
□ SATURDAY Delivery

**7a Payment** *Bill transportation charges to:*
☒ Sender Acct No. in Section 1 will be billed.
□ Recipient
□ Third Party
□ Credit Card
□ Cash/Cheque

FedEx Acct. No. / Credit Card No.

**7b Payment** *Bill duties and taxes to:*
☒ Sender Acct No. in Section 1 will be billed.
□ Recipient
□ Third Party

Credit Card Exp. Date:

**8 Your Internal Billing Reference**: 29763002

**9 Required Signature**

Sender's Signature: [signed]

FedEx Tracking Number: 8559 7708 2015

Form ID No. 0402

500

PART 158409 Rev. Date 10/03
©1994-2003 FedEx
PRINTED IN U.S.A.

Exhibit B

## Track Shipments
## Detailed Results

**?** Quick Help

| | | | |
|---|---|---|---|
| **Tracking number** | 855977082048 | **Reference** | 29763-002 |
| **Signed for by** | A.ZYDENCE | **Destination** | MONTREAL, PQ |
| **Ship date** | Jun 9, 2006 | **Delivered to** | Receptionist/Front Desk |
| **Delivery date** | Jun 12, 2006 11:51 AM | **Service type** | Priority Pak |
| | | **Weight** | 3.2 lbs. |
| **Status** | Delivered | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Jun 12, 2006 | 11:51 AM | Delivered | MONTREAL, PQ | |
| | 8:39 AM | On FedEx vehicle for delivery | ST LAURENT, PQ | |
| | 6:19 AM | At local FedEx facility | ST LAURENT, PQ | |
| Jun 10, 2006 | 7:19 AM | Int'l shipment release | MIRABEL, PQ | |
| | 7:19 AM | Int'l shipment release | MIRABEL, PQ | |
| | 6:25 AM | At dest sort facility | MIRABEL, PQ | |
| | 3:58 AM | Departed FedEx location | INDIANAPOLIS, IN | |
| | 12:48 AM | Departed FedEx location | NEWARK, NJ | |
| Jun 9, 2006 | 10:54 PM | Arrived at FedEx location | NEWARK, NJ | |
| | 10:40 PM | Left origin | NEW YORK, NY | |
| | 8:27 PM | Picked up | NEW YORK, NY | |

[Signature proof]   [Email results]   [Track more shipments]

**Subscribe to tracking updates (optional)**

Your Name: [ ]          Your Email Address: [ ]

| Email address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| | English | ■ | ☐ |
| | English | ■ | ☐ |
| | English | ■ | ☐ |
| | English | ■ | ☐ |

Select format: ● HTML  ○ Text  ○ Wireless

Add personal message:

Not available for Wireless or non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions          [Submit]

RETAIN THIS COPY FOR YOUR RECORDS                                                               SRF

**FedEx Express® International Air Waybill**

Sender's Copy

Not all services and options are available to all destinations. Dangerous goods cannot be shipped using this Air Waybill.

1003710100100335457315

**1 From** Please print and press hard.

Date: 9/11/05/04   Sender's FedEx Account Number: 2488-1705-4

Sender's Name: GA Samberg   Phone: 212 692-6716

Company: MINTZ LEVIN COHN ATTY AT LAW

Address: 666 3RD AVE FL 24

City: NEW YORK   State/Province: NY   ZIP/Postal Code: 10017

Country: US

**2 To**

Recipient's Name: Michel Lakah   Phone: 514-866-4424

Company: LBIG Construction

Address: 1176 Rue Bishop

Dept/Floor:

City: Montreal   State/Province: Quebec   ZIP/Postal Code: H3G 2E3

Country: Canada

Recipient's Tax ID number for Customs purposes

**3 Shipment Information**

Commodity Description: documents   COMPLETE IN ENGLISH

Total Packages: — / Total Weight: — lbs/kg / DIM: — x — x — in/cm

Harmonized Code: —   Country of Manufacture: —   Value for Customs REQUIRED: 0

Total Declared Value for Carriage: —   Total Value for Customs (Specify Currency): —

For U.S. Export Only: Check One
☐ No SED required per Exemption _____
☐ SED attached

**4 Express Package Service**

Packages up to 150 lbs./68 kg

☐ FedEx Intl. Priority
☐ FedEx Intl. First
☐ FedEx Intl. Economy

**5 Packaging**

☐ FedEx Envelope
☑ FedEx Pak
☐ FedEx Box
☐ FedEx Tube
☐ FedEx 10kg Box*
☐ FedEx 25kg Box*
☐ Other

**6 Special Handling**

☐ HOLD at FedEx Location
☐ SATURDAY Delivery

**7a Payment** Bill transportation charges to:

☑ Sender Acct. No. in Section 1 will be billed.
☐ Recipient
☐ Third Party
☐ Credit Card
☐ Cash/Check/Cheque

**7b Payment** Bill duties and taxes to:

☑ Sender Acct. No. in Section 1 will be billed.
☐ Recipient
☐ Third Party

**8 Your Internal Billing Reference**: 29763002

**9 Required Signature**

[signature]

FedEx Tracking Number: 8559 7708 2048

Form ID No.: 500   0402

IN THE MATTER OF AN ARBITRATION
Before The Arbitration Tribunals of the
American Arbitration Association

------------------------------------------------x
UBS AG, EXPORTERS INSURANCE COMPANY, LTD., :
ARAB BANKING CORPORATION, NATIONAL BANK :
OF ABU DHABI, and NATIONAL BANK OF OMAN, :
                                               :
                          Claimants,           :
                                               :
           -against-                           :   No. 50 148 T 00251 06
                                               :
LAKAH FUNDING LIMITED, HOLDING COMPANY         :   **AFFIDAVIT OF**
FOR FINANCIAL INVESTMENTS (LAKAH GROUP),       :   **DELIVERY OF**
S.A.E., TRADING MEDICAL SYSTEM EGYPT,          :   **NOTICE**
S.A.E., MEDICAL TECHNOLOGY, S.A.E.,            :
MEDEQUIP FOR TRADING AND CONTRACTING, S.A.E.,  :
TECHNOWAVE, S.A.E., LIFE CARE                  :
TECHNOLOGY, S.A.E., ARAB STEEL FACTORY, S.A.E.,:
RAMY LAKAH, and MICHEL LAKAH,                  :
                                               :
                          Respondents.         :
------------------------------------------------x

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

MELISSA SANTIAGO, being duly sworn, deposes and says:

1. I am not a party to this proceeding, am over 18 years of age, and am an employee of MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO, P.C.

2. We ascertained through an independent investigation in mid-2006 that the then current residence address of respondent Ramy Lakah was 24 Rue Galileé, Paris 16 eme, France.

3. On July 20, 2006, under instruction from French counsel, a local bailiff proceeded with the delivery of the attached *Demand for Arbitration and Statement of Claim, Notice Pursuant to New York Civil Practice Law and Rules § 7503(c), and Letter Requesting Reasoned Award* upon respondent Ramy Lakah at the above-referenced address.

4. Also as required under French law, since Mr. Lakah reportedly did not respond at his residence at the time delivery was attempted, the bailiff verified the accuracy of the address, left a formal notice to Mr. Lakah at the guardian lodge and sent

38218101.2
29763.002

a copy of this notice to Mr. Lakah via post mail. A true and correct copy of this notice is attached hereto as Exhibit "A".

    5.    A true and correct copy of the bailiff's official statement is attached hereto as Exhibit "B".

    6.    We have been advised by French counsel that this process complied with French law regarding service of process.

*Melissa Santiago*
Melissa Santiago

Sworn to before me
this 16th day of April, 2007

_____
NOTARY PUBLIC

NARGES M. KAKALIA
Notary Public, State of New York
No. 02KA6149879
Qualified in New York County
Commission Expires July 17, 2010

2

38218101.2
29763.002

Exhibit A

**SCP JEAN-CLAUDE DAIGREMONT**
**ERIC CHAPUIS**
HUISSIERS DE JUSTICE ASSOCIÉS
10, rue PergoIèse - 75116 PARIS
Tél. : 01 44 17 99 77 - Fax : 01 44 17 99 70

DATE
RÉF. ÉTUDE

**AVIS DE PASSAGE**

**TRÈS IMPORTANT** : si l'acte fait courir un délai, ce délai part de cette date, à l'exclusion de toute autre.
Je vous avise que je vous ai signifié ce jour un acte.
Celui-ci a été remis dans les conditions indiquées à la rubrique marquée ci-dessous d'une croix.

☐ La copie de l'acte a été remise ce jour à votre domicile-siège à M

☐ La copie de l'acte n'a pu être remise ce jour à votre domicile-siège. Elle sera déposée en l'étude de l'huissier ce jour même ou au plus tard le premier jour où l'étude est ouverte au public.
S'il vous appartient, dans le plus bref délai, de la retirer ou de la faire retirer par une personne que vous aurez mandatée par écrit, à cet effet, contre récépissé ou émargement.
La copie de l'acte est conservée en l'étude pendant trois mois. Passé ce délai, l'huissier de justice en est déchargé.

Nature de l'acte :

Étude ouverte du Lundi au vendredi        Je vous précise que cet acte a été établi à la demande de
de 10 H à 12 h et de 15 h 30 à 16 h 30.

Exhibit B

S.C.P. J.-C. DAIGREMONT - E. CHAPUIS   Huissiers de Justice associés
10, rue Pergolèse 75116 PARIS Tél: 01 44 17 99 77  Télécopie: 01 44 17 99 70

```
* * * * * * * * * * * * * * * *
*    S I G N I F I C A T I O N   *
* * * * * * * * * * * * * * * *
```

L'AN DEUX MILLE SIX
ET           LE VINGT JUILLET

A LA DEMANDE DE :

La Société UBS AG, Société de droit Suisse
"Aktiengesellschaft", dont le siège social est
Bahnhofstrasse 45, CH-8001 ZURICH - SWITZERLAND,
agissant poursuites et diligences de ses représentants
légaux y domiciliés en cette qualité.

Elisant domicile en l'Etude

SOCIETE CIVILE PROFESSIONNELLE JEAN-CLAUDE DAIGREMONT et
ERIC CHAPUIS, HUISSIERS DE JUSTICE ASSOCIES, AUDIENCIER
PRES LE TRIBUNAL DE GRANDE INSTANCE DE PARIS, Y RESIDANT,
10, RUE PERGOLESE, 75116 PARIS, L'UN D'EUX SOUSSIGNE,

SIGNIFIE ET REMET A

*IS AG*
*LAKAH*

   Monsieur Ramy Raymond LAKAH
   24 Rue Galilée
   75116 PARIS
OU ETANT ET PARLANT A, COMME CI-APRES

Des documents établis en anglais, relatifs à la procédure
d'arbitrage engagée au Etats Unis (Notification, demande
d'arbitrage et exposé des motifs, pièces justificatives).

S O U S   T O U T E S   R E S E R V E S
   Coût provisoire :
ART 6:D.FIXE  38,40 TAXE FORFAIT  9,15 ART18:TRANSP  6,10
Total H.T.:   53,65 Total TVA :   8,72 Total T.T.C.  62,37

*SECOND ORIGINAL*

SIGNIFICATION DE L'ACTE                                    WA

        Acte ...... : 4027 SIGNIFICATION
        Date ...... : 20/07/06
        Dossier ... : 9401250 UBS AG              /MR LAKAH

        Cet acte a été remis, par un clerc assermenté, suivant
        les déclarations faites à celui-ci dans les conditions
        indiquées ci-dessous :

**DEPOT A L'ETUDE**

        N'ayant pu obtenir sur place d'indications sur le lieu où
        rencontrer le destinataire de l'acte, les circonstances,
        détaillées ci-après, rendant impossible la remise à personne
        ou à une personne présente, vérifications faites que le
        destinataire demeure bien à l'adresse indiquée, la copie de
        l'acte pour
    >01<            **Monsieur Ramy Raymond LAKAH**

        a été déposée en notre étude sous enveloppe fermée ne portant
        que l'indication des nom et adresse du destinataire de l'acte
        et le cachet de l'huissier apposé sur la fermeture du pli. Un
        avis de passage a été laissé au domicile conformément à
        l'article 656 du N.C.P.C et la lettre prévue par l'article
        658 du N.C.P.C. comportant les mêmes mentions que l'avis de
        passage et rappelant les dispositions du dernier alinéa de
        l'article 656 du N.C.P.C. a été adressée au destinataire
        avec copie de l'acte le **21/07/06**.
    Détail des vérifications :
        1
    Circonstances rendant impossible la signification à personne :
        destinataire absent
        Le nom figure sur interphone. L'avis de passage déposé
        à la loge de la gardienne.
        Domicile certifié par un gérant d'un restaurant situé au
        21 Rue Galilée.

---

    Chaque copie du présent acte comprend: 300 feuilles.

          COUT en Euros                    Enregistré
    ART  6:DROIT FIXE                         38,40
    VAC. 16-1                                100,00
    ART 18:FRAIS DE DEPLACEMENT                6,10
    SOUMIS à T V A   19,600 %              --------
                                             144,50
    T. V. A.                                  28,32
    TAXE FORFAITAIRE                           9,15
    ART 20:FRAIS D'AFFRANCHISSEMENT            0,53
                                           --------     Visa par l'Huissier
    T O T A L                                182,50       de Justice des
                                                        mentions relatives
                                                        à la signification

                                    Maître DAIGREMONT