Certificate of Authorized Signatories
for
Lakah Funding Limited

Reference is hereby made to that certain Indenture dated as of December 8, 1999 (the "Indenture") among Lakah Funding Limited; (the "Issuer"), Holding Company for Financial Investments (Lakah Group), S.A.E., Medequip for Trading and Contracting, S.A.E., Trading Medical System Egypt, S.A.E. and Arab Steel Factory, S.A.E. (the "Guarantors"), and The Bank of New York, as trustee (the "Trustee") in respect of the U.S.$ 100,000,000 12 per cent. bonds due 2004 (the "Bonds"). For all purposes of the Indenture and the Bonds, each of the persons named below shall be an authorized signatory of the Issuer, and the signatures of said persons, as set opposite their names below, are their genuine signatures.

| Name | Signature |
|---|---|
| RAMY LAKAH | [signature] |
| H | |
| | |

IN WITNESS WHEREOF, the undersigned has hereunto signed my name this 8th day of December, 1999.

LAKAH FUNDING LIMITED

By _____M. Khader_____
Name: MOHAMED KHADR
Title: DIRECTOR

Certificate of Authorized Signatories

Reference is hereby made to that certain Indenture dated as of December 8, 1999 (the "Indenture") among Lakah Funding Limited (the "Issuer"); Holding Company for Financial Investments (Lakah Group), S.A.E. (the "Lakah Holding Company"), Medequip for Trading and Contracting, S.A.E. ("Medequip"), Trading Medical System Egypt, S.A.E. ("TMSE") and Arab Steel Factory, S.A.E. ("Arab Steel") (the "Guarantors"); and The Bank of New York, as trustee (the "Trustee"), in respect of the U.S.$ 100,000,000 12 per cent. bonds due 2004 (the "Bonds"). For all purposes of the Indenture and the Bonds, each of the persons named below shall be an authorized signatory of the Guarantor named opposite such person, and the signatures of said persons, as set opposite their names below, are their genuine signatures.

| Name | Guarantor represented | Signature |
|---|---|---|
| RAMY LAKAH | Lakah Holding Company | [signature] |
| | Lakah Holding Company | |
| | Lakah Holding Company | |
| RAMY LAKAH | Medequip | [signature] |
| | Medequip | |
| | Medequip | |
| RAMY LAKAH | TMSE | [signature] |
| | TMSE | |
| | TMSE | |
| RAMY LAKAH | Arab Steel | [signature] |
| | Arab Steel | |
| | Arab Steel | |

IN WITNESS WHEREOF, the undersigned has hereunto signed its name this 8th day of December, 1999.

HOLDING COMPANY FOR FINANCIAL
INVESTMENTS (LAKAH GROUP), S.A.E.
By [signature]
Name: MICHEL LAKAH
Title:

388529