Case 1:07-cv-03799-MGC   Document 4-24   Filed 04/17/2007   Page 1 of 2



Lakah Group ...
Healthcare providers, equiping, building, managing and manufacturing
... Taking care of the future.

©1999 Lakah-Group

### About us

- Lakah Group
- Our History
- Our Mission
- Our Strategy
- Our Board

## LAKAH GROUP

The Holding Company for Financial Investment - The Lakah Group, is today the largest private group in Egypt, in terms of paid-up share capital. The Lakah Family's involvement in businesses in Egypt dates back to the 1890's, when it had interests in commodity trading, real estate, agriculture and various industrial operations.

In the 1960's the Lakah Family began its representation of a number of suppliers of medical equipment throughout Egypt and had also acquired interests in the steel industry.

During the late 1980's and 1990's, the family expanded its interests to include construction activities, healthcare management and other industrial investments.

The Lakah family's interests were subsequently transferred into Lakah Holdings which was incorporated as a joint stock company in November 1998 and listed on the Cairo Stock Exchange. More recently, a further restructuring has been carried out with the creation of The Lakah Group, comprising two distinct business groupings - Healthcare and Industrial.

The Lakah family remain firmly in control of The Lakah Group, with Ramy Lakah owning 50% of the shares and Michel Lakah owning a further 40%. Banque de Caire holds the remaining 10% of shares.