Case 1:07-cv-02799-MGC    Document 4-25    Filed 04/17/2007    Page 1 of 1

# III Background, management, markets and strategy (continued)

## Management and employees

### Directors and senior management

| Name | Title | Principal responsibilities | Past track record |
|---|---|---|---|
| Ramy Lakah | Chairman and Chief Executive Officer | <ul><li>Chairman</li><li>Chief Executive</li><li>Chief Financial Officer</li><li>Chief Operating Officer</li></ul> | <ul><li>Ramy Lakah is the dominant individual within the Group. Has led the Group over 16 years from very small beginnings to its current situation.</li><li>Aged 37.</li><li>He is also a member of Parliament and leader of the Independent grouping within Parliament.</li><li>Together with his brother, he holds 53% of the shares of Lakah Holdings.</li></ul> |
| Michel Lakah | Non-executive director | <ul><li>Not presently active within the Group</li></ul> | <ul><li>Aged 33, brother of Ramy Lakah.</li><li>From 1998 to 2000, Vice Chairman of Lakah Holdings and Co-CEO.</li><li>From 1989 to 1998, Vice Chairman of Medequip.</li><li>Holds 53% of the shares of Lakah Holdings with Ramy Lakah.</li></ul> |
| Ann Kamal | Non-executive director | <ul><li>Advice and support to Ramy Lakah on strategic, political and economic matters</li></ul> | <ul><li>Formerly a senior banker.</li></ul> |
| Hassan Hayman | Non-executive director | <ul><li>No specific responsibilities</li></ul> | <ul><li>Formerly a senior banker, now a professor at Ain Shams University lecturing in financing.</li></ul> |
| Badawi Hussainein | Non-executive director | <ul><li>Representative of Banque du Caire</li><li>No specific responsibilities other than to represent the Bank's interests</li></ul> | <ul><li>Director of Banque du Caire.</li></ul> |
| Ramy Oda Pacha | | <ul><li>International marketing, sales and operations, Medequip and TMSE</li></ul> | <ul><li>Formerly a director of Lakah Holdings.</li><li>Formerly Senior Executive Vice President, TMSE and Medequip, 1997 to 2000.</li><li>General Manager, TMSE 1992 to 1997.</li><li>Aged 37.</li></ul> |



PricewaterhouseCoopers    Report dated 18 July 2001    42