Case 1:07-cv-02799-MGC    Document 4-26    Filed 04/17/2007    Page 1 of 29



Lakah Group ...
Healthcare providers, equiping, building, managing and manufacturing
... Taking care of the future.

©1999 Lakah-Group

## About us

- **Lakah Group**
- Our History
- Our Mission
- Our Strategy
- Our Board

## LAKAH GROUP

The Holding Company for Financial Investment – The Lakah Group, is today the largest private group in Egypt, in terms of paid-up share capital. The Lakah Family's involvement in businesses in Egypt dates back to the 1890's, when it had interests in commodity trading, real estate, agriculture and various industrial operations.

In the 1960's the Lakah Family began its representation of a number of suppliers of medical equipment throughout Egypt and had also acquired interests in the steel industry.

During the late 1980's and 1990's, the family expanded its interests to include construction activities, healthcare management and other industrial investments.

The Lakah family's interests were subsequently transferred into Lakah Holdings which was incorporated as a joint stock company in November 1998 and listed on the Cairo Stock Exchange. More recently, a further restructuring has been carried out with the creation of The Lakah Group, comprising two distinct business groupings - Healthcare and Industrial.

The Lakah family remain firmly in control of The Lakah Group, with Ramy Lakah owning 50% of the shares and Michel Lakah owning a further 40%. Banque de Caire holds the remaining 10% of shares.

## About us

- ❷ Lakah Group
- ❷ Our History
- ❷ Our Mission
- ❷ Our Strategy
- ❷ Our Board

# HISTORY

The Holding Company for Financial Investment - Lakah Group, is today the largest private group in Egypt, in terms of paid-up share capital. The Lakah Family's involvement in businesses in Egypt dates back to the 1890's, when it had interests in commodity trading, real estate, agriculture and various industrial operations. In the 1960's the Lakah Family began its representation of a number of suppliers of medical equipment throughout Egypt and had also acquired interests in the steel industry. During the late 1980's and 1990's, the family expanded its interests to include construction activities, healthcare management and other industrial investments.

The Lakah family's interests were subsequently transferred into Lakah Holdings, which was incorporated as a joint stock company in November 1998 and listed on the Cairo Stock Exchange. More recently, a further restructuring has been carried out with the creation of the Lakah Group, comprising two distinct business groupings - Healthcare and Industrial.

## About us

- Lakah Group
- Our History
- Our Mission
- Our Strategy
- Our Board

## MISSION STATEMENT

"The company aims to maintain and extend our strong leadership position in the healthcare market, through further vertical integration and by introducing innovations and the highest quality products and services into Egypt and throughout the Middle East, North and West Africa. In addition, it aims to ensur the industrial businesses are profitable, well-managed, low cost producers, with the ability to identify and seize creative opportunities to grow its operations by filling specialist market segments in Egypt and its surrounding countries."

**Ramy Lakah**

Chairman and CEO

## STRATEGY

**About us**

- 🌐 Lakah Group
- 🌐 Our History
- 🌐 Our Mission
- 🌐 Our Strategy
- 🌐 Our Board



**Ramy Lakah**

In 1985, the ownership of the Lakah family business transferred from Dr. Raymond Lakah to his sons Ramy and Michel. Following in their father's footsteps, they grew and developed the Lakah Group to its present leadership position.



**Michel Lakah**

The Lakah Group, through its interests in healthcare and industrial companies, holds a leading position in several market segments. Its objective is to consolidate and improve these market positions.

The on-going liberalization of the Egyptian economy, as well as the development of economies throughout the Middle East, North and West Africa, continues to create new business opportunities. The Lakah Group intends to capitalise on these opportunities by expanding into selected markets and developing new activities and services to complement its existing operations.

Its key business strategies include:

- The expansion of its healthcare operations into new markets; in particular Turkey, Algeria and Nigeria.
- The expansion of its healthcare business to include the supply of medical consumer products in Egypt, the Middle East and North Africa.
- To increase the scale of its medical leasing operation in Egypt, particularly for medium value equipment (less than US$ 200,000).
- To expand its management of medical centres and hospitals.
- To commence the operation of a health insurance business.
- To expand into the construction of other 'utilitarian' type buildings, based on the know-how gained from medical construction.
- To continue to maintain a technological leading position in its industrial businesses and to develop low-energy efficient industrial operations.



Lakah Group - Board                                                    Page 1 of 1

## About us

- Lakah Group
- Our History
- Our Mission
- Our Strategy
- Our Board

## BOARD MEMBERS

The Executive Board of Directors:

| | |
|---|---|
| Ramy Lakah | Chairman and CEO |
| Michel Lakah | Vice-Chairman and CEO |
| Farouk Hassan | General Manager |
| Ramy Oda Pacha | Senior Executive Vice President |
| Mohamed Khadr | Senior Executive Vice President |
| Abdel Kader Farid | Vice President of Investments |
| Ismail Abdoun | Chief Financial Officer |
| Medhat Sobhy | Treasurer |
| Carl Baker | Investor Relations |

## Corporate Structure

- **Healthcare**
  - MTC
  - TMSE
  - MCMC
  - QC
- **Industry**
  - ATC
  - ICC
  - IIC

| Healthcare | Industry |
|---|---|
| 

**Medequip For Trading and Contracting** whose principal activities include turnkey medical projects, medical equipment distributorships, leasing/financing, and the construction of medical facilities. | **Amitrade for Commerce and Contracting** is the exclusive distributor in Egypt for Toshiba elevators, escalators and moving walkways. |
| **T . M . S . E .**

**Trading Medical System Egypt** whose primary business activity is the marketing, importing, distributing and servicing of Toshiba Medical Systems imaging equipment throughout Egypt, the Middle East, North and West Africa. | **I.C.C.**

**Industrial Consumer Company** which manufactures and sells a wide range of light bulbs and fluorescent tubes. |
| 

**Medical Centers Management Company** is principally engaged in supplying medical imaging systems to hospitals and medical centres, and to managing such facilities for both public and private health providers in Egypt. | **I.I.C.**

**Industrial Investment Company** is a company that invests in Egyptian industrial companies, including heavy trucking and the manufacture of steel products for the construction industry, and in real estate. |
| 

**Quest Consult** has two main business activities - the finishing of construction work primarily for | |

hospitals and other medical
centres and serving as a distributer
for several manufacturer's of
building materials.

**Corporate Structure**

🌐 **Healthcare**
🌐 MTC
🌐 TMSE
🌐 MCMC
🌐 QC
🌐 **Industry**
🌐 ATC
🌐 ICC
🌐 IIC

## Medequip For Trading And Contracting



El Fayoum General Hospital

Medequip's two main business activities are the sales of medical equipment and the construction of medical facilities. The company is today considered to be the largest supplier of medical equipment and contractor of turnkey medical facilities in the Middle East. (Turnkey means the complete construction, supplying and equipping of a facility).

Medequip is currently the exclusive distributor in Egypt for 10 leading international manufacturers of medical equipment. It enjoys the highest market share in Egypt for each equipment type produced by the manufacturers it represents. The major companies with whom Medequip has distribution arrangements are as follows:

| | |
|---|---|
| Hewlett-Packard Company | USA |
| Draeger Medizintechnik | Germany |
| Olympus Optical Company | Japan |
| Dornier Medical | Germany |
| Oldelft | The Netherlands |
| Enraf Norius | The Netherlands |
| Subtil Crepieux | France |
| Alvar Electronics | France |
| ALM-Angenieux | France |
| B. Braun | Germany |

In addition, Medequip was the first company in Egypt to offer leasing / financing options for its customers. Approximately 35% of its sales are through leasing arrangements.

Traditionally, Medequip's role was the supply and service of medical equipment with small scale installations for the equipment sold. However, by the late 1980's it was winning contracts for equipment turnkey bids for hospital departments and in 1990, the first complete equipment turnkey project- the Abou El Rish Hospital - was undertaken.



Medequip has executed more than 40 hospitals, 20 clinics and 35 medical centres on a turnkey basis, primarily in Egypt and the Middle East. Its estimated market share in turnkey projects in Egypt in 1998 was over 70%.

Operating room, Luxor Hospital.

Just three examples of hospital projects executed by Medequip are detailed below:

- El Fayoum Hospital - a 300 bed general hospital on a turnkey basis for the Health Insurance Organisation. The contract value was EGP 32 million.
- 6th of October University Hospital - the first privately financed university and university hospital in Egypt. The 320 bed facility contract was valued at EGP 83 million.
- Dar Al Fouad - an 80 bed specialist hospital for cardiovascular disease, affiliated with the Cleveland Clinic in the USA. Medequip was the only Egyptian company pre-qualified and was awarded the contract valued at EGP 36 million.

The expertise gained by Medequip through the construction services in turnkey hospitals, has enabled it to diversify away from its primary focus and traditional customer base into other commercial projects. The Government of Egypt has rated Medequip's contracting division as an 'A' class contractor, enabling it to participate for the entire range of Government construction projects in Egypt. Only a handful of construction companies in Egypt have this level of rating.

## Corporate Structure

- **Healthcare**
- MTC
- TMSE
- MCMC
- QC
- **Industry**
- ATC
- ICC
- IIC

## Trading Medical System Egypt



Open MRI Technology developed by Toshiba

The principle business activity of Trading Medical System Egypt ('T.M.S.E.') is the exclusive marketing, importation, sales and service of medical imaging equipment supplied by Toshiba Medical Systems-Japan.

Sole Toshiba Medical Systems distributorship in Egypt was obtained in the mid 1980's with the initial strategy being to focus on the ultrasound market. There followed diversification into Computer Tomography (CT); X-ray; Angiography; Magnetic Resonance Imaging (MRI); and Nuclear Medicine Systems, as the need for upgrading of healthcare systems grew, Lakah Group provided hospitals with diagnostic equipment.



Simple and easy to navigate computerised imaging data

In the period between 1987-1998, the market share of Toshiba Medical Systems products in the Egyptian medical imaging equipment segment, increased from 1% to 42%. Toshiba Medical Systems is the clear market leader in the Egyptian imaging market and is the number 3 global supplier - behind General Electric and Siemens.

As a result of its successful operations in Egypt, TMSE's exclusive distribution rights for imaging equipment have been extended throughout the Middle East, North and West Africa. This expanded distribution territory provides a hedge against any possible market downtown in Egypt, as well as allowing the company to dilute its operating costs.

TMSE offers specialised technical sales support, customer training and service and maintenance to meet customer needs, both in Egypt and throughout its distribution territory. The company offers complete service contracts and warranty service using local engineers who have been trained in Egypt, Europe, USA and Japan. In addition, TMSE invests heavily in clinical support, assisting both the physicians and operators to derive the optimal use from their imaging equipment.

Going forward, TMSE will continue to focus on Toshiba Medical Systems products, whose R&D leadership will open new markets in CT, MRI and international applications. Expansion and growth opportunities will come from the newer markets of the Middle East, North and West Africa and from entering the field of Tele-medicine and imaging networks.

**Corporate Structure**

❷ **Healthcare**
❷ MTC
❷ TMSE
❷ MCMC
❷ QC
❷ **Industry**
❷ ATC
❷ ICC
❷ IIC

## Medical Centers Management Company



Careful examination of radiographic data following diagnostic procedure

Medical Centers Management Company's ('MCMC') main activities comprise the operation and management of its own and clients' medical facilities and the development of specialised medical facilities.

MCMC identified an opportunity to provide a service to the medical providers responsible for healthcare, by assisting with the provision of sophisticated medical equipment and the construction of medical centres. As an example, MCMC currently operates 12 computer tomography ('CT') scanning centres located throughout Egypt for various governmental entities.



El Minia Oncology Centre

Additionally, MCMC recognised that the same service could be extended to private sector doctors and healthcare providers. Last year MCMC commenced a project to provide complete management services for a speciality hospital - El Korba Hospital Centre - located in Heliopolis, Cairo. MCMC expects to contract with leading medical specialists for the sale of each medical floor management services, while the medical practitioners are obliged to use the radiology, laboratory and pharmacy services provided by MCMC. When it is completed in 2001, El Korba will be one of the most specialised institutions in all of the Middle East, appealing to those private patients who would normally travel outside the region for their medical needs.

MCMC plans to grow by introducing additional imaging techniques at its medical centres and through the expansion of existing facilities. The company believes there are significant growth opportunities to provide management services for speciality centres and hospitals throughout the Middle East, North and West Africa region. Several potential initiatives in neighbouring countries have already been identified.

## Quest Consult

**Corporate Structure**

**🌐 Healthcare**
🌐 MTC
🌐 TMSE
🌐 MCMC
🌐 QC
**🌐 Industry**
🌐 ATC
🌐 ICC
🌐 IIC



Fully equipped operating theatre

Quest Consult is involved in the finishing of construction work in the healthcare sector principally for hospitals and other medical facilities and in serving as a distributor for several manufacturers of high quality building and finishing materials.

In the construction area, Quest acts as a subcontractor for construction projects, carrying out finishing work in respect of electrical fittings, plumbing, walls, floors, windows and interior design. Quest works closely with other companies in the Group, executing finishing work for fixed medical equipment sold by and construction activities undertaken by Medequip and also provides finishing work directly to TMSE and MCMC. Approximately 80% of Quest sales are to other Lakah Group members.

Quest also acts as a distributor in Egypt for manufacturers of building materials such as Acryline, Polifen, Wavin and Mipolan. It is estimated that the company currently has a 29% share of the Egyptian market for specialised construction finishing work.

Quest has now established itself as a fully independent company capable of generating business outside the companies within Lakah Group.Greatly increased activity in the Egyptian construction industry has allowed Quest to broaden its customer base. The company plans further expansion into other key areas such as government, offices, schools, restaurants and fitting our trains. It also plans to secure additional distribution agreements with building materials and manufacturers.

**Corporate Structure**

@ **Healthcare**
@ MTC
@ TMSE
@ MCMC
@ QC
@ **Industry**
@ ATC
@ ICC
@ IIC

**Industrial**



The companies comprising this Group are involved in the manufacture and sale of lighting products; heavy trucking transportation; and real estate investments. The Lakah Family's connection with the Egyptian industrial sector goes back to the early 1960s.

All the industrial businesses operate profitably and are in strong or market leading positions in sectors where there are excellent domestic growth prospects and limited domestic competition. In addition, several of the companies operate in areas where product/ service demand currently exceeds local Egyptian supply. With barriers to foreign imports that include significant tariffs, customs duties and anti-dumping taxes and fines, together with clear customer preferences in dealing with local producers, there are real opportunities for these businesses to increase domestic production and substantially increase their Egyptian market share.



Case 1:07-cv-02799-MGC     Document 4-26     Filed 04/17/2007     Page 17 of 29

## Corporate Structure

- **Healthcare**
- MTC
- TMSE
- MCMC
- QC
- **Industry**
- ATC
- ICC
- IIC

## Amitrade for Trading and Contracting



Toshiba Elevator

Amitrade's principal activities lie within the selling of elevator, escalator and moving walkway industry products.

In line with its strategy to provide the best possible quality and service to its customers, Amitrade entered an exclusive distribution agreement with the Toshiba Corporation to sell a wide range of Toshiba escalators, elevators and moving walkways. The demand for these products is increasing as a direct consequence of the rising level of construction activities in Egypt. The Toshiba products are in the higher value segment of the market and, as such, would be used in hospitals, hotels, airports, office buildings and commercial centres.



Amitrade anticipates the elevator market in Egypt will grow at 10% per annum for the next 6 years. Amitrade's future plans include expanding its trading services into other areas such as special steel, aluminium, glass and cement and extending its trading business to cover other Middle East countries.

Toshiba Escalator

## Industrial Consumer Company

**Corporate Structure**

- ☎ **Healthcare**
- ☎ MTC
- ☎ TMSE
- ☎ MCMC
- ☎ QC
- ☎ **Industry**
- ☎ ATC
- ☎ ICC
- ☎ IIC



Light bulb product from the 10th of Ramamdan factory

The Industrial Consumer Company ('ICC') manufactures and sells a wide range of light bulbs and fluorescent tubes.

The company was acquired in 1997. Today it has approximately 8% of the global lighting shell market in Egypt and in terms of production units, is the second largest manufacturer in the country. The lighting factory is one of only two in Egypt that has the complete manufacturing line - from glass manufacture and assembly through to packaging. Demand for lighting has increased strongly over the past 5 years - up some 35% - to an estimated 140 million units in 1999.

ICC's strategy is to create a local manufacturer which in addition to Neasa the Egyptian Government's light bulb operation, can gain a substantial share of the domestic lighting market. ICC has several lighting products and estimates that in 1999 it can gain 14% of the GLS bulb and 27% of the tube markets in Egypt. In addition, ICC will target other countries in the Middle East and Africa, taking advantage of various tax-free agreements with Egypt.

The company is already exploring a number of acquisition opportunities and licensing and technical assistance arrangements.



## Industrial Investment Company

**Corporate Structure**

- 🌐 **Healthcare**
- 🌐 MTC
- 🌐 TMSE
- 🌐 MCMC
- 🌐 QC
- 🌐 **Industry**
- 🌐 ATC
- 🌐 ICC
- 🌐 IIC



A steel rolling mill

The Industrial Investment Company ('IIC') invests in Egyptian industrial businesses and real estate. Its investment strategy objectives are long term capital appreciation from its industrial assets and a current income from its property investments.

**Business Investment**

The company has acquired the leading privately owned detergents plant Egypt, which it leases to Newleet Egypt. Newleet currently has over 20% of the domestic detergent market.

IIC also owns 90% of Universal for Heavy Transport Company. In volume terms, Universal is the leading transport company using heavy trucks in Egypt. It currently leases or owns 51 Mercedes Benz 50 ton trucks and the fleet is less than 18 months old. Demand for freight delivered by heavy trucks is expected to outstrip freight capacity in Egypt in 1999.

Suez Company for Metallurgic Industries is 49% owned by IIC. Its principal activity is the manufacture of rebars, beams and angles principally for the construction industry. Suez has the capacity to produce 150,000 tons of steel products per annum, and is currently operating at 70% capacity. All the current production is sold into the domestic market.



Universal for Heavy Transport Company

**Property Investment**

IIC currently owns two real estate properties. The property on Mohad Street is occupied as a garage and is leased for three years to a travel company on a monthly rental of EGP 40,000 for year one, with annual rental increases of 10% in years two and three.

The property on Orouba Street is a three storey building, garage and gardens. It is leased for three years to a food company on a monthly rental of US$60,000 for the first year, also with annual rental increases of 10% in years two and three.

## CONSOLIDATED FINANCIAL PROFILE

**Investor Relations**

- Financial Profile
- Divisional Contributions
- Corporate Publications

| The Lakah Group | Consolidated Group figure for 1999 in EGP thousands | Consolidated Group figure for 1998 in EGP thousands |
|---|---|---|
| Net Sales | 1,227,119 | 674,363 |
| Cost of Sales | 783,630 | 450,769 |
| Gross Profit | 443,489 | 223,594 |
| Net Profit for the year before minority interests and taxes | 225,662 | 118,579 |
| Net Profit for the year after taxes | 172,126 | 93,230 |
| Total assets | 3,375,126 | 2,104,351 |

## Investor Relations

- Financial Profile
- Divisional Contributions
- Corporate Publications

## DIVISIONAL CONTRIBUTIONS

Financial Composition of The Lakah Group:

▶ 1999 Sales Composition
▶ 1999 Profit Composition

### Lakah Group
### 1999 Sales composition



### Lakah Group
### 1999 Profit composition



**Investor
Relations**

- Financial
  Profile
- Divisional
  Contributions
- Corporate
  Publications

## CORPORATE PUBLICATIONS

If you would like to receive a copy of our latest brochure titled **"Holding
Company for Financial Investments Lakah Group, S.A.E."**, please fill in
the form below:



Name:

Company:

Title:

Email Address:

Tel Number:

Fax Number:

Zip/ Postal Code:

Mailing Address:

SUBMIT      CANCEL

## News

- News & Events
- Press Releases

## NEWS AND EVENTS

In keeping with our continued efforts to supply updated reports on the operations and status of the Lakah Group. We submit the following:



- The 4th Quarter Report will be posted in Mid March.
- The Annual Report for 1999 will be published and posted on this web site at the end of the first quarter 2000.
- First Quarter and Second Quarter or Semi Annual Reporting will be posted in August.

Again let all of us here at Lakah Group take this opportunity to wish you and yours all the best, and a Happy Millennium.

Please fell free to contact us through the Investor Relations department.

Best Regards,
Mohamed Khadr
Senior Executive Vice President
Lakah Group.

Today September 29, 1999 Lakah Group has just received an **International** rating of **"BB+"** by Fitch IBCA.

## Lakah Group Involved in Medical Disposals Company

The Lakah Group's upper management is in the final stages of acquiring a major stake in the largest health care consumable products company in Egypt.

The present extensive network of products and services will be greatly enhanced by adding this manufacturing and distribution corporation, to what already is an extensive health care and industrial conglomerate in Egypt and throughout the Middle East region.

*"We are very anxious to be a part of this much needed addition to our health care sector"*, said Mohamed Khadr, Senior Executive Vice President, the Lakah Group. *"It is an integrate part of our plans and will be a big plus in our future."*

**News**

**News**
**& Events**

**Press**
**Releases**

## PRESS RELEASES

March 30th, 2000.

 As we present the Annual 1999 report for the Holding Comapny for Financial Investment, it gives me great pleasure to report the increased successes over the entire year of 1999. As we predicted, the ever climbing, continued need for healthcare in North Africa, the Middle East and more directly Egypt, has stimulated our growth. Whether it be in Construction, Medical Equipment and related products, after sales service or education related to the precision in the use of Medical devices. The Lakah Group has an dwil continue to supply the needs of the healthcare industry. This is our vision and our deicisve direction. We, here at Lakah Group, believe this is what our trusted investors expectations are, and will be in the future.

**Highlights**

| (L.E Million) | 1998 | 1999 |
|---|---|---|
| Sales | 674 | 1,227 |
| Operating Profit | 178 | 351 |
| Operating Margin | 26.41% | 28.6% |
| Profit Before Tax | 119 | 226 |
| Net Profit | 93 | 172 |
| Shares Outstanding (Millions) | 115 | 150 |

---

March 23rd, 2000.

**The Holding Company for Financial Investment S.A.E.- Lakah Group**

After the formation of a Legal / Technical team of advisors, and under the direction of Sarwat A. Shahid Law Firm, in affiliation with Weil, Gotshall and Manges LLP, the Board of Directors has taken the decision to sell the Arab Steel Factory to the Kouta Group. After negotiations, the committees involved agreed that the purchase price of 331,000,000.00 Egyptian pounds was fair market value. The final signatures took place on Sunday March 19th, 2000.

"It allows the Lakah Group to maintain a more focused vision into Health Care, Construction, Medical Equipment sales and service, and Medical Supplies, our main area of interest." said Mr. Ramy Lakah, Chairman of the Board and C.E.O. "We are listening to the advice of our advisors and investors, who feel very strong about a more dedicated GDR."

All proceeds related to this transaction will be rolled directly into the Holding Company for Financial Investment. Expansion will take place in the Healthcare sector and represent a more cohesive direction, *taking*

*care of the future.*

---

Today September 29, 1999 Lakah Group has just received an **International** rating of **"BB+"** by Fitch IBCA.

---

This is from the desk of Rami Lakah, Chief Executive Officer- Lakah Group.

"We feel very proud of the results we have achieved in the first half of 1999. Our performance in the past six months exceeded that of the previous full year. This confirms the confidence we expressed during the recent international IPO, which was the largest equity issue out of Egypt during the year to date. We remain on track to meet our full year objectives and to reward the trust and confidence shown by our new shareholders."

"The need in the Egyptian health care sector for a cost efficient turnkey project contractor, whether in medical equipment only or both hospital construction and equipment, will continue to be great. We are positioned to continue our very strong and unique position in the Egyptian health care sector, as well as in the Middle East and North Africa regions. We continue to be aggressive in pursuing our plans for a disposables and management businesses to expand the Lakah Group's focus on health care."

# CAREERS WITH LAKAH

To submit your resume to *Lakah Group*:

*Lakah Group*

- Human Resources Department
  68 El Merghani St.
  Heliopolis.
  Cairo. Egypt.

**Fax:**

- (202) 4176223

**Email:**

- lakah@lakah-group.com

## CONTACT US

68 Merghany St., Heliopolis, Cairo.
P.O.Box 177 Heliopolis.
Tel:  (202) 4176227/28/29/30, 4176918, 4189632.

Fax:  (202) 4189625.
E-mail: lakah@lakah-group.com

Please fill out the following information and press the SUBMIT button:

Name:

Company:

Email Address:

Tel Number :

Fax Number :

How may we be of assistance?

SUBMIT    CANCEL

## SITE MAP

### About Us:

Lakah Group
Our History
Our Mission
Our Strategy
Our Board

### Corporate Structure:

#### Healthcare

Medequip For Trading and Contracting (MTC)
Trading Medical System Egypt (TMSE)
Medical Centers Management Company (MCMC)
Quest Consultant (QC)

#### Industry

Amitrade for Trading & Contracting (ATC)
Industrial Consumer Company (ICC)
Industrial Investment Company (IIC)

### Investor Relations:

Consolidated Financial Profile
Divisional Contributions
Corporate Publications

### News:

News & Events
Press Releases

### Careers with Lakah

### Contact Lakah

### Site Map

### Search