Capital Market Authority

**Dear Prof. Dr. Aly ElGhatit**

With reference to the request submitted by your goodself, regarding obtaining information about the status of the "Holding Company for Financial Investments (Lakah Group)", please note that in light of Article (70) of the law No. 95 for the year 1992, which states that any party in interest has the right to have access to the documents, registers, minutes and reports at the Authority pertaining to a company and to obtain certified statements or copies thereof". According to that, the pertinent files at the Authority were checked and the following was found:

1) On 25/11/1998, the Holding Company for Financial Investments was established under Law no. 95 for the year 1992, with an "issued capital" of L.E. 3 Million, based on a certificate issued from Misr International Bank "MIBank", Giza branch, certifying that the amount was deposited with the bank.

2) On 29/11/1998, that Company was granted the Authority's license no. 250 to carry out the activity in the field of participating in establishment of a company that issues Financial Papers or to participate in increasing their capital.

3) On 1, 2, 3 & 6 December 1998 the ownership of about 98% of the stock of the subsidiaries of the Holding Company for Financial Investments were transferred from their owners (Ramy Lakah and Michel Lakah) to the Holding Company for Financial Investments with inflated prices.

4) On 8/12/1998 the Company's issued capital was increased from L.E. 3 Million to L.E. 1149.99 Million, with an increase of L.E. 1146.88 Million from the "Credit Accounts" which is the value of transferring the subsidiaries' shares, (valued at the actual cost for sale (the market value), for the benefit of Ramy Lakah and Michel Lakah, according to a certificate submitted by Mr. Mohamed Sabry Abd ElGayed, the Auditor of the Company.

5) On 13/12/1998 the Holding Company for Financial Investments prepared a Financial Statement representing its assets of stock of its subsidiaries. This Financial statement

Capital Market Authority

was submitted to the Authority for the purpose of certifying the offering Circular bonds issued by the Holding Company of L.E. 400 Million.

6) On 30/6/1999 the Company's capital was increased from L.E. 1149 Million to L.E. 1499 Million with an increase of L.E. 350 Million.

7) On 29/7/1999 the Authorities' initial approval was granted for the Company to offer for sale 35 Million shares (with the possibility for increase) owned by the Company's old shareholders in the form of Global Deposit Reserve (GDR).

8) The Authority instructed in Inspection Committee, which (inspection) took place on 4 and 30/10/2000 regarding AlEman Company for Financial Brokerage, to check or review the accounts of the clients who dealt in these stocks to verify whether these transactions were real. The Committee found that these transactions by the clients were never paid for and no amounts were withdrawn for these sales and that the end result from purchasing or selling shares always ended up in the accounts of each of Mr. Ramy Raymon Lakah & Mr. Michel Raymon Lakah, through accounting entries that represented closing of all trading transactions that occurred on the stocks of the subsidiaries of the Holding Company for Financial Investments.

The Committee reached the conclusions that AlEman Company for Financial Brokerage had performed (fictitious or sham) transactions that were all performed for the sole interest of Mr. Ramy Lakah & Mr. Michel Lakah through using false clients names with the purpose of inflating prices of these stocks on the Stock Exchange, thus violating article 243/1 of the Executive Regulation of Law 95 for the year 1992, through opening fictitious accounts with the purpose of performing transactions through such accounts and executing sham transactions with the intent to affect the price of shares in collaboration with the Egyptian American Company in favor of Mr. Ramy Michel Lakah & Mr. Michel Raymon Lakah.

9) On 30/1/2001, AlEman Company for Financial Brokerage's status was presented before the Board of Directors of the Authority and a decision was issued preventing the AlEman Company from practicing its activities for a period of six months and referring the facts that were revealed through the inspection to the Public Prosecutor Bureau for

Capital Market Authority

the Financial & Commercial Affairs, and this was done based on the Authority's report no. 108 on 6/2/2001 as it was registered at the Bureau as file no. 152 for the year 2001.

10) On 11/7/2001 a memorandum was prepared (at the Authority) regarding the status of the Holding Company for Financial Investments (Lakah Group), the conclusion was that the above mentioned company violated Article 63 of the law 65 for the year 1992 by listing information which are contrary to the truth relating to its long term investments in its balance sheets and performing (sham or fictitious) transactions on stocks of some of the subsidiary companies through AlEman Company for Financial Brokerage with the intention of raising the prices of shares of these companies thus reflecting in increase in the value of investments. Based on this the Authority filed a report before the Financial and commercial Affairs Prosecution to take the necessary action, and the issue was referred to Public Funds Prosecution that took over the investigations.

This is a testimony form us without any prejudice to the Authority

Signed by: Dr. Maher Salah ElDin
Dated: 1/10/2006

## CERTIFICATE OF ACCURACY

<u>TRANSLATION</u>
From Arabic into English

Ahmed A. Moussa Abdel Gawad declares:

1. I am an attorney by profession and have five years experience in translating Arabic into English and English into Arabic. I received an L.L.B. Degree in Cairo University in 2005.

2. I am thoroughly conversant in both the Arabic and English languages.

3. I have carefully made the attached translation from the attached original document written in Arabic.

4. The attached translation is a true and correct English translation of such original document, to the best of my knowledge and belief.

**Dated:**    Cairo, Egypt

**8 April, 2007**

Ahmed A. Moussa Abdel Gawad

*[signature]*

NYC 373448v.1





السيد الأستاذ الدكتور / على الغتيت

تحية طيبة وبعد

بالإشارة إلى الطلب المقدم من سيادتكم بشأن موافاتكم بموقف الشركة القابضة للاستثمارات المالية (لكح جروب).

يرجى التفضل بالإحاطة بأنه في ضوء ما تقضى به أحكام المادة (٧٠) من القانون ٩٥ لسنة ١٩٩٢ بأنه لكل ذي مصلحة طلب الاطلاع لدى الهيئة على الوثائق والسجلات والمحاضر والتقارير المتعلقة بالشركة والحصول على بيانات أو صور منها مصدق عليه. بناء على ذلك فقد تم الرجوع إلى البيانات المتوفرة بالهيئة حيث تبين يلى:

١- بتاريخ ١٩٩٨/١١/٢٥ تأسست الشركة القابضة للاستثمارات المالية لكح جروب وفقا لأحكام القانون ٩٥ لسنة ١٩٩٢ برأس مال مصدر قدره ٣ مليون جم. بناء على شهادة صادرة من بنك مصر الدولي فرع الجيزة بإيداع ذلك المبلغ.

٢- بتاريخ ١٩٩٨/١١/٢٩ منحت ترخيص الهيئة رقم ٢٥٠ لمزاولة نشاط الاشتراك في تأسيس الشركة التي تصدر أوراقا مالية أو في زيادة رؤوس أموالها.

٣- بتاريخ ١، ٢، ٣، ٦ ديسمبر ١٩٩٨ تم إجراء عمليات نقل ملكية حوالي ٩٨% من أسهم بعض الشركات التابعة للشركة القابضة من مالكيها (رامى لكح وميشيل لكح) إلى الشركة القابضة للاستثمارات المالية بأسعار مغالى فيها.

٤- بتاريخ ١٩٩٨/١٢/٨ تم زيادة رأس مال الشركة المصدر من ٣ مليون جنيه إلى ١١٤٩,٨٨ مليون جم في بزيادة قدرها ١١٤٦,٨٨ جم من الأرصدة الدائنة وهى عبارة عن قيمة ما تم نقله من أسهم الشركات التابعة مقوما بالتكلفة الفعلية للشراء (القيمة السوقية للأسهم) لصالح كل من رامى لكح وميشيل لكح. وذلك بناء على الشهادة المقدمة من السيد/ محمد صبرى عبد الجيد مراقب حسابات الشركة.

٥- بتاريخ ١٩٩٨/١٢/١٣ قامت الشركة القابضة للاستثمارات المالية بإعداد مركز مالي لها أظهرت فيه أصولها من أسهم الشركات التابعة. وقدمت هذا المركز إلى الهيئة لاعتماد نشرة الاكتتاب في سندات أصدرتها الشركة القابضة بقيمة ٤٠٠ مليون جم.

٦- بتاريخ ١٩٩٩/٦/٣٠ تم زيادة رأس مال الشركة من ١٫١٤٩ مليون جم إلى ١٫٤٩٩ مليون جم بزيادة قدرها ٣٥٠ مليون جم.

٧- بتاريخ ١٩٩٩/٧/٢٩ صدرت موافقة الهيئة المبدئية على قيام الشركة بطرح عدد ٣٥ مليون سهم (قابلة للزيادة) من أسهم الشركة المملوكة لقدامى المساهمين في صورة شهادات إيداع دولية (GDR).



٢

٨- وقد قامت الهيئة بتكليف لجنة التفتيش الذى تم في ٤، ٣٠/١٠/٢٠٠٠ على شركة الإيمان للوساطة في الأوراق المالية لفحص حسابات العملاء الذين قاموا بالتعاملات على هذه الأسهم للتحقق من جديتها حيث تبين للجنة بشأن هذه التعاملات أن هؤلاء العملاء لم يقوموا بسداد أية مبالغ مقابل مشترياتهم كما لم يقوموا بسحب أي مبالغ مقابل مبيعاتهم، ويتم دائماً إقفال الأرصدة الخاصة بهم سواء للشراء أو البيع في حسابات كل من السيد/ رامي ريمون لكح، والسيد/ ميشيل ريمون لكح. من خلال قيود محاسبية تمثل إقفال عمليات التداول التي تمت على أسهم الشركات التابعة للشركة القابضة للاستثمارات المالية.

وانتهى رأى اللجنة إلى قيام شركة الإيمان للوساطة بإجراء عمليات صورية تمت جميعها لصالح السيد/ رامي لكح والسيد/ ميشيل لكح مستخدمة في ذلك أسماء عملاء غير حقيقيين وذلك بهدف التأثير على أسعار تلك الأسهم بالبورصة مخالفة بذلك حكم المادة ١/٢٤٣ من اللائحة التنفيذية للقانون ٩٥ لسنة ٩٢ من خلال إنشاء حسابات وهمية بهدف إجراء المعاملات عليها وتنفيذ عمليات صورية بغرض التأثير على أسعار الأسهم بالاشتراك مع الشركة المصرية الأمريكية لصالح السيد/ رامي ميشيل لكح، والسيد/ ميشيل ريمون لكح.

٩- بتاريخ ٣٠/١/٢٠٠١ تم عرض موقف شركة الإيمان للسمسرة في الأوراق المالية على مجلس إدارة الهيئة حيث أصدر قراره بمنع الشركة من مزاولة النشاط لمدة ستة أشهر، وإحالة الوقائع التي كشف عنها التفتيش إلى نيابة الشئون المالية والتجارية وتم ذلك بموجب بلاغ الهيئة رقم ١٠٨ في ٦/٢/٢٠٠١ حيث تم قيده قضية رقم ١٥٢ لسنة ٢٠٠١ حصر وارد مالية.

١٠-    بتاريخ ١١/٧/٢٠٠١ تم إعداد مذكرة بشأن أوضاع الشركة القابضة للاستثمارات المالية (لكح جروب) حيث انتهى الرأي فيها إلى مخالفة الشركة المذكورة لأحكام المادة ٦٣ من القانون ٦٥ لسنة ١٩٩٢ بقيامها بإثبات بيانات خاصة بالاستثمارات طويلة الأجل بقوائمها المالية على خلاف الحقيقة بقيامها بإجراء تعاملات صورية على أسهم بعض الشركات التابعة بواسطة شركة الإيمان للوساطة بهدف رفع أسعار أسهم هذه الشركات وانعكاس ذلك على زيادة قيمة الاستثمارات وبناء عليه قامت الهيئة بإبلاغ نيابة الشئون المالية والتجارية لاتخاذ اللازم حيث تم إحالة الموضوع إلى نيابة الأموال العامة التي تولت التحقيقات.

وهذه شهادة منا بذلك دون أدنى مسئولية على الهيئة.

تحريراً في ١/١٠/٢٠٠٦

د. ماهر صلاح الدين