**Capital Market Authority**

**Dear Prof. Dr. Aly ElGhatit**

With reference to your Excellency's previously submitted request to the Authority, (in accordance with the regulations of Article no. 70 of the Law no. 95 for the year 1992) regarding the status of Holding Company for Financial Investments (Lakah Group).

And with reference to your letter dated 10/10/2006 in which you requested additional clarifications in respect of the Authority's Letter dated 1/10/2006 ref. no. 3105, which includes the status of the above mentioned company, based on your esteemed previous request, please note the following:

1) As to the (sham or fictitious) transactions referred to in para no. 8 of the Authority's above mentioned letter, these transactions were carried out on the stocks of some of the subsidiary companies of the Holding Company for Financial Investments (Lakah Group), which caused escalations of the prices of the stocks of these companies in the following manner:

   a) The escalation of the trading price of the stocks of the Arab Steel Factory from L.E. 10 to L.E. 19.45 with a rate of economically unjustified increase of 94%. After this increase there was a transfer of ownership of 24.480.400 shares valued at L.E. 475.409.369 from Ramy & Michel Lakah to Holding Company for Financial Investments.

   b) The escalation of the trading price of the shares of Trading Medical System (Egypt) Company from L.E. 100 to L.E. 181.65 with a rate of economically unjustified increase of about 81.65% this increase was followed by a transfer of 978.000 shares valued at L.E. 174.084.000 from Ramy & Michel Lakah to Holding Company for Financial Investments.

c) The increase in the trading price of the stocks of Medequip for Trading & Contracting Company from L.E. 100 per share to L.E. 178 with as economically unjustified rate of increase of 78% and was followed by the transfer of 488.000 shares valued at L.E. 88.645.200 for Ramy & Michel Lakah to Holding Company for Financial Investments.

These transactions were made during the period between 1/6/1998 and 6/12/1998. the hike in the prices of the stocks of these companies was reflected on the value of the investments of Holding Company for Financial Investments.

2) The violations by Holding Company for Financial Investments (Lakah Group), as listed in para 10 of the Authority's letter, were transferred to the Public Prosecution and were registered as file no. 637 for the year 2001 High Public Funds Bureau.

This is a testimony from us without any prejudice to the Authority.

**Signed by: Dr. Maher Salah ElDin**
**Dated: 18/10/2006**

## CERTIFICATE OF ACCURACY

<u>TRANSLATION</u>
From Arabic into English

Ahmed A. Moussa Abdel Gawad declares:

1. I am an attorney by profession and have five years experience in translating Arabic into English and English into Arabic. I received an L.L.B. Degree in Cairo University in 2005.

2. I am thoroughly conversant in both the Arabic and English languages.

3. I have carefully made the attached translation from the attached original document written in Arabic.

4. The attached translation is a true and correct English translation of such original document, to the best of my knowledge and belief.

Dated:   Cairo, Egypt

        8 April, 2007

Ahmed A. Moussa Abdel Gawad

*[signature]*

NYC 373448v.1



السيد الأستاذ الدكتور/ على الغتيت

تحية طيبة وبعد

بالإشارة إلى الطلب السابق تقديمه من سيادتكم إلى الهيئة بشأن طلب موافاتكم بموقف الشركة القابضة للاستثمارات المالية (لكح جروب) وفقا لأحكام المادة (٧٠) من القانون ٩٥ لسنة ١٩٩٢.

وإلى طلب سيادتكم المؤرخ ٢٠٠٦/١٠/١٠ بشأن استيفاء بعض الإيضاحات بخصوص كتاب الهيئة المؤرخ ٢٠٠٦/١٠/١ الصادر برقم ٣١٠٥ والمتضمن موافاتكم بموقف الشركة المذكورة بعاليه بناء على طلبكم السابق، يرجى التكرم بالإحاطة بما يلى:

١- بالنسبة للتعاملات الصورية المشار إليها بالبند (٨) من كتاب الهيئة المشار إليه بعاليه فإنها قد أجريت على أسهم بعض الشركات التابعة للشركة القابضة للاستثمارات المالية (لكح جروب) وأدت إلى رفع أسعار أسهم هذه الشركات كما يلى:

أ) ارتفاع أسعار التداول لأسهم المصنع العربي للحديد من ١٠ جنيهات إلى ١٩.٤٢ بنسبة ارتفاع ٩٤% غير مبررة اقتصاديا. وبعد الارتفاع تم نقل ملكية كمية قدرها ٢٤,٤٨٠,٤٠٠ سهم بمبلغ ٤٧٥,٤٠٩,٣٦٩ جنيه من رامي وميشيل لكح إلى الشركة القابضة للاستثمارات المالية.

ب) ارتفاع أسعار التداول لأسهم شركة تريدنج ميديكال سيستم من ١٠٠ جنيه إلى ١٨١.٦٥ جنيه بنسبة ارتفاع نحو ٨١.٦٥ % غير مبرر اقتصاديا ثم تلى ذلك نقل كمية قدرها ٩٧٨ ألف سهم بمبلغ ١٧٤,٠٨٤,٠٠٠ جم من رامي، وميشيل لكح إلى الشركة القابضة للاستثمارات المالية.

ج) ارتفاع أسعار التداول لأسهم شركة ميديكيب للتجارة والمقاولات من ١٠٠ جم إلى ١٧٨ جم بنسبة زيادة قدرها ٧٨%. غير مبرر اقتصاديا ثم تلا ذلك نقل كمية قدرها ٤٨٨ ألف سهم بمبلغ ٨٨,٦٤٥,٢٠٠جم من رامي، وميشيل لكح إلى الشركة القابضة للاستثمارات المالية.

هذا وقد أجريت هذه التعاملات خلال الفترة من ١ /٦/١٩٩٨ حتى ١٩٩٨/١٢/٦ وانعكس ارتفاع أسعار أسهم هذه الشركات على قيمة استثمارات الشركة القابضة للاستثمارات المالية (لكح جروب).

٢- تم إحالة المخالفات الخاصة بالشركة القابضة للاستثمارات المالية (لكح جروب) والمشار إليها بالبند رقم (١٠) من كتاب الهيئة إلى النيابة العامة حيث تم قيدها قضية رقم ٦٣٧ لسنة ٢٠٠١ حصر أموال عامة عليا.

وهذه شهادة منا بذلك دون أدنى مسئولية على الهيئة

تحريرا في ٢٠٠٦/١٠/١٨



د. ماهر صلاح الدين

المقر الرئيسي: القرية الذكية، مبنى ١٥- ٨٤ ب
الكيلو ٢٨ طريق مصر/ اسكندرية الصحراوي
محافظة الجيزة، الرمز البريدي: ١٢٥٧٧

تليفون: ٢٠٢٧ ٥٢٧ ٠٠٤٠+    فاكس: ٢٠٢٧ ٥٢٧ ٠٠٤١+
مركز توعية المستثمر: ١٦٩١٦
البريد الإلكتروني: cmaegypt@cma.gov.eg
الموقع على الإنترنت: www.cma.gov.eg