17 of 22 DOCUMENTS

Copyright 2006 Financial Times Information
All Rights Reserved
Global News Wire - Europe Intelligence Wire
Copyright 2006 The Financial Times Ltd All rights reserved
Les Echos

May 11, 2006 Thursday

**ACC-NO:** A2006051160-11013-GNW

**LENGTH:** 136 words

**HEADLINE:** FORMER 'FRANCE SOIR' OWNER INVESTIGATED ("FRANCE SOIR" RAYMOND LAKAH MIS EN EXAMEN POUR ABUS DE BIENS SOCIAUX)

**BODY:**

**ABSTRACT:**

A French legal source claimed yesterday that Franco-Egyptian businessman Raymond Lakah, the former owner of 'France Soir', the loss-making French daily, has been put under investigation for misuse of company property. The investigation, which is being conducted by the Paris magistrate Xaviere Simeoni, concerns allegedly dubious fund transfers between the paper's publisher, Presse Alliance, and another of Mr Lakah's companies.

Presse Alliance was bought last month by French property developer Jean-Pierre Brunois and French sports journalist Olivier Rey. The Paris public prosecutor had launched a preliminary enquiry into its management last December. Around 14m euros is alleged to have transferred from Presse Alliance to Mr Lakah's London-based company, Montaigne Presse.

Abstracted from Les Echos

**LOAD-DATE:** May 11, 2006

16 of 22 DOCUMENTS

Copyright 2006 Groupe Les Echos
All rights reserved
Les Echos

11 mai 2006

**RUBRIQUE:** BREVE; Numéro 19664; Pg. 23

**LONGUEUR:** 155 mots

**TITRE:** «France-Soir»: Raymond **Lakah** mis en examen pour abus de biens sociaux

**AUTEUR:** CHRISTOPHE PALIERSE

**TEXTE-ARTICLE:**

Raymond **Lakah** (photo), ancien patron de «France-Soir», a été mis en examen pour «abus de biens sociaux» par la juge d'instruction parisienne Xavière Simeoni pour des transferts présumés douteux entre deux de ses sociétés dont Presse Alliance, la société éditrice du journal, selon une source judiciaire hier. Il a été placé sous contrôle judiciaire. Une enquête préliminaire avait été ouverte le 5 décembre par le parquet de Paris sur les conditions de gestion de Presse Alliance, repris mi-avril par Jean-Pierre Brunois et Olivier Rey, à la suite de l'état des lieux financier effectué par Me Gilles Baronnie, nommé mandataire ad hoc du journal en octobre dernier. Ce dernier avait indiqué avoir constaté des mouvements financiers de l'ordre de «14 millions d'euros», effectués depuis les caisses de Presse Alliance au profit de celles de Montaigne Press, la société de M. **Lakah** basée à Londres, qui détenait 70% de Presse Alliance.

**DATE-CHARGEMENT:** 11 mai 2006