**Eurocockpit article (2005-12-16)**

## Air Horizons : tiroir-caisse et caisse à tiroirs (acte 4/4)
(http://www.eurocockpit.com/archives/indiv/E006698.php)

Voici venu le temps de refermer notre petite saga sur les comptes d'Air Horizons, même si nous aurons certainement l'occasion de revenir sur certains aspects de cette affaire qui semble prometteuse.

Pour ce dernier épisode, tout le monde attend du gros et du beau. On murmure çà et là que l'on pourrait révéler l'existence de baux signés par Air Horizons, correspondant au logement de collaborateurs n'ayant rien à voir avec Air Horizons, mais dont le loyer était supposé venir chaque mois des caisses de la compagnie. Pour les plus incrédules, l'appartement dont il est question est situé rue Léon Jost à Paris 17ème.

Ou que l'on pourrait évoquer ce chèque de 200.000 euros, tiré sur les comptes d'Air Horizons, pour alimenter les caisses d'une autre société, la "Trading Medical System LTD". Quand on lit l'assignation de la liquidatrice d'Air Horizons (qui a demandé la nomination d'un expert judiciaire pour évaluer les flux financiers entre les diverses sociétés de la sphère Lakah), on comprend que la justification de ces investissements n'est pas évidente, même si l'on ne doute pas un instant du rapport entre Air Horizons et la prestation de service dans le domaine médical.

Bien entendu, nous aurions pu raconter les garanties croisées pour des sommes faramineuses, entre des tiers qui ne font pas les choses à moitié, comme par exemple celles mobilisées sur Sarao Inc, et autres personnes morales dont nul ne sait rien.

Mais nous laissons tout ceci à la presse généraliste qui devrait en parler dès la semaine prochaine, car pour l'heure, il y a beaucoup plus surprenant.

Finalement, la genèse de cette petite affaire, c'est bien l'offre de reprise des actifs d'Euralair par Angel Gate, qui date de la fin 2003. Pour que la reprise de ces actifs soit effective, et qu'elle soit conforme au jugement rendu par le TC le 31 décembre 2003, il faut qu'un acte de cession de fond de commerce soit signé entre l'Administrateur Judiciaire et Angel Gate.

Nous avons donc étudié de près les actes de cession du fonds de commerce d'Euralair à Angel Gate. Pourquoi le faire presque deux ans après le jugement ?

Tout simplement parce que ces actes sont datés du 7 novembre... 2005, en application d'un jugement daté du 31 décembre 2003. On est bien dans le "super balaise", le grand art peaufiné de main de maître.

Restez calmes, on vous explique: par procuration en date du 2 novembre 2005, Monsieur Lakah a donné pouvoir à Mme "B" pour le représenter et signer le rachat d'Euralair selon les conditions du jugement de 2003. L'acte de cession que nous nous sommes procuré fait 23 pages, et a été signé le 7 novembre dernier et suppose une rétroactivité au 1er janvier 2004 "par dérogation". C'est évident, Madame Piment ! Un autre acte de cession, de créances cette fois, a été signé le même jour.

> **CONDITION SUSPENSIVE**
>
> La présente cession est soumise à la condition suspensive de la remise par l'ACQUEREUR au plus tard le 10 novembre 2005 d'un chèque de banque de 47.298,80 € et d'un chèque de banque de 17.580,38 €.
>
> **DOMICILE**
>
> Pour l'exécution des présentes, les parties font élection de domicile :
>
> Pour le VENDEUR :
> En l'étude de la SCP Patrice BRIGNIER -18 rue de Lorraine 93000 BOBIGNY
>
> Pour l'ACQUEREUR :
> En son siège social
>
> Fait à BOBIGNY
> Le 7 novembre 2005
> En cinq exemplaires, dont un pour la signification au bailleur

Nous avons cherché à savoir si cet acte n'était pas destiné à en remplacer un autre, qui lui aurait été antérieur: on ne sait jamais, s'il y avait eu une tache de café sur celui de l'époque, ou s'il avait été utilisé par mégarde pour emballer le poisson... mais cette piste a été vite abandonnée, tant elle jetait le doute sur la nouvelle signature, réalisée quelques heures à peine avant le dépôt de bilan !

D'autres que nous s'amuseront à évaluer la signification de cette non-signature des actes de cession durant toute la période de gestion d'Angel Gate. Une situation pour le moins singulière, finalement régularisée par un chèque et la signature de l'acte **moins de 24 heures avant la date effective de la cessation de paiement** (*).

On appelle ça de la finition sur le fil du rasoir : derniers écrits avant fermeture définitive, évacuation d'urgence, et tout le tralala.

(*)Comme on peut le constater, la cessation de paiement d'Air Horizons prend effet le 8/11/05, même si elle a été officiellement déposée le 14.