

**British Virgin Islands Financial Services Commission**
**Registry of Corporate Affairs**
P.O. Box 418, Road Town, Tortola, British Virgin Islands
Tel: (284) 494-5355/6  Fax: (284) 494-6331  Email: corporateregistry@bvifsc.vg

Our Ref:

Your Ref:

5TH APRIL, 2006        ISSUED SUBJECT TO DISCLAIMER HEREIN

Mr. Sean Creehan
**DILIGENCE LLC**
7 Times Square
New York, NY 10036
USA

Dear Mr. Creehan,

I refer to your request of 4th April, 2006 and hereby submit the following Information.

| COMPANY NAME: | LAKAH FUNDING LIMITED |
|---|---|
| COMPANY NUMBER: | IBC NO. 347651 |
| REGISTRATION DATE: | 11th OCTOBER, 1999 |
| AUTHORIZED CAPITAL: | US$1,000.00 |
| COMPANY STATUS: | **STRUCK OFF THE REGISTER ON 1st MAY, 2001 FOR NON-PAYMENT OF LICENCE FEE** |
| REGISTERED AGENT: | CITCO B.V.I. LIMITED |
| REGISTERED OFFICE: | CITCO BUILDING WICKHAMS CAY P.O BOX 662 ROAD TOWN, TORTOLA BRITISH VIRGIN ISLANDS |
| TEL/FAX NUMBER: | (284) 494 2217    (284) 494-3917 |

Pg. 2

Under the International Business Companies Act, Cap. 291 companies are not required to file information on Directors, Shareholders or Owner(s) of a company. All corporate details are maintained by the local registered agent who provides administration for the company.

**PLEASE NOTE THAT THE REGISTRY, ON BEHALF OF THE BRITISH VIRGIN ISLANDS FINANCIAL SERVICES COMMISSION, HEREBY DISCLAIMS ANY LIABILITY FOR THE ACCURACY OF THE INFORMATION CONTAINED HEREIN SINCE ALL FACTS HEREIN ARE SUBJECT TO BE VERIFIED BY CONDUCTING A SEARCH OF THE RELEVANT FILE.**

I trust we have been of service to you.

Sincerely yours,

Jacqueline Donovan (Mrs.)
/f/ Director of Corporate Affairs