UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
| | |
|---|---|
| In the Matter of the Application of | ) |
| RAMY LAKAH and MICHEL LAKAH, | ) |
|  | ) 07-CV-2799 (MGC) (FM) |
| Petitioners, | ) |
| For a judgment pursuant to Article 75 of the C.P.L.R. staying the arbitration commenced by | ) **ECF CASE** |
| UBS AG, EXPORTERS INSURANCE COMPANY, LTD., ARAB BANKING CORPORATION, NATIONAL BANK OF ABU DHABI and NATIONAL BANK OF OMAN, | ) |
| Respondents. | ) |

-----------------------------------------------------------------x

## **CERTIFICATE OF SERVICE**

I, Joseph Vizcarrondo, hereby certify, pursuant to the penalty of perjury, that I caused a true copy of the Answer & Cross-Petition to Compel Arbitration, Declaration of Gilbert A. Samberg and Respondents-Cross-Petitioners' Memorandum of Law In Opposition to the Petition to Stay Arbitration and In Support of the Cross-Petition to Compel Arbitration, upon the below named attorneys for Petitioners by hand delivery on April 17, 2007.

Further, the Answer & Cross-Petition to Compel Arbitration were electronically filed on April 16, 2007 and the Declaration of Gilbert A. Samberg dated April 16, 2007 and Respondents-Cross-Petitioners' Memorandum of Law In Opposition to the Petition to Stay Arbitration and in Support of the Cross-Petition to Compel Arbitration were electronically filed on April 17, 2007.

Further, the Declaration of Gilbert A. Samberg dated April 17, 2007 and electronically filed on April 17, 2007 was served upon the undersigned counsel by overnight express mail.

Dennis M. Rothman, Esq.
Lawrence Steckman, Esq.
Lester Schwab Katz & Dwyer LLP
120 Broadway
New York, NY 10271
*Attorneys for Petitioners*

Dated: New York, New York
April 17, 2007

      /s/ Joseph Vizcarrondo
      Joseph Vizcarrondo (JV 8971)

4022433v.1