بسم الله الرحمن الرحيم

باسم الشعب

محكمة جنايات الجيزة

المشكلة علناً برئاسة السيد الأستاذ المستشار/ أحمد عبد الرحيم [illegible] رئيس المحكمة

وعضوية السيدين المستشارين/ حسين [illegible] ومحمد [illegible] الرئيسان بالمحكمة

مستشاري بمحكمة استئناف القاهرة.

وحضور السيد الأستاذ/ شريف [illegible] وكيل النيابة

وحضور الأستاذ/ محمد [illegible] أمين سر

أصدرت الحكم الآتي

في تظلم من أمر منع رقم ٦٢٧ لسنة ٢٠٠١ أحوال عامة

مقدم من

١) محمد [illegible] عبد [illegible]

٢) أحمد [illegible] عبد [illegible]

وحضور الأستاذ/ [illegible] عن الأستاذ/ [illegible]

المحكمة

بعد الاطلاع على الأوراق وسماع طلبات النيابة العامة [illegible] والمداولة قانوناً.

وحيث أن واقعة التظلم [illegible] تتحصل في أن المتظلمين محمد [illegible] و[illegible] تقدما بطلب إلى السيد المستشار رئيس محكمة استئناف القاهرة [illegible] السيد المستشار النائب العام [illegible] بتاريخ ٢٨/١/٢٠٠٢ قراراً بمنعهما [illegible] من التصرف في أموالهما العقارية والمنقولة وتأييد هذا القرار من محكمة استئناف القاهرة بجلسة [illegible] وذلك استناداً إلى ما أوردته التحريات [illegible] تزوير شهادة [illegible] مبالغ [illegible] مصر [illegible] لزيادة رأسمال [illegible] الشركات [illegible] النيابة العامة [illegible] هذه التهمة [illegible] [illegible] المنع [illegible] [illegible] الملكية [illegible] أصدرت محكمة جنايات الجيزة [illegible] بإلغاء [illegible] المنع [illegible]

وزوجته أمينة محمد كمال الدين وولديه أحمد ومروة محمد عن الحكم المتظلم منها الذي هز هذه العملية بمكاتب المركز القانوني في الشركة المتظلمة بشارع مصر باعتبار أنهم جميعا اشتركوا في تزوير ثالث الشهادة البنكية المشار إليها ، فإن العدالة تقتضي أن يتساووا أيضا في كافة الحقوق ، ووجه إليها أيضا أنه يتظلما من قرار المنع من التصرف بناء على القضاء بتحريك [illegible] دعوى الموضوع بتعديله نطاقه بإخراج أموالهما العقارية والمنقولة من نطاقه .

وساندا طلباتهما بحافظة مستندات حوت على ما يلي :-

① صورة رسمية من الحكم الصادر من محكمة استئناف القاهرة بتأييد أمر منع المتظلمين وآخرين من التصرف في أموالهم العقارية والمنقولة والصادر في القضية رقم ٢٢٧٦ لسنة [illegible] حصر أموال عامة عليا ، وسبب تظلمه .

② مذكرة شارح النيابة العامة العليا من أمر المنع من التصرف المشار إليه

③ صورة رسمية من الحكم الصادر من محكمة استئناف القاهرة بتعديل أمر المنع المتظلم منه بإخراج أموال كل من [illegible] ابراهيم وأمينة محمد كمال الدين وولديه أحمد ومروة من نطاق هذا الأمر

وحيث أن محكمة استئناف القاهرة أمرت بعرض هذا التظلم على هذه الدائرة في ١١/٢/٢٠٠٧ حيث تداول بالجلسات وقررت المحكمة النطق بالحكم بجلسة اليوم .

وحيث أنه لما كان المقرر بنص المادة ٢٠٨ مكرر/أ/ب من قانون الإجراءات الجنائية أن لكل من صدر ضده حكم بالمنع من التصرف أو الإدارة أن يتظلم أمام المحكمة الجنائية المختصة بعد انقضاء ثلاثة أشهر من تاريخ الحكم فإذا رفض تظلمه فله أن يتقدم بتظلم جديد كلما انقضت ثلاثة أشهر من تاريخ الحكم [illegible] التظلم ، ويحصل التظلم بتقرير في قلم كتاب المحكمة الجنائية المختصة ، ويجب على رئيس المحكمة أن يحدد جلسة لنظر التظلم يعلن بها المتظلم وكل ذي شأن وتطبيقا لذلك فإنه ليشترط في المتظلم صفة خاصة بل يكفي توافر المصلحة متى كان ذلك وكان المتظلمان قد تقدما بتظلمهما إلى محكمة استئناف القاهرة واستوفى هذا التظلم أوضاعه المقررة قانونا ، فإن المحكمة تقضي بقبوله شكلا .

وحيث أنه وعن موضوع التظلم ولما كانت النيابة العامة أوردت في مذكرتها المقدمة منها في ٤/٢/٢٠٠٧ أن لجنة خبراء [illegible] المنتدبة منها قد انتهت في [illegible] المسئولية [illegible] كل من المتظلمين (محمد [illegible] عبد الحميد وأمينة محمد [illegible] عبد الحميد) [illegible] أحمد [illegible]

مؤقتة وزيادة [illegible] لتلك الشركات [illegible] لصالح المتهمين [illegible] أصدر شهادات [illegible] الشركات خاصة [illegible] البنك الأهلي [illegible] والجيزة) [illegible] تأسيس وزيادة رؤوس أموال تلك الشركات [illegible] شركات مجموعة [illegible] بمبلغ إجمالي مائتين وأربعين مليون جنيه حيث انعقدت لجنة [illegible] برئاسة الدكتور [illegible] وانعقدت لجنة [illegible] بفرع الجيزة برئاسة [illegible] إبراهيم [illegible] المتظلم الذي [illegible] بإخراج أموال [illegible] تلك [illegible] لم تكن محظورة آنذاك ولم يترتب ضرر بأموال البنك [illegible] إصدار تلك الشهادات.

[illegible] وكانت النيابة العامة لم [illegible] المتظلمين ولم [illegible] التحقيق [illegible] ٢٠٠٧ [illegible] أموال عامة [illegible] التصرف في أموالهما [illegible] المتظلمين [illegible] المحكمة الجنائية [illegible] جريمة [illegible] هذا التظلم [illegible] بمذكرة نيابة الأموال العامة العليا [illegible] المتظلمين [illegible] وانحصر دورهما [illegible] بطلبات [illegible] شهادات تأسيس وزيادة رؤوس أموال الشركات [illegible] بفرع الجيزة [illegible] تلك المجموعة [illegible] الزيادة المطلوبة في رأس مال تلك الشركات [illegible] تلك الشركات لزيادة رأسمالها [illegible] على أساس أنه تم تغطية الزيادة في رأس مال تلك الشركات من خلال اكتتابات [illegible] الحقيقة الثابتة [illegible] الزيادة [illegible] البنك [illegible] الموضحة [illegible] المنح [illegible] لجنة [illegible] نيابة الأموال العامة العليا [illegible] المرفقة [illegible] النيابة العامة [illegible] المتظلمين [illegible] باعتبارهما [illegible] بمجموعة [illegible] لم تكن محظورة آنذاك ولم يترتب ضرر [illegible] بأموال البنك [illegible] الكافية [illegible] الشروط اللازم [illegible] المادة [illegible] مكرر/١ [illegible] الجنائية [illegible] النيابة العامة [illegible]

[illegible] التصرفات في الوقت [illegible] بما في العدالة أن [illegible] [illegible] أموالها [illegible] هذه المدة [illegible] [illegible] في أموال [illegible] [illegible] من التصرف من أموال [illegible] إلى [illegible] القانون ومصلحة [illegible] اللجنة [illegible] حكم بإفراج أموال [illegible] المتهمين [illegible] من التصرف في أموال [illegible] الدولة وأحكام القانون [illegible] لحكم المادة [illegible] من قانون الإجراءات الجنائية.

فلهذه الأسباب

حكمت المحكمة [illegible] بقبول التظلم شكلا وفي الموضوع [illegible] أموال [illegible] التصرف الصادر رقم [illegible] ١٢٧ لسنة [illegible] حصر أموال عامة عليا [illegible] في ٢٠٠٢/١/١ بإفراج [illegible] وإفراج أموال [illegible] والتابعة والمائلة [illegible] هذا الأمر.

صدر هذا الحكم وتلي علنا بجلسة [illegible] المنعقد ٢٠٠٧/٦/٨