النيابة العامة

نيابة مصر الجديدة

شهادة من واقع جدول الجنح

في القضية رقم ٨٨٥٦ لسنة ٢٠٠ جنح مصر الجديدة

بعد الاطلاع على الطلب المقدم من : ـــــــــــــــــــــــــــــــــــــــــ

بشأن إعطائه شهادة من واقع الجدول في القضية عاليه

تبين أن القضية المذكورة مقيدة ضد : ـــــــــــــــــــــــــــــــــــــــــ

المدعى بالحق المدني : ـــــــــــــــــــــــــــــــــــــــــ

لأنه في يوم     /     /     بدائرة قسم شرطة مصر الجديدة

ـــــــــــــــــــــــــــــــــــــــــ

ـــــــــــــــــــــــــــــــــــــــــ

ـــــــــــــــــــــــــــــــــــــــــ

ـــــــــــــــــــــــــــــــــــــــــ

ـــــــــــــــــــــــــــــــــــــــــ

ـــــــــــــــــــــــــــــــــــــــــ

ـــــــــــــــــــــــــــــــــــــــــ

هذا وقد حررت هذه الشهادة بناءا على طلب الطالب بعد تصريح السيد الأستاذ / رئيس النيابة  وبعد سداد الرسم المقرر جنيهان وخمسة وستون قرشا بالقسيمة رقم ٩٦٢ ٠٠ بتاريخ ١٤/٦/ ٢٠٠٧ وسلمت إليه تحت رقم ٩٠٩ لسنة ٢٠٠ صور مصر الجديدة.

تحريرا في ١٤/٦/ ٢٠٠٧

موظف الجدول        قلم الصور        رئيس القلم الجنائي

محكمة مصر الجديدة

**حكم**

**باسـم الشعــب**

بجلستها العلنية المنعقدة في يوم ......... الموافق ٥ / ٥ / ٢٠٠٩م

برئاسة السيد الأستاذ / محمد خيرى                    ( رئيس المحكمة )

والسيد الأستاذ / ........................           ( وكيل النيابة )

والسيد / عبد الرحيم ابراهيم ─────────────── ( أمين السـر )

أصدرت الحكم فى القضية رقم ٨٤٤٦١ لسنة ٢٠٠١ جنح قسم مصر الجديدة .

المدعي بالحق المدنى ........................... بمبلغ ............... .

**ضــــد**

رامى رمضون مشيل لك

بعد سماع المرافعة الشفوية وطلبات النيابة العامة والاطلاع على الأوراق .

حيث ان واقعة الجنحة تتحصـــل فيمـا قـرره المجنــى عليـه ..................... الضبــــط المـــــــؤرخ ٢٨ / ١١ / ٢٠٠٧ من أن المشكو فى حقه ......... أصدر له بتاريخ ٩ / ١ / ٢٠٠٧ شيكاً بمبلغ عدد ٨٠٠٠٠ جنيه مسحوباً على بنك .............. فـــرع .. العدد .... وبالتقدم لصرفـــه افـــاد البنـك .......................... ومن ثم يكون المتهم قد ارتكب جريمة اصدار شيك بدون رصيد وارفق بالحضر صورة الشيك وافادة البنك .

واسندت النيابة العامة إلى المتهم إنه فى يوم ١ / ١٠ / ٢٠٠١ بدائرة قسم مصر الجديدة .................................................................................................................................................................. وطلبت عقابه بالمادة ٣٢٧ من القانو سر العقوبا ج٢ والمادة ٥٢٢ ٥ رقم فقا و سر رقم ٧ ١٩٩٩.

وحيث أنه بجلسه ٥ / ٥ / ٢٠٠٩ لم يحضر المتهم رغم اعلانه قانوناً وقررت المحكمة حجــــز الدعــوى للحكم لذات الجلسة .

وحيث أن المتهم أعلن قانوناً ولم يحضر فيجوز الحكم فى غيبته عملاً بالمادة ١/٢٣٨ إجراءات جنائية .

وحيث أن من المقرر بنص المادة ٥٣٤/ ١ من قانون التجارة رقم ١٧ لسنة ١٩٩٩ أنـــه يعـــاقب بـــالحبس وبغرامة لا تجاوز خمسين الف جنيه أو بإحدى هاتين العقوبتين كل من ارتكب عمداً أحد الأفعال الآتية .

( أ ) إصدار شيك ليس له مقابل وفاء قابل للصرف (ب) استرداد كل الرصيد أو بعضه أو التصرف فيه بعـــد إصدار الشيك بحيث يصبح الباقى لا يفي بقيمة الشيك ( ج ) اصدار امر للمسحوب عليه بعدم صرف الشيك فى غـــير الحالات المقررة قانوناً ( ء ) تحرير شيك أو التوقيع عليه بسوء نيه على نحو يحول دون صرفه .

ومن المقرر فى قضاء محكمة النقض أن جريمة اعطاء شيكات بدون رصيد تتحقق بمجرد اعطاء الشيك إلـــى المستفيد مع علمه بأن ليس له مقابل وفاء قابل للسحب إذ يتم بذلك طرح الشيك فى التداول فتنعطف عليه الحماية

أمين السر                                           رئيس المحكمة

[ ١١٥٥/١/١٥ ]

وإذ تماسكت في روابط القضاء بحسن ذكائها ورهف ونفاذ البصيرة وهي من العوامل الهامة التي أقرت الشريعة الإسلامية وأن القانون المصري قد استقر في هذا المجال

والتي من بينها أن تحقيق الدعوى قائماً بالفصل [ الغير ناقص ] فإنها بذلك قد خرجت على مقتضى القانون رقم ٤٣ لسنة ١٩٤١ في شأن [ التشريع ]

لسنة ٢٠ ونص المادة ١٧٤١ مقروناً [ القانون ] بالمادتين ٤٥ وما بعدها إلى نص المادة ٤٣ من القانون المدني ٧/٢٨/١٩

[ ١ - ٧ / ٩ ] ونص المادة ٤٣ من القانون المدني أن على المحكمة الأولى أن تطبق وإن كان [ ... ]
 ...

وأقرت المحكمة المطعون ضدها هذا الحكم أن ما قررته محكمة النقض في ١٩٩٩... [ ٦٠٠٠ ]
...

بما لا يخالف ... المادة ٢١٢ وقد ألزمت الطاعنة بالمصاريف والنفقات وما جاء من ١٧ المادة ...

وحيث أن [ ٢٠٤ / ٥٤٣ ] بالمصاريف ومبلغ ...

**مساعد النيابة**

المقرر لجلسة ٢- ٩/... [ ... ]

النائب العام

حرره في ... ٢/١٥/٢ ...
[ ... ]

الإدارة المركزية لمنطقة غرب القاهرة
قطاع مصلحة الأمن العام
الشئون القانونية

السيد اللواء/ مدير عام شرطة - مصر الجديدة

تحية طيبة ... وبعد

ـ تقدمت شركة ميدليفنت للتوريدات والمقاولات
ـ الكائنة بالعنوان ٦٨ شارع المرغني - مصر الجديدة
ـ بالشيك رقم ١٣٥٩٣٠٣ المؤرخ ١ / ٩ / ٢٠٠١

يبلغ مبلغ
٥٠٠٠٠٠٠

ـ صاحب الشيك سوف ينك بدون صرف طبقا لإفادة البنك المؤرخ في
١٥ / ٩ / ١

ـ ورأينا أنه هذا الفعل معاقب عليه جنائيا طبقا بالمادتين ٣٣٦ ، ٣٣٧ عقوبات
إلزامه

ـ نميل إلى رتب المصنع للتقدم بما تراه لازم نحو تسديد يرتب جملة
هذا المبلغ لقيمة سداد قيمة هذا الشيك نعد بها ضمانة إلى
المدينة الا ضمانية بمستقم طبقا لقانون مؤسسة رقم ١١ لسنة ١٩٨١
في شأن المدنية في البيع مع مراعاة ج ٢٪ سنويا اسبوعيا وجزء
منه مدة ما بين استلام الشيك حتى تاريخ السداد
وتفضلوا سيادتكم بقبول وافر الاحترام

بجنة قانون                        مدير إدارة                    المدير العام
(اللواء)                        (العميد) أكرم               (العميد) احمد سري

المصرف الإسلامي الدولي للإستثمار والتنمية

فرع ـــــ الدقي ـــــ السادة ـ شركة ـ ميديكيب للتجارة والمقاولات

التاريخ ــــ ٢٠٠١/٩/١ ــ ٦/١/٢    ٤٦٤٧٧

ادفعوا لامر ـــ مأمورية ضرائب مصر لكـ الهاشم من رمضان ـــ /

مبلغا وقدره ـــ خمسون ألف جنيه مصري فقط لاغير

| المبلغ بالأرقام |
|---|
| // ــــ / ٥٠٠٠٠ // |
| رقم د/ ١٢٥٩٣٠٢ |

التوقيع

№D/ 1359303    ٢٠٠٥

الإدارة المركزية لمنظمة نزب النقابة
بالمندسية المختصة بغاطنا ؟
والتنفيذ بالقاهرة نية

السيد العميد / ما مدير قسم شرطة مصر الجديدة

تحية طيبة ... وبعد والمقارات

- تقدمت شركة ويتي للتجارة بمصر الجديدة
- الكائنة بالعنوان ٦٨ مصر الجديدة
- بالشيك رقم ٤ ١٢٥٩٣٠ المؤرخ ١ /١٠/ ٢٠٠١

يبلغ بسعر ....... ؟

- وما زنت الشيك ساريا بدون صرف طبقا لإدارة البنك المذكور أن
  ٦ /١٠/ راتب

- وعليه أحد هذا النقل بما تيب عليه تا نونا بالمادتين ٢٢٦ ، ٢٢٧ عقوبات
  لذلك

- نميل لكم رتبم المصنع للتقدم با تخاذ اللازم نحو تيده برقم هذه
  والزام الشركة بسداد قيمة هذا الشيك نقدا با خطا نة إلى
  القضية بالضمانية لمستتم طبقالقانون نونه رقم ١١ لسنة ١٩٩١
  بنك ما الضمنية بالبيع ات بواقع ٣٪ سكل أسبوعا أوجز
  منه سما ساتي استيدام الشيك حتى تاريخ السداد.
  وتنفضلوا سا رتبكم بقبول وافر الاحترام

المدير العام
با حتراما ناتنا
(المدير؟)
(١.٣ جمدة محمد سري)
(راجعها البرية؟)

وقت ٥ ١٧ جمرتن الشركة
(١) جمرتن الرقص



المصرف الإسلامي الدولي للإستثمار والتنمية

السادة ـ شركة ميديكيب للتجارة والمقاولات

فرع _____ الدقى
التاريخ _/_/_

أدفعوا لامر _____ مأمورية ضرائب الجيعات ـ العائم من/ميناء

مبلغا وقدره _____ خمسوم ألف جنيه مصرى فقط لا غير

التوقيع

المبلغ بالارقام

№D/ 1359304

رقم د/ ١٢٥٩٣٠٤