# Ministry of Justice
## Notary and Certification Authority
### Banks certification office
#### Formal power of attorney of commercial mortgage

On Monday coincides 10/8/1998 in the banks certification office in the Notary. Before me / Mirvat Amin

## Attended

Mr./ Ramy Rimon Michel Lakah as being chairman of the board of directors of Arab Steel Factory company. His identification for the company is fixed for the office with the formal written document No. 715A of the year 1997 banks certification, whose personality is stated in accordance with passport No. 5095/98 authority documents.

## He decided that

He authorized for him Cairo Bank, its agents and representatives in signing instead of him before the competent certification offices for formal commercial mortgage contracts for the physical and abstract fundamentals for Arab Steel Factory company resided at piece No. 4, third industrial zone A3, Ard Sherif division, in Tenth of Ramadan city, El-Sharkia commercial registry office No. 15/96 enclosed by the certified contract No. 715A/97 banks for the behalf of the bank. That is guaranteeing and insuring for paying all rights of the bank by the mentioned company and what may arise including debited balances and its enclosures of interests, commissions and expenses till full payment. Also, he authorized Cairo Bank, agents and representatives for signing instead of him upon any amendments upon the mentioned mortgage contracts and also signing upon all requests and written documents for the competent registry offices and in its amendment, exchanging, canceling, assigning it, presenting requests, signing upon, accomplishing the documents necessary for mortgage and presenting it and generally all what is necessary for accomplishing the mortgage, certified from now upon what is going on. That is for the behalf of Cairo Bank. This power of attorney is irrevocable and the authorizer undertakes not to cancel this power of attorney except by written approval of Cairo Bank, the agent.

The authorizer

Signature

Ramy Rimon Lakah

Stamp
Ministry of Justice
Notary and Certification Authority
Banks certification office



El-Zini Center
Certified Translation
C.R. 327560
86, El-Merghany St., Heliopolis
2912824 - 0105752490

