وزارة العـدل

مصلحة الشهر العقاري والتوثيق

مكتب توثيق البنـوك

عقـد رسمي برهـن محـل تجـاري

نـه في يوم الاحـد    الموافق ١٦ / ٧ / ٢٠٠٠

امامنا نحن و/سامي ابراهيم ابراهيم موثق العقود الرسمية بالمكتب .

حضـر كــلا مــن

أولا / بنك القاهرة ش.م.م ومركزه الرئيسي ٢٢ شارع عدلي ـ قسم عابدين بالقاهرة ويمثله قانونا السيد الاستاذ / رئيس مجلس الادارة بصفته ومحله المختار الادارة العامة للشئون القانونية الكائن مقرها ٢٧١ شارع بورسعيد قسم السيدة زينب بالقاهرة وينوب عنه في التوقيع على هذا العقد السيد الاستاذ/ _____ المحامي بموجب التوكيل الرسمي العام رقم ١٣٠ ب لسنة ٢٠٠٠ توثيق البنوك والمقيد بنقابة المحامين برقم ١٤٠-٨٨/٧٨ في _____ ( طرف اول دائن مرتهـن )

ثانيا : شركة الاستثمارات الصناعية ( امان للاستثمارات المالية والعقارية سابقا ) ش.م.م ومقرها الرئيسي ٦٨ شارع الميرغني قسم مصر الجديدة بالقاهرة وفرعها المتمثل في المصنع الكائن بالمنطقة الصناعية بمدينة العاشر من رمضان بارض مصنع الصناعات المصرية للمنظفات الصناعية والمقيد بالسجل التجاري برقم ١٥٧٠ العاشر من رمضان ................... ( طرف ثان مدين راهـن )

تمهيــد

لما كانت الشركة القابضة للاستثمارات المالية " لكج جروب " والتي تتبعها الشركة التابعة الطرف الثاني سبق لها وان اصدرت سندات باسمها طرحت للاكتتاب العام .

تلتزم الشركة الطرف الثاني على ضمان البنك الطرف الاول بالوفاء بسداد قيمة السندات المطروحة وكذا سداد كوبوناتها في تواريخ استحقاقها للمكتتبين فيها طبقا للشروط الموضحة بنشرة الاكتتاب في ١٩٩٩/٢/٩

وحيث انه ضمانا لضمانة البنك لنشرة الاكتتاب في سندات الشركة القابضة الصادرة في ١٩٩٩/٢/٩ في حالة ما اذا قام البنك الطرف الاول بتنفيذ التزامه المنصوص عليه بنشرة الاكتتاب وصيرورة الشركة القابضة مدينة لبنك القاهرة الطرف الاول عما قام البنك بسداده من قيمة هذه السندات وكوبوناتها للمستفيدين منها بالاضافة الى سداد عمولة قدرها ٥,٠% ( نصف في المائة ) بخلاف الملحقات المستحقة الاخرى للبنك الطرف الاول .

ونظير هذه الضمانة آنفة الذكر فان الشركة الطرف الثاني ضمانا لمحافظة البنك الطرف الاول للشركة القابضة ترتهن رهنا تجاريا المقومات المعنوية والمادية لفرعها الكائن بالمنطقة الصناعية

بارض مصنع الصناعات المصرية للمنظفات الصناعية بمدينة العاشر من رمضان سجل تجارى رقم ١٥٧٠ بالايداع رقم ٨٢٨ فى ٩٧/١/١٦ العاشر من رمضان رهنا تجاريا لصالح البنك من الدرجة الاولى للمقومات المادية والمعنوية لفرع الشركة الطرف الثانى المعنون باسم " مصنع الصناعات المصرية للمنظفات الصناعية الكائن مقره بمدينة العاشر من رمضان بالمنطقة الصناعية A-3 بارض مصنع الصناعات المصرية للمنظفات الصناعية وذلك فى حدود مبلغ وقدره ٨٠ ٠٠٠ ٠٠٠ جم ( ثمانون مليون جنيه ) من قيمة السندات المحررة بنشرة الاكتتاب وغرض الشركة التجارى التسويق المحلى والخارجى لجميع السلع والخدمات واعداد الدراسات وتقديم الاستشارات والتوكيلات التجارية والاستيراد والتصدير بصفة عامة والتأجير التمويلى والتصنيع بصفة عامة وعلى الاخص المنظفات الصناعية ومستلزماتها .

ويشمل الرهن المقومات المعنوية المتمثلة فى العنوان والاسم التجارى والحق فى الاجارة والاتصال بالعملاء والسمة التجارية والرخص والجدك وكذلك المقومات المادية المتمثلة فى المنقولات والمعدات والموجودات الموضحة بالكشف المرفق بنهاية هذا العقد والتى تعتبر جزء لايتجزأ من هذا العقد وذلك طبقا للشروط الاتية :-

البند الاول

يعتبر التمهيد السابق جزء لايتجزأ من هذا العقد واحد ببنوده .

البند الثانى

يلتزم الطرف الثانى ضامنا متضامنا للبنك الطرف الاول بسداد قيمة السندات وكوبوناتها قبل المستفيدين فيها وفقا لشروطها المنصوص عليها بصكوكها بنشرة الاكتتاب الصادرة فى ١٩٩٩/٢/٩ فاذا ما تخلف عن السداد وقام البنك الطرف الاول بالسداد محل الطرف الثانى فان الاخير يصبح مدينا متضامنا قبل الطرف الاول بسداد ماسبق للطرف الاول ان سدده للمستفيدين فى السندات مضافا اليها العوائد والملحقات للبنك من تاريخ الاستحقاق وحتى تمام السداد وعمولة قدرها ٥,٪ نظير ضمانة البنك لسداد قيمة السندات وكوبوناتها بخلاف العمولات والمصاريف والرسوم واى ملحقات اخرى .

من المتفق عليه بانه لوفاء الشركة الطرف الثانى بالتزاماتها قبل البنك الطرف الاول على النحو الموضح بالتمهيد والبند الثانى سالف الذكر فان الشركة الطرف الثانى ( الراهنة ) ترهن فرعها رهنا تجاريا من الدرجة الاولى للمحل التجارى التابع لها الكائن بالمنطقة الصناعية A-3 بارض مصنع الصناعات المصرية للمنظفات الصناعية بمدينة العاشر من رمضان محافظة الشرقية والمقيد بالسجل التجارى تحت رقم ١٥٧٠ فى ١٩٩٧/١١/١٦ بالايداع رقم ٨٢٨ سجل تجارى العاشر من رمضان محافظة الشرقية .

ويشمل الرهن المقومات المعنوية من العنوان والاسم التجارى والسمة التجارية والرخص وحق الاتصال بالعملاء وحق الاجارة وعموما كافة حقوق الملكية الصناعية والادبية دون استثناء اى شىء منها بالاضافة الى المقومات المادية المتمثلة فى التجهيزات والمنقولات والموجودات التى تكون محل هذا الرهن والموضحة تفصيلا بنهاية هذا العقد بالكشوف المرفقة والتى يعتبرها الطرفين جزء لايتجزأ من هذا العقد

البند الرابــــع

يقر الطرف الثاني بان الموجودات والالات التي تمثل المقومات المادية للمحل التجاري موضوع هذا الرهن مملوكة له ويقر الطرف الثاني بان المحل التجاري ومافيه من الالات والموجودات ليست محلا للنزاع من احد كما يضمن خلوها من الديون والحقوق العينية ايا كان نوعها سواء كانت أصلية أو تبعية لاي شخص كان وانه ليس عليها ضرائب او ايجارات متأخرة وانه لم يشهر افلاسه ويتعهد بسداد الضرائب والرسوم وكافة التكاليف على الاعيان المرهونة .

البند الخامــــس

للبنك الطرف الاول الحق في تحويل الضمانة الصادرة منه للسندات المنوه عنها بهذا العقد والمبالغ التي يدابن بها الطرف الثاني كليا او بعضها لمن يشاء دون حاجة الى الحصول على موافقة الطرف الثاني .

البند الســــادس

يتعهد الطرف الثاني الراهن بالتأمين على المحل التجاري بمقوماته المعنوية ومقوماته المادية المتمثلة في المنقولات والموجودات المرهونة ضد الحريق والسطو والتلف باسم البنك الطرف الاول ولصالحه بمبلغ يغطي قيمة السندات الصادرة باسم الشركة الطرف الثاني لمدة تتجدد طوال سريان هذا العقد وحتى تمام وفاء الطرف الثاني بالتزاماته المحددة بهذا العقد ويتعهد الطرف الثاني بتقديم وثيقة التأمين الى البنك خلال مدة اسبوع واحد من تاريخ التوقيع على هذا العقد وفي حالة عدم قيام الطرف الثاني باجراء التأمين المطلوب فانه يحق للطرف الاول القيام بذلك بمعرفته على عاتق الطرف الثاني دون حاجة الى اخطار أو تنبيه وفي حالة حصول حريق أو سطو أو تلف يكون للبنك الطرف الاول الحق في اقتناء مطلوباته من أصل وعائد وعمولات ومصاريف وملحقات بطريق الاولوية والامتياز من قيمة التأمين المستحق لدى شركة التأمين دون حاجة الى موافقة الطرف الثاني أو صدور اقرار منه بذلك دون اخلال بحقوق البنك الاخرى قبل الطرف الثاني .

البند الســــابع

اذا تأخر الطرف الثاني في سداد الدين المنوه عنه بالتمهيد والبند الثاني من هذا العقد من أصل وعوائد وعمولات ومصاريف وملحقات اخرى حتى ميعاد استحقاقه تسري عليه فوائد تأخيرية مركبة قدرها ١ % واحد في المائة مركبة تضاف الى الرصيد شهريا مضافة للعائد المركب بالسعر الساري لدى بنك القاهرة من تاريخ الاستحقاق حتى تمام السداد بدون حاجة الى تنبيه أو انذار أو اتخاذ أي اجراء آخــــر .

البند الثامــــن

اذا ما قام البنك بسداد قيمة السندات وكوبوناتها للمكتتبين فيها لتخلف الطرف الثاني عن الوفاء بها بالسداد طبقا لنشرة الاكتتاب يحق للبنك ان يتخذ اجراءات بيع المحل التجاري المرهون ومابه من منقولات والات وموجودات مرهونة تنفيذا جبريا طبقا للقانون واستيفاء كافة حقوقه بسداد مضافا اليها العائد المركب

المادة الحادية عشر وتنص على أنه يجوز للبنك قبول الودائع والاستثمارات بالعملات الأجنبية من غير المقيمين وكذلك من المقيمين من الأفراد والهيئات الاعتبارية ومن الأوعية الاستثمارية الأخرى ذات الطابع الجماعي ولا تتحمل هذه الودائع والاستثمارات أية رسوم أو ضرائب.

بنود الاتفاقية:

البند الأول – تلتزم الإدارة العامة لمصرف ليبيا المركزي بإبلاغ جميع المصارف التجارية العاملة في ليبيا بموضوع هذه الاتفاقية مع تقديم التسهيلات المصرفية اللازمة لأعمال وتحويلات البنك الإسلامي الدولي من وإلى الخارج وكذلك التحويلات الداخلية.

البند الثاني – تعفى كافة الودائع والاستثمارات في البنك من جميع الضرائب والرسوم.

البند الثالث – تعامل فروع البنك الإسلامي الدولي في ليبيا معاملة المصارف المحلية.

البند الرابع – تعفى جميع أموال البنك المودعة أو المستثمرة في ليبيا من الضرائب والرسوم.

البند الخامس – يقوم البنك الإسلامي الدولي بافتتاح فروع له في المدن الليبية المختلفة بالتنسيق مع مصرف ليبيا المركزي.

البند السادس – تلتزم الإدارة العامة لمصرف ليبيا المركزي بتقديم التسهيلات اللازمة للبنك الإسلامي الدولي للاستثمار والتنمية وتسهيل إجراءات التحويلات المصرفية من وإلى الخارج.

البند السابع – يلتزم البنك الإسلامي الدولي للاستثمار والتنمية بأن يعمل وفقاً لأحكام الشريعة الإسلامية وأن يلتزم بكافة اللوائح والقوانين المعمول بها في ليبيا.

البند الثامن – تسري هذه الاتفاقية اعتباراً من تاريخ توقيعها من قبل الطرفين.

حرر من نسختين أصليتين.

عن الطرف الأول:                    عن الطرف الثاني:
محافظ مصرف ليبيا المركزي         رئيس مجلس إدارة البنك الإسلامي الدولي



بيان في سجلها التجاري

وبما ذكر تحرر هذا العقد وصودق-منا بعد تلاوته على الحاضر بمعرفتنا ووقعه.

الموكــــــل ........................... الموثــــــق



تحت مسئوليتها دون مسئولية مصلحة الشهر العقاري والتوثيق .

وبما ذكر تحرر هذا العقد وصودق عليه بهذا المكتب وبعد تلاوته على الحاضرين وقعه الجميع معنا

الطرف الاول _____     الطرف الثانــــــى _____