SARWAT A. SHAHID LAW FIRM
IN AFFILIATION WITH
WEIL, GOTSHAL & MANGES LLP

عقد

شراء وبيع أصول

شركة المصنع العربى للحديد ش.م.م

20 B ADLY STREET · P.O. BOX 858 ATABA, CAIRO, EGYPT
TEL: +202 393 3593 / 393 5557 · FAX: +202 393 5447
http://www.shahidlaw.com · e-mail: info@shahidlaw.com

SARWAT A. SHAHID LAW FIRM
IN AFFILIATION WITH
WEIL, GOTSHAL & MANGES LLP

# الفهرس

| رقم المادة | | | الصفحة |
|---|---|---|---|
| التمهيد | | ................................................ | ١ |
| الأولى | | **التعاريف والتفاسير** ................................ | ٢ |
| | ١-١ | تعاريف ................................ | ٢ |
| | ٢-١ | التفسير ................................ | ٣ |
| الثانية | | **موضوع العقد** ................................ | ٤ |
| | ١-٢ | شراء وبيع الأصول ................................ | ٤ |
| | ٢-٢ | الأصول المشتراة ................................ | ٤ |
| | ٣-٢ | الأصول المستبعدة ................................ | ٥ |
| | ٤-٢ | المسئوليات والالتزامات التي يتحمل بها المشتري ........ | ٦ |
| | ٥-٢ | المسئوليات والالتزامات المستبعدة والتي يلتزم بها البائع وحده | ٦ |
| | ٦-٢ | العقود غير القابلة للتحويل ................................ | ٧ |
| الثالثة | | **الشراء والبيع** ................................ | ٧ |
| | ١-٣ | الثمن ................................ | ٧ |
| | ٢-٣ | ثمن الشراء ................................ | ٧ |
| | ٣-٣ | التسليم وانتقال الملكية ................................ | ٩ |
| | ٤-٣ | الضرائب عند نقل الملكية والتحويل ................ | ٩ |
| الرابعة | | **إقرارات وضمانات البائع** ................................ | ٩ |
| | ١-٤ | تأسيس ووجود وسلطة البائع وضماناته والتزاماته ........ | ٩ |
| | ٢-٤ | حالة الأصول المشتراة ................................ | ١٠ |
| | ٣-٤ | العقارات ................................ | ١٠ |

**SARWAT A. SHAHID LAW FIRM**
IN AFFILIATION WITH
**WEIL, GOTSHAL & MANGES LLP**

| رقم المادة | | الصفحة |
|---|---|---|
| | 4-4 الأصول المنقولة | 11 |
| | 4-5 الدعاوى القضائية والمطالبات الخاصة بالأصول المشتراه | 11 |
| | 4-6 العقود | 11 |
| | 4-7 الالتزام بالقوانين | 11 |
| | 4-8 الدفاتر والسجلات | 12 |
| | 4-9 عدم وجود خدمات السمسار | 12 |
| | 4-10 المسائل الخاصة بالبيئة | 12 |
| | 4-11 الموظفون | 12 |
| الخامسة | إقرارات وضمانات المشتري | 13 |
| | 5-1 تأسيس ووجود وسلطة المشتري | 13 |
| | 5-2 معاينة الأصول المشتراة والماكينات والآلات والمعدات | 13 |
| | 5-3 عدم وجود خدمات السمسار | 14 |
| | 5-4 التأمين | 14 |
| السادسة | تعهدات البائع | 14 |
| | 6-1 الموافقات | 14 |
| | 6-2 الموظفين الرئيسين | 14 |
| | 6-3 تحويل التراخيص والتصاريح | 14 |
| السابعة | تعهدات المشتري | 15 |
| | 7-1 الموافقات | 15 |
| | 7-2 الاحتفاظ بالعاملين | 15 |
| | 7-3 التأمينات المقدمة من البائع لجهات توريد الطاقة | 16 |

## SARWAT A. SHAHID LAW FIRM
### IN AFFILIATION WITH
### WEIL, GOTSHAL & MANGES LLP

| رقم المادة | | الصفحة |
|---|---|---|
| الثامنة | **المستندات اللازمة عند التسليم – تسليم الأصول المشتراة** | ١٦ |
| | ٨-١    مستندات البائع | ١٦ |
| | ٨-٢    مستندات المشتري | ١٦ |
| التاسعة | **عدم إفشاء المعلومات** | ١٧ |
| العاشرة | **أحكام عامة** | ١٧ |
| | ١٠-١    الإخطارات | ١٧ |
| | ١٠-٢    النفقات والمصاريف | ١٨ |
| | ١٠-٣    الخلفاء والمتنازل إليهم | ١٨ |
| | ١٠-٤    كامل العقد – التعديل | ١٨ |
| | ١٠-٥    لغة العقد – النسخ | ١٨ |
| | ١٠-٦    القانون الواجب التطبيق – الاختصاص – المنازعات | ١٩ |
| | ١٠-٧    القابلية للتجزئة | ١٩ |
| | ١٠-٨    عدم التمسك بالحق | ١٩ |
| | ١٠-٩    عدم وجود طرف ثالث مستفيد | ١٩ |
| الملاحق | | |




SARWAT A. SHAHID LAW FIRM
IN AFFILIATION WITH
WEIL, GOTSHAL & MANGES LLP

## عقد شراء وبيع أصول

أنه فى يوم        /٢/٢٠٠٠،         الموافق

تحرر هذا العقد فيما بين كل من:

أولاً:   شركة المصنع العربى للحديد، شركة مساهمة مصرية، منشأة وقائمة طبقاً للقانون رقم ١٥٩ لسنة ١٩٨١، مصرية الجنسية، سجل تجارى رقم ٥٥٦ الجيزة لسنة ١٩٩٥، وعنوانها قطعة رقم (٤) المنطقة الصناعية A3 –تقسيم أرض الشريف – بمدينة العاشر من رمضان – محافظة الشرقية، ولغرض الإعلانات والإخطارات يتم إعلانها على محلها المختار عند الأستاذ/ ثروت عبد الشهيد المحامى بالنقض ٢٠ب شارع عدلى –القاهرة، ويمثلها فى التوقيع على هذا العقد السيد الأستاذ/ رامى ريمون ميشيل لكح بصفته مفوضاً من الجمعية العامة العادية للشركة.

(ويشار إليها فيما يلى بـ "البائع")

ثانياً-   شركة مجموعة مصر للصلب، شركة مساهمة مصرية، خاضعة لأحكام قانون الاستثمار رقم ٨ لسنة ١٩٩٧، سجل تجارى رقم ٣٥٩١٤ لسنة        بورسعيد، وعنوانها بالقطعة رقم ١ شرق بورسعيد –محافظة بورسعيد، ويمثلها فى التوقيع على هذا العقد السيد الأستاذ/ حمدى عبيد الوهاب عبد الوهاب محمد قوطة بصفته عضو مجلس إدارة الشركة المنتدب والمفوض من الجمعية العمومية للشركة بالتوقيع على هذا العقد.

(ويشار إليها فيما يلى بـ "المشترى")

### تمهيد

حيث أن الشركة الطرف الأول (البائع) شركة مساهمة مصرية، منشأة طبقاً لأحكام قانون شركات المساهمة رقم ١٥٩ لسنة ١٩٨١ يساهم فى معظم رأس مالها الشركة القابضة للاستثمارات المالية (لكح جروب) وتمتلك وتدير مصنعاً للحديد يقع بالقطعة رقم (٤) بالمنطقة الصناعية الثالثة A3 (أرض الشريف) بمدينة العاشر من رمضان على مساحة قدرها ٣٣٤١٦,٩٦٥ متراً مربعاً. وقد أصدرت فى جمعيتها العامة العادية، قراراً ببيع كافة أصول النشاط ملحق (رقم ١).

وحيث أن الطرف الثانى (المشترى) شركة تعمل فى مجال نشاط إنتاج الحديد ولها مصنع بمدينة العاشر من رمضان بالقرب من مصنع البائع، وعملاً على الإستفادة من الميزة النسبية التى يوفرها موقع مصنع البائع من حيث سهولة نقل منتجاته التى يستخدمها مصنع الطرف الثانى للوصول الى المنتج النهائى وما سيوفره قرب المصنعين من بعضهما من نفقات كانت محل تقدير الطرف الثانى. لذا فقد أبدى رغبته فى شراء تلك الأصول من البائع.

لذلك، وفى مقابل التعهدات والشروط والأحكام المنصوص عليها فى هذا العقد، وبعد أن أقر الطرفان بأهليتهما للتعاقد اتفقا على ما يأتى:

20 B ADLY STREET - P.O. BOX 858 ATABA, CAIRO, EGYPT
TEL: +202 393 3593 / 393 5557 · FAX: +202 393 5447
http://www.shahidlaw.com · e-mail: info@shahidlaw.com

**SARWAT A. SHAHID LAW FIRM**
IN AFFILIATION WITH
**WEIL, GOTSHAL & MANGES LLP**

## مادة (۱)

### التعاريف والتفسير

**۱-۱ تعاريف**

للأغراض الخاصة بهذا العقد، وبالإضافة إلى أي تعريفات أخرى ترد فى مواضع أخرى من هذا العقد، يكون للعبارات التالية المعنى المبين أدناه:

(أ) "العقد" يعنى هذا والتمهيد السابق والجداول والملاحق المرفقة به، على النحو الذى يتم به استكمالها أو تعديلها أو إعادة صياغتها من وقت لآخر بموجب اتفاق أو اتفاقات أخرى تتم وفقاً لأحكام هذا العقد.

(ب) "حسب أقصى معرفة" تعنى معرفة إدارة طرف من الطرفين المبينة على أساس المعلومات التى تم الحصول عليها بعد إجراء بحث دؤوب بمناسبة العمليات المتوقعة وفقاً لهذا العقد.

(ج) "التسليم" يعنى إنجاز الصفقات المتوقعة بموجب هذا العقد فى ذات تاريخ توقيع العقد بموجب محضر إستلام موقع من الطرفين أو مندوبيهم ملحق (رقم ۲).

(د) "تاريخ التسليم" يعنى تاريخ التوقيع على هذا العقد، ما لم يتم تغيير هذا التاريخ كتابة وبتوقيع المشترى والبائع.

(هـ) "وقت النفاذ" يعنى تاريخ التوقيع على هذا العقد، وتاريخ تسلم البائع للثمن (النقدية والسندات لأمر) المبينة فى البند ۳-۲ (ج).

(و) "حقوق الغير" تعنى كافة الحقوق أو المطالبات، سواء عينية أو شخصية، أصلية أو تبعية، أياً كان نوعها أو طبيعتها، بما فى ذلك الرهن والامتياز وحقوق الارتفاق والتكاليف والاتفاقيات والتعهدات والقيود والوعد بالتعاقد وحقوق الأولوية والتعديات وعقود البيع المشروطة واتفاقات الاحتفاظ بالملكية الخاصة بالغير (كما هى معرفة فيما بعد).

(ز) "حقوق الغير المسموح بها" تعنى (۱) الحقوق المتعلقة بالضرائب العقارية والضرائب المماثلة التى لم تستحق ولم تصبح واجبة الأداء بعد إن وجدت، و(۲) حقوق الغير المدرجة فى الملحق (رقم ۳) المرفق بهذا العقد والتى تعهد البائع بسدادها والمتمثلة فى أقساط ضريبة المبيعات المقررة على ماكينات ومعدات المصنع والتى لم يتم سدادها ويلتزم البائع بسدادها فى مواعيدها.



۲

**SARWAT A. SHAHID LAW FIRM**
IN AFFILIATION WITH
WEIL, GOTSHAL & MANGES LLP

(ح) "شخص" يعنى شخص طبيعى أو شركة مساهمة أو شركة مسئولية محدودة أو شركة مشتركة أو اتحاد أو وقف أو أى جهة أخرى أو مؤسسة من أى نوع بما فى ذلك الجهات الحكومية أو أى من أقسامها أو أى وكالة أو جهة تابعة لأى منها.

(ط) "طرف / أطراف" تعنى المشترى أو البائع أو جميعهم معاً حسب الأحوال.

(ى) "ضريبة أو ضرائب" تعنى كافة الضرائب من أى نوع كانت فى مصر.

(ك) "الغير" تعنى أى شخص بخلاف أطراف هذا العقد وتابعيهم.

## ١-٢ التفسير

لأغراض الخاصة بهذا العقد والمستندات والملاحق المرفقة به، تطبق قواعد التفسير الآتية:

(أ) الكلمات: "فى هذا العقد" "من هذا العقد" و "بموجب هذا العقد" وأى كلمات أخرى لها معنى مماثل تشير إلى هذا العقد ككل وليس إلى مادة معينة أو قسم أو جزء فرعى آخر.

(ب) كافة الاصطلاحات المحاسبية التى لم يتم تعريفيا بطريقة أخرى فى هذا العقد يكون لها المعانى المخصصة لها طبقاً للمبادئ المحاسبية المصرية المتعارف عليها.

(ج) أى إشارة إلى قانون أو أمر أو تشريع أو مجموعة قوانين، ما لم يتطلب السياق غير ذلك، تشمل وتعتبر أنها إشارة إلى هذا القانون أو الأمر أو التشريع أو مجموعة القوانين وإلى اللوائح الصادرة طبقاً لهما مع كافة التعديلات التى أدخلت عليها والسارية المفعول من وقت إلى آخر وحتى تاريخ التسليم.

(د) عناوين المواد والبنود فى هذا العقد أدرجت لسهولة الرجوع إليها فقط ولا يلتفت إليها فى تأويل أو تفسير هذا العقد.

(هـ) الإشارة إلى طرف أو إلى شخص آخر فى هذا العقد تشمل وتعتبر إنها أيضاً إشارة إلى خلف هذا الطرف أو الشخص أو مصفيه.

(و) الكلمات التى تدل على المذكر تشمل المؤنث أو الأسماء التى ليست بمذكرة أو مؤنثة والكلمات التى تدل على المفرد تشمل الجمع والعكس صحيح.




٣

**SARWAT A. SHAHID LAW FIRM**
IN AFFILIATION WITH
**WEIL, GOTSHAL & MANGES LLP**

## مادة (٢)

## موضوع العقد

### ٢-١ شراء وبيع الأصول:

يبيع ويحول ويتنازل البائع إلى المشترى القابل لذلك بموجب هذا العقد كافة حقوق البائع وملكية البائع فى الأصول المشتراة وأى مصلحة ناشئة منها أو عنها، باستثناء الأصول المستبعدة طبقاً لأحكام هذا العقد وشروطه.

### ٢-٢ الأصول المشتراة:

"الأصول المشتراة" هى كل الأصول والممتلكات والحقوق والمطالبات الآتية الخاصة بالبائع والمستعملة فى أو المتصلة بإدارة النشاط الموجودة فى تاريخ التسليم وهى:

(أ) كافة الأصول العقارية بما فى ذلك كافة الأراضى والمبانى والإنشاءات وغير ذلك من التجهيزات الموجودة عليها أو المتصلة بها وكافة حقوق الملكية الأصلية والتبعية المتصلة بها ("الأملاك العقارية")، والموضحة وصفاً وتفصيلاً بالملحق (رقم ٤)، و

(ب) كافة خطوط الإنتاج والماكينات والآلات والمعدات والرواقع والأدوات والمولدات والأفران وآلات تشكيل المعادن وأجهزة تثبيت قطع الآلات والفورمات (بما فى ذلك قطع الغيار والخدمة لكل ما سبق) المملوكة من البائع والتى فى حيازة البائع الموضحة تفصيلاً بالكشف الملحق (رقم ٥).

(ج) كافة التجهيزات وأثاث ومعدات المكاتب المملوكة للبائع الموجودة داخل المصنع، والموضحة تفصيلاً بالكشف الملحق (رقم ٦).

ومن المفهوم والمتفق عليه أن التعريف الخاص بالأصول المشتراة لا يشمل أى من الأصول المستبعدة المعرفة كأصول مستبعدة فى البند ٢-٣ أدناه.

 

٤

SARWAT A. SHAHID LAW FIRM
IN AFFILIATION WITH
WEIL, GOTSHAL & MANGES LLP

٣-٢ الأصول المستبعدة:

تستبعد أصول النشاط الآتية ("الأصول المستبعدة") ولاتباع أو تحول إلى المشترى:

(أ)   النقدية وما يعادلها والحسابات المستحقة وأوراق القبض المستحقة حتى وقت النفاذ والأوراق المالية القابلة للتداول.

(ب)  كافة المصروفات المسددة مقدماً والدخول المؤجلة والحقوق الخاصة بتنزيلات الجملة من الموردين المتعلقة بالنشاط فى وقت النفاذ، و

(ج)   كافة التأمينات والضمانات والدفعات المقدمة المتعلقة بالنشاط فى وقت النفاذ، و

(د)   كافة الحقوق والمطالبات وفقاً لأى اتفاق أو عقد أو محرر يكون البائع طرفاً فيه بخلاف تلك المتعلقة أو المتصلة بالأصول المشتراة، و

(هـ)  كافة الحقوق والممتلكات والأصول الخاصة بالنشاط والتى تم تحويلها أو التصرف فيها بواسطة البائع قبل وقت النفاذ أثناء القيام بالأعمال المعتادة.

(و)   كافة الحقوق الخاصة باسترداد الضرائب المسددة والمطالبات الخاصة باسترداد الضرائب المسددة والأرصدة الدائنة للضرائب والمبالغ المقتطعة من الضرائب أو أى مزايا ضريبية خاصة بالبائع سواء استحقت قبل أو بعد وقت النفاذ، و

(ز)   كافة المطالبات والحقوق المتعلقة بالأصول المستبعدة والمسئوليات المستبعدة و

(ح)   كافة الأصول الأخرى والممتلكات والحقوق وغيرها من المطالبات غير الواردة ضمن الأصول المشتراة.

(ط)   كافة الأصول الموضحة بالكشف الكروكى الملحق (رقم ٧).

والتى يقر المشترى ويقبل بشكل نهائى لارجوع فيه أن تظل هذه الأصول وديعة لديه داخل أسوار المصنع على سبيل الأمانة لحين أن يقوم البائع برفعها أو نقلها الى مكان آخر، ويتعهد المشترى بالحفاظ عليها وردها بالحالة التى تسلمها عليها ولايجوز له تشغيلها أو تحريكها من مكانها وذلك لحين قيام البائع برفعها واستلامها بعد فض النزاع الدائر بشأنها والذى يعلم به المشترى، ويتعهد المشترى ويلتزم بالسماح لمندوبى وعمال الصيانة اللذين يوفدهم البائع للقيام بذلك.

SARWAT A. SHAHID LAW FIRM
IN AFFILIATION WITH
WEIL, GOTSHAL & MANGES LLP

### ٤-٢ المسئوليات والالتزامات التى يتحمل بها المشترى:

يتحمل ويتعهد المشترى من تاريخ التسليم بدفع وأداء وإبراء ذمة البائع من المسئوليات والالتزامات الآتى ذكرها طبقاً لشروطها ("الالتزامات المحالة"):

(أ)   كافة مسئوليات والتزامات البائع أو النشاط المستحقة أو الناشئة منذ وبعد وقت النفاذ بمقتضى كافة العقود، وكذا التراخيص والتصاريح التى تدخل ضمن الأصول المشتراة عدا ما ينص عليه البند ٢-٥ أدناه.

(ب)   كافة المسئوليات والالتزامات الناشئة عن أو المتعلقة بملكية المشترى للأصول المشتراة بعد وقت النفاذ.

(ج)   كافة التزامات البائع المقررة قانوناً قبل العاملين بما فى ذلك مزاياهم فى وقت النفاذ والمدرجة أسماؤهم ومزاياهم فى الكشف الملحق (رقم ٨) والذين سيصبحوا تابعين للمشترى سواء فى وقت النفاذ أو بعده ووقع معهم عقود عمل واستمارة (١) تأمينات إجتماعية.

### ٥-٢ المسئوليات والالتزامات المستبعدة والتى يلتزم بها البائع وحده:

على الرغم من أى حكم آخر فى هذا العقد، ولكن مع مراعاة أحكام البند ٤-٢ أعلاه، فإنه من المفهوم والمتفق عليه صراحة عدم التزام المشترى بأى ديون أو التزامات أو مسئوليات البائع أو النشاط عن المسدد قبل وقت النفاذ بالنسبة إلى: (١) أى التزامات مستحقة وغيرها من الالتزامات (ويشمل ذلك على سبيل المثال لا الحصر الضرائب والحسابات المستحقة والدخل المسدد مقدماً والمصاريف المؤجلة)، و(٢) الإخلال بأى من القوانين أو التشريعات أو اللوائح المطبقة (بما فى ذلك قوانين وتشريعات ولوائح البيئة)، و(٣) المسئولية المتعلقة بأى عقود أو أوامر العملاء أو التراخيص أو أوامر الشراء التى تم التعاقد عليها من البائع أو التراخيص أو أوامر الشراء التى تم التعاقد عليها من البائع، و(٤) أى ديون أخرى أو التزامات أو مسئوليات البائع سواء ناشئة عن ملكية النشاط أو خلافه وسواء كانت مبنية على أساس عقد أو فعل تقصيرى، و(٥) أى مسئولية أو التزام للبائع قبل العاملين بالنسبة لرصيد الإجازات الاعتيادية المتبقى عند وقت النفاذ، وهى المسئولية والالتزام التى سوف يقوم البائع بالوفاء بها وسدادها قبل أو فى تاريخ التسليم، و(٦) أية مبالغ ناشئة عن أحكام قضائية أو دعاوى مقامة على الشركة أو المصنع قبل وقت نفاذ هذا العقد.

SARWAT A. SHAHID LAW FIRM
IN AFFILIATION WITH
WEIL, GOTSHAL & MANGES LLP

٢-٦ العقود غير القابلة للتحويل:

فى حالـة وجـود عقـود تراخيص وتصاريح ضمن الأصول المشتراة والمسئوليات والالتزامات المحالة التى يتفق البائع والمشترى على اعتبارها غير قابلة للإحالة للمشترى سواء بمقتضى أحكامها أو موضوعها أو وفقاً للقانون دون رضاء طرف من الغير ("العقود غير القابلة للتنازل")، يوافق البائع على بذل قصارى جهده فى أسرع وقت ممكن بدرجة معقولة بعد توقيع وتسليم هذا العقد للحصول على أى موافقات لازمة لنقل مثل هذه العقود غير القابلة للتنازل أو منفعتها إلى المشترى. وفيما يتعلق بأى موافقة من هذا القبيل التى لم يتم الحصول عليها. وطالما واصل البائع بحسن نية جهوده للحصول على هـذه المـوافقـات وتوفير هذه الترتيبات، فلن يعتبر البائع مخلاً بأى من التزاماته وفقاً لهذا العقد بسبب عدم حصوله على هذه الموافقة، على الرغم مما سلف ذكره. وبالنسبة لقطع الأراضى المنصوص عليها فى هذا العقد المخصصة للطرف الأول (البائع) من جهاز تنمية منطقة العاشر من رمضان بأن الطرف الأول يلزم التزاماً نهائياً بنقل تخصيص هذه الأرض للطرف الثانى (المشترى) أن يتم فى حينه الاتفاق على ما سيتم اتخاذه من رسوم لنقل التخصيص.



### مادة ٣

### الشراء والبيع

٣-١ الثمن:

طبقـاً للشـروط والأحكام الواردة فى هذا العقد، يوافق البائع على أن يبيع ويتنازل ويحول إلى المشـترى القـابل لذلك الأصول المشتراة باعتبارها أصول عاملة ومنتجة مقابل دفع المبالغ المحسوبة وواجبة السداد طبقاً للبند ٣-٢ من هذا العقد.

٣-٢ ثمن الشراء:

(أ) طبـقاً للشـروط والأحكام الـواردة فى هـذا العقد، يوافق المشترى على أن يدفع للبائع مبلغ وقـدره ٣٣١٢٨٠٠٠٠جم (ثلاثمائة وواحد وثلاثون مليون ومائتان وثمانون ألف جنيه مصرى) ثمناً للأصول المشتراة والمتمثلة فيما يأتى:

١- الأصول الثابتة والمنقولة:

(أ) الأرض والمبانى
(ب) الماكينات والمعدات والآلات والأدوات والتركيبات والروافع ... الخ
(د) الأثاث والتجهيزات وغيرها

٢- الأصول المعنوية:

وتتمثـل فى التـراخيص والتصاريح والموافقات الحاصل عليها المصنع ومصروفات الدراسات والمساعدات الفنية والإقتصادية ومصروفات التأسيس وما قبل التشغيل والعمالة

٧

SARWAT A. SHAHID LAW FIRM
IN AFFILIATION WITH
WEIL, GOTSHAL & MANGES LLP

المدربــة والجهـد والوقـت الذى استغرقـه ذلك وسمعة المنتج بالسوق وجودته وإمكانيات التسويقية والتوافق مع أحكام قانون الحفاظ على البيئة ... الخ.

٣- قطع الغيار على أساس القيمة الدفترية.

وإجمالى هذا الثمن مراعى فيه أن المصنع قد تم تشغيله ومنتج وأن الثمن المدفوع جزء كبير منه مؤجل السداد.

(ج) يدفع المشترى ثمن الشراء إلى البائع على النحو الآتى:

(١) مبـلـغ ١٠٠,٠٠٠,٠٠٠جم (مائة مليون جنيه مصرى) عند التوقيع على هذا العقد ويعتبر توقيع البائع على هذا العقد بمثابة إيصال باستلام هذا المبلغ المقدم.

(٢) أما الباقى وقدره ٢٣١,٢٨٠,٠٠٠جم (مائتان وواحد وثلاثون مليون ومائتان وثمانون ألف جنيه مصرى) فقد سددها المشترى بموجب سندات لأمر مقبولة ومضمون تضامنياً سدادها مـن البـنك الأهلى المصرى عددها ٧٢ (أثنان وسبعون) سند لأمر تستحق شهرياً وتباعاً اعتباراً مـن أول ينايـر سنة ٢٠٠١ (ألفين وواحد) وآخرها فى أول ديسمبر سنة ٢٠٠٦ (ألفين وستة) كل منها بمبلغ ٣,٢١٢,٠٠٠جم (ثلاثة ملايين ومائتان وأثنى عشر ألف جنيه مصرى) مسحوبة جميعها لصالح البائع.

(د) تسـلم السندات للبائع (الطرف الأول) عند التوقيع على العقد مقابل الحصول على ما يفيد شطب الرهن التجارى وإلغاء التوكيل بالرهن على الأصول العقارية الصادر لصالح بنك القاهرة.




٨