

وزارة الاقتصاد والتجارة الخارجية
مصلحة الشركات



# صحيفة الشركات



( النشرة رقم ١٢ شهر يناير سنة ٢٠٠١ )



وزارة الاقتصاد والتجارة الخارجية

مصلحة الشركات

# صحيفة الشركات

حقوق الطبع محفوظة لمصلحة الشركات

القاهرة

الهيئة العامة لشئون المطابع الأميرية

٢٠٠١

وزارة الاقتصاد والتجارة الخارجية

مصلحة الشركات

———

وافقت مصلحة الشركات على تأسيس شركة : تكنوويف للتجارة .

طبقـاً لأحكـام القـانون رقم ١٥٩ لسنة ١٩٨١ والمعــدل بالقــانون

رقـم ٣ لسنة ١٩٩٨

بتاريخ : ٢٠٠٠/١٢/٥

نـوع الشـركة  : شركة مساهمة مصرية .

تم التصديق على توقيعات مؤسسى الشركة بمكتب : توثيق الشركات .

بمحضر تصديق رقم : ١٤٩٣ (أ) لسنة ٢٠٠٠  بتاريخ : ٢٠٠٠/١٢/٥

تم قيد هذه الشركة فى السجل التجارى بمكتب : القاهرة .

رقم القيد فى السجل التجارى وتاريخه : ٦٣١٥ بتاريخ : ٢٠٠٠/١٢/١٨

وبناء عليه تقرر نشر عقد الشركة ونظامها الأساسى كما هو مبين فيما

يلى بهذه الصحيفة .

العقد الابتدائي
**شركة نيتورونيك للتجارة شركة مساهمة مصرية**

| الاسم والجنسية | الوظيفة | تاريخ الميلاد | اثبات الشخصية | محل الإقامة |
|---|---|---|---|---|
| ١ – هبة محمد السمرى محمد الإصفهان – مصرية .......... | مدير عام مكتب شركة نيتورونيك ش.م (بالقاهرة) | ٧ سبتمبر ١٩٦٤ | جواز سفر ١٢٨٢٧٧٩ | ٢٥ أ (١) ٢٥١ دجلة – المعادى |
| ٢ – رامى مصطفى ناصف أرمد – مصرى .......... | مهندس | ١٣ نوفمبر ١٩٧٢ | جواز سفر ٥٩٤٤٠ | مصر الجديدة – القاهرة – مصر |
| ٣ – محمد على حمزة خضر – مصرى .......... | مهندس مدنى حر | ٢٠ يناير ١٩٥٠ | جواز سفر ١٧٨ ٧٢٨٠٨٨ | القاهرة – مصر الجديدة |
| ٤ – محمد صلاح مصطفى درويش – مصرى .......... | صاحب شركة صنغرن | ١٠ أكتوبر ١٩٥٥ | بطاقة عائلية ٣٢٩٢٦٤ الزكية | ١٢ شارع البريدى – النصيرة الدقهلية |
| ٥ – أحمد مصطفى صنغرن – مصرى .......... | | | | |

فيما بين الفريقين الواقى ٢٠٠٨/١١/٢٣

- ٨ -

- ٣ -

مادة ١ - يقر الموقعون على هذا العقد بأنه قد توافرت فى كل منهم الأهلية اللازمة لتأسيس الشركة وبأنه لم يسبق صدور أحكام قضائية على أى منهم بعقوبة جناية أو جنحة مخلة بالشرف ، أو بعقوبة من العقوبات المنصوص عليها فى المواد (٨٩) و (١٦٢) و (١٦٣) و (١٦٤) من القانون رقم ١٥٩ لسنة ١٩٨١ خلال الخمس سنوات السابقة على تقديم طلب التأسيس ( ما لم يكن قد رد إليه اعتباره ) وبأنهم لا يعملون بالحكومة أو القطاع العام أو قطاع الأعمال العام .

كما يتعهد المؤسسون بسداد باقى ربع رأس المال المصدر على الأقل خلال ثلاثة أشهر على الأكثرمن تاريخ تأسيس الشركة طبقاً لأحكام القانون رقم ٣ لسنة ١٩٩٨ بتعديل بعض أحكام القانون رقم ١٥٩ لسنة ١٩٨١

وقد اتفقوا على تأسيس شركة مساهمة مصرية بترخيص من حكومة جمهورية مصر العربية طبقاً لأحكام القوانين المعمول بها ووقتاً لأحكام قانون شركات المساهمة وشركات التوصية بالأسهم والشركات ذات المسئولية المحدودة الصادر بالقانون رقم ١٥٩ لسنة ١٩٨١ ولائحته التنفيذية وللنظام الملحق بهذا العقد ، مع مراعاة أحكام القانون رقم ٩٥ لسنة ١٩٩٢ ولائحته التنفيذية .

مادة ٢ - اسم هذه الشركة هو : شركة تكنوويف للتجارة .

( شركة مساهمة متمتعة بالجنسية المصرية ) .

مادة ٣ - غرض هذه الشركة هو :

١ - الاستيراد والتصدير والتسويق والبيع المحلى والتوزيع والتوكيلات التجارية .

٢ - الصيانة والتدريب .

٣ - تقديم الاستشارات الفنية والتجارية فى حدود أغراض الشركة عدا الاستشارات القانونية .

٤ - التصنيع .

٥ - المقاولات بما فيها عمليات تسليم المفتاح .

| القيمة بالجنيه المصرى | عدد الأسهم | | الاسم والجنسية |
|---|---|---|---|
| | النقدية | العينية | |
| ۱۵۰۰۰۰ | ۱۵۰۰۰ | – | ۳ – محمد على حمزة خضر – مصرى ............. |
| ۱۲۵۰۰ | ۱۲۵۰ | – | ٤ – محمد صلاح مصطفى درويش – مصرى ....... |
| ۱۲۵۰۰ | ۱۲۵۰ | – | ٥ – أحمد مصطفى صفوت – مصرى ............. |
| ۵۰۰۰۰۰ | ۵۰۰۰۰ | – | الإجمالى ......... |

وتبلغ نسبة مشاركة المصريين ( ۱۰۰٪) ، وقـد دفـع المـكتتبـون والمـؤسسون ( ۱۰٪)
وقدره ( خمسون ألف جنيه مصرى ) ، وأودع فى البنك المصرى الأمريكى – فرع المعادى – المرخص لـ
البلـغ لا يجوز سحبه إلا بعد اكتساب الشركة الشخصية الاعتبارية .

- ٧ -

مادة ٨ - يتعهد الموقعون على هذا العقد بالسعى فى الحصول على موافقة مصلحة الشركات على إنشاء الشركة والقيام بكافة الإجراءات اللازمة لإتمام تأسيسها ، وفى هـذا السبيل وكلوا عنهم السيد /شريف محمد حمودة أو من يوكله - فى القيام بالنشر والقيد بالسجل التجارى واتخاذ الإجراءات القانونية واستيفاء المستندات اللازمة وإدخال التعديلات التى تراها الجهات المختصة لازمة سواء على هذا العقد أو على نظام الشركة المرفق وتسليم كافة الوثائق إلى مجلس إدارة الشركة .

مادة ٩ - تلتزم الشركة بأداء المصروفات والنفقات والأجور والتكاليف التى تم إنفاقها فى سبيل تأسيس الشركة ، وذلك خصما من حساب المصروفات العامة .

مادة ١٠ - حرر هـذا العقـد بمدينة القاهرة بجمهـورية مصر العربية فى يوم ( ) الموافـق ( ) من شهـر ( ) سنة ١٤١ هجرية ، الموافـق (٦) من شهر (١١) سنة ٢٠٠ ميلادية ، من (٥) نسخ ، لكل من المتعاقدين نسخة ، وباقى النسخ لتقديها إلى الجهات المعنية لاستصدار القرار المرخص بالتأسيس .

- ٨ -

| التاريخ | | |
|---|---|---|
| مكان الميلاد | | |
| الوظيفة الحالية | | |
| الاسم بالكامل | | |

١ - مايو ٢٥١ .......... مصري - ..................
٢ - ٢٨ من أكتوبر ........... مصري - ..................
٣ - ٤ من نوفمبر ........... مصري - ..................
٤ - ١١ من .......... مصري - ..................
٥ - .......... مصري - ..................

- ٩ -

النظام الأساسي

لشركة تكنوويف للتجارة

شركة مساهمة مصرية

الباب الأول

فى تأسيس الشركة

مادة ١ - تأسست طبقاً لأحكام القوانين المعمول بها فى جمهورية مصر العربية ووفقاً لأحكام قانون شركات المساهمة وشركات التوصية بالأسهم والشركات ذات المسئولية المحدودة الصادر بالقانون رقم ١٥٩ لسنة ١٩٨١ ولائحته التنفيذية والنظام الأساسى التالى ، شركة مساهمة مصرية بالشروط المقررة فيما بعد ، ومع مراعاة أحكام القانون رقم ٩٥ لسنة ١٩٩٢ ولائحته التنفيذية .

مادة ٢ - أسم هذه الشركة هو : شركة تكنوويف للتجارة .

( شركة مساهمة متمتعة بالجنسية المصرية ) .

مادة ٣ - غرض هذه الشركة هو :

١ - الاستيراد والتصدير والتسويق والبيع المحلى والتوزيع والتوكيلات التجارية .

٢ - الصيانة والتدريب .

٣ - تقديم الاستشارات الفنية والتجارية فى حدود أغراض الشركة عدا الاستشارات القانونية .

٤ - التصنيع .

٥ - المقاولات بما فيها عمليات تسليم المفتاح .

- ١٠ -

مع مراعاة أحكام القوانين واللوائح والقرارات السارية وبشرط استصدار التراخيص اللازمة لمارسة هذه الأنشطة .

ويجوز للشركة أن تكون لها مصلحة أو تشترك بأى وجه من الوجوه مع الشركات وغيرها التى تزاول أعمالاً شبيهة بأعمالها أو التى قد تعاونها على تحقيق غرضها فى مصر أو فى الخارج ، كما يجوز لها أن تندمج فى الهيئات السالفة أو تشتريها أو تلحقها بها وذلك طبقاً لأحكام القانون ولائحته التنفيذية .

مادة ٤ - يكون مركز الشركة الرئيسى وموطنها القانونى فى مدينة القاهرة - محافظة القاهرة ، ويجوز لمجلس الإدارة أن ينشىء لها فروعاً أو مكاتب أو توكيلات فى مصر أو فى الخارج .

مادة ٥ - المدة المحددة لهذه الشركة هى : عشرون سنة تبدأ من تاريخ اكتساب الشركة الشخصية الاعتبارية .

## الباب الثانى

## فى رأس المال

مادة ٦ - حدد رأس مال الشركة المرخص به بمبلغ ٥٠٠٠٠٠٠ جم (خمسة ملايين) جنيه مصرى ، وحدد رأس مال الشركة المصدر بمبلغ ٥٠٠٠٠٠ جم (خمسمائة ألف) جنيه مصرى ، موزعاً على ٥٠٠٠٠ سهم (خمسين ألف) سهم قيمة كل سهم ١ جم (عشرة) جنيهات مصرية ، وجميعها أسهم نقدية .

- ١١ -

سادساً – يكون توزيع أسهم رأس المال بواقع ٥٠٠٠ خمسة آلاف سهم على الشركاء كما يلي :

| الاسم واللقب | قيمة الأسهم المدفوعة بالكامل | عدد الأسهم | | نسبة المساهمة |
|---|---|---|---|---|
| | | المملوكة | المدفوعة | |
| ١ – | ........ جنيه مصري | ٥٠٠٠ | ٥٠٠٠ | ٢٠٪ |
| ٢ – | ........ جنيه مصري | ١٠٠٠ | ١٠٠٠ | ٢٠٪ |
| ٣ – | ........ جنيه مصري | ٢٥٠ | ٢٥٠ | ٥٪ |
| ٤ – | ........ جنيه مصري | ٢٥٠ | ٢٥٠ | ٥٪ |
| ٥ – | ........ جنيه مصري | ٢٥٠ | ٢٥٠ | ٥٪ |
| ٦ – | ........ جنيه مصري | – | | ٥٪ |
| ٧ – | ........ جنيه مصري | – | | ٥٪ |

المجموع :

- ٨٢ -



- ١٣ -

مادة ٨ - تستخرج شهادات الأسهم من دفتر ذي قسائم وتعطى أرقاما
مسلسلة ويوقع عليها عضوان من أعضاء مجلس الإدارة يعينهما المجلس
وتختم بخاتم الشركة ، ويجب أن يتضمن السهم على الأخص اسم الشركة التي
أصدرته وشكلها القانوني وعنوان مركزها الرئيسي وغرضها باختصار ومدتها
وتاريخ ورقم ومحل قيدها بالسجل التجاري وقيمة رأس المال وعدد الأسهم
الموزع عليها، وكذلك نوع السهم وخصائصه وقيمته الاسمية وما دفع منها
واسم المالك في الأسهم الاسمية ، ويكون للأسهم كوبونات ذات أرقام مسلسلة
يبين بها رقم السهم ، ويجوز أن تستخرج شهادات الأسهم من فئة سهم
واحد أو خمسة أسهم ومضاعفاتها .

مادة ٩ - يجب أن يتم الوفاء بباقي قيمة كل سهم خلال خمس سنوات
على الأكثر من تاريخ تأسيس الشركة وذلك في المواعيد وبالطريقة التي تحددها
الجمعية العامة العادية وعلى أن يعلن عن تلك المواعيد قبل حلولها بخمسة
عشر يوماً على الأقل ، وتقيد المبالغ المدفوعة على شهادات الأسهم وكل سهم
لم يؤشر عليه تأشيراً صحيحاً بالوفاء بالمبالغ الواجبة الأداء يبطل حتماً تداوله .

وكل مبلغ وأجب السداد وفاء لباقي قيمة السهم ويتأخر أداؤه عن الميعاد
المحدد له تستحق عنه فائدة لصالح الشركة بواقع (٧٪) سنوياً من يوم
استحقاقه بالإضافة إلى التعويضات المترتبة على ذلك .

ويحق لمجلس إدارة الشركة أن يقوم ببيع هذه الأسهم لحساب المساهم المتأخر
عن الدفع وعلى ذمته وتحت مسئوليته وذلك بعد مضى ستين يوماً على الأقل
من تاريخ إبلاغه بذلك وبعد اتخاذ الإجراءات الآتية :

(١) إعذار المساهم المتخلف بالدفع وذلك بكتاب مسجل على عنوانه
المبين بسجلات الشركة ومضى ستين يوماً على ذلك .

- ١٤ -

( ب ) الإعلان فى إحدى الصحف اليومية أو فى صحيفة الشركة

عن أرقام الأسهم التى تأخر أصحابها فى الوفاء بقيمتها .

( جـ ) إخطار المساهم بكتاب مسجل بصورة من الإعلان وعدد الجريدة

أو الصحيفة التى تم نشره بها ومضى خمسة عشر يوماً على ذلك

- ويخصم مجلس إدارة الشركة من ثمن البيع ما يكون مطلوباً للشركة من

أصل وفوائد ومصاريف ثم يحاسب المساهم الذى بيعت أسهمه على ما قد يوجد

من الزيادة ويطالبه بالفرق عند حصول عجز ، ولا يؤثر التجاء الشركة إلى

استعمال الحق المقرر بالفقرة السابقة على حقها فى الالتجاء إلى

جميع ما تخوله القوانين من حقوق وضمانات أخرى فى نفس الوقت

أو فى أى وقت آخر .

وتلغى صكوك الشركة الأسهم المبيعة بأسماء أصحابها وتبلغ بورصة الأوراق

المالية المقيد بها أسهم الشركة بذلك وعلى أن تسلم صكوك جديدة للمشترين

عرضاً عنها تحمل ذات أرقامها يشار فيها إلى أنها بديلة للصكوك الملغاة .

مادة ٢٠ - تنتقل ملكية الأسهم المقيدة لدى بورصة الأوراق المالية بإتمام

قيد تداولها بالبورصة بالوسائل المعدة لذلك ، أما ملكية الأسهم الاسمية غير

المقيدة لدى بورصة الأوراق المالية فيتم نقلها بإخطار البورصة بالتصرف وقام

قيده لديها .

وبالنسبة لملكية الأسهم لحاملها - إن وجدت - فتنتقل بانتقال حيازتها .

وعلى الشركة إثبات نقل الملكية بسجلاتها خلال أسبوع على الأكثر

من تاريخ إخطار البورصة لها بذلك وبالرغم من حصول التنازل وقيده ببورصة

الأوراق المالية وإثباته بسجلات الشركة يظل المكتتبون الأصليون والمتنازلون

المتعاقبون مسئولين بالتضامن فيما بينهم مع من تنازلوا إليهم عن المبالغ

المتبقية من قيمة الأسهم المتنازل عنها إلى أن يتم سداد قيمتها وفى جميع

الأحوال ينقضى التضامن بانقضاء سنتين من تاريخ قيد التنازل فى بورصة

الأوراق المالية .

- ١٥ -

وبالنسبة لأيلولة الأسهم إلى الغير بالإرث أو الوصية يجب على الوارث أو الموصى له أن يطلب قيد نقل الملكية لدى البورصة . وإذا كان نقل ملكية السهم تنفيذاً لحكم نهائى جرى القيد على مقتضى هذا الحكم ، وذلك كله بعد تقديم المستندات الدالة على ذلك .

وفى جميع الأحوال يؤشر على السهم بما يفيد نقل الملكية باسم من انتقلت إليه .

مادة ١١ - لا يلزم المساهم إلا بقيمة كل سهم من أسهمه ، ولا يجوز زيادة التزاماته . وتخضع جميع الأسهم من نفس النوع لنفس الالتزامات .

مادة ١٢ - يترتب حتماً على ملكية السهم قبول نظام الشركة وقرارات جمعيتها العامة .

مادة ١٣ - كل سهم غير قابل للتجزئة

مادة ١٤ - لا يجوز لورثة المساهم أو لدائنيه بأية حجة كانت أن يطالبوا بوضع الأختام على دفاتر الشركة أو قراطيسها أو ممتلكاتها ولا أن يطالبوا قسمتها أو بيعها جملة لعدم إمكان القسمة ولا أن يتدخلوا بأية طريقة كانت فى إدارة الشركة ويجب عليهم فى استعمال حقوقهم التعويل على قوائم جرد الشركة وحساباتها الختامية وعلى قرارات الجمعية العامة .

مادة ١٥ - كل سهم يخول الحق فى حصة معادلة لحصة غيره من الأسهم من نفس النوع بلا تمييز فى اقتسام الأرباح وفى ملكية موجودات الشركة عند التصفية .

- ١٦ -

مادة ١٦ - تـدفع الأرباح المستحقة عن السهم لآخر مالك له مقيداً اسمه

في سجل الشركة ويكون له وحده الحق في قبض المبالغ المستحقة عن السهم

سواء كانت حصصاً في الأرباح أو نصيباً في موجودات الشركة .

مادة ١٧ - تكون زيادة رأس المال بإصدار أسهم جديدة وذلك طبقاً

لأحكام المواد من ( ١٧ ) إلى ( ٣٣ ) من اللائحة التنفيذية للقانون رقم ٩٥

لسنة ١٩٩٢ ، وكذلك يجوز تخفيض رأس المال طبقاً لأحكام القانون رقم ١٥٩

لسنة ١٩٨١ ولائحته التنفيذية .

مادة ١٨ - في حالة زيادة رأس المال بأسهم نقدية يكون للمساهمين

القدامى حق الأولوية في الاكتتاب في أسهم الزيادة كل بحسب عدد الأسهم

التي يمتلكها .

ويتم إخطار المساهمين القدامى بإصدار أسهم الزيادة ، في حالة تقرير

حقوق أولوية خاصة بهم ، بالنشر أو بكتاب مسجل على حسب الأحوال طبقاً لما

هو منصوص عليه باللائحة التنفيذية مع منح المساهمين القدامى مهلة

للاكتتاب لا تقل عن ثلاثين يوماً من فتح باب الاكتتاب .

مادة ١٩ - في حالة زيادة رأس المال يجوز للجمعية العامة غير العادية

تقرير حقوق الأولوية في الاكتتاب في أسهم الزيادة للمساهمين القدامى كل

بحسب قيمة الأسهم التي يحملها ، وذلك بشرط أن يتساوى جميع المساهمين

من ذات المرتبة في التمتع بهذه الحقوق .

- ١٧ -

## الباب الثالث

## فى

## السندات والصكوك

مادة ٢٠- يجوز للشركة بقرار من الجمعية العامة غير العادية أن تقرر إصدار سندات أو صكوك تمويل متنوعة لمواجهة الاحتياجات التمويلية للشركة أو لتمويل نشاط أو عملية بذاتها بشرط أداء رأس المال المصدر بالكامل وعلى ألا تزيد قيمتها عن صافى أصول الشركة حسبما يحدده مراقب الحسابات وفقاً لآخر ميزانية وافقت عليها الجمعية العامة .

ويتضمن قرار الجمعية العامة غير العادية للشركة قيمة السندات أو الصكوك وشروط إصدارها ومدى قابليتها للتحويل إلى أسهم والعائد الذى يغله السند أو الصك وأساس حسابه كما يجوز أن يتضمن القرار المذكور القيمة الإجمالية للسندات أو الصكوك وما لها من ضمانات وتأمينات مع تفويض مجلس إدارة الشركة فى تحديد الشروط الأخرى المتعلقة بها ويجب إصدار تلك الأوراق خلال مدة أقصاها نهاية السنة المالية التالية لقرار الجمعية العامة غير العادية بإصدارها .



- ١٩ -

ويقر السادة المذكورون بأنه لم يسبق صدور أحكام قضائية على أى منهم
بعقوبة جناية أو جنحة مخلة بالشرف أو بعقوبة من العقوبات المنصوص
عليها فى المواد ( ٨٩ ) و ( ١٦٢ ) و( ١٦٣ ) و ( ١٦٤ ) من القانون
رقم ١٥٩ لسنة ١٩٨١ ، وذلك خلال الخمس سنوات السابقة على تعيينهم
بمجلس الإدارة ( ما لم يكن قد رد إليه اعتباره ) وبأنهم لا يعملون
بالحكومة أو القطاع العام أو قطاع الأعمال العام ، ويقبلون لعضوية مجلس
الإدارة ، وأنهم لا يجمعون بين عضوية مجلس إدارة أكثر من شركتين سواء
بصفاتهم الشخصية أو بصفاتهم نائبين عن الغير ، ومن يجمع منهم بين عضوية
مجلس إدارة أكثر من شركتين يمتلك فى كل شركة منها نسبة (عشرة فى المائة)
على الأقل من رأس مال الشركة المصدر ، ويتعهد أعضاء مجلس الإدارة بأن
يقوموا بإيداع شهادات الاكتتاب التى تقيم لمقام أشهم رهنا لعضوية بأحد
البنوك المعتمدة بالتطبيق لأحكام المادة ( ٢٩٢ ) من القانون رقم ١٥٩
لسنة ١٩٨١ والمادة ( ٢٤١ ) من لائحته التنفيذية وذلك فى خلال شهر (على
الأكثر) من تاريخ قيد الشركة فى السجل التجارى ، كما يتعهدون بإيداع
أسهم ضمان العضوية ذاتها لتحل محل الشهادات المذكورة فور إصدار الأسهم
وتقديم شهادة بذلك إلى مصلحة الشركات من البنك الذى شرت تودع لديه هذه الأسهم

مادة ٢٢ – يعين أعضاء مجلس الإدارة لمدة ثلاث سنوات ، ويسرى ذلك
على مجلس الإدارة المعين فى المادة السابقة يبقى قائما بأعماله لمدة ثلاث
سنوات ، ولا يخل ذلك بحق الشخص المعنوى – إن وجد – فى مجلس الإدارة
فى استبدال من يمثله فى المجلس وذلك على الوجه المبين باللائحة التنفيذية .

مادة ٢٣ – يجمع مراعاة أحكام المادة ( ٢٤٥ ) من اللائحة التنفيذية ،
لمجلس الإدارة ، إذا لم يكن هناك أعضاء يحلون محل العضو الأصلى ،
أن يعين أعضاء فى المراكز التى تخلو أثناء السنة .