ويباشر الأعضاء المعينون على الوجه المبين في الفقرة السابقة العمل في الحال إلى أن ينعقد أول اجتماع للجمعية العامة فإما أن تقر تعيينهم أو تعين آخرين بدلاً منهم .

ويجب إجراء هذا التعيين إذا نقص عدد أعضائه عن نصاب صحة اجتماع المجلس مع مراعاة أحكام المادة ( ٢٤٤ ) من اللائحة التنفيذية .

مادة ٢٤ - يعين المجلس من بين أعضائه رئيساً ، ويجوز تعيين نائب للرئيس يحل محله أثناء غيابه ، وفي حالة غياب الرئيس ونائبه يعين المجلس العضو الذي يقوم بأعمال الرئاسة مؤقتاً .

مادة ٢٥ - يجوز لمجلس الإدارة أن يعين من بين أعضائه عضواً منتدباً أو أكثر ويحدد المجلس اختصاصاته ومكافآته كما يجوز له أن يؤلف من بين أعضائه لجنة أو أكثر يستخلها بعض اختصاصاته أو يعهد إليها بمراقبة سير العمل بالشركة وتنفيذ قرارات المجلس .

مادة ٢٦ - يعقد مجلس الإدارة جلساته في مركز الشركة كلما دعت مصلحتها إلى انعقاده بناء على دعوة الرئيس أو بناء على طلب ثلث أعضائه ويجب أن يجتمع مجلس الإدارة ( أربع ) مرات على الأقل خلال السنة المالية الواحدة ، ويجوز أن يعقد المجلس خارج مركز الشركة بشرط أن يكون جميع أعضائه حاضرين أو ممثلين في الاجتماع ، وأن يكون هذا الاجتماع في مصر .

مادة ٢٧ - لعضو مجلس الإدارة أن ينيب عنه عند الضرورة في المجلس أحد زملائه ، وفي هذه الحالة يكون لهذا العضو صوتان ، ويجب أن يكون النائب عن العضو المصري مصرياً .

ولا يجوز أن ينيب عضو مجلس الإدارة عن أكثر من عضو واحد ، وفي جميع الأحوال لا يجوز أن يزيد عدد أصوات المنوبين على ثلث عدد أصوات الحاضرين .

- ٢١ -

مادة ٢٨ – لا يكون اجتماع المجلس صحيحاً إلا إذا حضره أغلبية عدد الأعضاء على الأقل مع مراعاة أحكام المادة (٢٤٥) من اللائحة التنفيذية للقانون رقم ١٥٩ لسنة ١٩٨١

مادة ٢٩ – تصدر قرارات مجلس الإدارة بأغلبية عدد أصوات الأعضاء الحاضرين والممثلين في الاجتماع (على الأقل) .

مادة ٣٠ – مع مراعاة أحكام المواد من ( ٩٦ ) إلى ( ١٠١ ) من قانون شركات المساهمة وشركات التوصية بالأسهم والشركات ذات المسئولية المحدودة المشار إليه وأحكام لائحته التنفيذية ، لمجلس الإدارة أوسع سلطة لإدارة الشركة ( فيما عدا ما احتفظ به من صراحة نظام الشركة للجمعية العامة ) وبدون تحديد لهذه السلطة يجوز له مباشرة جميع التصرفات ووضع اللوائح المتعلقة بالشئون الإدارية والمالية وشئون العاملين ومعاملتهم المالية ، كما يضع المجلس لائحة خاصة بتنظيم أعماله واجتماعاته وتوزيع الاختصاصات والمسئوليات .

مادة ٣١ – يمثل رئيس مجلس الإدارة الشركة أمام القضاء والغير .

مادة ٣٢ – يملك حق التوقيع عن الشركة على انفراد كل من رئيس مجلس الإدارة وأعضاء مجلس الإدارة المنتدبين وكل عضو آخر يندبه المجلس لهذا الغرض ، ولمجلس الإدارة التي في أن يعين عدة مديرين أو وكلاء مفوضين وأن يخولهم أيضاً حق التوقيع عن الشركة منفردين أو مجتمعين .

مادة ٣٣ – لا يتحمل أعضاء مجلس الإدارة بسبب قيامهم بمهام وظائفهم ضمن حدود وكالتهم بأية مسئولية فيما يتعلق بالتزامات الشركة .

مادة ٣٤ - تتكون مكافأة مجلس الإدارة من النسبة المئوية المنصوص عليها في المادة ( ٥٦ ) من النظام ومن بدل الحضور الذي تحدده الجمعية العامة قيمته كل سنة .

## الفصل الثانى

### اللجنة الإدارية المعاونة

مادة ٣٥ - يشكل مجلس إدارة الشركة لجنة إدارية معاونة من العاملين .

وتختص اللجنة المذكورة بدراسة كافة الموضوعات المتعلقة بدراسة برامج العمالة بالشركة مع مراعاة الإدارة الاقتصادية السليمة وكذلك كل ما يتعلق بشئون العاملين وبرامج وخطط واقتراحات تحديد الأجور والمرتبات فضلا عن الموضوعات الأخرى التي تحال إليها من مجلس الإدارة أو عضو مجلس الإدارة المنتدب وترفع اللجنة توصياتها ونتائج دراساتها إلى مجلس الإدارة .

ويحضر رئيس اللجنة اجتماعات مجلس الإدارة ويكون له صوت معدود في المداولات .

مادة ٣٦ - تعين اللجنة من بين أعضائها رئيساً وفي حالة غيابه يعين العضو الذي يقوم بأعمال الرئاسة مؤقتاً ويحضر اجتماعات اللجنة عضو مجلس الإدارة المنتدب أو من يفوضه من أعضاء مجلس الإدارة ، وعدد من المديرين المسئولين بالشركة يختارهم مجلس الإدارة دون أن يكون لهم صوت معدود في المداولات .

مادة ٣٧ - يتولى مجلس الإدارة وضع قواعد وشروط اختيار أعضاء اللجنة الإدارية المعاونة ومدة العضوية وطريقة التجديد ونظام عملها ومكافأة أعضائها وتجتمع اللجنة مرة على الأقل كل شهرين ولا يكون الاجتماع صحيحاً إلا إذا حضره ثلث عدد الأعضاء على الأقل ، وتصدر القرارات بأغلبية أصوات الأعضاء الحاضرين والممثلين في الاجتماع على الأقل ، فإذا تساوت الأصوات رجح الجانب الذي منه الرئيس أو من يقوم مقامه .

مادة ٣٨ - تضع اللجنة تقريراً سنوياً خلال السنة المالية للشركة يعرض على مجلس الإدارة توضح فيه الموضوعات التي أحيلت إليها وما أوصت به في شأنها واقتراحاتها التي ترى عرضها على المجلس والتي يؤدى الأخذ بها إلى تحقيق مصلحة الشركة .

## الباب الخامس
## في الجمعية العامة

مادة ٣٩ - تمثل الجمعية العامة جميع المساهمين ولا يجوز انعقادها إلا في مدينة ( القاهرة أو الجيزة )

مادة ٤٠ - لكل مساهم الحق في حضور الجمعية العامة للمساهمين بطريق الأصالة أو الإنابة ، ولا يجوز للمساهم من غير أعضاء مجلس الإدارة أن ينيب عنه أحد أعضاء مجلس الإدارة في حضور الجمعية العامة ، ويشترط لصحة النيابة أن تكون ثابتة في توكيل كتابي وأن يكون الوكيل مساهماً ، ولا يجوز للمساهم أن يمثل في اجتماع الجمعية العامة للشركة عن طريق الوكالة عدداً من الأصوات يجاوز (عشرة في المائة) من مجموع الأسهم الاسمية في رأس مال الشركة ، وبما لا يجاوز (عشرين في المائة) من الأسهم الممثلة في الاجتماع .

ويجب أن يكون مجلس الإدارة ممثلاً في الجمعية العامة بها لا يقل عن العدد الواجب توافره لصحة انعقاد جلساته وذلك في غير الأحوال التي ينقص فيها عدد أعضاء مجلس الإدارة عن ذلك ، ولا يجوز تخلف أعضاء مجلس الإدارة عن حضور الاجتماع بغير عذر مقبول .

وفي جميع الأحوال لا يبطل الاجتماع إذا حضره ثلاثة من أعضاء مجلس الإدارة على الأقل يكون من بينهم رئيس مجلس الإدارة أو نائبه أو أحد الأعضاء المنتدبين للإدارة ، وذلك إذا توافرت للاجتماع الشروط الأخرى التي يتطلبها القانون ولائحته التنفيذية .

مادة ٤١ – يجب على المساهمين الذين يرغبون في حضور الجمعية العامة أن يثبتوا أنهم أودعوا أسهمهم في مركز الشركة أو في أحد البنوك المعتمدة قبل انعقاد الجمعية العامة بثلاثة أيام كاملة على الأقل ..

ولا يجوز قيد أي نقل لملكية الأسهم في سجل الشركة من تاريخ نشر الدعوة للاجتماع إلى انفضاض الجمعية العامة .

مادة ٤٢ – تنعقد الجمعية العامة العادية للمساهمين كل سنة بدعوة من رئيس مجلس الإدارة في الزمان والمكان اللذين يحددهما إعلان الدعوة ، وذلك خلال الثلاثة أشهر التالية لنهاية السنة المالية للشركة على الأكثر ولمجلس الإدارة أن يقرر دعوة الجمعية العامة كلما دعت الضرورة إلى ذلك .

وعلى رئيس مجلس الإدارة أن يدعو الجمعية العامة العادية إلى الانعقاد إذا طلب إليه ذلك مراقب الحسابات أو عدد من المساهمين يمثل (خمسة في المائة) من رأس مال الشركة على الأقل ، بشرط أن يوضحوا أسباب الطلب وأن يودعوا أسهمهم مركز الشركة أو أحد البنوك المعتمدة ولا يجوز سحب هذه الأسهم إلا بعد انفضاض الجمعية .

ولمراقب الحسابات أو الجهة الإدارية المختصة أن يدعوا الجمعية العامة العادية للانعقاد في الأحوال التي يتراخى فيها مجلس الإدارة عن الدعوة على الرغم من وجوب ذلك ومضى شهر على تحقيق الواقعة أو بدء التاريخ الذي يجب فيه توجيه الدعوة إلى الاجتماع .

كما يكون للجهة الإدارية المختصة أن تدعو الجمعية العامة إذا نقص عدد أعضاء مجلس الإدارة عن الحد الأدنى الواجب توافره لصحة انعقاده ، أو امتنع الأعضاء المكملون لذلك الحد عن الحضور . وفي جميع الأحوال تكون مصاريف الدعوة على نفقة الشركة .

مادة ٤٣ - تجتمع الجمعية العامة العادية للشركة مرة على الأقل كل سنة خلال ثلاثة أشهر من انتهاء السنة المالية - وتنظر الجمعية على الأخص في المسائل الآتية :

( أ ) تقرير مراقب الحسابات .

( ب ) تقرير مجلس إدارة الشركة عن نشاطها .

( ج ) المصادقة على القوائم المالية .

( د ) الموافقة على توزيع الأرباح .

( هـ ) تحديد مكافأة وبدلات مجلس الإدارة .

( و ) تعيين مراقب الحسابات وتحديد أتعابه .

( ز ) انتخاب أعضاء مجلس الإدارة عند الاقتضاء .

مادة ٤٤ - على مجلس الإدارة أن يعد عن كل سنة مالية - القوائم المالية للشركة وتقريراً عن نشاطها خلال السنة وعن مركزها المالي في ختام السنة ذاتها - وذلك خلال شهرين على الأكثر من تاريخ انتهاء السنة المالية للشركة وتوضع هذه الوثائق تحت تصرف مراقبي الحسابات قبل نشرها بأسبوعين على الأقل ، وذلك كله طبقاً للأوضاع والشروط والبيانات التي حددتها اللائحة التنفيذية للقانون رقم (٩٥) لسنة ١٩٩٢

ويتعين نشر القوائم المالية وخلاصة وافية لتقرير النشاط والنص الكامل لتقرير مراقب الحسابات في صحيفتين يوميتين قبل تاريخ عقد الجمعية العامة بأسبوعين على الأقل ، ويجوز الاكتفاء بإرسال نسخة من الأوراق المبينة في الفقرة الأولى إلى كل مساهم بطريق البريد الموصى عليه قبل تاريخ عقد الجمعية العامة بأسبوعين على الأقل .

وترسل صورة مما يتم نشره وإرساله إلى المساهمين إلى كل من الهيئة العامة لسوق المال ومصلحة الشركات .

مادة ٥٤ - يجب نشر الإخطار بدعوة الجمعية العامة للاجتماع مرتين في صحيفتين يوميتين على أن يتم النشر في المرة الثانية بعد انقضاء خمسة أيام على الأقل من تاريخ نشر الإخطار الأول .

ويجوز الاكتفاء بإرسال إخطار الدعوة إلى المساهمين على عناوينهم الثابتة بسجلات الشركة بالبريد المسجل أو بتسليم الإخطار للمساهمين باليد مقابل التوقيع .

وينشر أو يخطر به المساهمون على النحو الوارد في المادتين إلى مصلحة الشركات والهيئة العامة لسوق المال ويرسل جماعة في نفس الوقت الذي يتم فيه النشر أو الإرسال إلى المساهمين .

مادة ٦ - انعقاد الجمعية العامة لا يكون صحيحاً إلا إذا حضره مساهمون يمثلون ( ) من رأس المال المصدر ، فإذا لم تتوافر الحد الأدنى في الاجتماع الأول ، فإن ثان يعقد خلال الثلاثين يوماً التالية للاجتماع الأول ، ويجوز الاكتفاء بالدعوة إلى الاجتماع الأول إذا حدد فيها موعد الاجتماع الثاني ، ويعتبر الاجتماع الثاني صحيحاً أياً كان عدد الأسهم الممثلة فيه .

وتصدر قرارات الجمعية العامة العادية بالأغلبية المطلقة للأسهم الممثلة في الاجتماع .

مادة ٤٧ - تختص الجمعية العامة غير العادية بتعديل نظام الشركة مع مراعاة ما يأتى :

( أ ) لا يجوز زيادة التزامات المساهمين ويقع باطلاً كل قرار يصدر من الجمعية العامة يكون من شأنه المساس بحقوق المساهم الأساسية التي يستمدها بصفته شريكا .

( ب ) يجوز إضافة أغراض مكملة أو مرتبطة أو قريبة من غرض الشركة الأصلي .

( ج ) يكون للجمعية العامة غير العادية النظر في إطالة أمد الشركة أو تقصيره أو حلها قبل موعدها أو تغيير نسبة الخسارة التي يترتب عليها حل الشركة إجبارياً أو إدماج الشركة .

إذا بلغت خسائر الشركة نصف رأس المال المصدر ويجب على مجلس الإدارة أن يبادر إلى دعوة الجمعية العامة غير العادية للنظر في حل الشركة أو استمرارها .

مادة ٤٨ - مع مراعاة الأحكام المتعلقة بالجمعية العامة العادية تسرى على الجمعية العامة غير العادية الأحكام الآتية :

(١) تجتمع الجمعية العامة غير العادية بناء على دعوة من رئيس مجلس الإدارة ، وعلى رئيس المجلس توجيه الدعوة إذا طلب إليه ذلك عدد من المساهمين يمثلون (عشرة في المائة) من رأس المال على الأقل لأسباب جدية ويشترط أن يودع الطالبون أسهمهم بمركز الشركة أو أحد البنوك المعتمدة ، ولا يجوز سحب هذه الأسهم

إلا بعد انفضاض الجمعية ، وإذا لم يقم المجلس بدعوة الجمعية خلال شهر من تقديم الطلب كان للطالبين أن يتقدموا بطلبهم إلى الجهة الإدارية المختصة التى تتولى توجيه الدعوة .

( ب ) لا يكون اجتماع الجمعية العامة غير العادية صحيحاً إلا إذا حضره مساهمون يمثلون ( ٥٠٪ ) من رأس المال على الأقل ، فإذا لم يتوافر الحد الأدنى فى الاجتماع الأول وجبت دعوة الجمعية إلى اجتماع ثان يعقد خلال الثلاثين يوماً للاجتماع الأول ، ويعتبر الاجتماع الثانى صحيحاً إذا حضره عدد من المساهمين يمثل ( ٥٠٪ ) من رأس المال .

( ج ) تصدر قرارات الجمعية العامة غير العادية بأغلبية ثلثى الأسهم الممثلة فى الاجتماع على الأقل إلا إذا كان القرار يتعلق بزيادة رأس المال أو خفضه أو حل الشركة قبل الميعاد أو تغيير الغرض الأصلى أو إدماجها ، فيشترط لصحة القرار فى هذه الأحوال أن يصدر بأغلبية ثلاثة أرباع الأسهم الممثلة فى الاجتماع على الأقل .

مادة ٤٩ - لا يجوز للجمعية العامة المداولة فى غير المسائل المدرجة فى جدول الأعمال ، ومع ذلك يكون للجمعية حق المداولة فى الوقائع الخطيرة التى تكشف أثناء الاجتماع .

ومع مراعاة أحكام قانون شركات المساهمة وشركات التوصية بالأسهم والشركات ذات المسئولية المحدودة المشار إليه واللائحة التنفيذية والمادة ( ٥٢ ) من هذا النظام تكون القرارات الصادرة من الجمعية العامة

ملزمة لجميع المساهمين ، سواء كانوا حاضري الاجتماع الذى صدرت فيه هذه القرارات أو غائبين أو مخالفين ، وعلى مجلس الإدارة تنفيذ قرارات الجمعية العامة .

مادة ٥٠ - تسجل أسماء الحاضرين من المساهمين فى سجل خاص يثبت فيه حضورهم وما إذا كان بالأصالة أو الوكالة ، ويوقع هذا السجل قبل بداية الاجتماع من كل من مراقب الحسابات وجامعى الأصوات .

ويكون لكل مساهم يحضر اجتماع الجمعية العامة الحق فى مناقشة الموضوعات المدرجة فى جدول الأعمال ، واستجواب أعضاء مجلس الإدارة ومراقبى الحسابات بشأنها ، ويشترط تقديم الأسئلة مكتوبة قبل انعقاد الجمعية العامة بثلاثة أيام على الأقل فى مركز إدارة الشركة بالبريد المسجل أو باليد مقابل إيصال .

ويجيب مجلس الإدارة على أسئلة المساهمين واستجواباتهم بالقدر الذى لا يعرض مصلحة الشركة أو المصلحة العامة للضرر ، وإذا رأى المساهم أن الرد غير كاف احتكم إلى الجمعية العامة ويكون قرارها واجب التنفيذ ، ويكون التصويت فى الجمعية العامة علنيا ، ويجب أن يكون التصويت بطريقة سرية إذا كان القرار يتعلق بانتخاب أعضاء مجلس الإدارة أو بعزلهم أو بإقامة دعوى المسئولية عليهم ، أو إذا طلب ذلك رئيس مجلس الإدارة أو عدد من المساهمين يمثل عشر الأصوات الحاضرة والممثلة فى الاجتماع على الأقل .

ولا يجوز لأعضاء مجلس الإدارة الاشتراك فى التصويت على قرارات الجمعية العامة فى شأن تحديد رواتبهم ومكافآتهم أو إبراء ذمتهم أو إخلاء مسئوليتهم عن الإدارة .

مادة ٥١ - يحرر محضر اجتماع يتضمن إثبات الحضور وتوافر نصاب الانعقاد ، وكذلك إثبات حضور ممثلي الجهات الإدارية والممثل القانوني لجماعة حملة السندات ، كما يتضمن خلاصة وافية لجميع مناقشات الجمعية العامة وكل ما يحدث أثناء الاجتماع والقرارات التي اتخذت في الجمعية وعدد الأصوات التي وافقت عليها أو خالفتها وكل ما يطلب المساهمون إثباته في المحضر ، وتدون محاضر اجتماع الجمعية العامة بصفة منتظمة عقب كل جلسة في سجل خاص ويوقع على المحضر والسجل رئيس الجلسة وأمين السر وجامعا الأصوات ومراقب الحسابات .

ويجب إرسال صورة من محضر اجتماع الجمعية العامة للجهات الإدارية المختصة خلال شهر على الأكثر من تاريخ انعقادها .

مادة ٥٢ - مع عدم الإخلال بحقوق الغير حسنى النية يقع باطلاً كل قرار يصدر من الجمعية العامة المخالفة لأحكام القانون أو نظام الشركة ، وكذلك يجوز إبطال كل قرار يصدر لصالح طائفة معينة من المساهمين أو للإضرار بهم أو لجلب نفع خاص لأعضاء مجلس الإدارة أو لغيرهم دون اعتبار لمصلحة الشركة .

ولا يجوز أن يطلب البطلان في هذه الحالة إلا المساهمون الذين اعترضوا على القرار في محضر الجلسة أو الذين تغيبوا عن الحضور بسبب مقبول . ويجوز للجهة الإدارية المختصة أن تنوب عنهم في طلب البطلان إذا تقدموا بأسباب جدية ، ويترتب على الحكم بالبطلان اعتبار القرار كأن لم يكن بالنسبة إلى جميع المساهمين ، وعلى مجلس الإدارة نشر ملخص الحكم بالبطلان في إحدى الصحف اليومية وفي صحيفة الشركات ، وتسقط دعوى البطلان بمضي سنة من تاريخ صدور القرار ، ولا يترتب على رفع الدعوى وقف تنفيذ القرار ما لم تأمر المحكمة بذلك .

## الباب السادس

### فى مراقب الحسابات والمستشار القانونى

مادة ٥٣ - مع مراعاة أحكام المواد من (١٠٣) إلى (١٠٩) من قانون شركات المساهمة وشركات التوصية بالأسهم والشركات ذات المسئولية المحدودة المشار إليه ولائحته التنفيذية، يكون للشركة مراقب حسابات أو أكثر ممن تتوافر فى شأنهم الشروط المنصوص عليها فى قانون مزاولة مهنة المحاسبة والمراجعة تعينه الجمعية العامة وتقدر أتعابه.

واستثناء مما تقدم عين المؤسسون السيد الأستاذ / شريف محمد حمودة بطاقة رقم (١٤٢٠٦) المقيم فى عمارة شبل - شارع ٢٥٤ دجلة - المعادى - ١١٤٣١ - مراقباً أول للشركة

ويسأل المراقب عن صحة البيانات الواردة فى تقريره بوصفه وكيلاً عن مجموع المساهمين، ولكل مساهم أثناء عقد الجمعية العامة أن يناقش تقرير مراقب الحسابات وأن يستوضحه عما ورد به.

ويقر مراقب حسابات الشركة بقبوله التعيين وعدم مخالفته لأحكام المواد من (١٠٣) إلى (١٠٩) من القانون رقم ١٥٩ لسنة ١٩٨١، وأحكام قانون مزاولة مهنة المحاسبة والمراجعة.

كما عين المؤسسون الأستاذ / رفيق صلاح الدين حسنى - المحامى بالاستئناف - المقيم فى ٢٤ شارع الجيزة - الدقى - مستشاراً قانونياً أول للشركة

كما يقر المستشار القانونى بقبوله التعيين طبقاً لأحكام المادة رقم (٦٠) من قانون المحاماة رقم ١٧ لسنة ١٩٨٣

## الباب السابع

### في سنة الشركة - الجرد - الحساب الختامي -

### المال الاحتياطي - توزيع الأرباح

مادة ٥٤ - تبتدئ السنة المالية للشركة من أول شهر ( يوليو ) وتنتهي في آخر شهر ( يونيو ) من كل سنة ، على أن السنة المالية الأولى تشمل المدة التي تنقضي من تاريخ تأسيس الشركة النهائي حتى آخر شهر ( يونيو ) من السنة التالية .

مادة ٥٥ - على مجلس الإدارة أن يعد عن كل سنة مالية - في موعد يسمح بعقد الجمعية العامة للمساهمين خلال ثلاثة أشهر على الأكثر من تاريخ انتهائها - القوائم المالية مشتملة على جميع البيانات الواردة في قانون شركات المساهمة وشركات التوصية بالأسهم والشركات ذات المسئولية المحدودة المشار إليه ولائحته التنفيذية .

وعلى المجلس أيضاً أن يعد تقريراً عن نشاط الشركة خلال السنة المالية وعن مركزها المالي في ختام السنة ذاتها .

مادة ٥٦ - توزع أرباح الشركة الصافية سنوياً بعد خصم جميع المصروفات العمومية والتكاليف الأخرى كما يلي :

١ - يبدأ باقتطاع مبلغ يوازى (٥ ٪) على الأقل من الأرباح لتكوين الاحتياطي القانوني ، ويقف هذا الاقتطاع متى بلغ مجموع الاحتياطي قدراً يوازى (٥٠ ٪) من رأس مال الشركة المصدر . ومتى نقص الاحتياطي عن ذلك تعين العودة إلى الاقتطاع .

ويكون للعاملين نصيب في الأرباح التي يتقرر توزيعها نقداً بما لا يقل عن (١٠%) ، بشرط ألا يزيد على مجموع الأجور السنوية للعاملين .

٢ - يقتطع المبلغ اللازم لتوزيع حصة أولى من الأرباح قدرها (٥%) على الأقل للمساهمين عن المدفوع من قيمة أسهمهم وللعاملين ، على أنه إذا لم تسمح أرباح الشركة في سنة من السنين بتوزيع هذه الحصة فلا يجوز المطالبة بها من أرباح السنين التالية .

٣ - يخصص بعد ما تقدم (١٠%) على الأكثر من الباقي لمكافأة مجلس الإدارة .

٤ - يوزع الباقي من الأرباح بعد ذلك على المساهمين والعاملين - في الحدود والنسب المقررة في هذه المادة - كحصة إضافية في الأرباح أو يرحل بناء على اقتراح مجلس الإدارة إلى السنة المقبلة أو يكون به احتياطي غير عادي أو مال للاستهلاك غير عادي .

مادة ٥٧ - يستعمل الاحتياطي بقرار من الجمعية العامة بناء عن اقتراح مجلس الإدارة فيما يكون أوفى بمصالح الشركة .

مادة ٥٨ - تدفع الأرباح إلى المساهمين في المكان والمواعيد التي يحددها مجلس الإدارة ، بشرط ألا تتجاوز شهراً من تاريخ قرار الجمعية العامة بالتوزيع :

# الباب الثامن

## فى المنازعات

مادة ٥٩ - لا يترتب على أى قرار يصدر من الجمعية العامة سقوط دعوى المسئولية المدنية ضد أعضاء مجلس الإدارة بسبب الأخطاء التى تقع منهم فى تنفيذ مهمتهم ، وإذا كان الفعل الموجب للمسئولية قد عرض على الجمعية العامة بتقرير من مجلس الإدارة أو مراقب الحسابات فتسقط هذه الدعوى بمضى ستة من تاريخ صدور قرار الجمعية العامة بالمصادقة على تقرير مجلس الإدارة .

ومع ذلك فإن كان الفعل المنسوب إلى أعضاء مجلس الإدارة يكون جناية أو جنحة فلا تسقط الدعوى إلا بسقوط الدعوى العمومية .

مادة ٦٠ - مع عدم الإخلال بحقوق المساهمين المقررة قانوناً ، لايجوز رفع المنازعات التى تمس المصلحة العامة والمشتركة للشركة ضد مجلس الإدارة أو ضد واحد أو أكثر من أعضائه إلا باسم مجموع المساهمين وبمقتضى قرار من الجمعية العامة .

وعلى كل مساهم يريد إثارة نزاع من هذا القبيل أن يخطر بذلك مجلس الإدارة قبل انعقاد الجمعية العامة التالية بشهر واحد على الأقل ، ويجب على المجلس أن يدرج هذا الاقتراح فى جدول أعمال الجمعية .

- ٣٥ -

## الباب التاسع

### في حل الشركة وتصفيتها

مادة ٦١ - في حالة خسارة نصف رأس المال تحل الشركة قبل انقضاء أجلها إلا إذا قررت الجمعية العامة غير العادية خلاف ذلك.

مادة ٦٢ - مع مراعاة أحكام قانون شركات المساهمة وشركات التوصية بالأسهم والشركات ذات المسئولية المحدودة المشار إليه ولائحته التنفيذية.

تعين الجمعية العامة مصفياً أو أكثر وتحدد أتعابهم ويكون تعيين المصفين من بين المساهمين أو غيرهم.

وفي حالة صدور حكم بحل الشركة أو بطلانها تبين المحكمة طريقة التصفية، كما تعين المصفي وتحدد أتعابه.

ولا ينتهي عمل المصفي بوفاة المساهمين أو إشهار إفلاسهم أو إعسارهم أو بالحجر عليهم ولو كان معيناً من قبلهم، وتنتهي وكالة مجلس الإدارة بتعيين المصفين، أما سلطة الجمعية العامة فتبقى قائمة طوال مدة التصفية إلى أن يتم إخلاء عهدة المصفين.

# الباب العاشر

## أحكام ختامية

مادة ٦٣ - تخصم المصاريف والأتعاب المدفوعة فى سبيل تأسيس الشركة من حساب المصروفات العامة .

مادة ٦٤ - تسرى أحكام القانونين رقمى ١٥٩ لسنة ١٩٨١ و ٩٥ لسنة ١٩٩٢ ولائحتيهما التنفيذيتين فيما لم يرد فى شأنه نص خاص فى هذا النظام .

مادة ٦٥ - يودع هذا النظام وينشر طبقاً للقانون .

طبع بالهيئة العامة لشئون المطابع الأميرية

**رئيس مجلس الإدارة**

مهندس / زهير محمد حسب النبى

رقم الإيداع بدار الكتب ١١١/٢٠٠١

الهيئة العامة لشئون المطابع الأميرية
٧٨٥٠ - ٢٠٠٠ - ١٣٢

الهيئة العامة لشئون المطابع الأميرية