Translation

Form no. 33- Prosecution

# VERDICT
## In the Name of the People
## South Cairo Courthouse

In the misdemeanor and violations sessions held in camera at the court premises on the 14th of September,

Presided by Ismail Abdel Aall       Presiding Judge

In the presence of Mr. Nezar Said, Prosecution, and

Mr. Mohsen Ismail, Court secretary

**This ruling was passed**

In the General Prosecution, case no. **2157**

**VERSUS**

**Amgad Zarief Ibrahim**

The General Prosecution accused him in the case no. 6277 Misdemeanors

That on the 19th of May-1995, he stole the items shown in the description for the value stated in the documents, the electric current owned by the Cairo Electricity Distribution Company, this happened at night.

The prosecution requested punishing the defendant according toe the provisions of article 317 /4

Page 1/3

**Translator's Note:**
Heliopolis Business Center hereby certifies that this English translation is an exact and true translation of the attached Arabic original which I have seen.

Sedika Abu Seda

Translation date: June 4, 2007

Heliopolis Business Center
Certified Translation Office
88 Merghany St. Suite no. 3
(202) 29 131 76 / 010 19 999 69

Translation

The Basateen Partial Court ruled for Sentencing the defendant to jail for 6 months with labor and implementation in addition to the expenses.

The defendant objected the ruling in the session held on the 19th of December-1995.

The defendant appealed on the 24th of December-1995.

In this session, the Prosecution requested supporting the ruling

The defendant was present through representation.

THE COURT

Upon reviewing the documents and after legal deliberation, and

As the appeal was tendered during the legal duration, thus it is accepted in form; and

Whereas the appealed verdict is justified for being within the reason accepted by the court, thus the request for appeal was endorsed; and

Whereas the defendant did not provide a proof that he owns one of the real-estate units xxxxx, moreover, he xxxx tender proof of freeing it from the concierge room, xxx proof of owners union registration,

Thus, the document did not comprise supporting facts or proving his relationship to the real-estate,

Page 2/3

**Translator's Note:**
Heliopolis Business Center hereby certifies that this English translation is an exact and true translation of the attached Arabic original which I have seen.

*Sedika Abu Seda*

Translation date: June 4, 2007

Heliopolis Business Center
Certified Translation Office
88 Merghany St. Suite no. 3
(202) 29 131 76 / 010 18 999 69

Translation

Thus, the appealed verdict shall be reinstated while committing the respondent to pay the expenses.

FOR THESE REASONS:

Upon reviewing the above mentioned articles of the law

THE COURT RULED FOR:

Accepting the appeal in form and in subject while rejecting it and supporting the appealed verdict

**Clerk**                                    presiding judge

*Signed*                                     *Signed*

52628 / 23rd of May

Sub. no. 11840

*Signed*                    

Page 3/3

**Translator's Note:**
Heliopolis Business Center hereby certifies that this English translation is an exact and true translation of the attached Arabic original which I have seen.

Sedika Abuseda

Translation date: June 4, 2007

Heliopolis Business Center
Certified Translation Office
88 Merghany St. Suite no. 3
(202) 29 131 76 / 010 18 999 69

(استمارة رقم ٣٣ نيابة)

حكم

باسم الشعب

محكمة جنوب ...

بجلسة الجنح والمخالفات المستأنفة المنعقدة علنا بسراى المحكمة فى ...

سنة ١٤٢٩/... سنة ١٩...

برياسة السيد / ...

وبحضور سيادتى ... القاضيين

وحضور السيد / ... النيابة والسيد / ... أمين السر

صدر الحكم الآتى :

فى قضية النيابة العمومية رقم ... سنة ١٩...

ضد

...

اتهمت النيابة العامة المذكور فى القضية رقم ... 

...

وطلبت عقابه ... بالمواد ...

وادعى ... بحق مدنى بمبلغ ... قبل المتهم

ومحكمة ... الجزئية حكمت ... بتاريخ ... لسنة ١٩...

بيان إجراءات التنفيذ

بيان إجراءات المطالبة بالرسوم المدنية

فأستأنف المتهم
وبالجلسة طلبت النيابة
وطلب المدعى بالحق المدنى
والمتهم

المحكمة :

وبعد سماع التقرير الذى تلاه السيد /
وطلبات النيابة والمدعى بالحق المدنى
وبعد الاطلاع على الأوراق والمداولة قانونا :

حيث إن الاستئناف مقدم فى الميعاد القانونى فهو مقبول شكلا :
وحيث إن الحكم المستأنف فى محله للأسباب الواردة به والتى تأخذ بها هذه المحكمة فيتعين تأييده

فلهذه الأسباب :

وبعد رؤية المواد المذكورة
حكمت المحكمة بقبول الاستئناف شكلا وفى الموضوع برفضه وتأييد الحكم المستأنف

كاتب الجلسة            رئيس الجلسة