ΕΠΙΣΗΜΗ ΜΕΤΑΦΡΑΣΗ    TRADUCTION OFICIELLE    OFFICIAL TRANSLATION

128

No 64883

**TO EVERY COMPETENT COURT**

Judicial summoning, protest and statement

Of the societe anonyme under the name EUROTECHNIKI HELLAS IATRIKA MICHANIMATA (EUROTECHNIKI HELLAS MEDICAL MACHINES) seated in Marousi, 36 Kifisias street, duly represented by Mr Maraziotis Theodoros

VERSUS

Michael Haig , resident of P. Penteli, 4 Papaflesa street

Since the last General Meeting of the company shareholders and afterwards , you have obviously stopped coming to its offices and offering your services , essentially resigning from the duties of the General Manager , but also from any other labor relation with it.

However, and only out of leniency, the company denounces hereby, the already terminated upon your own initiative labor contract, offering you hereby the amounts of 1.152.666 as indemnity and 132.000 as the settlement of the salary of September, and invites you to collect it, otherwise the amounts will be deposited to the Deposit and Loans Fund and the relevant note will be at the company offices at your disposal.

At the same time we invite you within three days following the receipt of the present to:

   a) Return to the company the car under registration number YZN 2650 , which you own without any reason for that

   b) Fully pay the amount of 729.726 drachmas , to the payment of which we were forced by COSMOTE , for the use of the telephone line under the number 0977355010,

Μεταφραστική Υπηρεσία Υπουργείου Εξωτερικών, Αθήνα




Case 1:07-cv-02799-MGC    Document 12-10    Filed 07/09/2007    Page 2 of 6

which you renewed and held on the company's name in our ignorance, using it exclusively for your personal affairs and

c) Settle any other expense that you personally made, charging respectively the company.

Otherwise, we declare that we will take any legal action in safeguard of our rights.

Competent Process Server duly serve the present to the person this is addressed to, for his knowledge and legal consequences and in order to copy this in the proof of service that will be drawn up.

Marousi, September 11th 2000.

(sign-seal)

Maraziotis Theodoros

Managing Director

Certified as a true photocopy. Athens, April, 30 2007

(sign-seal) GEORGIOS CHR. MARAZIOTIS, Attorney-at-law

True Translation of the attached document

Athens 3.5.2007 / The Translator / Ek. Liatsikou



REPUBLIQUE HELLENIQUE
MINISTERE DES AFFAIRES ETRANGERES
Vu pour legalisation de la signature ci-dessus
du Traducteur du Ministère des Affaires
Etrangères ayant traduit le texte ci-annexé.

Athènes le, – 7 MAI. 2007

PAR DELEGATION DU MINISTRE
Le Directeur p.m.

ELENI ARGYROU
Secretaire

ΣΕ ΚΑΘΕ ΑΡΜΟΔΙΟ ΔΙΚΑΣΤΗΡΙΟ
Εξώδικη καταγγελία,πρόσκληση και δήλωση

Της ανωνύμου εταιρείας με την επωνυμία ΕΥΡΩΤΕΧΝΙΚΗ ΕΛΛΑΣ ΙΑΤΡΙΚΑ ΜΗΧΑΝΗΜΑΤΑ που εδρεύει στο Μαρούσι,Κηφισίας 36 και εκπροσωπείται νόμιμα απο τον κ. Μαραζιώτη Θεόδωρο.

ΚΑΤΑ

Του κ. Μάικλ Χέιγκ (Michael Haig) κατοίκου Π.Πεντέλης, Παπαφλέσα 4.

  Απο της τελευταίας Γενικής Συνελεύσεως των μετόχων της εταιρείας και μετέπειτα προφανώς παύσατε να προσέρχεστε στα γραφεία της και να προσφέρετε τις υπηρεσίες σας παραιτούμενος ουσιαστικά απο τα καθήκοντα του Γενικού Διευθυντού, αλλά και οποιαδήποτε άλλη εργασιακή σχέση μ' αυτήν.
  Παρά ταύτα, αποκλειστικά και μόνο για λόγους επιεικείας η εταιρεία καταγγέλλει με την παρούσα ,την ούτως ή άλλως από δική σας πρωτοβουλία ήδη καταργηθείσα εργασιακή σύμβαση, προσφέροντας σας με τη συνοδεία του παρόντος τα ποσά των δραχμών 1.152.666 ως αποζημίωση και 132.000 ως εκκαθάριση αποδοχών Σεπτεβρίου, σας καλεί να τα παραλάβετε, άλλως τούτα θα κατατεθούν στο Ταμείο Παρακαταθηκών και Δανείων και το σχετικό γραμμάτιο θα βρίσκεται στα γραφεία της εταιρείας μας και στη διάθεσή σας.
  Παράλληλα σας καλούμε όπως μέσα σε τρείς μέρες αφότου λάβετε την παρούσα
  Α) Επιστρέψετε στην εταιρεία το με αριθμό κυκλοφορίας ΥΖΝ 2650 αυτοκίνητο το οποίο χωρίς λόγο κατέχετε
  Β) Εξοφλήσετε ποσό ύψους 729.726 δραχμών στην καταβολή του οποίου μας υποχρέωσε η COSMOTE , για την χρήση της τηλεφωνικής γραμμής με αριθμό 0977355010, την οποία εσείς ανανεώσατε και κατείχατε στο όνομα της εταιρείας εν αγνοία μας χρησιμοποιώντας την για προσωπικές σας υποθέσεις αποκλειστικά και
  Γ) Τακτοποιήσετε κάθε άλλη δαπάνη που ενεργίσατε προσωπικά, χρεώνοντας αντίστοιχα την εταιρεία.
  Διαφορετικά σας δηλώνουμε ότι θα ενεργήσουμε τα νόμιμα για την περιφρούριση των συμφερόντων της εταιρείας μας.
  Αρμόδιος δικαστικός επιμελητής να επιδώσει νόμιμα την παρούσα προς αυτόν στον οποίο απευθήνεται, προς γνώση του και για τις νόμιμες συνέπειες και ν' αντιγράψει αυτή ολόκληρη στην έκθεση επιδόσεως που θα συνταχθεί.

  Μαρούσι,11 Σεπτεβρίου 2000.

ΕΥΡΩΤΕΧΝΙΚΗ ΕΛΛΑΣ
ΙΑΤΡΙΚΑ ΜΗΧΑΝΗΜΑΤΑ Α.Ε.
ΚΗΦΙΣΙΑΣ 36 - ΠΑΡΑΔΕΙΣΟΣ - ΜΑΡΟΥΣΙ
ΤΗΛ 6807303 - FAX 6807307
ΑΦΜ 094562864 - ΔΟΥ ΦΑΒΕ ΑΘΗΝΑΣ

Μαραζιώτης Θεόδωρος
Διευθύνων Σύμβουλος





Βεβαιώνεται ότι το παρόν αποτελεί ακριβές φωτοτυπικό αντίγραφο από το πρωτότυπο.

Αθήνα 30/4/2007.

Ο Βεβαιών α.μ.Δ.Σ.Α

ΓΕΩΡΓΙΟΣ ΧΡ. ΜΑΡΑΖΙΩΤΗΣ
ΔΙΚΗΓΟΡΟΣ ΑΠ - ΣΤΕ
ΟΜΗΡΟΥ 15, 106 72 ΑΘΗΝΑ
☎ 210 3641540 - ΦΑΞ: 210 3640170
ΔΣΑ 9357 - ΑΦΜ: 024973905