130

No 64883

# TO EVERY COMPETENT COURT

Judicial summoning, protest and statement

Of the societe anonyme under the name EUROTECHNIKI HELLAS IATRIKA MICHANIMATA (EUROTECHNIKI HELLAS MEDICAL MACHINES) seated in Marousi, 36 Kifisias street, duly represented

VERSUS

Michael Haig , resident of Palaia Penteli (4 Papaflessa Str.)

------------------------

With our judicial summoning of September 11th , 2000, we also reminded you in writing, in order for you to deliver to us the private use passenger car of our ownership under number YZN-2650, which you continue illegally and arbitrarily to hold and use for your own purposes and after having been dismissed from our company.

Whereas, despite our reminders, you have not delivered to us the car until today, a situation that is pregnant with danger for us and also causes consequential damages as we are forced to spend several amounts on other transport facilities for the transfer of our personnel.

Whereas we protest again for your objectionable conduct

FOR THESE REASONS

We summon you

To deliver this car to our company in full order within five (5) days after receiving the present

Otherwise we declare that we will take legal action against you with all means allowed by the law, asking at the same time for any damages we have suffered due to this conduct of yours.

Μεταφραστική Υπηρεσία Υπουργείου Εξωτερικών, Αθήνα





Competent process server duly serve the present to the person this is addressed, for his knowledge and legal consequences and copy this to the proof of service that will be drawn up.

Athens, 29.3.2001

The Proxy Attorney

(sign-seal)

NIKOLAOS KROUPAS

Certified as a true photocopy . Athens , April, 30th 2007 (sign-seal) GEORGIOS CHR. MARAZIOTIS , Attorney-at-law

True Translation of the attached document

Athens 3.5.2007 / The Translator / Ek. Liatsikou

Μεταφραστική Υπηρεσία Υπουργείου Εξωτερικών, Αθήνα

RÉPUBLIQUE HELLÉNIQUE
MINISTÈRE DES AFFAIRES ÉTRANGÈRES
Vu pour legalisation de la signature ci-dessus
du Traducteur du Ministère des Affaires
Etrangères ayant traduit le texte ci-annexé.

Athènes le, - 7 MAI. 2007

PAR DELEGATION DU MINISTRE
Le Directeur p.m.

ELENI ARGYROU
Secrétaire

NIKOΛAOΣ Κ. ΡΟΥΠΑΣ
ΔΙΚΗΓΟΡΟΣ-ΤΗΛ 6714964
Π. ΧΟΡΝ 16 Ν. ΨΥΧΙΚΟ
ΑΔΣ19902-ΑΦΜ46618616

## ΣΕ ΚΑΘΕ ΑΡΜΟΔΙΟ ΔΙΚΑΣΤΗΡΙΟ

Εξώδικη διαμαρτυρία,

πρόσκληση και δήλωση.

Της ανώνυμης εταιρείας με την επωνυμία ΕΥΡΩΤΕΧΝΙΚΗ ΕΛΛΑΣ ΙΑΤΡΙΚΑ ΜΗΧΑΝΗΜΑΤΑ, που εδρεύει στο Μαρούσι Αττικής (Κηφισίας 36) και εκπροσωπείται νόμιμα.

### ΚΑΤΑ

Μαϊκλ Χέιγκ (Michael Haig), κατοίκου Παλαιάς Πεντέλης (Παπαφλέσσα 4).

---

Με την από 11-9-2000 εξώδικο μας, σας οχλήσαμε και εγγράφως, εκτός των άλλων, προκειμένου να μας παραδώσετε το υπ' αριθμ. ΥΖΝ-2650 Ι.Χ.Ε. αυτοκίνητο της κυριότητός μας, το οποίο συνεχίσατε παράνομα και αυθαίρετα να κατέχετε και χρησιμοποιείτε για δικούς σας σκοπούς και μετά την απομάκρυνσή σας από την εταιρείας μας.

Επειδή, παρά τις οχλήσεις σας αυτές, μέχρι σήμερα δεν μας παραδώσατε το αυτοκίνητο, πράγμα που εγκυμονεί κινδύνους για μας, αλλά και προκαλεί αποθετική ζημιά, αφού αναγκαζόμαστε να δαπανούμε διάφορα ποσά σε άλλα μέσα για τις μετακινήσεις του προσωπικού μας.

Επειδή και πάλι διαμαρτυρόμαστε για την απαράδεκτη συμπεριφορά σας

### ΓΙΑ ΤΟΥΣ ΛΟΓΟΥΣ ΑΥΤΟΥΣ

Σας καλούμε

Όπως μέσα σε πέντε (5) μέρες αφότου λάβετε την παρούσα, παραδώσετε το αυτοκίνητο αυτό στην εταιρεία μας εν πλήρη τάξει

Διαφορετικά δηλώνουμε ότι θα στραφούμε σε βάρος σας δικαστικώς, με όσα μέσα μας επιτρέπει ο νόμος, απαιτώντας συνάμα οποιαδήποτε ζημιά έχουμε υποστεί από την συμπεριφορά σας αυτή.



Αρμόδιος δικαστικός επιμελητής, να επιδώσει νόμιμα την παρούσα προς αυτόν στον οποία απευθύνεται, για να λάβει γνώση και για τις νόμιμες συνέπειες και να αντιγράψει αυτή ολόκληρη στην έκθεση επιδόσεως που θα συνταχθεί.

Αθήνα 29.3.2001

Ο Πληρεξ. Δικηγόρος

ΝΙΚΟΛΑΟΣ Ι. ΚΡΟΥΠΑΣ
ΔΙΚΗΓΟΡΟΣ - ΤΗΛ 6714964
Π. ΧΟΡΝ 16 Ν. ΨΥΧΙΚΟ
ΑΔΣ 19902 - ΑΦΜ 46618616

ΝΙΚΟΛΑΟΣ Ι. ΚΡΟΥΠΑΣ
ΔΙΚΗΓΟΡΟΣ 6714964
Π. ΧΟΡΝ 16 Ν. ΨΥΧΙΚΟ
ΑΔΣ 19902 - ΑΦΜ 46618616



Βεβαιώνεται ότι το παρόν αποτελεί ακριβές φωτοτυπικό αντίγραφο από το πρωτότυπο. Αθήνα 30/41/2007

Ο Βεβαιών α.η.Δ.Σ.Α.

ΓΕΩΡΓΙΟΣ ΧΡ. ΜΑΡΑΖΙΩΤΗΣ
ΔΙΚΗΓΟΡΟΣ ΑΠ ΣΤΕ
ΟΜΗΡΟΥ 15, 106 73 ΑΘΗΝΑ
☎ 210 3641545-9 ΦΑΞ: 210 3646170
ΑΣΑ 9357 - ΑΦΜ: 024979005