SHERIF GEORGE HALIM, declares:

1. I am an audit manager in Arab Charted Accountants, the local representative of RSM International in Egypt. RSM, globally, has more than twenty three thousand auditing professionals, in more than six hundred offices, and generates fee income exceeding $5.2 billion dollars, annually. We are one of the six largest international accounting organizations. Our United States partner is RSM Mcgladrey.

2. RSM is one of the auditors for Holding Company for Financial Investments (Lakah Group) ("HCFI"). RSM also acted as an as auditor for each of HCFI's subsidiary entities (collectively the "HCFI Entities"), Arab Steel Factory, S.A.E. ("ASF"), Medequip for Trading and Contracting, S.A.E. ("Medequip"), and Trading Medical Systems Egypt, S.A.E. ("TMSE")..

3. RSM has acted as one of the auditors for the HCFI Entities beginning in March 1999, three months after HCFI was established. I make the following statements on the basis of my personal knowledge obtained via the review of RSM's files and my investigation of the matters discussed herein.

4. Cherif Hammouda ("Hammouda"), an auditor in our office, was the auditor primarily charged with reviewing HCFI and the HCFI Entities. Hammouda is a managing partner and representative of RSM International, in Egypt. He personally managed all RSM offices in the Middle East. He holds a PhD in finance and tax consulting. I have reviewed his work and make the following statements.



El-Zini Center
Certified Translation
C.R. 327560
86, El-Merghany St.
Heliopolis
Tel. 291282A
0105752490

1

5. HCFI is a holding company. It was made up of eight subsidiaries, operating in the medical industry and in various industrial industries.

6. Article 52 of the HCFI bylaws permit it to have more than one auditor. A copy of Article 52 in Arabic with translation is attached as (Ex. _1). HCFI adopted the practice of having two auditors, a practice adopted by many large Egyptian companies on the Cairo Stock Exchange. The general purpose of having dual auditors is provide a high level of confidence as the accuracy of financial reports.

7. Hammouda began acting as one of the auditors of HCFI in March, 1999, three months after the company was established in November, 1998. Attached as (Ex. _2) is a copy of the General Assembly Meeting resolution dated April 4, 1999, appointing Hammouda.

8. Deloitte and Touche (by its Egyptian representative, Shawki Office- by Mr. Rashad Ahmed Kamel Hosny) acted as second auditor from 1998 to 1999. See (Ex. _1,) confirming this fact.

9. In 2000, Hammouda acted as sole auditor for HCFI and the HCFI Entities. During that year 2000, Deloitte changed its representative in Egypt. Mr. Hosny stopped acting for Deloitte, at that time.

10. PriceWaterhouseCoopers replaced Deloitte and Touche as second auditor in 2001. Attached as (Ex. _3) is a copy of letter dated April 4, 2001 from PWC to HCFI accepting this role.



2

11. Part of RSM's duties included seeing that all required formalities of HCFI's and each of its subsidiaries' board and shareholder meetings were maintained.

12. Our records indicate that RSM, as auditor, attended all shareholder meetings for HCFI and each of its subsidiary companies.

13. Documents I have personally reviewed show RSM made sure that the statutory requirements of Board meetings were fulfilled. This included checking that meetings occurred, that minutes were taken, that minutes were signed by the chairman, and "legalized" by the Egyptian authorities. This means that any resolution or action taken by the Board was "stamped" by the Egyptian authorities.

14. RSM made sure formalities were observed, such as:

- Holding Board meetings for HCFI and its subsidiaries,
- Holding annual shareholder meetings on a regular basis,
- Timely sending notice of shareholder meetings,
- Voting and recording votes at all meetings,
- Taking minutes of meetings, and
- Reviewing that all actions taken, were "legalized" by the Egyptian authorities.

15. I have personally checked that RSM has done all of the above for the following companies HCFI, ASF, Medequip, and TMSE.

16. Our files indicate that with respect to each annual shareholder meeting for HCFI and its subsidiaries, notices were properly issued fifteen days prior to each such meeting, as required by Egyptian law and the by-laws for each company. A sample notice of meeting for HCFI is attached as (Ex. _4), along with documentation showing our publication of such notice in AL-AKHBAR, a



3

daily newspaper in Egypt, dated March 31, 2001 (invitation for annual shareholders meeting for HCFI for April 9, 2001), to approve the year 2000 financial results for HCFI. (Ex. _5) is a copy of an invitation for HCFI's annual meeting Thursday April 20, 2000, called to approve year 1999 HCFI financial results. Similar documents regarding shareholder meetings exists for all of the subsidiary companies.

17. Our files indicate that extraordinary meetings of shareholders were occasionally scheduled and, when they were scheduled, as required by company bylaws, they were properly noticed, fifteen days in advance. Notifications of (Ex. _6) is a sample copy of one such notice of extraordinary meeting for ASF.

18. Requirements for such meetings were followed, as set forth in Article 47, a copy of which is attached as attached as (Ex. _7).

19. The number of board meetings for each company was different, under their different Bylaws, but all companies held meetings at least once per year and, if required, additional meetings were scheduled.

20. HCFI, for example, held seven Board meetings in 1999 and, in 2000, four. Attached as (Ex. _8) are copies of notices for each of the seven meetings in 1999 and (Ex. _9) are notices of the four meetings in year 2000. Specifically, the HCFI Board meetings were on June 1, 19999, June 28, 1999, October 6, 1999, December 12, 1999, December 25, 1999 (2 meetings) and December 27, 1999. In 2000, the Board met on January 29, 2000, February 10, 20000, February 13, 2000, and March 21, 2000.



4

21. ASF for example, held two meetings in 1999 and one in 2000. Notifications for these meetings are annexed as (Ex. _10). The meeting in 1999 took place on June 27, 1999 and on October 6, 1999, and, in year 2000, on March 13, 2000.

22. RSM records indicate quorum requirements for meetings were maintained and resolutions were adopted and "legalized" by the Egyptian authorities. (Ex. _11) encloses copies of three sample board resolution for Medequip, dated March 12, 2001, ASF, dated March 12, 2001, and TMSE, dated June 18, 2001, each identifying the number of Board members present, for a quorum. As indicated, voting requirements were maintained at all meetings.

23. Actions were taken pursuant to strict signature protocols and in accord with the by-laws of each company. Actions taken were registered in the commercial register for HCFI and each subsidiary company, as appropriate. Specifically, the signature protocols indicated the rights of the different company personnel and the limit of his signing authority.

24. The commercial registry for each company indicates who at each company had signature authority:

|  |  |  |
|---|---|---|
| HCFI | 1999 | Ramy Lakah; Farouk Hassan; Michael Lakah |
|  | 2000 | Ramy Lakah; Michael Lakah (Ex. _12) – Commercial Registry for HCFI] |
| ASF | 1999 | Ramy Lakah; Michael Lakah; Mohamed Bilal Al Sayed Ali; (Ex. _13) – Commercial Registry for ASF |
|  | 2000 | Ramy Lakah [after the ASF asset sale] |
| Medequip | 1999 | Ramy Lakah, Michael Lakah |
|  | 2000 | Ramy Lakah, Mahmoud Abd-Elhafez |



5

|  |  |  |
|---|---|---|
| (Ex. _14) – Commercial Registry for Medequip] | | |
| TMSE | 1999 | Ramy Lakah; Michael Lakah; Ramy Mostafa Oda Pacha; |
| | 2000 | Ramy Lakah; Adel Shorbagy; Ashraf Adly (Ex. _15)– Commercial Registry for TMSE] |

25. The Boards of each company had mostly different members, as set forth in the commercial register for each company.

26. Specifically, as indicated in Ex. _16, the Board members for HCFI were Ramy Lakah, Michel Lakah, Ramy Mostafa Oda Pacha, Mohamed Khadar, Farouk Hassan, Gamal Anwar el Sadat, Abdul Kader Farid, Medhat Sobhy, Ismail Abdoum, Samy Totongy, Carl Baker, Brian Murphy, and an Egyptian bank that is no longer in existence, Banque du Caire.

27. Specifically, as indicated in Ex. _17, the Board members for Medequip were HCFI, represented by Ramy Lakah, Mahmoud Abd-Elhafez, and Wagih Yonan.

28. Specifically, as indicated in Ex. _18, the Board members for ASF were HCFI, represented by Ramy Lakah, Loutfy Laham, and Mohamed Sherif Amin.

29. Specifically, as indicated in Ex. _19, the Board members for TMSE were HCFI, represented by Ramy Lakah, Adel Shorbagy, Ashraf Adly, Hany Youssef, and Wael Hassan Zaghloul.

30. As indicated above, the Boards of the HCFI entities were comprised of more than fifty percent non-HCFI senior personnel.


El-Zini Center
Tel. 2912824
Certified Translation
C.R. 327560
0105752490
86, El-Merghany St. Heliopolis

6

31. RSM audited financial reports, including notes, for all the HCFI Entities, individually and on a consolidated basis, for years 1999 and 2000. RSM audited these entities and the companies published the financial reports. Attached as (Ex. _20) are RSM's reports for each company for years 1999 and 2000. We prepared no reports after year 2000.

32. HCFI presented our reports to the Cairo Market Authority ("CMA"), which is the equivalent of the United States Securities Exchange Commission. Attached as (Ex. _21) is a letter from HCFI to the CMA dated April 12, 2001 transmitting the HCFI year 2000 reports, mentioned above.

33. Thereafter, we confirmed that HCFI published the reports in two Egypt daily newspapers, as shown in (Ex. _22).

34. I have extensively reviewed the books and records and financial statements and notes for all the HCFI companies. The information provided to RSM gave us no cause to suspect any inaccuracy, in any month or year, regarding income and expenses or cash flow, under Egyptian accounting standards and Egyptian law. To the best of our knowledge, the statements are accurate and proper.

35. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

36. Executed at ___ on June ___. 2007.

SHERIF GEORGE HALIM



7

يشهد شريف جورج حليم

(١) أنا شريف جورج حليم مدير مراجعة فى مكتب المحاسبون القانونيون العرب الممثلون المحــــــليون لمجموعة أر.أس.أم (RSMi) العالمية فى مصر والتى لديها اكثر من ٢٣ الف مراجع حسابات محترف فى اكثــر من ٦٠٠ مكتب حول العالم تدر رسوم دخل تتجاوز ٥,٢ بليون دولار سنويا ، و هى واحدة من اكبر ستة مــوسسات عالمية تعمل فى مجال المراجعة و الاستشارات المالية و يمثلها فى الولايات المتحدة الامريكية شــركة أر أس أم ماجلادرى (RSM MCGLADREY)

(٢) أر أس أم (RSMi) تمثل واحدة من مراجعى حسابات الشركة القابضة للاستثمارات المالية "لكح جروب" ( HCFI ) كما هى أيضا نقوم بدور مراجع الحسابات لكل الشركات التابعة للشركة القابضة للاستثمارات المالية "لكح جروب" ( HCFI Entities ) وهم المصنع العربى للحديد ش.م.م ("ASF") ، ميديكيب للتجارة والمقاولات ش.م.م ("Medequip") وتريدنج ميديكال سيستم ايجيبت ش.م.م ("TMSE").

(٣) أر أس أم (RSMi) تمثل احد مراجعى حسابات الشركة القابضة للاستثمارات المالية "لكح جروب" (HCFI) منذ شهر مارس عام ١٩٩٩ و هذا التاريخ بعد تأسيس الشركة بثلاثة شهور ، أنا أقدم البيانات الاتية على أساس معلوماتى الشخصية التى حصلت عليها عن طريق أطلاعى على ملفات أر أس أم (RSMi) وتحقيقاتى فى المواضيع التى نوقشت فى هذه الوثيقة .

(٤) الاستاذ/ شريف حمودة ("Hammouda") مراجع حسابات فى مكتبنا و هو فى المقام الاول المراجع المكلف بمراجعة ما يخص الشركة القابضة للاستثمارات المالية " لكح جروب" ( HCFI ) والشركات التابعة للشركة القابضة للاستثمارات المالية " لكح جروب" ( HCFI Entities ) .

الاستاذ/ شريف حمودة الشريك المدير هو الممثل الاقليمى لشركة أر.أس.ام (RSMi) العالمية فى الشرق الاوسط ومصر ، وهو حاصل على شهادة الدكتوراه فى مجال التمويل والمحاسبة الضريبية ، ولقد راجعت عمله وكتبت هذه التصريحات نيابة عن نفسى .

(٥) الشركة القابضة للاستثمارات المالية " لكح جروب" ( HCFI ) تمتلك ثمانى شركات تابعة تعمل فى الصناعات الطبية و فى مشروعات صناعية مختلفة.

(٦) المادة (٥٢) من النظام الاساسى للشركة القابضة للاستثمارات المالية " لكح جروب" ( HCFI ) بتاريخ ٢٥/١١/١٩٩٨ يسمح لها بان يكون لها أكثر من مراجع حسابات ، نسخة من المادة ٥٢ باللغة العربية وترجمته مرفقه مرفق رقم ١ .

1

كون أن الشركة القابضة للاستثمارات المالية " لكح جروب" (HCFI) قررت ان تستعين بخبرة أثنان من مراجعى الحسابات ذو الخبرة الدولية مثلما تفعل الكثير من الشركات المصرية الكبيرة المسجلة فى البورصة المصرية فالاستعانة بوجهة نظر محاسبية مزدوجة تساعد على تأكيد ضمان الدقة فى الميزانيات.

(٧)   الاستاذ/ شريف حمودة ("Hammouda") يمثل واحدا من المراجعين للشركة القابضة للاستثمارات المالية " لكح جروب" (HCFI) منذ مارس ١٩٩٩ و هذا كان بعد تأسيس الشركة بثلاث شهور فى نوفمبر ١٩٩٨ ومرفق رقم ٢ محضر اجتماع الجمعية العامة العادية بتاريخ ١٩٩٩/٤/٤ لتعيين الاستاذ / شريف حمودة ("Hammouda").

(٨)   ديلويت أند توش (Deloitte and Touche) ويمثلها فى مصر مكتب شوقى وشركاه – الاستاذ / رشاد أحمد كامل حسنى يمثل مراجع حسابات ثانى من ١٩٩٨ حتى ١٩٩٩ ومرفق رقم ١ يؤكد ذلك .

(٩)   الاستاذ/ شريف حمودة ("Hammouda") مراقب حسابات الشركة القابضة للاستثمارات المالية " لكح جروب" (HCFI) والشركات التابعة لها ( HCFI Entities ) الوحيد لها فى عام ٢٠٠٠ حيث قام ديلويت أند توش (Deloitte and Touche) بتغيير ممثليها بمصر خلال عام ٢٠٠٠ وتوقف الاستاذ / رشاد حسنى عن تمثيلهم فى مصر فى هذا الوقت .

(١٠)   شركة برايس واتر هاوس كويرز (PriceWaterhouseCoopers) حلت محل شركة ديلويت أند توش (Deloitte and Touche) كمراجع حسابات ثانى بعد عام ٢٠٠١ ومرفق رقم ٣ صورة من اقرار قبول تعيين شركة برايس واتر هاوس كويرز بتاريخ ٢٠٠١/٤/٤.

(١١)   من مهام مكتب المراجعة أر اس أم (RSMi)  التأكد من اتباع كافة الاجراءات القانونية طبقاً للوائح وصحيفة الشركات الخاصة بصحة انعقاد مجالس الادارة والجمعيات العمومية العادية وغير العادية للشركة القابضة للاستثمارات المالية " لكح جروب" ( HCFI ) والشركات التابعة لها ( HCFI Entities ) .

(١٢)   مكتب المراجعة أر أس أم (RSMi)  كان ممثلاً فى كافة اجتماعات الجمعيات العمومية العادية وغير العادية للشركة القابضة للاستثمارات المالية "لكح جروب" ( HCFI ) والشركات التابعة (HCF Entities) ( التى كان معيناً كمراقب حسابات لها ) .

(١٣)   مراجعتى الشخصية اكدت ان مكتب أر أس أم (RSMi)  قد تأكد من صحة الدعوة لكافة تلك الاجتماعات وانعقادها طبقاً للنصاب القانونى المطلوب فى اللوائح وكذلك تم التوقيع على كل تلك الاجتماعات من رئيس مجلس الادارة المعين لكل شركة وتم التصديق على محاضر كافة تلك الاجتماعات من الجهات الحكومية المصرية المختصة .

2

(١٤)    على سبيل المثال ، تأكد مكتب أر أس أم (RSMi) من :-

- انعقاد مجالس الادارة للشركة القابضة للاستثمارات المالية "لكح جروب"(HCFI) والشركات التابعة لها ( HCFI Entities ) .
- انعقاد الجمعيات العمومية بصفة دورية لكل الشركات .
- التأكد من صحة توجيه الدعوة للسادة المساهمين للحضور .
- التأكد من صحة فرز أصوات الحاضرين وتسجيل ذلك .
- كتابة المحاضر الرسمية لكافة تلك الاجتماعات .
- التأكد من ابلاغ الجهات الرسمية بوقائع تلك الاجتماعات .

(١٥)    تأكدت أر أس أم (RSMi) مما سبق لكل من الشركة القابضة للاستثمارات المالية "لكح جروب" (HCFI) شركة المصنع العربى للحديد (ASF) ، شركة ميديكيب للتجارة والمقاولات (Medequip) و شركة تريدنج ميديكال سيستم ايجيبت (TMSE).

(١٦)    فيما يتعلق بانعقاد الجمعيات العمومية للشركات فإنه كان يتم اعلان السادة المساهمين بموعد ومكان انعقادها والمواضيع التى ستناقش فيها قبل موعد اقامتها بخمسة عشر يوماً طبقاً لقانون الشركات وصحيفة الشركات الخاصة بكل شركة وكمثال مرفق رقم ٤ اعلان منشور بجريدة الاخبار بتاريخ ٣١ مارس٢٠٠١ للدعوة لانعقاد الجمعية العامة العادية للشركة القابضة للاستثمارات المالية "لكح جروب"(HCFI) والمقرر انعقادها يوم الاثنين الموافق ٢٠٠١/٤/٩ لاعتماد القوائم المالية للشركة عن عام ٢٠٠٠ ومرفق رقم ٥ الدعوة لانعقاد الجمعية العمومية للشركة القابضة للاستثمارات المالية " لكح جروب" (HCFI) والمقرر انعقادها يوم الخميس الموافق ٢٠٠٠/٤/٢٠ لاعتماد القوائم المالية للشركة عن عام ١٩٩٩.

(١٧)    بالنسبة لاجتماعات الجمعية العمومية غير العادية كان يراعى فيها الاجراءات المطلوبة فى النظام الاساسى للشركة بالدعوة لانعقادها قبل خمسة عشر يوما من تاريخ الانعقاد ومرفق رقم ٦ كمثال دعوة لانعقاد جمعية عمومية غير عادية لشركة المصنع العربى للحديد ASF .

(١٨)    المادة ٤٧ من النظام الاساسى للشركة القابضة للاستثمارات المالية " لكح جروب" ( HCFI ) التى تنظم اجتماعات الجمعية العامة غير العادية كمرفق رقم ٧ .

3

(١٩) تختلف عدد المرات المطلوبة لانعقاد مجالس الادارة للشركات خلال العام حسب اللوائح الداخلية المنظمة لعمل كل شركة .. ولكن على أية حال كانت مجالس الادارات لكافة الشركات تنعقد على الاقل مرة واحدة فى العام .

(٢٠) الشركة القابضة للاستثمارات المالية " لكح جروب" (HCFI) على سبيل المثال أقامت سبع أجتماعات مجلس ادارة عام ١٩٩٩ و أربعة أجتماعات مجلس ادارة عام ٢٠٠٠ ومرفق رقم ٨ اجتماع مجلس الادارة بتاريخ ١٩٩٩/٦/١ ، اجتماع مجلس الادارة بتاريخ ١٩٩٩/٦/٢٨ ، اجتماع مجلس الادارة بتاريخ ١٩٩٩/١٠/٦ ، اجتماع مجلس الادارة بتاريخ ١٩٩٩/١٢/١٢ ، اجتماع مجلس الادارة بتاريخ ١٩٩٩/١٢/٢٥ ، اجتماع مجلس الادارة بتاريخ ١٩٩٩/١٢/٢٥ و اجتماع مجلس الادارة بتاريخ ١٩٩٩/١٢/٢٧ . ومرفق رقم ٩ اجتماع مجلس الادارة بتاريخ ٢٠٠٠/١/٢٩ ، اجتماع مجلس الادارة بتاريخ ٢٠٠٠/٢/١٠ ، اجتماع مجلس الادارة بتاريخ ٢٠٠٠/٢/١٣ ، اجتماع مجلس الادارة بتاريخ ٢٠٠٠/٣/٢١ .

(٢١) شركة المصنع العربى للحديد ASF على سبيل المثال أقامت اجتماعين لمجلس الادارة عام ١٩٩٩ و اجتماع مجلس ادارة واحد عام ٢٠٠٠ ومرفق رقم ١٠ اجتماع مجلس الادارة بتاريخ ١٩٩٩/٦/٢٧ ، اجتماع مجلس الادارة بتاريخ ١٩٩٩/١٠/٦ و اجتماع مجلس الادارة بتاريخ ٢٠٠٠/٣/١٣ .

(٢٢) RSMi تأكدت من أن سجلات الشركات تؤكد صحة انعقاد مجالس الادارة طبقاً للوائح ، وان كافة محاضر الجلسات قد تم التصديق عليها من الجهات المختصة ومرفق رقم ١١ اجتماع مجلس ادارة لشركة ميديكيب للتجارة والمقاولات (Medequip) بتاريخ ٢٠٠١/٣/١٢ ، اجتماع مجلس ادارة لشركة المصنع العربى للحديد (ASF) بتاريخ ٢٠٠١/٣/١٢ و اجتماع مجلس ادارة لشركة تريدنج ميديكال سيستم ايجيبت (TMSE) بتاريخ ٢٠٠١/٦/١٨ وتم التأكد من اتخاذ كافة القرارات الخاصة باجتماعات مجلس الادارة طبقاً للاغلبية القانونية المحددة فى لوائح الشركة .

(٢٣) تأكدنا من ان التفويض للتوقيع عن الشركة تم طبقاً للاجراءات القانونية المطلوبة وتم تسجيله بطريقة رسمية فى السجل التجارى لكل الشركة القابضة للاستثمارات المالية " لكح جروب" ( HCFI ) والشركات التابعة لها ( HCFI Entities ) ، ويحدد فى كل شركة من لهم حق التوقيع عن الشركة والجهات التى يحق لهم التوقيع امامها بالنيابة عن الشركة .

4

(٢٤) السجل التجارى لكل شركة يوضح من له حق التوقيع وهى كما يلى :

| | | |
|---|---|---|
| الشركة القابضة للاستثمارات المالية "لكح جروب" (HCFI) | عام ١٩٩٩ | السيد / رامى لكح ، السيد / فاروق حسن والسيد / ميشيل لكح |
| | عام ٢٠٠٠ | السيد / رامى لكح والسيد / ميشيل لكح |
| | | مرفق رقم ١٢ (السجل التجارى للشركة القابضة للاستثمارات المالية ("لكح جروب") (HCFI) |
| شركة المصنع العربى للحديد (ASF) | عام ١٩٩٩ | السيد / رامى لكح ، السيد / ميشيل لكح والسيد/ محمد بلال السيد على الدباح |
| | عام ٢٠٠٠ | السيد / رامى لكح ( بعد بيع الاصول ) |
| | | مرفق رقم ١٣ السجل التجارى لشركة المصنع العربى للحديد (ASF) . |
| شركة ميديكيب للتجارة والمقاولات (Medequip) | عام ١٩٩٩ | السيد / رامى لكح والسيد / ميشيل لكح |
| | عام ٢٠٠٠ | السيد / رامى لكح والسيد / محمود عبد الحافظ |
| | | مرفق رقم ١٤ السجل التجارى لشركة ميديكيب للتجارة والمقاولات (Medequip). |
| شركة تريدنج ميديكال سيستم ايجيبت (TMSE) | عام ١٩٩٩ | السيد / رامى لكح ، السيد / ميشيل لكح والسيد/ رامى مصطفى فاضل |
| | عام ٢٠٠٠ | السيد / رامى لكح ، السيد / عادل الشوربجى والسيد / أشرف عدلى . |
| | | مرفق رقم ١٥ السجل التجارى لشركة تريدنج ميديكال سيستم ايجيبت (TMSE) . |

(٢٥) يتكون مجالس الادارة لكل من الشركة القابضة للاستثمارات المالية "لكح جروب" (HCFI) والشركات التابعة لها ( HCFI Entities ) من أعضاء مختلفين طبقاً لأخر تشكيل فى السجل التجارى .

5

(٢٦) بالتحديد كما هو موضح فى مرفق رقم ١٦ مجلس ادارة الشركة القابضة للاستثمارات المالية "لكح جروب" (HCFI) يتكون من السيد / رامى ريمون ميشيل لكح ، السيد / ميشيل ريمون ميشيل لكح ، السيد / رامى مصطفى فاضل أوده باشا ، السيد / محمد على حمزة خضر ، السيد / فاروق عبد السميع حسن ، السيد / جمال محمد أنور السادات ، السيد / عبد القادر محمد فريد ، السيد / مدحت صبحى ميخائيل ، السيد/إسماعيل صالح عبدون ، السيد / سامى فيليب توتونجى ، السادة / بنك القاهرة ( ش.م.م) ، السيد / بيكر تشاتى كارل والسيد / ميرفى براين انطونى .

(٢٧) بالتحديد كما هو موضح فى مرفق رقم ١٧ مجلس ادارة شركة ميديكيب للتجارة والمقاولات (Medequip) يتكون من السادة / الشركة القابضة للاستثمارات المالية "لكح جروب" (HCFI) ويمثلها السيد / رامى ريمون ميشيل لكح ، السيد / محمود عبد الحافظ على والسيد / وجيه شكرى يونان.

(٢٨) بالتحديد كما هو موضح فى مرفق رقم ١٨ مجلس ادارة شركة المصنع العربى للحديد ASF يتكون من السادة / الشركة القابضة للاستثمارات المالية "لكح جروب" (HCFI) ويمثلها السيد / رامى ريمون ميشيل لكح ، السيد / لطفى انطوان لطفى لحام والسيد / محمد شريف فرج أمين .

(٢٩) بالتحديد كما هو موضح فى مرفق رقم ١٩ مجلس ادارة شركة تريدنج ميديكال سيستم ايجيبت TMSE يتكون من السادة / الشركة القابضة للاستثمارات المالية "لكح جروب" (HCFI) ويمثلها السيد / رامى ريمون ميشيل لكح ، السيد / عادل محمد كمال الدين الشوربجى ، السيد / أشرف عدلى جاد الله ، السيد / هانى يوسف حبيب والسيد / وائل حسن حسن زغلول .

(٣٠) من البيان السابق يتضح ان اغلب مجالس الادارات فى الشركات التابعة ( HCFI Entities ) يتكون من حوالى ٥٠% من غير المديرين الرئيسيين للشركة القابضة للاستثمارات المالية "لكح جروب" ( HCFI ).

(٣١) أر أس أم (RSMi) للمراجعة قامت بمراجعة القوائم المالية وكافة الايضاحات المتممة لقوائم التدفقات النقدية وحسابات التشغيل وحسابات الارباح والخسائر للعام المالى ٢٠٠٠ واعدت تقريرها الخاص بذلك ومرفق رقم ٢٠ تقارير مراقب الحسابات لعام ١٩٩٩ وعام ٢٠٠٠ .

(٣٢) تم تقديم تقرير أر أس أم (RSMi) مرفقاً بالقوائم المالية والايضاحات المتممة عن السنــــــة المالية المنتهيــــة فى ٣١ ديسمبر ٢٠٠٠ لهيئة سوق المال بالقاهرة بتاريخ ٢٠٠١/٤/١٢ ومرفق رقم ٢١ صورة الخطاب المسلم للهيئة العامة لسوق المال بتاريخ ٢٠٠١/٤/١٢

6

(٣٣) تم نشر تقرير أر أس أم والقوائم المالية عن عام ٢٠٠٠ بجريدة الاخبار بتاريخ ٣١ مارس٢٠٠١ وجريدة الجمهورية بتاريخ ٢٨ مارس ٢٠٠١ ومرفق رقم ٢٢ صورة القوائم المالية المنشورة بجريدة الاخبار وصورة القوائم المالية المنشورة بجريدة الجمهورية .

(٣٤) فى ضوء المعلومات والايضاحات التى قدمت لنا وطبقاً لما هو ثابت بالدفاتر والسجلات المحاسبية الخاصة بالشركات ، فإن القوائم المالية للشركات والايضاحات المتممة لها تعبر بوضوح فى كل جوانبها الهامة عن المركز المالى للشركات وعن نتيجة نشاطها ( ايراداتها ومصروفاتها ) وتدفقاتها النقدية وذلك طبقاً لمعايير المحاسبة المصرية وفى ضوء القوانين واللوائح المصرية ذات العلاقة .

(٣٥) انا اعلن تحت وطأة عقوبة اليمين المزور طبقا لقانون الولايات المتحدة الامريكية أن السابق حقيــــــــى و صحيح.

القاهرة فى : ٧ يونيو ٢٠٠٧

٧