Attachment no. 1

Publication no. 2419, December-1998

**The Ministry of Economy**

**The General Authority for Capital Market**

**COMPANIES' GAZETTE**

Cairo
The General Authority
for Official Publishing Houses Affairs
1998

Heliopolis Business Center
Certified Translation Office
88 Merghany St. Suite no. 3
(202) 29 131 76 / 010 18 999 69

Heliopolis Business Center hereby certifies that this English translation is an exact and true translation of the attached Arabic copy.

*Sedika Abu Seda*

Translation date: June 27, 2007

**Translation**

# The General Authority for Capital Market

The Companies' Establishment Committee – SK, as per the provisions of Article 130 of the General Authority For Capital Market By-Law no. 95/1992, approved on its session no. 198 held on the 25th of November-1998 the establishment of the Holding Investment Company "Lakah Group" (L.K.H. Group), Egyptian Joint Stock Company. The Authority Chairman ratified the minute's proceedings on the 25th of November-1998.

The signatures of the company founders were certified at the Heliopolis Modular Authentication Office, certification proceeding no. 4671 (H) / 1998, dated the 28th of November-1998.

The company was registered in Cairo Registration office

Registration number 318697, date: 29th of November-1998.

Consequently, it was decided to publish this company contract as in print in this gazette.

---

**Heliopolis Business Center**
Certified Translation Office
88 Merghany St. Suite no. 3
(202) 29 131 76 / 010 18 999 69

---

**Heliopolis Business Center** hereby certifies that this English translation is an exact and true translation of the attached Arabic copy.

*Sedika Abu Sida*

Translation date: June 27, 2007

# Part VI
# The Auditor

**Article 52**: While observing the provisions of Law no. 95/1992 and its by-law, the Company will appoint one auditor or more. The auditor shall fulfill the conditions stipulated upon in the auditing and accountancy practicing law. The General Assembly will appoint the auditor and will determine his/their fees.

In exception to the above, the founders appointed Mr. Mohamed Sabry Abdel Gayeed, chartered accountant, Auditors Accountants Registration no. 2486, address: 47 Beirut Street – Heliopolis and Dr. Rashad Ahmed Kamel Houssney (Shawki & Cos. Office), Auditors Accountants Registration no. 5274, residing at 53 Mohamed Faried St., Banque Misr Tower as the Company auditors.

The auditors are responsible for the validity of the data mentioned in their report in their capacity as representatives of the shareholder. Each shareholder has the right to discuss the auditor report and to inquire about its contents during the General Assembly meeting.

In case there where numerous auditors, they have to produce a unified report while showing their points of differences, if any.

Heliopolis Business Center
Certified Translation Office
88 Merghany St. Suite no. 3
(202) 29 131 76 / 010 18 999 69

**Heliopolis Business Center** hereby certifies that this English translation is an exact and true translation of the attached Arabic copy.

*Sedika Abu Seda*

Translation date: June 27, 2007

( النشرة رقم ٢٤١٩ شهر ديسمبر سنة ١٩٩٨ )



## وزارة الاقتصاد

### الهيئة العامة لسوق المال

# صحيفة الشركات

حقوق الطبع محفوظة

القاهرة
الهيئة العامة لشئون المطابع الأميرية
١٩٩٨

القضية سرقة مقذوف مالي

تتلخص وقائع هذه القضية في أن الاتهامات العامة قدمت المتهم لدى المحكمة بتاريخ ٩٠ لسنة ١٩٩٢ متهمة إياه بأنه في ١٩٨٨/١١/٢٥ في دائرة قسم الشرطة (١٣٠) اختلس المبلغ النقدي البالغ (١٩٨٨) ديناراً، أصلحه - (م.ج.ع) - قد سُلم إليه بسبب وظيفته كأمين صندوق الشركة العامة للسياحة، وطلبت معاقبته طبقاً لأحكام المادة (٣١٧) من قانون العقوبات لسنة ١٩٨٨/١١/٢٨ أحيل المتهم على محكمة جنايات الكرخ.

المحكمة: بتاريخ ١٩٨٨/١١/٢٨ قررت محكمة جنح الكرخ على بأن المتهم لم يرتكب أي جريمة في ١٩٨٨/١١/٢٥.

القرار: بسبب عدم كفاية الأدلة على قيام المتهم باختلاس المبلغ المذكور.

الإمضاء

## الباب الخامس

## فى مراقب الحسابات

مادة ٥٢ - مع مراعاة أحكام القانون رقم ٩٥ لسنة ١٩٩٢ ولائحته التنفيذية يكون للشركة مراقب حسابات أو أكثر ممن تتوافر فى شأنهم الشروط المنصوص عليها فى قانون مزاولة مهنة المحاسبة والمراجعة تعينه الجمعية العامة وتقدر أتعابه. واستثناء مما تقدم عين المؤسسون السيد / محمد صبرى عبد الجيد - المحاسب القانونى - س.م.م ( ٢٤٨٦ ) وعنوانه ٤٧ شارع بيروت - مصر الجديدة ، والدكتور / رشاد أحمد كامل حسنى ( مكتب شوقى وشركاه ) س.م.م (٥٢٧٤) والمقيم فى ٥٣ شارع محمد فريد - برج بنك مصر - مراقباً لحسابات الشركة ، ويسأل المراقبان عن صحة البيانات الواردة فى تقريره بوصفه وكيلاً عن مجموع المساهمين ، ولكل مساهم أثناء عقد الجمعية العامة أن يناقش تقرير المراقب وأن يستوضحه عماً ورد به .

وإذا تعدد مراقبو الحسابات وجب عليهم إعداد تقرير موحد مع بيان أوجه الخلاف فيما بينهم فى حالة وجودها.