**Attachment No.2**

**The ordinary general assembly meeting**
**Minute of holding the company**
**For financial investments [L.K.H Group]**
**S.A.E, which was held on Sunday**
**Coinciding 4/4/1999**

The company ordinary general assembly was held according to an invitation issued by Mr./ Ramy Rimon Micheal Lakah- the board chairman and the authorized member at 2 o'clock PM, Sunday coinciding 4/4/1999 to discuss the following agenda :

- The appointment certification of Mr./ Sherif Mohamed Hamouda - the chartered account- to be a third comptroller for the company.
- Certifying the single signature of the comptrollers on the final accounts, the budgets and financial statements.

**The following persons have attended the meeting :**

1- Mr./ Ramy Rimon Lakah – the board chairman and the authorized member.

2- Mr./ Micheal Rimon Micheal Lakah – the board chairman deputy.

3- Mr./ Farouk Abdel Samie Hassan Mohamed – A board member.

As well as, Mr./ Rashad Ahmed kamel Hosny – the chartered accountant, and the comptroller of the company, ad Mr./ Mohamed Sabry Abdel Gayyed, the chartered accountant, and the comptroller of the company, but Mr./ the representative of the general authority for stock market didn't attend the meeting.

Then the meeting began and headed by Mr./ Ramy Rimon Micheal Lakah – the board chairman and the authorized member, as his excellency welcomed the attending persons, and nominated Mr./ Mohamed Kamal Sadek to be the session secretary, and Mr./ Ragab

El-Zini Center
Certified Translation
C.R. 327560
Tel. 2912824
0105752490
86, El-Merghany St. Heliopolis

Abdel Ghafar and Mr./ Hany Ali Mahmoud to count the votes, and the members have accepted this nomination, and Mr./ Rashad Ahmed Kamel Honsy requested from the comptroller to determine the attendance quorum of the shareholder, and that would be done by the assistance of the two member who are specialized with the votes counting, then the comptrollers declared the validity of the meeting and the attending quorum was 103489200 shares from the total shares number which was 114988000 shares, it meant a percentage of 90 %.

Upon discussing the issues that were presented to the general assembly, the following decisions were taken by the attendants unanimously :

**First :** Approving the appointment of Mr./ Sherif Mohamed Hamouda – The chartered accountant No. 14620 and resident in 67 El Erouba St. – Heliopolis – cairo to be a thid comptroller for the company, as well as, Mr./ Mohamed Sabry Abdel Gayyed and Mr./ Rashad Ahmed Kamel Hosny to be comptrollers for the company, and determining his fees that won't exceed 20000 EGP [twenty thousand Egyptian pounds per fiscal year].

**Second :** Approving that the signature of the company comptrollers on the final accounts, budgets and the financial statements would be collectively or individually.

Then the meeting was terminated at 3 PM on the same day.

**The votes counter** **The secretary** **The two comptrollers**

**The meeting president**

El-Zini Center
Certified
Translation
C.R. 327560
Tel. 2912824
0105752490
86, El-Merghany St.
Heliopolis

محضر اجتماع الجمعية العامة العادية

للشركة العالمية للاستثمارات المالية (ش.م.ل) ش.ج جرو[illegible] ٣٠٣٠

المنعقدة بتاريخ [illegible] الموافق ١٩٩٩/٤/٤

اجتمعت الجمعية العامة العادية للشركة بناء على دعوة السيد الأستاذ / [illegible] رئيس مجلس الإدارة والعضو المنتدب [illegible] الساعة [illegible] الموافق ١٩٩٩/٤/٤ وذلك لمناقشة جدول الأعمال التالي:

[illegible] السيد الأستاذ / [illegible] المحاسب القانوني مراقب حسابات الشركة [illegible] المالية [illegible] الحسابات على الحسابات الختامية والميزانيات والتقارير [illegible]

وقد حضر الاجتماع كل من السادة:

١- السيد الأستاذ / [illegible] رئيس مجلس الإدارة والعضو المنتدب

٢- السيد الأستاذ / [illegible] نائب رئيس مجلس الإدارة

٣- السيد الأستاذ / [illegible] عضو مجلس الإدارة

كما حضر الاجتماع السيد الأستاذ / [illegible] المحاسب القانوني مراقب حسابات الشركة [illegible] السيد الأستاذ / [illegible] المحاسب القانوني [illegible] مراقب الحسابات [illegible] [illegible] العامة [illegible] المال.

[illegible] الاجتماع [illegible] السيد الأستاذ / [illegible] رئيس مجلس الإدارة والعضو المنتدب [illegible]

[illegible] السيد [illegible] [illegible] [illegible] مجلس [illegible]

[illegible] [illegible] الأصوات [illegible] [illegible] الأعضاء [illegible]

[illegible] مراقبي الحسابات [illegible]

[illegible] مراقبا الحسابات [illegible]

[illegible] ١٤٩٨٨ [illegible] ١٢٤٨٩٠ [illegible] سهم [illegible] عدد الأسهم البالغ ١١٢ [illegible]

[illegible] ٨٩ [illegible]

[illegible] القرارات التالية بإجماع الحاضرين

[illegible] السيد [illegible] المحاسب القانوني [illegible] ٣٠٣٠

[illegible] ٢١٤ [illegible] ٦٧ [illegible] [illegible] الفاهرة [illegible] مراقبا الحسابات [illegible]

[illegible] السيد الأستاذ / [illegible] كامل [illegible] مراقبا

[illegible] الشركة [illegible] [illegible]

[illegible] [illegible] وعشرون ألف جنيه مصري [illegible]

2

الموافقة على أن يكون توقيع السادة مراقبي حسابات الشركة على الحسابات الختامية والميزانيات والتقارير المالية مجتمعين أو منفردين.

هذا وقد انتهى الاجتماع حيث كانت الساعة الثالثة من ظهر نفس اليوم.

كاتب الجلسة — مراقبا الحسابات — رئيس الاجتماع

El-Zini Cent
Certified
Translati
C.R. 327
86, El-Me
Heliop
Tel 2912