**Translation**

Attachment no. 3

## Mansour & Cos. Price Waterhouse & Coopers

22 Al-Nasr St.
New Maadi 11431 – Cairo
Telephone:
Fax:
E-mail: mansour@rite.com.eg

Cairo, the 4th of April-2001

Attestation for accepting appointment

I **Tarek Faried Mansour**, chartered accountant, registered in the auditors and accountants log under no. 7384, hereby attest accepting the appointment as the auditor for the Holding Investment Company "Lakah Group" (L.K.H. Group), Egyptian Joint Stock Company.

Knowing that I satisfy the conditions stipulated upon for the auditing and accounting profession. I state that I did not violate the provisions of articles 103 / 109 of the Law no. 159/1981.

This is an attestation issued by me confirming the above.

Name:   Tarek Faried Mansour
Signature: *Signed*
Stamp:  //////////

Total p. 02
08/04 '01 Sun 12:06 (Tx/Rx NO 59331 009

Business Center
Translation Office
any St. Suite no. 3
176 / 010 18 999 69

**Heliopolis Business Center** hereby certifies that this English translation is an exact and true translation of the attached Arabic copy.

*Sedika Abu Seda*
Translation date: June 27, 2007

منصور وشركاهم برايس وترهاوس كوبرز

٢٢ شارع النصر
المعادي الجديدة ١١٤٢٢ - القاهرة
تليفون : ٥١٦٨٠٢٧ (٢٠٢)
فاكس : ٥١٦٨١٦١ (٢٠٢)
بريد الكتروني: tmansour@rite.com.eg

القاهرة في : ١ ابريل ٢٠٠١

مرفق رقم ٣

## إقرار قبول التعيين

اقر أنا / <u>طارق فريد منصور</u> المحاسب القانوني المقيد بسجل المراجعين و المحاسبين تحت رقم <u>٧٣٨٤</u> بقبول تعييني مراقبا لحسابات الشركة القابضة للاستثمارات المالية (ل.ت.ح.ت. جروب) ° شركة مساهمة مصرية .

علما بأنه تتوافر لدي الشروط المقررة في قانون مزاولة مهنة المحاسبة و المراجعة ، و اقر بعدم مخالفتي لاحكام المواد من ١٠٣ إلى ١٠٩ من القانون رقم ١٥٩ لسنة ١٩٨١ .

و هذا إقرار مني بذلك ،،،

الاسم : طارق فريد منصور
التوقيع:
الختم:

TOTAL P.02