Attachment no. 4

## AKHBAR AL-YOUM NEWSPAPER
## "ADVERTISEMENT"
## SATURDAY THE 31ST OF MARCH-2001

**THE BOARD OF DIRECTORS OF THE HOLDING INVESTMENT COMPANY "Lakah Group"** (L.K.H. Group) Egyptian Joint Stock Company is honored to invite the company shareholders to attend

### The Company Ordinary Assembly Meeting

**Due to be held on Monday The 9th of April-2001**
**12:00 PM at the Company Headquarters**
47 Orouba St, Ghazali Street Intersection Heliopolis – Cairo

In case the legal quantum for conducting the meeting was not satisfied, the ordinary general assembly shall convene the second meeting one hour after the first meeting appointment (i.e. at 1:00 PM Monday The 9th of April-2001)

The second meeting shall be deemed legal regardless of the number of shares represented, the General assembly resolutions are issued according to the majority of shares represented in the meeting..

**The meeting agenda:**

1. Reviewing the company's board of directors report for the fiscal year ending on the 31st of December-2000

---

Heliopolis Business Center hereby certifies that this English translation is an exact and true translation of the attached Arabic copy.

*Sedika Abu Swla*
Translation date: June 27, 2007

**Heliopolis Business Center**
**Certified Translation Office**
88 Merghany St. Suite no. 3
(202) 29 131 76 / 010 18 999 69

Translation

2. Reviewing the auditor's report concerning the financial statements for the fiscal year ending on the 31st of December-2000

3. deciding on the ratification of the financial statements of fiscal year ending on the 31st of December-2000

4. Acquitting the responsibility of the board of directors for the fiscal year ending on the 31st of December-2000.

5. determining the bonuses and incentives for the board of directors' members for the fiscal year ending on the 31st of December-2001 while ratifying the bonuses and incentives for the board of directors' members for the fiscal year ending on the 31st of December-2000.

6. appointing auditors for the company and determining their fees for the fiscal year ending on the 31st of December-2001

7. Ratifying the donations that were given during the fiscal year ending on the 31st of December-2000. determining the donations to be spent during the fiscal year ending on the 31st of December-2001

8. Ratifying the changes that took place to the company board of directors during the previous period

9. Issues that may arise

**Heliopolis Business Center** hereby certifies that this English translation is an exact and true translation of the attached Arabic copy.

*Sedika Abu Seba*

Translation date: June 27, 2007

Heliopolis Business Center
Certified Translation Office
88 Merghany St. Suite no. 3
(202) 29 131 76 / 010 18 999 69

**Translation**

**Instructions:**

1. Shareholder intending to tender queries to the board of directors shall present the questions in writing at the company headquarters' against receipt or forwarded via registered mail at least three days prior to the general assembly meeting.

2. Every shareholder has the right to attend the general assembly meeting in person or through representation. Legal representation shall be documented in a written power of attorney and the person giving the power of attorney shall be a shareholder.

3. Every shareholder wishing to attend the general assembly meeting shall present a certificate issued by one of the certifying companies proving that his account is frozen until the general assembly meeting is adjourned. This certificate is presented at least three days prior to the general assembly meeting date.

**Chairman**

**Ramy Remon Michele Lakah**

---

**Heliopolis Business Center** hereby certifies that this English translation is an exact and true translation of the attached Arabic copy.

*Sedika Abu Suda*

Translation date: June 27, 2007

**Heliopolis Business Center**
**Certified Translation Office**
88 Merghany St. Suite no. 3
(202) 29 131 76 / 010 18 999 69