ATTACHMENT 5

## THE HOLDING INVESTMENT COMPANY
**"Lakah Group" (L.K.H. Group)**
Egyptian Joint Stock Company, established as per the provisions of
law no. 95/1992

Licensed capital: LE 5,000,000,000
Issued Capital: LE 1,449,880,000
Commercial Register no. 318697 / 1998 – Cairo
The General Authority for Capital Market License no. 250 /1998

The General Administrative Affairs Authority
Incoming 24/12

Head of the General Authority

for Stock Markets

20 Emad Al-Dine St., Cairo


Dear Sir,

I am honored to extend our invitation for attending the Ordinary
General Assembly Meeting of the Holding Investment Company
"Lakah Group" (L.K.H. Group), to be held at 12:00 PM, Thursday
the 20th of April-2000 at the company headquarters located on 68
Merghany St., Heliopolis – Cairo.

The meeting agenda:

1. Reviewing the company's board of directors report for the
   fiscal year ending on the 31st of December-1999

2. reviewing the financial statements for the fiscal year ending
   on the 31st of December-1999

**Heliopolis Business Center** hereby certifies that this English translation is an
exact and true translation of the attached Arabic copy.

Sedi Kn Abu Sida

Heliopolis Business Center
Certified Translation Office
88 Merghany St. Suite no. 3
(202) 29 131 76 / 010 18 999 69

Translation date: June 27, 2007

3. deciding on the ratification of the financial statements of fiscal year ending on the 31st of December-1999

4. Acquitting the responsibility of the board of directors for the fiscal year ending on the 31st of December-1999. ratifying the incentives and bonuses for the fiscal year ending on the 31st of December-1999

5. appointing auditors for the company and determining their fees for the fiscal year ending on the 31st of December-2000

6. Ratifying the donations that were given during the fiscal year ending on the 31st of December-1999. determining the donations to be spent during the fiscal year ending on the 31st of December-2000

7. ratifying the changes that took place to the company board of directors during the previous period

Instructions: ////////////

Best regards

**Chairman**

*Signed*

**Ramy Remon Lakah**

---

The Holding Investment Company
"Lakah Group" (L.K.H. Group)
68 Merghany St., Heliopolis – Cairo

Heliopolis Business Center
Certified Translation Office
88 Merghany St. Suite no. 3
(202) 29 131 76 / 010 18 999 69

---

Heliopolis Business Center hereby certifies that this English translation is an exact and true translation of the attached Arabic copy.

Sedika Abu Sida

Translation date: June 27, 2007

<div dir="rtl">

## الشركة القابضة للإستثمارات المالية

**(ل.ك.ح جروب)**

شركة مساهمة مصرية خاضعة لأحكام القانون (٩٥) لسنة ١٩٩٢

رأس مال المرخص به ٠٠٠ ...
رأس مال المصدر ٠٠٠ ٩٩٠ ٩٩٠
سجل تجاري ٣١٦٦٩٢ لسنة ١٩٩٨
الهيئة العامة لسوق المال رقم ( ٢٥٠ ) لسنة
الإدارة العامة للشئون الإدارية
وفي ٢٠٠٠

مرفق رقم ٥

السيد الأستاذ / رئيس مجلس إدارة لسوق مال القاهرة
٠٠ سمسمار البورصة - القاهرة

تحية طيبة وبعد ،،،

نتشرف بأن نوجه لسيادتكم الدعوة لحضور اجتماع الجمعية العامة العاديـــة للشـركة القابضــة للإستثمارات المالية لكح جروب في تمام الساعة ١٢ ظهراً يـــوم الخميـس الموافــق ٢٠٠٠/٤/٢٠ بمقـر الشركة الكائن في ١٠٨ شارع الميرغني - مصر الجديدة   القاهرة .

وذلك لمناقشة جدول الأعمال التالي :

١.   النظر في تقرير مجلس إدارة الشركة عن السنة المالية المنتهية في ٣١ ديسمبر ١٩٩٩ .

٢.   عرض تقرير السادة / مراقبي الحسابات عن القوائم المالية عن السنة المالية المنتهية في ٣١
ديسمبر ١٩٩٩ .

٣.   النظر في إعتماد القوائم المالية المنتهية في ٣١ ديسمبر ١٩٩٩ .

٤.   إخلاء ذمة أعضاء مجلس إدارة الشركة عن السنة المالية المنتهية في ٣١ ديسمبر ١٩٩٩ .

٥.   تحديد مكافآت وبدلات مجلس الإدارة عن السنة المالية المنتهية في ٣١ ديسمبر ٢٠٠٠ واعتماد
المكافآت والبدلات عن السنة المالية المنتهية في ٣١ ديسمبر ١٩٩٩ .

٦.   تعيين مراقبي حسابات الشركة وتحديد أتعابهم عن السنة المالية المنتهية في ٣١ ديسمبر ٢٠٠٠ .

٧.   إقرار التبرعات التي تمت خلال السنة المالية المنتهية في ٣١ ديسمبر ١٩٩٩ وكذلك تحديد
التبرعات بالنسبة للسنة المالية المنتهية في ٣١ ديسمبر ٢٠٠٠ .

٨.   إقرار التغيرات التي تمت على مجلس إدارة الشركة خلال الفترة السابقة .

تعليمات :

وتفضلوا بقبول فائق الاحترام ،،،

رئيس مجلس الإدارة

رامي ريمون ميخائيل لكه

الشركة القابضة للإستثمارات المالية ( ل.ك.ح جروب ) ش.م.م

</div>