Translation

Attachment no. 6

Mailing address: P. O. Box. 343 Heliopolis
Telephone: 417622 – 4176225 4176226 – Fax: 4176223

~~Attachment no. 7~~

**ARAB STEEL COMPANY**
One of Lakah Group Companies

Egyptian Joint Stock Company
Commercial Register: 556/1995 – Tenth of Ramadan
Licensed Capital: LE 750 millions
Issued Capital: LE 250 millions

**The Under Secretary,**
**Head of the Companies' Authority**

**Dear Sir,**

We are honored to invite you to attend the company's Extra-ordinary General Assembly meeting, scheduled to be held at 9:00 AM, Sunday, the 24th of May-1998, at the company headquarters for discussing the following agenda:

1. Reviewing the amendment of some resolutions issued by the company General Assembly meeting in its session held on the 18th of May-1998, regarding the application of Article 20 of the Company Corporate Charter.

Incoming: 3512
Date: May, 21st
Attachments: //

Best regards
**Chairman**
**& Managing Director**
***Signed***
**Ramy Remon Michele Lakah**

ARAB STEEL COMPANY S.A.E. C.R.: 556 – Tenth of Ramadan

Arab Steel Company, SAE
Factory: Tenth of Ramadan, Parcel no. 4 – Industrial Zone: A3 – Al-Sherief
Mailing Address: P. O. Box 1559 – ninth area – Tenth of Ramadan
Telephone: (015) 361759 – 361756 – 361706 Fax: (015) 361699
Commercial Register: 556/1995 – Tenth of Ramadan

**Heliopolis Business Center** hereby certifies that this English translation is an exact and true translation of the attached Arabic copy.

Sadika Abu Sida

Translation date: June 27, 2007

Heliopolis Business Center
Certified Translation Office
(202) 29 131 76 / 010 18 999 69

Translation

**ARAB STEEL COMPANY**
One of Lakah Group Companies

Egyptian Joint Stock Company
Commercial Register: 556/1995 – Tenth of Ramadan
Licensed Capital: LE 750 millions
Issued Capital: LE 250 millions

**The Head of The General Authority for Capital Market**

***21-May Signed***

**Dear Sir,**

We are honored to invite you to attend the company's Extra-ordinary General Assembly meeting, scheduled to be held at 9:00 AM, Sunday, the 24th of May-1998, at the company headquarters for discussing the following agenda:

1. Reviewing the amendment of some resolutions issued by the company General Assembly meeting in its session held on the 18th of May-1998, regarding the application of Article 20 of the Company Corporate Charter.

Best regards
**Chairman**
**& Managing Director**
***Signed***
**Ramy Remon Michele Lakah**




Arab Steel Company, SAE
Factory: Tenth of Ramadan, Parcel no. 4 – Industrial Zone: A3 – Al-Sherief
Mailing Address: P. O. Box 1559 – ninth area – Tenth of Ramadan
Telephone: (015) 361759 – 361756 – 361706 Fax: (015) 361699
Commercial Register: 556/1995 – Tenth of Ramadan

**Heliopolis Business Center** hereby certifies that this English translation is an exact and true translation of the attached Arabic copy.

Sadika Abu Seda

Translation date: June 27, 2007

Heliopolis Business Center
Certified Translation Office
99 Merghany St. Suite no. 3
(202) 29 131 76 / 010 18 999 69

Translation

**ARAB STEEL COMPANY**
One of Lakah Group Companies

Egyptian Joint Stock Company
Commercial Register: 556/1995 – Tenth of Ramadan
Licensed Capital: LE 750 millions
Issued Capital: LE 250 millions

**Mr. Ramy Remon Michele Lakah**
**The Chairman**

**Dear Sir,**

We are honored to invite you to attend the company's Extra-ordinary General Assembly meeting, scheduled to be held at 9:00 AM, Sunday, the 24th of May-1998, at the company headquarters for discussing the following agenda:

1. Reviewing the amendment of some resolutions issued by the company General Assembly meeting in its session held on the 18th of May-1998, regarding the application of Article 20 of the Company Corporate Charter.

Best regards
**Chairman**
**& Managing Director**
***Signed***
**Ramy Remon Michele Lakah**




Arab Steel Company, SAE
Factory: Tenth of Ramadan, Parcel no. 4 – Industrial Zone: A3 – Al-Sherief
Mailing Address: P. O. Box 1559 – ninth area – Tenth of Ramadan
Telephone: (015) 361759 – 361756 – 361706 Fax: (015) 361699
Commercial Register: 556/1995 – Tenth of Ramadan

**Heliopolis Business Center** hereby certifies that this English translation is an exact and true translation of the attached Arabic copy.

Sudika Abu Seda

Heliopolis Business Center
Certified Translation Office
88 Merghany St. Suite no. 2
(202) 29 131 76 / 010 18 999 69

Translation date: June 27, 2007

Translation

ARAB STEEL COMPANY
One of Lakah Group Companies

Egyptian Joint Stock Company
Commercial Register: 556/1995 – Tenth of Ramadan
Licensed Capital: LE 750 millions
Issued Capital: LE 250 millions

**Mr. Michele Remon Michele Lakah**
**The Vice-Chairman**

**Dear Sir,**

We are honored to invite you to attend the company's Extra-ordinary General Assembly meeting, scheduled to be held at 9:00 AM, Sunday, the 24th of May-1998, at the company headquarters for discussing the following agenda:

1. Reviewing the amendment of some resolutions issued by the company General Assembly meeting in its session held on the 18th of May-1998, regarding the application of Article 20 of the Company Corporate Charter.

Best regards
**Chairman**
**& Managing Director**
***Signed***
**Ramy Remon Michele Lakah**




***I received the original Signed (Michele Lakah***



Arab Steel Company, SAE
Factory: Tenth of Ramadan, Parcel no. 4 – Industrial Zone: A3 – Al-Sherief
Mailing Address: P. O. Box 1559 – ninth area – Tenth of Ramadan
Telephone: (015) 361759 – 361756 – 361706 Fax: (015) 361699
Commercial Register: 556/1995 – Tenth of Ramadan

**Heliopolis Business Center** hereby certifies that this English translation is an exact and true translation of the attached Arabic copy.

Sedika Abu Seda

Heliopolis Business Center
Certified Translation Office
88 Merghany St. Suite no. 3
(202) 29 131 76 / 010 18 999 69

Translation date: June 27, 2007

Translation

**ARAB STEEL COMPANY**
One of Lakah Group Companies

Egyptian Joint Stock Company
Commercial Register: 556/1995 – Tenth of Ramadan
Licensed Capital: LE 750 millions
Issued Capital: LE 250 millions

**Mr. Farouk Abdel Samiee Hassan Mohamed**
**Board Member**

**Dear Sir,**

We are honored to invite you to attend the company's Extra-ordinary General Assembly meeting, scheduled to be held at 9:00 AM, Sunday, the 24th of May-1998, at the company headquarters for discussing the following agenda:

1. Reviewing the amendment of some resolutions issued by the company General Assembly meeting in its session held on the 18th of May-1998, regarding the application of Article 20 of the Company Corporate Charter.

Best regards
**Chairman**
**& Managing Director**
***Signed***
**Ramy Remon Michele Lakah**




***I received the original*** ***Signed (Farouk)***

Arab Steel Company, SAE
Factory: Tenth of Ramadan, Parcel no. 4 – Industrial Zone: A3 – Al-Sherief
Mailing Address: P. O. Box 1559 – ninth area – Tenth of Ramadan
Telephone: (015) 361759 – 361756 – 361706 Fax: (015) 361699
Commercial Register: 556/1995 – Tenth of Ramadan

**Heliopolis Business Center** hereby certifies that this English translation is an exact and true translation of the attached Arabic copy.

Sadika Abu Seda

Translation date: June 27, 2007

Heliopolis Business Center
Certified Translation Office
88 Mergheny St. Suite no. 3
(202) 29 131 76 / 010 18 999 69

Translation

**ARAB STEEL COMPANY**
One of Lakah Group Companies

Egyptian Joint Stock Company
Commercial Register: 556/1995 – Tenth of Ramadan
Licensed Capital: LE 750 millions
Issued Capital: LE 250 millions

**Mr. Ramsis Elias Koulta**

**Dear Sir,**

We are honored to invite you to attend the company's Extra-ordinary General Assembly meeting, scheduled to be held at 9:00 AM, Sunday, the 24th of May-1998, at the company headquarters for discussing the following agenda:

1. Reviewing the amendment of some resolutions issued by the company General Assembly meeting in its session held on the 18th of May-1998, regarding the application of Article 20 of the Company Corporate Charter.

Best regards
**Chairman**
**& Managing Director**
***Signed***






**Ramy Remon Michele Lakah**

***I received the original Signed (Ramsis)***

Arab Steel Company, SAE
Factory: Tenth of Ramadan, Parcel no. 4 – Industrial Zone: A3 – Al-Sherief
Mailing Address: P. O. Box 1559 – ninth area – Tenth of Ramadan
Telephone: (015) 361759 – 361756 – 361706 Fax: (015) 361699
Commercial Register: 556/1995 – Tenth of Ramadan

**Heliopolis Business Center** hereby certifies that this English translation is an exact and true translation of the attached Arabic copy.

Sedika Abu Seda

Translation date: June 27, 2007

Heliopolis Business Center
Certified Translation Office
88 Merghany St. Suite no. 3
(202) 29 131 76 / 010 18 999 69

**Translation**

## ARAB STEEL COMPANY

One of Lakah Group Companies

Egyptian Joint Stock Company
Commercial Register: 556/1995 – Tenth of Ramadan
Licensed Capital: LE 750 millions
Issued Capital: LE 250 millions

**Mr. Abdullah Mohamed Taher Shalash**
**Company Auditor**

**Dear Sir,**

We are honored to invite you to attend the company's Extra-ordinary General Assembly meeting, scheduled to be held at 9:00 AM, Sunday, the 24th of May-1998, at the company headquarters for discussing the following agenda:

1. Reviewing the amendment of some resolutions issued by the company General Assembly meeting in its session held on the 18th of May-1998, regarding the application of Article 20 of the Company Corporate Charter.

Best regards

**Chairman**
**& Managing Director**
***Signed***






**Ramy Remon Michele Lakah**

***I received the original*** ***Signed (Auditor), May-20th-98***

Arab Steel Company, SAE
Factory: Tenth of Ramadan, Parcel no. 4 – Industrial Zone: A3 – Al-Sherief
Mailing Address: P. O. Box 1559 – ninth area – Tenth of Ramadan
Telephone: (015) 361759 – 361756 – 361706 Fax: (015) 361699
Commercial Register: 556/1995 – Tenth of Ramadan

**Heliopolis Business Center** hereby certifies that this English translation is an exact and true translation of the attached Arabic copy.

Sedika Abu Seda

Translation date: June 27, 2007

Heliopolis Business Center
Certified Translation Office
88 Merghany St. Suite no. 3
(202) 23 131 76 / 010 18 999 69

شركة
سجل تجارى : ٥٥٦ لس
رأس المال المرخص به س
رأس المال المصدر مائتان

شركة المصنع العربى للحديد
احدى شركات لكح جروب

**السيد الأستاذ / مسيس إلياس نلتس**

بعد التحية ...

نتشرف بدعوة سيادتكم لحضور اجتماع الجمعية العامة الغير عادية للشركة والمقرر عقده في تمام الساعة التاسعة صباح يوم الأحد الموافق ١٩٩٨/٥/٢٤ وذلك بمقر الشركة لمناقشة جدول الأعمال الآتي :-

(١) النظر فى تعديل بعض القرارات التى أصدرتها الجمعية العامة للشركة بجلستها المنعقدة بتاريخ ١٩٩٨/٥/١٨ بخصوص تطبيق المادة (٢٠) من النظام الأساسي للشركة .

وتفضلوا بقبول فائق الاحترام ،،،

**رئيس مجلس الإدارة**

شركة المصنع العربى للحديد
ش. م. م
س ت ٥٥٦ العاشر من رمضان

**رامي ريمون ميشيل لكح**

شركة المصنع العربى للحديد ش. م. م
المصنع : العاشر من رمضان القطعة رقم (٤) المنطقة الصناعية A3 الشريف
العنوان البريدى : ص.ب ١٥٥٩ المجاورة التاسعة – العاشر من رمضان
التليفونات : ٣٦١٧٥٩ – ٣٦١٧٥٦ – ٠١٥/٣٦١٧٠٦ فاكس : ٠١٥/٣٦١٦٩٩

شركة المصنع العربى للحديد
إحدى شركات لكح جروب

شركة
سجل تجارى : ٥٥٦ لسنة
رأس المال المرخص به سبعة
رأس المال المصدر مائتان وخم

**السيد الأستاذ /** عبدالله محمد طاهر سليم
مراقب حسابات الشركة

بعد التحيـة ...

نتشرف بدعوة سيادتكم لحضور اجتماع الجمعية العامة الغير عادية للشركة والمقرر عقـده في تمام الساعة التاسعة صباح يوم الأحد الموافق ١٩٩٨/٥/٢٤ وذلك بمقر الشركة لمناقشة جـدول الأعمال الآتي :-

(١) النظر في تعديل بعض القرارات التى أصدرتها الجمعية العامة للشركة بجلسـتها المنعقدة بتاريخ ١٩٩٨/٥/١٨ بخصوص تطبيق المادة (٢٠) من النظام الأساسـى للشركة .

وتفضلـوا بقبـول فائـق الاحتـرام ،،،

رئيس مجلس الإدارة

شركة المصنع العربى للحديد
ش. م. م.
س. ت ٥٥٦ العاشر من رمضان

رامي ريمون ميشيل لكح

شركة المصنع العربى للحديد ش. م. م
المصنع : العاشر من رمضان القطعة رقم (٤) المنطقة الصناعية A3 الشريف
العنوان البريدى : ص.ب ١٥٥٩ المجاورة التاسعة – العاشر من رمضان
التليفونات : ٣٦١٧٥٩ – ٣٦١٧٥٦ – ٠١٥/٣٦١٧٠٦ فاكس : ٠١٥/٣٦١٦٩٩