Attachment no. 7

Publication no. 2419, December-1998

The Ministry of Economy

The General Authority for Capital Market

**COMPANIES' GAZETTE**

Cairo
The General Authority
for Official Publishing Houses Affairs
1998

---

Heliopolis Business Center hereby certifies that this English translation is an exact and true translation of the attached Arabic copy.

Sedika Abu Seda

Translation date: June 27, 2007

Heliopolis Business Center
Certified Translation Office
88 Merghany St. Suite no. 3
(202) 29 131 76 / 010

b. While observing the provisions of Article 127 of the by-law, it is permissible to add new activities, which are complementing and related activities within the purposes stipulated upon in Article 27 of the Stock Market Law upon the approval of the committee formed in the Authority stipulated upon in article 130 of this by-laws of the said Law.

c. The Extraordinary General Assembly has the right to review the Company term extension or its shortening or liquidation prior to the set date or to change the loss percent that call for the obligatory liquidation of the Company or its merging; upon following the procedures stipulated upon by the law no. 950/1992 and its by-law and upon the General Authority for Capital Market approval.

### Article 47

While observing the provisions related to the ordinary general assembly, the Extraordinary General Assembly meeting is governed by the following stipulations:

a. The Extraordinary General Assembly convenes based on the invitation of the Board of Directors. The council has to forward the invitation if requested to do so by a number of shareholders representing at least 10% of the Company

**Heliopolis Business Center** hereby certifies that this English translation is an exact and true translation of the attached Arabic copy.

*Sedika Abu Seda*

Translation date: June 27, 2007

Heliopolis Business Center
Certified Translation Office
88 Merghany St. Suite no. 3
(202) 29 131 76 / 010 18 999 69

**Translation**

capital for serious reasons. The persons requesting the meeting should endorse their shares at the Company headquarters or at one of the certified banks. These shares may not be withdrawn before the meeting is completed. In case the council did not invite the General Assembly meeting within one month of tendering the request, the persons tendering this request has the right to request the General Authority for Capital Market to forward the invitation.

b. The Extraordinary General Assembly meeting is only legal if attended by shareholder representing at least 50% of the capital. If the minimum quorum of attendance was not fulfilled in the first meeting, the General Assembly should be invited to convene in a second meeting to be held thirty days after the date of the first meeting. The second meeting will be considered valid if attended by shareholder representing at least 1/4 of the nominal share holders

c. The General Assembly decrees are issued by the majority of two thirds of the shares represented in the meeting unless the issue is related to the capital increase or decrease or to dissolving the Company before its term or to change the Company goal or to merge the Company, in these cases the decree validity will be only by the majority of three thirds of the nominal shares represented in the meeting;

---

**Heliopolis Business Center** hereby certifies that this English translation is an exact and true translation of the attached Arabic copy.

*Sedika Abu Suda*

Translation date: June 27, 2007

**Heliopolis Business Center**
**Certified Translation Office**
88 Merghany St. Suite no. 3
(202) 29 131 76 / 010 18 999 69

upon performing the procedures stipulated upon in the Law no. 95/1992 and its by-law and acquiring the approval of the sk.

### Article 48

The General Assembly should not discuss issues not listed on the agenda. Nevertheless, the General Assembly has the right to discuss critical incidents that may be revealed during the meeting.

Without prejudice to the General Authority for Capital Market Law 95/1992 and its By-law, and Article 52 of this Corporate Charter, the decrees issued by the General Assembly will be binding for shareholder whether they attended the meeting or were absent. The Board of Directors shall implement the General Assembly decrees. The Board of Directors of the General Authority for Capital Market may, for serious reasons that shall is indicated by a number of shareholders owning at least 5% of the company nominal shares. Upon confirming the validity of the reasons, the general assembly resolutions that are issued for the favor of a certain category of the shareholders or those harming them or bringing special benefits to the board of director's members or others; shall be halted.

---

**Heliopolis Business Center** hereby certifies that this English translation is an exact and true translation of the attached Arabic copy.

*Sedika Abu Seda*

Translation date: June 27, 2007

**Heliopolis Business Center**
**Certified Translation Office**
88 Merghany St. Suite no. 3
(202) 29 131 76 / 010 18 999 69

**Translation**

## Article 49

Registering the shareholder names in a special roster to confirm their attendance whether in person or through representation. The auditor and Vote Supervisors before the meeting will sign this roster. Voting will be restricted to the nominal shareholders.

---

**Heliopolis Business Center** hereby certifies that this English translation is an exact and true translation of the attached Arabic copy.

*Sedika Abu Seda*
Translation date: June 27, 2007

Heliopolis Business Center
Certified Translation Office
88 Merghany St. Suite no. 3
(202) 29 131 76 / 010 18 999 69

( النشرة رقم ٢٤١٩ شهر ديسمبر سنة ١٩٩٨ )

مرفق رقم ٨



# وزارة الاقتصاد

## الهيئة العامة لسوق المال

# صحيفة الشركات

حقوق الطبع محفوظة

القاهرة
الهيئة العامة لشئون المطابع الأميرية
١٩٩٨

- ٢١ -

(ب) بمراعاة حكم المادة ١٢٧ من اللائحة التنفيذية يجوز إضافة أغراض مكملة أو مرتبطة من بين الأغراض المنصوص عليها بالمادة (٢٧) من قانون سوق رأس المال وبعد موافقة اللجنة المشكلة بالهيئة المنصوص عليها فى المادة (١٣٠) من اللائحة التنفيذية لهذا القانون .

(ج) يكون للجمعية العامة غير العادية النظر فى إطالة أمد الشركة أو تقصيره أو حلها قبل موعدها أو تغيير نسبة الخسارة التى يترتب عليها حل الشركة إجبارياً أو إدماج الشركة وذلك بعد اتباع الإجراءات المنصوص عليها فى القانون رقم ٩٥٠ لسنة ١٩٩٢ ولائحته التنفيذية وموافقة الهيئة العامة لسوق المال .

مادة ٤٧ - مع مراعاة الأحكام المتعلقة بالجمعية العامة العادية تسرى على الجمعية العامة غير العادية الأحكام الآتية :

( أ ) تجتمع الجمعية العامة غير العادية بناء على دعوة مجلس الإدارة وعلى المجلس توجيه الدعوة إذا طلب إليه ذلك عدد من المساهمين يمثلون (١٠٪) من الأسهم الاسمية لرأس مال الشركة على الأقل لأسباب جدية ، ويشترط أن يودع الطالبون أسهمهم مركز الشركة أو أحد البنوك المعتمدة ، ولا يجوز سحب هذه الأسهم إلا بعد انفضاض الجمعية ، وإذا لم يقم المجلس بدعوة الجمعية خلال شهر ، كان للطالبين أن يتقدموا إلى الهيئة العامة لسوق المال التى تتولى توجيه الدعوة .

(ب) لا يكون اجتماع الجمعية العامة غير العادية صحيحاً إلا إذا حضره مساهمون يمثلون (نصف) الأسهم الاسمية لرأس المال على الأقل ، فإذا لم يتوافر الحد الأدنى فى الاجتماع الأول وجهت دعوة الجمعية إلى اجتماع ثان يعقد خلال الثلاثين يوماً التالية للاجتماع الأول ، ويعتبر الاجتماع الثانى صحيحاً إذا حضره عدد من المساهمين يمثل (ربع) الأسهم الاسمية لرأس المال على الأقل .

(ج) تصدر قرارات الجمعية العامة غير العادية بأغلبية ثلثي الأسهم الاسمية الممثلة في الاجتماع ، إلا إذا كان القرار يتعلق بزيادة رأس المال أو خفضه أو حل الشركة قبل الميعاد أو تغيير الغرض الأصلي أو إدماجها ، فيشترط لصحة القرار في هذه الأحوال أن يصدر بأغلبية ثلاثة أرباع الأسهم الاسمية الممثلة في الاجتماع وذلك بعد الإجراءات المنصوص عليها في القانون رقم ٩٥ لسنة ١٩٩٢ ولائحته التنفيذية وموافقة الهيئة العامة لسوق المال .

مادة ٤٨ - لا يجوز للجمعية العامة المداولة في غير المسائل المدرجة في جدول الأعمال ، ومع ذلك يكون للجمعية حق المداولة في الوقائع الخطيرة التي تتكشف أثناء الاجتماع .

ومع عدم الإخلال بأحكام المادة (١٠) من قانون سوق المال رقم ٩٥ لسنة ١٩٩٢ ولائحته التنفيذية والمادة (٥٢) من هذا النظام تكون القرارات الصادرة من الجمعية العامة ملزمة لجميع المساهمين سواء كانوا حاضري الاجتماع الذي صدرت فيه هذه القرارات أو غائبين أو مخالفين ، وعلى الإدارة تنفيذ قرارات الجمعية العامة .

ولمجلس إدارة الهيئة العامة لسوق المال ولأسباب جدية يبديها عدد من المساهمين الذين يملكون (٥٪) على الأقل من الأسهم الاسمية للشركة وبعد التثبت وقف قرارات الجمعية العامة للشركة التي تصدر لصالح فئة معينة من المساهمين أو للإضرار بهم أو لجلب نفع خاص لأعضاء مجلس الإدارة أو غيرهم .

مادة ٤٩ - تسجل أسماء الحاضرين من المساهمين في سجل خاص يثبت فيه حضورهم وما إذا كان بالأصالة أو الوكالة ، يوقع هذا السجل قبل بداية الاجتماع من كل من مراقب الحسابات وجامعي الأصوات ويقتصر التصويت على مالكي الأسهم الاسمية .