# The Board meeting minute of
# The holding company for financial investments
# [L.K.H Group] S.A.E
# which was held on Saturday coinciding
# 29/1/2000

According to the invitation that was directed by Mr./ Ramy Rimon Michel Lakah – the board chairman and the authorized member of the holding company for financial investments [L.K.H Group] S.A.E, to the board member in order to attend a meeting at the company headquarter located at 68 El Merghany St. – Heliopolis – Cairo, at 11 o'clock AM on Saturday coinciding 29/1/2000 for discussing the agenda that was included in the invitation.

**The following board members attended the meeting :**

1- Mr./ Ramy Rimon Michel Lakah – the board chairman and the authorized member.

2- Mr./ Micheal Rimon Michel Lakah – the board chairman first deputy.

3- Mr./ Ramy Mostafa Fadel Ouda Basha – the board chairman first deputy.

4- Mr./ Farouk Abdel Samie Hassan - the board chairman first deputy.

5- Mr./ Medhat Sobhy Michel – the board chairman deputy for the investment portfolio affairs.

6- Mr./ Samy Filib Totongy – the board member.

7- Mr./ Becker chance Karl – the board member and the expert of the investors relationships.

The meeting began and was headed by Mr./ Ramy Rimon Michel Lakah – the board chairman and the authorized member, as he nominated Mr./ Mohaed Sayed Abdel Galil – as a secretary for the meeting, and the attendants agreed unanimously.

After the board had presented the whole issues in accordance with the agenda that was included in the agenda directed to the board



El-Zini Center

Tel. 2912824

Certified
Translation
C.R. 327560

0105752490

86, El-Merghany St.
Heliopolis

members, the following decisions were take by the end of the meeting :

Approving on what was mentioned in the board meeting minute of Medequip company for trading and contractings, S.A.E, as a subsidiary company of the holding company for financial investments [L.K.H Group] that included the resignations which were presented by :

1- Mrs. / Mona Mohammed Abdel Gawad Mansour – the board member of Medequip company for trading and contractings S.A.E.

2- M./ Amgad Zarif Ibrahim – the board member of Medequip company for trading and contractings, S.A.E.

The meeting was terminated at 12 o'clock AM on the same day.

**The secretary**                          **The meeting president**

**Mohamed Sayed Abdel Galil**          **Ramy Rimon Micheal Lakah**



El-Zini Center

Tel. 2912824

Certified
Translation
C.R. 327560

0105752480

86, El-Merghany St.
Heliopolis

**The board meeting minute of the**

**Holding company for financial investments**

**[L.K.H Group] S.A.E**

**that was held on Saturday coinciding**

**25/12/1999**

According to the invitation directed by Mr./ Ramy Rimon Michel Lakah – the board chairman and authorized member of the holding company for financial investments [L.K.H Group] S.A.E, to the board members in order to attend a meeting at the company headquarter located at 68 El Merghany St. – Heliopolis – Cairo, at 11 o'clock AM on Saturday coinciding 25/12/1999 to discuss the agenda that was included in the invitation.

**The following board members attended the meeting :**

1- Mr./ Ramy Rimon Michel Lakah – the board chairman and the authorized member.

2- Mr./ Michel Rimon Michel Lakah – the board chairman first deputy.

3- Mr./ Ramy Mostafa Fadel Fadel Ouda Basha – the board chairman first deputy.

4- Mr./ Mohammed Ali Hamza Khedr – the board chairman first deputy.

5- Mr./ Farouk Abdel Samie Hassan, the board chairman deputy.

6- Mr./ Abdel Kader Mohamed Farid, the chairman deputy for investment affairs.

7- Mr./ Medhat Sobhy Michel – the board chairman deputy for the investment portfolio affairs.

The meeting began and was headed by Mr./ Ramy Rimon Michel Lakah – the board chairman and the authorized member, as he nominated Mr./ Mohamed Sayed Abdel Galil to be the meeting secretary, and the attendants agreed unanimously, and after the board had presented all of the issue according to the agenda that was



El-Zini Center

Certified
Translation
C.R. 327560

86, El-Merghany St.
Heliopolis

Tel. 2912824        0105752490

included in the invitation directed to the board members, the following decision was taken by the end of the meeting :

Complementing the payment of the increased amount in relation to the company issued capital which is amounted to 350000000 EGP [three hundred and fifty million Egyptian pounds], to reach a percentage of 65 %, by paying an amount of 140000000 EGP [one hundred and forty million Egyptian pounds] that will be deposited at Cairo Bank – Sarwat branch, therefore, the paid capital will be 1377380000 EGP [one billion, three hundred, seventy seven million, three hundred ad eighty thousand Egyptian pounds], and this amount will be frozen at the bank until the signing on the commercial registry, the meeting terminated at 12 o'clock on the same date.

**The secretary**                          **The meeting president**

**Mohamed Sayed Abdel Galil**      **Ramy Rimon Micheal Lakah**



## The board meeting minute of the
## Holding company for financial investments
## [L.K.H Group] S.A.E
## that was held on Saturday coinciding
## 27/12/1999

According to the invitation directed by Mr.\Ramy Rimon Micheal Lakah – the board chairman and authorized member of the holding company for financial investments [L.K.H Group] S.A.E, to the board members in order to attend a meeting at the company headquarter located at 68 El Merghany St. – Heliopolis – Cairo, at 4 o'clock PM on Monday coinciding 27/12/1999 to discuss the agenda that was included in the invitation.

**The following board members attended the meeting :**

1- Mr.\ Ramy Rimon Micheal Lakah – the board chairman and the authorized member.

2- Mr.\ Micheal Rimon Micheal Lakah – the board chairman first deputy.

3- Mr.\ Ramy Mostafa Fadel Fadel Ouda Basha – the board chairman first deputy.

4- Mr.\ Mohammed Ali Hamza Khedr – the board chairman first deputy.

5- Mr.\ Farouk Abdel Samie Hassan, the board chairman deputy.

6- Mr.\ Abdel Kader Mohamed Farid, the chairman deputy for investment affairs.

7- Mr.\ Medhat Sobhy Micheal – the board chairman deputy for the investment portfolio affairs.



*El-Zini Center*

Tel. 2912824    *Certified Translation* C.R. 327560    0105752490

86, El-Merghany St.
Heliopolis

The meeting began and was headed by Mr.\ Ramy Rimon Micheal Lakah – the board chairman and the authorized member, as he nominated Mr.\ Mohamed Sayed Abdel Galil to be the meeting secretary, and the attendants agreed unanimously, and after the board had presented all of the issue according to the agenda that was included in the invitation directed to the board members, the following decision was taken by the end of the meeting :

Complementing the payment of the increased amount in relation to the company issued capital which is amounted to 350000000 EGP [three hundred and fifty million Egyptian pounds], to reach a percentage of 100 %, by paying an amount of 122500000 EGP [one hundred and twenty two million and five hundred thousand Egyptian pounds] that will be deposited at the international Bank of Egypt – Sarwat branch, therefore, the company issued capital will be 1449880000 EGP [one billion, four hundred, forty nine million, and eighty eight thousand Egyptian pounds], and this amount will be completely paid, the meeting terminated at 12 o'clock on the same date.

**The secretary**                        **The meeting president**

**Mohamed Sayed Abdel Galil**            **Ramy Rimon Micheal Lakah**



Case 1:07-cv-02799-MGC    Document 13-9    Filed 07/09/2007    Page 7 of 25

محضر اجتماع مجلس ادارة ...
الشركة العالمية للاستشارات العلمية والتجارية جروبس ش.م.م.
المنعقد بتاريخ المحدود ٢٠/١٠/١٩٩٩

بناء على الدعوة الموجهة ... رئيس مجلس الادارة والعضو المنتدب الشركة العالمية للاستشارات العلمية (جروبس) ش.م.م الى السادة اعضاء مجلس الادارة لحضور اجتماع ... انعقد بمقر الشركة ... الساعة الحادية عشر صباحاً يوم ... الموافق ٢٠/١٠/١٩٩٩ ...

وقد حضر الاجتماع ... من اعضاء مجلس الادارة كل من: ...

١. السيد/ ... رئيس مجلس الادارة والعضو المنتدب
٢. السيد/ ... نائباً اول رئيس مجلس الادارة
٣. السيد/ ... نائباً اول رئيس مجلس الادارة
٤. السيد/ ... نائباً اول رئيس مجلس الادارة
٥. السيد/ ... نائباً رئيس مجلس الادارة
٦. ... نائباً رئيس مجلس الادارة
٧. ... نائباً رئيس مجلس الادارة

[باقي النص غير واضح]

محضر اجتماع إدارة

الشركة القابضة لاستثمارات البلاستيك (البنك الحربي درويش) ش.م.م

المنعقد يوم الثلاثاء الموافق ٢٧/١٥/١٩٩٩

( ل.ل )

Attachment 8

## Minutes of the Board of Directors Meeting

THE HOLDING INVESTMENT COMPANY
"LAKAH GROUP" (L.K.H. GROUP),
EGYPTIAN JOINT STOCK COMPANY
Held on Tuesday the 1st of June-1999

Upon the invitation of Mr. Ramy Remon Michele Lakah, the Chairman and Managing Director of The Holding Investment Company "Lakah Group" (L.K.H. Group), Egyptian Joint Stock Company. forwarded to the shareholders to attend a meeting held in the company headquarters, the board of directors meeting was held at 10:00 AM, Tuesday, the First of June-1999, at the company headquarters located at 86 Merghany St., Heliopolis – Cairo.

The board members attended the meeting:

1. Mr. Ramy Remon Michele Lakah          Chairman
                                          & Managing Director

2. Mr. Michele Remon Michele             Vice Chairman
   Lakah

3. Mr. Farouk Abdel Samie Hassan         Member
   Mohamed

The meeting started presided by Mr. Ramy Remon Michele Lakah, Chairman & Managing Director. Mr. Mohamed Kamal Sadek was appointed as the session secretary.

---

**Heliopolis Business Center** hereby certifies that this English translation is an exact and true translation of the attached Arabic copy.

*Sedika Abu Seda*

Translation date: June 27, 2007

Heliopolis Business Center
Certified Translation Office
88 Merghany St. Suite no. 3
(202) 29 131 76 / 010 18 999 69

Translation

Upon reviewing all the items of the agenda, the board issued the following resolutions with the unanimity of votes:

1. Ratifying the appointment of Mr. Ramy Moustafa Fadel Oudapacha, Mr. Mohamed Aly Hamza Khiedr, Mr. Medhat Soubhi Michaiel, Mr. Abdel Kader Mohamed Faried, Mr. Ismaiel Saleh Abdou, Mr. Samy Philip Toutounji, Mr. Backer Chancey Carl, and Mr. Murphy Brian Antony as experience members and Messieurs Cairo Bank SAE, represented by Mr. Badawi Hassan Hussein in the company board of directors.

2. Restructuring the company board of directors as thus:

   a. Mr. Ramy Remon Michele Lakah, Chairman and Managing Director,

   b. Mr. Michele Remon Michele Lakah, First Vice Chairman and Managing Director,

   c. Mr. Ramy Moustafa Fadel Oudapacha, First Vice Chairman of the Board

   d. Mr. Mohamed Aly Hamza Khiedr, First Vice Chairman of the Board

   e. Mr. Farouk Abdel Samiee Hassan Mohamed, vice Chairman and Company Manager

---

**Heliopolis Business Center** hereby certifies that this English translation is an exact and true translation of the attached Arabic copy.

*Sudika Abu Suda*

Translation date: June 27, 2007

Heliopolis Business Center
Certified Translation Office
88 Merghany St. Suite no. 3
(202) 29 131 76 / 010 18 999 69

f. Mr. Gamal Mohamed Anwar Al-Sadat, Vice Chairman

g. Mr. Abdel Kader Mohamed Faried, Vice Chairman and Investment Manager

h. Mr. Medhat Soubhi Michaiel, board member and Investment Portfolio Manager

i. Mr. Ismaiel Saleh Abdou, board member and Company Financial Manager

j. Mr. Samy Philip Toutounji, board member

k. Cairo Bank SAE, Board Member, represented by Mr. Badawi Hassan Hussein

l. Mr. Backer Chancey Carl, Board Member and Public Relations Manager

m. Mr. Murphy Brian Antony Board Member for Planning and Future Strategies, experienced member

3. Approving that the Company right to signature be given to both: Mr. Ramy Remon Michele Lakah, the Chairman and Managing Director and to Mr. Michele Remon Michele Lakah, the First Vice Chairman and Managing Director and Mr. Mohamed Bellal Al-Sayed Aly Dabbah and also signing on the purchase and sale contracts and other documents for the name of the company and for the company purposes before the Real Estate & Authentication Authority and other governmental bodies, General Public Business Sector and

---

**Heliopolis Business Center** hereby certifies that this English translation is an exact and true translation of the attached Arabic copy.

Sedika Abu Seda

Translation date: June 27, 2007

Heliopolis Business Center
Certified Translation Office
88 Merghany St. Suite no. 3
(202) 29 131 76 / 010 18 999 69

the private sector. They are also authorized to sign the bank and credit facilities contract and mortgage. They also have the right to delegate others for practicing the mentioned function in part or as a whole.

The meeting was concluded at 11:00 AM.



**Secretary**
**Mohamed Kamal Sadek**
**Meeting Chairman**
**Ramy Remon Michele Lakah**
*Singed*

**Heliopolis Business Center** hereby certifies that this English translation is an exact and true translation of the attached Arabic copy.

*Sedika Abu Seda*

Translation date: June 27, 2007

Heliopolis Business Center
Certified Translation Office
88 Merghany St. Suite no. 3
(202) 29 131 70 / 010 18 999 69



٩. السيد / إبراهيم هادي عبده          عضو مجلس الإدارة والمدير المالي للشركة
١٠. السيد / سامي فتحي عبد العزيز          عضو مجلس الإدارة
١١. السيد / نبيل القاضي          عضو مجلس الإدارة

ومثل السيد مبروك عبده حسين
١٢. السيد / مبروك فتحي عنتر كامل          عضو مجلس الإدارة ومدير العلاقات العامة
١٣. السيد / مرتضى إبراهيم منصور          عضو مجلس الإدارة التخطيط والميزانيات بصفته
سكرتير اللجنة .

بدأت السيد / المراقب على أسماء جميع المشتغلين الذين قاموا بأعمال مجلس
الإدارة والسادة التنفيذيين والسيد مرتضى ....
السيد مبروك عبده حسين ....

وتم انعقاد الاجتماع بحضور السيد رئيس مجلس
الإدارة والسادة .....

وقدم السيد رئيس مجلس الإدارة ....
شكراً للجميع

وتحرر هذا المحضر في ... نسخة مصادق عليها من الجهات المختصة.

بمحضر اجتماع شئون العاملين
شكر وامتنان

Attachment 8

## The board meeting minute
## The holding company for financial investments
## [L.K.H Group] An Egyptian shareholding
## on Monday coinciding 28/6/1999

The board meeting was held at the company headquarter in 68 El Merghany St. – Heliopolis – Cairo, at 7 o'clock PM on Monday coinciding 28/6/1999 according to an invitation issued by Mr./ Ramy Rimon Michel Lakah – The board chairman and the authorized member to the board members in order to discuss the agenda that was included in the invitation :

The following board members attended the meeting :

1-   Mr./ Ramy Rimon Michel Lakah – The board chairman and the authorized member.

2-   Mr./ Michel Rimon Michel Lakah – The board chairman deputy.

3-   Mr./ Farouk Abdel Samie Hassan – The board member.

The meeting began and was headed by Mr./ Ramy Rimon Michel Lakah – The board chairman and the authorized member, as he nominated Mr./ Medhat Sobhy Michel to be the meeting secretary, and this nomination was accepted by the members, and the following decisions were taken :

First :  The approval of what was mentioned in the board meeting minute dated 27/5/1999.

The board agreed unanimously on certifying the previous board meeting minute dated 27/5/1999.

Second :  The approval of the capital increased by the issuance of 35000000 nominal shares, and he value of each share is 10EGP.



El-Zini Center

Certified Translation
C.R. 327560

Tel. 2912824

0105752490

86, El-Merghany St.
Heliopolis

Mr./ Ramy Rimon Michel Lakah – The board chairman and the authorized member presented on the board members that, as there were some facilities presented by the state for the investment in the Egyptian market and the continued development of these investments which benefited the shareholders and the Egyptian economy, at the same time, the company had studies many projects for the shareholders, and that required liquid money to perform these projects, consequently, He suggested to increase the capital by issuing 35000000 shares [thirty five million shares], the value of each share is 10 EGP. Which meant a total amount of 350000000 [three hundred and fifty million Egyptian pounds], therefore the issued capital would be 1499880000 [one billion, four hundred and ninety nine million, eight hundred and eighty thousand Egyptian pounds], and amending the two articles No. 6 of the company main system as follows :

## The article No. 6 of the main system :

## The article No. 6 before the amendment :

The registered capital of the company sis determined to be an amount of 5000000000 EGP [Five billion Egyptian pounds], and the company issued capital is determined to be 1149880000 [one billion and one hundred and forty nine million, and eight hundred and eighty thousand Egyptian pounds] divided on 114988000 shares [one hundred and fourteen million, nine hundred and eighty eight thousand shares], the value of each share is 10 EGP [ten Egyptian pound], all of them are cash shares.

## The article No. 6 after amendment :

The company registered capital is determined to be 5000000000 EGP [five billion Egyptian pounds], and the company issued capital is 1499880000 EGP.



El-Zini Center

Certified Translation
C.R. 327560

86, El-Merghany St. Heliopolis

Tel. 2912824

0105752490

[one billion, four hundred, ninety nine million and eighty thousand Egyptian pounds] divided on 149988000 shares [one hundred and forty nine million, nine hundred and eighty eight thousand shares] the value of each share is 10 EGP [Ten Egyptian pounds] and all of them are cash shares.

**The article No. 7 of the main system :**

**The article No. before the amendment**

The capital consists of [114988000 nominal shares], and the subscription is done, concerning the capital, as follows :

| The Name | Shares Number | Share value/pound | The share Nominal value |
|---|---|---|---|
| ❖ **The establishers :** | | | |
| 1-Ramy Rimon Michel Lakah. | 1000 | 10 | 10000 |
| 2-Micheal Rimon Michel Lakah. | 1000 | 10 | 10000 |
| 3-Farouk Abdel Samie Hassan. | 500 | 10 | 5000 |
| ❖ **The subscribers :** | | | |
| 4- Ramy Rimon Michel Lakah. | 57492750 | 10 | 574927500 |
| 5- Micheal Rimon Michel Lakah. | 57492750 | 10 | 574927500 |
| **Total** | 114988000 | | 1149880000 |

The Egyptian shareholding percentage is 100%.

The shareholders paid the share's full nominal value which is amounted to 1149880000 EGP [one billion, one hundred, forty nine million, eight hundred and eighty thousand Egyptian pounds].



**The article No. 7 after the amendment :**

The company capital consists of [149988000 nominal shares], and the subscription has been made, concerning the capital increase, as follows :

| Name | Capital shares number before the increase | Capital increased shares number | Capital shares number after the increase | The shares value/EGP | The shares nominal value after the increase |
|---|---|---|---|---|---|
| **The establishers :** 1- Ramy Rimon Micheal Lakah. | 1000 | - | 1000 | 10 | 10000 |
| 2- Micheal Rimon Micheal Lakah. | 1000 | - | 1000 | 10 | 10000 |
| 3- Farouk Abdel Samie Hassan. | 500 | - | 500 | 10 | 5000 |
| **The subscribers :** 4- Ramy Rimon Michel Lakah. | 57491450 | 17500000 | 74991450 | 10 | 74994500 |
| 5- Michel Rimon Micheal Lakah. | 45993950 | 17500000 | 63493950 | 10 | 634939500 |
| 6- Cairo Bank [S.A.E]. | 11498800 | - | 11498800 | 10 | 114988000 |
| 7- Medhat Sobhy Michel. | 50 | - | 500 | 10 | 500 |
| 8- Ramy Mostafa Fadel. | 50 | - | 500 | 10 | 500 |
| 9- Samy Filib Totongy. | 100 | - | 1000 | 10 | 1000 |
| 10- Abdel Kader Mohamed Farid. | 50 | - | 500 | 10 | 500 |
| 11-Mohamed Ali Hamza. | 50 | - | 500 | 10 | 500 |
| 12- Ismail Saleh Mohamed. | 50 | - | 500 | 10 | 500 |
| 13- Gamal Mohamed Anwer | 50 | - | 500 | 10 | 500 |
| Total | 114988000 | 35000000 | 149988000 | | 1499880000 |



**El-Zini Center**

2912824

**Certified Translation**
C.R. 327560

0105752490

86, El-Merghany St.
Heliopolis

The Egyptian shareholding percentage is 100 %, and the shareholders paid 10 % of the share nominal value to increase the capital upon the subscription, which is amounted to 35000000 EGP [thirty five million Egyptian pounds], and it is deposited at the international bank of Egypt- Giza branch- therefore the issued capital will be 1499880000 EGP [one billion, four hundred, ninety nine million, eight thousand Egyptian pounds], and the paid amount is 1187880000EGP [one billion, one hundred, eighty thousand Egyptian pounds], that is paid is full, and the capital increased amount will be frozen at the bank, and it won't be behaved in unless the increase is registered in the commercial registry.

The attendants authorized Mr./ Micheal Rimon Michel Lakah, the board chairmen deputy or Mr./ Mohamed Sabry Abdel Gayyed, the chartered accountant collectively or individually to carry out the procedures of the capital increase before the general authority for stock market, the notary, the commercial registry and inserting any amendments that are required by these authorities include the publishing procedures.

The meeting was terminated at 8 o'clock PM.

<table>
<tr><td align="center"><b>The secretary</b><br><b>Medhat Sobhy Micheal</b></td><td align="center"><b>The board chairman<br>and the authorized<br>member</b><br><br><b>Ramy Rimon Micheal Lakah</b></td></tr>
</table>



الشركة القابضة لاستثمارات المالية (ل، ك، ج، جروب)
شركة مساهمة مصرية
بيان الرئيس لاجتماع ٢٨/٦/١٩٩٩

اجتمع مجلس الإدارة بمقر الشركة في الساعة ٦٨ من مساء اليوم ٢٨/٦/١٩٩٩ بناء على دعوة السيد رئيس مجلس الإدارة ...

وقد حضر من السادة أعضاء مجلس الإدارة وهم:

١- السيد رئيس مجلس الإدارة والعضو المنتدب
٢- السيد نائب رئيس مجلس الإدارة
٣- السيد عضو مجلس الإدارة

... ١٩٩٩ ...

... ٢٧/٥/١٩٩٩ ...

أ . . اسم النظام الأساسي

المادة ( ٦ ) قبل التعديل

مفردات مال الشركة المرفوع و.... (٨٠ مليار جنيه مصري) وهو مدد رأس مال الشركة
المصدر بمبلغ ..... ١٢٩ ، ٨٨ ر ج م ..... وموزعة على ..... مليون ثمانمائة وثمانون الف جنيه
....... شيك المعتمد ٩٨٨ر٢١٠٠ .... و ثمانمائة و .... مليون .... ثمانمائة وثمانون
...... ) نيه ك ..... ٢ م .... (ثروة ستة مصري) جميعها اسهم نقدية
والمادة ( ٦ ) نص التعديل

مفردات مال الشركة المرفوعة ..... (٨٠ مليار جنيه مصري) وهو مدد رأس مال
ال .... المصدر بمبلغ .... ١٢٩ر٨٨ ج م .... و ..... مليون .... ثمانمائة وثمانين
الف مصري ..... ٩٨٨ر٢١٠٠ .... و .... مليون ثمانمائة وثمانين
..... ) نيه ك ..... ٢ م .... (ثروة ستة مصري) جميعها اسهم نقدية
والمادة ( ٧ ) من النظام الأساسي

المادة ( ٧ ) قبل التعديل

..... مفردات مال الشركة ..... ٩٨٨ر .... و .... رأس المال .....

| ..... | نوع و .... | الاسم | الاسم |
|---|---|---|---|
| المؤسسون | | | |
| ١ | | ١٠ | .....١ |
| ١ | | ١٠ | .....٢ |
| ٢٥٥ | | ٥٥٥ | ٣ |
| المكتتبون | | | |
| ٥٧٥٩٢٧٥ | ١٠ | ٥٧٥٩٢٧٥ | .....٤ |
| ٥٧٥٩٢٧٥ | ١٠ | ٥٧٥٩٢٧٥ | ٥ |

١١٤٩٨٨٠٠٠٠                    ١١٤٩٣٠٠٠٠

وبلغ نصيب مشاركة المديرين ...

وتقرر دفع المبلغ بكامله كاملاً للقيمة الرأسمالية يوم وقدرها ........ ١٤٩,٨٨٠,٠٠٠ ج (مائة وتسعة وأربعون )

بالمليون وثمانمائة وثمانية مليون الف جنيه مصري )

المادة ( ٧ ) بعد التعديل

تقرر رأس مال الشركة وقدره ( ٠٠٠,١٤٩٩٨٨ ) وتم الاكتتاب في زيادة رأس المال على النحو التالي :

| الاسم | المبلغ قبل الزيادة رأس المال | عدد الأسهم في زيادة رأس المال | عدد الأسهم بعد زيادة رأس المال | عدد الأسهم بعد الزيادة | القيمة الإجمالية بعد الزيادة |
|---|---|---|---|---|---|
| المؤسسون: | | | | | |
| ١ | | | | ١٠٠ | ١٠٠٠٠ |
| ٢ | | | | ١٠٠ | ١٠٠٠٠ |
| ٣ | | | | ٥٠ | ٥٠٠٠ |
| ٤ | ٠٠٠٧٤٩٩١ | ١٧٠ | ٠٠٠٧٤٩٩١٤٠ | ١٠ | ٠٠٠٧٤٩٩١٥٠ |
| ٥ | ٠٠٠٦٢٤٩٣ | ١٧٠ | ٠٠٠٦٢٤٩٣٩٥ | ١٠ | ٠٠٠٦٢٤٩٣٥٠ |
| ٦ | ٠٠٠١١٤٩٨٨ | | ٠٠٠١١٤٩٨٨ | ١٠ | ٠٠٠١١٤٩٨٠ |
| ٧ | | | | ٠٥ | ٥٠٠ |
| ٨ | | | | ٠٥ | ٥٠٠ |
| ٩ | | | | ٠٥ | ٥٠٠ |
| ١٠ | | | | ٠ | ١٠٠٠ |
| ١١ | | | | ٠٥ | ٥٠٠ |
| ١٢ | | | | ٠٥ | ٥٠٠ |
| ١٣ | | | | ٠ | ٥٠٠ |
| الإجمالي | ٠٠٠١١٤٩٨٨ | ٣٤٠ | ٠٠٠١١٤٩٨٨ | | ١٤٩٩ |

وتمثل قيمة ... المديرين ...... ٣٥ ... في زيادة رأس المال

عند الاكتتاب وقدرها ٠٠٠ ...... (وتبقى ) وتقفت بنك مصر (...)

وقيمة ... الحصة لرأس المال الأصلي ...... ١٤٩٩٨٨ ج (واحد مليار وأربعمائة تسعة وتسعون ملف )

جنيه وثمانون ... المصري ...... ١١٨٤٨٨ ج (واحد مليار وما ... أخرى)

من رشا نماته وحمانوث الفن منهج جوى ) عدداً بالكامل وسيطلع لهذا المجال الشخص ان زيادة دورات المال
ثم ولاريتم التصدم فتح اله لبدنا شيئ اسمتعين لسجل القارى والزيادة.

دفعته الحاضرين اعلم مباشر ميشل معروف ميشل يذ نانى رشت علمـ للمار محمدى
بعد الجامعة القاضى منشرم اوجمعيـ و التقارير والابلاغ لابلاك كالدمدورات مال انما عرضها فـاطلعورمال
شهر القارى والسجل القارى زايدمال ابوتـ ع ي الجلب هذا مالح من طول يعمل الابوات اكرها
بعدنـ فتوى المجعماش فى ختام الساعة الثانية عشر .

ابو معلوم
مصطفى
محمد محمد غنام ثم

Fini Center

Certified
Translation

01/05/

7158

86, El-Merghany St.
Heliopolis