Translation

Attachment 8

## Minutes of the Board of Directors Meeting

**THE HOLDING INVESTMENT COMPANY "LAKAH GROUP" (L.K.H. GROUP), EGYPTIAN JOINT STOCK COMPANY**

**Held on Wednesday the 6th of October-1999**

Upon the invitation of Mr. Ramy Remon Michele Lakah, the Chairman and Managing Director of The Holding Investment Company "Lakah Group" (L.K.H. Group), Egyptian Joint Stock Company. forwarded to the shareholders to attend a meeting held in the company headquarters, the board of directors meeting was held at 09:00 AM, Wednesday, 6th of October-1999, for discussing the following Agenda items:

1. Delegating the Chairman and Managing Director; Mr. Ramy Remon Michele Lakah, and the First Vice Chairman, Mr. Michele Remon Michele Lakah for the establishment of a subsidiary company or more to be established in the British Virgin Island or The Cayman Islands or within the jurisdiction of any other state to be determined by the Chairman. The purpose is to issue shares including bonds; predicted to be guaranteed by the Holding Investment Company "Lakah Group" (L.K.H. Group) or any of its subsidiary companies or by both.
2. Conducting investments outside Egypt through establishing one or more affiliated company in the British

**Heliopolis Business Center** hereby certifies that this English translation is an exact and true translation of the attached Arabic copy.

Sedika Abu Seda

Translation date: June 27, 2007

Heliopolis Business Center
Certified Translation Office
88 Merghany St. Suite no. 3
(202) 29 12 [illegible] / 010 18 999 69

Translation

Virgin Island or The Cayman Islands or within the jurisdiction of any other state to be determined by the Chairman. These activities are to be financed from part of the outcome of the loans collected from the bonds issued by the establishing company.

3. Licensing the Holding Investment Company "Lakah Group" (L.K.H. Group), to issue unconditional guarantees for paying the bonds value and to fulfill all its obligations issued by the establishing company as per the following conditions:

   - The original amount of the bonds to be guaranteed does not exceed US 150 millions
   - The interest rate is to be later determined by the Chairman
   - The due date is five years as of the bonds issue date

4. Approving that the company presents a pledge guaranteeing that the company shall not have any insurances issued for it without granting the beneficiaries the same guarantees, while observing any exceptions that may be negotiated upon with the Chairman. Provided that, there shall be boundaries for some business deals conducted between the company and the other concerned parties and other boundaries concerning merger, transfer

**Heliopolis Business Center** hereby certifies that this English translation is an exact and true translation of the attached Arabic copy.

Sedika Abu Seda

Translation date: June 27, 2007

Heliopolis Business Center
Certified Translation Office
88 Merghany St. Suite no. 3
(202) 29 131 76 / 010 18 999 69

Translation

of assets and abiding by safeguarding some monetary percentages; as to be explained in the bonds conditions

- o The bonds are to be registered in Luxembourg Stock Market
- o Settlement: Depository Trust Company, Eureclear, Cedelbank

5. Granting license to the following: Medequip for Trading & Contracting,. Arab Steel Company and Trading Medical System Egypt to issue guarantees in the manner specified hereabove

6. Approving the endorsement of the bonds outcome in a Swiss Bank. The fund shall be allocated together with its interest as a mortgage for guaranteeing a loan to be given by the bank.

7. Approving that the Chairman and Managing Director, Mr. Ramy Remon Michele Lakah or the First Vice Chairman and Managing Director, Mr. Michele Remon Michele Lakah to borrow an amount that does not exceed US 150 millions from one of the Swiss banks using the mortgaged deposit as collateral, according to the terms and conditions decided by any of them.

8. Approving that the Chairman and Managing Director, Mr. Ramy Remon Michele Lakah or the First Vice Chairman

**Heliopolis Business Center** hereby certifies that this English translation is an exact and true translation of the attached Arabic copy.

Sedika Abu Seda

Translation date: June 27, 2007

Heliopolis Business Center
Certified Translation Office
88 Merghany St. Suite no. 3
(202) 29 131 76 / 010 18 999 69

and Managing Director, Mr. Michele Remon Michele Lakah to determine the rate of bonds interest.

9. Approving that the Chairman and Managing Director, Mr. Ramy Remon Michele Lakah or the First Vice Chairman and Managing Director, Mr. Michele Remon Michele Lakah in all the authorities and taking all the procedures and signing all the documents and instruments including the subscription agreement that he finds suitable or necessary to implement these resolutions including the appointment of all the managers of the establishing company.

The board members attended the meeting:

| | |
|---|---|
| 1. Mr. Ramy Remon Michele Lakah | Chairman and Managing Director, |
| 2. Mr. Michele Remon Michele Lakah | First Vice Chairman and Managing Director, |
| 3. Mr. Ramy Moustafa Fadel Oudapacha | First Vice Chairman of the Board |
| 4. Mr. Mohamed Aly Hamza Khiedr | First Vice Chairman of the Board |
| 5. Mr. Farouk Abdel Samiee Hassan Mohamed | Vice Chairman |
| 6. Mr. Gamal Mohamed Anwar Al-Sadat | Vice Chairman |
| 7. Mr. Abdel Kader Mohamed Faried | Vice Chairman |
| 8. Mr. Medhat Soubhi Mickhaiel | Vice Chairman |

**Heliopolis Business Center** hereby certifies that this English translation is an exact and true translation of the attached Arabic copy.

Sedika Abu Seda

Translation date: June 27, 2007

Heliopolis Business Center
Certified Translation Office
88 Merghany St. Suite no. 3
(202) 29 131 76 / 010 18 999 69

| | |
|---|---|
| 9. Mr. Ismaiel Saleh Abdoun | board member |
| 10. Mr. Samy Philip Toutounji | board member |
| 11. Cairo Bank SAE, represented by Mr. Badawi Hassan Hassanien | Board Member, |
| 12. Mr. Backer Chancey Carl | Board Member, experienced member |
| 13. Mr. Murphy Brian Anthony | Board Member, experienced member |

The meeting was also attended by Mr. Mohamed Sayed Abdel Gelliel as the session secretary

The meeting started presided by Mr. Ramy Remon Michele Lakah, Chairman. The Chairman explained that Holding Investment Company "Lakah Group" (L.K.H. Group), shall establish a subsidiary company or more under foreign legal jurisdiction, for the purpose of issuing bonds.

The company/ companies' establishment shall be performed using debts that yields revenues, these net revenues are to be endorsed in a Swiss bank. The revenues and interest generated are allocated as a mortgage for guaranteeing a loan to be presented by this bank, in part or all these monies.

The outcome of this loan is to be mainly used by the Holding Investment Company "Lakah Group" (L.K.H. Group) for the payment or guarantee of the current loans owed by the company and for the working capital purpose of the LAKAH Group

**Heliopolis Business Center** hereby certifies that this English translation is an exact and true translation of the attached Arabic copy.

Sedika Abu Seda

Translation date: June 27, 2007

Heliopolis Business Center
Certified Translation Office
88 Merghany St. Suite no. 3
(202) 29 131 76 / 010 [illegible]

companies and for expanding the of some of the subsidiary companies. Especially, using this outcome in the following:

a. Purchasing medical equipment for rental purpose
b. Expanding the domain of medical consumable products
c. Expanding the services tendered by the company

Regarding the benefits that shall result from the preceding activities; this will require that the Holding Investment Company "Lakah Group" to issue a guarantee for paying these bonds that are to be issued by the establishing company.

Upon the board review of all the agenda topics stated in the invitation forwarded to the board members, the board issued the following resolutions:

1. Approving the delegation of the Chairman and Managing Director; Mr. Ramy Remon Michele Lakah, and the First Vice Chairman, Mr. Michele Remon Michele Lakah for the establishment of a subsidiary company or more, to be established in the British Virgin Island or the Cayman Islands or within the jurisdiction of any other state to be determined by the Chairman.

   The purpose is to issue shares including bonds; predicted to be guaranteed by the Holding Investment Company "Lakah Group" (L.K.H. Group) or any of its subsidiary companies or by both.

**Heliopolis Business Center** hereby certifies that this English translation is an exact and true translation of the attached Arabic copy.

Sedika Abu Seda

Translation date: June 27, 2007

Heliopolis Business Center
Certified Translation Office
88 Merghany St. Suite no. 3
(202) 29 131 76 / 010 18 999 69

**Translation**

2. Approving to conducting investments outside Egypt through establishing one or more affiliated company in the British Virgin Island or The Cayman Islands or within the jurisdiction of any other state to be determined by the Chairman. These activities are to be financed from part of the outcome of the loans collected from the bonds issued by the establishing company.

3. Approving to license the Holding Investment Company "Lakah Group" (L.K.H. Group), to issue unconditional guarantees for paying the bonds value and to fulfill all its obligations issued by the establishing company as per the following conditions:

    - The original amount of the bonds to be guaranteed does not exceed US 150 millions
    - The interest rate is to be later determined by the Chairman
    - The due date is five years as of the bonds issue date

4. Approving that the company presents a pledge guaranteeing that the company shall not have any insurances issued for it without granting the beneficiaries the same guarantees, while observing any exceptions that may be negotiated upon with the Chairman. Provided that, there shall be boundaries for some business deals conducted between the company and the other concerned parties and other boundaries concerning

**Heliopolis Business Center** hereby certifies that this English translation is an exact and true translation of the attached Arabic copy.

Sedika Abu Seda

Translation date: June 27, 2007

Heliopolis Business Center
Certified Translation Office
88 Merghany St. Suite no. 3
(202) 29 131 76 / 010 18 999 69

Translation

merger, transfer of assets and abiding by safeguarding some monetary percentages; as to be explained in the bonds conditions

- The bonds are to be registered in Luxembourg Stock Market
- Settlement: Depository Trust Company, Eureclear, Cedelbank

5. Consenting to grant approval to the following: Medequip for Trading & Contracting,. Arab Steel Company and Trading Medical System Egypt to issue guarantees in the manner specified hereabove
6. Approving the endorsement of the bonds outcome in a Swiss Bank. The fund shall be allocated together with its interest as a mortgage for guaranteeing a loan to be given by the bank.
7. Approving that the Chairman and Managing Director, Mr. Ramy Remon Michele Lakah or the First Vice Chairman and Managing Director, Mr. Michele Remon Michele Lakah to borrow an amount that does not exceed US 150 millions from one of the Swiss banks using the mortgaged deposit as collateral, according to the terms and conditions decided by any of them.
8. Approving that the Chairman and Managing Director, Mr. Ramy Remon Michele Lakah or the First Vice Chairman and

**Heliopolis Business Center** hereby certifies that this English translation is an exact and true translation of the attached Arabic copy.

Sadika Abu Seda

Translation date: June 27, 2007

Heliopolis Business Center
Certified Translation Office
88 Merghany St. Suite no. 3
(202) 29 131 76 / 010 18 999 69

Managing Director, Mr. Michele Remon Michele Lakah to determine the rate of bonds interest.

9. Approving that the Chairman and Managing Director, Mr. Ramy Remon Michele Lakah or the First Vice Chairman and Managing Director, Mr. Michele Remon Michele Lakah in all the authorities and taking all the procedures and signing all the documents and instruments; including the subscription agreement that he finds suitable or necessary to implement these resolutions including the appointment of all the managers of the establishing company.

The meeting was concluded at the same date.

**Meeting Chairman**
**Ramy Remon Michele Lakah**
***Singed***

**Heliopolis Business Center** hereby certifies that this English translation is an exact and true translation of the attached Arabic copy.

Translation date: June 27, 2007

Heliopolis Business Center
Certified Translation Office
88 Merghany St. Suite no. 3
(202) 29 131 76 / 010 18 999 69

محضر اجتماع مجلس ادارة
الشركة العالمية للاستثمارات المالية (ل. ك. ح جروب) ش.م.م
المنعقد يوم الاربعاء الموافق ٦/١١/١٩٩٩

بناء على الدعوة الموجهة من المهندس / رامي رميم ميشيل لكح رئيس مجلس ادارة الشركة العالمية للاستثمارات المالية (ل. ك. ح جروب) ش.م.م الى السادة اعضاء مجلس الادارة لحضور اجتماع مجلس الادارة المنعقد بمقر الشركة الكائنة في ٦٨ شارع الميرغني - مصر الجديدة - القاهرة في تمام الساعة التاسعة صباح يوم الاربعاء الموافق ٦/١٠/١٩٩٩ وذلك لمناقشة جدول الاعمال التالي:

١- تفويض كل من السيد رئيس مجلس الادارة والعضو المنتدب رامي رميم ميشيل لكح والسيد / نائب أول رئيس مجلس الادارة ميشيل رميم ميشيل لكح في تأسيس شركة تابعة أو أكثر تتبع الشركة المصرية في "BRITISH VIRGIN ISLANDS OR The Cayman Islands" أو منطقة أخرى وإبرام وتوقيع الأوراق التي يحددها رئيس مجلس الادارة وذلك لغرض إصدار [illegible] على السندات والتي من المزمع طرحها من الشركة العالمية للاستثمارات المالية (ل. ك. ح جروب) أو أي من الشركات التابعة لها أو من المساهمين فيها.

٢- إجراء أعمال الاستثمار خارج مصر وذلك عن طريق تأسيس شركة تابعة أو أكثر في جزر BRITISH VIRGIN ISLANDS OR the Cayman Islands أو منطقة أخرى وتوقيع الأوراق التي يحددها رئيس مجلس الادارة ويتم تمويل هذه الأعمال من جزء من حصيلة [illegible] من إصدار الأوراق المالية التي أصدرتها الشركة المصرية.

٣- الترخيص للشركة العالمية للاستثمارات المالية (ل. ك. ح جروب) في أن تقدم ضمانات على [illegible] السندات والفوائد وكافة الالتزامات المترتبة عليها والتي سوف تصدرها الشركة المصرية وذلك وفقاً للشروط الآتية:

أ- إجمالي السندات التي يتم طرحها لا يتجاوز ٥٠٠ مليون دولار أمريكي.

ب- [illegible] وفقاً لما يقرره رئيس مجلس الادارة.

ج- [illegible]

٤- الموافقة على [illegible] الشركة [illegible] أي ضمانات عليها [illegible] أن تغطي تلك الضمانات [illegible] من رئيس مجلس الادارة [illegible] التي تجري بين الشركة والأطراف الأخرى [illegible] والالتزام بالمحافظة على بعض النسب المالية [illegible]

وكانت [illegible] بالإجماع.

المودع لديها ...ement: Depository Trust Company, Euroclear, Cedelbank.

٥- التفويض الكامل [illegible] ... بالأشكال المبينة أعلاه.

٦- الموافقة على [illegible] ...

٧- [illegible] ... ١٠ مليون دولار أمريكي ... [illegible]

٨- التفويض للسيد رئيس مجلس الإدارة والعضو المنتدب ... [illegible]

٩- [illegible] ... رئيس مجلس الإدارة ... [illegible]

... مديري الشركة المصدرة.

وقد حضر الاجتماع السادة أعضاء مجلس الإدارة وهم:

| | |
|---|---|
| ١- السيد/ [illegible] | رئيس مجلس الإدارة والعضو المنتدب |
| ٢- السيد/ [illegible] | نائب أول رئيس مجلس الإدارة |
| ٣- السيد/ [illegible] | نائب أول رئيس مجلس الإدارة |
| ٤- السيد/ [illegible] | نائب أول رئيس مجلس الإدارة |
| ٥- السيد/ [illegible] | نائب رئيس مجلس الإدارة |
| ٦- السيد/ [illegible] | نائب رئيس مجلس الإدارة |
| ٧- السيد/ [illegible] | نائب رئيس مجلس الإدارة |
| ٨- السيد/ [illegible] | نائب رئيس مجلس الإدارة |
| ٩- السيد/ [illegible] | عضو مجلس الإدارة |
| ١٠- السيد/ [illegible] | عضو مجلس الإدارة |
| ١١- [illegible] | عضو مجلس الإدارة |
| ١٢- السيد/ [illegible] | عضو مجلس إدارة من ذوي الخبرة |
| ١٣- السيد/ [illegible] | عضو مجلس إدارة من ذوي الخبرة |

[illegible] ... رئيس مجلس الإدارة ... [illegible]

هذا الشكل في كل أو جزء من هذه الأموال وسوف تستخدم متحصلات هذا القرض من القابضة للاستثمارات المالية (ل.ذ.ج جروب) على نحو رئيسي لسداد أو ضمان المديونيات ال الشركة [illegible] رأس المال العامل لمجموعة شركات تكي ولتوسيع أعمال [illegible] التابعة للشركة القابضة للاستثمارات المالية (ل.ذ.ج جروب) وبصفة خاصة استخدام [illegible] المحصلة في:

٢- شراء المعدات الطبية للتأجير.

٣- التوسع في كل المنتجات الطبية بتركيا.

٤- التوسع في [illegible] التي تمتلكها الشركة.

وبالنظر إلى الفوائد التي سوف تعود مما سبق ذكره سوف يتطلب الأمر أن تصدر الشركة القابضة للاستثمارات المالية (ل.ذ.ج جروب) ضماناً لسداد هذه السندات التي سوف تصدر من الشركة المصدرة.

ولهذا فإنه سيعرض [illegible] الأعمال الوارد بالدعوة الموجهة للسادة أعضاء مجلس الإدارة [illegible] القرارات الآتية:

١- الموافقة على [illegible] رئيس مجلس الإدارة والعضو المنتدب [illegible] السيد/ [illegible] الشركة [illegible] شركة تابعة أو الشركة British Virgin Islands or The Cayman Islands المصدرة [illegible] مالية [illegible] الشركة القابضة للاستثمارات المالية (ل.ذ.ج جروب) [illegible]

٢- الموافقة على [illegible] الاستثمار [illegible] شركة تابعة أو الشركة British Virgin Islands or The Cayman Islands [illegible] الأعمال من جزء من [illegible] القروض المحصلة عن [illegible] التي [illegible] الشركة المصدرة.

٣- الموافقة على [illegible] الشركة القابضة للاستثمارات المالية (ل.ذ.ج جروب) في أن تقدم ضمانات [illegible] والتي سوف تصدر [illegible] الشروط الآتية:

- إجمالي مبلغ السندات التي سوف [illegible] لا يتجاوز ١٥٠ مليون دولار أمريكي
- يحدد [illegible] مجلس الإدارة.
- تاريخ [illegible] سنوات من تاريخ إصدار السندات.

٤) الموافقة على أن تقوم [illegible] لعربي [illegible] ترتيب أي تأمينات عليها ودون الـ
ـات التأمينات اللازمة [illegible] وذلك مع مراعاة أي استثناءات قد يتم الاتفاق عليها
[illegible] على الإدارة وعلى أن يكون [illegible] الصفقات التي تجري [illegible] والإ
[illegible] الأخرى [illegible] وتحويل الأموال والالتزام بالمحافظة على [illegible]
[illegible] من شروط البنك.
[illegible] يوضح لوكسمبورغ
Settlement: Depository Trust Company, Euroclear, Cedelbank [illegible]

٥) الموافقة على [illegible] التجارة والمقاولات [illegible]
للحديد [illegible] الشيم [illegible]

٦) الموافقة على أن يتم إيداع [illegible] السندات [illegible] هذه [illegible] الترخيص للسيد رئيس مجلس الإدارة والعضو المنتدب [illegible] أو السيد نائب أول رئيس مجلس الإدارة [illegible] بمبلغ ١٥٠ مليون دولار أمريكي وذلك [illegible] الوثيقة [illegible] والشروط والأوضاع والتي يقدرها [illegible] ٨) الترخيص للسيد رئيس مجلس الإدارة والعضو المنتدب [illegible] أو السيد نائب أول رئيس مجلس الإدارة [illegible] ٩) تفويض السيد رئيس مجلس الإدارة والعضو المنتدب [illegible] أو السيد نائب أول رئيس مجلس الإدارة [illegible] كافة السلطات [illegible] كافة الإجراءات وتوقيع كافة [illegible] والمستندات بما في ذلك الاتفاقية [illegible] بما في ذلك تعيين كافة [illegible] الشركات [illegible]

[illegible] العام

ل.ك.ح
جروب

[illegible] كانون [illegible]

Attachment 8

**The board meeting minute of the holding company for financial investments (L.K.H Group)**

**S.A.E That was held on Sunday coinciding**

**12/12/1999**

According to the invitation directed Mr./ Ramy Rimon Michel Lakah – the board chairman and the authorized member of the holding company for financial investments (L.K.H Group) S.A.E, to the board members to attend a meeting at the company head quarter located in 68 El Merghany St., Heliopolis – Cairo at 10 o'clock A.M on Sunday coinciding 12/12/1999 to discuss the agenda that was included in the invitation.

**The following board members attended the meeting :**

1- Mr./ Ramy Rimon Michel Lakah – the board chairman and the authorized member.

2- Mr./ Micheal Rimon Michel Lakah – the board chairman first deputy.

3- Mr./ Ramy Mostafa Fadel Ouda Basha – the board chairman first deputy.

4- Mr./ Mohamed Ali Hamza Khedr – the board chairman first deputy.

5- Mr./ Farouk Abdel Samile Hassan – the board chairman first deputy.

6- Mr./ Gamal Mohamed Anwer El Sadat – the board chairman deputy.

7- Mr./ Abdel Kader Mohamed Farid – the board chairman deputy for the investments affairs.

8- Mr./ Medhat Sobhy Michel - the board chairman deputy for the investment port falis affairs.

9- Mr./ Ismail Saleh Abdoun – the board member for the financial affairs.

10- Mr./ Samy Filib Totongy - the board member.



11- Mr./ Cairo Bank, S.A.E, which was represented by Mr./ Badawy hassan Hassanien - the board member.

12- Mr./ Becker Chance Karl - the board member and the expert of the investment relationship affairs.

13- Mr./ Merry Brian Antony – the board member and the expert of the future strategies and planning affairs.

The meeting began and was headed by Mr./ Ramy Rimon Michel Lakah – the board chairman and the authorized member, as the nominated Mr./ Mohamed Sayed Abdel Galil to be the secretary, and the attendants agreed on that nomination.

After the board had presented the issues according to the agenda that was included in the invitation directed to the board members, the following decision was taken by the end of the meeting.

Complementing the payment of the increased account in relation to the company issued capital which is amounted 350000000 EGP (three hundred and fifty million Egyptian pounds) to reach the percentage of 25% by paying an amount of 52500000 EGP (fifty two million and five hundred thousand Egyptian pounds) and paying an amount, so that the paid capital will be 12 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 (one billion, two hundred, thirty seven million, three hundred and eighty thousand Egyptian pounds) and this amount will be frozen at the bank until signing at the commercial registry.

The meeting terminated at 11 o'clock A.M on the same date.

**The secretary** **The board president**




محضر اجتماع مجلس ادارة الشركة

العالمية للاستثمارات المالية (ش.م.م جيبوتي)

المنعقد يوم الاحد الموافق ١٢/١٢/١٩٩٩.

بناء على الدعوة الموجهة من السيد / الاستاذ رامي رمسيس شبل لكي - رئيس مجلس الادارة والعضو المنتدب للشركة العالمية للاستثمارات المالية ش.م.م جيبوتي الى السادة اعضاء مجلس الادارة لحضور اجتماع بمقر الشركة بالقاهرة ٦٨ شارع ... مصر الجديدة - القاهرة في تمام الساعة العاشرة صباحاً يوم الاحد الموافق ١٢/١٢/٩٩ وذلك لمناقشة جدول الاعمال الوارد بالدعوة.

وقد حضر الاجتماع السادة الاعضاء بمجلس الادارة كلاً من:

١- السيد/ رامي رمسيس شبل لكي - رئيس مجلس الادارة والعضو المنتدب

٢- السيد/ شبل رمسيس شبل لكي - نائب أول رئيس مجلس الادارة

٣- السيد/ ... - نائب أول رئيس مجلس الادارة

٤- السيد/ ... - نائب أول رئيس مجلس الادارة

٥- السيد/ ... - نائب رئيس مجلس الادارة

٦- السيد/ ... - نائب رئيس مجلس الادارة

٧- السيد/ ... - نائب رئيس مجلس الادارة للشئون ...

٨- السيد/ ... - نائب رئيس مجلس الادارة للشئون ... والاستثمار

٩- السيد/ ... - عضو مجلس الادارة للشئون ...

١٠- السيد/ ... - عضو مجلس الادارة للشئون ...

١١- السادة/ ... ش.م.م

ويمثلها السيد/ ... - عضو مجلس الادارة

١٢- السيد/ ... - عضو مجلس الادارة من ذوي الخبرة للشئون ... الاستثمار

١٣- السيد/ ... - عضو مجلس الادارة من ذوي الخبرة للشئون التخطيط والاستراتيجيات المستقبلية.

وترأس الاجتماع السيد/ الاستاذ رامي رمسيس شبل لكي رئيس مجلس الادارة والعضو المنتدب وقام بتعيين ... سكرتير ... وقد وافق ... على هذا الترشيح

والعرض للسادة اعضاء ... الموضوعات المعروضة على جدول الاعمال الوارد بالدعوة.

... واصدر ... القرار التالي:

... الشركة والبالغة ...... ٢٥٠٠٠ جم ... بنسبة ٢٥% وذلك ...

[illegible] ثنام و[illegible] مليون جنيه مصري) أي بنسبة ٢٥٪ وذلك

بمبلغ ليصبح رأس المال [illegible] ١٠٢٧٢٨ جم (مليار ومائتان سبعة

وثلاثمائة وثمانون ألف جنيه مصري) ويستحق هذا المبلغ محولاً بالبنك طبقه لتأشير

[illegible]) حيث كانت [illegible]

[illegible]

رئيس الاجتماع

إمضاء

الشركة القابضة للاستثمارات المالية

ل.ك.ح جروب

ش.م.م قانون ٩٥ لسنة ١٩٩٢



**The board meeting minute of**

**The holding company for financial investment**

**[L.K.H Group] S.A.E**

**which was held on Saturday**

**coinciding 25/12/1999**

According to the invitation directed by Mr./ Ramy Rimon Micheal Lakah, The board chairman and the authorized member of the holding company for financial investments [L.K.H Group] S.A.E, to the board members in order to attend a meeting at the company headquarter located in 68 El Merghany St.- Heliopolis – Cairo, at 9 o'clock AM on Saturday coinciding 25/12/1999 for discussing the agenda that was include in the invitation.

The following board members attend the meeting :

1-    Mr./ Ramy Rimon Micheal Lakah – the board chairman authorized member.

2-    Mr./ Micheal Rimon Micheal Lakah – the board chairman first deputy.

3-    Mr./ Ramy Mostafa Ouda Basha – the board chair man first deputy.

4-    Mr./ Mohamed Ali Hamza Khedr – the board chairman first deputy.

5-    Mr. Farouk Abdel Samie Hassan – the board chairman first deputy.

6-    Mr./ Gamal Mohamed Anwer Elsadat – the board chairman first deputy.

7-    Mr./ Abdel Kader Mohamed Farid – the board chairman deputy for the investment affairs.

8-    Medhat Sobhy Micheal – the board chairman deputy for the investment portfolio affairs.

9-    Mr./ Ismail Saleh Abdoun – the board member for the financial affairs.



10- Mr./ Samy Filib Totongy – the board member.

11- Mr./ Cairo Bank, S.A.E represented by Mr./ Badawy Hassan Hassanien – the board deputy.

12- Mr./ Biker Chance Karl – the board member and the expert of the investment relationships.

13- Mr./ Mervy Brian Antony – the board deputy and the expert of the future strategies and planning affairs.

The meeting began and headed by Mr./ Ramy Rimon Micheal Lakah – the board chairman and the authorized member, as he nominated Mr./ Mohamed Sayed Abdel Galil to be the session secretary, and the attendants accepted that unanimously, and after presenting the whole issues that were imposed in accordance with the agenda that was included in the invitation directed to the board members, and the following decision was taken by the end of the meeting.

The board agreed, after concluding the increase of the company capital by an amount of 350000000 EGP [three hundred and fifty million Egyptian pounds], in condition of making a deposit of 140000000 EGP [one hundred and forty million Egyptian pounds], at Cairo Bank, for a term of one week, within seven days from its date at most, this deposit should be a guarantee for Cairo Bank to pay the bonds that were presented by the company for the general subscription, as well as, authorizing the Bank to liquidize the deposit and paying the bonds on its due date.

The meeting was terminated at ten o'clock AM on the same date.

| **The session secretary** | **The meeting president** |
|---|---|
| **Mohamed Sayed Abdel Galil** | **Ramy Rimon Micheal Lakah** |

El-Zini Center
Tel. 2912824
Certified
Translation
C.R. 327550
0105752490
86, El-Merghany St.
Heliopolis

محضر اجتماع مجلس ادارة [illegible]

التابعة للاستثمارات [illegible] (ابو ظبي جروب)

المنعقد [illegible] ٢٥/١٢/١٩٩٩

بناء على الدعوة الموجهة من السيد [illegible] رئيس مجلس الادارة والعضو المنتدب للشركة [illegible] الى السادة اعضاء مجلس الادارة بحضور [illegible] بمقر الشركة الكائن [illegible] مصر الجديدة - القاهرة في تمام الساعة [illegible] صباحاً يوم السبت الموافق ٢٥/١٢/١٩٩٩ وذلك لمناقشة جدول الاعمال الوارد بالدعوة.

[illegible] اعضاء مجلس الادارة كل من:

١- السيد [illegible] — رئيس مجلس الادارة والعضو المنتدب
٢- السيد [illegible] — نائب أول رئيس مجلس الادارة
٣- السيد [illegible] — نائب أول رئيس مجلس الادارة
٤- السيد [illegible] — نائب أول رئيس مجلس الادارة
٥- السيد [illegible] — نائب رئيس مجلس الادارة
٦- السيد [illegible] — نائب رئيس مجلس الادارة
٧- السيد [illegible] — نائب رئيس مجلس الادارة للشئون [illegible] استثمار
٨- السيد [illegible] — نائب رئيس مجلس الادارة للشئون [illegible]
٩- السيد [illegible] — عضو مجلس الادارة للشئون المالية
١٠- السيد [illegible] — عضو مجلس الادارة
١١- السيد [illegible] — عضو مجلس الادارة
١٢- السيد [illegible] — عضو مجلس الادارة من ذوي الخبرة لشئون علاقات الاستثمار
١٣- السيد [illegible] — عضو مجلس الادارة من ذوي الخبرة لشئون التخطيط والاستراتيجيات المستقبلية

وقد بدأ الاجتماع [illegible] رئيس مجلس الادارة والعضو المنتدب حيث [illegible] الحاضرين بالاجماع على هذا الترشيح وبعد ذلك [illegible] جدول الاعمال الوارد بالدعوة [illegible] القرار التالي

وافق المجلس [illegible] زيادات في رأس مال الشركة في حدود مبلغ ٣٠٠......... م (ثلاثمائة مليون)

[illegible]

[illegible]

[illegible]

[illegible]

[illegible] الوديعة

[illegible]

[illegible] اليوم

امين سر [illegible]

[illegible]