Attachment 9

**The board meeting minute**
**Of the holding company for financial investment**
**(L.K.H group) S.A.E,**
**Which was held on Thursday coinciding 10/2/2000**

According to the invitation that was directed by Mr./ Ramy Rimon Micheal Lakah- the board chairman and the authorized member of the – holding company for financial investments (L.K.H group) S.A.E, to the board members, in order to attend the board meeting that would be held at the company head quarter located in 68 El Merghany St., Heliopolis – Cairo at 9A.M on Thursday coinciding 10/2/2000, for the discussion of the following issues.

The approval on selling some of the company assets related to the Arab factory for iron S.A.E (one of the subsidiary companies related to the holding company for financial investments L.K.H group) in condition of determining the sale value according to the equitable market value of the sold assets in accordance with what was mentioned in the memorandum done on 8/12/199 of the exporting company and some of the subsidiary companies relating to the holding company, including the Arab factory for iron as a guarantor, and the bank of new tour trustee in which bonds were deposited, these bonds are due in 2004 to the exporting company which is located in the British Vingin Islands.

The meeting was held in the determined place and time, and the following members attended it :

1- Mr./ Ramy Rimon Michel Lakah – the board chairman and the authorized member.

2- Mr./ Michel Rimon Michel Lakah – the board chairman first deputy.

3- Mr./ Ramy Mostafa Fadel Ouda Basha – the board chairman first deputy.

El-Zini Center
Certified Translation
C.R. 327560
Tel. 2912824
0105752490
86, El-Merghany St. Heliopolis

4- Mr./ Mohamed Ali Hamza Khedr – the board chairman fi deputy.

5- Mr./ Abdel Kader Mohamed Farid – the board chairman deputy.

6- Mr./ Medhat Sobhy Michael – the board chairman deputy.

7- Mr./ Ismail Saleh Abdoun – the board member as well as, Mr./ Mohamed Sayed Abdel Galil attended the meeting as the session secretary.

The meeting began and headed by Mr./ Ramy Rimon Michel Lakah, as his Excellency clarified that the Arab factory for iron, S.A.E, which is considered one of the subsidiary companies of the holding company for financial investments (L.K.H Group), had made a great effort in the serious negotiation that were carried out with Egypt Group company for steel, concerning the sale of some of the factory assets which are represented in the land on which the factory was built at the industrial zone A3, the tenth of Ramadan city, as well as some of the equipments, industrial establishments and the civil constructions which were built on it.

The board chairman confirmed that the sold assets would be priced according to what was clarified in relation to the equality of these value with the equitable market value of the assets, he clarified also that the offer which was presented by the purchasing company, or any other purchase offers should be accepted by the Cairo Bank, as a guarantor of the whole value of the bonds that were issued by the Arab factory for iron and were due in 2005.

He also clarified that the Arab factory for iron would keep the ownership of the shares relating to the project of Sharq Al Tafria – East of port Said whose area is one million $m^2$, and it was allocated to establish the project of the sponge iron.

The board chairman has distributed the evaluation (pricing) reports of the Arab factory for iron, on which he clarified the evaluation of the sold assets, to the whole members that were attending the meeting. Upon discussing what was presented by the board chairman with the members, the following decision were taken by the end of the meeting:



**First** : The approval of selling the assets, that are owned by the Arab factory for iron and clarified at the beginning of this minute, to Egypt Group company for steel S.A.E.

**Second** : This sale would be done in accordance with the equitable market value which was mentioned at the beginning of this minute.

**Thirdly** : The Arab factory for steel would keep its own shares in the Arab factory for iron products, and it would be the owner of the Arab factory for the sponge iron, at the East of port Said (Sharq Al Tafria).

**Fourthly** : The authorizing of Mr./ Ramy Rimon Micheal Lakah – the board chairman of the holding company for financial investments (L.K.H group) to carry out all of the necessary procedures to execute the board decisions, and to sign al of the necessary documents and contracts including the witness of the two board members which is required according to the memorandum that was done on 8/12/1999.

**Fifthly** : The approval of the whole board member who have the right of the company representation and signing for it before any authority concerning what was mentioned in this minute including all of its details, and they would certify that they wouldn't object, in the future, on the procedures of selling the assets of the Arab factory for iron to Egypt Group company for steel

Then the meeting was terminated at 10:30 A.M on the some date.

**The secretary** **The meeting president**



محضر اجتماع مجلس الإدارة

الشركة القابضة للاستثمارات المالية (ل.ك. لشركة ج جروب) ش.م.م

المنعقد يوم الخميس الموافق ١٠/٢/٢٠٠٠

بناءً على الدعوة الموجهة من السيد الأستاذ/ راجي [illegible] رئيس مجلس الإدارة للشركة القابضة للاستثمارات المالية (ل.ك. لشركة ج جروب) ش.م.م إلى السادة أعضاء مجلس الإدارة لحضور اجتماع مجلس الإدارة المقرر عقده في مقر الشركة الكائن في ٦٨ شارع الميرغني - مصر الجديدة - في تمام الساعة الثامنة صباح يوم الخميس الموافق ١٠/٢/٢٠٠٠ وذلك لبحث الموضوعات الآتية:

الموافقة على بيع بعض أصول شركة الصلب العربي للحديد ش.م.م (إحدى الشركات التابعة للشركة القابضة للاستثمارات المالية (ل.ك. لشركة ج جروب)) على أن يتم البيع بالقيمة السوقية العادلة للأصول المباعة وطبقاً لما [illegible] من البنك [illegible] بتاريخ ٨/١٢/١٩٩٩ لشركة [illegible] وبعض الشركات التابعة للشركة [illegible] شركة الصلب العربي للحديد كضامن [illegible] وبنك [illegible] نيويورك [illegible] في عام ٢٠٠٤م للشركة [illegible] British Virgin Islands [illegible]

وقد اكتمل النصاب القانوني [illegible] بحضور كل من السادة:

١- السيد/ راجي [illegible] رئيس مجلس الإدارة والعضو المنتدب.
٢- السيد/ [illegible] نائب أول رئيس مجلس الإدارة.
٣- السيد/ [illegible] مصطفى [illegible] نائب أول رئيس مجلس الإدارة.
٤- السيد/ محمد [illegible] نائب أول رئيس مجلس الإدارة.
٥- السيد/ عبد القادر [illegible] نائب رئيس مجلس الإدارة.
٦- السيد/ [illegible] نائب رئيس مجلس الإدارة.
٧- السيد/ إسماعيل [illegible] عضو مجلس الإدارة.

لحضور الاجتماع السيد/ [illegible] أمين سر الجلسة.

وقد بدأ الاجتماع برئاسة السيد/ [illegible] رئيس المجلس حيث أوضح سيادته أن شركة الصلب العربي للحديد ش.م.م (إحدى الشركات التابعة للشركة القابضة للاستثمارات المالية (ل.ك. لشركة ج جروب)) قد [illegible] مع شركة [illegible] للصلب [illegible] ببيع بعض أصول المصنع [illegible] المصنع بالمنطقة الصناعية A بمدينة العاشر من رمضان [illegible] على هذه الأراضي.

ويؤكد السيد رئيس مجلس الإدارة أن الأصول المباعة سوف يتم تقديرها [illegible] طبقاً لما [illegible]

[illegible] حتى القيد بالقيمة السوقية العادلة للأصول شاملاً أو ضمن سيادته ان العرض المقدم من [illegible] الشريف وأي جهة أخرى تتقدم بعروض للشراء [illegible] ثلث القاهرة [illegible] هذا العرض لضمان [illegible] شركة المصنع العربي للحديد [illegible]

[illegible] شركة المصنع العربي للحديد [illegible] مشروع [illegible] والحصول [illegible] مشروع الحديد [illegible]

[illegible] شركة المصنع العربي للحديد والصلب [illegible] كافة اعضاء المجلس الحاضرين.

[illegible] رئيس المجلس [illegible] أعضاء المجلس [illegible] اجتماع [illegible]

[illegible] الأصول المملوكة لها [illegible] هذا المحضر [illegible]

[illegible] المحضر [illegible] مملوكة [illegible] شركة المصنع العربي [illegible] سعيد

[illegible] شركة [illegible] اللازمة لتنفيذ قرارات المجلس والتوقيع [illegible] عضوي مجلس الإدارة [illegible] طبقاً للمذكرة المؤرخة في [illegible]

[illegible] مجلس الإدارة [illegible] تمثيل الشركة والتوقيع [illegible] تفاصيل واقرار [illegible] مستقبلاً [illegible] بيع أصول المصنع العربي للحديد لشركة مجموعة [illegible]

هذا وقد انتهى [illegible] الساعة العاشرة والنصف من صباح نفس اليوم

رئيس الاجتماع

امين السر

Attachment 9

**The board meeting minute of**
**The holding company for financial investments**
**[L.K.H Group] S.A.E**
**which was held on Sunday coinciding 13/2/2000**

According to the invitation of Mr./ Ramy Rimon Micheal Lakah – the board chairman and the authorized member of the holding company for financial investments [L.K.H Group] S.A.E, that was directed to the board members in order to attend a meeting at the company headquarter located in 68 El Merghany St. – Heliopolis – Cairo, at 4 o'clock PM on Sunday coinciding 13/2/2000 to discuss the following issue :

The sale of the plot [a piece of land] owned by the company, whose area is 150000 $m^2$ [one hundred and fifty square meters], which is located in the industrial zone A3 – The tenth of Ramadan city.

The following board members attended the meeting :

1- Mr./ Ramy Rimon icheal Lakah – the board chairman and the authorized member.

2- Mr./ Micheal Rimon Micheal Lakah – the board chairman first deputy.

3- Mr./ Ramy Mostafa Fadel Ouda Basha – the board chairman first deputy.

4- Mr./ Mohamed Ali Hamza Khedr – the board chairman first deputy.

5- Mr./ Abdel Kader Mohamed Farid – the board chairman first deputy for investments affairs.

6- Mr./ Medhat Sobhy Micheal – the board chairman first deputy for the investment portfolio.

7- Mr./ Ismail Saleh Abdoun – the board member for the finacial affairs.

The meeting began and headed by Mr./ Ramy Rimon Micheal Lakah – the board chairman and the authorized member, and he nominated Mr./ Mohamed Sayed Abdel Galil to be the session secretary, and



the attendants agreed unanimously on that nomination, and after the whole issues were presented by board according to the agenda that was included in the invitation directed to the board members, and the following decisions were taken by the end of the meeting :

**First :**

Accepting the purchase offer that was presented by Egypt Group Company for steel, concerning the plot [the piece of land] located in the industrial zone A3 – the tenth of Ramadan city – El Sherif division – ElSharqya governorate, whose area is 150000 $m^2$ [one hundred and fifty thousand square meter], under the deficit and increase, the plot that is owned by the holding company for the financial investments [L.K.H Group] S.A.E.

**Second :**

The authorizing of Mr./Ramy Rimon Micheal Lakah – the board chairman and authorized member, to sign the sale contract, the delivery minute, the price collecting and concluding the whole procedures, as well as, signing the necessary documents relating to this issue before the whole administrative authorities, and he has the right to authorize the others in part/all of what was mentioned.

Then, the minute authorized Mr./ Hany Ali Mahmoud to carry out the documentation at the notary documentation authority.

The meeting was terminated at 5 o'clock PM on the same date.

| **The secretary** | **The meeting president** |
|---|---|
| **Mohamed Abdel Galil** | **Ramy Rimon Micheal Lakah** |

El-Zini Center
Certified
Translation
C.R. 327560
86, El-Merghany St.
Heliopolis
Tel. 2912824
0105752490

محضر اجتماع مجلس الإدارة

لشركة القاهرة للاستثمارات البترولية (ش.م.م) [illegible]

المنعقد يوم [illegible] الموافق ١٢/١٠/٢٠٠٠

[illegible] رئيس مجلس الإدارة والعضو المنتدب للشركة القاهرة [illegible] البترولية [illegible] عضو مجلس الإدارة [illegible] لشركة [illegible]

[illegible]

رئيس مجلس الإدارة والعضو المنتدب

نائب اول رئيس مجلس الإدارة

نائب اول رئيس مجلس الإدارة

نائب اول رئيس مجلس الإدارة

نائب رئيس مجلس الإدارة [illegible]

نائب رئيس مجلس الإدارة [illegible]

عضو مجلس الإدارة [illegible]

[illegible] رئيس مجلس الإدارة والعضو المنتدب [illegible] الترشيح [illegible]

[illegible] السادة [illegible] البترولية

اولاً: [illegible] القضاء [illegible] الشركة [illegible] (المملوكة [illegible])

ثانياً: [illegible] رئيس مجلس الإدارة والعضو المنتدب [illegible] وتوقيع كافة [illegible]

... اللازمة لهذا الشأن امام كافة الجهات الادارية، وله الحق في توكيل الغير في كل أو بعض [illegible]

وتم تفويض المصرف السيد [illegible] [illegible] الى التوقيع [illegible] المصرف [illegible] [illegible] الكثيرة [illegible] والتوقيع.

هذا وقد انتهى الاجتماع في تمام الساعة الحادية عشر من نفس اليوم.

أمين سر الجلسة

[illegible]

(توقيع)

رئيس الاجتماع

[illegible]

(توقيع)

Translation

Attachment 9

**Minutes of the Board of Directors Meeting**

**THE HOLDING INVESTMENT COMPANY "LAKAH GROUP" (L.K.H. GROUP), EGYPTIAN JOINT STOCK COMPANY Held on Tuesday the 21st of March-2000**

1. Upon the invitation of Mr. Ramy Remon Michele Lakah, the Chairman and Managing Director of The Holding Investment Company "Lakah Group" (L.K.H. Group), Egyptian Joint Stock Company, forwarded to the shareholders to attend a meeting held in the company headquarters, the board of directors meeting was held at 09:00 AM, Tuesday the 21st of March-2000, location: 68 Merghany St., Heliopolis Cairo

The board members attended the meeting:

| | |
|---|---|
| 1. Mr. Ramy Remon Michele Lakah | Chairman and Managing Director, |
| 2. Mr. Michele Remon Michele Lakah | Vice Chairman and Managing Director, |
| 3. Mr. Ramy Moustafa Fadel Oudapacha | First Vice Chairman of the Board |
| 4. Mr. Farouk Abdel Samiee Hassan Mohamed | Vice Chairman |

**Heliopolis Business Center** hereby certifies that this English translation is an exact and true translation of the attached Arabic copy.

Sedika Abu Sula

Translation date: June 27, 2007

Heliopolis Business Center
Certified Translation Office
88 Merghany St. Suite no. 3
(202) 29 131 76 / 010 18 999 69

Translation

| | |
|---|---|
| 5. Mr. Abdel Kader Mohamed Faried | Vice Chairman for Investment Affairs |
| 6. Mr. Ismaiel Saleh Abdoun | board member for Financial Affairs |
| 7. Mr. Backer Chancey Carl | Board Member, experienced member for Investment Relations Affairs |

The meeting started presided by Mr. Ramy Remon Michele Lakah, Chairman & Managing Director. He nominated Mr. Mohamed Sayed Abdel Gelliel as the session secretary and the attendees approved the nomination.

Upon reviewing all the items of the agenda, the board issued the following resolutions with the unanimity of votes:

approving the redistribution of the specialties among the following board of Directors members as follows:

| | |
|---|---|
| 1. Mr. Ramy Remon Michele Lakah | Chairman and Managing Director, |
| 2. Mr. Michele Remon Michele Lakah | First Vice Chairman for Financial Affairs |
| 3. Mr. Ramy Moustafa Fadel Oudapacha | First Vice Chairman of the Board |
| 4. Mr. Mohamed Aly Hamza Khiedr | First Vice Chairman of the Board |
| 5. Mr. Farouk Abdel Samiee Hassan | Vice Chairman |

**Heliopolis Business Center** hereby certifies that this English translation is an exact and true translation of the attached Arabic copy.

Sadika AbuSada

Translation date: June 27, 2007

Heliopolis Business Center
Certified Translation Office
88 Merghany St. Suite no. 3
(202) 29 131 76 / 010 18 999 69

Translation

| | |
|---|---|
| 6. Mr. Gamal Mohamed Anwar Al-Sadat | Vice Chairman |
| 7. Mr. Abdel Kader Mohamed Faried | Vice Chairman for Investment Affairs |
| 8. Mr. Medhat Soubhi Mickhaiel | Vice Chairman, for Investment Portfolio Affairs |
| 9. Mr. Ismaiel Saleh Abdoun | Board Member, |
| 10. Mr. Samy Philip Toutounji | Board Member, |
| 11. Cairo Bank SAE, represented by Mr. Badawi Hassan Hassanien | Board Member, |
| 12. Mr. Backer Chancey Carl | Board Member, experienced member for Investment Relations Affairs |
| 13. Mr. Murphy Brian Anthony | Board Member, experienced member for Planning and Future Strategies Affairs |

The meeting was concluded at 10:00 AM, same date

**Secretary**

**Chairman**
**Ramy Remon Michele Lakah**

**Heliopolis Business Center** hereby certifies that this English translation is an exact and true translation of the attached Arabic copy.

Sedika Abu Seda

Translation date: June 27, 2007

Heliopolis Business Center
Certified Translation Office
88 Merghany St. Suite no. 3
(202) 29 131 76 / 010 18 999 69

محضر اجتماع مجلس إدارة

الشركة القابضة للاستثمارات المالية (ل.ك.ج جيروب) ش.م.م

يوم الثلاثاء الموافق ٢١/١٢/٢٠٠٣

بناء على الدعوة الموجهة من السيد رئيس مجلس الإدارة والعضو المنتدب إلى السادة أعضاء مجلس إدارة الشركة القابضة للاستثمارات المالية (ل.ك.ج جيروب) ش.م.م لحضور اجتماع بمقر الشركة وذلك في تمام الساعة [illegible] يوم الثلاثاء الموافق ٢١/١٢/٢٠٠٣ بالعنوان ٦٨ شارع الميرغني - مصر الجديدة - القاهرة.

وقد حضر الاجتماع السادة أعضاء مجلس الإدارة وهم:

١- السيد/ رامي ريمون ميشيل لكح — رئيس مجلس الإدارة والعضو المنتدب

٢- السيد/ ميشيل ريمون ميشيل لكح — نائب رئيس مجلس الإدارة

٣- السيد/ رامي مصطفى كامل أبو [illegible] — نائب أول رئيس مجلس الإدارة

٤- السيد/ فاروق عبد السميع [illegible] محمد — نائب رئيس مجلس الإدارة

٥- السيد/ عبد القادر محمد فريد — نائب رئيس مجلس الإدارة للشئون الاستثمار

٦- السيد/ إسماعيل صالح [illegible] — عضو مجلس الإدارة للشئون المالية

٧- السيد/ [illegible] — عضو مجلس الإدارة [illegible] للشئون [illegible] الاستثمار

وقد ترأس الاجتماع [illegible] السيد/ رامي ريمون ميشيل لكح رئيس مجلس الإدارة والعضو المنتدب حيث رشح [illegible] السيد/ [illegible] أمين سر الجلسة [illegible] وقد وافق الحاضرون على هذا الترشيح بالإجماع

وقد [illegible] المجلس [illegible] الموضوعات المعروضة عليه [illegible] في جدول أعماله القرار التالي :-

الموافقة على [illegible] بعض السادة أعضاء مجلس إدارة الشركة على النحو التالي :-

١- السيد/ رامي ريمون ميشيل لكح — رئيس مجلس الإدارة والعضو المنتدب

٢- السيد/ ميشيل ريمون ميشيل لكح — نائب أول رئيس مجلس الإدارة للشئون المالية

٣- السيد/ رامي مصطفى كامل أبو [illegible] — نائب أول رئيس مجلس الإدارة

٤- السيد/ محمد علي [illegible] — نائب أول رئيس مجلس الإدارة

٥- السيد/ فاروق عبد السميع [illegible] — نائب رئيس مجلس الإدارة

٦- السيد/ جمال محمد أبو [illegible] — نائب رئيس مجلس الإدارة

٧- السيد/ عبد القادر محمد فريد — نائب رئيس مجلس الإدارة لشئون الاستثمار

٨- السيد/ [illegible] — نائب رئيس مجلس الإدارة لشئون محفظة الاستثمار

٩- السيد/ إسماعيل صالح [illegible] — عضو مجلس الإدارة

١٠- السيد/ [illegible] — عضو مجلس الإدارة

١١- السادة/ [illegible] ش.م.م

وبحضور السيد/ بدوي [illegible] — عضو مجلس الإدارة.

١١- السيد/ بيكي تشانسي كارك — عضو مجلس الإدارة ومسؤول الجزء لشؤون العلاقات الدولية

١٢- السيد/ يوسف إبراهيم القطروني — عضو مجلس الإدارة ومسؤول الجزء لشؤون التخطيط الاستراتيجي والمستقبليات.

هذا وقد انتهى الاجتماع في تمام الساعة العاشرة من صباح نفس اليوم

أمين سر المجلس — رئيس الاجتماع

رامي رضوان ميشيل كي

# Attachment 9

(see also attachment 8)