**Attachment No. 10**

### The board meeting minute of
### The Arab factory for iron S.A.E
### Which was held on Sunday coinciding
### 27/6/1999

According to the invitation of Mr./ Mohamed Belal Ali Dabah – the board chairman of the Arab factory for iron S.A.E – to the board members in order to attend a meeting at the company headquarter to discuss all of the issues that were included in the agenda.

The meeting was held at 9 o'clock AM on Sunday coinciding 27/6/1999 at the company headquarter located in the industrial zone A3, in the tenth of Ramadan city.

The following board members attended the meeting :

1- Mr./ Mohamed Belal Ali Dabah – the board chairman and the authorized member.
2- Mr./ Lotfy Antwan Lotfy Laham – the board chairman deputy.
3- Mr./ Farouk Sloiman Abdel Fatah Aleem – the board member.
4- Mr./ Mohamed sheriff Farag Amin – the board member.
5- Mr./ Hassan Ibrahim Mohamed Diab – the secretary, attended the meeting.

After the board had presented the whole issues included in the agenda, the following decisions were taken by the end of the meeting :

The right of signing on behalf of the company at the whole banks, as well as, signing the purchase and sale contracts, …. Etc, by the name of the company and for the purposes of the company before the notary and documentation authority, the governmental official authorities, the general business sector and the private sector, and also the signing on the bank and credit facilities contracts, and the mortgage would be limited individually to Mr./ Mohamed Belal El Sayed Ali Dabah – the board chairman and the authorized member, and he is entitled to authorize the others in relation to a part or all of what was mentioned.

- The meeting was terminated at 10 o'clock AM on the same date.
- The board authorized Miss/ Hala El Meligy Al Bayoumy, to certify this minute at the companies authority, and inform all of the concerned authorities with its contents.

**The Secretary**                    **The meeting president**
                                     **Mohamed Belal El Sayed Ali Dabah**



## The board meeting minute
## The Arab factory for iron S.A.E
## That was held on Wednesday
## Coinciding 6/10/1999

According to the invitation that was directed by Mr./ Mohamed Belal El Sayed Dadah – the board chairman of the Arab factory for iron, S.A.E to the board members in order to attend the company board meeting which was held at the company headquarter located in 68 El Merghany St. – Heliopolis – Cairo, at 9 o'clock on Wednesday coinciding 6/10/1999 to discuss the following agenda :

1- The authorization of the Arab factory for iron to issue an unconditional guarantee to pay the bonds value and execute its conditions, these are the bonds that will be issued by the exporting subsidiary company, according to the following conditions :

   a) The bonds amount origin, that would be guaranteed, must not exceed 150 Million US $.

   b) The profit rate is determined subsequently by Mr./ Ramy Rimon Michel Lakah – the board chairman and the authorized member of the holding company for financial investments [L.K.H Group], or Mr./ Michel Rimon Lakah – the board chairman deputy of the holding company for financial investments.

   c) The amount will be due 5 years after the bonds issuance date.

2- The approval of the necessity of presenting an undertaking done by the company, to certify that it didn't that it didn't prepare any guarantees to the beneficiaries from the guarantee, in consideration of any exception that may be negotiated with the board chairman, and the necessity of setting some restrictions on some transactions that are carried out by the Arab factory for iron and the other concerned parties, as well as, some restrictions that are related to the incorporation and the assets transferring, and preserving some of the financial percentages, as it was clarified by the bonds conditions

The bonds registering place is Luxemburg stock market.



   Settlement : Depository trust company, Euro clear, Cedel bank.

3- The authorizing of the board chairman, or the person that is determined by him, to have the whole decisions and signing the whole agreements and documents which are suitable or necessary, from his point of view, to execute the contents of these decisions.

**The following board members attended the meeting :**

1- Mr./ Mohamed Belal Elsayed Ali Dabah – the board chairman and the authorized member.
2- Mr./ Lotfy Antwan Lotfy Laham – the board member.
3- Mr./ Farouk Soliman Abdel Fatah Aleem – the board member.
4- Mr./ Mohamed Sheriff Farag Amin – the board member.
5- Mr./ Hassan Ibrahim Mohamed Diab – the board member.

As well as, Mr./ Nader Wadie Ragheb – the secretary.

The meeting began and was headed by Mr./ Mohamed El Sayed Ali Dabah – the board chairman, and he explained that the holding company for financial investments [L.K.H Group] would establish a subsidiary company or more in a foreign legal state which will be referred to as the issuing subsidiary company for the purpose of issuing some securities with debts whose collected amount will be allocated to be deposited in a banking institution, and this banking institution will allocate its outcome and profits to be a mortgage for guaranteeing the loan that will be presented by it to the holding company by its turn will lend a part of the loan outcome to the Arab factory for iron in order to extend its activity and pay some of its liabilities and for other general purposes.

Considering the profits resulted from this transaction, the Arab factory for iron is required to issue a guarantee to pay the bonds value that will be issued by the subsidiary issuing company.

After the council had presented the whole issue according to the agenda that was included in the invitation directed to the board members, the following decisions were taken by the end of meeting.

1- The approval on authorizing the Arab factory for iron to issue an unconditional guarantee for paying the bonds value and executing its conditions, and these are the bonds that will be



El-Zini Center
Tel. 2912824
Certified Translation
C.R. 327560
0105752490
86, El-Merghany St. Heliopolis

issued by the subsidiary issuing company, in accordance with the following conditions:

- The bonds amount origin that will be guaranteed must not exceed 150 million US $.
- The profit rate will be determined subsequently by Mr./ Ramy Rimon Michel Lakah – the board chairman and the authorized member of the holding company for financial investments [L.K.H Group], or Mr./ Michel Rimon Michel Lakah – the board chairman deputy of the holding company for financial investment.
- The amount will be due 5 years after the bonds issuing date.

2- The approval on that the company must present an undertaking which certifies that they didn't prepare any guarantees for its liability, without granting these guarantees to the beneficiaries, in consideration of any exceptions that might be negotiated with board chairman, and there must be restrictions on some transactions which are carried out by the Arab factory for iron and the other concerned parties, and other restrictions in relation to the incorporations and the assets transferring, and preserving some of the financial percentages as it was clarified in details from the bonds conditions.

- the bonds registration place is Luxemburg stock market.
- Settlement: Depository trust company, Euro clear cedel bank.

3- The approval on authorizing the board chairman, or the person determined by him, to have the whole powers, performing the whole procedures, and signing all of the agreements and documents that are, from his point of view, suitable or necessary for executing the contents of these decisions, then the meeting was terminated at 10:30 on the same date.

**The secretary**                    **The meeting president**



# The board meeting minute of
# The Arab factory for iron S.A.E
# Which was held on Monday coinciding
# 13/3/2000

According to the invitation directed by Mr./ Mohamed Belal Elsayed Ali Dabah – the board chairman of the Arab factory for iron, S.A.E, to the board members in order to attend the company board meeting that was held at 9 o'clock on Monday coinciding 13/3/2000 at the company headquarter located in the industrial zone A3, the tenth of Ramadan city.

**The following board members attended the meeting :**

1- Mr./ Mohamed Belal Elsayed Ali Dabah – the board chairman and the authorized member.
2- Mr./ Lotfy Antwan Lotfy Laham – the board chairman deputy.
3- Mr./ Farouk Soliman Abdel Fatah Aleem – the board member.
4- Mr./ Mohamed Sherif Farag Amin – the board member.
5- Mr./ Hassan Ibrahim Mohamed Diab – the board member.

The board began the meeting and was headed by Mr./ Mohamed Belal El Sayed Ali Dabah – the board member and the authorized member, as Mr./ Nader Wadie Ragheb was appointed as a secretary for the session.

After the board had presented the whole issues included in the agenda, the following decision was issued by the end of the meeting:

**First :**

Accepting the appointment of Mr./ The holding company for financial investments [L.K.H Group] S.A.E which is represented by Mr./ Ramy Rimon Michel Lakah – the board chairman.

**Second :**

Accepting the resignations which were presented by Mr./ Mohamed Belal El Sayed Ali Dabah – the board chairman and the authorized member, as well as, Mr./ Farouk Soliman Abdel Fatah Aleem – the board member, and also Mr./ Hassan Ibrahim Mohamed Diab – the board member.



El-Zini Center
Certified Translation
C.R. 327560
Tel. 2912824
0105752490
86, El-Merghany St. Heliopolis

**Third :**

**Reconstituting the board of the company as follows :**

1. Mr. / The holding company for financial investments which is represented by Mr./ Ramy Rimon Michel Lakah – the board chairman and the authorized member.
2. Mr./ Lotfy Antean Lotfy Laham – the board chairman deputy.
3. Mr./ Mohamed Sherif Farag Amin – the board member.

**Fourth :**

The approval of limiting the right of signing on behalf of the company, at the banks to Mr./ Ramy Rimon Michel Lakah – the board chairman and the authorized member, individually, as well as, signing the purchase and sale contracts .. etc, by the name of the company and for the purpose of the company before the notary and documentation authority, the governmental official authorities, the general business sector and the private sector, and also signing the banking and credit facilities contracts and the mortgage, and he can authorize anybody to perform a part or all of what was mentioned.

The meeting was terminated at 10 o'clock on the same date.

**The meeting secretary**            **The meeting president**



محضر اجتماع مجلس ادارة
شركة المصنع المصرى للحديد ش.م.م
المنعقد يوم الأحد الموافق ٢٧/٦/١٩٩٩

بناء على دعوة السيد/ مهندس/ محمد بدرول السيد على دباغ - رئيس مجلس ادارة شركة المصنع المصرى للحديد ش.م.م
إلى السادة/ الأعضاء مجلس الإدارة لحضور اجتماع مجلس الشركة لمناقشة كافة الأمور الواردة بجدول الأعمال
تقرر انعقاد المجلس فى تمام الساعة العاشرة صباحاً ليوم الأحد الموافق ٢٧/٦/١٩٩٩ بمقر الشركة بالمنطقة
الصناعية A ٣٩ بمدينة العاشر من رمضان.

حيث اجتمع السادة/ الأعضاء مجلس الإدارة وهم:

١- السيد/ محمد بدروك السيد على دباغ.        رئيس مجلس الإدارة والعضو المنتدب
٢- السيد/ الفنت أنطوان لطفى ميّاك.           نائب رئيس مجلس الإدارة
٣- السيد/ فاروق سليمان عبد الفتاح عليم.      عضو مجلس الإدارة
٤- السيد/ محمد شريف فرج أمين.                عضو مجلس الإدارة
٥- السيد/ عبد ابراهيم محمد دباغ.             عضو مجلس الإدارة

كما حضر الاجتماع السيد/ مختار العابدى مدير أمين السر.

وبعد بدء استعراض المجلس كافة الموضوعات الواردة بجدول الأعمال أصدر قرار إجماعى بإقرار كافة الأعمال
وتقرر منح التوقيع على اثر كل من السادة الثلاثة وكذلك التوقيع على عقود البيع والشراء وشروطها بما فى ذلك
بيع عقارات الشركة أمام مصلحة الشهر العقارى والتشهير والجرائد الرسمية الحكومية وكلاء الأعمال
والاطلاع الخاص وكذلك التوقيع على عقود التسهيلات الخروضة والإنتمائية والرهن لموقعها منفردا وأعلى
السيد/ محمد بدروك السيد على دباغ - رئيس مجلس الإدارة والعضو المنتدب وله توكيل الغير فى ذلك كلا أو بعضا
هذا وقد انتهى الاجتماع فى تمام الساعة العاشرة مساء صباح اليوم

وتم توقيع المجلس لأكثر/ طالب ولينى السيوى أو لاعتماد هذا المحضر من مصلحة الشركات والبنوك
كافة الجهات المعنية بما جاء به.

أمين السر                              رئيس الاجتماع
                                        محمد بدروك السيد على دباغ

محضر اجتماع مجلس إدارة
شركة المصنع العزلي للحديد ش م م
المنعقد يوم الأربعاء الموافق ٦/١٠/١٩٩٩

بناءً على الدعوة الموجهة من السيد الأستاذ/ محمد عادل السيد علي دياب – رئيس مجلس إدارة شركة المصنع العزلي للحديد ش م م إلى السادة أعضاء مجلس الإدارة لحضور اجتماع مجلس إدارة الشركة المنعقد بمقر الشركة الكائن في ٦٨ شارع المريخ مصر الجديدة – القاهرة في تمام الساعة الثانية بعد ظهر يوم الأربعاء الموافق ٦/١٠/١٩٩٩ وذلك لمناقشة جدول الأعمال التالي:

١- التفويض لشركة المصنع العزلي للحديد لإصدار ضمانة غير مشروطة لسداد قيمة السندات وتغيير شروط بعض السندات التي سوف تصدر عبر الشركة التابعة المصدرة وذلك بالشروط الآتية:

أ - أجمالى مبلغ السندات التي سيتم إصدارها لن يتجاوز ١٥٠ مليون دولار أمريكى.

ب - يحدد سعر الفائدة لدفعها مقدماً من قبل السيد رئيس مجلس الإدارة والعضو المنتدب للشركة الكائنة للاستثمارات المالية (لادنج جروب) ماريو ريمون ميشيل لتي أو السيد/ نائب أول رئيس مجلس إدارة الشركة والتابعة للاستثمارات المالية (لادنج جروب) ميشيل ريمون ميشيل لتي.

ج - تاريخ الاستحقاق و عشر سنوات من تاريخ إصدار السندات.

د - الموافقة على أن تقوم الشركة بتقديم تعويض موجب لعدم ترتيب أي تأمينات ضريبية دون أن يتم ذات التأمينات للمستفيدين عند الوفاء وذلك مع مراعاة أي استثناءات قد يتم التفاوض بشأنها مع رئيس مجلس الإدارة و على أساس يكون الضمان قيود على بعض الصفقات التي تجريها شركة المصنع العزلي للحديد والأطراف المتعلقة الأخرى و قيود أخرى شائعة في السندات و تحمل القوة و الاستثناءات بالموافقة على بعض الشئون المالية كما سيتم تعديل بعض شروط السندات مكاني قيد السندات لورصها لو صدورج:

Settlement: Depository Trust Company, Euroclear, Cedelbank.

٢- تفويض رئيس مجلس الإدارة أو من يختاره من كافة السلطات و اتخاذ كافة الإجراءات و توقيع كافة الاتفاقيات و المستندات التي على ما سبق أو اللازمة لتنفيذ و مضمون هذه القرارات.

وقد حضر الاجتماع السادة أعضاء مجلس الإدارة وهم:

١- السيد/ محمد عادل السيد علي دياب.            رئيس مجلس الإدارة و العضو المنتدب
٢- السيد/ لطفى الخواجا لطفى الخنكى.             عضو مجلس إدارة
٣- السيد/ فاروق سليمان عبد الفتاح عليم.         عضو مجلس إدارة
٤- السيد/ محمد مشرف فرج أمير.                  عضو مجلس إدارة
٥- السيد/ مسعد إبراهيم محمد دياب.              عضو مجلس إدارة

كما حضر الاجتماع السيد/ نادر ودو راتب – أمين سر الجلسة.

عبد المجيد: بناءً على إيد بشاور/ أحمد عبد المجيد لبيعها مرباح - سيتم مبلغ الإدارة وقد شرح السيد رئيس مجلس الإدارة بأن شركة القابضة للاستثمارات المالية (دي. ال. ج. جروب) سوف تقوم بتأسيس شركة تابعة أمريكية ولاية فلوريدا أجنبية بالاشتراك بالشركة التابعة المصدرة لغرض إصدار أوراق مالية بدينه يتم تخصيص حصيلتها لمراعي في مؤسسة مصرفية سوف تقوم هذه المؤسسة المصرفية بتخصيص حصيلتها وقرضها كما كرضا لصاحبه لقرضه هذه المؤسسة المصرفية إلى الشركة التابعة للاستثمارات المالية (دي. ال. ج. جروب) وستقوم الشركة القابضة بدورها بأن تقرض جزء من حصيلة هذا القرض إلى شركة المجمع العزل الجديد بغرض مد نشاطها وسداد بعض مديونيات ولتمويل أصول عاملة أخرى.

وبالنظر إلى الفوائد التي سوف تعود من هذه العملية فإنه مطلوب مد شركة المجمع العزل الحديث ش.م.م. بمقدار ضمانها لسداد قيمة السندات التي سوف تصدرها الشركة التابعة المصدرة.

وبعد أن استعرض الطلب كافة الموضوعات المعروضة عليه طلب الحضور الوارد بالدعوة بالموجب السادة أعضاء مجلس الإدارة أصدر متفق عليه إجماعاً القرارات التالية:-

1- الموافقة على التفويض لشركة المجمع العزل الحديث لإصدار ضمانها على مشروط لسداد قيمة السندات وتنظيم شروط هذه السندات التي سوف تصدرها الشركة التابعة المصدرة وذلك بالشروط التالية:-

- أجمالي مبلغ السندات والتي يجب أن يتجاوز 10 دولاراً أمريكياً.
- يحدد سعر الفائدة لاحقاً بين عضو السيد/ عضو مجلس الإدارة والعضو المنتدب للشركة القابضة للاستثمارات المالية (دي. ال. ج. جروب) رأس الرجل ممثل بأول رئيس مجلس إدارة الشركة القابضة للاستثمارات المالية (دي. ال. ج. جروب) بصفته يمثل مستشارين.
- تاريخ الاستحقاق ومدة عشر سنوات أو أكثر للسندات.

2- الموافقة على أن تقوم الشركة بتسجيل تقديم موجودة بعض ترتيب أي تأمينات لدى تسجيل دوره أو تقديم ذات التأمينات لتغطية مبدأ الضمان وذلك مع ترتيب أولوية أي احتياطات قد يتم التفاوض بشأن مع رئيس مجلس إدارة الشركة ملك أو أي تكوين ضمانات قيود على بعض الضمانات التي تجريها شركة المجمع العزل الجديد والدخول أو المعنية بهدف ورجود أي فرص ثلاثا بشأن الاندماج ونقل الأصول والتنازل بما فيه على بعض البنود المالية كما يقتضي تنفيذه مدة شروط السندات.

- مكان قيد السندات نيويورك، لكسمبورغ

- الموديع لدى:- Settlement: Depository Trust Company, Euroclear, Cedelb-ank.

3- الموافقة على تفويض رئيس مجلس الإدارة أو عضو عضو مرد من كافة السلطات واتخاذ كافة الإجراءات لتوقيع كافة الإيفاقات والمستندات التي يراها مناسبة أو لازمة لتنفيذ وتطبيق هذه القرارات هذا وقد انتهى الاجتماع حيث كان يتام الساعة العاشرة والنصف مساء صباح نفس اليوم.

أمين السر                                                        رئيس الاجتماع

محضر اجتماع مجلس ادارة
شركة المفتح العربي للحديد ش.م.م
المنعقد يوم الاثنين الموافق ١٢/١٣
٢٠٠٠م

بناءً على دعوة السيد/ عبد الملك السيد ربايع - رئيس مجلس ادارة شركة المفتح
للحديد ش.م.م الى الاعضاء مجلس الادارة لحضور اجتماع بمقر الشركة
فقد انعقد اجتماع مجلس ادارة الشركة في تمام الساعة يوم الاثنين الموافق
٢٠٠٠/١٢/١٢ بعون الله تعالى ثم افتتاح الاجتماع ٣.A - بسم الله الرحمن الرحيم
وقد حضر الاجتماع سادة اعضاء مجلس الادارة كل حسب

١- السيد/ عبد الملك السيد ربايع           - رئيس مجلس الادارة وعضو منتدب
٢- السيد/ لطفي أنور لطفي كامل           - نائب رئيس مجلس الادارة
٣- السيد/ ناروز سليمان عبد الفتاح عليم    - عضو مجلس الادارة
٤- السيد/ محمد شرف عزت حسين            - عضو مجلس الادارة
٥- السيد/ صبري ابراهيم حبرتيه           - عضو مجلس الادارة

وقبل بدء الاجتماع رحب السيد/ عبد الملك السيد ربايع - رئيس مجلس الادارة
والعضو المنتدب ثم تعيين السيد/ نادر وديع رأفت سيف ... أميناً للجلسة
ومباشرة لعرض الجدول قاعة الموضوعات المعروضة عليه والوارد جدول اعمالها أصدر في نهاية
اجتماع القرار التالي :-

اولاً : قبول تعيين ك/ا/إ/ا/ع كوكلاء للشركة استشارات للعقاري للسادة/ عم.ح.م.جرووب (س.م.م)
وعليه السيد/ رامي رعوي سيب ... وكيل لمجلس ادارة لشركة
باستشارات قبول الوكالة للسادة/ عم.ح.م.القريسي كل من السيد/ عبد الملك السيد ربايع - رئيس مجلس
الادارة والعضو المنتدب ك/ا/السيد/ ناروز سليمان عبد الفتاح عليم - عضو مجلس ادارة.
والسيد/ صبري ابراهيم كندر بناصف عضو مجلس الادارة.

ثالثاً : اسناد اعمال محاسبة اصول الشركة الى شركة النور العالمية
ل.ا.ا.ك.ا شركة القاضي وشركاه استشارات للعقارية ل.ش.ع.م.جرووب وليمثل السيد/ رامي رعوي
سيف لك - رئيس مجلس الادارة والعضو المنتدب
ج- السيد/ لطفي أنور لطفي كامل           - نائب رئيس مجلس الادارة
م- السيد/ محمد شرف عزت نفس             - عضو مجلس الادارة
رابعاً : الموافقة اللازمة للعملي الفتح العربي للحديد ولاسنوات على السنوات ورون
سيف لك - رئيس مجلس الادارة والعضو المنتدب ثم تعيين نظراً و كذلك
التوسعة على البيع والشراء وزيادة راس مال الشركة ودمج معه الشركة ان امراً معه
الى السير القطاع... والتوسعة والجرد الراهنين الكرون لكل... وانقطاع إلى من

ولذلك اتجه من عقود المعاملات المصرفية و انشائية و لم يعد ولا زال مصرفاً تركيا لغير من ذلك حد طه او بعضه.

هذا وقد اجرى الاجتماع هيئة كانت لها مثل هذا الاجتماع انتهى سر الاجتماع أي رئيس الاجتماع