Attachment 11

**MEDEQUIP TRADING & CONTRACTING**
Holding Investment Company "Lakah Group"
Member of L.L.H. Group

## Minutes of the Board of Directors Meeting

**MEDEQUIP TRADING & CONTRACTING S.A.E.
Held on Monday the 12th March-2001**

Upon the invitation of Mr. Ramy Remon Michele Lakah, the Chairman and Managing Director of MEDEQUIP Trading & Contracting S.A.E. forwarded to the shareholders to attend a meeting held in the company headquarters, the board of directors meeting was held at 9:00 AM, The 12th March-2001, at the company headquarters located at 1 Moshier Ahmed Ismaiel Street- Behind Sheraton Heliopolis – Heliopolis – Cairo.

The board members attended the meeting:

1. Mr. Ramy Remon Michele Lakah        Chairman
                                        & Managing Director
2. Mr. Wagieh Shoukry Younan            Member
3. Mr. Sherief Naguib Sharrawi          Member

---

**Heliopolis Business Center** hereby certifies that this English translation is an exact and true translation of the attached Arabic copy.

*Sedika Abu Suda*

Translation date: June 27, 2007

Heliopolis Business Center
Certified Translation Office
88 Merghany St. Suite no. 3
(202) 29 131 76 / 010 18 999 69

**Translation**

The meeting started presided by Mr. Ramy Remon Michele Lakah, Chairman & Managing Director. He nominated Mr. Mohamed Sayed Abdel Gelliel as the session secretary and the attendees approved the nomination.

Upon reviewing all the items of the agenda, the board issued the following resolutions with the unanimity of votes:

1. Ratifying the budget presented by the company for the financial statements of fiscal year 2000.

2. Forwarding an invitation to the board members, shareholders and all the concerned authorities to attend the ordinary general assembly meeting of the company at 9:00 AM, Saturday the 31st of March-2001 concluded at the company headquarters located in: 1 Moshier Ahmed Ismaiel Street- Behind Sheraton Heliopolis – Heliopolis – Cairo. The meting shall be conducted to discuss the assembly agenda.

The meeting was concluded at 10:00 Am, same date

**Secretary**
**Mohamed Sayed Abdel Gelliel**
**Chairman**
**Ramy Remon Michele Lakah**
*Singed*


Stamp

---

**Heliopolis Business Center** hereby certifies that this English translation is an exact and true translation of the attached Arabic copy.

*Sutika Abu Suda*

Translation date: June 27, 2007

Heliopolis Business Center
Certified Translation Office
88 Merghany St. Suite no. 3
(202) 29 131 76 / 010 18 999 69

**Translation**

I hereby certify that the above written is an exact and true copy of the Arab Steel Factory S.A.E. Minutes of Meeting, held on 12th of March-2001, as documented in the documented meetings proceedings. I also state that I am fully responsible for the accuracy of the document without any liability on the Stock Market or the government towards the company or others regarding the document contents.

**Chairman**            *Fayek Al-Kadi (Signed)*
**Ramy Remon Michele Lakah**
*Singed*

 

**MEDEQUIP Trading & Contracting**
Date: 12th March-2001
Upon the request of: /////,
To be presented to: **Bank**
Due fees (LE 20) were settled, invoice no. 918644, dated: 1st-April-
**First Under Secretary**
**Head of Companies' Authority**
*Signed*
**Ahmed Fouad Atta**



---

**Heliopolis Business Center** hereby certifies that this English translation is an exact and true translation of the attached Arabic copy.

*Sedika Abu Suta*

Translation date: June 27, 2007

Heliopolis Business Center
Certified Translation Office
88 Merghany St. Suite no. 3
(202) 29 131 76 / 010 18 999 69

**Translation**

ARAB STEEL COMPANY

Subsidiary of

the Holding Investment Company "Lakah Group"

## Minutes of the Board of Directors Meeting

### ARAB STEEL COMPANY S.A.E.
### Held on Monday the 12th March-2001

Upon the invitation of Mr. Ramy Remon Michele Lakah, the Chairman and Managing Director of ARAB STEEL COMPANY S.A.E. forwarded to the shareholders to attend a meeting held in the company headquarters, the board of directors meeting was held at 100 PM, The 12th March-2001, at the company headquarters located at 68 Merghany St., Heliopolis – Cairo.

The board members attended the meeting:

| | |
|---|---|
| 1. The Holding Investment Company "Lakah Group" Mr. Ramy Remon Michele Lakah | Chairman & Managing Director |
| 2. Mr. Loutfi Antoine Loutfi Leham | Vice Chairman |
| 3. Mr. Mohamed Sherief Farag Amien | Member |

The meeting started presided by Mr. Ramy Remon Michele Lakah, Chairman & Managing Director. He nominated Mr. Mohamed Sayed Abdel Gelliel as the

---

**Heliopolis Business Center** hereby certifies that this English translation is an exact and true translation of the attached Arabic copy.

*Sedika Abu Seda*

Translation date: June 27, 2007

Heliopolis Business Center
Certified Translation Office
88 Merghany St. Suite no. 3
(202) 29 131 76 / 010 18 999 69

**Translation**

session secretary and the attendees approved the nomination.

Upon reviewing all the items of the agenda, the board issued the following resolutions with the unanimity of votes:

1. Ratifying the budget presented by the company for the financial statements of fiscal year 2000.

2. Forwarding an invitation to the board members, shareholders and all the concerned authorities to attend the ordinary general assembly meeting of the company at 4:00 PM, Saturday the 31st of March-2001 concluded at the company headquarters located in: 68 Merghany St., Heliopolis – Cairo.. The meting shall be conducted to discuss the assembly agenda.

The meeting was concluded at 8:00 PM, same date

**Secretary**

**Mohamed Sayed Abdel Gelliel**

**Chairman**

**Ramy Remon Michele Lakah**

*Singed*



Heliopolis Business Center hereby certifies that this English translation is an exact and true translation of the attached Arabic copy.

Translation date: June 27, 2007

Heliopolis Business Center
Certified Translation Office
88 Merghany St. Suite no. 3
(202) 29 131 76 / 010 18 998 54

Translation

I hereby certify that the above written is an exact and true copy of the Arab Steel Factory S.A.E. Minutes of Meeting, held on 12th of March-2001, as documented in the documented meetings proceedings. I also state that I am fully responsible for the accuracy of the document without any liability on the Stock Market or the government towards the company or others regarding the document contents.

**Chairman**  *Fayek Al-Kadi (Signed)*
**Ramy Remon Michele Lakah**
*Singed*



**Arab Steel Company**
Date: 12th March-2001
Upon the request of: /////,
To be presented to: ////
Due fees (LE 20) were settled, invoice no. 918643, dated: 1st-April-2001
**First Under Secretary**
**Head of Companies' Authority**
*Signed*
**Ahmed Fouad Atta**

---

**Heliopolis Business Center** hereby certifies that this English translation is an exact and true translation of the attached Arabic copy.

Translation date: June 27, 2007

Heliopolis Business Center
Certified Translation Office
88 Merghany St. Suite no. 3
(202) 29 131 76 / 010 18 999 69

Translation

TRADING MEDICAL SYSTEM EGYPT
Subsidiary of the
Holding Investment Company "Lakah Group"
"L.L.H. Group"

## Minutes of the Board of Directors Meeting

### TRADING MEDICAL SYSTEM EGYPT S.A.E.
### Held on Monday the 18th June-2001

Upon the invitation of Mr. Ramy Remon Michele Lakah, the Chairman and Managing Director of Trading Medical System Egypt S.A.E. forwarded to the shareholders to attend a meeting held in the company headquarters, the board of directors meeting was held at 11:00 AM, The 18th June-2001, at the company headquarters located at 86 Merghany St., Heliopolis - Cairo.

The board members attended the meeting:

| | |
|---|---|
| 1. The Holding Investment Company "Lakah Group" Represented by: Mr. Ramy Remon Michele Lakah | Chairman & Managing Director |
| 1. Mr. Ahsraf Adley Gadallah | Vice-Chairman |
| 2. Mr. Hany Youssef Habib | Member |

---

**Heliopolis Business Center** hereby certifies that this English translation is an exact and true translation of the attached Arabic copy.

*Sudika Abu Suda*

Translation date: June 27, 2007

Heliopolis Business Center
Certified Translation Office
88 Merghany St. Suite no. 3
(202) 29 131 76 / 010 18 999 69

**Translation**

The meeting started presided by Mr. Ramy Remon Michele Lakah, Chairman & Managing Director. Mr. Mahmoud Al-Sayed Khalil was appointed as the session secretary.

Upon reviewing all the items of the agenda, the board issued the following resolutions:

1. Accepting the resignation presented by Mr. Ahsraf Adley Gadallah, vice-chairman

2. Accepting the appointment of Mr. Michele Remon Remon Lakah, as vice-chairman

3. Restructuring the company board of directors as follows:

    a. The Holding Investment Company "Lakah Group", Represented by: Mr. Ramy Remon Michele Lakah, the Chairman and Managing Director

    b. Mr. Michele Remon Michele Lakah, Vice Chairman

    c. Mr. Hany Youssef Habib, board member.

The meeting was concluded at 12:00 PM, same date

**Secretary**

**Meeting Chairman**
**Ramy Remon Michele Lakah**
*Singed*



---

**Heliopolis Business Center** hereby certifies that this English translation is an exact and true translation of the attached Arabic copy.

*Sadika Abu Seda*

Translation date: June 27, 2007

Heliopolis Business Center
Certified Translation Office
88 Merghany St. Suite no. 3
(202) 29 131 76 / 010 18 999 69

**Translation**

**Singed**

> **Trading Medical**
> Date: 18th-June-
> Upon the request of: /////,
> To be presented to: // **company**
> Due fees (LE 20) were settled, invoice
> no. 913007, dated //////-
> *Signed*



The board of directors

The board formation shall be presented to the soonest board meeting for ratification

Signed

28th -June-2001

Exact and True Copy

28th -June-2001

**Heliopolis Business Center** hereby certifies that this English translation is an exact and true translation of the attached Arabic copy.

*Sedika Abu Seda*

Translation date: June 27, 2007

Heliopolis Business Center
Certified Translation Office
88 Merghany St. Suite no. 3
(202) 29 131 76 / 010 18 999 69

**DEQUIP**
*Member of L.K.H group*

ميديكيب للتجارة والمقاولات
شركة تابعة للشركة القابضة للاستثمارات المالية
ل.ك.م جروب

سند قيد رقم ١١

محضر اجتماع مجلس إدارة
شركة ميديكيب للتجارة والمقاولات ش.م.م
المنعقد يوم الإثنين ٢٠٠١/٣/١٢

بناء على دعوة السيد الأستاذ / رامى ريمون ميشيل لكح - رئيس مجلس الإدارة والعضو المنتدب لشركة ميديكيب للتجارة والمقاولات ش.م.م إلى السادة / أعضاء مجلس الإدارة لحضور اجتماع بمقر الشركة ، فقد انعقد مجلس إدارة الشركة فى تمام الساعة التاسعة صباحاً يوم الإثنين الموافق ٢٠٠١/٣/١٢ بمقر الشركة الكائن (١) شارع المشير أحمد إسماعيل - خلف شيراتون هليوبوليس - مصر الجديدة - القاهرة .

وقد حضر الاجتماع السادة أعضاء مجلس الإدارة وهم :

١ - السيد / رامى ريمون ميشيل لكح       رئيس مجلس الإدارة والعضو المنتدب .
٢ - السيد / وجيه شكرى يونان           عضو مجلس الإدارة .
٣ - السيد / شريف نجيب شعراوى         عضو مجلس الإدارة .

وقد بدأ الاجتماع برئاسة السيد الأستاذ / رامى ريمون ميشيل لكح - رئيس مجلس الإدارة والعضو المنتدب حيث رشح سيادته السيد / محمد سيد عبد الجليل - أمين سر الجلسة وقد وافق الحاضرون على هذا الترشيح ، وبعد أن استعرض المجلس كافة الموضوعات المطروحة عليه والواردة بجدول الأعمال أصدر فى نهاية اجتماعه القرارات التالية بإجماع الآراء :

أولاً - إعتماد الميزانية المقدمة من الشركة عن عام ٢٠٠٠ .

ثانياً - توجيه الدعوة إلى السادة أعضاء مجلس الإدارة والسادة المساهمين وكافة الجهات المعنية لحضور اجتماع الجمعية العامة العادية للشركة فى تمام الساعة التاسعة صباحاً يوم السبت الموافق ٢٠٠١/٣/٣١ بمقر الشركة الكائن (١) شارع المشير أحمد إسماعيل - مصر الجديدة - القاهرة ، وذلك لمناقشة كافة ما يرد بجدول أعمال هذه الجمعية .

هذا وقد إنتهى الاجتماع حيث كانت الساعة العاشرة من صباح نفس اليوم .

أمين السر                                                    رئيس الاجتماع
                                                            رامى ريمون ميشيل لكح

إقرار

أقر بأن المسطر بعالية صورة طبق الأصل من محضر اجتماع مجلس إدارة شركة ميديكيب للتجارة والمقاولات ش.م.م المنعقد بتاريخ ٢٠٠١/٣/١٢ كما هو مثبت بسجل محاضر الاجتماعات الموثق بأننى مسئول مسئولية كاملة عن صحة ما ورد به وأنــه لا مسئولية على الهيئة العامة لسوق المال أو الحكومة قبل الشركة أو الغير فيما ورد به .

رئيس مجلس الإدارة
والعضو المنتدب
رامى ريمون ميشيل لكح

رأس المال المرخص به ٢٠٠ ٠٠٠ ٠٠٠ جنيه
سجل تجارى ٢٨٦٥٢١ شركات الأموال

١ شارع المشير أحمد إسماعيل- خلف شيراتون هليوبوليس - مصر الجديدة - القاهرة
ت : ٢٦٧٣١٣٠ - ٢٦٧٣١٣١ (٢٠٢) فاكس: ٢١٧٦١٢٢ (٢٠٢)
1, El Moshir Ahmed Esmaeal St., Heliopolis – Cairo.



كل إدارة
الشئون المالية

لنا المطب المصري لحسد
التاريخ ٣٠ / ٢ / ٢٠٠١
بموجب شيك ـــــــــــ بنك القاهرة
دار الجيم ات
بإيصال رقم ٧/٦٢٨٥٩ ـ بتاريخ ١ / ٤ / ـــــــ
ضوابط أوضاع
تسوية الركات
رئيس قطاع

نائع الخاص
٢١٢٢
٢٠٠١

