**Translation**

Attachment 12&16

**Ministry of Food Supplies & Home Trade**
**Commercial Registration Authority**
**Commercial Registrar Headquarters**
**Commercial Registration Office**
**Governorate: ///**

## Commercial Register Extract

**I-**

(1) a. Endorsement no. : 21881.
b. Endorsement date: 29th of November 1998.
c. Commercial register no.: 318697.

(2) a. Endorsement no. of the renewal application: ///
b. Endorsement date of the renewal application: ///
c. Date of renewal: ///

**II-** **A.**
1. Trade name: ///
2. Trade mark: ///
3. The name under which the trader manages his trade: ///

**B.**
1. Company type:_
**B- Egyptian Joint Stock Company,** subject to provisions of law no. 95/1992 and its by-laws, as per notarized signatures no. 4671H/ 1998, Heliopolis El Namozagy Notarization Office.

2. Company address or its name or the name of the cooperative society:
**The Holding Company for Financial Investments "L. K. H. Group" S.A.E..**
3. Trade mark: ///.

**C.**
The Known name of the branch: ///

**Heliopolis Business Center** hereby certifies that this English translation is an exact and true translation of the attached Arabic copy.
Translation date: June 27, 2007

Sadika Abu Seda

Heliopolis Business Center
Certified Translation Office
88 Merghany St. Suite no. 3
(202) 29 131 76 / 010 16 999 69

**Translation**

**III-**

a. The first and family name of the trader and his birthplace and date and nationality.

b. The first and family names of the partners in a partnership by share company or the partnership in commendam companies and the places and dates of birth of each of them and his/her nationality:///

c. First and family names of the partners or others responsible for the management of the company and those who have the right to signature each with his/her name and capacity his/her place and date of birth and nationality and the limit of power in management and signature: ///

d. First and family names of the board members in a joint stock company or a cooperative society and its managing agents and the title of each of them, his/her place and date of birth and nationality and the limit of power in management and signature:

| Name | Date & Place of Birth | Nationality | Capacity |
|---|---|---|---|
| **Ramy Remon Michele Lakah** | 10th of November 1963- Cairo | Egyptian | Board of Directors Member |
| **Michele Remon Michele Lakah** | 26th of May 1968- Cairo | Egyptian | Board of Directors Member |
| **Farouk Abdel Samie Hassan Mohamed** | 12th of November 1943- El Menia | Egyptian | Board of Directors Member |

**Heliopolis Business Center** hereby certifies that this English translation is an exact and true translation of the attached Arabic copy.
Translation date: June 27, 2007

Sudika Abu Suta

Heliopolis Business Center
Certified Translation Office
88 Merghany St. Suite no. 3
(202) 29 131 76 / 010 18 999 69

Article no. 30:

The Chairman, Managing Directors, and every member delegated by the company board for this purpose shall have the right to sign separately on the company name. The Board of Directors has the right to appoint on its behalf managers, or delegated agents that also have the right to sign on the company behalf whether separately or jointly.

1- **The Formation of the Board of Directors**

Mr. **Ramy Remon Michele Lakah,** the Chairman & Managing Director.

Mr. **Michele Remon Michele Lakah,** Vice – Chairman.

Mr. **Farouk Abdel Samie Hassan Mohamed,** the board of Directors member.

1- The board of directors agrees that the right to mange and sign on the company behalf and before banks is given separately to Mr. **Ramy Remon Michele Lakah,** the chairman & the Managing Director, and Mr. **Michele Remon Michele Lakah,** Vice Chairman. They have the right to sign on purchase, sell and mortgagee contracts for real estates, movables and others, under the company name and on its purpose. They also have the right to represent the company before the courts with all its degrees, the Real Estate & Notarization Authority, official governmental

**Heliopolis Business Center** hereby certifies that this English translation is an exact and true translation of the attached Arabic copy.
Translation date: June 27, 2007

Heliopolis Business Center
Certified Translation Office
88 Merghany St. Suite no. 3
(202) 29 131 76 / 010 18 899 63

entities, and before all the government authorities, before the public and private sector companies, The General Authority for Stock Market, Cairo and Alexandria Stock Exchanges. Moreover, they singly have the right to sign on Company amendment contracts, Bank facilities & credit contracts, and signing on all kinds of transaction with banks. They separately have the right to delegate others in all or part of the above.

**First:** Reformation of the Board of Directors as follows:

1- Mr. Ramy Remon Michele Lakah, the Chairman & Managing Director.

2- Mr. Michele Remon Michele Lakah, Vice – Chairman.

3- Mr. Farouk Abdel Samie Hassan Mohamed, the board of Directors member.

4- Mr. Ramy Mostafa Fadel Awda Basha, the board of Directors member.

5- Mr. Mohamed Ali Hamza Khedr, the board of Directors member.

6- Mr. Medhat Sobhy Mikhail, the board of Directors member.

7- Mr. Abdel Kader Mohamed Farid, the board of Directors member.

8- Mr. Ismail Saleh Abdoun, the board of Directors member.

9- Mr. Gamal Mohamed Anwar El Saddat, the board of Directors member.

**Heliopolis Business Center** hereby certifies that this English translation is an exact and true translation of the attached Arabic copy.
Translation date: June 27, 2007

Sadika Abu Suda

Heliopolis Business Center
Certified Translation Office
88 Merghany St. Suite no. 3
(202) 29 131 76 / 010 18 999 69

**Translation**

10- Bank du Caire, S.A.E. represented by Mr. Badawi Hassan Hussein, the board of Directors member.

11- Mr. Samy Philip Totongy, the board of Directors member.

12- Mr. Backer Chancey Carl, the board of Directors member who has experience.

13- Mr. Murphy Brian Antony, the board of Directors member who has experience.

**Second:** The board of directors approval to give signature on the company behalf and before banks to Mr. **Ramy Remon Michele Lakah,** the Chairman & the Managing Director, and Mr. **Michele Remon Michele Lakah,** Vice Chairman. They have the right to sign on purchase, sell and mortgagee contracts under the company name and on its purpose, before the Real Estate & Notarization Authority, official governmental entities, the government authorities and before the public and private sector. They have the right to sign on Bank facilities contracts, credit and mortgagee contracts. They have the right to delegate others in all or part of the above.

9- The board of directors redistributed the board of directors members as follows:

1- Mr. Ramy Remon Michele Lakah, the Chairman & Managing Director.

**Heliopolis Business Center** hereby certifies that this English translation is an exact and true translation of the attached Arabic copy.
Translation date: June 27, 2007 Sadika Abou Seda

Heliopolis Business Center
Certified Translation Office
88 Merghany St. Suite no. 3
(202) 29 131 76 / 010 18 999 69

**Translation**

2- Mr. Michele Remon Michele Lakah, First Vice – Chairman for Financial Affairs.

3- Mr. Ramy Mostafa Fadel Awda Basha, First Vice – Chairman.

4- Mr. Mohamed Ali Hamza Khedr, First Vice – Chairman.

5- Mr. Farouk Abdel Samie Hassan, Vice – Chairman.

6- Mr. Gamal Mohamed Anwar El Saddat, Vice – Chairman.

7- Mr. Abdel Kader Mohamed Farid, Vice – Chairman for Investment Affairs.

8- Mr. Medhat Sobhy Mikhail, Vice – Chairman for Investment Portfolio Affairs.

9- Mr. Ismail Saleh Abdoun, board of directors member

10- Mr. Samy Philip Totongy, board of directors member.

11- Bank du Caire, S.A.E. represented by Mr. Badawi Hassan Hussein, the board of directors member

12- Mr. Backer Chancey Carl, the board of Directors member who has experience for investment relations affairs.

13- Mr. Murphy Brian Antony, the board of Directors member who has experience for planning & future Strategic affairs.

e. First and family name of the manager of the main branch or general agency in the A.R.E. and his/her place and date of birth and nationality (if the company headquarters is abroad):///

Heliopolis Business Center
Certified Translation Office
88 Merghany St. Suite no. 3
(202) 29 131 76 / 010 18 999 69

Heliopolis Business Center hereby certifies that this English translation is an exact and true translation of the attached Arabic copy.
Translation date: June 27, 2007 Sedika Abu Seda

**Translation**

**IV-**

a. Type of trade _____

Or

b. The objective of establishing the company or the cooperative society:

Participation in establishing companies which issue securities or increasing their capital.

**V-**

A-

1. The date the trader started his business in the A.R.E.: ///
2. The date of trade license: ///

B- The date of company inauguration and expiration date, date of company trade license or the date of the Investment Authority approval:

Twenty five years starting as of the date of the company registration at the Commercial Register.

C- Date of the branch or agency inauguration: ///

**VI-**

a. Main branch address: ///

b. Company or cooperative society headquarters address:

68 Merghany St., Heliopolis, Cairo.

Heliopolis Business Center
Certified Translation Office
88 Merghany St. Suite no. 3
(202) 29 131 76 / 010 18 999 69

**Heliopolis Business Center** hereby certifies that this English translation is an exact and true translation of the attached Arabic copy.
Translation date: June 27, 2007

Sadika Abu Seda

**Translation**

c. Registration no. of the main branch or the headquarters (in case the branch is registered): ///

**VII-**

a. Addresses of all branches and the agencies affiliated with the main branch or headquarters: ///

b. Address of the branch or the agency (in case the branch or agency are registered): ///

**VIII-**

a. Delegated agents ///

b. Branch or agency manager (first and family name of each one, his/her place and date of birth and nationality)///

**IX-**

A. Invested capital in the trader headquarters, branches and affiliated agencies: ///

B. Company or cooperative society capital

1. Paid capital: ///.
2. Amounts to be paid by the partners : ///.
3. Quota of the dormant partners ///
4. Value of in-kind shares (if any)

**Heliopolis Business Center** hereby certifies that this English translation is an exact and true translation of the attached Arabic copy.
Translation date: June 27, 2007
Sadika Abu Suda

Heliopolis Business Center
Certified Translation Office
88 Merghany St. Suite no. 3
(202) 29 131 76 / 010 18 999 69

(B)

The company Licensed capital is LE. 5,000,000.00

The company issued capital is LE. 3,000,000.00, divided into 300,000.00 shares, the value of each share is LE. 10.

The paid Capital is LE. 3,000,000.00.

2-

1- The Licensed capital increased to be 5,000,000,000.00 LE.

2- The issued capital increased to be LE. 1,146,880,000.00 (Only One milliard, One hundred & forty six million, Eight hundreds & Eighty thousands Egyptian pounds).

3- The issued & paid capital is LE. 1,149,880,000.00 (Only One milliard, One hundred & forty nine millions, Eight hundreds & Eighty thousands Egyptian pounds)- fully paid.

4- The issued capital is LE. 1,499,880,000.00 (Only One milliard, four hundreds & ninety nine millions, Eight hundreds & Eighty thousands Egyptian pounds). The paid capital is L.E. 1,184,880,000.00 (Only One milliard, One hundred & Eighty four millions, Eight hundreds & Eighty thousands Egyptian pounds). The due amount is LE. 315,000,000 (Only Three hundreds & fifteen millions Egyptian pounds).

Heliopolis Business Center hereby certifies that this English translation is an exact and true translation of the attached Arabic copy.
Translation date: June 27, 2007
Sedika Abu Sesla

Heliopolis Business Center
Certified Translation Office
88 Merghany St. Suite no. 3
(202) 29 131 76 / 010 18 999 69

6- The due amount of the company increased issued capital amount to LE. 350,000,000.00 (Three hundreds & fifty millions Egyptian pounds) to the percentage of 25%, by paying an amount of LE. 52,500,000 (Only Fifty two million, five hundreds thousands Egyptian Pounds). The paid capital becomes LE. 1,237,380,000.00 (Only One milliard, two hundreds thirty seven millions, three hundreds & eighty thousands Egyptian pounds)

7- The due amount of the company increased issued capital became LE. 350,000,000.00 (Only three hundreds & fifty million Egyptian pounds), to the percentage of 65%, by paying an amount of LE. 140,000,000,.00 (Only One hundreds & forty millions Egyptian pounds). The paid capital becomes LE. 1,377,380,000.00 (Only One milliard, Three hundreds & seventy seven millions, three hundreds & eighty thousands Egyptian pound). The due amount is LE. 122,500,000.00 (Only One hundreds & twenty two millions & five hundreds thousands Egyptian pounds).

8- The due amount of the company increased issued capital became LE. 350,000,000.00 (Only three hundreds & fifty million

**Heliopolis Business Center** hereby certifies that this English translation is an exact and true translation of the attached Arabic copy.
Translation date: June 27, 2007 Sedika Abu Seda

Heliopolis Business Center
Certified Translation Office
88 Merghany St. Suite no. 3
(202) 29 131 76 / 010 18 999 69

Egyptian pounds), to the percentage of 100%, by paying an amount of LE. 122,500,000.00 (Only One hundreds & twenty two millions & five hundreds thousands Egyptian pounds). The company issued capital reaches LE. 1,499,880,000.00 (Only One milliard, four hundreds & ninety nine millions & eight hundreds & eighty thousands Egyptian pounds) - fully settled.

C. Debtor account of the branch to the company general budget ///

**X-**

a. The shops previously owned by the trader ///

b. The shops owned by the trader ///

1. Within the area covered by the office ///
2. Within the areas covered by other offices ///

**XI-**

**Registration no.:**

a. Trade marks ///

b. Patents ///

c. Graphics and industrial modules ///

Heliopolis Business Center
Certified Translation Office
88 Merghany St. Suite no. 3
(202) 29 131 76 / 010 13 [illegible]

**Heliopolis Business Center** hereby certifies that this English translation is an exact and true translation of the attached Arabic copy.
Translation date: June 27, 2007 Sedika Abu Seda

XII-

1. The financial arrangement for the marriage ///
2. Trade capacity ///
3. Every contract that dictates the termination or holding the partnership ///

XIII-

a. The rulings and statements passed to inflict seizure on the trader or to appoint a proxy or the agent for absent persons or to depose them or to relief the interdiction

b. The rulings and statements related to bankruptcy ///

c. Rulings related to recovering status ///

d. Rulings issued for divorce or physical or financial separation, rulings for giving the permission to the trader to practice trade, cancel the trade permit, or to limit his/her trading. ///

e. Rulings for separating the partners or dismissing the managers, or rulings for canceling the companies or their evoking and appointment or deposing them. ///

f. Data related to the sale of a commercial shop or its pawning as per law no. ///

**Heliopolis Business Center** hereby certifies that this English translation is an exact and true translation of the attached Arabic copy.
Translation date: June 27, 2007 Sadika Abu Seda

..eliopolis Business Center
Certified Translation Office
83 Merghany St. Suite no. 3
(202) 29 131 76 / 010 18 999 69

**Translation**

**XIV-**

**Margin:**

**Marks:**

1. Ratification no. 22105, on the 2nd of December 1998, as per the board of Directors minutes of meeting.
2. Ratification no. 22805, on the 12th of December 1998, as per the extraordinary general assembly meeting and a notarized amendment contract.
3. Ratification no. 5224, on the 24th of March 1999, as per the extraordinary general assembly meeting, and issuing four hundreds thousands notes, its value is Four hundreds millions Egyptian pounds.
4. Ratification no. 12556, on the 12th of July 1999, as per the board of Directors minutes of meeting
5. Ratification no. 15953, on the 3rd of August 1999, as per the ordinary general assembly meeting for the holding company for Financial Investments "Lakah Group" (L. K. H. Group) held on the 26th of July 1999, certified by the General Authority for Stock Market, on the 27th of July 1999.
6. Ratification no. 24190, on the 25th of December 1999, as per the board of directors minutes of meeting held on the 12th of December 1999, certified by the Stock Market Authority on the 22nd of December 1999.

**Heliopolis Business Center** hereby certifies that this English translation is an exact and true translation of the attached Arabic copy.
Translation date: June 27, 2007
Sodika Abu Seda

Heliopolis Business Center
Certified Translation Office
88 Merghany St. Suite no. 3
(202) 29 131 76 / 010 18 999 69

**Translation**

7. Ratification no. 24399, on the 28th of December 1999, as per the board of directors minutes of meeting held on the 25th of December 1999, certified by the Stock Market Authority on the 27th of December 1999.
8. Ratification no. 24525, on the 29th of December 1999, as per the board of Directors minutes of meeting, held on Monday, the 27th of December 1999, certified by the General Authority for Stock Market, on the 29th of December 1999.
9. Ratification no. 6434, on the 10th of April 2000, as per the board of Directors minutes of meeting, dated the 21st of March 2000, certified by the General Authority for Stock Market, on the 3rd of April 2000.

The applicant name: Mr. Ali El Hadari, on the ///.

Due fees were settled as per invoice no. 418423, on the 19th of February 2001.

Date of Issue: 19th of February 2001.

The Commercial Register Secretary:
*(Signed)*

5219

Certified, "Signature"
*29th of January 2001*

Heliopolis Business Center
Certified Translation Office
88 Merghany St. Suite no. 3
(202) 29 131 76 / 010

**Heliopolis Business Center** hereby certifies that this English translation is an exact and true translation of the attached Arabic copy.
Translation date: June 27, 2007 Sedika Abu Senda

الشركة العالمية للاستشارات المالية
[ ل.ك.ع جروب ]

وزارة التجارة و التموين

مصلحة التسجيل التجارى

الإدارة العامة للسجل التجارى

مكتب سجل تجارى ..............................

محافظة ..............................

مستخرج
من السجل التجارى

مصلحة التسجيل التجارى

الإدارة العامة للسجل التجارى

مكتب سجل تجارى ————

محافظة ————

| (١) | (٢) | (٣) | (٤) | (٥) | (٦) |
|---|---|---|---|---|---|
| (١) (أ) رقم الإيداع (ب) تاريخ الإيداع (ج) رقم القيد فى السجل التجارى (٢) (أ) رقـم إيـداع طلب التجديد (ب) تاريخ تقديم طلب التجديد (ج) تاريخ التجديد (١) | (أ) ١ - الإسم التجارى . ٢ - السمة التجارية ٣ - الإسم الذى يباشر به التاجر تجارته . (ب) ١ - نوع الشركة . ٢ - عنوان الشركة أو إسمها أو إسم الجمعية التعاونية ٣ - السمة التجارية (ج) السمة التجارية للفرع (٢) | ( أ ) إسم التاجر ولقبه وتاريخ ومحل ميلاده وجنسيته . (ب) أسماء وألقاب الشركاء المسئولين بالتضامن فى شركات التضامن أو التوصية وتاريخ ومحل الميلادلكل منهم وجنسيته . (ج) أسماء وألقاب الشركاء أو غيرهم المنوط بهم إدارة الشركة ومن لهم حق التوقيع بإسمها وصفة كل منهم وتاريخ ومحل ميلاده وجنسيته ومدى سلطتهم فى الإدارة والتوقيع. (د ) أسماء وألقاب أعضاء مجلس الإدارة فى شركات المساهمة أو الجمعية التعاونية ووكلائها المديرين وصفة كل منهم وتاريخ ومحل ميلاده وجنسيته ومدى سلطتهم فى الإدارة والتوقيع. (هـ) إسم ولقب مدير الفرع الرئيسي أو الوكالة العامة فى جمهورية مصر العربية وتاريخ ومحل ميلاده وجنسيته ( إذا كان المركز العام للشركة فى الخارج ) . (٣) | (أ) نوع التجارة . أو (ب) الغرض من تأسيس الشركة أو الجمعية التعاونية. (٤) | (أ) ١ - التاريخ الذى بدأ فيه التاجر أعماله التجارية بجمهورية مصر العربية ٢ - تاريخ الترخيص بمزاولة التجارة . (ب) تاريخ إبتداء الشركة وتاريخ إنتهائها وتاريخ الترخيص بمزاولة التجارة أو موافقة هيئة الاستثمار (ج) تاريخ إفتتاح الفرع أو الوكالة (٥) | (أ) عنوان المحل الرئيسى . (ب) عنوان المركز العام للشركة أو الجمعية التعاونية. (ج) رقم قيد المحل الرئيسى أو المركز العام ( فى حالة قيد الفرع ) . (٦) |
| (ج) [illegible] | (ب) [illegible] | (ج) | (ب) | (ب) | (ب) |
| ٢١٨٨١ | شركة [illegible] | [illegible] ١٩٦٣/١١/٧ القاهرة - مصرى | [illegible] | [illegible] | ٦٨ شارع [illegible] |
| ٩٨/١١/٢٩ | [illegible] ١٩٩٢ [illegible] ١٩٥ | [illegible] ١٩٦٨/٥/٢٦ القاهرة - مصرى | [illegible] | [illegible] | [illegible] القاهرة |
| ٢١٨٦٩٧ | [illegible] | [illegible] ١٩٤٣/١١/١٤ المنيا - مصرى | | | |
| | ١٩٩٨ [illegible] | [illegible] | | | |
| | [illegible] | [illegible] | | | |
| | [illegible] | [illegible] | | | |
| | [illegible] | [illegible] الإدارة | | | |
| | ٢ - [illegible] | [illegible] | | | |
| | | [illegible] | | | |
| | | [illegible] | | | |
| | | [illegible] | | | |
| | | [illegible] | | | |
| | | [illegible] | | | |
| | | [illegible] | | | |
| | | [illegible] | | | |
| | | [illegible] | | | |

| (أ) عناوين الفروع والوكالات التابعة للمحل الرئيسي أو المركز العام<br>(ب) عنوان الفرع أو الوكالة (في حالة قيد الفرع أو الوكالة). | (أ) الوكلاء المفوضون<br>(ب) مدير الفرع أو الوكالة (إسم ولقب كل منهم وتاريخ ومحل ميلاده وجنسيته). | (أ) مقدار رأس المال المستثمر في المحل الرئيسي للتاجر والفروع والوكالات التابعة له.<br>(ب) مقدار رأس مال الشركة أو الجمعية التعاونية.<br>١ - المبالغ المؤداة منه :<br>٢ - المبالغ التي تعهد الشركاء بأدائها<br>٣ - مقدار حصة الشركاء الموصين .<br>٤ - قيمة الحصص العينية ، إن وجدت ،<br>(ج) رصيد الفرع المدين للمركز العام للشركة . | (أ) المحال التي كانت للتاجر سابقاً .<br>(ب) المحال التي تكون له .<br>١ - في دائرة نفس المكتب<br>٢ - في دائرة مكاتب أخرى | رقم تسجيل :<br>(أ) العلامات التجارية<br>(ب) براءات الإختراع<br>(ج) الرسوم والنماذج الصناعية . | (أ) النظام المالي الذي حصل الزواج على مقتضاه .<br>(ب) الأهلية التجارية.<br>(ج) كل عقد يقضي بحل الشركة أو وضعها تحت التصفية . | ملاحظات<br>(١) الأحكام والقرارات الصادرة بتوقيع الحجز على التاجر أو بتعيين القامة والوكلاء عن الغائبين أو بعزلهم أو برفع الحجز .<br>(ب) الأحكام والأوامر المتعلقة بالإفلاس.<br>(ج) أحكام إعادة الإعتبار .<br>(د) الأحكام الصادرة بالطلاق أو بالتفرقة الجسمانية أو المالية والقرارات الصادرة بإعطاء الإذن للتاجر بالإتجار أو بالغائه أو الحد منه .<br>(و) أحكام فصل الشركاء أو عزل المديرين وأحكام حل الشركات أو بطلانها وتعيين المصفين أو عزلهم .<br>(ز) البيانات المتعلقة ببيع المحل التجاري أو رهنه طبقاً للقانون رقم ١١ لسنة ١٩٤٠ . | هامش |
|---|---|---|---|---|---|---|---|
| (٧) | (٨) | (٩) | (١٠) | (١١) | (١٢) | (١٣) | (١٤) |
| [illegible] | | (ب) | | | | ١- تأشير رقم ٥٠٢٢٠ في ٢/١٢/٩٨ بموجب محضر مجلس الإدارة . | |
| | | المرخص به / ٥ مليار جنيه مصري . | | | | ٢- تأشير رقم ٥٠٨٢٢ في ٢/١٢/٩٨ بموجب محضر اجتماع الجمعية العامة غير العادية بتعديل [illegible] | [illegible] |
| | | المصدر / [illegible] مليار جنيه مصري . | | | | ٣- تأشير رقم ٥٠٢٢٤ في ٢٤/٢/٩٩ بموجب محضر اجتماع الجمعية العامة غير العادية [illegible] | [illegible] |
| | | موزع على عدد [illegible] | | | | [illegible] مليون جنيه | |
| | | [illegible] جنيه مصري . | | | | ٤- تأشير رقم ١٥٠٠٦ في ١٢/٧/٩٩ بموجب محضر اجتماع مجلس الإدارة . | |
| | | المؤداه / [illegible] مليار جنيه مصري | | | | ٥- تأشير رقم ٢٩٠٢ في ٣/٨/١٩٩٩ بموجب محضر اجتماع الجمعية العامة العادية [illegible] | [illegible] |
| | | [illegible] | | | | (المعدل [illegible]) المنعقد بتاريخ ٢٦/٧/١٩٩٩ والمقدم [illegible] بتاريخ ٢٧/٧/١٩٩٩ | [illegible] ١٩٩٩ |
| | | زيادة رأس المال المرخص به إلى [illegible] مليارات | | | [illegible] | ٦- تأشير رقم ٤١٩ في ٢٠/١٢/٩٩ بموجب محضر مجلس الإدارة المنعقد بتاريخ ١١/١٢/١٩٩٩ والمقدم [illegible] | [illegible] ١٩٩٩/١٢/٢٢ |
| | | جنيه مصري | | | [illegible] | ٧- تأشير رقم ٤٢٩٩ في ٢٨/١٢/٩٩ بموجب محضر اجتماع مجلس الإدارة المنعقد بتاريخ ٢٥/١٢/١٩٩٩ | [illegible] ١٩٩٩ |
| | | [illegible] ٢,١٤٦,٨٨٠ [illegible] | | | [illegible] | والمقدم [illegible] في ٢٧/١٢/١٩٩٩ . | |
| | | [illegible] | | | [illegible] | ٨- تأشير رقم ٥٠٥٤٢ في ٢٩/١٢/١٩٩٩ بموجب محضر اجتماع مجلس الإدارة المنعقد بتاريخ [illegible] | [illegible] |
| | | [illegible] جنيه مصري | | | [illegible] | ٢٧/١٢/١٩٩٩ والمقدم [illegible] بتاريخ ٢٩/١٢/١٩٩٩ . | |
| | | [illegible] ٢,١٤٩,٨٨٠ [illegible] | | | [illegible] | ٩- تأشير رقم ٦٤٣٤ في ١٠/٤/٢٠٠٠ بموجب محضر اجتماع مجلس الإدارة [illegible] | [illegible] |
| | | [illegible] | | | | المقدم [illegible] في ٢/٤/٢٠٠٠ . | |
| | | [illegible] | | | | | |
| | | رأس المال المصدر ١٤٩٩٨٨ [illegible] | | | | | |
| | | [illegible] | | | | | |

# تابع الخانات المبينة بالصفحة السابقة

الهيئة العامة لشئون المطابع الأميرية ٢٢٢٧ س ١٩٩٩ - ٢٠٠,٠٠٠

| | |
|---|---|
| تابع رقم ... ٣ | تسيير الشركة [illegible] التوقيع على عقود [illegible] [illegible] ① السيد [illegible] ② السيد [illegible] [illegible] ③ السيد [illegible] ④ السيد [illegible] ⑤ السيد [illegible] ⑥ [illegible] ⑦ [illegible] ⑧ [illegible] [illegible] ⑨ السيد [illegible] ⑩ [illegible] ⑪ [illegible] ⑫ السيد [illegible] ⑬ السيد [illegible] [illegible] التوقيع على عقود البيع [illegible] ⑨ أصبح [illegible] |
| تابع رقم ... ٣ | [illegible] ① السيد [illegible] ② السيد [illegible] ③ السيد [illegible] ④ السيد [illegible] ⑤ السيد [illegible] ⑥ السيد [illegible] ⑦ السيد [illegible] ⑧ السيد [illegible] ⑨ السيد [illegible] ⑩ السيد [illegible] ⑪ السيد [illegible] ⑫ السيد [illegible] ⑬ السيد [illegible] |
| تابع رقم ... ٩ | جنيه [illegible] ١١٨٤٨٨ [illegible] ٣١٥ [illegible] ⑥ أصبح [illegible] رأس المال المصدر [illegible] ٣٥٠ [illegible] ٥٥٥ [illegible] رأس المال المصدر مبلغ ١٢٣٧٣٨ [illegible] مليار [illegible] ⑦ أصبح [illegible] رأس المال المصدر [illegible] ٣٥ [illegible] ٦٥٪ [illegible] ٤ [illegible] مليون جنيه مصري [illegible] رأس المال المصدر مبلغ ١٣٧٧٣٨ [illegible] مليار [illegible] ألف جنيه مصري [illegible] ٢٢٥ [illegible] ⑧ أصبح [illegible] ٣٥ [illegible] مليون جنيه مصري [illegible] ٪ [illegible] |
| تابع رقم ... ٩ | مبلغ ٢٢٢٥ [illegible] مليون [illegible] ألف جنيه مصري [illegible] رأس المال المصدر [illegible] ١٤٩٩٨٨ [illegible] مليار [illegible] مليون [illegible] ألف جنيه مصري [illegible] |
| تابع رقم ...... | |

إسم الطالب المستخرج ............ في ............ من شهر ............ سنة ٢٠٠ ............

وقد سددت الرسوم وقدرها ............ بموجب ............ في ............ من شهر ............ سنة ٢٠٠١

تحريراً في ٢٩ من شهر ١ سنة ٢٠٠١

مكتب السجل التجاري