Attachment 13 & 18

**Ministry of Commerce and Supply**
**Commercial Registration Authority**
**General Administration for Commercial Registry**
**Commercial Registry Office**
**Governorate**
**Extract of Commercial Registry**

## Extract of Commercial Registry
## Arab Steel Factory Company

| (1) | (A) |
|---|---|
| (A)Deposit number<br>(B)Deposit date<br>(C)Registration number in the commercial registry<br>(D)Deposit number of renewal request<br>(E)Date of introducing renewal request<br>(F) Renewal date | 1- Commercial name<br>2- Commercial mark<br>3- Name which the merchant practices his commerce.<br>(B)<br>1- Type of the company<br>2- Name of the company ، its name or name of the co-operative society<br>3- Commercial brand<br>(c) Commercial brand of the branch |
| (1) | (2) |
| (A)<br>370<br>11/11/97<br>556<br>Tenth | (B)<br>Egyptian shareholding company in accordance with rules of the law No. 159 of the year 1981 and its executive regulation with unofficial amendment contract upon certifying the company in the Notary.<br><br>2- Arab Steel Factory Company – Egyptian Shareholding Company.<br>3- None |



. Name of the merchant, his title, his date and place of birth and his nationality.

(B) Names and titles of the responsible partners jointing in joint liability or joint-venture companies, date and place of birth for each of them and his nationality.

(C) Names and titles of the partners or the others who are authorized for the administration of the company and who have the right of signature with its name, character of each of them, his date and place of birth, his nationality and the extent of their authority in administration and signature.

(D) Names and titles of members of the board of directors in joint-venture companies or the co-operative society, their managers' representatives, character of each of them, his date and place of birth, his nationality and the extent of their authority in administration and signature.

(E) Name and title of the main branch manager or general agency in Arab Republic of Egypt, his date and place of birth and his nationality (if the general head quarter of the company is abroad).

(3)

(C)
1-Mr./ Ramy Rimon Michel Lakah – chairman of the board of directors and deputy member 10/11/1963 Cairo – Egyptian.

2- Michel Rimon Michel Lakah – vice chairman of the board of directors and deputy member –26/5/1968 - Cairo – Egyptian.
3- Mr. Farouk Abdel Samie Mohamed – member of the board of directors 12/11/1943 El-Menia – Egyptian.
The right of signing for the company and for the banks is owned by each of :
Eng./ Ramy Rimon Michel Lakah – chairman of the board of directors and deputy member and Mr./ Michel Rimon Michel Lakah – vice chairman of the board of directors and deputy member solely and also in signing upon selling, purchasing contracts and others in the name of the company and for purposes of the company before the Notary and certification authority and formal authorities, general works sector and private sector and also signing upon banking and credit facilities contracts, mortgage. He has the right in authorizing the others in that.
Approving that Mr./ Mohamed Galal El-Sayed Ali Dabah would have the right of signing upon all banking and credit facilities contracts and all types of banking dealings for Arab Steel Factory company – Egyptian shareholding company with International Islamic Investment and Development Bank.

El-Zini Center
Certified
Translation
C.R. 327560
Tel. 2912824
0105752490
86, El-Merghany St.
Heliopolis

| (A) Type of commerce<br>Or<br>(B) Purpose of establishing the company or co-operative society.<br><br>(4) | 1. Date which the merchant starts his commercial<br>(A) works in Arab Republic of Egypt.<br>2. Date of license for practicing the commerce.<br>(B) Date of starting the company, date of its termination and date of license for practicing the commerce or approval of investment authority.<br>(C)Date of inaugurating the branch or the agency.<br><br>(5) |
|---|---|
| (B)<br>Manufacturing in general and manufacturing steel in its all types and specifications, purchasing and importing raw materials and its accessories on the purpose of manufacturing it, establishing integral industries within the limits of purposes of the company, exporting all commodities and local products, presenting technical and commercial consultations within the limits of purposes of the company. | (B)<br>Duration of the company is twenty five years starting from date of its registering in the commercial registry. |

El-Zini Center
Tel. 2912824
Certified Translation
C.R. 327560
0105752490
86, El-Merghany St. Heliopolis

| | |
|---|---|
| (A) Address of the head quarter.<br>(B) Address of the general center of the company or co-operative society.<br>(C) Number of registering the head quarter or the general center (in case of registering the branch)<br><br>(6) | (A) Addresses of branches and agencies followed to the head quarter or general center.<br>(B) Address of the branch or agency (in case of registering the branch or agency)<br><br>(7) |
| (B)<br>The building : number (4) the industrial zone A – division of Ard El-Sherif – Tenth of Ramadan city. | The Inaugurating the company branch in 68 El-Marghany street, Heliopolis, Cairo. |

El-Zini Center
Certified
Translation
C.R. 327560
Tel. 2912824
0105752490
86, El-Merghany St.
Heliopolis

| Authorized Representatives<br>(B) Manager of branch or agency (name and title of each of them, his date and place of birth and his nationality).<br>(8) | (A) Amount of the invested capital in the head quarter of the merchant, branches and agencies followed to him.<br>(B) Amount of capital of the company or co-operative society.<br>1- Amount of money paid.<br>2- Amounts of money which the partners committed paying them.<br>3- Amount of quota of silent partners.<br>4- Amount of material quotas (if found).<br>(C) Indebted branch balance to the general position of the company.<br>(9) | (A) Locations which were for the merchant previously.<br>(B) Locations which are for him.<br>1- In the circle of the same office.<br>2- In the circle of other offices.<br>(10) |
|---|---|---|
| B<br>Appointing Ahmed Mostafa Ahmed<br>3/10/1945 | 9B<br>The authorized capital : 20.000.000 L.E. (Twenty million Egyptian pounds)<br>The issued capital : 250.000 L.E. (two hundred and fifty thousand Egyptian pounds)<br>1- The paid sums : 62500 L.E. (sixty two thousand and five hundred Egyptian pounds).<br>2- The sums that the partners undertake to pay : 187500 L.E. (one hundred eighty seven thousand and five hundred Egyptian pounds). | - |

El-Zini Center
Certified
Translation
C.R. 327560
Tel. 2912824
0105752490
86, El-Merghany St.
Heliopolis

| | | |
|---|---|---|
| | **1.3.5 None**<br>2- The issued capital was completed with a sum of 187500 L.E. (one hundred eighty seven thousand and five hundred Egyptian pounds) to become the issued capital paid in full (two hundred and fifty thousand Egyptian pounds).<br>3- The issued capital was increased to 19750000 L.E. (nineteen million seven hundred and fifty thousand Egyptian pounds). That is by issuing number of 197500 shares. | |

El-Zini Center
Tel. 2912824
Certified
Translation
C.R. 327560
0105752490
86, El-Merghany St.
Heliopolis

| ...gistration No:<br>(a) Trade marks<br>(b) B- Patents<br>C- Industrial drawings and forms<br><br>(11) | A) Financial system which marriage got in accordance with it.<br>B) Commercial nationalism.<br>C) Each contract obligates freeing of the company or laying it under settlement.<br><br>(12) |
| --- | --- |
| - | - |

El-Zini Center
Certified Translation
C.R. 327560
Tel. 2912824
0105752490
86, El-Merghany St.
Heliopolis

| Remarks | |
|---|---|
| 1) Rules and resolutions issued for the signature of confiscation upon the merchant or by appointing the responsible and representatives for the absent or by separating them or by raising the confiscation.<br>B) Rules and orders concerning bankruptcy.<br>C) Rules of re-consideration.<br>D) Rules issued with divorce, bodily or financial separation and resolutions issued by giving the permission to the merchant with merchandising, canceling or restricting it.<br>E) Rules of dismissing the partners or isolating the managers and rules of freeing the companies or voiding them and appointing the settlers or separating them.<br>F) Statements concerning sale of commercial location or mortgaging it in accordance with the law No. 11 for the year 1940. | Margin |
| (13) | (14) |

1- Commercial mortgage for the behalf of National Bank of Egypt deposited with No. 43 of the year 96 on 31/8/96 and it was registered in the mortgage registry with No. 74 on 31/8/96. written on 3/11/96.

2- It was deleted the mortgage No. 74 dated 31/8/96 deleting portfolio No. 35 on 12/7/97.

3- Commercial mortgage for the behalf of Cairo Bank deposited with No. 69/99 on 13/12/99. It was registered in the mortgage registry with No. 271 Tenth of Ramadan office stated of today 22/1/2000.

4- It was deleted mortgage No. 271 on 13/12/99 with deleting portfolio No. 24/2000 stated to the office on 2/4/2000.

El-Zini Center
Certified
Translation
C.R. 327560
Tel. 2912824
0105752490
86, El-Merghany St.
Heliopolis

| | | |
|---|---|---|
| | | 1- Endorsement No. 94 on 4/3/96 in accordance with minutes of meeting of the board of directors.<br>2- Endorsement No. 122 on 23/3/96 in accordance with minutes of meeting of the board of directors dated 4/3/1996.<br>3- Endorsement No. 461 on 13/9/96 in accordance with resolution of the board of directors certified by companies authority.<br>4- Endorsement No. 1643 on 16/3/98 in accordance with minutes of meeting of ordinary general assembly on 11/3/98 certified by companies authority on 10/3/1998.<br>5- Endorsement No. 738 on 22/3/98 in accordance with minutes of meeting of ordinary general assembly.<br>6- Endorsement No. 3765 on 17/8/1998 in accordance with minutes certified by companies authority on 15/8/1998<br>7- Endorsement No. 6270 on 19/12/98 in accordance with minutes of meeting of ordinary general assembly of the company held on 12/12/98 certified by companies authority on 16/12/1998.<br>8- Endorsement No. 3369 on 23/6/1999 in accordance with minutes of meeting of ordinary general assembly of the company held on 1/6/1999 certified by companies authority on 9/6/1999.<br>9- Endorsement No. 4284 on 5/8/1999 in accordance with minutes of meeting of the board of directors of the company certified on 27/6/1999 and certified by companies authority on 29/6/1999.<br>10- Endorsement No. 6598 on 11/12/1999 in accordance with minutes of meeting of ordinary general assembly of the company held on 8/12/1999 certified by companies authority on 11/12/1999. |

El-Zini Center
Certified
Translation
C.R. 327560
Tel. 2912824
0105752490
86, El-Merghany St.
Heliopolis

| | | |
|---|---|---|
| | | 11- Endorsement No. 2063 on 20/4/2000 in accordance with minutes of meeting of the board of directors on 13/4/2000 certified by companies authority on 22/3/2000.<br><br>Commercial mortgage for the behalf of Egyptian American Bank deposited with No. 25 and was registered in the mortgage registry with No. 33 on 18/11/95 endorsement replaced by Cairo Bank and International Banking Bank instead of Egyptian American Bank in accordance with replacement contract certified with No. 1045A of the year 97 on 11/9/97 deposited with No. 46 on 17/9/97 stated to the office on 26/7/2000.<br><br>G<br><br>Commercial mortgage for the behalf of Cairo Bank deposited with No. 47. it was registered in the mortgage registry with No. 138 on 17/9/97 stated to Tenth of Ramadan office on 26/7/2000. |

El-Zini Center
Certified
Translation
C.R. 327560
Tel. 2912824
0105752490
86, El-Merghany St.
Heliopolis

**Followed to the spaces stated in the previous page**

| | |
|---|---|
| Followed to No. 3 | 3/8697 Cairo<br>It became first approving upon appointing each of :<br>Mr./ Mohamed Belal El-Sayed Ali Dabah, Mr./ Lotfy Antwan Lotfy Laham, Mr./ Farouk Soliman Abdel Fattah Alim, Mr./ Hassan Ibrahim Saad Diab and Mr./Mohamed Sherif Farag Amin as members of the board of directors.<br>Second : accepting the resignation presented by Mr./ Ramy Rimon Michel Lakah, Mr./ Michel Rimon Michel Lakah and Mr./ Farouk Abdel Samie Hassan from membership of the board of directors of the company.<br>Third : re-constiuting the board of directors of the company as follows :<br>1- Mr./ Mohamed Belal El-Sayed Ali El-Dabah, chairman of the board of directors and deputy member.<br>2- Mr./ Lotfy Antoun Lotfy Laham, vice chairman of the board of directors.<br>3- Mr./ Farouk Soliman Abdel Fattah Alim, member of the board of directors and general manager of the company.<br>4- Mr./ Mohamed Sherif Farag Amin, member of the board of directors.<br>5- Mr./ Hassan Ibrahim Mohamed Diab, member of the board of directors. |

El-Zini Center
Certified
Translation
C.R. 327560
86, El-Merghany St.
Heliopolis
Tel. 2912824
0105752490

| | |
|---|---|
| Followed to No. 3 | Fourth : approving that the right of signing for the company and for the banks is owned by Mr./ Ramy Rimon Michel Lakah, Mr./ Michel Rimon Michel Lakah and Mr./ Mohamed Belel El-Sayed Ali Dabah, chairman of the board of directors and deputy member as sole signing and also signing upon selling, purchasing contracts and others in the name of the company and for purposes of the company before Notary and certification authority and formal governmental authorities, general works sector and private sector, and also signing upon banking and credit facilities contracts and mortgage. Any of them has the right to authorize the others in that as a whole or some. |
| Followed to No. 3 | 9- It became the right of signing for the company for all banks and also signing upon selling, purchasing contracts and others in the name of the company and for purposes of the company before the Notary and certification authority, official governmental authorities, general works sector and private sector and also signing upon banking and credit facilities contracts and mortgage as sole signing is restricted upon Mr./ Mohamed Belal Ali Dabah, chairman of the board of directors and deputy member. He has the right to authorize the others in that as a whole or some. |
| Followed to No. 3 | 10- Canceling the item first : from the resolution issued in meeting of the general assembly of the company that was held dated 12/11/1998 concerning preventing the company from loaning or performing mortgage whatever its type to the others except by written approval from Cairo Bank. So, the company would have the right in loaning or performing mortgage with any authority whatever either inside or abroad without any restriction upon it. |

El-Zini Center
Tel. 2912824
Certified
Translation
C.R. 327560
0105752490
86, El-Merghany St.
Heliopolis

| | |
|---|---|
| Followed to No. 3 | 11- It became first : approving upon appointing Messrs. :<br>Holding Financial Investments company (Lakah Group) – Egyptian shareholding company represented by Mr./ Ramy Rimon Michel Lakah as member in the board of directors of the company. |
| Followed to No. 3 | Second : accepting the resignation presented by each of :-<br>Mr./ Mohamed Belel El-Sayed Ali Dabah, chairman of the board of directors and deputy member, Mr./ Farouk Soliman Abdel Fattah Ali, member of the board of directors and Mr./ Hassan Ibrahim Mohamed Diab, member of the board of directors. |
| Followed to No. 3 | Third : re-constituting the board of directors of the company as follows :<br>1- Messrs./ Holding Financial Investments company (Lakah Group), represented by Mr./ Ramy Rimon Michel Lakah, chairman of the board of directors and deputy member.<br>2- Mr./ Lotfy Antoan Lotfy Leham, vice chairman of the board of directors.<br>3- Mohamed Sherif Farag Amin, member of the board of directors.<br>4- Fourth : approving that signing for the company and for the banks is restricted upon Mr./ Ramy Rimon Michel Lakah, chairman of the board of directors and deputy member as sole signing and also signing upon selling, purchasing contracts and others in the name of the company and for purposes of the company before the Notary and certification authority, official governmental authorities, general works sector and private sector and also signing upon banking and credit facilities contracts and mortgage. Any of them has the right in authorizing the others in that as a whole or some. |

El-Zini Center
Tel. 2912324
Certified Translation
C.R. 327560
86, El-Merghany St. Heliopolis
0105752490

| | |
|---|---|
| Followed to No. 9 | One hundred ninety seven thousand and five hundred shares. The nominal share amount is 100 pounds (one hundred pounds) to become :<br>1) The paid issued capital would be twenty million pounds 20.000.000 pounds.<br>2) The authorized capital would be 750.000.000 pounds.<br>Amending the share amount 10 pounds instead of 100 pounds. The issued is 23.000.000.<br>That is by issuing number of 23 million shares. Amount of each share is 10 pounds.<br>To become the issued 250 million L.E.<br>The paid would be 135 million paid in full. |
| Followed to No. 9 | 3- The issued with a sum of 115 million.<br>The paid issued with a sum of 250 million paid in full. It became issuing two hundred and fifty thousand debentures. The nominal amount of the debenture is one thousand pounds, with total amount of two hundred and fifty million Egyptian pounds.<br>Duration of the debentures is seven years including seventy five thousand debentures of general subscription (one hundred seventy five thousand shares) by general subscription. These debentures are not eligible to be transferred to shares. |

Name of the issue requester : Robert Fawzy on 26/7/2007
Fees are paid amounted to 2.40 two pounds and forty piasters in accordance with receipt no. 30034456
Written on 26/7/2007
**Secretary of Commercial Registration**
**Signed**

El-Zini Center
Certified
Translation
C.R. 327560
86, El-Merghany St.
Heliopolis
Tel. 2912824
0105752490

وزارة التجارة والتموين

مصلحة التسجيل التجارى

الإدارة العامة للسجل التجارى

مكتب سجل تجارى

محافظة

مستخرج

الإدارة العامة للسجل التجاري

مكتب سجل تجاري [illegible]

محافظة [illegible]

| (أ) رقم الإيداع (ب) تاريخ الإيداع (ج) رقم القيد في السجل التجاري (٢) (أ) رقم إيداع طلب التجديد (ب) تاريخ تقديم طلب التجديد (ج) تاريخ التجديد | (أ) ١ - الإسم التجاري ٢ - السمة التجارية ٣ - الإسم الذي يباشر به التاجر تجارته . (ب) ١ - نوع الشركة ٢ - عنوان الشركة أو إسمها أو إسم الجمعية التعاونية ٣ - السمة التجارية (ج) السمة التجارية للفرع | (أ) إسم التاجر ولقبه وتاريخ ومحل ميلاده وجنسيته (ب) أسماء وألقاب الشركاء المسئولين بالتضامن في شركات التضامن أو التوصية وتاريخ ومحل الميلاد لكل منهم وجنسيته (ج) أسماء وألقاب الشركاء أو غيرهم المنوط بهم إدارة الشركة ومن لهم حق التوقيع باسمها وصفة كل منهم وتاريخ ومحل ميلاده وجنسيته ومدى سلطتهم في الإدارة والتوقيع. (د) أسماء وألقاب أعضاء مجلس الإدارة في شركات المساهمة أو الجمعية التعاونية ووكلائها المديرين وصفة كل منهم وتاريخ ومحل ميلاده وجنسيته ومدى سلطتهم في الإدارة والتوقيع. (هـ) إسم ولقب مدير الفرع الرئيسي أو الوكالة العامة في جمهورية مصر العربية وتاريخ ومحل ميلاده وجنسيته ( إذا كان المركز العام للشركة في الخارج ) . | (أ) نوع التجارة . أو (ب) الغرض من تأسيس الشركة أو الجمعية التعاونية. | (أ) ١ - التاريخ الذى بدأ فيه التاجر أعماله التجارية بجمهورية مصر العربية ٢ - تاريخ الترخيص بمزاولة التجارة . (ب) تاريخ إبتداء الشركة وتاريخ إنتهائها وتاريخ الترخيص بمزاولة التجارة أو موافقة هيئة الاستثمار (ج) تاريخ إفتتاح الفرع أو الوكالة | (أ) عنوان المحل الرئيسي . (ب) عنوان المركز العام للشركة أو الجمعية التعاونية . (ج) رقم قيد المحل الرئيسي أو المركز العام ( في حالة قيد الفرع ) . |
|---|---|---|---|---|---|
| (١) | (٢) | (٣) | (٤) | (٥) | (٦) |
| (أ) | (أ) | (د) | (ب) | (ب) | (ب) |
| ٢٧٠ | شركة [illegible] | [illegible] ١٩٦٢/١١/١ [illegible] | [illegible] | [illegible] | [illegible] |
| ٩٥/١١/١١ | لأحكام القانون [illegible] ١٩٨١ | [illegible] | [illegible] | [illegible] | [illegible] |
| ٥٥٦ | [illegible] | [illegible] | [illegible] | [illegible] السجل التجاري | [illegible] |
| [illegible] | [illegible] السجل التجاري | [illegible] | [illegible] | | |
| | شركة المصنع العربي الحديث | [illegible] | [illegible] | | |
| | ش.م.م | [illegible] | | | |
| | ٢- لا يوجد | [illegible] | | | |
| | | [illegible] | | | |

| الفروع التابعة رئيسي م . أو الوكالة قيد الفرع | (أ) الوكلاء المفوضون (ب) مدير الفرع أو الوكالة ( إسم ولقب كل منهم وتاريخ ومحل ميلاده وجنسيته ) . (٨) | (أ) مقدار رأس المال المستثمر في المحل الرئيسي للتاجر والفروع والوكالات التابعة له . (ب) مقدار رأس مال الشركة أو الجمعية التعاونية . ١ - المبالغ المؤداه منه . ٢ - المبالغ التي تعهد الشركاء بأدائها ٣ - مقدار حصة الشركاء الموصين . ٤ - قيمة الحصص العينية ( إن وجدت ) (ج) رصيد الفرع المدين للمركز العام للشركة . (٩) | (أ) المحال التي كانت للتاجر سابقاً . (ب) المحال التي تكون له . ١ - في دائرة نفس المكتب ٢ - في دائرة مكاتب أخرى (١٠) | رقم تسجيل : (أ) العلامات التجارية (ب) براءات الإختراع (ج) الرسوم والنماذج الصناعية . (١١) | (أ) النظام المالي الذي حصل الزواج على مقتضاه . (ب) الأهلية التجارية . (ج) كل عقد يقضي بحل الشركة أو وضعها تحت التصفية . (١٢) | ملاحظات (٩) الأحكام والقرارات الصادرة بتوقيع الحجز على التاجر أو بتعيين القامة والوكلاء عن الغائبين أو بعزلهم أو برفع الحجز . (ب) الأحكام والأوامر المتعلقة بالإفلاس . (ج) أحكام إعادة الإعتبار . ( د ) الأحكام الصادرة بالطلاق أو بالتفرقة الجسمانية أو المالية والقرارات الصادرة بإعطاء الإذن للتاجر بالإتجار أو بإلغائه أو الحد منه . (و) أحكام فصل الشركاء أو عزل المديرين وأحكام حل الشركات أو بطلانها وتعيين المصفين أو عزلهم . (ز) البيانات المتعلقة ببيع المحل التجاري أو رهنه طبقاً للقانون رقم ١١ لسنة ١٩٤٠ . (١٣) | هامش (١٤) |
|---|---|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | | [illegible] | [illegible] | ١ - تأشير رقم [illegible] ٩٦/٢/[illegible] بموجب محضر اجتماع [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | | [illegible] | [illegible] | ٢ - تأشير رقم [illegible] ٩٦/٢/٢٢ بموجب محضر اجتماع [illegible] | ١٩٩٦ |
| | أحمد | [illegible] | | ٣٢ [illegible] | [illegible] | ٣ - تأشير [illegible] | [illegible] الشركات |
| | ١٩٦٥/١٠/٢ | [illegible] | | [illegible] | [illegible] | ٤ - تأشير رقم [illegible] ٩٨/٢/[illegible] بموجب محضر اجتماع [illegible] | [illegible] |
| | | [illegible] | [illegible] | [illegible] | [illegible] | ١٩٩٨/٢/١١ [illegible] | ١٩٩٨/٢/١٠ [illegible] |
| | | [illegible] | | [illegible] | ٩٦/١١/٢ | ٥ - تأشير رقم [illegible] ٩٨/٢/٢٢ بموجب محضر اجتماع [illegible] | [illegible] |
| | | [illegible] | | ٩٧ / خ ١١/ ٩/ ١٩٧ [illegible] | [illegible] | ٦ - تأشير رقم [illegible] ١٩٩٨/٥/١٧ [illegible] | [illegible] ١٩٩٨/٥/١٠ |
| | | [illegible] | | [illegible] | [illegible] | ٧ - تأشير رقم [illegible] ٩٨/١٢/١٩ [illegible] | [illegible] |
| | | [illegible] | [illegible] | [illegible] | ٩٦/٥/٢١ [illegible] | [illegible] | ١٩٩٨/١٢/١٦ [illegible] |
| | | [illegible] | | [illegible] | ١٩٩٧/٧/٢٠ [illegible] | ٨ - تأشير رقم ٢٢٦٩ [illegible] ١٩٩٩/٦/٢٢ [illegible] | [illegible] |
| | | [illegible] | | [illegible] | [illegible] | ١٩٩٩/٦/١ [illegible] | ١٩٩٩/٦/٩ [illegible] |
| | | [illegible] | | [illegible] | ٩٩/١٢/١٢ [illegible] | ٩ - تأشير [illegible] ١٩٩٩/٨/٥ [illegible] | [illegible] |
| | | [illegible] | | ١٢٨ / ٩/ ٩٧ | [illegible] | ٩٩/٦/٢٧ [illegible] | [illegible] |
| | | [illegible] | | [illegible] | [illegible] | ١٠ - تأشير [illegible] ٩٩/١٢/١١ [illegible] | [illegible] |
| | | [illegible] | | [illegible] | [illegible] | ١٩٩٩/١٢/٥ [illegible] | [illegible] |
| | | [illegible] | | [illegible] | ١٩٩٩/١٢/٢ | ١١ - تأشير رقم [illegible] | [illegible] |
| | | [illegible] ١٩٧٥ | | [illegible] | [illegible] | [illegible] | [illegible] |