Attachment 14&17

**Ministry of Supply and Interior Commerce**
**Commercial Registration Authority**
**General Administration for Commercial Registry**
**Commercial Registry Office**
**Governorate**

**Extract of Commercial Registry**
**Medequip Trading and Contracting company**

| (1) | (A) | (A) Name of the merchant, his title, his date and place of birth and his nationality. |
|---|---|---|
| (A) Deposit number | | |
| (B) Deposit date | 1- Commercial name | (B) Names and titles of the responsible partners jointing in joint liability or joint-venture companies, date and place of birth for each of them and his nationality. |
| (C) Registration number in the commercial registry | 2- Commercial mark | (C) Names and titles of the partners or the others who are authorized for the administration of the company and who have the right of signature with its name, character of each of them, his date and place of birth, his nationality and the extent of their authority in administration and signature. |
| (D) Deposit number of renewal request | 3- Name which the merchant practices his commerce. | |
| (E) Date of introducing renewal request | (B) | (D) Names and titles of members of the board of directors in joint-venture companies or the co-operative society, their managers' representatives, character of each of them, his date and place of birth, his nationality and the extent of their authority in administration and signature. |
| (F) Renewal date | 1- Type of the company | |
| | 2- Name of the company ‹ its name or name of the co-operative society | (E) Name and title of the main branch manager or general agency in Arab Republic of Egypt, his date and place of birth and his nationality (if the general head quarter of the company is abroad). |
| | 3- Commercial brand | |
| | (c) Commercial brand of the branch | |
| (1) | (2) | (3) |
| (A) A. 19104 B. 17/12/1994 | B Egyptian shareholding | **It was amended** Mr./ Ramy Rimon Michel Lakah – Egyptian – born in Cairo dated 10/11/1963 - member of the board of |



El-Zini Center
Certified Translation
C.R. 327560

| C.    286521 (2) 70 3/1/2000 | company submitted to rules of the law 159 of the year 1981 and its executive regulation with a contract certified upon its signatures with No. 1307 of the year 1994 Heliopolis model certification office Medequip Trading and Contracting company Egyptian shareholding company | directors. Mr./ Michel Rimon Michel Lakah - Egypt in Cairo dated 26/5/1968 - member of the directors. Mr./ Farouk Abdel Samie Hassan Mohamed – in El-Menia dated 12/11/1943 - Egyptian – member of the board of directors. This board remains for five years. Article 32 : signing for the company is owned by Chairman of the board of directors, deputy members of the board of directors and each other member deputized by the board for this purpose. The board of directors has the right to appoint several managers or authorized agents and to authorize them also the right of signing for the company solely or together. Constituting the board of directors became as follows : 1) Mr./ Ramy Rimon Michel Lakah – born in Cairo 10/11/63 Egyptian - chairman of the board of directors and deputy member. 2) Mr./ Michel Rimon Michel Lakah – born in Cairo 26/5/68 - Egyptian – vice chairman of the board of directors and deputy member. 3) Mr./ Farouk Abdel Samie Hassan Mohamed – born in El-Menia dated 12/11/43  – member of the board of directors. The right of signing for the company and for the banks is owned by each of Mr./ Ramy Rimon Michel Lakah – chairman of the board of directors and deputy member and Mr./ Michel Rimon Michel Lakah – vice chairman of the board of directors and deputy member as sole signature and also signing upon selling and purchasing contracts for the real estates and others in the name of the company and for purposes of the company before the Notary and certification authority, governmental official authorities, general works sector, private sector and also signing upon the banking and credit facilities contracts. Each of them has the right to authorize the others in that as whole or some. 4) Authorizing each of Messrs./ |



El-Zini Center
Certified Translation
C.R. 327560
86, El-Merghany St. Heliopolis
Tel. 2912824
0105752490

| (A) Type of commerce Or (B) Purpose of establishing the company or co-operative society. | 1. Date which the merchant starts his commercial (A) works in Arab Republic of Egypt. 2. Date of license for practicing the commerce. (B) Date of starting the company, date of its termination and date of license for practicing the commerce or approval of investment authority. (C) Date of inaugurating the branch or the agency. | (A) Address of the head quarter. (B) Address of the general center of the company or co-operative society. (C) Number of registering the head quarter or the general center (in case of registering the branch) |
|---|---|---|
| (4) | (5) | (6) |
| Contracting in general and especially preparing | Twenty five years starts from date of its registering in the commercial registry. | 68, El-Merghany street – Heliopolis – Cairo. 9- Became : transporting location of |



El-Zini Center

Certified Translation
C.R. 327560

86, El-Merghany St.
Heliopolis

1 2912824        010575249O

| | | |
|---|---|---|
| the hospitals in full.<br><br>2)   , Importing, authorization, marketing, local selling and distribution.<br><br>3) Maintenance and training.<br><br>4) presenting the technical and commercial consultations within the limits of purposes of the company. It is permitted for the company to have an interest or participate anyway with the authorities or establishments that practice works similar to its works or that may cooperate it for achieving its purpose in Egypt or aboard. Also, it is permitted for it to intervene in it, purchase it or join in it. That is in accordance with rules of the law and its executive regulation. | It was amended | the company to El-Mo... Ismail street behind Heliopolis – Cairo. |



El-Zini Center

Certified Translation
C.R. 327560

86, El-Merghany St.
Heliopolis

1291202

0105752490

| (A) Addresses of branches and agencies followed to the head quarter or general center.<br><br>(B) Address of the branch or agency (in case of registering the branch or agency) | (A) Authorized<br><br>Representatives<br><br>(B) Manager of branch or agency (name and title of each of them, his date and place of birth and his nationality). | (A) Amount of the invested capital in the head quarter of the merchant, branches and agencies followed to him.<br><br>(B) Amount of capital of the company or co-operative society.<br>1- Amount of money paid.<br>2- Amounts of money which the partners committed paying them.<br>3- Amount of quota of silent partners.<br>4- Amount of material quotas (if found).<br>(C) Indebted branch balance to the general position of the company. | (A) Locations were for merchant previously.<br><br>(B) Locations which are for him.<br><br>1- In the circle of the same office.<br><br>2- In the circle of other offices. |
|---|---|---|---|
| (7) | (8) | (9) | (10) |
| Inaugurating branch with the same activity with the address 25, Victor Manwel street – apartment 901 – | Appointing Mr./ Mohamed Ali Hamza as manager of the branch. It was deposited with | The authorized : 20.000.000 L.E. (twenty million pounds)<br><br>The issued : 250000 L.E. (two hundred and fifty thousand pounds) | |



El-Zini Center

Certified Translation
C.R. 327560

86, El-Merghany St.
Heliopolis

Tel. 2912824   0105752490

| | | |
|---|---|---|
| Semouha – Sidi Gaber – Alexandria. | No. 6273 on 24/4/1996. | thousand pounds)<br><br>It is distributed upon number of 2500 shares. Amount of each share is 100 pounds.<br><br>1) 62500 L.E. (sixty two thousand and five hundred pounds).<br><br>2) 187500 L.E. (one hundred eighty seven thousand and five hundred pounds).<br><br>2- Became 187500 to become 25000 in full.<br><br>3- Increasing the issued with a sum of 19750000 L.E.<br><br>That is by issuing 197500 shares. Amount of each share is 100 pounds to become the paid issued 20.000.000 (twenty million pounds).<br><br>The authorized was amended to be 20.000.000 L.E.<br><br>The issued 80.000.000 by issuing number of 800000 shares. Amount of |



El-Zini Center
Certified Translation
C.R. 327560
86, El-Merghany St.
Heliopolis
Tel. 2912824
0105752490

| Registration No: (a) Trade marks (b) B-Patents C- Industrial drawings and forms | A) Financial system which marriage got in accordance with it. B) Commercial nationalism. C) Each contract obligates freeing of the company or laying it under settlement. | **Remarks** 1) Rules and resolutions issued for the signature of confiscation upon the merchant or by appointing the responsible and representatives for the absent or by separating them or by raising the confiscation. B) Rules and orders concerning bankruptcy. C) Rules of re-consideration. D) Rules issued with divorce, bodily or financial separation and resolutions issued by giving the permission to the merchant with merchandising, canceling or restricting it. E) Rules of dismissing the partners or isolating the managers and rules of freeing the companies or voiding them and appointing the settlers or separating them. F) Statements concerning sale of commercial location or mortgaging it in accordance with the law No. 11 for the year 1940. | Margin |
|---|---|---|---|
| (11) | (12) | (13) | (14) |
| | | 1- Endorsement No. 3665 on 14/3/1995 in accordance with minutes of the board of directors meeting certified by the companies authority on 10/3/1995. 2- Endorsement No. 2900 on 10/3/1995 in accordance with minutes of the board of directors meeting on 1/10/1995 certified by the companies authority. 3- Endorsement No. 4232 on 21/3/1996 in accordance with minutes of the board of directors meeting on 4/3/1996. 4- Endorsement No. 6273 on 24/4/1996 in accordance with resolution of chairman of the board of directors. 5- Endorsement No. 873 dated 30/3/1998 in accordance with meeting of extraordinary general assmebly with date certified upon its signatures. 6- Endorsement No. 3353 on 29/7/1998 in accordance with minutes of the board of directors meeting held dated 25/7/1998 certified by companies authority 28/7/1998. 7- Endorsement No. 3763 on 17/8/1998 in accordance with the board of directors of the company held dated 9/8/1998 certified by companies authority. 8- Endorsement No. 6294 on 19/12/1998 in accordance with minutes of meeting of ordinary general assembly of the company held on 12/12/1998 certified by companies authority on 19/12/1998. | |



**El-Zini Center**

Tel. 2912824

0105752490

*Certified Translation*
C.R. 327560

86, El-Merghany St,
Heliopolis

| | | |
|---|---|---|
| | | 9- Endorsement No. 775 on 18/2/1999 in accordance with minutes of meeting of the board of directors on 15/2/1999 certified by companies authority on 17/2/1999. |
| | | 10- Endorsement No. 3809 on 13/7/1999 in accordance with minutes of meeting of extraordinary general assembly held on 23/5/1999 certified by companies authority on 7/7/1999 and amendment contract certified upon its signatures under No. 970A of the year 1999 companies certification. |
| | | 11- Endorsement No. 4238 on 3/4/1999 in accordance with minutes of meeting of ordinary general assembly held dated 30/6/1999 certified by companies authority dated 21/7/1999. |
| | | 12- Endorsement No. 4973 on 9/9/1999 in accordance with minutes of meeting of the board of directors on 27/6/1999 certified by companies authority on 3/8/1999. |



**El-Zini Center**

Tel. 2912824

**Certified Translation**
C.R. 327560

0105752490

86, El-Merghany St.
Heliopolis

**Followed to the spaces stated in the previous page**

Tel. 2912824

El-Zini Center

*Certified Translation*
C.R. 327560
85, El-Merghany St.
Heliopolis

0105752490

| | |
|---|---|
| Followed to No. 3 | 1- Mohamed Belal El-Sayed Ali Dabah |
| | 2- Lotfy Antouan Lotfy |
| | 3- Wagih Shokry Unan |
| Followed to No. 3 | in signing for the company for Cairo and Paris Bank – Heliopolis branch. . Second .: Messrs. mentioned above have the right of signing solely for the company upon all selling, purchasing contracts and others and also signing upon banking and credit facilities contracts, mortgage and all what is concerning including revenues. That is for Cairo and Paris Bank – Heliopolis branch. |
| | 7- Approving upon authorizing Mr./ Hany Simon Michel Lakah in receiving all cheques issued for the behalf of Medequip Trading and Contracting company – Egyptian shareholding company by the Armed Forces, Police Authority and by all governmental authorities. |
| | 8- It became approving upon following the company to Holding Financial Investments company into (K. G. Group) Egyptian shareholding company – commercial registry No. 318697 Cairo. |
| Followed to No. 3 | 10- Amending article (2) became as follows : management of the company is undertaken by a board of directors consists of three (3) members at least, (15) fifteen members at most appointed by the general assembly. It is stipulated in each of them to be an owner to number of shares of the company that its amount is not less than 5000 L.E. (five thousand pounds). By resolution of the board of directors, it is permitted for the ones who have no quotas of shares ownership indicated the general assembly decides their appointment in its holding. |



El-Zini Center
Tel. 2912824
Certified
Translation
C.R. 227560
86, El-Merghany St.
Heliopolis
0105752490

11- It became :

First, approving upon appointing each of Mr./ Samy Philip Totongy, Mr./ Wafik Michel Shehata, Mrs./ Hala Mohamed Fouad El-Foly, Mr./ George Shawky Farag, Mr./ Wagih Shokry Unan, Mrs./ Mona Mohamed Abdel Gawad, Mr./ Amgad Zarif Ibrahim, Mr./ Sherif Naguib Sharawy and Mr./ Amir Uhana Abdel Masih as members of the board of directors of the company.

Second, accepting the resignation presented by Mr./ Farouk Abdel Samie Mohamed from membership of the board of directors of the company.

Third, re-constituting the board of directors of the company as follows :

1) Mr./ Ramy Rimon Michel Lakah – born on 10/11/1963 Cairo – Egyptian - chairman of the board of directors and deputy member.

2) Mr./ Michel Rimon Michel Lakah – born on 25/5/1968 Egyptian – vice chairman of the board of directors and deputy member.

3) Mr./ Samy Philip Totongy– born on 2/5/1959 Cairo – Egyptian – vice chairman of the board of directors and deputy member.

4) Mr./ Rafik Michel Shehata – born on 4/10/1963 - Cairo – Egyptian – deputy member of the board of directors.

5) Mrs./ Hala Mohamed Fouad El-Foly – born on 3/11/1959 - Giza – Egyptian – member of the board of directors.

6) Mr./ George Shawky Farag - born on 10/2/1962 - Cairo – Egyptian – member of the board of directors.

7) Mr./ Wagih Shokry Unan – born on 26/8/1961 - Cairo – Egyptian – member of the board of directors.

8) Mrs./ Mona Mohamed Abdel Gawad – born on 27/5/1958 - Giza – Egyptian – member of the board of directors.

9) Mr./ Amgad Zarif Ibrahim – born on 13/1/1959 - Cairo – Egyptian – member of the board of directors.

10) Mr./ Sherif Naguib Sharawy – born on 14/1/1968 - Cairo – Egyptian – member of the board of directors.

Followed to No. 3

Followed to No.3



**El-Zini Center**
Tel. 2912824
Certified
Translation
C.R. 327560
86, El-Merghany St.
Heliopolis
0105752490

| | |
|---|---|
| Followed to No. 3 | Fourth : approving that the right o signing for the company and for the banks would be for each of :<br><br>Mr./ Ramy Rimon Michel Lakah – chairman of the board of directors and deputy member, Mr./ Michel Rimon Michel Lakah – vice chairman of the board of directors and deputy member, Mr./ Samy Philip Totongy – vice chairman of the board of directors and deputy member, Mr./ Rafik Michel Shehata – deputy member of the board of directors, Mr./ Mohamed Belal El-Sayed Ali Dabah, Mr./ Ramy Mostafa Fadel Uda Pasha as sole signing and also signing upon selling, purchasing contracts and others in the name of the company for the purposes of the company before the Notary and certification authority, governmental official authorities, general works sector, private sector and also signing upon banking and credit facilities contracts and mortgage. Any of them has the right to authorize the others in that as a whole or some. |
| Followed to No. 3 | 12- It became : it is restricted the right of signing for the company for all banks and also signing upon selling, purchasing contracts and others in the name of the company and for purposes of the company before Notary and certification authority, governmental official authorities, general works sector, private sector and also signing upon banking and credit facilities contracts and mortgage as sole signature for each of :<br><br>Mr./ Ramy Rimon Michel Lakah – chairman of the board of directors and deputy member, Mr./ Michel Rimon Michel Lakah – vice chairman of the board of directors and deputy member, Mr./ Samy Philip Totongy – vice chairman of the board of directors and deputy member and Mr./ Rafik Michel Shehata – deputy member of the board of directors. Any of them has the right to authorize the others in that as a whole or some. |

| | |
|---|---|
| Followed to No. 3 | 13- It became : |
| | First : accepting the resignation presented by each of : |
| | Mrs./ Mona Mohamed Abdel Gawad, Mr./ Amgad Zarif Ibrahim from membership of the board of directors. |
| | Second : re-constituting the board of directors of the company to be as follows : |
| Followed to No. 3 | 1) Mr./ Ramy Rimon Michel Lakah  —  chairman of the board of directors and deputy member. |
| | 2) Mr./ Michel Rimon Michel Lakah  —  vice chairman of the board of directors and deputy member. |
| | 3) Mr./ Samy Philip Totongy–  vice chairman of the board of directors and deputy member. |
| | 4) Mr./ Rafik Michel Shehata —  member of the board of directors. |
| | 5) Mrs./ Hala Mohamed Fouad El-Foly – member of the board of directors. |
| | 6) Mr./ George Shawky Farag –  member of the board of directors. |
| | 7) Mr./ Wagih Shokry Unan – member of the board of directors. |
| | 8) Amir Uhama Abdel Masih, member of the board of directors. |
| | 9) Mr./ Sherif Naguib Sharawy, member of the board of directors. |

Tel. 2912824
El-Zini Center
Certified
Translation
C.R. 327560
86, El-Merghany St.
Heliopolis
0105752490



El-Zini Center
Tel. 2912824
Certified Translation
C.R. 327/560
86, El-Merghany St.
Heliopolis
0105752490

| | |
|---|---|
| Followed to No. 3 | 14- It became : first : accepting the resignation presented by each of : <br><br> 1) Mr./ Michel Rimon Michel Lakah — vice chairman of the board of directors and deputy member, Mr./ Samy Philip Totongy— vice chairman of the board of directors and deputy member, Mrs./ Hala Mohamed Fouad El-Foly — member of the board of directors, Mr./ George Shawky Farag — member of the board of directors and Mr./ Amir Uhana Abdel Masih, member of the board of directors from membership of the board of directors of the company. <br><br> Second : re-constituting the board of directors of the company to be as follows : <br><br> 1) Mr./ Ramy Rimon Michel Lakah — chairman of the board of directors and deputy member. <br><br> 2) Mr./ Wagih Shokry Uhan — member of the board of directors. <br><br> 3) Mr./ Sherif Naguib Sharawy, member of the board of directors. <br><br> Third : approving that it is restricted the right of signing for the company and for the banks upon Mr./ Ramy Rimon Michel Lakah — chairman of the board of directors and deputy member as sole signing and also signing upon selling, purchasing contracts and others in the name of the company and for purposes of the company before the Notary and certification authority, governmental official authorities, general works sector, private sector and also signing upon banking and credit facilities contracts and mortgage. Any of them has the right to authorize the others in that as whole or some. |
| Followed to No. 3 | 15- It became : <br><br> First : accepting the resignation presented by Mr./ Sherif Naguib Sharawy, member of the board of directors. <br><br> Second : approving upon appointing Mr./ Mahmoud Abdel Hafez Ali as experienced deputy member of the board of directors. <br><br> Third : re-constituting the board of directors of the company to be as follows : |

| | |
|---|---|
| | 1-    Mr./ Ramy Rimon Michel Lakah - chairman of the board of directors and deputy member. |
| | 2-    Mr./ Mahmoud Abdel Hafez Ali. – experienced deputy member of the board of directors. |
| | 3-    Mr./ Wagih Shokry Unan – member of the board of directors. |
| Followed to No. 3 | Fourth : approving that it is restricted the right of signing for the company and for the banks upon banking and credit facilities contracts and mortgage upon Mr./ Ramy Rimon Michel Lakah - chairman of the board of directors and deputy member as sole signing and also signing upon selling, purchasing contracts and others in the name of the company for the purposes of the company before the Notary and certification authority, traffic department and all governmental official authorities to each of Mr./ Ramy Rimon Michel Lakah - chairman of the board of directors and deputy member, Mr./ Mahmoud Abdel Hafez Ali, experienced deputy member of the board of directors as sole signature. Any of them has the right to authorize the others in that as a whole or some. |
| Followed to No. 3 | 15-  Endorsement No. 4042 on 2/8/2001 in accordance with minutes of meeting of the board of directors on 24/7/2001 certified by companies authority in 7/2001. |

Name of the issue requester : Adeeb Aziz
Secretary of Commercial Registration
Signed

Tel. 2912824
El-Zini Center
Certified Translation
C.R. 327560
86, El-Merghany St.
Heliopolis
0105752490