**Translation**

Attachment 15 & 19

**Ministry of Food Supplies & Home Trade**
**Commercial Registration Authority**
**Commercial Registrar Headquarters**
**Stock Companies Commercial Registration Office**
**Giza Governorate**

## Commercial Register Extract

**I-**

(1) a. Endorsement no. : 19106.
b. Endorsement date: 17th of December 1994.
c. Commercial register no.: 286523.

(2) a. Endorsement no. of the renewal application: 71
b. Endorsement date of the renewal application: 3rd of January 2000
c. Date of renewal:///

**II-** **A.**

1. Trade name: ///
2. Trade mark: ///
3. The name under which the trader manages his trade: ///

**B.**

1. Company type:_

**B- Egyptian Joint Stock Company,** subject to provisions of law no. 159/1981 and its by-laws, as per notarized signatures no. 3358/ 1994, Heliopolis El Namozagy Notarization Office.

2. Company address or its name or the name of the cooperative society:
**Trading Medical System Egypt "S.A.E.".**
3. Trade mark: ///.

**C.**

The Known name of the branch: ///

Heliopolis Business Center
Certified Translation Office
38 Merghany St. Suite no. 3
(202) 29 181 76 / 010 18 399 59

**Heliopolis Business Center** hereby certifies that this English translation is an exact and true translation of the attached Arabic copy.
Translation date: June 27, 2007 Sedika Abu Seda

**III-**

a. The first and family name of the trader and his birthplace and date and nationality.

b. The first and family names of the partners in a partnership by share company or the partnership in commendam companies and the places and dates of birth of each of them and his/her nationality: ///

c. First and family names of the partners or others responsible for the management of the company and those who have the right to signature each with his/her name and capacity his/her place and date of birth and nationality and the limit of power in management and signature: ///

d.

e. First and family names of the board members in a joint stock company or a cooperative society and its managing agents and the title of each of them, his/her place and date of birth and nationality and the limit of power in management and signature:

| Name | Date & Place of Birth | Nationality | Capacity |
|---|---|---|---|
| **Ramy Remon Michele Lakah** | 10th of November 1963- Cairo | Egyptian | Board of Directors Member |
| **Michele Remon Michele Lakah** | 26th of May 1968- Cairo | Egyptian | Board of Directors Member |
| **Ramy Mostafa Fadel Awda Basha** | 30th of November 1963 | Egyptian | Board of Directors Member |

This board shall carry out its duties for the period of five years.

**Heliopolis Business Center** hereby certifies that this English translation is an exact and true translation of the attached Arabic copy.
Translation date: June 27, 2007 Sedika Abu Seda



Article no. 32:

The Chairman, Managing Directors, and every member delegated by the company board for this purpose shall have the right to sign separately on the company name. The Board of Directors has the right to appoint on its behalf managers, or delegated agents that also have the right to sign on the company behalf whether separately or jointly.

**- Determine the Board of Directors characteristics as follows:**

| Name | Date & Place of Birth | Nationality | Capacity |
|---|---|---|---|
| **Ramy Remon Michele Lakah** | 10th of November 1963-Cairo | Egyptian | Chairman |
| **Michele Remon Michele Lakah** | 26th of May 1968-Cairo | Egyptian | Vice- Chairman |
| **Ramy Mostafa Fadel Awda Basha** | 30th of November 1963-Cairo | Egyptian | Board of Directors Member |

The board of directors agrees that the right to mange and sign on the company behalf and before the banks is given separately to Mr. **Ramy Remon Michele Lakah,** the chairman, Mr. **Michele Remon Michele Lakah,** Vice Chairman and Mr. **Ramy Mostafa Fadel Awda Basha,** Managing Director. They have the right to sign on purchase, sell and mortgagee contracts for real estates and others, under the company name and before the Real Estate & Notarization Authority, official governmental entities, and before all the government authorities before the

**Heliopolis Business Center** hereby certifies that this English translation is an exact and true translation of the attached Arabic copy.
Translation date: June 27, 2007 Sadika Abu Suda

Heliopolis Business Center
Certified Translation Office
88 Merghany St. Suite no. 3
(202) 29 131 76 / 010 18 999 69

public and private sector. Moreover, they singly have the right to sign in Bank facilities, credits and mortgagee contracts. They separately have the right to delegate others in all or part of the above.

3- Reformation of the Board of Directors as follows:

1- Mr. Ramy Remon Michele Lakah, the Chairman

2- Mr. Michele Remon Michele Lakah, Vice – Chairman.

3- Mr. Ramy Mostafa Fadel Awda Basha, Managing Director.

4- Mr. Ashraf Adly Gad Allah, the board of Directors member, who has experience & Maintenance General Supervisor.

5- Mr. Mahmoud Abdel Hafez Ali, the board of Directors member, who has experience & General Supervisor for the company Financial Affairs.

8- The board of directors agree to affiliate the company with the Holding Company for Financial Investments "Lakah Group" (L. K. H. Group) S.A.E., commercial register no. 318697-Cairo.

9-

First:

The board of directors agree to appoint Mr. Adel Mohamed Kamal El Din El Shorbagy, Mr. Ashraf Adly Gad Allah, Mr. Ehab Mohamed El Foly, Mr. Hany Youssef Habib and Mr. Wael Hassan Hassan Zaghloul, as the company board of directors members.

Heliopolis Business Center
Certified Translation Office
88 Merghany St. Suite no. 3
(202) 29 131 76 / 010 18 999 69

Heliopolis Business Center hereby certifies that this English translation is an exact and true translation of the attached Arabic copy.
Translation date: June 27, 2007

Sadika Abu Seda

Second:

Accepting the resignation submitted by Mr. Ramy Remon Michele Lakah, Mr. Michele Remon Michele Lakah, Mr. Ramy Mostafa Fadel Awda Basha and Mr. Mahmoud Abdel Hafez Ali from the company board membership.

Third:

Reformation of the Board of Directors as follows:

1- Mr. Adel Mohamed Kamal El Din El Shorbagy, Giza, date of birth: 15th of January 1964, as the company Chairman & Managing Director.

2- Ashraf Adly Gad Allah, date of birth: 4th of October 1961, Cairo, Egyptian, as the Vice Chairman & Managing Director.

3- Mr. Ehab Mohamed El Foly, date of birth: 26th of July 1965, Alexandria, Egyptian, as the board of directors member.

4- Mr. Hany Youssef Habib, date of birth: 1st of September 1962, Bany Swaif, Egyptian, as the board of directors member

5- Mr. Wael Hassan Hassan Zaghloul, date of birth: 6th of March 1965, Port Said, Egyptian, as the board of directors member.

Fourth:

The board of directors agrees that the right to sign in the company behalf before the banks is given separately to Mr. Ramy Remon Michele Lakah, Mr. Michele Remon Michele

**Heliopolis Business Center** hereby certifies that this English translation is an exact and true translation of the attached Arabic copy.
Translation date: June 27, 2007

Sadika Abu Sada

Heliopolis Business Center
Certified Translation Office
88 Merghany St. Suite no. 3
(202) 29 131 76 / 010 18 999 69

**Translation**

Lakah, Mr. Mohamed Belal El Sayed Ali Dabah, Mr. Adel Mohamed Kamal El Din El Shorbagy, the company Chairman & Managing Director, Mr. Ashraf Adly Gad Allah, Vice Chairman & Managing director, Mr. Ismail Saleh Abdoun. They separately have the right to sign on purchase, sell and other contracts under the company name and on its purpose before the Real Estate & Notarization Authority, official governmental entities, the government authorities and before the public and private sector. They have the right to sign on Bank facilities contracts, credit and mortgagee contracts. They have the right to delegate others in all or part of the above.

10- The right to sign on the company behalf is singly limited to Mr. Adel Mohamed Kamal El Din El Shorbagy, the company Chairman & Managing Director, Mr. Ashraf Adly Gad Allah, Vice Chairman & Managing director before the banks, purchase and sells contracts, on the company behalf and other contracts before the Real Estate & Notarization Authority, official governmental entities, the government authorities and before the public and private sector, bank facilities contracts, credit and mortgagee contracts. They have the right to delegate others in all or part of the above.

First: The board accepts to appoint Mr. Ramy Remon Michele Lakah, as the company board of directors

**Heliopolis Business Center** hereby certifies that this English translation is an exact and true translation of the attached Arabic copy.
Translation date: June 27, 2007

Sadika Abu Leila

**Heliopolis Business Center**
**Certified Translation Office**
**88 Merghany St. Suite no. 3**
**(202) 29 131 76 / 010 18 999 69**

**Translation**

Second: Accepting the resignation submitted by Mr. Ehab Mohamed El Foly, the board of directors member.

Third: Reforming the company board of directors to be as follows:

1- Michele Remon Michele Lakah, Chairman & Managing Director
2- Mr. Adel Mohamed Kamal El Din El Shorbagy, Vice Chairman
3- Mr. Ashraf Adly Gad Allah, Vice Chairman
4- Mr. Hany Youssef Habib, board of directors member
5- Mr. Wael Hassan Hassan Zaghloul, board of directors member.

Fourth: The board of directors agree that the right to sign in the company behalf before the banks is given separately to Mr. Michele Remon Michele Lakah, the company Chairman & Managing director, Mr. Adel Mohamed Kamal El Din El Shorbagy, Vice Chairman, Mr. Ashraf Adly Gad Allah, Vice Chairman. They have the right to sign in the purchase and sells contracts, on the company behalf and signing on other contracts before the Real Estate & Notarization Authority, official governmental entities, the government authorities and before the public sector and private sector, bank facilities contracts, credit and mortgagee contracts. They have the right to delegate others in all or part of the above.

**Heliopolis Business Center** hereby certifies that this English translation is an exact and true translation of the attached Arabic copy.
Translation date: June 27, 2007 Seoli'ka Abu Suda

Heliopolis Business Center
Certified Translation Office
88 Merghany St. Suite no. 3
(202) 29 131 76 / 010 18 999 69

Heliopolis Business Cente
Certified Translation Offic
88 Merghany St. Suite no. 3
(202) 29 131 76 / 010 18 9

12-

First: Appointing the Holding Company for Financial Investments "Lakah Group" (L.K.H. Group) represented by Mr. Ramy Remon Michele Lakah, as the board of directors member.

Second: Accepting the resignation submitted by Mr. Michele Remon Michele Lakah, from the company board of directors membership.

Third: Reforming the company board of directors to be as follows:

- The Holding Company for Financial Investments "Lakah Group" (L.K.H. Group) represented by Mr. Ramy Remon Michele Lakah, as the board of directors Chairman & Managing director.
- Mr. Adel Mohamed Kamal El Din El Shorbagy, Vice Chairman
- Mr. Ashraf Adly Gad Allah, Vice Chairman
- Mr. Hany Youssef Habib, board of directors member
- Mr. Wael Hassan Hassan Zaghloul, board of directors member

Fourth: The board of directors agree that the right to sign in the company behalf before the banks is given separately to Mr. Ramy Remon Michele Lakah, the company Chairman &

Heliopolis Business Center hereby certifies that this English translation is an exact and true translation of the attached Arabic copy.
Translation date: June 27, 2007

Sadika Abu Seda

Heliopolis Business Center
Certified Translation Office
88 Merghany St. Suite no. 3
(202) 29 131 76 / 010 18 999 69

Managing director. He has the right to sign in bank facilities contracts, credit and mortgagee contracts.

The right to sign in the company behalf is given separately to Mr. Ramy Remon Michele Lakah, Chairman & Managin Director, Mr. Adel Mohamed Kamal El Din El Shorbagy, Vice Chairman, Mr. Ashraf Adly Gad Allah, Vice Chairman, they have the right to sign in the purchase and sells contracts, on the company behalf and other contracts before the Real Estate & Notarization Authority, official governmental entities, the government authorities and before the public and private sector, they also have the right to delegate others in all or part of the above.

f. First and family name of the manager of the main branch or general agency in the A.R.E. and his/her place and date of birth and nationality (if the company headquarters is abroad):///

**IV-**

a. Type of trade ______

Or

b. The objective of establishing the company or the cooperative society:

1- Commercial Agencies and Import in general

2- Selling, submitting after sales services such as maintenance & training.

Heliopolis Business Center
Certified Translation Office
88 Merghany St. Suite no. 3
(202) 29 131 76 / 010 18 999 69

Heliopolis Business Center hereby certifies that this English translation is an exact and true translation of the attached Arabic copy.
Translation date: June 27, 2007 Sadika Abu Seda

3- Exporting all kinds of products & Egyptian commodities

4- Presenting Technical & Commercial Consultations within the limits of the company purpose.

The company may have any interest or to participate in any way with other companies and corporations which practice activities similar to those of the company or that may cooperate with the company in order to accomplish its purpose inside Egypt or abroad. The company may also amalgamate with such companies and corporations or affiliated to them; all this shall be carried out pursuant to the provisions of the law and its by-laws.

**V-**

A-

1. The date the trader started his business in the A.R.E.: ///
2. The date of trade license: ///

B- The date of company inauguration and expiration date, date of company trade license or the date of the Investment Authority approval:

Twenty five years starting as of the date of the company registration at the Commercial Register.

C- Date of the branch or agency inauguration: ///

**VI-**

a. Main branch address: ///

Heliopolis Business Center
Certified Translation Office
88 Merghany St. Suite no. 3
(202) 29 131 76 / 010 18 999 69

**Heliopolis Business Center** hereby certifies that this English translation is an exact and true translation of the attached Arabic copy.
Translation date: June 27, 2007

Sadika AbuSada

b. Company or cooperative society headquarters address: 68 Merghany St., Heliopolis, Cairo, apartment no. 17.

c. Registration no. of the main branch or the headquarters (in case the branch is registered): ///

**VII-**

a. Addresses of all branches and the agencies affiliated with the main branch or headquarters:

b. Address of the branch or the agency (in case the branch or agency are registered):

Inauguration of the company Branch: Maintenance & Service Center, located at apartment no. 92, 9th floor, Building no. 25, Victor Amanueil, Smouha, Alexandria, Seidy Gaber.

Inauguration of the company branch located at Mubarak District, El Shaimma Tower, Entrance "A", 3rd floor, the same activity.

**VIII-**

a. Delegated agents ///

b. Branch or agency manager (first and family name of each one, his/her place and date of birth and nationality)

- Appointing Mr. Ehab Mohamed El Foly, date of birth: 26th of July 1965

Heliopolis Business Center
Certified Translation Office
88 Merghany St. Suite no. 3
(202) 29 131 76 / 010 18 999 69

**Heliopolis Business Center** hereby certifies that this English translation is an exact and true translation of the attached Arabic copy.
Translation date: June 27, 2007

- Appointing Mr. Ahmed Yacoub Mahmoud, date of birth: 9th of March 1970, Egyptian

**IX-**

A. Invested capital in the trader headquarters, branches and affiliated agencies: ///

B. Company or cooperative society capital

1. Paid capital: ///.
2. Amounts to be paid by the partners: ///.
3. Quota of the dormant partners ///
4. Value of in-kind shares (if any)

**(B)**

The company Licensed capital is LE. 20,000,000.00

The company issued capital is LE. 250,000.00, divided into 2500 shares, the value of each share is LE.100.

1- LE. 62,500.00

2- LE. 187,500.00

The due amount of the company issued capital is LE. 187,500.00. the company issued capital becomes LE. 250,000.00- Paid in full.

3- The issued capital increased to be LE 19,750,000.00 by issuing 197500 shares, the value of each shares is LE. 100. The paid issued capital reaches LE. 20,000,000.00.

6- The Licensed capital becomes LE. 100,000,000.00 (Only One hundreds million Egyptian Pound)

**Heliopolis Business Center** hereby certifies that this English translation is an exact and true translation of the attached Arabic copy.
Translation date: June 27, 2007

Sadika Abu Seda

Heliopolis Business Center
Certified Translation Office
88 Merghany St. Suite no. 3
(202) 29 131 76 / 010 18 999 69

The issued capital is LE. 30,000,000.00 (Only Thirty millions Egyptian pounds), by issuing 300,000 shares the value of each share is LE. 100. The issued & paid capital reach LE. 50,000,000.00 (Only Fifty millions Egyptian Pound) – Fully Paid.

C. Debtor account of the branch to the company general budget ///

**X-**

a. The shops previously owned by the trader ///

b. The shops owned by the trader ///

1. Within the area covered by the office ///
2. Within the areas covered by other offices ///

**XI-**

**Registration no.:**

a. Trade marks ///

b. Patents ///

c. Graphics and industrial modules ///

**XII-**

1. The financial arrangement for the marriage ///
2. Trade capacity ///
3. Every contract that dictates the termination or holding the partnership ///

**Heliopolis Business Center** hereby certifies that this English translation is an exact and true translation of the attached Arabic copy.
Translation date: June 27, 2007

Sadika Abu Seda

Heliopolis Business Center
Certified Translation Office
88 Merghany St. Suite no. 3
(202) 29 131 76 / 010 18 999 69

**XIII-**

a. The rulings and statements passed to inflict seizure on the trader or to appoint a proxy or the agent for absent persons or to depose them or to relief the interdiction

b. The rulings and statements related to bankruptcy ///

c. Rulings related to recovering status ///

d. Rulings issued for divorce or physical or financial separation, rulings for giving the permission to the trader to practice trade, cancel the trade permit, or to limit his/her trading. ///

e. Rulings for separating the partners or dismissing the managers, or rulings for canceling the companies or their evoking and appointment or deposing them. ///

f. Data related to the sale of a commercial shop or its pawning as per law no. ///

**XIV-**

**Margin:**

**Marks:**

1- Ratification no. 3931, on the 19th of March 1995, as per the board of Directors minutes of meeting on the 19th of December 1994 certified by the Companies Authority.

2- Ratification no. 2961, on the 3rd of March 1996, as per the board of Directors minutes of meeting.

**Heliopolis Business Center** hereby certifies that this English translation is an exact and true translation of the attached Arabic copy.
Translation date: June 27, 2007

Sadika Abu Seda

Heliopolis Business Center
Certified Translation Office
88 Merghany St. Suite no. 3
(202) 29 131 76 / 010 18 999 69

**Translation**

3- Ratification no. 4229, on the 21st of March 1996, as per the board of Directors minutes of meeting on the 4th of March 1996 certified by the Companies Authority on the 19th of March 1996.

4- Ratification no. 4506, on the 26th of March 1996, as per the board of Directors minutes of meeting.

5- Ratification no. 9910, on the 25th of June 1996.

6- Ratification no. 1029, on the 27th of May 1997, as per the company board of Directors minutes of meeting, ratified on the 22nd of May 1997, certified by the Companies Authority on 27th of May 1997.

7- Ratification no. 872, on the 30th of March 1998, as per the extraordinary general assembly meeting on the 28th of March 1998, certified by the Companies Authority on the 29th of March 1998, as per its notarized signature.

8- Ratification no. 6305, on the 19th of December 1998, as per the ordinary general assembly meeting held on the 12th of December 1998, certified by the Companies Authority on the 19th of December 1998.

9- Ratification no. 3372, on the 23rd of June 1999, as per the ordinary general assembly meeting on the 10th of June 1999, certified by the Companies Authority on the 19th of June 1999.

10- Ratification no. 4280, on the 5th of August 1999, as per the company board of Directors minutes of meeting held on the 24th of June 1999, certified by the Companies Authority on the 29th of June 1999.

**Heliopolis Business Center** hereby certifies that this English translation is an exact and true translation of the attached Arabic copy.
Translation date: June 27, 2007 Sedika Abu Seba

Heliopolis Business Center
Certified Translation Office
88 Merghany St. Suite no. 3
(202) 29 131 76 / 010 18 999 69

**Translation**

11- Ratification no. 1704, on the 30th of March 2000, as per the company board of Directors minutes of meeting held on the 13th of March 2000, certified by the Companies Authority on the 22nd of March 2000.

12- Ratification no. 4313, on the 5th of August 2000, as per the board of Directors minutes of meeting on the 29th of May 2000, certified by the Companies Authority on the 2nd of August 2000.

The applicant name: Ali El Hadari, on the ///.

Due fees were settled as per invoice no. 406758, on the 29th of January 2001.

Date of Issue: 29th of January 2001.

Ministry of Food Supplies & Home Trade
Commercial Registration Authority
Cairo Investment Commercial Registration Office

The Commercial Register Secretary:
*(Signed)*

Certified, "Signature"
*29th of January 2001*

124

Commercial Register no. 286523, endorsement no.: 19106, on the 17th of February 1994

**Heliopolis Business Center** hereby certifies that this English translation is an exact and true translation of the attached Arabic copy.
Translation date: June 27, 2007 Sadika Abu Seda

Heliopolis Business Center
Certified Translation Office
88 Merghany St. Suite no. 3
(202) 29 131 76 / 010 18 999 69

شركة ميدي سيديكال سيستم ايجيبت

وزارة التجارة و التموين

مصلحة التسجيل التجارى

الإدارة العامة للسجل التجارى

مكتب سجل تجارى ______ الأموال

محافظة ______ الجيزه

مستخرج
من السجل التجارى

مصلحة التسجيل التجارى

الإدارة العامة للسجل التجارى

مكتب سجل تجارى [illegible]

محافظة [illegible]

| (١) | (٢) | (٣) | (٤) | (٥) | (٦) |
|---|---|---|---|---|---|
| (أ) رقم الإيداع<br>(ب) تاريخ الإيداع<br>(ج) رقم القيد فى السجل التجارى<br>(٢)<br>(أ) رقـم إيـداع طلب التجديد<br>(ب) تاريخ تقديم طلب التجديد<br>(ج) تاريخ التجديد | (أ) ١ - الإسم التجارى<br>٢ - السمة التجارية<br>٣ - الإسم الذى يباشر به التاجر تجارته .<br>(ب) ١ - نوع الشركة .<br>٢ - عنوان الشركة أو إسمها أو إسم الجمعية التعاونية<br>٣ - السمة التجارية<br>(ج) السمة التجارية للفرع | (أ) إسم التاجر ولقبه وتاريخ ومحل ميلاده وجنسيته .<br>(ب) أسماء وألقاب الشركاء المسئولين بالتضامن فى شركات التضامن أو التوصية وتاريخ ومحل الميلادلكل منهم وجنسيته .<br>(ج) أسماء وألقاب الشركاء أو غيرهم المنوط بهم إدارة الشركة ومن لهم حق التوقيع بإسمها وصفة كل منهم وتاريخ ومحل ميلاده وجنسيته ومدى سلطتهم فى الإدارة والتوقيع.<br>(د) أسماء وألقاب أعضاء مجلس الإدارة فى شركات المساهمة أو الجمعية التعاونية ووكلائها المديرين وصفة كل منهم وتاريخ ومحل ميلاده وجنسيته ومدى سلطتهم فى الإدارة والتوقيع.<br>(هـ) إسم ولقب مدير الفرع الرئيسى أو الوكالة العامة فى جمهورية مصر العربية وتاريخ ومحل ميلاده وجنسيته ( إذا كان المركز العام للشركة فى الخارج ). | (أ) نوع التجارة .<br>أو<br>(ب) الغرض من تأسيس الشركة أو الجمعية التعاونية. | (أ) ١ - التاريخ الذى بدأ فيه التاجر أعماله التجارية بجمهورية مصر العربية<br>٢ - تاريخ الترخيص بمزاولة التجارة .<br>(ب) تاريخ إبتداء الشركة وتاريخ إنتهائها وتاريخ الترخيص بمزاولة التجارة أو موافقة هيئة الاستثمار<br>(ج) تاريخ إفتتاح الفرع أو الوكالة | (أ) عنوان المحل الرئيسى .<br>(ب) عنوان المركز العام للشركة أو الجمعية التعاونية .<br>(ج) رقم قيد المحل الرئيسى أو المركز العام ( فى حالة قيد الفرع ). |
| (١) | (٢) | (٣) | (٤) | (٥) | (٦) |
| ١٩١٠٦<br>١٩٩٤/١٢/١٧<br>٢٨٦٥٩٣<br>[illegible]<br>٧١<br>١١/٣ [illegible] | شركة [illegible]<br>[illegible] ١٩٨١ لسنة ١٥٩ [illegible]<br>[illegible] ٢٣٥٨ لسنة ١٩٩٤ [illegible]<br>الجديد [illegible]<br>[illegible]<br>[illegible] | لا تعديل<br>[illegible] ١٩٦٣/١١/١ [illegible]<br>[illegible] ١٩٦٨/٥/٢٦ [illegible]<br>[illegible] ١٩٦٣/١١/٣ [illegible]<br>[illegible]<br>[illegible] ١٩٦٣/١١/١ [illegible]<br>[illegible] | [illegible] | [illegible] | ٦٨ [illegible]<br>[illegible] |

٢٨٦٥٢٣ [illegible handwriting] ١٩١١٠٦ [illegible] ١٩٩٤/٢/١٧

| (أ) عناوين الفروع والوكالات التابعة للمحل الرئيسي أو المركز العام . (ب) عنوان الفرع أو الوكالة ( في حالة قيد الفرع أو الوكالة ) . (٧) | (أ) الوكلاء المفوضون (ب) مدير الفرع أو الوكالة ( إسم ولقب كل منهم وتاريخ ومحل ميلاده وجنسيته ) . (٨) | (أ) مقدار رأس المال المستثمر في المحل الرئيسي للتاجر والفروع والوكالات التابعة له . (ب) مقدار رأس مال الشركة أو الجمعية التعاونية . ١ - المبالغ المؤداه منه . ٢ - المبالغ التي تعهد الشركاء بأدائها ٣ - مقدار حصة الشركاء الموصين . ٤ - قيمة الحصص العينية ( إن وجدت ) (ج) رصيد الفرع المدين للمركز العام للشركة . (٩) | (أ) المحال التي كانت للتاجر سابقاً . (ب) المحال التي تكون له . ١ - في دائرة نفس المكتب ٢ - في دائرة مكاتب أخرى (١٠) | رقم تسجيل : (أ) العلامات التجارية (ب) براءات الإختراع (ج) الرسوم والنماذج الصناعية . (١١) | (أ) النظام المالي الذي حصل الزواج على مقتضاه . (ب) الأهلية التجارية . (ج) كل عقد يقضى بحل الشركة أو وضعها تحت التصفية . (١٢) | ملاحظات (١) الأحكام والقرارات الصادرة بتوقيع الحجز على التاجر أو بتعيين القامة والوكلاء عن الغائبين أو بعزلهم أو برفع الحجز . (ب) الأحكام والأوامر المتعلقة بالإفلاس . (ج) أحكام إعادة الإعتبار . ( د ) الأحكام الصادرة بالطلاق أو بالتفرقة الجسمانية أو المالية والقرارات الصادرة بإعطاء الإذن للتاجر بالإتجار أو بالغائه أو الحد منه . (و) أحكام فصل الشركاء أو عزل المديرين وأحكام حل الشركات أو بطلانها وتعيين المصفين أو عزلهم . (ز) البيانات المتعلقة ببيع المحل التجاري أو رهنه طبقاً للقانون رقم ١١ لسنة ١٩٤٠ . (١٣) | هامش (١٤) |
|---|---|---|---|---|---|---|---|
| افتتاح فرع [illegible] مركز [illegible] بالعنوان [illegible] شارع [illegible] [illegible] افتتاح فرع بالعنوان [illegible] [illegible] | (ب) تعيين السيد/ [illegible] ١٩٦٥/٧/٢٦ | (د) [illegible handwriting] | | | | تأشير رقم ٢٩٢٤ في ١٩٩٥/٢/١٩ [illegible] / تأشير رقم ٢٩٦١ في ٩٦/٢/٣ [illegible] / تأشير رقم ٤٤٤٩ في ٩٦/٢/١٤ [illegible] ٩٦/٣/٤ [illegible] / تأشير رقم [illegible] في ٩٦/٢/١٤ [illegible] / تأشير رقم ٩٩١ في ١٩٩٦/٦/٢٥ . / تأشير رقم ١٠٢٩ في ١٩٩٧/٤/١٠ [illegible] ١٩٩٧/٥/٢٢ [illegible] / تأشير رقم ٨٧٧ بتاريخ ٩٨/٢/٢ [illegible] ١٩٩٨/٣/٢٨ [illegible] في ١٩٩٩/٣/٢٩ [illegible] / تأشير رقم ٦٣ في ٩٨/١٢/١٩ [illegible] ١٩٩٩/١٢/١٩ [illegible] / [illegible] ١٩٩٩/٦/٢٢ [illegible] / [illegible] ١٩٩٩/٨/١ [illegible] / [illegible] | ١٩٩٦ ١٩٩٧ ١٩٩٨ [illegible] |
| | (ب) تعيين السيد/ أحمد [illegible] محمود ١٩٧٠/٣/١٩ [illegible] | (د) [illegible] ١٨٧٥٠ [illegible] ١٩٧٥ [illegible] | | | | | |

الهيئة العامة لشئون المطابع الأميرية ٢٢٣٧ س ١٩٩٩

# تابع البيانات المبينه بالصفحه السابقه

| | |
|---|---|
| تابع رقم ... ٦ | [illegible] |
| تابع رقم ... ٦ | [illegible] |
| تابع رقم ... ٣ | [illegible] |
| ٢- تابع رقم ... ٩ | [illegible] |
| تابع رقم ...... | |

إسم الطالب المستخرج ........ في ........ سنة ٢٠٠

وقد سددت الرسوم وقدرها ........ بموجب ........ في ........ من شهر ........ سنة ٢٠٠١

تحريراً في ١٩ من شهر ٢ سنة ٢٠٠١