# Attachment 16

(see attachment 12)