# Attachment 17

(see attachment 14)