# Attachment 18

(see attachment 13)