# Attachment 19

(<u>see</u> attachment 15)