Case 1:07-cv-02799-MGC    Document 13-23    Filed 07/09/2007    Page 1 of 3

[Arabic financial report page — heavily degraded scan, illegible]

