Translation

Attachment no. 21

~~Attachment no. 16~~

A~~TTACHMENT 5~~

**THE HOLDING INVESTMENT COMPANY**
"Lakah Group" (L.K.H. Group)
Egyptian Joint Stock Company, established as per
The provisions of law no. 95/1992

Licensed capital: LE 5,000,000,000
Issued Capital: LE 1,449,880,000
Commercial Register no. 318697 / 1998 – Cairo
The General Authority for Capital Market License no. 250 /1998

The Head of the Marketing Operations Sector

The General Authority for Capital Market

**Dear Sir,**

We are honored to tender to you the documents of the General Assembly of the Holding Investment Company "Lakah Group" (L.K.H. Group), Egyptian Joint Stock Company, concluded on Monday, the 9th of April-2000, as thus:

1. original of the ordinary general assembly
2. ratified attendance list
3. the board of directors report for the fiscal year ending on the 31st of December-2000
4. auditor's report concerning budget and the final accounts for the fiscal year ending on the 31st of December-2000

**Heliopolis Business Center** hereby certifies that this English translation is an exact and true translation of the attached Arabic copy.

Sedika Abu Seda

Translation date: June 27, 2007

Heliopolis Business Center
Certified Translation Office
88 Merghany St. Suite no. 3
(202) 29 131 76 / 010 18 399 65

Translation

5. Financial statements for the fiscal year ending on the 31st of December-2000 together with the complementing explanations.

6. inquiries presented by some stockholders and their responses

7. Two (2) authorizations issued by The General Authority for Capital Market for Mr. Mohamed Sheiref Al-Garhiey and Mr. Ezz Al-Dine Ismaiel

8. Authorization issued by Mr. Michele Remon Remon Lakah, the Vice Chairman to Mr. Ramy Remon Michele Lakah, the Chairman for replacing him in meeting

9. Authorization issued by Mr. Michele Remon Remon Lakah, in his capacity as a shareholder, to Mr. Emad Iskandar Ibrahim to attend the meeting in his place

10. ratifying the acceptance of the appointed auditor for the company accounts; Tarek Faried Mansour (Price Waterhouse Coopers)

Best regards

**Chairman**
**& Managing Director**
***Signed***
**Ramy Remon Michele Lakah**



***I received the original and attachments for delivery on Thursday the 12th –April-2000***

The Holding Investment Company
"Lakah Group" (L.K.H. Group)
47 Orouba St, Heliopolis – Cairo

**Heliopolis Business Center**
**Certified Translation Office**
**88 Mergheny St. Suite no. 3**
**(202) 29 131 76 / 010 18 999 69**

**Heliopolis Business Center** hereby certifies that this English translation is an exact and true translation of the attached Arabic copy.

Sedika Abu Seta

Translation date: June 27, 2007

رأس المال المصدر ٠٠٠ ٨٩٠ ٤٩٩ جنيه مصري
سجل تجاري ٣١٨٦٩٧ لسنة ١٩٩٨ - القاهرة
ترخيص الهيئة العامة لسوق المال رقم (٢٥٠) لسنة ١٩٩٨

الشركة القابضة للإستثمارات المالية
( ل . ك . ح جروب )
شركة مساهمة مصرية خاضعة لأحكام القانون (٩٥) لسنة ١٩٩٢

مرفق رقم ٢١

السيد / الأستاذ رئيس قطاع عمليات السوق
الهيئة العامة لسوق المال

تحية طيبة وبعد ،،،

نتشرف بأن نرسل لسيادتكم مستندات الجمعية العامة العادية للشركة القابضة للإستثمارات المالية ( ل.ك.ح جروب ) ش.م.م والمنعقدة بتاريخ يوم الإثنين الموافق ٢٠٠١/٤/٩ وهى :

١. أصل الجمعية العامة العادية .
٢. كشف حضور مستوفى التوقيعات .
٣. تقرير مجلس الإدارة عن السنة المالية المنتهية فى ٢٠٠٠/١٢/٣١ .
٤. تقرير مراقب الحسابات عن الميزانية والحسابات الختامية عن السنة المالية المنتهية فى ٢٠٠٠/١٢/٣١ .
٥. القوائم المالية للشركة فى ٢٠٠٠/١٢/٣١ والإيضاحات المتممة لها.
٦. الإستفسارات الواردة من بعض المساهمين والرد عليها .
٧. عدد (٢) تفويض صادر من الهيئة العامة لسوق المال لكلا من السيد / محمد شريف الجارحى والسيد / عز الدين اسماعيل .
٨. تفويض صادر من السيد / ميشيل ريمون ريمون لكح نائب رئيس مجلس الإدارة للسيد / رامى ريمون ميشيل لكح – رئيس مجلس الإدارة للحضور نيابة عنه .
٩. تفويض صادر من السيد / ميشيل ريمون ميشيل لكح –بصفته مساهم فى الشركة – للسيد / عماد اسكندر ابراهيم للحضور نيابة عنه .
١٠. اقرار قبول التعيين مراقبا لحسابات الشركة الصادر عن السيد / طارق فريد منصور ( برايس وتر هاوس كوبرز ) .

**برجاء التكرم بالموافقة على اعتماد عدد (٣) ثلاث نسخ من محضر الجمعية العامة العادية للشركة .**

وتفضلوا بقبول فائق الإحترام ،،،

رئيس مجلس الإدارة
والعضو المنتدب

رامى ريمون ميشيل لكح

الشركة القابضة للإستثمارات المالية
ل.ك.ح
جروب
ش.م.م قانون ٩٥ لسنة ٩٢

أستلمت الأصل
[illegible]
١٢/١٢

الشركة القابضة للإستثمارات المالية ( ل.ك.ح جروب ) ش.م.م
٤٧ شارع العروبة – مصر الجديدة – القاهرة
العنوان البريدى : ص.ب ٣٤٣ هليوبوليس
التليفونات : ٤١٧٦٢٢٤ – ٤١٧٦٢٢٥ – ٤١٧٦٢٢٦ فاكس : ٤١٧٦٢٢٣