# Attachment 22

(<u>see</u> attachment 20)