( النشرة رقم ٢٤١٩ شهر ديسمبر سنة ١٩٩٨ )



# وزارة الاقتصاد

## الهيئة العامة لسوق المال

# صحيفة الشركات

حقوق الطبع محفوظة

القاهرة
الهيئة العامة لشئون المطابع الأميرية
١٩٩٨

## الهيئة العامة لسوق المال

وافقت لجنة تأسيس الشركات بالهيئة العامة لسوق المال بموجب حكم المادة (١٣٠) من اللائحة التنفيذية لقانون سوق رأس المال رقم ٩٥ لسنة ١٩٩٢ بجلستها رقم (١٩٨) المنعقدة بتاريخ ١٩٩٨/١١/٢٥ على تأسيس الشركة القابضة للاستثمارات المالية ( ل. ك. ح. جروب ) – شركة مساهمة مصرية . واعتمد محضرها من الدكتور رئيس الهيئة بتاريخ ١٩٩٨/١١/٢٥

تم التصديق على توقيعات مؤسسى الشركة : بمكتب توثيق مصر الجديدة .

بمحضر تصديق رقم ٤٦٧١ (هـ) لسنة ١٩٩٨ بتاريخ ١٩٩٨/١١/٢٨

تم قيد هذه الشركة فى السجل التجارى بمكتب : القاهرة .

رقم القيد فى السجل التجارى وتاريخه ٣١٨٦٩٧ فى ١٩٩٨/١١/٢٩

وبناء عليه تقرر نشر عقد هذه الشركة كما هو مبين فيما يلى بهذه الصحيفة .

- ٢ -

## العقد الابتدائي

للشركة القابضة للاستثمارات المالية ( ل. ك. ح. جروب ) شركة مساهمة مصرية

خاضعة لأحكام القانون رقم ٩٥ لسنة ١٩٩٢

إنه في يوم السبت الموافق ١٩٩٨/١١/٢١

فيما بين الموقعين أدناه :

| البيــــــــان |
|---|
| ١ - الاســـــــم : رامي ريمون ميشيل لكح .<br>المـــهـــنــــة : رجل أعمال .<br>الجنســـيـــة : مصري .<br>الـديـــانــة : مسيحي .<br>تاريخ الميـــلاد : ١٩٦٣/١١/١٠<br>رقم البطاقــة / ع : ٦٣٨١٤<br>تاريخ صــدورها : ١٩٨٩/٩/١٣ صادرة من مصر الجديدة .<br>الــعــنــوان : ٤٢ ش بيروت - مصر الجديدة - القاهرة . |
| ٢ - الاســـــــم : ميشيل ريمون ميشيل لكح .<br>المـــهـــنــــة : رجل أعمال .<br>الجنســـيـــة : مصري .<br>الـديـــانــة : مسيحي .<br>تاريخ الميـــلاد : ١٩٦٨/٥/٢٦<br>رقم البطاقة / ع : ١٠٠٨٨٨<br>تاريخ صدورها : ١٩٨٤/٦/٢٣ صادرة من مصر الجديدة .<br>الــعــنــوان : ٤٢ ش بيروت - مصر الجديدة - القاهرة . |

- ٣ -

| البيان |
|---|
| ٣ - الاســـم : فاروق عبد السميع حسن محمد . |
| المهنــة : مهندس استشاري حر . |
| الجنسيــة : مصري . |
| الديانــة : مسلم . |
| تاريخ الميــلاد : ١٩٤٣/١١/١٢ |
| رقم البطاقة /ع : ٥٥٩٩٤ |
| تاريخ صدورها : ١٩٩٧/١/٣١ صادرة من : المطرية . |
| العنــوان : ٣٣ شارع أحمد فهيم بيومي - عين شمس . |

مادة ١ - اتفق الموقعون على هذا العقد على تأسيس شركة مساهمة مصرية بترخيص من حكومة جمهورية مصر العربية طبقاً لأحكام القوانين المعمول بها ووفقا لأحكام القانون رقم ٩٥ لسنة ١٩٩٢ ولائحته التنفيذية والنظام الملحق بهذا العقد .

مادة ٢ - اسم هذه الشركة هو : الشركة القابضة للاستثمارات المالية ( ل. ك. ح. جروب )

مادة ٣ - غرض هذه الشركة هو :

١ - الاشتراك في تأسيس الشركات التي تصدر أوراقا مالية أو زيادة رؤوس أموالها .

وبمراعاة حكم المادة (١٢٧) من اللائحة التنفيذية ، يجوز للشركة أن تكون لها مصلحة أو تشترك بأي وجه من الوجوه مع شركات الأموال التي تزاول أعمالا شبيهة بأعمالها أو التي قد تعاونها على تحقيق غرضها في مصر أو في الخارج ، كما يجوز لها أن تندمج في هذه الشركات أو تشتريها أو تلحقها بها وذلك طبقاً لأحكام القانون ولائحته التنفيذية .

مادة ٤ - يكون مركز الشركة ومحلها القانوني في مدينة القاهرة ، ويجوز لمجلس الإدارة أن ينشئ لها فروعاً أو مكاتب أو توكيلات في جمهورية مصر العربية أو في الخارج .

- ٤ -

مادة ٥ - المدة المحددة لهذه الشركة هي خمس وعشرون سنة ، تبدأ من تاريخ قيد الشركة بالسجل التجاري .

مادة ٦ - حدد رأس مال الشركة المرخص به بمبلغ ( خمسة عشر مليون جنيه مصري ) .

وحدد رأس مال الشركة المصدر بمبلغ ( ثلاثة ملايين جنيه مصري ) .

موزعاً على ٣٠٠٠٠٠ سهم قيمة كل سهم ١٠ جنيهات مصرية ( عشرة جنيهات لاغير ) وجميعها أسهم نقدية .

مادة ٧ - يتكون رأس مال الشركة من ٣٠٠٠٠٠ سهم اسمى قيمة كل سهم ١٠ جم ، وتم الاكتتاب فى أسهم رأس المال على النحو التالى :

| الاسم والجنسية | عدد الأسهم | القيمة الاسمية | العملة التى تم الوفاء بها |
|---|---|---|---|
| المؤسسون : | | | |
| ١ - رامى ريمون ميشيل لكح ............... | ١٠٠٠ | ١٠٠٠٠ | جنيه مصرى |
| ٢ - ميشيل ريمون ميشيل لكح ............... | ١٠٠٠ | ١٠٠٠٠ | » » |
| ٣ - فاروق عبد السميع محمد ............... | ٥٠٠ | ٥٠٠٠ | » » |
| المكتتبون : | | | |
| ١ - رامى ريمون ميشيل لكح ............... | ١٤٨٧٥٠ | ١٤٨٧٥٠٠ | » » |
| ٢ - ميشيل ريمون ميشيل لكح ............... | ١٤٨٧٥٠ | ١٤٨٧٥٠٠ | » » |

وتبلغ نسبة مشاركة المصريين ١٠٠ ٪ .

وقد دفع المكتتبون ( ١٠٠٪ ) من القيمة الاسمية وقدرها ثلاثة ملايين جنيه فى بنك              - المسجل لدى البنك المركزى المصرى والمرخص له بتلقى الاكتتابات .

وهذا المبلغ لايجوز سحبه إلا بعد قيد الشركة بالسجل التجاري .

- ٥ -

مادة ٨ - يتعهد الموقعون على هذا العقد بالسعى فى الحصول على موافقة الهيئة العامة لسوق المال على تأسيس الشركة والترخيص لها بمزاولة النشاط والقيام بكافة الإجراءات اللازمة لإتمام تأسيسها وفى هذا السبيل وكلوا عنهم الأستاذ / محمد صبرى عبد الجيد المحاسب القانونى والأستاذ / منفردين أو مجتمعين - فى القيام بالنشر والقيد بالسجل التجارى واتخاذ كافة الإجراءات القانونية واستيفاء المستندات اللازمة وإدخال التعديلات التى تراها الجهات المختصة لازمة سواء على هذا العقد أو على نظام الشركة المرفق وتسليم كافة الوثائق والأوراق إلى مجلس إدارة الشركة ودعوة أول جمعية عامة للانعقاد خلال شهر من تاريخ قيد الشركة فى السجل التجارى .

مادة ٩ - تلتزم الشركة بأداء المصروفات والنفقات والأجور والتكاليف التى تم إنفاقها بسبب تأسيس الشركة ، وذلك خصماً من حساب المصروفات العامة .

مادة ١٠ - حرر هذا العقد بمدينة القاهرة بجمهورية مصر العربية فى يوم السبت الموافق ٢ شعبان سنة ١٤١٩ هجرية ، الموافق ٢١ نوفمبر سنة ١٩٩٨ ميلادية ، من ( عشر ) نسخ ، لكل متعاقد نسخة وباقى النسخ لتقديمها إلى الجهات المعنية لاستصدار القرار المرخص فى التأسيس .