# MEDEQUIP FOR TRADING AND CONTRACTING

## BALANCE SHEET
### as at December 31, 1996, 1997 and 1998

|  | Notes | 12.31.98 U.S.$ | 12.31.98 L.E. | 12.31.97 L.E. | 12.31.96 L.E. |
|---|---|---|---|---|---|
| **Long Term Assets** | | | | | |
| Fixed Assets (net) | (2A,3) | 1,142,696 | 3,885,167 | 3,714,060 | 863,005 |
| Deferred Expenses (net) | | 775,565 | 2,636,922 | 3,405,998 | 8,179,895 |
| Investment in Marketable Securities | | 1,570,929 | 5,341,160 | 3,113,400 | — |
| Lease Receivable | | 29,064,284 | 98,818,566 | 40,054,305 | — |
| **Total Long Term Assets** | | 32,553,475 | 110,681,815 | 50,287,763 | 9,042,900 |
| **Current Assets** | | | | | |
| Inventory | (2B) | 20,253,560 | 68,862,103 | 24,376,653 | 22,607,824 |
| Work in Progress | | 19,930,377 | 67,763,280 | 36,244,927 | 22,457,182 |
| Accounts Receivable | (4) | 8,004,508 | 27,215,327 | 13,250,477 | 29,072,413 |
| Lease Receivable | (5) | 4,418,056 | 15,021,392 | 5,722,044 | — |
| Debtors — Short Term Balances | (6) | 6,960,779 | 23,666,648 | 18,018,847 | 34,066,555 |
| Advance Payment to Suppliers | | 7,837,933 | 26,648,971 | 18,560,478 | 58,478,969 |
| Letters of Credit | | — | — | — | 4,665,769 |
| Cash in Hand and at Banks | (7) | 1,295,304 | 4,404,033 | 4,423,541 | 38,651,709 |
| **Total Current Assets** | | 68,700,516 | 233,581,755 | 120,596,967 | 210,000,421 |
| **Total Assets** | | 101,253,991 | 344,263,570 | 170,884,730 | 219,043,321 |
| **Current Liabilities** | | | | | |
| Due To Banks | (8) | 2,752,062 | 9,357,010 | 15,131,577 | 12,798,434 |
| Current Portion of Long Term Loans | | 10,720,199 | 36,448,677 | — | — |
| Accounts Payable | | 2,755,973 | 9,370,309 | 13,552,275 | 120,889,740 |
| Notes Payable | | — | — | — | 114,967 |
| Provisions | (9) | 2,881,126 | 9,795,829 | 6,251,044 | — |
| Creditors — Short Term Balances | | 2,783,363 | 9,463,432 | 11,762,271 | 357,733 |
| **Total Current Liabilities** | | 21,892,723 | 74,435,257 | 46,697,167 | 134,160,874 |
| **Working Capital** | | 46,807,794 | 159,146,498 | 73,899,800 | 75,839,547 |
| **Total Investments** | | 79,361,269 | 269,828,313 | 124,187,563 | 84,882,447 |
| **Shareholder's Equity** | | | | | |
| Issued and Paid-Up Capital | (10) | 29,411,765 | 100,000,000 | 20,000,000 | 20,000,000 |
| Legal Reserve | | 353,436 | 1,201,681 | — | — |
| Retained Earnings | | 6,715,273 | 22,831,929 | 4,187,563 | 84,553 |
| **Total Shareholder's Equity** | | 36,480,474 | 124,033,610 | 24,187,563 | 20,084,553 |
| **Long Term Liabilities** | | | | | |
| Loans | | — | — | — | — |
| Long Term Loans | | 42,880,795 | 145,794,703 | 100,000,000 | 64,797,894 |
| **Total Long Term Liabilities** | | 42,880,795 | 145,794,703 | 100,000,000 | 64,797,894 |
| **Total Liabilities and Shareholder's Equity** | | 101,253,991 | 344,263,570 | 170,884,730 | 219,043,321 |
| **Total Finance of Working Capital and Long Term Assets** | | 79,361,269 | 269,828,313 | 124,187,563 | 84,882,447 |

The accompanying notes are an integral part of the financial statements.
The auditor's report is attached.

Note: Solely for the convenience of the reader, the translation of Egyptian pounds into U.S. dollars has been made at the rate of U.S.$1.00 = L.E. 3.40.

F-18

# TRADING MEDICAL SYSTEM EGYPT

## BALANCE SHEET
### as at December 31, 1996, 1997 and 1998

|  | Notes | 12.31.98 U.S.$ | 12.31.98 L.E. | 12.31.97 L.E. | 12.31.96 L.E. |
|---|---|---|---|---|---|
| **Long Term Assets** | | | | | |
| Fixed Assets(Net) | (2B-3) | 1,119,706 | 3,807,000 | 4,245,133 | 1,136,499 |
| Deferred Expenses | | — | — | — | 1,698,808 |
| Lease Receivable | (4) | 20,241,692 | 68,821,754 | 78,150,759 | — |
| **Total Long Term Assets** | | 21,361,398 | 72,628,754 | 82,395,892 | 2,835,307 |
| **Current Assets** | | | | | |
| Inventory | (2C) | 9,080,054 | 30,872,182 | 32,203,868 | 37,123,760 |
| Accounts Receivable | | 1,836,969 | 6,245,694 | 5,089,272 | 35,321,976 |
| Lease Receivable | | 3,730,294 | 12,683,000 | 11,164,354 | — |
| Letters of Credit | | — | — | — | 28,003,674 |
| Debtors Short Term Balances | (5) | 7,393,778 | 25,138,846 | 4,444,613 | 1,164,513 |
| Letters of Guarantee (Cash Margin) | | 929,235 | 3,159,400 | 2,450,520 | 3,211,635 |
| Cash in Hand and at Banks | (6) | 805,882 | 2,740,000 | 2,881,345 | 20,229,831 |
| **Total Current Assets** | | 23,776,212 | 80,839,121 | 58,233,972 | 125,055,389 |
| **Current Liabilities** | | | | | |
| Due to Banks | (7) | 13,182,338 | 44,819,950 | 27,219,526 | 97,015,254 |
| Creditors Short-term | | 3,850,939 | 13,093,194 | 18,959,955 | 9,711 |
| Notes Payable | | — | — | — | 3,343,849 |
| Advanced Payments | | — | — | — | 9,376,968 |
| Accounts Payable | | 918,351 | 3,122,392 | 9,577,880 | — |
| Provisions | (8) | 2,749,879 | 9,349,587 | 4,211,897 | — |
| **Total Current Liabilities** | | 20,701,507 | 70,385,123 | 59,969,258 | 109,745,782 |
| **Working Capital** | | 3,074,705 | 10,453,998 | (1,735,286) | 15,309,607 |
| **Total Investments** | | 24,436,104 | 83,082,752 | 80,660,606 | 18,144,914 |
| **Shareholders' Equity** | | | | | |
| Issued and Paid-Up Capital | (9) | 14,705,882 | 50,000,000 | 20,000,000 | 20,000,000 |
| Legal Reserve | | 404,706 | 1,376,000 | 207,467 | — |
| Retained Earnings | | 4,499,193 | 15,297,255 | 3,941,870 | (1,855,086) |
| **Total Shareholder's Equity** | | 19,609,781 | 66,673,255 | 24,149,337 | 18,144,914 |
| **Long Term Liabilities** | | | | | |
| Long Term Loans | | 4,826,323 | 16,409,497 | 56,511,269 | — |
| **Total Long Term Liabilities** | | 4,826,323 | 16,409,497 | 56,511,269 | — |
| **Total Finance of Working Capital and Long Term Assets** | | 24,436,104 | 83,082,752 | 80,660,606 | 18,144,914 |

*The accompanying notes are an integral part of the financial statements.*
*The auditor's report is attached*

Note: *Solely for the convenience of the reader, the translation of Egyptian pounds into U.S. dollars has been made at the rate of U.S.$1.00 = L.E. 3.40.*

## MEDICAL CENTERS MANAGEMENT COMPANY

### BALANCE SHEET
### as at December 31, 1996, 1997 and 1998

|  | Notes | 12.31.98 U.S.$ | 12.31.98 L.E. | 12.31.97 L.E. | 12.31.96 L.E. |
|---|---|---|---|---|---|
| **Long Term Assets** | | | | | |
| Fixed Assets (net) | (2a,3) | 18,241,957 | 62,022,653 | 7,992,501 | 103,712 |
| Deferred Expenses (net) | (2b) | 3,929 | 13,359 | 25,370 | 27,054 |
| **Total Long Term Assets** | | 18,245,886 | 62,036,012 | 8,017,871 | 130,766 |
| **Current Assets** | | | | | |
| Inventory | | 403,327 | 1,371,313 | 246,473 | — |
| Work in Progress | (4) | 10,882,353 | 37,000,000 | — | — |
| Accounts Receivable | (5) | 979,965 | 3,331,882 | 1,034,992 | — |
| Other Debit Balances | (6) | 534,757 | 1,818,175 | 1,097,016 | 14,238,080 |
| Cash in Hand and at Banks | (7) | 1,718,543 | 5,843,046 | 67,687 | 1,686,717 |
| **Total Current Assets** | | 14,518,946 | 49,364,416 | 2,446,168 | 15,924,797 |
| **Current Liabilities** | | | | | |
| Due to Banks | (8) | 1,377,735 | 4,684,300 | 7,102,195 | 15,512,563 |
| Notes Payable | (9) | 563,955 | 1,917,446 | 2,713,076 | — |
| Other Credit Balances | | 17,498 | 59,494 | 71,200 | 293,000 |
| Provisions | (10) | 19,600 | 66,640 | 263,700 | — |
| **Total Current Liabilities** | | 1,978,788 | 6,727,880 | 10,150,171 | 15,805,563 |
| **Working Capital** | | 12,540,158 | 42,636,536 | (7,704,003) | 119,234 |
| **Total Investment** | | 30,786,044 | 104,672,548 | 313,868 | 250,000 |
| **Shareholders' Equity** | | | | | |
| Issued and Paid-up Capital | (11) | 30,294,118 | 103,000,000 | 250,000 | 250,000 |
| Legal Reserve | | 24,596 | 83,627 | — | — |
| Retained Earnings | | 467,330 | 1,588,920 | 63,868 | — |
| **Total Finance of Working Capital and Long Term Assets** | | 30,786,043 | 104,672,548 | 313,868 | 250,000 |

*The accompanying notes are an integral part of the financial statements.*
*The auditor's report is attached.*

Note: *Solely for the convenience of the reader, the translation of Egyptian pounds into U.S. dollars has been made at the rate of U.S.$1.00 = L.E. 3.40.*

## QUEST CONSULT

### BALANCE SHEET
as at December 31, 1996, 1997 and 1998

|  | Notes | 12.31.98 U.S.$ | 12.31.98 L.E. | 12.31.97 L.E. | 12.31.96 L.E. |
|---|---|---|---|---|---|
| **Long Term Assets** | | | | | |
| Fixed Assets (net) | (2B.3) | 173,590 | 590,207 | 353,628 | 237,065 |
| Deferred Expenses | | | | | 8,433 |
| Projects under Construction | (4) | 7,279,552 | 24,750,476 | — | 70,000 |
| Total Long Term Assets | | 7,453,142 | 25,340,683 | 353,628 | 315,498 |
| **Current Assets** | | | | | |
| Inventory | (2c.5) | 2,606,095 | 8,860,725 | 649,555 | 438,796 |
| Work in Process | (6) | 3,054,898 | 10,386,652 | 1,700,331 | 831,200 |
| Letters of Credit | | 7,064 | 24,016 | — | — |
| Accounts Receivable | (7) | 2,848,077 | 9,683,462 | 903,977 | 414,498 |
| Other Debit Balances | | 6,618 | 22,500 | — | 7,378 |
| Advance Payments to Suppliers | (8) | 2,960,665 | 10,066,260 | 455,880 | |
| Letters of guarantee (Cash Margin) | | 11,653 | 39,620 | 2,175,345 | 9,200 |
| Cash in Hand and at Banks | (9) | 335,286 | 1,139,972 | 62,643 | 4,464,271 |
| Total Current Assets | | 11,830,355 | 40,223,206 | 5,947,731 | 6,165,343 |
| **Current Liabilities** | | | | | |
| Due to Banks | (10) | 1,899,127 | 6,457,033 | 870,995 | 4,516,780 |
| Accounts Payable | | 546,220 | 1,857,149 | 2,250,000 | 1,566,969 |
| Notes Payable | | | | | 37,519 |
| Creditors — Short Term Balances | | 49,567 | 168,527 | 2,497,185 | 95,000 |
| Other Credit Balances | | | | | 20,903 |
| Provisions | (11) | 318,977 | 1,084,522 | 178,650 | |
| Total Current Liabilities | | 2,813,891 | 9,567,231 | 5,796,830 | 6,237,171 |
| Working Capital | | 9,016,463 | 30,655,976 | 150,901 | −71,828 |
| Total Investments | | 16,469,605 | 55,996,659 | 504,529 | 243,670 |
| **Shareholder's Equity** | | | | | |
| Issued and Paid-up Capital | (12) | 14,705,882 | 50,000,000 | 500,000 | 500,000 |
| Legal Reserve | | 88,186 | 299,833 | — | — |
| Retained Earnings | | 1,675,537 | 5,696,826 | 4,529 | (256,330) |
| Total Shareholder's Equity | | 16,469,605 | 55,996,659 | 504,529 | 243,670 |
| Total Finance of Working Capital and Long Term Assets | | 16,469,605 | 55,996,659 | 504,529 | 243,670 |

*The accompanying notes are an integral part of the financial statements.*
*The auditor's report is attached.*

Note: *Solely for the convenience of the reader, the translation of Egyptian pounds into U.S. dollars has been made at the rate of U.S.$1.00 = L.E. 3.40.*

F-39

ARAB STEEL FACTORY

BALANCE SHEET
as at December 31, 1996, 1997 and 1998

|  | Notes | 12.31.98 U.S.$ | 12.31.98 L.E. | 12.31.97 L.E. | 12.31.96 L.E. |
|---|---|---|---|---|---|
| **Long Term Assets** | | | | | |
| Fixed Assets (net) | (2c.3) | 61,537,034 | 209,225,914 | 218,974,952 | 61,395,287 |
| Deferred Expenses (net) | (2c.4) | 6,673,455 | 22,689,747 | 26,108,750 | 8,478,308 |
| Long Term Investments | (5) | 36,470,588 | 124,000,000 | — | — |
| Projects under Construction | (6) | 5,358,585 | 18,219,188 | 20,000 | — |
| **Total Long Term Assets** | | 110,039,661 | 374,134,849 | 245,103,702 | 69,873,595 |
| **Current Assets** | | | | | |
| Inventory | (2d.7) | 22,737,975 | 77,309,116 | 73,683,210 | — |
| Accounts Receivable | (8) | 11,469,009 | 38,994,632 | — | 19,105,531 |
| Debtors — Short Term Balances | | 17,809,150 | 60,551,110 | 57,726,819 | — |
| Letters of Credit | | — | — | — | 2,024,199 |
| Advance Payments to Suppliers | | 2,054,077 | 6,983,861 | — | — |
| Cash in Hand and at Banks | (9) | 666,007 | 2,264,423 | 1,856,822 | 1,219,010 |
| **Total Current Assets** | | 54,736,218 | 186,103,143 | 133,266,851 | 22,348,741 |
| **Current Liabilities** | | | | | |
| Accounts Payable | | — | — | — | 12,997,007 |
| Due to Banks | (10) | 4,523,480 | 15,379,832 | 95,235,441 | — |
| Provisions | | 174,568 | 593,530 | — | — |
| Creditors — Short Term Balances | | 1,764,970 | 6,000,898 | 1,277,268 | — |
| Other Creditors | | 492,978 | 1,676,126 | — | 1,644,182 |
| **Total Current Liabilities** | | 6,955,996 | 23,650,386 | 96,512,709 | 14,641,189 |
| **Working Capital** | | 47,780,223 | 162,452,757 | 36,754,142 | 7,707,552 |
| **Total Investments** | | 157,819,884 | 536,587,606 | 281,857,844 | 77,581,147 |
| **Shareholder's Equity** | | | | | |
| Issued and Paid-up Capital | (11) | 73,529,412 | 250,000,000 | 20,000,000 | 20,000,000 |
| Legal Reserve | | 427,956 | 1,455,049 | — | — |
| Retained Earnings | | 8,131,159 | 27,645,939 | — | — |
| Due to Shareholders | | — | — | 103,220,795 | — |
| **Total Shareholder's Equity** | | 82,088,526 | 279,100,988 | 123,220,795 | 20,000,000 |
| **Long Term Liabilities** | | | | | |
| Long Term Loans | (12) | 1,372,824 | 4,667,603 | 156,560,925 | 57,581,147 |
| Bonds | (13) | 73,529,412 | 250,000,000 | — | — |
| Creditors — Long Term Balances | (14) | 829,122 | 2,819,015 | 2,076,124 | — |
| **Total Long Term Liabilities** | | 75,731,358 | 257,486,618 | 158,637,049 | 57,581,147 |
| **Total Finance of Working Capital and Long Term Assets** | | 157,819,884 | 536,587,606 | 281,857,844 | 77,581,147 |

*The accompanying notes are an integral part of the financial statements.*
*The auditor's report is attached.*

Note: *Solely for the convenience of the reader, the translation of Egyptian pounds into U.S. dollars has been made at the rate of U.S.$1.00 = L.E. 3.40*

F-46

## AMITRADE FOR COMMERCE & CONTRACTING

### BALANCE SHEET
### as at December 31, 1996, 1997 and 1998

|  | Notes | 12.31.98 U.S.$ | 12.31.98 L.E. | 12.31.97 L.E. | 12.31.96 L.E. |
|---|---|---|---|---|---|
| **Long Term Assets** | | | | | |
| Fixed Assets | (2b-3) | 2,955,205 | 10,047,698 | 171,988 | 135,816 |
| Deferred Expenses | (2c-4) | 36,859 | 125,321 | 167,094 | 208,867 |
| Projects under Construction | | — | — | — | 10,188,229 |
| Total Long Term Assets | | 2,992,064 | 10,173,019 | 339,082 | 10,532,912 |
| **Current Assets** | | | | | |
| Inventory | | 809,828 | 2,753,415 | 4,349,784 | — |
| Debtors Short Term Balances | | 589,549 | 2,004,468 | 5,689,161 | 227,971 |
| Accounts Receivable | | 13,482,047 | 45,838,960 | 23,164,892 | — |
| Goods in Transit | | 80,616 | 274,093 | — | — |
| Prepaid Taxes | | 184,385 | 626,908 | — | — |
| Advance Payments to Suppliers | | 5,287,781 | 17,978,455 | 534,040 | — |
| Letters of Credit | | — | — | — | 14,035,285 |
| Letters of Guarantee | | 360,856 | 1,226,912 | — | — |
| Cash in Hand and at Banks | (5) | 85,236 | 289,804 | 426,875 | 88,530 |
| Total Current Assets | | 20,880,299 | 70,993,015 | 34,164,752 | 14,351,787 |
| **Current Liabilities** | | | | | |
| Due to Banks | (6) | 6,349,710 | 21,589,013 | 19,984,299 | 12,739,493 |
| Accounts Payable | | 279,581 | 950,574 | 1,870,290 | 1,760,894 |
| Creditors Short-Term | (7) | 149,958 | 509,857 | 784,813 | 384,312 |
| Provisions | (8) | 477,070 | 1,622,038 | 1,411,980 | — |
| Total Current Liabilities | | 7,256,318 | 24,671,482 | 24,051,382 | 14,884,699 |
| Working Capital | | 13,623,980 | 46,321,533 | 10,113,370 | -532,912 |
| Total Investments | | 16,616,045 | 56,494,552 | 10,452,452 | 10,000,000 |
| **Shareholder's Equity** | | | | | |
| Authorized Capital (L.E. 100,000,000) | | | | | |
| Issued & Subscribed and Paid-Up Capital | (9) | 14,705,882 | 50,000,000 | 10,000,000 | 10,000,000 |
| Retained Earnings | | 95,508 | 324,728 | — | — |
| Net Profit for the Period | | 1,814,654 | 6,169,824 | 452,452 | — |
| Total Shareholder's Equity | | 16,616,045 | 56,494,552 | 10,452,452 | 10,000,000 |
| Total Finance of Working Capital and Long Term Assets | | 16,616,045 | 56,494,552 | 10,452,452 | 10,000,000 |

*The accompanying notes are an integral part of the financial statements.*
*The auditor's report is attached.*

Note: *Solely for the convenience of the reader, the translation of Egyptian pounds into U.S. dollars has been made at the rate of U.S.$1.00 = L.E. 3.40.*

INDUSTRIAL CONSUMER COMPANY

BALANCE SHEET
as at December 31, 1996, 1997 and 1998

|  | Notes | 12.31.98 U.S.$ | 12.31.98 L.E. | 12.31.97 L.E. | 12.31.96 L.E. |
|---|---|---|---|---|---|
| **Long Term Assets** | | | | | |
| Fixed Assets (net) | (2) | 11,731,216 | 39,886,134 | 40,000,000 | — |
| Projects under Construction | (3) | 3,926,349 | 13,349,586 | — | — |
| Deferred Expenses | (4) | 595,163 | 2,023,555 | 82,532 | 10,559 |
| Total Long Term Assets | | 16,252,728 | 55,259,275 | 40,082,532 | 10,559 |
| **Current Assets** | | | | | |
| Inventory | (5) | 1,623,545 | 5,520,054 | — | — |
| Letters of Credit | | 8,000 | 27,200 | — | — |
| Guarantee Deposits | (6) | 18,529,412 | 63,000,000 | — | — |
| Accounts Receivable | | 169,250 | 575,450 | — | — |
| Advance Payments to Suppliers | (7) | 1,001,599 | 3,405,437 | — | — |
| Letters of Guarantee | | 49,660 | 168,844 | — | — |
| Cash in Hand and at Banks | (8) | 72,014 | 244,847 | 479,540 | 276,500 |
| Total Current Assets | | 21,453,480 | 72,941,832 | 479,540 | 276,500 |
| **Current Liabilities** | | | | | |
| Due to Banks | (9) | 20,291,978 | 68,992,725 | — | — |
| Accounts Payable | | — | — | — | 37,059 |
| Notes Payable | | — | — | 40,000,000 | — |
| Creditors | (10) | 85,159 | 289,541 | 312,072 | — |
| Total Current Liabilities | | 20,377,137 | 69,282,266 | 40,312,072 | 37,059 |
| Working Capital | | 1,076,343 | 3,659,566 | (39,832,532) | 239,441 |
| Total Investment | | 17,329,071 | 58,918,841 | 250,000 | 250,000 |
| **Shareholders' Equity** | | | | | |
| Issued and Paid-up Capital | (11) | 14,705,882 | 50,000,000 | 250,000 | 250,000 |
| Total Shareholders' Equity | | 14,705,882 | 50,000,000 | 250,000 | 250,000 |
| **Long Term Liabilities** | | | | | |
| Long Term Loans | (12) | 2,623,189 | 8,918,841 | — | — |
| Total Finance of Working Capital and Long Term Assets | | 17,329,071 | 58,918,841 | 250,000 | 250,000 |

*The accompanying notes are an integral part of the financial statements.*
*The auditor's report is attached.*

Note: *Solely for the convenience of the reader, the translation of Egyptian pounds into U.S. dollars has been made at the rate of U.S.$1.00 = L.E. 3.40.*

F-60

INDUSTRIAL INVESTMENT COMPANY

BALANCE SHEET
as at December 31, 1996, 1997 and 1998

| | Notes | 12.31.98 U.S.$ | 12.31.98 L.E. | 12.31.97 L.E. | 12.31.96 L.E. |
|---|---|---|---|---|---|
| Fixed Assets (net) | (2a) | 2,334,706 | 7,938,000 | 8,100,000 | 8,100,000 |
| Long Term Investment | (3) | 66,363,272 | 225,635,125 | 98,079,576 | 17,097,544 |
| Deferred Expenses | | — | — | 327,092 | 140,070 |
| Total Long Term Assets | | 68,697,978 | 233,573,125 | 106,506,668 | 25,337,614 |
| Current Assets | | | | | |
| Cash in Hand and at Banks | (4) | 170,631 | 580,146 | 62,384 | 4,787 |
| Total Current Assets | | 170,631 | 580,146 | 62,384 | 4,787 |
| Current Liabilities | | | | | |
| Promissory Note | (5) | 23,823,529 | 81,000,000 | 81,000,000 | — |
| Other Credit Balances | | — | — | 5,000 | — |
| Provisions | | 42,304 | 143,834 | — | — |
| Total Current Liabilities | | 23,865,834 | 81,143,834 | 81,005,000 | 0 |
| Working Capital | | (23,695,202) | (80,563,688) | (80,942,616) | 4,787 |
| Total Investment | | 45,002,776 | 153,009,437 | 25,564,052 | 25,342,401 |
| Shareholder's Equity | | | | | |
| Issued and Paid-up-Capital | (6) | 37,647,059 | 128,000,000 | 20,000,000 | 20,000,000 |
| Legal Reserve | | 103,645 | 352,393 | — | — |
| Retained Earnings | | 1,969,258 | 6,695,476 | — | — |
| Total Shareholder's Equity | | 39,719,961 | 135,047,869 | 20,000,000 | 20,000,000 |
| Long Term Loans | (7) | | | 5,564,052 | 5,342,401 |
| Total Long Term Liabilities | | | | 5,564,052 | 5,342,401 |
| Total Finance of Working Capital and Long Term Assets | | | | 25,564,052 | 25,342,401 |

The accompanying notes are an integral part of the financial statements.
The auditor's report is attached.

Note: Solely for the convenience of the reader, the translation of Egyptian pounds into U.S. dollars has been made at the rate of U.S.$1.00 = L.E. 3.40.

F-66