# Attachment 3

(see attachment 2)