# Attachment 4

(see attachment 2)