# Attachment 5

(see attachment 2)