# Attachment 6

(<u>see</u> attachment 2)