# Attachment 7

## (see attachment 2)