# Attachment 8

(see attachment 2)