محضر
اجتماع الجمعية العامة غير العادية
للشركة العالمية للاستثمارات المالية
[illegible] ٣٠٢٠
يوم الخميس الموافق ١٧/١٢/١٩٩٨

اجتمعت الجمعية العامة غير العادية للشركة في الساعة الخامسة والنصف يوم الخميس الموافق ١٧/١٢/١٩٩٨ بالعنوان ٦٨ شارع الميرغني - مصر الجديدة - القاهرة وذلك بناء على الدعوة الموجهة من السيد/ رئيس مجلس الإدارة والعضو المنتدب إلى كل من السادة المساهمين والهيئة العامة لسوق المال ومراقبا الحسابات، وقد حضر الاجتماع السادة أعضاء مجلس الإدارة وهم:-

١- السيد/ رامي ريمون ميشيل لكح — رئيس مجلس الإدارة والعضو المنتدب

٢- السيد/ رامي ريمون ميشيل لكح بتفويض عن السيد/ ميشيل ريمون ميشيل لكح — نائب رئيس مجلس الإدارة.

٣- السيد/ نادر عبد السميع حسن محمد — عضو مجلس الإدارة.

كما حضر الاجتماع السيد الدكتور/ رشاد أحمد كامل حسني المحاسب القانوني ومراقب الحسابات والسيد الأستاذ/ محمد صبري عبد المجيد المحاسب القانوني ومراقب الحسابات بالشركة ولم يحضر الاجتماع السيد مندوب الهيئة العامة لسوق المال.

وقد بدأ الاجتماع برئاسة السيد/ رامي ريمون ميشيل لكح رئيس مجلس الإدارة والعضو المنتدب حيث رشح سيادته السيد/ سامح سعيد زكي مقلد - أمين سر الجمعية، ووافق الأعضاء على ذلك، كما تم اختيار كل من السيدين/ أشرف محمد علي محمد ومحمد إبراهيم فارزا أصوات. وقد وافق الحاضرون على الترشيح. وبمراجعة إجراءات الدعوة لاجتماع الجمعية العامة الغير عادية للشركة أعلن السادة/ مراقبا الحسابات صحة الاجتماع وأن النصاب الحاضر للأسهم عدد ٣٠٠٠٠٠ سهم من مجموع عدد الأسهم ٣٠٠٠٠٠ سهم أي بنسبة ١٠٠٪ كما أن إجراءات الدعوة صحيحة وقد تم التصويت باليد، ثم بدأت الجمعية العامة النظر في جدول الأعمال الوارد بالدعوة واتخذت القرارات التالية بإجماع الحاضرين.

زيادة رأس المال المرخص به ليصبح خمسة مليار جنيه مصري

وافقت الجمعية العامة غير العادية على زيادة رأس المال المرخص به ليصبح خمسة مليار جنيه مصري.

- زيادة رأس المال المصدر بمبلغ ١١٤٦٨٨٠٠٠٠ جم [ مليار مائة ستة وأربعون مليون وثمانمائة وثمانون ألف جنيه مصري ] ليصبح رأس المال المصدر ١١٤٩٨٨٠٠٠٠ جم [ مليار مائة تسعة وأربعون مليون وثمانمائة وثمانون ألف جنيه مصري ].

وافقت الجمعية العامة غير العادية على زيادة رأس المال المصدر ... بإصدار ١١٤٦٨٨ سهم قيمة السهم الاسمية ١٠ جم أي مبلغ ....١١٤٦٨٨ جم [مليار ومائة ستة وأربعون مليون وثمانمائة وثمانون الف جنيه مصري] ليصبح رأس المال المصدر ....١١٤٩٨٨ جم [مليار مائة تسعة وأربعون مليون وثمانمائة وثمانون الف جنيه مصري] موزع على عدد ....١١٤٩٨٨ سهم [مائة وأربعة عشر مليون تسعمائة ثمانية وثمانون الف سهم اسمي] قيمة كل سهم ١٠ جم بدون أي علاوة إصدار وذلك عن طريق الأرصدة الدائنة لجاري المساهمين.

... تعديل المادتين [٦]، [٧] من النظام الاساسي للشركة على النحو التالي :-

المادة [٦] من النظام الاساسي :

المادة [٦] قبل التعديل

حدد رأس مال الشركة المرخص به بمبلغ خمس عشر مليون جنيه مصريا وحدد رأس مال الشركة المصدر بمبلغ ثلاثة ملايين جنيه مصري موزعا على عدد ثلاثمائة الف سهم قيمة كل سهم ١٠ جم جميعها أسهم نقدية

المادة [٦] بعد التعديل

حدد رأس مال الشركة المرخص به بمبلغ خمس مليار جنيه مصريا وحدد رأس مال الشركة المصدر بمبلغ ....١,١٤٩,٨٨٠ جم [مليار مائة تسعة وأربعون مليون وثمانمائة وثمانون الف جنيه مصري] موزعا على عدد ....١١٤,٩٨٨ سهم [مائة وأربعة عشر مليون وتسعمائة ثمانية وثمانون الف سهم] وقيمة كل سهم ١٠ جم جميعها أسهم نقدية ،

المادة [٧] من النظام الاساسي :

المادة [٧] قبل التعديل

يتكون رأس مال الشركة من [٣٠٠٠٠٠] سهم إسمي وقد تم الاكتتاب في رأس المال على النحو التالي

| الاسماء | الجنسية | عدد الاسهم | القيمة الاسمية | العملة التي تم الوفاء بها |
|---|---|---|---|---|
| **المؤسسون** | | | | |
| ١- رامي ريمون ميشيل تكي | مصري | ١٠٠٠ | ١٠٠٠٠ | الجنيه المصري. |
| ٢- ميشيل ريمون ميشيل تكي | مصري | ١٠٠٠ | ١٠٠٠٠ | " " |
| ٣- فاروق عبد السميع حسن محمد | مصري | ٥٠٠ | ٥٠٠٠ | " " |
| **المكتتبون** | | | | |
| ٤- رامي ريمون ميشيل تكي | مصري | ١٤٨٧٥٠ | ١٤٨٧٥٠٠ | الجنيه المصري |
| ٥- ميشيل ريمون ميشيل تكي | مصري | ١٤٨٧٥٠ | ١٤٨٧٥٠٠ | " " |
| الاجمالي | | ٣٠٠٠٠٠ | ٣٠٠٠٠٠٠ | |

وتبلغ نسبة مشاركة المصريين ١٠٠٪ وقد دفع المكتتبون كامل القيمة الاسمية للأسهم الاسمية

المادة [٧] بعد التعديل

يتكون رأس مال الشركة من [١١٤،٩٨٨،٠٠٠ سهم] إسمى وقد تم الاكتتاب فى زيادة رأس المال على النحو التالى :-

| الأسماء | الجنسية | عدد الأسهم رأس المال قبل الزيادة | عدد الأسهم فى زيادة رأس المال | عدد الأسهم بعد زيادة رأس المال | قيمة السهم | قيمة الأسهم الاسمية بعد الزيادة |
|---|---|---|---|---|---|---|
| المؤسسون | | | | | | |
| ١- رامى ريمون ميشيل تكلا | مصرى | ١٠٠٠ | — | ١٠٠٠ | ١٠ | ١٠٠٠٠ |
| ٢- ميشيل ريمون ميشيل تكلا | مصرى | ١٠٠٠ | — | ١٠٠٠ | ١٠ | ١٠٠٠٠ |
| ٣- فاروق عبد السميع حسن محمد | مصرى | ٥٠٠ | — | ٥٠٠ | ١٠ | ٥٠٠٠ |
| المكتتبون | | | | | | |
| ٤- رامى ريمون ميشيل تكلا | مصرى | ١٤٨٧٥٠ | ٥٧٣٤٤٠٠٠ | ٥٧٤٩٢٧٥٠ | ١٠ | ٥٧٤٩٢٧٥٠٠ |
| ٥- ميشيل ريمون ميشيل تكلا | مصرى | ١٤٨٧٥٠ | ٥٧٣٤٤٠٠٠ | ٥٧٤٩٢٧٥٠ | ١٠ | ٥٧٤٩٢٧٥٠٠ |
| الإجمالى | | ٣٠٠٠٠٠ | ١١٤٦٨٨٠٠٠ | ١١٤٩٨٨٠٠٠ | | ١١٤٩٨٨٠٠٠٠ |

وتبلغ نسبة مشاركة المصريين ١٠٠٪ وقد دفع المكتتبون كامل القيمة الاسمية للأسهم فى زيادة رأس المال عند الاكتتاب وقدرها ١١٤٦٨٨٠٠٠ جم [مليار ومائة ستة وأربعون مليون وستمائة وثمانون ألف جنيه] من الأرصدة الدائنة لحساب الجارى المساهمين ليصبح رأس المال المصدر والمدفوع جم [مليار ومائة تسعة وأربعون مليون وثمانمائة وثمانون ألف جنيه مصرى] مسدد بالكامل.

وقد فوض السادة المساهمون السيد/ رامى ريمون ميشيل تكلا رئيس مجلس الإدارة أو السيد/ محمد صبحى عبد الحميد المحاسب القانونى منفردين فى اتخاذ الإجراءات المتعلقة بالتعديل لدى جميع الجهات الرسمية وإدخال التعديلات التى تطلبها هذه الجهات حتى إجراءات نشرها.

وقد انتهى الاجتماع فى تمام الساعة السادسة مساءً

| فارزا الأصوات | أمين السر | مراقب الحسابات | رئيس الاجتماع |
|---|---|---|---|

الشركة القابضة للاستثمارات المالية ل.ك.ج جروب ش.م.م قانون ٩٥ لسنة ٩٢