Attachment 10

**The board meeting minute**
**The holding company for financial investments**
**[L.K.H Group] An Egyptian shareholding**
**on Monday coinciding 28/6/1999**

The board meeting was held at the company headquarter in 68 El Merghany St. – Heliopolis – Cairo, at 7 o'clock PM on Monday coinciding 28/6/1999 according to an invitation issued by Mr./ Ramy Rimon Michel Lakah – The board chairman and the authorized member to the board members in order to discuss the agenda that was included in the invitation :

The following board members attended the meeting :

1- Mr./ Ramy Rimon Michel Lakah – The board chairman and the authorized member.

2- Mr./ Michel Rimon Michel Lakah – The board chairman deputy.

3- Mr./ Farouk Abdel Samie Hassan – The board member.

The meeting began and was headed by Mr./ Ramy Rimon Michel Lakah – The board chairman and the authorized member, as he nominated Mr./ Medhat Sobhy Michel to be the meeting secretary, and this nomination was accepted by the members, and the following decisions were taken :

**First :** The approval of what was mentioned in the board meeting minute dated 27/5/1999.

The board agreed unanimously on certifying the previous board meeting minute dated 27/5/1999.

**Second :** The approval of the capital increased by the issuance of 35000000 nominal shares, and he value of each share is 10EGP.



Mr./ Ramy Rimon Michel Lakah – The board chairman and the authorized member presented on the board members that, as there were some facilities presented by the state for the investment in the Egyptian market and the continued development of these investments which benefited the shareholders and the Egyptian economy, at the same time, the company had studies many projects for the shareholders, and that required liquid money to perform these projects, consequently, He suggested to increase the capital by issuing 35000000 shares [thirty five million shares], the value of each share is 10 EGP. Which meant a total amount of 350000000 [three hundred and fifty million Egyptian pounds], therefore the issued capital would be 1499880000 [one billion, four hundred and ninety nine million, eight hundred and eighty thousand Egyptian pounds], and amending the two articles No. 6 of the company main system as follows :

**The article No. 6 of the main system :**

**The article No. 6 before the amendment :**

The registered capital of the company sis determined to be an amount of 5000000000 EGP [Five billion Egyptian pounds], and the company issued capital is determined to be 1149880000 [one billion and one hundred and forty nine million, and eight hundred and eighty thousand Egyptian pounds] divided on 114988000 shares [one hundred and fourteen million, nine hundred and eighty eight thousand shares], the value of each share is 10 EGP [ten Egyptian pound], all of them are cash shares.

**The article No. 6 after amendment :**

The company registered capital is determined to be 5000000000 EGP [five billion Egyptian pounds], and the company issued capital is 1499880000 EGP.



[one billion, four hundred, ninety nine million and eighty thousand Egyptian pounds] divided on 149988000 shares [one hundred and forty nine million, nine hundred and eighty eight thousand shares] the value of each share is 10 EGP [Ten Egyptian pounds] and all of them are cash shares.

**The article No. 7 of the main system :**

**The article No. before the amendment**

The capital consists of [114988000 nominal shares], and the subscription is done, concerning the capital, as follows :

| The Name | Shares Number | Share value/pound | The share Nominal value |
|---|---|---|---|
| ❖ **The establishers :** | | | |
| 1-Ramy Rimon Michel Lakah. | 1000 | 10 | 10000 |
| 2-Micheal Rimon Michel Lakah. | 1000 | 10 | 10000 |
| 3-Farouk Abdel Samie Hassan. | 500 | 10 | 5000 |
| ❖ **The subscribers :** | | | |
| 4- Ramy Rimon Michel Lakah. | 57492750 | 10 | 574927500 |
| 5- Micheal Rimon Michel Lakah. | 57492750 | 10 | 574927500 |
| **Total** | 114988000 | | 1149880000 |

The Egyptian shareholding percentage is 100%.

The shareholders paid the share's full nominal value which is amounted to 1149880000 EGP [one billion, one hundred, forty nine million, eight hundred and eighty thousand Egyptian pounds].



**The article No. 7 after the amendment :**

The company capital consists of [149988000 nominal shares], and the subscription has been made, concerning the capital increase, as follows :

| Name | Capital shares number before the increase | Capital increased shares number | Capital shares number after the increase | The shares value/EGP | The shares nominal value after the increase |
|---|---|---|---|---|---|
| **The establishers :** 1- Ramy Rimon Micheal Lakah. | 1000 | - | 1000 | 10 | 10000 |
| 2- Micheal Rimon Micheal Lakah. | 1000 | - | 1000 | 10 | 10000 |
| 3- Farouk Abdel Samie Hassan. | 500 | - | 500 | 10 | 5000 |
| **The subscribers :** 4- Ramy Rimon Michel Lakah. | 57491450 | 17500000 | 74991450 | 10 | 74994500 |
| 5- Michel Rimon Micheal Lakah. | 45993950 | 17500000 | 63493950 | 10 | 634939500 |
| 6- Cairo Bank [S.A.E]. | 11498800 | - | 11498800 | 10 | 114988000 |
| 7- Medhat Sobhy Michel. | 50 | - | 500 | 10 | 500 |
| 8- Ramy Mostafa Fadel. | 50 | - | 500 | 10 | 500 |
| 9- Samy Filib Totongy. | 100 | - | 1000 | 10 | 1000 |
| 10- Abdel Kader Mohamed Farid. | 50 | - | 500 | 10 | 500 |
| 11-Mohamed Ali Hamza. | 50 | - | 500 | 10 | 500 |
| 12- Ismail Saleh Mohamed. | 50 | - | 500 | 10 | 500 |
| 13- Gamal Mohamed Anwer | 50 | - | 500 | 10 | 500 |
| Total | 114988000 | 35000000 | 149988000 | | 1499880000 |

El-Zini Center
2912824 Certified Translation C.R. 327560 0105752490
85, El-Mergnany St. Heliopolis

The Egyptian shareholding percentage is 100 %, and the shareholders paid 10 % of the share nominal value to increase the capital upon the subscription, which is amounted to 35000000 EGP [thirty five million Egyptian pounds], and it is deposited at the international bank of Egypt- Giza branch- therefore the issued capital will be 1499880000 EGP [one billion, four hundred, ninety nine million, eight thousand Egyptian pounds], and the paid amount is 1187880000EGP [one billion, one hundred, eighty thousand Egyptian pounds], that is paid is full, and the capital increased amount will be frozen at the bank, and it won't be behaved in unless the increase is registered in the commercial registry.

The attendants authorized Mr./ Micheal Rimon Michel Lakah, the board chairmen deputy or Mr./ Mohamed Sabry Abdel Gayyed, the chartered accountant collectively or individually to carry out the procedures of the capital increase before the general authority for stock market, the notary, the commercial registry and inserting any amendments that are required by these authorities include the publishing procedures.

The meeting was terminated at 8 o'clock PM.

| **The secretary** | **The board chairman and the authorized member** |
|---|---|
| **Medhat Sobhy Micheal** | **Ramy Rimon Micheal Lakah** |

El-Zini Center
Certified
Translation
C.R. 327560
Tel. 2912824
0105752490
86. El-Merghany St.
Heliopolis

محضر اجتماع مجلس الإدارة
الشركة القابضة للاستثمارات المالية (ل.ك.ج جروب)
شركة مساهمة مصرية
يوم الاثنين الموافق ٢٨/٦/١٩٩٩

اجتمع مجلس الإدارة بمقر الشركة بالعنوان ٦٨ شارع الميرغني - مصر الجديدة - القاهرة في تمام الساعة [illegible] يوم الاثنين الموافق ٢٨/٦/١٩٩٩ بناء على دعوة السيد الأستاذ/ رامي ريمون ميشيل لكح رئيس مجلس الإدارة والعضو المنتدب للسادة أعضاء مجلس الإدارة لمناقشة جدول الأعمال المدرج بالدعوة.

وقد حضر الاجتماع السادة أعضاء مجلس الإدارة وهم :-

١- السيد الأستاذ/ رامي ريمون ميشيل لكح — رئيس مجلس الإدارة والعضو المنتدب
٢- السيد الأستاذ/ ميشيل ريمون ميشيل لكح — نائب رئيس مجلس الإدارة
٣- السيد الأستاذ/ [illegible] — عضو مجلس الإدارة

وقد بدأ الاجتماع برئاسة السيد الأستاذ/ رامي ريمون ميشيل لكح رئيس مجلس الإدارة والعضو المنتدب حيث عرض [illegible] السيد/ [illegible] أمين سر الاجتماع وقد وافق الأعضاء على ذلك واتخذ مجلس الإدارة القرارات التالية:

أولاً: الموافقة على ما جاء بمحضر اجتماع مجلس الإدارة بتاريخ ٢٧/٥/١٩٩٩.

وافق مجلس الإدارة بالإجماع على ما جاء بمحضر اجتماع مجلس الإدارة السابق بتاريخ ٢٧/٥/١٩٩٩.

ثانياً: الموافقة على زيادة رأس المال المصدر [illegible] ٣٥ سهم قيمة السهم ١٠ ج.م.

عرض السيد الأستاذ/ رامي ريمون ميشيل لكح رئيس مجلس الإدارة والعضو المنتدب على السادة أعضاء المجلس أنه نظراً للتغيرات التي [illegible] والتطوير المستمر [illegible] الاستثمار [illegible] من المشروعات [illegible] وعليه تقترح [illegible] زيادة رأس المال [illegible] ٣٥ سهم [خمسة وثلاثون مليون سهم] قيمة السهم ١٠ ج.م [illegible] ٣٥٠ ج.م [ثلاثمائة وخمسون مليون جنيه] وكذلك [illegible] ١,٤٩٩,٨٨٠ ج.م [واحد مليار أربعمائة وتسعة وتسعون مليون ثمانمائة وثمانون ألف جنيه مصري] وتعديل المادتين ٦ و٧ من النظام الأساسي للشركة على النحو التالي:

[illegible] من النظام الأساسي:

المادة (٦) قبل التعديل

رأس مال الشركة المرخص به مبلغ ٥ [illegible] جم (خمسة مليار جنيه مصري) وحدد رأس مال الشركة المصدر بمبلغ ١/١٤٩/٨٨٠ [illegible] جم (واحد مليار مائة تسعة وأربعون مليون ثمانمائة وثمانون ألف جنيه مصري) موزع على عدد ١١٤٩٨٨ [illegible] سهم (مائة أربعة عشر مليون تسعمائة ثمانية وثمانون [illegible] سهم) قيمة كل سهم ١٠ جم (عشرة جنيه مصري) جميعها أسهم نقدية.

المادة (٦) بعد التعديل

حدد رأس مال الشركة المرخص به مبلغ ٥ [illegible] جم (خمسة مليار جنيه مصري) وحدد رأس مال الشركة المصدر بمبلغ ١/١٤٩٩/٨٨٠ [illegible] جم (واحد مليار أربعمائة تسعة وتسعون مليون ثمانمائة وثمانون ألف جنيه مصري) موزع على عدد [illegible]٩٨٨ [illegible] سهم (مائة [illegible] تسعة وأربعون مليون تسعمائة ثمانية وثمانون [illegible] سهم) قيمة كل سهم ١٠ جم ([illegible] جنيه مصري) جميعها أسهم نقدية.

المادة (٧) من النظام الأساسي

المادة (٧) قبل التعديل

يتكون رأس المال من (١١٤٩٨٨ [illegible]) [illegible] وقد اكتتب في رأس المال على النحو التالي:

| الاسم | عدد الأسهم | قيمة السهم بالجنيه | القيمة الاسمية للأسهم |
|---|---|---|---|
| المؤسسون: | | | |
| ١- ابراهيم [illegible] ميشيل نكد | ١٠ | ١٠ | ١٠٠ |
| ٢- ميشيل [illegible] ميشيل نكد | ١٠ | ١٠ | ١٠٠ |
| ٣- [illegible] | ٥٠ | ١٠ | ٥٠٠ |
| المكتتبون: | | | |
| ٤- ابراهيم [illegible] ميشيل نكد | ٥٧٤٩٤٧٥ | ١٠ | ٥٧٤٩٤٧٥٠ |
| ٥- ميشيل [illegible] ميشيل نكد | ٥٧٤٩٤٧٥ | ١٠ | ٥٧٤٩٤٧٥٠ |
| [illegible] | [illegible] | | [illegible] |

١١٤٩٨٨٠٠٠ ١١٤٩٨٨٠٠٠٠

... نسبة مشاركة المصريين ١٠٠٪
... دفع المساهمين كامل القيمة الاسمية للأسهم وقدرها ١٤٩،٨٨٠،٠٠٠ جم (واحد مليار ومائة تسعة واربعون مليون ثمانمائة وثمانون الف جنيه مصري).

المادة (٧) بعد التعديل

يتكون رأس مال الشركة ... (١٤٩٩٨٨ ... سهم) وقد تم الاكتتاب في زيادة رأس المال على النحو التالي :-

| الاسم | عدد الأسهم رأس المال قبل الزيادة | عدد الأسهم في زيادة رأس المال | عدد الأسهم بعد زيادة رأس المال | قيمة السهم بالجنيه المصري | القيمة الاسمية للأسهم بعد الزيادة |
|---|---|---|---|---|---|
| المؤسسون: | | | | | |
| ١- رامي محمود ميشيل بكي | ١٠٠٠٠٠٠ | — | ١٠٠٠٠٠٠ | ١٠ | ١٠٠٠٠٠٠٠ |
| ٢- ميشيل محمود ميشيل بكي | ١٠٠٠٠٠٠ | — | ١٠٠٠٠٠٠ | ١٠ | ١٠٠٠٠٠٠٠ |
| ٣- [illegible] | ٥٠٠٠٠٠ | — | ٥٠٠٠٠٠ | ١٠ | ٥٠٠٠٠٠٠ |
| المكتتبون: | | | | | |
| ٤- رامي ... ميشيل بكي | ٥٧٤٩١٤٥٠ | ١٧٠٠٠٠٠٠ | ٧٤٩٩١٤٥٠ | ١٠ | ٧٤٩٩١٤٥٠٠ |
| ٥- ميشيل ... ميشيل بكي | ٤٥٩٩٣٩٥٠ | ١٧٠٠٠٠٠٠ | ٦٣٤٩٣٩٥٠ | ١٠ | ٦٣٤٩٣٩٥٠٠ |
| ٦- شركة القاهرة ... (ش.م.م) | ١١٤٩٨٨٠٠ | | ١١٤٩٨٨٠٠ | ١٠ | ١١٤٩٨٨٠٠٠ |
| ٧- ... | ٥٠ | | ٥٠ | ١٠ | ٥٠٠ |
| ٨- ... | ٥٠ | | ٥٠ | ١٠ | ٥٠٠ |
| ٩- ... | ١٠٠ | | ١٠٠ | ١٠ | ١٠٠٠ |
| ١٠- عبد القادر ... | ٥٠ | | ٥٠ | ١٠ | ٥٠٠ |
| ١١- ... | ٥٠ | | ٥٠ | ١٠ | ٥٠٠ |
| ١٢- ... | ٥٠ | | ٥٠ | ١٠ | ٥٠٠ |
| ١٣- جمال ... السادات | ٥٠ | | ٥٠ | ١٠ | ٥٠٠ |
| الإجمالي | ١١٤٩٩١٨٨ | ٣٥٠٠٠٠٠٠ | ١٤٩٩٨٨٠٠٠ | | ١٤٩٩٨٨٠٠٠٠ |

وتبلغ نسبة مشاركة المصريين ١٠٠٪ وقد ... ١٠٪ من القيمة الاسمية للأسهم في زيادة رأس المال عند الاكتتاب وقدرها ٣٥٠٠٠٠٠٠ جم (خمسة وثلاثون مليون جنيه مصري) أودعت في بنك ... مصر ... فرع ... الجيزة ليصبح رأس المال المصدر مبلغ ١٤٩٩٨٨٠٠٠ جم (واحد مليار أربعمائة تسعة وتسعون ... ثمانمائة وثمانون الف جنيه مصري) والمدفوع مبلغ ١١٨٤٨٨٠٠٠ جم (واحد مليار ومائة ... )

وثمانمائة وثمانون ألف جنيه مصري) مسدداً بالكامل ويمثل هذا المبلغ [illegible] في زيادة رأس المال ولم يتم التصرف فيه إلا بعد التأشير في السجل التجاري بالزيادة.

وفوض الحاضرون السيد/ [illegible] / ميشيل [illegible] نائب رئيس مجلس الإدارة والسيد/ [illegible] المحاسب القانوني منفردين أو مجتمعين في القيام بإجراءات زيادة رأس المال أمام الهيئة العامة للاستثمار والسجل العقاري والسجل التجاري واستيفاء أية تعديلات تطلبها هذه الجهات [illegible] إجراءات نشرها

وقد انتهى الاجتماع في تمام الساعة الثامنة مساءً

أمين السر

مدحت حبيب ميخائيل

رئيس [illegible] العمومية

[illegible]