## The board meeting minute of the holding company for financial investments (L.K.H Group)
### S.A.E That was held on Sunday coinciding 12/12/1999

According to the invitation directed Mr./ Ramy Rimon Michel Lakah – the board chairman and the authorized member of the holding company for financial investments (L.K.H Group) S.A.E, to the board members to attend a meeting at the company head quarter located in 68 El Merghany St., Heliopolis – Cairo at 10 o'clock A.M on Sunday coinciding 12/12/1999 to discuss the agenda that was included in the invitation.

**The following board members attended the meeting :**

1- Mr./ Ramy Rimon Michel Lakah – the board chairman and the authorized member.

2- Mr./ Micheal Rimon Michel Lakah – the board chairman first deputy.

3- Mr./ Ramy Mostafa Fadel Ouda Basha – the board chairman first deputy.

4- Mr./ Mohamed Ali Hamza Khedr – the board chairman first deputy.

5- Mr./ Farouk Abdel Samile Hassan – the board chairman first deputy.

6- Mr./ Gamal Mohamed Anwer El Sadat – the board chairman deputy.

7- Mr./ Abdel Kader Mohamed Farid – the board chairman deputy for the investments affairs.

8- Mr./ Medhat Sobhy Michel - the board chairman deputy for the investment port falis affairs.

9- Mr./ Ismail Saleh Abdoun – the board member for the financial affairs.

10- Mr./ Samy Filib Totongy - the board member.



11- Mr./ Cairo Bank, S.A.E, which was represented by Mr./ Badawy hassan Hassanien – the board member.

12- Mr./ Becker Chance Karl – the board member and the expert of the investment relationship affairs.

13- Mr./ Merry Brian Antony – the board member and the expert of the future strategies and planning affairs.

The meeting began and was headed by Mr./ Ramy Rimon Michel Lakah – the board chairman and the authorized member, as the nominated Mr./ Mohamed Sayed Abdel Galil to be the secretary, and the attendants agreed on that nomination.

After the board had presented the issues according to the agenda that was included in the invitation directed to the board members, the following decision was taken by the end of the meeting.

Complementing the payment of the increased account in relation to the company issued capital which is amounted 350000000 EGP (three hundred and fifty million Egyptian pounds) to reach the percentage of 25% by paying an amount of 52500000 EGP (fifty two million and five hundred thousand Egyptian pounds) and paying an amount, so that the paid capital will be 12 373 38 0000 (one billion, two hundred, thirty seven million, three hundred and eighty thousand Egyptian pounds) and this amount will be frozen at the bank until signing at the commercial registry.

The meeting terminated at 11 o'clock A.M on the same date.

**The secretary**                              **The board president**



El-Zini Center
Certified Translation
C.R. 327560
86, El-Merghany St. Heliopolis
Tel. 2912824
0105752490

محضر اجتماع مجلس ادارة الشركة
القابضة للاستثمارات المالية (ل.د.ل.جيوب)
المنعقد بتاريخ ١٩٩٩/١٢/١٢

[النص العربي المكتوب بخط اليد غير واضح بشكل كافٍ للنسخ الكامل]

و اثنان ، و م‍ـــــوديع ملــــوع طلبة الج‍ـــ جمهور مصري ‍ في ال‍ـــــــة 50,000 ، و ذلك
‍‍‍‍‍‍‍‍‍‍‍‍‍‍‍‍‍‍‍‍‍‍‍‍‍‍‍‍ مبلغ ليكون ب‍ـــأس ‍ـــال الم‍ــــ‍‍ا 12728 (اثنا ر وما‍ت‍ا‍ه سبعة
و ثلاث‍ــــا‍‍ت و ثما‍ن‍‍ة و‍ل‍ت‍ز‍م ‍ـــــ ج‍نيه مصري ، و ‍ست‍ج‍ل هذا المبلغ محرراً بالبنك ط‍يلة لث‍ا‍ش‍ــــ

‍ـــــ‍ـــــــ‍‍‍‍‍ ب‍مك‍ا‍ن ه‍يئ‍ة ك‍ا‍ن‍تال للط‍و‍ر‍يد      د‍سد ج‍مال ح‍ن‍س ال‍م‍رك
س‍ـــــ‍ة اطل‍                              رئ‍يس ال‍د‍يو‍ا‍ن‍ا‍ل‍ي