Attachment 12

**The board meeting minute of**
**The holding company for financial investment**
**[L.K.H Group] S.A.E**
**which was held on Saturday**
**coinciding 25/12/1999**

According to the invitation directed by Mr./ Ramy Rimon Micheal Lakah, The board chairman and the authorized member of the holding company for financial investments [L.K.H Group] S.A.E, to the board members in order to attend a meeting at the company headquarter located in 68 El Merghany St.- Heliopolis – Cairo, at 9 o'clock AM on Saturday coinciding 25/12/1999 for discussing the agenda that was include in the invitation.

The following board members attend the meeting :

1- Mr./ Ramy Rimon Micheal Lakah – the board chairman authorized member.
2- Mr./ Micheal Rimon Micheal Lakah – the board chairman first deputy.
3- Mr./ Ramy Mostafa Ouda Basha – the board chair man first deputy.
4- Mr./ Mohamed Ali Hamza Khedr – the board chairman first deputy.
5- Mr. Farouk Abdel Samie Hassan – the board chairman first deputy.
6- Mr./ Gamal Mohamed Anwer Elsadat – the board chairman first deputy.
7- Mr./ Abdel Kader Mohamed Farid – the board chairman deputy for the investment affairs.
8- Medhat Sobhy Micheal – the board chairman deputy for the investment portfolio affairs.
9- Mr./ Ismail Saleh Abdoun – the board member for the financial affairs.



10- Mr./ Samy Filib Totongy – the board member.

11- Mr./ Cairo Bank, S.A.E represented by Mr./ Badawy Hassan Hassanien – the board deputy.

12- Mr./ Biker Chance Karl – the board member and the expert of the investment relationships.

13- Mr./ Mervy Brian Antony – the board deputy and the expert of the future strategies and planning affairs.

The meeting began and headed by Mr./ Ramy Rimon Micheal Lakah – the board chairman and the authorized member, as he nominated Mr./ Mohamed Sayed Abdel Galil to be the session secretary, and the attendants accepted that unanimously, and after presenting the whole issues that were imposed in accordance with the agenda that was included in the invitation directed to the board members, and the following decision was taken by the end of the meeting.

The board agreed, after concluding the increase of the company capital by an amount of 350000000 EGP [three hundred and fifty million Egyptian pounds], in condition of making a deposit of 140000000 EGP [one hundred and forty million Egyptian pounds], at Cairo Bank, for a term of one week, within seven days from its date at most, this deposit should be a guarantee for Cairo Bank to pay the bonds that were presented by the company for the general subscription, as well as, authorizing the Bank to liquidize the deposit and paying the bonds on its due date.

The meeting was terminated at ten o'clock AM on the same date.

**The session secretary**
**Mohamed Sayed Abdel Galil**

**The meeting president**
**Ramy Rimon Micheal Lakah**



محضر اجتماع مجلس ادارة [illegible]

الخاص بـ [illegible] (بيرح جروب)

المنعقد [illegible] ٢٥/١٢/١٩٩٩

[illegible] رئيس مجلس الإدارة والعضو المنتدب [illegible]

[illegible] الى السادة اعضاء مجلس الإدارة بحضور [illegible]

[illegible] صباحا

[illegible] جدول الاعمال الوارد بالدعوة

[illegible] مجلس الإدارة كل من :

1. [illegible] رئيس مجلس الإدارة والعضو المنتدب
2. [illegible] نائب أول رئيس مجلس الإدارة
3. [illegible] نائب أول رئيس مجلس الإدارة
4. [illegible] نائب أول رئيس مجلس الإدارة
5. [illegible] نائب رئيس مجلس الإدارة
6. [illegible] نائب رئيس مجلس الإدارة
7. [illegible] نائب رئيس مجلس الإدارة للشئون [illegible]
8. [illegible] نائب رئيس مجلس الإدارة [illegible]
9. [illegible] عضو مجلس الإدارة للشئون المالية
10. [illegible] عضو مجلس الإدارة
11. [illegible]

[illegible] عضو مجلس الإدارة

12. [illegible] عضو مجلس الإدارة من ذوي الخبرة [illegible]

[illegible] الاستثمار

13. [illegible] عضو مجلس الإدارة من ذوي الخبرة لشئون التخطيط والاستراتيجيات المستقبلية

[illegible] رئيس مجلس الإدارة والعضو المنتدب [illegible]

[illegible] بالإجماع على هذا الترشيح [illegible]

[illegible] جدول الاعمال الوارد بالدعوة

[illegible] القرار التالي

[illegible] ٣٠٠٠٠٠٠٠٠ (ثلاثمائة [illegible])

[illegible]