### The board meeting minute of the
### Holding company for financial investments
### [L.K.H Group] S.A.E
### that was held on Saturday coinciding
### 27/12/1999

According to the invitation directed by Mr.\Ramy Rimon Micheal Lakah – the board chairman and authorized member of the holding company for financial investments [L.K.H Group] S.A.E, to the board members in order to attend a meeting at the company headquarter located at 68 El Merghany St. – Heliopolis – Cairo, at 4 o'clock PM on Monday coinciding 27/12/1999 to discuss the agenda that was included in the invitation.

### The following board members attended the meeting :

1- Mr.\ Ramy Rimon Micheal Lakah – the board chairman and the authorized member.

2- Mr.\ Micheal Rimon Micheal Lakah – the board chairman first deputy.

3- Mr.\ Ramy Mostafa Fadel Fadel Ouda Basha – the board chairman first deputy.

4- Mr.\ Mohammed Ali Hamza Khedr – the board chairman first deputy.

5- Mr.\ Farouk Abdel Samie Hassan, the board chairman deputy.

6- Mr.\ Abdel Kader Mohamed Farid, the chairman deputy for investment affairs.

7- Mr.\ Medhat Sobhy Micheal – the board chairman deputy for the investment portfolio affairs.



*El-Zini Center*

Tel. 2912824

*Certified Translation*
C.R. 327560

86, El-Merghany St.
Heliopolis

0105752490

The meeting began and was headed by Mr.\ Ramy Rimon Micheal Lakah – the board chairman and the authorized member, as he nominated Mr.\ Mohamed Sayed Abdel Galil to be the meeting secretary, and the attendants agreed unanimously, and after the board had presented all of the issue according to the agenda that was included in the invitation directed to the board members, the following decision was taken by the end of the meeting :

Complementing the payment of the increased amount in relation to the company issued capital which is amounted to 350000000 EGP [three hundred and fifty million Egyptian pounds], to reach a percentage of 100 %, by paying an amount of 122500000 EGP [one hundred and twenty two million and five hundred thousand Egyptian pounds] that will be deposited at the international Bank of Egypt – Sarwat branch, therefore, the company issued capital will be 1449880000 EGP [one billion, four hundred, forty nine million, and eighty eight thousand Egyptian pounds], and this amount will be completely paid, the meeting terminated at 12 o'clock on the same date.

**The secretary**                    **The meeting president**

**Mohamed Sayed Abdel Galil**        **Ramy Rimon Micheal Lakah**

