## SARWAT A. SHAHID LAW FIRM
### IN AFFILIATION WITH
## WEIL, GOTSHAL & MANGES LLP



عقد

شراء وبيع أصول

شركة المصنع العربى للحديد ش.م.م.

20 B ADLY STREET · P.O. BOX 858 ATABA, CAIRO, EGYPT
TEL.: +202 393 3593 / 393 5557 · FAX: +202 393 5447
http://www.shahidlaw.com · e-mail: info@shahidlaw.com

SARWAT A. SHAHID LAW FIRM
IN AFFILIATION WITH
WEIL, GOTSHAL & MANGES LLP

# الفهرس

| رقم المادة | | الصفحة |
|---|---|---|
| التمهيد | | ١ |
| الأولى | التعاريف والتفاسير ....................... | ٢ |
| | ١-١    تعاريف ....................... | ٢ |
| | ١-٢    التفسير ....................... | ٣ |
| الثانية | موضوع العقد ....................... | ٤ |
| | ٢-١    شراء وبيع الأصول ....................... | ٤ |
| | ٢-٢    الأصول المشتراة ....................... | ٤ |
| | ٢-٣    الأصول المستبعدة ....................... | ٥ |
| | ٢-٤    المسئوليات والالتزامات التي يتحمل بها المشتري ....................... | ٦ |
| | ٢-٥    المسئوليات والالتزامات المستبعدة والتي يلتزم بها البائع وحده | ٦ |
| | ٢-٦    العقود غير القابلة للتحويل ....................... | ٧ |
| الثالثة | الشراء والبيع ....................... | ٧ |
| | ٣-١    الثمن ....................... | ٧ |
| | ٣-٢    ثمن الشراء ....................... | ٧ |
| | ٣-٣    التسليم وانتقال الملكية ....................... | ٩ |
| | ٣-٤    الضرائب عند نقل الملكية والتحويل ....................... | ٩ |
| الرابعة | إقرارات وضمانات البائع ....................... | ٩ |
| | ٤-١    تأسيس ووجود وسلطة البائع وضماناته والتزاماته ....................... | ٩ |
| | ٤-٢    حالة الأصول المشتراة ....................... | ١٠ |
| | ٤-٣    العقارات ....................... | ١٠ |

SARWAT A. SHAHID LAW FIRM

IN AFFILIATION WITH

WEIL, GOTSHAL & MANGES LLP

| الصفحة | | | رقم المادة |
|---|---|---|---|
| ١١ | الأصول المنقولة | ٤–٤ | |
| ١١ | الدعاوى القضائية والمطالبات الخاصة بالأصول المشتراه | ٥–٤ | |
| ١١ | العقود | ٦–٤ | |
| ١١ | الالتزام بالقوانين | ٧–٤ | |
| ١٢ | الدفاتر والسجلات | ٨–٤ | |
| ١٢ | عدم وجود خدمات السمسار | ٩–٤ | |
| ١٢ | المسائل الخاصة بالبيئة | ١٠–٤ | |
| ١٢ | الموظفون | ١١–٤ | |
| ١٣ | إقرارات وضمانات المشتري | | الخامسة |
| ١٣ | تأسيس ووجود وسلطة المشتري | ١–٥ | |
| ١٣ | معاينة الأصول المشتراة والماكينات والآلات والمعدات | ٢–٥ | |
| ١٤ | عدم وجود خدمات السمسار | ٣–٥ | |
| ١٤ | التأمين | ٤–٥ | |
| ١٤ | تعهدات البائع | | السادسة |
| ١٤ | الموافقات | ١–٦ | |
| ١٤ | الموظفين الرئيسيين | ٢–٦ | |
| ١٤ | تحويل التراخيص والتصاريح | ٣–٦ | |
| ١٥ | تعهدات المشتري | | السابعة |
| ١٥ | الموافقات | ١–٧ | |
| ١٥ | الاحتفاظ بالعاملين | ٢–٧ | |
| ١٦ | التأمينات المقدمة من البائع لجهات توريد الطاقة | ٣–٧ | |

SARWAT A. SHAHID LAW FIRM
IN AFFILIATION WITH
WEIL, GOTSHAL & MANGES LLP

| رقم المادة | | الصفحة |
|---|---|---|
| الثامنة | المستندات اللازمة عند التسليم – تسليم الأصول المشتراة ............ | ١٦ |
| | ١–٨    مستندات البائع ............ | ١٦ |
| | ٢–٨    مستندات المشتري ............ | ١٦ |
| التاسعة | عدم إفشاء المعلومات ............ | ١٧ |
| العاشرة | أحكام عامة ............ | ١٧ |
| | ١–١٠    الإخطارات ............ | ١٧ |
| | ٢–١٠    النفقات والمصاريف ............ | ١٨ |
| | ٣–١٠    الخلفاء والمتنازل إليهم ............ | ١٨ |
| | ٤–١٠    كامل العقد – التعديل ............ | ١٨ |
| | ٥–١٠    لغة العقد – النسخ ............ | ١٨ |
| | ٦–١٠    القانون الواجب التطبيق – الاختصاص – المنازعات ............ | ١٩ |
| | ٧–١٠    القابلية للتجزئة ............ | ١٩ |
| | ٨–١٠    عدم التمسك بالحق ............ | ١٩ |
| | ٩–١٠    عدم وجود طرف ثالث مستفيد ............ | ١٩ |
| الملاحق | ............ | |




SARWAT A. SHAHID LAW FIRM
IN AFFILIATION WITH
WEIL, GOTSHAL & MANGES LLP

# عقد شراء وبيع أصول

أنه فى يوم    /٢/٢٠٠٠،    الموافق

تحرر هذا العقد فيما بين كل من:

أولاً:    شـــركة المصنع العربي للحديد، شركة مساهمة مصرية، منشأة وقائمة وفقاً للقانون رقم ١٥٩ لسنة ١٩٨١، مصرية الجنسية، سجل تجارى رقم ٥٥٦ الجيزة لسنة ١٩٩٥، وعنوانها القطعة رقـــم (٤) المـنطقة الصـناعية A3 –تقسـيم أرض الشريف – بمدينة العاشر من رمضان – محافظة الشرقية، ولغرض الإعلانات والإخطارات يتم إعلانها على محلها المختار مكتب الأســتاذ/ ثروت عبد الشهيد المحامي بالنقض ٢٠ب شارع عدلى –القاهرة، ويمثلها فى التوقيع علــى هــذا العقد السيد الأستاذ/ رامى ريمون ميشيل لكح بصفته مفوضاً من الجمعية العامة العادية للشركة.

(ويشار إليها فيما يلى بــ "البائع")

ثانياً–    شـــركة مجموعــة مصر للصلب، شركة مساهمة مصرية، خاضعة لأحكام قانون الاستثمار رقـــم ٨ لسنة ١٩٩٧، سجل تجارى رقم ٣٥٩١٤ لسنة            بورسعيد، وعنوانها بالقطعة رقـــم ١ شرق بورسـعيد –محافظة بورسعيد، ويمثلها فى التوقيع على هذا العقد السيد الأســتاذ/ حمدى عبد الوهاب عبد الوهاب محمد قوطة بصفته عضو مجلس إدارة الشركة المنتدب والمفوض من الجمعية العمومية للشركة بالتوقيع على هذا العقد.

(ويشار إليها فيما يلى بــ "المشترى").

## تمهيد

حيـــث أن الشـــركة الطـــرف الأول (البائع) شركة مساهمة مصرية، منشأة طبقاً لأحكام قانون شـــركات المساهمة رقم ١٥٩ لسنة ١٩٨١ يساهم فى معظم رأس مالها الشركة القابضة للاستثمارات المالية (لكح جروب) وتمتلك وتدير مصنعاً للحديد يقع بالقطعة رقم (٤) بالمنطقة الصناعية الثالثة A3 (أرض الشـــريف) بمديـنة العاشـر من رمضان على مساحة قدرها ٣٣٤١٦,٩٦٥ متراً مربعاً. وقد أصدرت فى جمعيتها العامة العادية، قراراً ببيع كافة أصول النشاط ملحق (رقم ١).

وحيث أن الطرف الثانى (المشترى) شركة تعمل فى مجال نشاط الحديد ولها مصنع بمدينة العاشـــر مـــن رمضان بالقرب من مصنع البائع، وعملاً على الإستفادة من الميزة النسبية التى يوفرها موقـــع مصـنع البائع من حيث سهولة نقل منتجاته التى يستخدمها مصنع الطرف الثانى للوصول الى المنتج النهائى وما سيوفره قرب المصنعين من بعضهما من نفقات كانت محل تقدير الطرف الثانى. لذا فقد أبدى رغبته فى شراء تلك الأصول من البائع.

لذلـــك، وفى مقـــابل التعهدات والشروط والأحكام المنصوص عليها فى هذا العقد، وبعد أن أقر الطرفان بأهليتهما للتعاقد اتفقا على ما يأتى:

SARWAT A. SHAHID LAW FIRM
IN AFFILIATION WITH
WEIL, GOTSHAL & MANGES LLP

## مادة (١)

## التعاريف والتفسير

**١-١ تعاريف**

للأغراض الخاصة بهذا العقد، وبالإضافة إلى أى تعريفات أخرى ترد فى مواضع أخرى من هذا العقد، يكون للعبارات التالية المعنى المبين أدناه:

(أ)    "**العقد**" يعنى هذا والتمهيد السابق والجداول والملاحق المرفقة به، على النحو الذى يتم به استكمالها أو تعديلها أو إعادة صياغتها من وقت لآخر بموجب اتفاق أو اتفاقات أخرى تتم وفقاً لأحكام هذا العقد.

(ب)    "**حسب أقصى معرفة**" تعنى معرفة إدارة طرف من الطرفين المبينة على أساس المعلومات التى تم الحصول عليها بعد إجراء بحث دؤوب بمناسبة العمليات المتوقعة وفقاً لهذا العقد.

(ج)    "**التسليم**" يعنى إنجاز الصفقات المتوقعة بموجب هذا العقد فى ذات تاريخ توقيع العقد بموجب محضر إستلام موقع من الطرفين أو مندوبيهم ملحق (رقم ٢).

(د)    "**تاريخ التسليم**" يعنى تاريخ التوقيع على هذا العقد، ما لم يتم تغيير هذا التاريخ كتابة وبتوقيع المشترى والبائع.

(هـ)    "**وقت النفاذ**" يعنى تاريخ التوقيع على هذا العقد، وتاريخ تسلم البائع للثمن (النقدية والسندات لأمر) المبينة فى البند ٣-٢ (ج).

(و)    "**حقوق الغير**" تعنى كافة الحقوق أو المطالبات، سواء عينية أو شخصية، أصلية أو تبعية، أياً كان نوعها أو طبيعتها، بما فى ذلك الرهن والامتياز وحقوق الارتفاق والتكاليف والاتفاقيات والتعهدات والقيود والوعد بالتعاقد وحقوق الأولوية والتعديات وعقود البيع المشروطة واتفاقات الاحتفاظ بالملكية الخاصة بالغير (كما هى معرفة فيما بعد).

(ز)    "**حقوق الغير المسموح بها**" تعنى (١) الحقوق المتعلقة بالضرائب العقارية والضرائب المماثلة التى لم تستحق ولم تصبح واجبة الأداء بعد إن وجدت، و(٢) حقوق الغير المدرجة فى الملحق (رقم ٣) المرفق بهذا العقد والتى تعهد البائع بسدادها والمتمثلة فى أقساط ضريبة المبيعات المقررة على ماكينات ومعدات المصنع والتى لم يتم سدادها ويلتزم البائع بسدادها فى مواعيدها.



٢

SARWAT A. SHAHID LAW FIRM
IN AFFILIATION WITH
WEIL, GOTSHAL & MANGES LLP

(ح) "**شخص**" يعنى شخص طبيعى أو شركة مساهمة أو شركة مسئولية محدودة أو شركة مشتركة أو اتحـاد أو وقف أو أى جهة أخرى أو مؤسسة من أى نوع بما فى ذلك الجهات الحكومية أو أى من أقسامها أو أى وكالة أو جهة تابعة لأى منها.

(ط) "**طرف / أطراف**" تعنى المشترى أو البائع أو جميعهم معاً حسب الأحوال.

(ى) "**ضريبة أو ضرائب**" تعنى كافة الضرائب من أى نوع كانت فى مصر.

(ك) "**الغير**" تعنى أى شخص بخلاف أطراف هذا العقد وتابعيهم.

**١-٢  التفسير**

للأغراض الخاصة بهذا العقد والمستندات والملاحق المرفقة به، تطبق قواعد التفسير الآتية:

(أ) الكلمات: "فى هذا العقد" "من هذا العقد" و "بموجب هذا العقد" وأى كلمات أخرى لها معنى مماثل تشير إلى هذا العقد ككل وليس إلى مادة معينة أو قسم أو جزء فرعى آخر.

(ب) كافة الاصطلاحات المحاسبية التى لم يتم تعريفها بطريقة أخرى فى هذا العقد يكون لها المعانى المخصصة لها طبقاً للمبادئ المحاسبية المصرية المتعارف عليها.

(ج) أى إشارة إلى قانون أو أمر أو تشريع أو مجموعة قوانين، ما لم يتطلب السياق غير ذلك، تشمل وتعتـبر أنهـا إشـارة إلى هـذا القانون أو الأمر أو التشريع أو مجموعة القوانين وإلى اللوائح الصـادرة طبقاً لهما مع كافة التعديلات التى أدخلت عليها والسارية المفعول من وقت إلى آخر وحتى تاريخ التسليم.

(د) عناوين المواد والبنود فى هذا العقد أدرجت لسهولة الرجوع إليها فقط ولا يلتفت إليها فى تأويل أو تفسير هذا العقد.

(هـ) الإشـارة إلى طرف أو إلى شخص آخر فى هذا العقد تشمل وتعتبر إنها أيضاً إشارة إلى خلف هذا الطرف أو الشخص أو مصفيه.

(و) الكـلمات التى تدل على المذكر تشمل المؤنث أو الأسماء التى ليست بمذكرة أو مؤنثة والكلمات التى تدل على المفرد تشمل الجمع والعكس صحيح.




٣

SARWAT A. SHAHID LAW FIRM
IN AFFILIATION WITH
WEIL, GOTSHAL & MANGES LLP

## مادة (۲)

## موضوع العقد

### ۱-۲  شراء وبيع الأصول:

يبيع ويحول البائع إلى المشترى القابل لذلك بموجب هذا العقد كافة حقوق البائع وملكية البائع فى الأصول المشتراة وأى مصلحة ناشئة منها أو عنها، باستثناء الأصول المستبعدة طبقاً لأحكام هذا العقد وشروطه.

### ۲-۲  الأصول المشتراة:

"الأصول المشتراة" هى كل الأصول والممتلكات والحقوق والمطالبات الآتية الخاصة بالبائع والمستعملة فى أو المتصلة بإدارة النشاط الموجودة فى تاريخ التسليم وهى:

(أ)   كافة الأصول العقارية بما فى ذلك كافة الأراضى والمبانى والإنشاءات وغير ذلك من التـجهيزات الموجـودة عليها أو المتصلة بها وكافة حقوق الملكية الأصلية والتبعية المتصلة بها ("الأملاك العقارية")، والموضحة وصفاً وتفصيلاً بالملحق (رقم ٤)، و

(ب)  كافـة خطـوط الإنـتاج والماكينات والآلات والمعدات والروافع والأدوات والمولدات والأفران وآلات تشـكيل المعادن وأجهزة تثبيت قطع الآلات والفورمات (بما فى ذلك قطع الغيار والخدمة لكـل مـا سبق) المملوكـة مـن البائع والتى فى حيازة البائع الموضحة تفصيلاً بالكشف الملحق (رقم ٥).

(ج)  كافـة التجهيزات وأثاثات ومعدات المكاتب المملوكة للبائع الموجودة داخل المصنع، والموضحة تفصيلاً بالكشف الملحق (رقم ٦).

ومـن المفهوم والمتفق عليه أن التعريف الخاص بالأصول المشتراة لا يشمل أى من الأصول المستبعدة المعرفة كأصول مستبعدة فى البند ۲-۳ أدناه.



٤

SARWAT A. SHAHID LAW FIRM
IN AFFILIATION WITH
WEIL, GOTSHAL & MANGES LLP

**٢-٢  الأصول المستبعدة:**

تستبعد أصول النشاط الآتية ("الأصول المستبعدة") ولاتباع أو تحول إلى المشترى:

(أ)    الــنقدية ومـــا يعادلها والحسابات المستحقة وأوراق القبض المستحقة حتى وقت النفاذ والأوراق المالية القابلة للتداول.

(ب)   كافــة المصــروفات المســددة مقدمـــاً والدخول المؤجلة والحقوق الخاصة بتنزيلات الجملة من الموردين المتعلقة بالنشاط فى وقت النفاذ، و

(ج)   كافة التأمينات والضمانات والدفعات المقدمة المتعلقة بالنشاط فى وقت النفاذ، و

(د)    كافــة الحقـوق والمطالبات وفقاً لأى اتفاق أو عقد أو محرر يكون البائع طرفاً فيه بخلاف تلك المتعلقة أو المتصلة بالأصول المشتراة، و

(هـ)  كافة الحقوق والممتلكات والأصول الخاصة بالنشاط والتى تم تحويلها أو التصرف فيها بواسطة البائع قبل وقت النفاذ أثناء القيام بالأعمال المعتادة.

(و)    كافــة الحقـوق الخاصــة باسترداد الضرائب المسددة والمطالبات الخاصة باسترداد الضرائب المسددة والأرصدة الدائنة للضرائب والمبالغ المقتطعة من الضرائب أو أى مزايا ضريبية خاصة بالبائع سواء استحقت قبل أو بعد وقت النفاذ، و

(ز)    كافة المطالبات والحقوق المتعلقة بالأصول المستبعدة والمسئوليات المستبعدة و

(ح)   كافة الأصول الأخرى والممتلكات والحقوق وغيرها من المطالبات غير الواردة ضمن الأصول المشتراة.

(ط)   كافة الأصول الموضحة بالكشف الكروكى الملحق (رقم ٧).
والــتى يقــر المشترى ويقبل بشكل نهائى لارجوع فيه أن تظل هذه الأصول وديعة لديه داخل أســوار المصــنع على سبيل الأمانة لحين أن يقوم البائع برفعها أو نقلها الى مكان آخر، ويتعهد المشــترى بالحفاظ عليها وردها بالحالة التى تسلمها عليها ولايجوز لــه تشغيلها أو تحريكها من مكانهــا وذلــك لحين قيام البائع برفعها واستلامها بعد فض النزاع الدائر بشأنها والذى يعلم به المشــترى، ويتعهد المشترى ويلتزم بالسماح لمندوبى وعمال الصيانة اللذين يوفدهم البائع للقيام بذلك.

SARWAT A. SHAHID LAW FIRM
IN AFFILIATION WITH
WEIL, GOTSHAL & MANGES LLP

## ٢-٤ المسئوليات والالتزامات التى يتحمل بها المشترى:

يـتحمل ويـتعهد المشـترى مـن تـاريخ التسليم بدفع وأداء وإبراء ذمة البائع من المسئوليات والالتزامات الآتى ذكرها طبقاً لشروطها ("الالتزامات المحالة"):

(أ)  كافـة مسـئوليات والتزامات البائع أو النشاط المستحقة أو الناشئة منذ وبعد وقت النفاذ بمقتضى كافة العقود، وكذا التراخيص والتصاريح التى تدخل ضمن الأصول المشتراة عدا ما ينص عليه البند ٢-٥ أدناه.

(ب) كافة المسئوليات والالتزامات الناشئة عن أو المتعلقة بملكية المشترى للأصول المشتراة بعد وقت النفاذ.

(ج)  كافـة التزامات البائع المقررة قانوناً قبل العاملين بما فى ذلك مزاياهم فى وقت النفاذ والمدرجة أسماؤهم ومزاياهم فى الكشف الملحق (رقم ٨) والذين سيصبحوا تابعين للمشترى سواء فى وقت النفاذ أو بعده ووقع معهم عقود عمل واستمارة (١) تأمينات إجتماعية.

## ٢-٥ المسئوليات والالتزامات المستبعدة والتى يلتزم بها البائع وحده:

عـلى الرغم من أى حكم آخر فى هذا العقد، ولكن مع مراعاة أحكام البند ٢-٤ أعلاه، فإنه من المفهوم والمـتفق عـليه صراحة عدم التزام المشترى بأى ديون أو التزامات أو مسئوليات البائع أو النشاط عـن المـدد قـبل وقت النفاذ بالنسبة إلى: (١) أى التزامات مستحقة وغيرها من الالتزامات (ويشـمل ذلـك عـلى سـبيل المثال لا الحصر الضرائب والحسابات المستحقة والدخل المسدد مقدماً والمصـاريف المؤجلة)، و(٢) الإخلال بأى من القوانين أو التشريعات أو اللوائح المطبقة (بما فى ذلك قوانين وتشريعات ولوائح البيئة)، و(٣) المسئولية المتعلقة بأى عقود أو أوامر العملاء أو التراخيص أو أوامـر الشراء التى تم التعاقد عليها من البائع أو التراخيص أو أوامر الشراء التى تم التعاقد عليها من الـبائع، و(٤) أى ديون أخرى أو التزامات أو مسئوليات البائع سواء ناشئة عن ملكية النشاط أو خلافه وسـواء كانت مبينة على أساس عقد أو فعل تقصيرى، و(٥) أى مسئولية أو التزام للبائع قبل العاملين بالنسبة لرصيد الإجازات الاعتيادية المتبقى عند وقت النفاذ، وهى المسئولية والالتزام التى سوف يقوم بالـبائع بالوفـاء بهـا وسدادها قبل أو فى تاريخ التسليم، و(٦) أية مبالغ ناشئة عن أحكام قضائية أو دعاوى مقامة على الشركة أو المصنع قبل وقت نفاذ هذا العقد.



٦

SARWAT A. SHAHID LAW FIRM
IN AFFILIATION WITH
WEIL, GOTSHAL & MANGES LLP

**٢-٦ العقود غير القابلة للتحويل:**

فى حالـــة وجـــود عقود تراخيص وتصاريح ضمن الأصول المشتراة والمسئوليات والالتزامات المحالـــة التى يتفق البائع والمشترى على اعتبارها غير قابلة للإحالة للمشترى سواء بمقتضى أحكامها أو موضوعها أو وفقاً للقانون دون رضاء طرف من الغير ("العقود غير القابلة للتنازل")، يوافق البائع على بذل قصارى جهده فى أسرع وقت ممكن بدرجة معقولة بعد توقيع وتسليم هذا العقد للحصول على أى موافقات لازمة لنقل مثل هذه العقود غير القابلة للتنازل أو منفعتها إلى المشترى. وفيما يتعلق بأى موافقة من هذا القبيل التى لم يتم الحصول عليها. وطالما واصل البائع بحسن نية جهوده للحصول على هـــذه الموافقـــات وتوفير هذه الترتيبات، فلن يعتبر البائع مخلاً بأى من التزاماته وفقاً لهذا العقد بسبب عدم حصوله على هذه الموافقة، على الرغم مما سلف ذكره. وبالنسبة لقطع الاراضي المنصوص عليها في هذا العقد والمخصصة للطرف الاول (البائع) من جهاز تنمية مدينة العاشر من رمضان فأن الطرف الأول يلتزم التزاماً نهائياً بنقل تخصيص هذه الارض للطرف الثاني وعلى ان يتم في حينه الاتفاق على ما قد يتحمله الطرفان من رسوم لنقل التخصيص.

## مادة (٣)
## الشراء والبيع

**٣-١ الثمن:**

طـــبقاً للشـــروط والأحكام الواردة فى هذا العقد، يوافق البائع على أن يبيع ويتنازل ويحول إلى المشـــترى القـــابل لذلك الأصول المشتراة باعتبارها أصول عاملة ومنتجة مقابل دفع المبالغ المحسوبة وواجبة السداد طبقاً للبند ٣-٢ من هذا العقد.

**٣-٢ ثمن الشراء:**

(أ) طـــبقاً للشـــروط والأحكـــام الـــواردة فى هـــذا العقد، يوافق المشترى على أن يدفع للبائع مبلغ وقـــدره ٣٣١٢٨٠٠٠٠جم (ثلاثمائة وواحد وثلاثون مليون ومائتان وثمانون ألف جنيه مصرى) ثمناً للأصول المشتراة والمتمثلة فيما يأتى:

١- الأصول الثابتة والمنقولة:

(أ) الأرض والمبانى

(ب) الماكينات والمعدات والآلات والأدوات والتركيبات والروافع ... الخ

(د) الأثاث والتجهيزات وغيرها

٢- الأصول المعنوية:

وتتمـــثل فى الـــتراخيص والتصـــاريح والموافقـــات الحاصل عليها المصنع ومصروفات الدراسات والمساعدات الفنية والإقتصادية ومصروفات التأسيس وما قبل التشغيل والعمالة

SARWAT A. SHAHID LAW FIRM

IN AFFILIATION WITH

WEIL, GOTSHAL & MANGES LLP

المدربـــة والجهـــد والوقـــت الذى استغرقه ذلك وسمعة المنتج بالسوق وجودته وإمكانياته التسويقية والتوافق مع أحكام قانون الحفاظ على البيئة ... الخ.

٣ – <u>قطع الغيار على أساس القيمة الدفترية.</u>

وإجمالى هذا الثمن مراع فيه أن المصنع قد تم تشغيله ومنتج وأن الثمن المدفوع جزء كبير منه مؤجل السداد.

(ج)  يدفع المشترى ثمن الشراء إلى البائع على النحو الآتى:

(١)  مبلــغ ١٠٠,٠٠٠,٠٠٠جم (مائة مليون جنيه مصرى) عند التوقيع على هذا العقد ويعتبر توقيع البائع على هذا العقد بمثابة إيصال باستلام هذا المبلغ المقدم.

(٢)  أما الباقى وقدره ٢٣١,٢٨٠,٠٠٠جم (مائتان وواحد وثلاثون مليون ومائتان وثمانون ألف جنيه مصرى) فقد سددها المشترى بموجب سندات لأمر مقبولة ومضمون تضامنياً سدادها مـن البـنك الأهلى المصرى عددها ٧٢ (أثنان وسبعون) سند لأمر تستحق شهرياً وتباعاً اعتباراً مـن أول ينايــر سنة ٢٠٠١ (ألفين وواحد) وآخرها فى أول ديسمبر سنة ٢٠٠٦ (ألفين وستة) كل منها بمبلغ ٣,٢١٢,٠٠٠جم (ثلاثة ملايين ومائتان وأثنى عشر ألف جنيه مصرى) مسحوبة جميعها لصالح البائع.

(د)  تســلم السندات للبائع (الطرف الأول) عند التوقيع على العقد مقابل الحصول على ما يفيد شطب الرهن التجارى وإلغاء التوكيل بالرهن على الأصول العقارية الصادر لصالح بنك القاهرة.




٨

SARWAT A. SHAHID LAW FIRM
IN AFFILIATION WITH
WEIL, GOTSHAL & MANGES LLP

هـذا البيع بات ونهائى ولايجوز الرجوع فيه لأى سبب من الأسباب وفى حالة تقاعس المشترى
أو إخلالــه بالــتزاماته فى هذا العقد لأى سبب من الأسباب بما يحق معه للبائع إستعمال حقه فى فسخ
العقــد فإن المشترى يكون ملزماً بتعويض اتفاقى غير خاضع لتقدير أو رقابة القضاء يعادل قيمة مقدم
الثمن المنصوص عليه فى الفقرة ٣-٢-ج-١ من هذا العقد.

## ٣-٣   التسليم وانتقال الملكية:

مـــا لم يتفق المشترى والبائع على خلاف ذلك، ومع مراعاة الشروط المبينة فى هذا العقد، يكون
تسـليم وانـتقال ملكية الأصول المشتراة وعبء الهلاك إلى المشترى فى تاريخ التسليم والنفاذ، ويعقد
التسليم فى مقر المصنع الموجودة به الأصول المشتراة موضوع هذا العقد.

## ٤-٢   الضرائب عند نقل الملكية والتحويل:

يـتحمل كــل طرف الضرائب والرسوم المفروضة عليه قانوناً المتعلقة بإتمام العمليات المتوقعة
بموجـب هـذا العقــد. وعلى وجه الخصوص اتفق الطرفان على أن يتحمل البائع ضريبة التصرفات
العقارية ويتحمل المشترى كافة الضرائب والرسوم المتعلقة بتسجيل ونقل ملكية الأصول المشتراة باسم
المشـترى ويشــمل ذلــك عــلى ســبيل المثال وليس الحصر الرسوم والضرائب الخاصة بنقل ملكية
الأراضى والعقارات والماكينات ووسائل النقل والانتقال للمشترى.

## مادة (٤)

## إقرارات وضمانات البائع

يقر البائع ويضمن للمشترى ما يلى:

## ٤-١   تأسيس ووجود وسلطة البائع وضماناته والتزاماته:

(أ)   الـبائع شركة تأسست حسب الأصول المتبعة وقائمة قانوناً طبقاً للقوانين المصرية، وللبائع كافة
السلطات القانونية اللازمة والصلاحيات لامتلاك وتشغيل النشاط (بما فى ذلك الأصول المشتراة)
على النحو الذى تدار به حالياً، والبائع لديه كافة السلطات والصلاحيات القانونية اللازمة لتوقيع
وتسليم وتنفيذ هذا العقد وكافة المستندات والمحررات الضرورية أو المتوقعة وفقاً لهذا العقد وفى
إتمـام العمــليات المــتوقعة وفقاً لــه وبموجبه. كما أن كافة الإجراءات القانونية والإجراءات
الخاصة بالمساهمين والتصرفات والإجراءات الأخرى المطلوب اتخاذها بواسطة البائع للتصريح




٩

SARWAT A. SHAHID LAW FIRM
IN AFFILIATION WITH
WEIL, GOTSHAL & MANGES LLP

بــتوقيع وتسليم وتنفيذ هذا العقد وكافة المستندات والمحررات المطلوبة أو المتوقعة بموجب هذا العقد والعمليات المتوقعة بموجبه تم اتخاذها كما يجب.

(ب) توقيـــع وتــسليم وتــنفيذ هذا العقد وكافة المستندات والمحررات المطلوبة أو المتوقعة من البائع وإنجاز العمليات المتوقعة بموجب هذا العقد (١) لن يخل أو يتعارض مع أى حكم من أحكام عقد تأسيس أو النظام الأساسى الخاص بالبائع، (٢) لن يتعارض مع أو يؤدى إلى إخلال أو يشكل (بموجب إخطار حسب الأصول أو انقضاء المدة أو كليهما) مخالفة بموجب أى حكم أو قرار صادر من أى محكمة أو جهة حكومية ملزم للبائع أو (٣) حسب أقصى معرفة للبائع، لن يخل بأى قانون سارى المفعول.

(ج) لا توجد حقوق للغير أياً كانت تؤثر على كل أو أغلب الأصول المشتراة بخلاف ما هو متوقع بموجب هذا العقد ومنها الرهن التجارى على المقومات المادية والمعنوية لشركة المصنع العربى لـلحديد لصــالح بنك القاهرة. فضلاً عن التوكيل الممنوح للبنك برهن الأصول العقارية لشركة المصنع العربى للحديد لصالح البنك والتى سيقوم البائع بالحصول على موافقة البنك على شطب الرهن التجارى المذكور والغاء التوكيل الممنوح له لرهن الأصول العقارية.

(د) يلــتزم الــبائع بسداد أقساط ضريبة المبيعات المقررة على ماكينات ومعدات المصنع التى لم يتم سدادها وكافة (حقوق الغير المسموح بها) المبينة فى الملحق (رقم ٣) المرفق بهذا العقد.

## ٤-٢ حالة الأصول المشتراة:

أن الأصول المشتراة هى المستعملة فى النشاط كما يقوم البائع باستعمالها حالياً فيما عدا الأصول المستبعدة. والمبينة بالملاحق المرفقة بهذا العقد.

## ٤-٣ العقارات:

(أ) يحــتوى المــلحق (رقــم ٤) المــرفق بهذا العقد على وصف كامل ودقيق وكروكى للعقارات الممــلوكة، بمــا فى ذلك العنوان والمنطقة ووصف كامل وكذلك كشف بكافة العقود والاتفاقات المتعــلقة بالعقارات المملوكة أو أى جزء منها. وقد قام البائع بتسليم المشترى صور هذه العقود والاتفاقــات. والــبائع هو المالك القانونى الوحيد دون غيره لكافة الحق والملكية والمصلحة فى العقــارات الممــلوكة، وكمــا أنه يحوز كل العقارات المملوكة بما فى ذلك المبانى والإنشاءات والتحســينات الكائنة عليها والتوابع الخاصة بها خالية فى كل حالة من أى حقوق للغير باستثناء حقوق الغير الموضحة بهذا العقد أو المسموح بها.

١٠

SARWAT A. SHAHID LAW FIRM
IN AFFILIATION WITH
WEIL, GOTSHAL & MANGES LLP

(ب)   العقـارات الممـلوكة مطابقــة لكافة القوانين الخاصة بتقسيم المدن والمباني والصحة والحريق
والميـاه والاستعمال أو القوانين أو الأنظمة أو التشريعات أو اللوائح المماثلة. ويتمتع البائع بكل
حقـوق الارتفــاق بالنسبة لكافة المرافق والخدمات والطرق والوسائل الأخرى الخاصة بالدخول
والخروج اللازم لتشغيل النشاط على النحو المطبق حالياً.

### ٤-٤   الأصول المنقولة:

يحـتوى المـلحق (رقــم ٥) المرفق بهذا العقد على كشف كامل وصحيح بكل الأصول المنقولة
المملوكة من البائع والمستعملة فى النشاط فيما عدا الأصول المستبعدة. ويمتلك البائع الأصول المنقولة
المذكـورة مــلكية خاليـة من أى حقوق للغير خلاف ما ذكر بالبند رقم ٤-١. والأصول
المنقولة المذكورة صالحة من جميع الوجوه -فيما عدا الاستهلاك العادى والقدم- للاستعمال المعتاد فى
النشاط. وقد قام البائع بتسليم أو توفير صورة كاملة وصحيحة من كل البيانات والسجلات الخاصة بها
للمشترى.

### ٤-٥   الدعاوى القضائية والمطالبات الخاصة بالأصول المشتراه:

لا توجـد مطالبات أو قضايا أو دعاوى أو إجراءات قانونية قيد النظر أو -حسب أقصى معرفة
الــبائـع- مهدد باتخاذها أمام أى محكمة أو وجهة إدارية ولا يوجد حكم أو أمر قضائى يتعلق بأى من
الأصـول المشتراة كان لــه أو قد يكون له تأثير جوهرى معاكس على العمليات المتوقعة بموجب هذا
العقد أو يمنع من إتمامها.

### ٤-٦   العقود:

المــلحق (رقم ٩) المرفق يتضمن كشف كاملاً وصحيحاً بكل العقود والاتفاقات التى يكون البائع
طرفاً فيها وتتعلق بالأصول المشتراة ومنها على سبيل المثال عقود الكهرباء والمياه والتليفونات والغاز
الطبيعى أو الإيصالات الدالة على اشتراك المصنع مع مصادر توريدها.

### ٤-٧   الالتزام بالقوانين:

تمـثل التراخيص والتصاريح كافة التراخيص والتصاريح والطلبات والأذون والموافقات اللازمة
أو المطلوبة لتشغيل النشاط ولامتلاك أو استعمال أى من معدات البائع أو منشآته أو لتوفير
أى مــن منـتجاتها وكافـة المستندات المطلوب تقديمها إلى أى جهاز حكومى أو تنظيمى أو إدارى




SARWAT A. SHAHID LAW FIRM
IN AFFILIATION WITH
WEIL, GOTSHAL & MANGES LLP

مخــتص أو سلطة (أو جهة مماثلة). وهذه التراخيص والتصارح سارية المفعول ونافذة بالكامل وقابلة
للتنفيذ ويمكن استخدامها بواسطة المشترى بعد الحصول على الموافقات اللازمة من الجهات الحكومية
والمحــلية إن كان ذلك ضرورياً. ويتضمن الملحق (رقم ١٠) المرفق بهذا العقد كشف كامل وصحيح
بكافة التراخيص والتصاريح.

## ٤-٨  الدفاتر والسجلات:

كافة الدفاتــر والســجلات الخاصــة بالعاملين ملفاتهم وبياناتهم وغير ذلك من المواد الخاصة
بــالموظفين قــد تــم إعدادهــا والإبقاء عليها من كافة النواحى الجوهرية طبقاً لكافة القوانين واللوائح
السارية، وقد قام البائع بتزويد المشترى بكافة مثل هذه الدفاتر والسجلات والملفات.

## ٤-٩  عدم وجود خدمات السمسار:

لــم يــتم إبــرام هذا العقد أو بيع وشراء الأصول المشتراة بموجبه أو انجاز العمليات المتوقعة
بمقتضــاه عــن طــريق أى شــخص ينوب عن أو يمثل البائع بأى صفة مما يحق معه لهذا الشخص
بمقتضاها تقاضى أى أتعاب أو عمولة سمسرة أو وساطة من المشترى.

## ٤-١٠  المسائل الخاصة بالبيئة:

لــم يوقــع على البائع ولم يخطر بأى حقائق أو معلومات تنبئ عن إمكان توقيع أى جزاءات أو
عقوبــات أو وجــود أى مطالــبات تتعلق بالأصول المشتراة من جراء مخالفة أى من القوانين والنظم
والتشــريعات والأصــول الخاصة المتعلقة بالتلوث أو حماية البيئة هذا وقد تسلم المشترى صورة من
كــتاب وزارة الدولــة لشــئون البيئة المؤرخ مايو ١٩٩٩ الموجه الى رئيس جهاز مدينة العاشر من
رمضــان بالموافقة على منح المصنع تراخيص التشغيل المطلوبة لثبوت توافقه مع أحكام قانون حماية
البيئة رقم ٤ لسنة ١٩٩٤.

## ٤-١١  الموظفون:

يحــتوى المــلحق (رقــم ٨) المرفق بهذا العقد على كشف كامل وصحيح بكل المديرين وكافة
العاملين للبائع فى تاريخ هذا العقد ("الموظفون") بما فى ذلك معلومات صحيحة عن المرتبات والأجور
والعــلاوات والحوافز وغيرها من الحقوق المالية المستحقة لهم قانوناً والمستوى الوظيفى أو توصيف
وظيــفى مختصر لكل موظف، هذا ويلتزم المشترى بتوقيع عقود مع هؤلاء العاملين وفقاً للتنسيق الذى
سيتم بينه وبين البائع خلال ٣٠ (ثلاثون) يوماً من وقت النفاذ.



SARWAT A. SHAHID LAW FIRM
IN AFFILIATION WITH
WEIL, GOTSHAL & MANGES LLP

## مادة (٥)

## إقرارات وضمانات المشترى

يقر المشترى ويضمن للبائع ما يلى:

### ٥-١ تأسيس ووجود وسلطة المشترى:

(أ)  أن المشـــترى (١) شـركـــة تأسسـت حسـب الأصـول المتبعـة وقائمـة قانونـاً طبقـاً لقوانيـن جمهوريــة مصر العربيـة و (٢) لديـه كافـة السلطـات والصلاحيـات القانونيـة اللازمـة لتوقيـع وأداء وتـنفيذ هـذا العـقد. وأن كافـة الإجراءات القانونيـة والإجراءات الخاصـة بالمساهميـن والتصرفـات والإجراءات الأخرى المطلوب اتخاذها بواسطة المشترى للتصريح بتوقيع وأداء وتنفيذ هذا العقد وكافـة المستندات والأوراق المطلوبـة بموجب هذا العقد والعمليات المتوقعـة وفقـاً لهـذا العقد أو العمليات المتوقعة هنا أو بموجب تلك المستندات تم اتخاذها كما ينبغى حسب الأصـول.

(ب)  أن توقيـع وأداء وتـنفيذ هـذا العقد وكافـة المستندات والوثائق المطلوبـة أو المتوقعـة من المشترى بموجـب هـذا العقد وإنجـاز العمليات المتوقعـة بموجب هذا العقد وتلك المستندات (١) لن يخل أو يـتعارض مع أى حكم من أحكام عقد تأسيس أو النظام الأساسى للمشترى، أو (٢) لن يخل بأى قانون سارى المفعول أو لائحة تطبق على المشترى.

(ج)  أن هـذا العـقد وكافـة المستندات والمحررات المطلوبـة أو المتوقع تسليمها من المشترى بموجب هـذا العـقد قـد تـم أو سيتم توقيعهـا وتسليمهـا كما ينبغى، وأنهـا تشكل أو سوف تشكل اتفاقـات والـتزامات قانونيـة وساريـة المفعول وملزمـة للمشترى وقابلـة للتنفيذ طبقـاً للشروط الخاصـة بكل منهـا.

### ٥-٢ معاينة الأصول المشتراة والماكينات والآلات والمعدات:

(أ)  إن المشترى عـاين الأصـول الثابتـة والمنقولـة وقطـع الغيار المعاينـة الكافيـة والمناسبـة وأنـه قبلها بحالتهـا الماديـة الراهنـة وبالقدر الكاف الذى يقدم معه المشترى مطمئنـاً على الاستلام ويقر بأنـه قد قام بهـا جميعـاً وقبل استلامها على حالتها الراهنـة.

(ب)  المشترى قـام بالدراسـات الفنيـة والاقتصاديـة والماليـة اللازمـة قبل إقدامـه على إبرام هذا العـقد بواسطة خبراء متخصصين وأطلـع على جداول التشغيل الخاصـة بالمصنع ويعلم علم اليقين بمدى القـدرة الإنتاجيـة للأصـول المشتراة من بلاتات الحديد صلب ٥٢ وصلب ٣٧ ولا يجوز لـه

 

SARWAT A. SHAHID LAW FIRM
IN AFFILIATION WITH
WEIL, GOTSHAL & MANGES LLP

الاحتجاج بعدم علمه بأية بيانات أو ظروف متعلقة بالإنتاج أو الأصول المشتراة باعتبار أنه تسلم خطوط الإنتاج وهى فى حالة تشغيل وإنتاج وأمضى الفترة اللازمة مع خبرائه وفنييه واستشاريه واستشاري البنك مموله فى الدراسة والتقييم لحالة المصنع وقدرته الإنتاجية.

## ٥-٣ عدم وجود خدمات السمسار:

لـــم يـــتم إبـــرام هذا العقد أو بيع وشراء الأصول المشتراة بموجبه أو إنجاز العمليات المتوقعة بمقتضـــاه عن طريق أى شخص ينوب عن أو يمثل المشترى بأى صفة مما يجعل لهذا الشخص الحق بمقتضاه فى تقاضى أى أتعاب أو عمولة سمسرة أو وساطة من البائع.

## ٥-٤ التأمين:

على المشترى التأمين على كافة الأصول المشتراة اعتباراً من تاريخ إستلامه لها.

## مادة (٦)

## تعهدات البائع

يتعهد البائع ويتفق مع المشترى على ما يلى:

## ٦-١ الموافقات:

عـــلى البائع، فى حدود سيطرته أو سيطرة مندوبيه، استخدام أفضل الجهود لتمكين المشترى من الحصـــول أو العمـــل على الحصول على أية موافقات من الغير اللازمة لإكمال العمليات الواردة بهذا العقـــد بمـــا فى ذلـــك على سبيل المثال وليس الحصر الموافقات الضرورية. هذا ويلتزم البائع بصفة خاصـــة بإتخـــاذ كافـــة ما يلزم من إجراءات لنقل ملكية الأراضى موضوع هذا العقد فى جهاز مدينة العاشـــر مـــن رمضان لأسم المشترى وقد منح البائع المشترى توكيلاً رسمياً عاماً بتمثيله أمام الجهاز لإتمام هذه الإجراءات والتوقيع نيابة عنه على كافة المستندات اللازمة لذلك.

## ٦-٢ الموظفين الرئيسيين:

عـــلى البـــائع استخدام أفضل جهوده المتوافقة مع الشروط الواردة فى هذا العقد، لإقناع موظفى البائع الرئيسيين بالاستمرار فى العمل لدى المشترى بعد تاريخ التسليم.

## ٦-٣ تحويل التراخيص والتصاريح:

يشـــترك البائع مع المشترى ويستخدم أفضل جهوده فى تحويل والتنازل للمشترى عن كل حقوقه وفقاً للتراخيص والتصاريح بما فى ذلك:

SARWAT A. SHAHID LAW FIRM

IN AFFILIATION WITH

WEIL, GOTSHAL & MANGES LLP

(أ)    الــتـوقيع على كافة التنازلات والمستندات الأخرى اللازمة لتنفيذ تحويل والتنازل عن التراخيص
والتصاريح وعقود الطاقة والتليفونات (غير أن البائع لن يكون مطالباً بالتوقيع على أية مستندات
تتطلـب أو يدخل فيها أى ضمان أو تعويض بواسطة البائع بخصوص أداء المشترى لالتزاماته
المرتبطة بالتراخيص أو التصاريح أو الأنشطة المرخصة أو المصرح بها بعد تاريخ التسليم).

(ب)    تـزويد السلطات الحكومية المسئولة عن التراخيص والتصاريح وتزويد المشترى بأية معلومات
ومستندات فى حوزة البائع تكون مطلوبة فيما يخص تحويل التراخيص والتصاريح.

(ج)    تـنفيذ التزاماته وفق التراخيص والتصاريح، سواء كانت ناتجة عن عقد أو وفق القانون السارى
الخاص بذلك، قبل تاريخ التسليم بما فى ذلك سداد أى تجديد أو رسوم سنوية أو أية رسوم أخرى
للحفاظ على التراخيص والتصاريح التى تصبح مستحقة قبل تاريخ التسليم غير أن أى رسوم أو
مصاريف تستحق بخصوص أى مما سبق بعد وقت النفاذ تكون على نفقة المشترى.

(د)    معالجة أى إخلال بأى من التراخيص والتصاريح الخاصة بالأصول المشتراة، والتى تحدث قبل
وقت النفاذ إذا ما كان لهذا الإخلال تأثير عكسى على العمل أو الأصول المشتراة.

(هـ)    يـتحمل المشترى كافـة الرسوم والمصروفات المتعلقة باستخراج أو التنازل عن التراخيص
والتصـاريح الـتى تـتم بموجب هذا العقد أو أى نفقات أخرى قد تدفع الى طرف ثالث فى هذا
الشأن.

## مادة (۷)

## تعهدات المشترى

### ۷-۱ الموافقات:

على المشترى الحصول على أية موافقات من الغير اللازمة لإكمال العمليات الواردة بهذا العقد،
بما فى ذلك دون حصر الموافقات الضرورية، عند أو قبل تاريخ التسليم.

### ۷-۲ الاحتفاظ بالعاملين:

(أ)    يلــتزم المشــترى بتوظيف كافة العاملين الدائمين التابعين للبائع فى وقت النفاذ لديه وبأن يحافظ
على مستويات أجورهم ومزاياهم الأخرى المتعاقد عليها أو المقررة قانوناً فى ذلك الوقت.

(ب)    ويلــتزم المشــترى أيضـاً بالاحتفاظ بالعاملين المعينين بعقود عمل محددة المدة فى وقت النفاذ
ولحين انتهاء سريان تلك العقود.



SARWAT A. SHAHID LAW FIRM
IN AFFILIATION WITH
WEIL, GOTSHAL & MANGES LLP

**٧-٣ التأمينات المقدمة من البائع لجهات توريد الطاقة:**

يلتزم المشترى بتقديم خطابات ضمان لكافة الجهات الموردة للطاقة مثل الكهرباء والغاز وغيرها وإسترجاع خطابات الضمان أو التأمينات المقدمة من البائع لتلك الجهات وتسليمها له خلال خمسة عشر يوماً من تاريخ توقيع هذا العقد.

## مادة (٨)

## المستندات اللازمة عند التسليم – تسليم الأصول المشتراة

**١-٨  مستندات البائع:**

في تاريخ التسليم، يقوم البائع بتسليم المشترى ما يلى:

(أ)  صور من قرارات الجمعية العامة للبائع، بالموافقة على التوقيع على هذا العقد والمستندات والشهادات الأخرى المطلوبة أو المتوقعة ضمن هذا العقد، مصدق عليها من رئيس مجلس الإدارة والعضو المنتدب للبائع حسب الأحوال.

(ب) صور من قرارات الجمعية العامة للبائع بخصوص الممثلين المخول لهم التوقيع على هذا العقد معتمدة من رئيس مجلس إدارة البائع.

(ج) صورة من السجل التجارى للبائع وصورة من النظام الأساسى للبائع.

(د)  نسخ من كل الموافقات ("الموافقات الضرورية") بالنسبة للأصول المشتراة، وبالنسبة للأصول المشتراة التى لا يمكن تحويلها أو التنازل عنها للمشترى فى الوقت المحدد للإستلام بسبب عدم إمكانية الحصول على موافقة أو اعتماد لازم من أى من الغير.

(هـ) توكيل يبيح للمشترى نقل ملكية العقارات المملوكة من البائع إلى المشترى.

**٢-٨  مستندات المشترى:**

في تاريخ التسليم، يقوم المشترى بتسليم البائع ما يلى:

(أ)  نسخ مصدق عليها من موافقات مجلس إدارة أو الجمعية العامة للمشترى تبيح توقيع وتسليم و/أو تنفيذ هذا العقد والمستندات والمحررات الأخرى المتوقعة طبقاً لهذا العقد.

(ب) صورة مصدق عليها من قرارات مساهمى المشترى، بشأن مسئولية وتوقيع المسئول الموقع على هذا العقد والمستندات والمحررات الأخرى المتوقعة طبقاً لهذا العقد نيابة عن المشترى.

SARWAT A. SHAHID LAW FIRM
IN AFFILIATION WITH
WEIL, GOTSHAL & MANGES LLP

(ج)  صورة طبق الأصل من عقد تأسيس المشترى ونسخة من سجله التجارى.

(د)  كافـــة المـوافقــات والمستندات والمحررات والشهادات المعقولة المطلوبة بواسطة البائع لإكمال
الصفقات المتوقعة عند تاريخ التسليم.

(هـ) ثمن الشراء وفقاً للبند ٣-٢(ج) من هذا العقد.

## مادة (٩)

## عدم إفشاء المعلومات

يـتعهد الــبائع بـــدءاً وبعـــد تاريخ التسليم هو ووكلاؤه وممثلوه بعدم إفشاء أى أسرار تجارية
أو تصميمات أو عمليات سرية أو أية معلومات تخص أو تشير إلى النشاط أو المنتجات أو العملاء أو
الزبائن أو أموال النشاط أو أى من معاملاته أو صفقاته أو شئونه لأى شخص وبعدم استخدام أى منها
وبــبذل أفضل جهوده لمنع نشرها أو كشفها. كما يلتزم المشترى بعدم الاعلان عن هذه الصفقة قبل أو
بعـــد تـاريخ الــنفاذ إلا بالتنسيق مع البائع وبموافقته كتابة باعتبار أن الشركة البائعة إحدى الشركات
الـــتابعة للشركة القابضة للإستثمارات المالية وهى شركة لها كيان وطابع خاص يلزم معاملة تعاملاتها
وعقودها بالسرية الواجبة.

## مادة (١٠)

## أحكام عامة

**١-١٠    الإخطارات:**

أية إخطارات أو مطالب أو طلبات أو اتصالات أخرى مطلوبة أو مسموح بها طبقاً لما يلى يجب
أن تكون كتابة على عنوانه الموضح بصدر هذا العقد وتعتبر كافية إذا ما أرسلت بواسطة جهاز الفاكس
المعزز بالبريد المسجل أو أرسلت بالبريد المسجل أو السريع الموصى عليه وتوجه كما يلى:

إلى البائع:      وكيل البائع القانونى مكتب ثروت عبد الشهيد للمحاماة والاستشارات القانونية

عناية:      الأستاذ/ ثروت عبد الشهيد المحامى بالنقض

بالفاكس رقم:      ٣٩٣٥٤٤٧

العنوان:      ٢٠ ب شارع عدلى –القاهرة.



SARWAT A. SHAHID LAW FIRM
IN AFFILIATION WITH
WEIL, GOTSHAL & MANGES LLP

إلى المشترى: شركة مجموعة مصر للصلب

عناية: **السيد الأستاذ/ حمدى عبد الوهاب عبد الوهاب محمد قوطة**

بالفاكس رقم:

العنوان: القطعة رقـم (١) شرق بورسعيد ـ محافظة بورسعيد.

صورة إلى: الشركة القابضة للإستشارات المالية "لكح جروب"

عناية: السيد الأستاذ/ رئيس مجلس الإدارة

بالفاكس رقم: ٤١٧٦٢٢٣

أو العناوين أو أرقام الفاكس الأخرى حسب ما يتم التزويد به بإخطار مماثل بواسطة كل طرف.

### ١٠-٢   النفقات والمصاريف:

يوافـق كـل طـرف عـلى سـداد كافـة مصاريفه (ويشمل ذلك دون حصر أتعاب المحامين والمحاسبين) التى تكبدها بمناسبة هذا العقد أو العمليات المتوقعة بموجبه أو المفاوضات المؤدية إليه.

### ١٠-٣   الخلفاء والمتنازل إليهم:

لا يحق لأى من الأطراف التنازل عن حقوقه أو التزاماته وفقاً لهذا العقد دون موافقة كتابية من الطـرف الآخـر. ويكـون هذا العقد ملزماً ونافذا المفعول لصالح الطرفين وخلفائهما والمتنازل إليهم المصرح بهم.

### ١٠-٤   كامل العقد - التعديل:

يمثـل هـذا العقـد بمـا فى ذلـك الملاحق والجداول المرافقة التفاهم الكامل للأطراف بالنسبة للموضوعات الواردة به وتحل محل كافة المفاوضات ومذكرات التفاهم بينهما السابقة على ذلك. ويمكن تعديل شروط وأحكام هذا العقد كتابة فقط وبتوقيع من البائع والمشترى.

### ١٠-٥   لغة العقد - النسخ:

تحرر هذا العقد من عدد (٢ نسخة) أصول باللغة العربية، تسلم كل طرف نسخة موقعة من كل منها.

SARWAT A. SHAHID LAW FIRM
IN AFFILIATION WITH
WEIL, GOTSHAL & MANGES LLP

١٠-٦    القانون الواجب التطبيق – الاختصاص – المنازعات:

(أ)    يفسر هذا العقد وينفذ وفقاً لقوانين جمهورية مصر العربية.

(ب)    أى منازعة أو خلاف أو مطالبة ناشئة عن أو متصلة بهذا العقد أو الإخلال به أو إنهاؤه أو
إيطاله والتى لا يمكن تسويتها ودياً بين الأطراف يتم تسويتها نهائياً بطريق التحكيم بواسطة هيئة
مشكلة من ثلاثة محكمين يرأسها أحدهم (المحكم المرجح) ووفقاً لقواعد مركز القاهرة الإقليمى
للتحكيم التجارى الدولى. ويكون التحكيم فى القاهرة ويتم التحكيم باللغة العربية.

(ج)    يكون قرار التحكيم نهائياً وملزماً للأطراف نافذاً ولا يجوز استئنافه أو الطعن. ويفصل
المحكمون فى موضوع مصاريف التحكيم ورسومه وأتعابه.

١٠-٧    القابلية للتجزئة:

لن تؤثر استحالة تنفيذ أو بطلان أى قسم أو بند أو مادة من هذا العقد فى نفاذ وصحة باقى بنود
العقد.

١٠-٨    عدم التمسك بالحق:

عدم ممارسة أو التأخير من قبل طرف فى ممارسة أى حق وفقاً لهذا العقد لايعتبر تنازلاً عنه.
ولا يمنع ممارسة الحق مرة واحدة أو جزئياً من ممارسة ذات الحق مرات أخرى أو ممارسة أى حق
آخر. وحتى يكون نافذاً فان كل تنازل عن أى حق وفقاً لهذا العقد يجب أن يكون كتابياً وموقعاً بواسطة
الطرف المسئول عنه وقد يخضع لأية شروط يتم ذكرها فى ذلك التنازل.

١٠-٩    عدم وجود طرف ثالث مستفيد:

لا يعطى هذا العقد أى شخص بخلاف أطراف العقد وخلفائهم ومن يتنازلون اليهم أى حق أو
مصلحة فى هذا العقد.

تصديقاً على ذلك تم توقيع هذا العقد نيابة عن كل من الطرفين فى اليوم والسنة المذكورين
أعلاه.




**SARWAT A. SHAHID LAW FIRM**
IN AFFILIATION WITH
**WEIL, GOTSHAL & MANGES LLP**

البائع:  شركة المصنع العربى للحديد

التوقيع:

الاسم:  السيد الأستاذ/ راؤول ريمون ميشيل لكح

المنصب:  رئـيـس مجـلـس إدارة الشركة القابضة للاستشارات المالية والمفوض من الجمعية العامة للشركة البائعة بالتوقيع على هذا العقد.

المشترى:  شركة مجموعة مصر للصلب

التوقيع:

الاسم:  السيد الأستاذ/ حمدى عبد الوهاب عبد الوهاب محمد قوطة

المنصب:  عضو مجلس الإدارة المنتدب.

Adel cont: 363