Gilbert A. Samberg (GS-2610)
Kevin N. Ainsworth (KA-8493)
MINTZ LEVIN COHN FERRIS
GLOVSKY AND POPEO, P.C.
Chrysler Center
666 Third Avenue
New York, New York 10017
(212) 935-3000
(212) 983-3115 (facsimile)

*Attorneys for Respondents-Cross-Petitioners*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
In the Matter of the Application of            )
                                                )
RAMY LAKAH and MICHEL LAKAH,                    )
                                                )
          Petitioners-Cross-Respondents,        )      07-CIV-2799 (MGC)(FM)
                                                )
For a judgment pursuant to Article 75 of        )
the C.P.L.R. staying the arbitration            )      **NOTICE OF MOTION FOR**
commenced by                                    )      **ISSUANCE OF SUBPOENA TO**
                                                )      **CARL BAKER PURSUANT TO**
UBS AG, EXPORTERS INSURANCE                     )      **28 U.S.C. §1783**
COMPANY, LTD., ARAB BANKING                     )
CORPORATION, NATIONAL BANK OF                   )
ABU DHABI and NATIONAL BANK OF                  )
OMAN,                                           )
                                                )
          Respondents-Cross-Petitioners.        )
-------------------------------------------------------------- x

TO:   Lester Schwab Katz & Dwyer, LLP
      120 Broadway
      New York, NY 10271
      Attn: Lawrence Steckman, Esq.
            Dennis M. Rothman, Esq.
      Counsel for Petitioners

   PLEASE TAKE NOTICE that, upon the Memorandum of Law in Support of the

Motion of Respondents-Cross-Petitioners for an Order Directing the Issuance of a

Subpoena to Carl Baker Pursuant to 28 U.S.C. §1783, the consent by Petitioners to this

motion, the Declaration Gilbert A. Samberg, dated April 16, 2007, together with the exhibits annexed thereto, the Declaration Gilbert A. Samberg, dated July 9, 2007, and all pleadings and proceedings previously had herein, the undersigned will move the U.S. District Court in the United States Court House, 500 Pearl Street, New York, New York, 10007, on July __, 2007, at 9:30 a.m. for an order to issue a subpoena requiring Carl Baker ("Baker") to appear as a witness before a Court Reporter at the offices of Jeantet Associés, 87 Avenue Kléber, Paris (Cedex 16), France (or at another mutually convenient place), and requiring Mr. Baker to produce specified documents and things. (Attached hereto is a proposed Order.)

PLEASE TAKE FURTHER NOTICE that pursuant to S.D.N.Y. Local Rule 6.1(b), answering papers, if any, shall be served within 10 business days after service of the papers herein, and reply papers, if any, shall be served within 5 business days after service of answering papers, if any.

Dated:   July 9, 2007
         New York, New York

        MINTZ LEVIN COHN FERRIS GLOVSKY
        and POPEO, PC

        By: _____
        Gilbert A. Samberg (GS-2610)
        Kevin N. Ainsworth (KA-8493)
        Chrysler Center
        666 Third Avenue
        New York, New York 10017
        (212) 935-3000
        (212) 983-3115 (facsimile)