Gilbert A. Samberg (GS-2610)
Kevin N. Ainsworth (KA-8493)
MINTZ LEVIN COHN FERRIS
GLOVSKY AND POPEO, P.C.
Chrysler Center
666 Third Avenue
New York, New York 10017
(212) 935-3000
(212) 983-3115 (facsimile)

*Attorneys for Respondents UBS AG, Exporters Insurance Company, Ltd.,
Arab Banking Corporation, National Bank of Abu Dhabi and National Bank of Oman*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In the Matter of the Application of

RAMY LAKAH and MICHEL LAKAH,

                Petitioners,

For a judgment pursuant to Article 75 of
the C.P.L.R. staying the arbitration
commenced by                          07-CV-2799 (MGC) (FM)

UBS AG, EXPORTERS INSURANCE        **DECLARATION OF**
COMPANY, LTD., ARAB BANKING         **GILBERT A. SAMBERG**
CORPORATION, NATIONAL BANK OF ABU
DHABI and NATIONAL BANK OF OMAN,

                Respondents.
-----------------------------------------------------------x

      GILBERT A. SAMBERG, pursuant to 28 U.S.C. § 1746, states and declares as follows:

      1.    I am a member of Mintz Levin Cohn Ferris Glovsky and Popeo, P.C., attorneys for Respondents-Cross-Petitioners UBS AG ("UBS"), Exporters Insurance Company, Ltd. ("EIC"), Arab Banking Corporation, Ltd. ("ABC"), National Bank of Abu Dhabi ("NBAD") and National Bank of Oman ("NBO") (collectively, the "Respondents" or

the "Bondholders"). I make this Declaration in support of the Respondents' MOTION FOR ISSUANCE OF SUBPOENA TO CARL BAKER PURSUANT TO 28 U.S.C. §1783.

2. I make this Declaration upon personal knowledge, except where indicated otherwise, in which case the source of the information in question is exhibited and/or described herein.

3. In an effort to discuss pertinent matters with Carl Baker ("Baker"), a former officer and director of one or more of the Petitioners' companies, I spoke with him by telephone in the Fall of 2006 on two occasions. Also, I am informed by Kevin N. Ainsworth, a member of my Firm, that he sent emails to Mr. Baker and telephoned Mr. Baker several times in recent months, and that he left messages requesting that Mr. Baker respond, but that Mr. Baker has not returned his calls or responded to his email communications.

4. A report provided to me by an investigator (the "Investigative Report") indicates that Mr. Baker resides at Villa Vinaigrier, 7 Boulevard Corne d'or, 06230 Villefranche-sur-Mer, France. I have reason to believe that that address is accurate because the same report indicated a telephone number for Mr. Baker, and I was able to reach Mr. Baker at that telephone number.

5. I also understand, based on the Investigative Report and on a conversation with Mr. Baker, that he is a citizen of the United States and a native of Texas. Mr. Baker also informed me that, while he had been employed by the Lakah Group and had been a member of the Board, he left the Lakah Group sometime in 2001.

6.   Counsel for the Petitioners advised my colleague, Mr. Ainsworth, today that they consent to this motion.

Dated:   New York, New York
         July 9, 2007

_____
GILBERT A. SAMBERG (GS-2610)