# Appendix 9

# Recruitment Policy

## RECRUITMENT POLICY

The recruitment and selecting process can be envisioned as a series of procedures that should be carried on by both Dept managers/supervisors and the Human Resources Dept as follows:

### Line Managers/Supervisors:

1) Carrying on employment planning and forecasting to determine the specific duties and responsibilities of the positions required.
2) Explain to HR future staffing needs and sorts of people needed to be hired.
3) Describe "human requirements" of job so that HR can develop selection tests.
4) Interview candidates and make final selection decisions.

### Human Resources Department

1) Process job analysis and Job description based on input from line managers.
2) Develop personnel plans showing promotable employees.
3) Develop source of qualified applicants and engage in recruiting activities aimed at developing a pool of qualified applicants.
4) Conduct initial screening interviews and refer feasible candidates to line managers.

# Appendix 10

# Employment Contract

## EMPLOYMENT CONTRACT

This agreement is established as of .......................... by and between the two parties namely:

1.  **MCMC Egypt** having its principle place of business at 68, Merghani St., Heliopolis, Cairo – A.R.E. (Hereinafter referred to as the "Company")

    Represented by Mr. ................................................................................

2.  Mr.\Mrs. ................................................................................................

    I.D. No.: .................. Issued from: ...................on ...........................

    Address:................................................................................................

    (Hereinafter referred to as the "Employee")

In consideration of the mutual consensus hereinafter set forth, the two parties hereto agree as follows:

1.  By signing this contract, The "Employee" occupies the position of ..........................................................Starting............................................... A job guideline outlining the general duties of the "Employee" under Annex A is attached and is considered part of this contract.

2.  As a full compensation for his/her services, the "Company" agrees to pay the "Employee" a salary equal to ..................LE per month, payable on the last day of every month.

3.  The first three months from the date of signing this contract are considered as a probationary period, during which both parties become entitled to end this contract without prior notice or compensation of any kind.

4.  The "Employee" accepts to change location within Arab Republic of Egypt whenever required by the "Company" by mutual consent.

5.  The "Employee" agrees to dedicate all his/her time during working hours to accomplish the job assigned to him/her, and expresses his/her willingness to conform to the instructions of relevant supervisor/manager or company management, and always maintain a good level of conduct and behavior as well as good reputation.

6.  In order to conduct his/her duties, the "Employee" will have access to the equipment/supplies, cash, vehicle...etc. as required to do his/her job. Therefore, The "Employee" declares his/her responsibility for all possible damage or loss that

might occur to the said tools or to others as a result of his/her mistreat/reckless, and the "Company" reserves its right to claim for the loss occurred, after informing him/her in written of the incident.

7. The "Employee" is entitled to annual leave as per the annual leave policy in the Manual of Policies provided to him/her, as well as all local holidays as announced by the "Company".

8. The office working hours are 09:00-17:00 Sunday through Thursday, holidays excepted. The Company's office is closed on Friday and Saturday. However, if the workload requires extension of the above working hours, or during holidays, the "Employee" may be compensated based on management approval and according to the Company's guidelines.

9. The "Employee" is entitled to consideration for the annual salary increase, after a period of one year service in the "Company", based on the salary scale of the "Company" conditional on satisfactory job performance.

10. Promotions are given on the basis of change and/or expansion of job duties or extraordinary job performance. Promotions are not routine each year and the "Employee" can not receive both a salary level increase and a promotion in the same twelve-month period.

11. The "Employee" should not, under any reason, during the duration of this contract, accept any cash, gifts or loans, either directly or indirectly, from suppliers, sub-contractors, customers, or any other authority dealing with the "Company".

12. During the duration of the contract, the "Employee" should not engage, without written management approval, in a private business for themselves or for another company or organization whether paid or unpaid, nor should the "Employee" participate either directly or indirectly in any outside employment which is competing with the "Company".

13. The "Employee" should not, under any circumstances, reveal job classified information whether it concerns the "Company" itself or its customers.

14. In case the "Employee" fail to abide to any one, or more, of the rules contained in this agreement and the Manual of Policies Version 1 dated Dec 98, the "Company" reserves its right to terminate this contract with immediate affect.

15. This contract will be extended indefinitely provided that both parties are in agreement. The contract can be terminated by either the "Company" or the "Employee" by giving a one-month written notice to the other party.

16. Any dispute arising from this agreement shall be settled in the courts of Cairo and the award shall be final and binding upon the two parties.


The "Company"                                    The "Employee"
MCMC

_____                          _____


By ...............................               By ...............................

# Appendix 11

# Career Development

## CAREER DEVELOPMENT

### 1. Preface

1.1 Personnel activities like Career Planning, training and performance appraising serve a major role of ensuring that the long-run interests of the employees are protected by the organization, and that the employee is encouraged to grow and realize his or her full potential.

1.2 More often, all the staffing activities can be used to satisfy the needs of both the organization and the individual in such a way that they both gain: the organization from improved from improved performance from a more committed work force and the employee from a richer, more challenging career.

### 2. Career Planning & Development

2.1 Career planning is the process through which a person becomes aware of personal career-related attributes and the lifelong series of stages that contribute to his or her career fulfillment.

2.2 The employee, the manager, and the organization all have roles in the career development. Ultimately, it is the individual who must accept responsibility for his or her own career; assess interests, skills, and values; seek out career information and resources; and generally take those steps that must be taken to ensure a fulfilling career.

2.3 On the other hand, the manager should act as a coach, appraiser, advisor, and referral agent to his subordinates.

### 3. Performance Appraisal

3.1 The organization can use it periodic Performance appraisal not only to provide information upon which promotion and salary decisions can be made, but for identifying the training and development needs of employees and ensuring that these needs are met.

3.2 A performance appraisal contains three steps: define the job, making sure that both managers and employees agree on his or her duties, appraise performance comparing employee's performance to the agreed upon standards, and provide feedback where the subordinate's performance and progress are discussed by his manager.

3.3  MCMC has developed a performance appraisal form for the employees to be rated on annual basis which is based on "Management by Objectives" method and "employee and management practices and Competencies", as shown in the attached form.

3.4  The "Management by Objectives" (MBO) method requires the managers to set specific measurable, clear and attainable goals with each employee and then periodically discuss his or her progress toward these goals.

3.5  "Competencies", on the other hand, are defined as a specific ability, skill or characteristic that has been shown to achieve objectives. Competencies look at how employees achieved results and provide useful insights into what specific behaviors employees can develop to enhance their performance.

## 4.  Training

4.1  Training employees is an important method in providing employees with the information and skills they need to successfully perform their jobs.

4.2  The training process can be summarized in four main steps; needs analysis; instructional design, implementation phases and evaluation and follow-up.

4.3  The most popular training techniques are:  orientation program for new employees with the aim of reducing reality shock and building employee commitment to the company, On-the-Job (OJT) training by having a person learn a job by actually performing it, job instructional training (JIT) , or technical training, by teaching a trainee how to operate a machine/equipment, and employee and management practices and competencies training.

Employee Confidential

## ANNUAL PERFORMANCE AND DEVELOPMENT SUMMARY

EMPLOYEE ID NUMBER    EMPLOYEE NAME                    APPRAISAL DATE

JOB NUMBER            POSITION TITLE                   DATE APPOINTED TO PRESENT POSITION

DIVISION/DEPARTMENT/LOCATION                           INCUMBENT SALARY GROUP

### I. OVERALL PERFORMANCE RATING (Where do you stand?)
Consider accomplishments and contribution to final department/division results. Factor in how technical/functional skills, professional competencies and/or management practices were applied to achieve these results.

Among the best (AB)          Needs Improvement (NI)
Highly effective (HE)        Unacceptable (UN)
Fully Productive (FP)        Too soon to Tell (?)

### II. RESULTS (What did you accomplish)
Consider the objectives established and discussed throughout the previous year. Wherever possible, relate results and accomplishments to department and division initiatives, objectives and/or financial targets. Supervisors and managers should be assessed primarily on team results (add additional objectives if necessary).

Record results against the standard of performance established when objectives were set.

1. OBJECTIVE:

   RESULT:

2. OBJECTIVE:

   RESULT:

3. OBJECTIVE:

   RESULT:

4. OBJECTIVE:

   RESULT:

### III. DEVELOPMENTAL PROGRESS

NAME:                                            APPRAISAL DATE:

**IV. COMPETENCIES AND MANAGEMENT PRACTICES (How did you achieve results?)**
Evaluate the extent to which this individual demonstrated competencies and/or management practices in achieving results.
Use the following rating scale:

1- Outstanding                          *- Not applicable in this position
2- Demonstrated                         ?- Insufficient evidence to determine a rating
3- Needs attention

**A- COMPETENCIES**                     **B- MANAGEMENT PRACTICES**
                                        NOTE:  No. of employees supervised _____

TECHNICAL KNOWLEDGE     _____         COACHING                                _____
EFFECTIVE COMMUNICATIONS _____        EFFECTIVE COMMUNICATIONS                _____
TEAM-WORK               _____         ENCOURAGING TEAM-WORK                   _____
SETTING HIGH STANDARDS  _____         ESTABLISHING HIGH STANDARDS             _____
CONCERN FOR ACCURACY    _____         AND GETTING RESULTS                     _____
TAKING INITIATIVE       _____         EFFECTIVE DELEGATION                    _____
CONCERN FOR EFFECTIVENESS _____       REWARDING PERFORMANCE                   _____
FLEXIBILITY             _____         DEVEOPING AND RELEASING EMPLOYEES       _____
INNOVATION              _____         BUILDING CONSENSUS                      _____
EFFECTIVE CUSTOMER SERVICE _____      SUPPORTING REASONABLE RISK-TAKING       _____
                                        FORWARD THINKING                        _____
                                        IMPROVING THE ORANIZATION               _____
                                        MANAGING DIVERSITY                      _____
                                        CUSTOMER FOCUS                          _____

**C - DEVELOPMENT PROGRESS (Review progress over the last year)/COMMENTS (If applicable)**
_____
_____
_____

**V- DEVELOPMENT ON THE JOB (What do you need to work on?)**
Look ahead to the objectives likely to be set for the next performance cycle and:

A- List those competencies or management practices that, if further developed, would improve results:

_____          _____

B- Describe how these improvements will be achieved.

_____

**VI. DEVELOPMENT FORECAST**
Discuss with the employee the likelihood of changing job responsibilities during the next one to two years.  Your discussion
should include an assessment of strengths and development needs as determined above, the opportunities available in the
organization, the employee's short-term and long-term career interests, any location preferences or restrictions, and time
in the current position.  Taking all this into account, make your initiatives, judgement as to whether this employee is .......

_____ Likely to remain in the current position during the next 1-2 years.
_____ Likely to have expanded duties in the current position during the next 1-2 years.
_____ Likely to change position, function, unit and/or location during the next 1-2 years.

What new skills, job experiences or training (if any) would help improve this employee's competitiveness for
future assignments?

_____
_____

Note:  In many cases, it will be necessary to review this section again after the Career Development cycle ends.

SUPERVISOR'S SIGNATURE   DATE          NEXT LEVEL MANAGEMENT APPROVA DATE

NAME (FIRST & LAST NAME)              NAME (FIRST & LAST NAME)

I discussed this document with the employee and provided a copy to the employee on

                                              Date          Supervisor's Signature

# Appendix 12

# Environmental Impact Awareness

## ENVIRONMENTAL AWARNESS

1. Everyone who works at MCMC is responsible for protecting the environment and health and safety of employees, customers and community.

2. Our commitment to environmental, health and safety (EHS) performance is an integral part of our business, and achieving cost effective EHS solutions is essential to our long-term success.

3. At MCMC we are committed to:

   3.1 Eliminate accidents and environmental incidents.

   3.2 Using energy and other natural resources efficiently.

   3.3 Being prepared to respond to emergencies.

   3.4 Evaluating our products and educating our employees and customers on their safe and environmentally responsible use.

   3.5 Helping our employees, customers and service providers understand how their actions influence EHS performance.

   These commitments are in addition to our basic obligation to comply with all environmental health and safety laws and regulations.

# Appendix 13

# Management Profiles

## MANAGEMENT PROFILES

| | | |
|---|---|---|
| **Name** | : | Hamdy A. Mansi |
| **Date of Birth** | : | 29th April 1942 |
| **Title** | : | General Manager |
| **Date of Employment** | : | March 1996 |
| **Educational History** | : | B.com. Faculty of commerce , Ain Shams University, 1964 |
| **Years of Experience** | : | 64-67 Central Organization for accounting and auditing |
| | | 67 - 75 Hoechst Orient S.A.E., Finance section Head |
| | | 75 - 80 Abu Dhabi National Tankers Co., Finance Manager |
| | | 80 - 88 Agypetco Oil and gas Exploration GmbH, financial consultant |
| | | 89 - 95 Financial consultant |
| | | 95 - 95 Vice Chairman of Merrit |
| | | 96 - 97 Medequip, General Manager |
| | | 97 - present: MCMC general Manager |

| | | |
|---|---|---|
| **Name** | : | Hasaneen Mahmoud Hasaneen |
| **Date of Birth** | : | 1 September 1948 |
| **Title** | : | Medical & Technical Manager |
| **Date of Employment** | : | 1st March 1998 |
| **Educational History** | : | B.Sc. Medicine, Ain Shams University |
| **Years of Experience** | : | 72 - 73 Resident Physician, Student Hospital |
| | | 73 - 91 Military forces |
| | | 91 - 92 Higher Committee member, Health Insurance Authority |
| | | 93 - 98 EDC company |

| | | |
|---|---|---|
| **Name** | : | Mos'aad Mourad |
| **Date of Birth** | : | 1st October 1962 |
| **Title** | : | Financial & Administration Manager |
| **Date of Employment** | : | November 1996 |
| **Educational History** | : | B.Com. Faculty of Commerce, Ain Shams University, 1985 |
| **Years of Experience** | : | 85 - 88 Military Forces |
| | | 89 - 95 Saudi Arabia, National Company for medical services |
| | | 95 - 96 Wadi El-Nile Hospital |
| | | 96 - present: MCMC |

# Appendix 14

# Job Function Guidelines

# MCMC
## Job Function Guidelines

| | |
|---|---|
| Definition: | Quality - The ability to satisfy, or comply to given requirements |

| | |
|---|---|
| Function: | Vice President |

| | |
|---|---|
| Summary: | Responsible for planning and managing of all company activities and personnel, concentrating most on company sales and marketing operations in order to meet the profit and volume goals specified by company's strategic business plans, as well as formulating, implementing and execution of company policies and procedures. |

| | |
|---|---|
| Reporting Relationships: | Reports to Board of Directors/Lakkah Group |

| | |
|---|---|
| Job Grade: | N/A |

| | |
|---|---|
| Authority Level: | |

**Description of Key Tasks:**

| | |
|---|---|
| 1 | Evaluate and implement basic policies to recruit, hire and train employees at all levels. Design compensation plans that directly benefit key performers, within authorized limits. |
| 2 | work methods and develop spirit of cooperation and understanding among work department managers. |
| 3 | Develop overall company's strategies. Define responsibilities and authority limits for both management and staff positions. |
| 4 | Direct management team and oversees the preparation of all departmental statistics and reports, including market research, etc. |
| 5 | Establish personal contact with key customers and regularly monitor the handling of large accounts. Review all customer contact activities in every department to ensure customer satisfaction. |
| 6 | Guide and control planning by making forecasting data and market research results available to the department managers. |
| 7 | Develop effective pricing strategies in conjunction with management. |
| 8 | Oversee preparation and control of all departments expense budget. |
| 9 | Evaluate training/development efforts aimed at management team through job enrichment programs and effective delegation and monitor results in order to increase productivity and meet performance goals. |

| Supervisor's Signature | Date | Next level Management Signature | Date |
|---|---|---|---|
| Name | | Name | |
| Employee's Signature | Date | Employee Name (First & Last) | |

# MCMC
## Job Function Guidelines

| Definition: | Quality – The ability to satisfy, or comply to given requirements |
|---|---|

| Function: | General Manager |
|---|---|

| Summary: | Responsible for planning and directing all daily activities and operations within his scope of influence.<br>He is also responsible for operating on a profit basis within the framework of policies, objectives, and budgets established by top management |
|---|---|

| Reporting<br>Relationships: | Reports to Vice President |
|---|---|

| Job Grade: | |
|---|---|

| Authority Level: | |
|---|---|

### Description of Key Tasks:

| | |
|---|---|
| 1 | Develops and implements the company's sales philosophy, including policies, objectives, and goals. |
| 2 | work methods and develop spirit of cooperation and understanding among work and programs. Evaluates performance against goals and implements improvements. Approves and recommends the expansion of business and addition of new agreements. |
| 3 | Exercises approving authority on the organization structure and staffing, compensation, hiring, training, termination, transfer and promotion of personnel in all departments under his direction. Conducting annual performance reviews on results vs pre-set objectives |
| 4 | Plan budget requirements, together with top management, of his designated dept and monitor expenses and costs in line with targeted strategies and profitability. Approve and control expenditure of the sales dept personnel. |
| 5 | Reports to Vice president on overall activities of his designated depts where required. |
| 6 | In view of the above responsibilities of the General Manager, it is anticipated that over 30% of his available time will be in a front line position at customer sites. Travelling is required. |

| Supervisor's<br>Signature | Date | Next level Management Signature | Date |
|---|---|---|---|
| Name | | Name | |

| Employee's Signature | Date | Employee Name (First & Last) |
|---|---|---|

# MCMC
## Job Function Guidelines

**Definition:**   Quality - The ability to satisfy, or comply to given requirements

| Function: | Medical & Technical Department Head |
|---|---|

| Summary: | Responsible for managing and supervising the company's medical centers and site preparation |
|---|---|

| Reporting Relationships: | Reports to General Manager |
|---|---|

| Job Grade: | A |
|---|---|

**Authority Level:**

**Description of Key Tasks:**

| | |
|---|---|
| 1 | Supervise the CT medical centers to ensure good performance and high quality medical care |
| 2 | Coordinate between the company management and the Arabian Medical Consultancy Group |
| 3 | Pay regular visits to the hospitals managers in order to solve any occuring operatin or perosnnel problems |
| 4 | Communicate with TMSE-Toshiba service Dpt to follow up maintenance programs and operation problems |
| 5 | Responsible for following up the contractors during the site preparation of the units |
| 6 | Responsible for submitting regular reports to the General Manager concerning the operation of the Medical Centers |

| Supervisor's Signature | Date | Next level Management Signature | Date |
|---|---|---|---|
| Name | | Name | |
| Employee's Signature | Date | Employee Name (First & Last) | |

# MCMC
## Job Function Guidelines

**Definition:**   Quality - The ability to satisfy, or comply to given requirements

| Function: | **Marketing and Follow Up Department Head** |
|---|---|

| Summary: | Responsible to manage the development of all marketing activities as well as planning budgeting and penetrating profitable business to ensure optimum revenue to the company increase market share vs competition |
|---|---|

| Reporting Relationships: | General Manager |
|---|---|

| Job Grade: | A |
|---|---|

| Authority Level: | |
|---|---|

**Description of Key Tasks:**

| | |
|---|---|
| 1 | Responsible to build and excute business plans to ensure optimum revenue |
| 2 | Maintain professional relationships with key persons in the medical field |
| 3 | Build up a comprehensive market study reflecting existing market trends and demands |
| 4 | Provide the required leadership and support to junior sales representatives through developed managerial skills and the ability to make prompt sound decisions and creative business plans |
| 5 | Follow up the overall team activities to ensure meeting the target quality |
| 6 | Initiate work improvements and plan manpower and long term training needs of sales force through on-job training programs expended assignments in other functions and effective delegation |
| 7 | Responsible to provide regualr reports to General Manager |

| Supervisor's Signature | Date | Next level Management Signature | Date |
|---|---|---|---|
| Name | | Name | |
| Employee's Signature | Date | Employee Name (First & Last) | |

# MCMC
## Job Function Guidelines

| Definition: | Quality - The ability to satisfy, or comply to given requirements |
|---|---|

| Function: | Financial & Adminstration Department Head |
|---|---|

| Summary: | Responsible to manage all financial and adminstration operations within the department |
|---|---|

| Reporting Relationships: | General Manager |
|---|---|

| Job Grade: | A |
|---|---|

| Authority Level: | |
|---|---|

| Description of Key Tasks: | |
|---|---|
| 1 | Organize and control an accounting system which ensure accurate management of the company financial affairs |
| 2 | Manages work of all staff employees, including performance reviewm hiring, and work methjods and develop spirit of cooperation and understanding among work through high management and interpersonal skills |
| 3 | Plans ans establish overall company annual budget |
| 4 | Constant evaluation and monitoring of all accounting activities and periodically reviews general ledger entries to check accuracy and compliance with the established rules and accounting principles |
| 5 | Predicts short-range and long-range capital requirements and obligations in order to maintain adequate funds |
| 6 | Evalutaes credit and collection applications and authorize above predetermined monetary amount |
| 7 | Responsible for all adminstrative work (Personnel, public relations, security) |
| 8 | Keeps Management informed of financial performance and offers advice on all financial matters |
| 9 | Keeps track of inventory levels and advises management regarding variances to budget |
| 10 | Plans and establish short-term and long-term strategic plans for all new financial development within the company |
| 11 | Authorized for signing checks for bank transactions as well as to acquire materials for the company with an ability for analyzing company needs, financial data, and cost effective breakdown through strong negotiation skills |

| Name | Name |
|---|---|
| Employee's Signature          Date | Employee Name (First & Last) |

# MCMC
## Job Function Guidelines

| | |
|---|---|
| **Definition:** | Quality - The ability to satisfy, or comply to given requirements |

| | |
|---|---|
| **Function:** | **Technical and Teleradiology Section Head** |

| | |
|---|---|
| **Summary:** | Responsible of installing and operation of the Teleradiology system |

| | |
|---|---|
| **Reporting Relationships:** | Reports to Medical and Technical Department Head |

| | |
|---|---|
| **Job Grade:** | B |

**Authority Level:**

**Description of Key Tasks:**

| | |
|---|---|
| 1 | Supervising the installing equipment of Teleradiology |
| 2 | Follow up of daily operations |
| 3 | Solve any problems between the acquisition unit and the viewing station |
| 4 | Responsible for training the staff and the maintenance of the equipment |

| Supervisor's Signature | Date | Next level Management Signature | Date |
|---|---|---|---|
| Name | | Name | |
| Employee's Signature | Date | Employee Name (First & Last) | |

# MCMC
## Job Function Guidelines

Definition:    Quality - The ability to satisfy, or comply to given requirements

| Function: | Gulf Sales Manager |
|---|---|

| Summary: | Responsible for all the medical operation |
|---|---|

| Reporting Relationships: | General Manager |
|---|---|

| Job Grade: | |
|---|---|

| Authority Level: | |
|---|---|

| Description of Key Tasks: | |
|---|---|
| 1 | Providing all the personnel for each CT medical center |
| 2 | Operate the CT scanner according to scientific basis |
| 3 | Submitting medical reports signed by the consultants |
| 4 | Profissional responsibility carried out by the consultants |

| Supervisor's Signature | Date | Next level Management Signature | Date |
|---|---|---|---|
| Name | | Name | |
| Employee's Signature | Date | Employee Name (First & Last) | |

# MCMC
# Job Function Guidelines

**Definition:**   Quality - The ability to satisfy, or comply to given requirements

| Function: | **Sales Representative** |
|---|---|

| Summary: | Responsible for visiting physicians |
|---|---|

| Reporting Relationships: | Marketing and Follow up Department Head |
|---|---|

| Job Grade: | B |
|---|---|

| Authority Level: | |
|---|---|

| Description of Key Tasks: | |
|---|---|
| 1 | Maintain close relationship with existing /potentional physicians, identifying their requirement and reflecting our status vs competitors in terms of corresponding services |
| 2 | Market penetration and develop new relationships |
| 3 | Maintain a high level of product knowledge and problem solving techniques through on-job training, team work, attending training sessions and self development |
| 4 | Responsible to provide regular reports to marketing and follow up department head, indicating volumes, profitability and potential projects |

| Supervisor's Signature | Date | Next level Management Signature | Date |
|---|---|---|---|
| Name | | Name | |
| Employee's Signature | Date | Employee Name (First & Last) | |

# MCMC
# Job Function Guidelines

**Definition:**    Quality - The ability to satisfy, or comply to given requirements

| Function: | Follow-up Supervisor |
|---|---|

| Summary: | Responsible for the progress of cases |
|---|---|

| Reporting Relationships: | Marketing and Follow Up Department |
|---|---|

| Job Grade: | B |
|---|---|

| Authority Level: | |
|---|---|

**Description of Key Tasks:**

| 1 | Follow up the operations and the flow of cases |
|---|---|
| 2 | Maintain close relationships with the existing customers |
| 3 | Responsible to provide regular reports for the flow of cases in every single center |

| Supervisor's Signature | Date | Next level Management Signature | Date |
|---|---|---|---|
| Name | | Name | |
| Employee's Signature | Date | Employee Name (First & Last) | |

# MCMC

## Job Function Guidelines

| | |
|---|---|
| **Definition:** | Quality - The ability to satisfy, or comply to given requirements |

| | |
|---|---|
| **Function:** | **Personnel Section Head** |

| |
|---|
| **Summary:** |
| |

| | |
|---|---|
| **Reporting Relationships:** | Financial and Adminstration Department Head |

| | |
|---|---|
| **Job Grade:** | B |

| |
|---|
| **Authority Level:** |

| **Description of Key Tasks:** | |
|---|---|
| 1 | Responsible for all the personnel filing |
| 2 | Responsible for attendance, leaves (annual & Sick) |
| 3 | Responsible for vehicles controlling |
| 4 | Responsible for outgoing and incomming mail and fax |
| 5 | Responsible for incoming calls |
| 6 | Responsible for traveling arrangements and Hotel reservations |

| Supervisor's Signature | Date | Next level Management Signature | Date |
|---|---|---|---|
| Name | | Name | |
| Employee's Signature | Date | Employee Name (First & Last) | |

# MCMC
## Job Function Guidelines

| Definition: | Quality - The ability to satisfy, or comply to given requirements |
|---|---|

| Function: | **Account Section Head** |
|---|---|

| Summary: | Responsible for bookkeeping, banking accounts payments petty cash |
|---|---|

| Reporting Relationships: | Finance and Adminstration Department Head |
|---|---|

| Job Grade: | B |
|---|---|

| Authority Level: | |
|---|---|

### Description of Key Tasks:

| | |
|---|---|
| 1 | Maintain the bookkeeping on up-do-date basis |
| 2 | Posting bank transactions on daily basis |
| 3 | Preparing payment orders for checks and cash |
| 4 | Keep records for costing and income |
| 5 | Banks reconciliation |
| 6 | Arrange trial balance and closing statements |

| Supervisor's Signature | Date | Next level Management Signature | Date |
|---|---|---|---|
| Name | | Name | |
| Employee's Signature | Date | Employee Name (First & Last) | |

# MCMC
## Job Function Guidelines

Definition:    Quality - The ability to satisfy, or comply to given requirements

| Function: | **Purchase & Stores Section Head** |
|---|---|

| Summary: | Responsible for all the purchase of the centers and maintain the inventory |
|---|---|

| Reporting Relationships: | Finanance an d Adminstration Department Head |
|---|---|

| Job Grade: | B |
|---|---|

| Authority Level: | |
|---|---|

**Description of Key Tasks:**

| 1 | Maintain the re-order level |
|---|---|
| 2 | Purchase the medical and consumable materials for the centers |
| 3 | Control the stock on the centers |
| 4 | Stock bookkeeping |

| Supervisor's Signature | Date | Next level Management Signature | Date |
|---|---|---|---|
| Name | | Name | |

| Employee's Signature | Date | Employee Name (First & Last) |
|---|---|---|

# MCMC
## Job Function Guidelines

Definition:    Quality - The ability to satisfy, or comply to given requirements

| Function: | Collection Section Head |
|---|---|

| Summary: | Responsible for money collection |
|---|---|

| Reporting Relationships: | Finance and adminsration Department Head |
|---|---|

| Job Grade: | B |
|---|---|

| Authority Level: | |
|---|---|

**Description of Key Tasks:**

| | |
|---|---|
| 1 | Responsible for auditing the incoming statements with Hospitals |
| 2 | Collecting the checks |
| 3 | Submitting regular reports on the outstanding checks |
| 4 | Supervising the team of collectors |
| 5 | |

| Supervisor's Signature | Date | Next level Management Signature | Date |
|---|---|---|---|
| Name | | Name | |
| Employee's Signature | Date | Employee Name (First & Last) | |