# MEDEQUIP

# FOR TRADING & CONTRACTING

## *Appendices*

*A member of Lakah Group* 

*January 1999*

Appendix

## Index

Appendix 1
  Signature Mandate .............................................2 pages

Appendix 2
  Communication Policy ...........................................1 page

Appendix 3
  Dress Code.....................................................1 page

Appendix 4
  Leave Policy...................................................2 pages

Appendix 5
  Company Assets Policy..........................................1 page

Appendix 6
  Travel Policy..................................................2 pages

Appendix 7
  Per Diem Policy ...............................................2 pages

Appendix 8
  Car Policy.....................................................8 pages

Appendix 9
  Recruitment Policy ............................................1 page

Appendix 10
  Employment Contract............................................3 pages

Appendix 11
  Career Development ............................................3 pages

Appendix 12
  Environmental Impact Awareness.................................1 page

Appendix 13
  Management Profile ............................................4 page

Appendix 14
  Job Function Guidelines .......................................12 pages

# Appendix 1

# Signature Mandate

## SIGNATURE MANDATE

The following decisions have been taken unanimously to empower the authorities and to determine such authorities thereon.

### Decree No.1:  Limit of Authority

I.   Board of Directors
a) Selling, buying or leasing any real estates, machinery, production facilities, automobiles, stocks of other companies conceptual and industrial rights, know-how and other goods.
b) Mortgaging over the company real estates otherwise lifting any restrictions imposed thereon.
c) To enter into credit facilities agreements with banks or any other financial institutions, and sign relevant documents.
d) Execution of general power of attorney.
e) Hiring and dismissal of staff and any document insuring changes in the laborers rights within the company.
f) To open and operate bank accounts.
g) To sign any declarations of tax returns and social security.
h) To execute specific powers of attorney related to the execution of the business.
i) Any other documents not included under the below given articles which charge the company with certain liabilities.

The above mentioned documents will be effective after having obtained the decision of the board of directors of the company in connection with such matter.

II.  Group A
a) To issue any proforma invoice, proposals and agreements to be submitted to the customers and leasing companies for an amount not exceeding 3.500.000 USD.
b) Negotiation and execution of business transactions with customers and leasing companies.
c) Execution of medical equipment sales and service contracts.
d) To operate pre-approved bank credit facilities.
e) To commit to buy back agreements for returns of sold goods where reimbursement exceeds 50% of the selling price of such returned goods.

The above mentioned documents will be effective after having affixed the company stamp and the signatures of two authorized persons included under Board of Directors and/or group (A)

III. Group (A) and (B)
a) To operate bank accounts for transactions up to 1.000.000 USD.

    b) To make buy back agreements for returns of the sold goods, with a cost value less than 50% of such returned goods value.

    c) Any decision for litigation in connection with customers and dealers.

The above mentioned documents will be effective after having affixed the company stamp and the joint signatures of one from group (A) and one from group (B).

IV. Group (B)

    a) To sign service agreements.

    b) To sign any documents and declarations in connection with customs formalities.

    c) To sign any correspondence to be serviced between the company and any public and private organizations.

    d) To sign any bank transfer orders and commercial transactions provided the conferred amount should not exceed 50.000 USD in any matter.

The above mentioned documents will be effective after having affixed the company stamp and the joint signatures of two authorized persons included under group (B).

# Appendix 2

# Communication Policy

## COMMUNICATION POLICY

### 1.    Within the Company

1.1  All inter-office communication will be performed in either English, or Arabic/English.

1.2  Designated employees will, at the discretion of management, have E-mail addresses. This type of communication will be preferred whenever it is possible and feasible.

1.3  Only the standard software installed by the Company will be used by Employees.

1.4  No games or software, not approved by the management, may in any circumstances be loaded by an Employee on to their designated computer or network.

1.5  No copies of any files or programs may be removed from the office without the prior approval of management.

1.6  Any break in this regulation will compel the Company to take a disciplinary action against the Employee.

1.7  Employees must use the designated forms of vacation, expenses....etc. to conduct daily business activities.

### 2.  With the Customers

2.1  Employees must use the approved corresponding letters, fax, E-mail and envelops, in a consistent manner, while communicating with the customers.

2.2  The use of the Company letterhead papers is restricted for business purposes correspondence only.

### 3.  General

Signature of documents must be in accordance with the signature mandate.

# Appendix 3

# Dress Code

## DRESS CODE POLICY

1. Employees represent the Company they work for.

2. Their appearance, professional conduct, actions and the impressions they make both during and after business hours are not only important to their Company's progress, but to the continuing development of both their and the Company's reputation.

3. Although strict standards for Dress Code and Personal Behavior are not stated, it is required that every Employee connected with the Company maintain a certain level of appearance, good taste good judgement and moderation at all times.

4. Wearing jeans is considered unsuitable during working hours.

5. Every Employee should be guided by the customs of the Business Community.

## LEAVE POLICY

### 1. Paid Leaves

1.1 Annual Leaves

1.1.1 The following regulations relating to paid annual leave will be applied for all Employees according to their years of continued service within the Company:

| No. of Years | Annual Leaves | Incidental/year |
|---|---|---|
| 1ST year – 5th year | 15 days | 3 |
| 6th – 10th years | 20 days | 3 |
| More than 10 years | 27 days | 3 |

1.1.2 Annual leaves are calculated on working days basis.

1.1.3 Incidental leaves should neither be consecutive nor carried over to the following year.

1.1.4 Employees are not entitled to any annual leave until having completed at least 6 months employment within the Company.

1.1.5 The timing of the paid leaves will be arranged in a timely manner taking into consideration both the Employee's and Company's needs.

1.1.6 Annual Leaves must be planned and approved 60 days in advance.

1.1.7 Annual leaves can be carried over to the next year leaves. However, if not utilized by next year, will then become null and void with absolutely no recover.

1.1.8 Upon termination, the employee will be eligible for a lump sum payment for the accrued annual leave in accordance with article 1.1.7.

1.2 Sick Leaves

Sick leave of more than three days must be supported by a doctor's certificate or it will be charged to annual leave.

1.3 Others

All other paid leaves should be approved by the direct Supervisor and Next Level Management before stated vacation is to be given, except for public holidays which should be announced, by management, at the beginning of the year.

1.4 Application Form
In all above cases, The Employee should present Application for leave form, signed by his direct Supervisor and next level management, to the Human Resources Dept 5 days prior to his vacation, except in case of incidental and sick leaves which must be reported within two days after return to work.

## 2. Unpaid Leaves

Unpaid leaves should be approved by direct Supervisor/Manager of the employee and it is left to the discretion of MEDEQUIP management to authorize such cases.

# Appendix 5

# Company Assets Policy

## COMPANY ASSETS POLICY

1. In the event of the Company providing assets to designated Employees, such as:

   1.1 Tools and Test Instruments
   1.2 Computers
   1.3 Pagers
   1.4 Cellular Phones

2. The basis for the distribution of these assets will be the necessity of same for the Employee to perform his/her duties which is subject to management discretion.

3. All Employees will be responsible for the proper use and maintenance of the assets assigned to them.

4. In case of proven event of mistreatment, damage or loss of an asset assigned to the Employee, the Company reserves its right to take a disciplinary action against the Employee.

# Appendix 6

# Travel Policy

## TRAVEL POLICY

1. The Company will provide cash advances to the Employees who travel for business purposes in order to cover all Company related travel and living expenses.

2. It is the Employee's responsibility to fill the Expense Report forms, in accordance with Company policies, within 5 days upon returning back from his/her trip. Expense Report forms should be approved by the Department Manager and the Finance Dept.

3. Employees must, within 5 days upon return from a business trip, reimburse cash advances exceeding the actual travel expenses stated in the Expense Report forms. No expenses will be reimbursed without original invoices.

4. All hotel and travel reservations must be done centrally in accordance with Company practice.

5. Employees may apply for an advance for any travel outside their base area and respective application must be approved by their supervisor/manager prior to his/her travel.

6. Employees requested to travel on business trips, either outside their base area for overnight trips, should be accommodated according to the following regulations:

| | Within Cairo | Out. Cairo | Intern. |
|---|---|---|---|
| Grade A & B | 2 stars htl | 2 stars htl | N/A |
| Grade C to E | 3 stars htl | 3 stars htl | 3 stars htl |
| Grade F to G | 4 stars htl | 4 stars htl | 4 stars htl |
| Grade H and above | 5 stars htl | 5 stars htl | 5 stars htl |

N.B.: In the event of a particular hotel rating not being available, the employee may upgrade automatically to the next level.

7. Employees requested to travel on business trips outside base area/Egypt should comply to the following regulations:

| | Bus / Rail | Air |
|---|---|---|
| Grade A & B | 2nd class | N/A |
| Grade C to E | 1st class | Economy class |
| Grade F to G | 1st class | Economy class |
| Grade H and above | 1st class | Economy class |
| Management team | 1st class | Business class |

8. An employee's base area is considered to be an area having a radius of up to 100 km from their respective office.

# Appendix 7

# Per Diem Policy

## PER DIEM POLICY

### 1. The Policy

1.1. It is the intention of this policy to establish rules to regulate daily allowance to the Employee working outside the main or branch offices and travelling on behalf of the Company. These rules are an integral part of their employment by the Company.

1.2. This policy is valid within the sales territory of both Egypt and abroad.

### 2. Eligibility

Daily allowances are paid to the Employee under the following rules, and are calculated as shown in item 3:

2.1. Outside Base Area
The Employee who spends a continuous period of more than 10:00 hrs outside of base area, including travel time, is entitled for half a day reimbursement, while exceeding 10:00 hrs at customer site (in addition to over night stay), including travel time, is entitled for full day reimbursement.

2.2. Weekends
If the Employee (either within or outside their base area) works, with his superiors prior written approval, on weekends or official holidays, his per diem should be doubled.

2.3. International
Per Diem for international business trips is calculated on full day, paid in US Dollars, as a fixed amount including weekends.

2.4. Overtime
Overtime reimbursement is not within the Company policy.

### 3.  Method of Per Diem Calculation

Daily allowances are calculated according to the following table:

|  | Within Base Area (LE) | Out. Base Area HD (LE) | Out. Base Area FD (LE) | International US$ |
|---|---|---|---|---|
| Grade A & B | 10 | 20 | 35 | N/A |
| Grade C to E | 15 | 25 | 40 | 40 |
| Grade F to G | 20 | 30 | 60 | 50 |
| Grade H and above | Actual | Actual | | 60 |

N.B:  1)  The above rates do not include hotel accommodation, transportation fees (refer to Travel Policy), or communication.

2)  During International trips, if lunch or dinner meals are included in hotel accommodation package or paid by the host, 15$ per meal should be deducted from the Per Diem of the Employee.

3)  During local trips, if lunch or dinner meals are included in hotel accommodation package or paid by the host, 15LE per meal should be deducted from the Per Diem of the Employee.

### 4.  Appropriation

All per diem amounts will only be paid upon submitting all related and fully completed documentation including signed job cards and weekly time sheets. No amounts, except under extraordinary circumstances, will be paid if the submittal date exceeds 35 days from date of accrual.

### 5.  Base Areas

An employee's base area is considered to be an area having a radius of up to 100 km from their respective office.

### 6.  Special Cases

The management of the Company will rule special cases, which do not fall within these rules.

# Appendix 5

## Company Assets Policy

**Appendix 5**                                                    **Page 1 of 1**

## COMPANY ASSETS POLICY

1.  In the event of the Company providing assets to designated Employees, such as:

    1.1 Tools and Test Instruments
    1.2 Computers
    1.3 Pagers
    1.4 Cellular Phones

2.  The basis for the distribution of these assets will be the necessity of same for the Employee to perform his/her duties which is subject to management discretion.

3.  All Employees will be responsible for the proper use and maintenance of the assets assigned to them.

4.  In case of proven event of mistreatment, damage or loss of an asset assigned to the Employee, the Company reserves its right to take a disciplinary action against the Employee.

# Appendix 6

# Travel Policy

## TRAVEL POLICY

1. The Company will provide cash advances to the Employees who travel for business purposes in order to cover all Company related travel and living expenses.

2. It is the Employee's responsibility to fill the Expense Report forms, in accordance with Company policies, within 5 days upon returning back from his/her trip. Expense Report forms should be approved by the Department Manager and the Finance Dept.

3. Employees must, within 5 days upon return from a business trip, reimburse cash advances exceeding the actual travel expenses stated in the Expense Report forms. No expenses will be reimbursed without original invoices.

4. All hotel and travel reservations must be done centrally in accordance with Company practice.

5. Employees may apply for an advance for any travel outside their base area and respective application must be approved by their supervisor/manager prior to his/her travel.

6. Employees requested to travel on business trips, either outside their base area for overnight trips, should be accommodated according to the following regulations:

|                   | Within Cairo | Out. Cairo  | Intern.     |
|-------------------|--------------|-------------|-------------|
| Grade A & B       | 2 stars htl  | 2 stars htl | N/A         |
| Grade C to E      | 3 stars htl  | 3 stars htl | 3 stars htl |
| Grade F to G      | 4 stars htl  | 4 stars htl | 4 stars htl |
| Grade H and above | 5 stars htl  | 5 stars htl | 5 stars htl |

N.B.: In the event of a particular hotel rating not being available, the employee may upgrade automatically to the next level.

7. Employees requested to travel on business trips outside base area/Egypt should comply to the following regulations:

|                   | Bus / Rail              | Air            |
|-------------------|-------------------------|----------------|
| Grade A & B       | 2nd class          | N/A            |
| Grade C to E      | 1st class          | Economy class  |
| Grade F to G      | 1st class          | Economy class  |
| Grade H and above | 1st class          | Economy class  |
| Management team   | 1st class          | Business class |

**Appendix 6**                                              **Page 2 of 2**

8. An employee's base area is considered to be an area having a radius of up to 100 km from their respective office.

# Appendix 7

# Per Diem Policy

## PER DIEM POLICY

### 1. The Policy

1.1. It is the intention of this policy to establish rules to regulate daily allowance to the Employee working outside the main or branch offices and travelling on behalf of the Company. These rules are an integral part of their employment by the Company.

1.2. This policy is valid within the sales territory of both Egypt and abroad.

### 2. Eligibility

Daily allowances are paid to the Employee under the following rules, and are calculated as shown in item 3:

2.1. Outside Base Area
The Employee who spends a continuous period of more than 10:00 hrs outside of base area, including travel time, is entitled for half a day reimbursement, while exceeding 10:00 hrs at customer site (in addition to over night stay), including travel time, is entitled for full day reimbursement.

2.2. Weekends
If the Employee (either within or outside their base area) works, with his superiors prior written approval, on weekends or official holidays, his per diem should be doubled.

2.3. International
Per Diem for international business trips is calculated on full day, paid in US Dollars, as a fixed amount including weekends.

2.4. Overtime
Overtime reimbursement is not within the Company policy.

### 3.   Method of Per Diem Calculation

Daily allowances are calculated according to the following table:

|  | Within Base Area | Out. Base Area | | International |
|---|---|---|---|---|
|  |  | HD | FD |  |
|  | (LE) | (LE) | (LE) | US$ |
| Grade A & B | 10 | 20 | 35 | N/A |
| Grade C to E | 15 | 25 | 40 | 40 |
| Grade F to G | 20 | 30 | 60 | 50 |
| Grade H and above | Actual | Actual | | 60 |

N.B:  1)  The above rates do not include hotel accommodation, transportation fees (refer to Travel Policy), or communication.

2)  During International trips, if lunch or dinner meals are included in hotel accommodation package or paid by the host, 15$ per meal should be deducted from the Per Diem of the Employee.

3)  During local trips, if lunch or dinner meals are included in hotel accommodation package or paid by the host, 15LE per meal should be deducted from the Per Diem of the Employee.

### 4.   Appropriation

All per diem amounts will only be paid upon submitting all related and fully completed documentation including signed job cards and weekly time sheets. No amounts, except under extraordinary circumstances, will be paid if the submittal date exceeds 35 days from date of accrual.

### 5.   Base Areas

An employee's base area is considered to be an area having a radius of up to 100 km from their respective office.

### 6.   Special Cases

The management of the Company will rule special cases, which do not fall within these rules.

# Appendix 9

## Recruitment Policy

# Appendix 9

# Recruitment Policy

## RECRUITMENT POLICY

The recruitment and selecting process can be envisioned as a series of procedures that should be carried on by both Dept managers/supervisors and the Human Resources Dept as follows:

### Line Managers/Supervisors:

1) Carrying on employment planning and forecasting to determine the specific duties and responsibilities of the positions required.
2) Explain to HR future staffing needs and sorts of people needed to be hired.
3) Describe "human requirements" of job so that HR can develop selection tests.
4) Interview candidates and make final selection decisions.

### Human Resources Department

1) Process job analysis and Job description based on input from line managers.
2) Develop personnel plans showing promotable employees.
3) Develop source of qualified applicants and engage in recruiting activities aimed at developing a pool of qualified applicants.
4) Conduct initial screening interviews and refer feasible candidates to line managers.