# Appendix 10

# Employment Contract

### EMPLOYMENT CONTRACT

This agreement is established as of ……………………. by and between the two parties namely:

1.    MEDEQUIP    Egypt    having    its    principle    place    of    business    at 68, Merghani St., Heliopolis, Cairo – A.R.E.
      (Hereinafter referred to as the "Company")

      Represented by Mr. ………………………………………………………………………………

2.  Mr.\Mrs. ………………………………………………………………………………………………

     I.D.  No.:  ……………..  Issued  from:  …………………on  …………………….…..

     Address:…………………………………………………………………………………………

     (Hereinafter referred to as the "Employee")

In consideration of the mutual consensus hereinafter set forth, the two parties hereto agree as follows:

1.  By  signing  this  contract,  The  "Employee"  occupies  the  position  of ……………………………………………….Starting………………………………………….
    A job guideline outlining the general duties of the "Employee" under Annex A is attached and is considered part of this contract.

2.  As a full compensation for his/her services, the "Company" agrees to pay the "Employee" a salary equal to ……………….LE per month, payable on the last day of every month.

3.  The first three months from the date of signing this contract are considered as a probationary period, during which both parties become entitled to end this contract without prior notice or compensation of any kind.

4.  The "Employee" accepts to change location within Arab Republic of Egypt whenever required by the "Company" by mutual consent.

5.  The "Employee" agrees to dedicate all his/her time during working hours to accomplish the job assigned to him/her, and expresses his/her willingness to conform to the instructions of relevant supervisor/manager or company management, and always maintain a good level of conduct and behavior as well as good reputation.

6.  In order to conduct his/her duties, the "Employee" will have access to the equipment/supplies, cash, vehicle…etc. as required to do his/her job.  Therefore, The "Employee" declares his/her responsibility for all possible damage or loss that

might occur to the said tools or to others as a result of his/her mistreat/reckless, and the "Company" reserves its right to claim for the loss occurred, after informing him/her in written of the incident.

7. The "Employee" is entitled to annual leave as per the annual leave policy in the Manual of Policies provided to him/her, as well as all local holidays as announced by the "Company".

8. The office working hours are 09:00-17:00 Sunday through Thursday, holidays excepted. The Company's office is closed on Friday and Saturday. However, if the workload requires extension of the above working hours, or during holidays, the "Employee" may be compensated based on management approval and according to the Company's guidelines.

9. The "Employee" is entitled to consideration for the annual salary increase, after a period of one year service in the "Company", based on the salary scale of the "Company" conditional on satisfactory job performance.

10. Promotions are given on the basis of change and/or expansion of job duties or extraordinary job performance. Promotions are not routine each year and the "Employee" can not receive both a salary level increase and a promotion in the same twelve-month period.

11. The "Employee" should not, under any reason, during the duration of this contract, accept any cash, gifts or loans, either directly or indirectly, from suppliers, sub-contractors, customers, or any other authority dealing with the "Company".

12. During the duration of the contract, the "Employee" should not engage, without written management approval, in a private business for themselves or for another company or organization whether paid or unpaid, nor should the "Employee" participate either directly or indirectly in any outside employment which is competing with the "Company".

13. The "Employee" should not, under any circumstances, reveal job classified information whether it concerns the "Company" itself or its customers.

14. In case the "Employee" fail to abide to any one, or more, of the rules contained in this agreement and the Manual of Policies Version 1 dated Dec 98, the "Company" reserves its right to terminate this contract with immediate affect.

15. This contract will be extended indefinitely provided that both parties are in agreement. The contract can be terminated by either the "Company" or the "Employee" by giving a one-month written notice to the other party.

16. Any dispute arising from this agreement shall be settled in the courts of Cairo and the award shall be final and binding upon the two parties.


The "Company"                                            The "Employee"
MEDEQUIP
_____                    _____


By .....................................          By ...............................

# Appendix 11

# Career Development

Case 1:07-cv-02799-MGC    Document 18-6    Filed 07/09/2007    Page 6 of 29

## CAREER DEVELOPMENT

### 1. Preface

1.1 Personnel activities like Career Planning, training and performance appraising serve a major role of ensuring that the long-run interests of the employees are protected by the organization, and that the employee is encouraged to grow and realize his or her full potential.

1.2 More often, all the staffing activities can be used to satisfy the needs of both the organization and the individual in such a way that they both gain: the organization from improved from improved performance from a more committed work force and the employee from a richer, more challenging career.

### 2. Career Planning & Development

2.1 Career planning is the process through which a person becomes aware of personal career-related attributes and the lifelong series of stages that contribute to his or her career fulfillment.

2.2 The employee, the manager, and the organization all have roles in the career development. Ultimately, it is the individual who must accept responsibility for his or her own career; assess interests, skills, and values; seek out career information and resources; and generally take those steps that must be taken to ensure a fulfilling career.

2.3 On the other hand, the manager should act as a coach, appraiser, advisor, and referral agent to his subordinates.

### 3. Performance Appraisal

3.1 The organization can use it periodic Performance appraisal not only to provide information upon which promotion and salary decisions can be made, but for identifying the training and development needs of employees and ensuring that these needs are met.

3.2 A performance appraisal contains three steps: define the job, making sure that both managers and employees agree on his or her duties, appraise performance comparing employee's performance to the agreed upon standards, and provide feedback where the subordinate's performance and progress are discussed by his manager.

3.3 MEDEQUIP has developed a performance appraisal form for the employees to be rated on annual basis which is based on "Management by Objectives" method and "employee and management practices and Competencies", as shown in the attached form.

3.4 The "Management by Objectives" (MBO) method requires the managers to set specific measurable, clear and attainable goals with each employee and then periodically discuss his or her progress toward these goals.

3.5 "Competencies", on the other hand, are defined as a specific ability, skill or characteristic that has been shown to achieve objectives. Competencies look at how employees achieved results and provide useful insights into what specific behaviors employees can develop to enhance their performance.

## 4. Training

4.1 Training employees is an important method in providing employees with the information and skills they need to successfully perform their jobs.

4.2 The training process can be summarized in four main steps; needs analysis; instructional design, implementation phases and evaluation and follow-up.

4.3 The most popular training techniques are: orientation program for new employees with the aim of reducing reality shock and building employee commitment to the company, On-the-Job (OJT) training by having a person learn a job by actually performing it, job instructional training (JIT) , or technical training, by teaching a trainee how to operate a machine/equipment, and employee and management practices and competencies training.

Employee Confidential

## ANNUAL PERFORMANCE AND DEVELOPMENT SUMMARY

EMPLOYEE ID NUMBER    EMPLOYEE NAME                    APPRAISAL DATE

JOB NUMBER              POSITION TITLE                  DATE APPOINTED TO PRESENT POSITION

DIVISION/DEPARTMENT/LOCATION                           INCUMBENT SALARY GROUP

### I. OVERALL PERFORMANCE RATING (Where do you stand?)

Consider accomplishments and contribution to final department/division results. Factor in how technical/functional skills, professional competencies and/or management practices were applied to achieve these results.

| | | | |
|---|---|---|---|
| Among the best (AB) | _____ | Needs Improvement (NI) | _____ |
| Highly effective (HE) | _____ | Unacceptable (UN) | _____ |
| Fully Productive (FP) | _____ | Too soon to Tell (?) | _____ |

### II. RESULTS (What did you accomplish)

Consider the objectives established and discussed throughout the previous year. Wherever possible, relate results and accomplishments to department and division initiatives, objectives and/or financial targets. Supervisors and managers should be assessed primarily on team results (add additional objectives if necessary).

Record results against the standard of performance established when objectives were set.

**1. OBJECTIVE:** _____

RESULT: _____

**2. OBJECTIVE:** _____

RESULT: _____

**3. OBJECTIVE:** _____

RESULT: _____

**4. OBJECTIVE:** _____

RESULT: _____

### III. DEVELOPMENTAL PROGRESS

NAME: _____     APPRAISAL DATE: _____

**IV. COMPETENCIES AND MANAGEMENT PRACTICES (How did you achieve results?)**
Evaluate the extent to which this individual demonstrated competencies and/or management practices in achieving results.
Use the following rating scale:

1- Outstanding                          *- Not applicable in this position
2- Demonstrated                         ?- Insufficient evidence to determine a rating
3- Needs attention

**A- COMPETENCIES**                     **B- MANAGEMENT PRACTICES**
                                         NOTE: No. of employees supervised _____

TECHNICAL KNOWLEDGE _____              COACHING _____
EFFECTIVE COMMUNICATIONS _____         EFFECTIVE COMMUNICATIONS _____
TEAM-WORK _____                        ENCOURAGING TEAM-WORK _____
SETTING HIGH STANDARDS _____           ESTABLISHING HIGH STANDARDS
CONCERN FOR ACCURACY _____             AND GETTING RESULTS _____
TAKING INITIATIVE _____                EFFECTIVE DELEGATION _____
CONCERN FOR EFFECTIVENESS _____        REWARDING PERFORMANCE _____
FLEXIBILITY _____                      DEVEOPING AND RELEASING EMPLOYEES _____
INNOVATION _____                       BUILDING CONSENSUS _____
EFFECTIVE CUSTOMER SERVICE _____       SUPPORTING REASONABLE RISK-TAKING _____
                                         FORWARD THINKING
                                         IMPROVING THE ORANIZATION _____
                                         MANAGING DIVERSITY _____
                                         CUSTOMER FOCUS _____

**C - DEVELOPMENT PROGRESS (Review progress over the last year)/COMMENTS (If applicable)**
_____
_____
_____

**V- DEVELOPMENT ON THE JOB (What do you need to work on?)**
Look ahead to the objectives likely to be set for the next performance cycle and:

A- List those competencies or management practices that, if further developed, would improve results:
_____
_____

B- Describe how these improvements will be achieved.
_____
_____

**VI. DEVELOPMENT FORECAST**
Discuss with the employee the likelihood of changing job responsibilities during the next one to two years. Your discussion
should include an assessment of strengths and development needs as determined above, the opportunities available in the
organization, the employee's short-term and long-term career interests, any location preferences or restrictions, and time
in the current position. Taking all this into account, make your initiatives, judgement as to whether this employee is .......

_____ Likely to remain in the current position during the next 1-2 years.
_____ Likely to have expanded duties in the current position during the next 1-2 years.
_____ Likely to change position, function, unit and/or location during the next 1-2 years.

What new skills, job experiences or training (if any) would help improve this employee's competitiveness for
future assignments?
_____
_____

Note: In many cases, it will be necessary to review this section again after the Career Development cycle ends.

SUPERVISOR'S SIGNATURE    DATE          NEXT LEVEL MANAGEMENT APPROV  DATE

NAME (FIRST & LAST NAME)                NAME (FIRST & LAST NAME)

I discussed this document with the employee and provided a copy to the employee on

                                         Date          Supervisor's Signature

# Appendix 12

# Environmental Impact Awareness

## ENVIRONMENTAL AWARNESS

1. Everyone who works at MEDEQUIP is responsible for protecting the environment and health and safety of employees, customers and community.

2. Our commitment to environmental, health and safety (EHS) performance is an integral part of our business, and achieving cost effective EHS solutions is essential to our long-term success.

3. At MEDEQUIP we are committed to:

   3.1 Eliminate accidents and environmental incidents.

   3.2 Using energy and other natural resources efficiently.

   3.3 Being prepared to respond to emergencies.

   3.4 Evaluating our products and educating our employees and customers on their safe and environmentally responsible use.

   3.5 Helping our employees, customers and service providers understand how their actions influence EHS performance.

These commitments are in addition to our basic obligation to comply with all environmental health and safety laws and regulations.

**Appendix 13**

**Management Profiles**

## MANAGEMENT PROFILE

**Name**                    :  Samy Toutoungui

**Date of Birth**           :  02-05-1959

**Title**                   :  President

**Date of Employment**      :  02-06-1981

**Educational Background :**  B.Sc. Biochemistry 1981.

**Years of Experience**     :  From 06-1981 to      10-87  Sales Representative.

                               11-1987 to    04-92  Sales Manager.

                               05-1992 to    03-96  Divisional Manager.

                               04-1996 to    11-98  General Manager.

                               12-1998 to           President.


**Name**                    :  Rafik Shehata

**Date of Birth**           :  23-06-1963

**Title**                   :  Vice President

**Date of Employment**      :  02-06-1991

**Educational Background :**  B.CH.Dentist        1986

**Years of Experience**     :  From 09-1986 to     06-91  Resident Dentist.

                               07-1991  to   04-94  Sales Manager.

                               05-1994 to    11-98  General Manager.

                               12-1998 to           Vice President.

| | | | |
|---|---|---|---|
| **Name** | : | Amgad Zarif | |
| **Date of Birth** | : | 13-01-1959 | |
| **Title** | : | General Manager | |
| **Date of Employment** | : | 24-07-1995 | |
| **Educational Background :** | | MD. BCH 1981 | |
| | | Diploma of Gynaecology & obstetrics | |
| **Years of Experience** | : | From 09-1981 to | 01-87 Resident doctor. |
| | | 07-1987 to | 04-91 Sales Representative. |
| | | 05-1991 to | 11-95 Sales Manager. |
| | | 12-1995 to | General Manager. |

| | | | |
|---|---|---|---|
| **Name** | : | Hala El Fouly | |
| **Date of Birth** | : | 30-11-1961 | |
| **Title** | : | General Manager | |
| **Date of Employment** | : | 16-06-1994 | |
| **Educational Background :** | | B. SC. Architectural Engineering 1983 | |
| **Years of Experience** | : | From 09-1983 to | 04-95 Hospital Consultant. |
| | | 07-1995 to | General Manager. |

| Name | : | Waguih Younan | | |
|---|---|---|---|---|
| Date of Birth | : | 15-05-1961 | | |
| Title | : | General Manager | | |
| Date of Employment | : | 06-04-1997 | | |
| Educational Background | : | B. SC. Electrical Engineering  1986. | | |
| Years of Experience | : | From 04-1987 to | 12-95 | Service Engineer. |
| | | 01-1995  to | 11-98 | Service Manager. |
| | | 12-1998  to | | General Manager. |

| Name | : | Sherif Shaarawy | | |
|---|---|---|---|---|
| Date of Birth | : | 10-09-1966 | | |
| Title | : | General Manager | | |
| Date of Employment | : | 01-03-1993 | | |
| Educational Background | : | B. SC. Commerce - Accounting | | |
| Years of Experience | : | From 04-1993 to | 12-95 | Sales representative. |
| | | 01-1996  to | 11-98 | Site manager. |
| | | 12-1998  to | | General Manager. |

| | | |
|---|---|---|
| **Name** | : | Georges Shawky |
| **Date of Birth** | : | 18-09-1962 |
| **Title** | : | General Manager |
| **Date of Employment** | : | 01-06-1986 |
| **Educational Background** | : | B. SC. Biomedical Engineering |
| **Years of Experience** | : | From 06-1986 to    12-91  Service engineer. |
| | | 01-1992 to    11-98  Service Manager. |
| | | 12-1998 to    General Manager. |


| | | |
|---|---|---|
| **Name** | : | Yehia Sabry |
| **Date of Birth** | : | 08-02-1950 |
| **Title** | : | General Manager |
| **Date of Employment** | : | 02-03-1998 |
| **Educational Background** | : | B. SC. Commerce - Accounting. |
| **Years of Experience** | : | From 04-1998 to    General Manager. |


| | | |
|---|---|---|
| **Name** | : | Ramy Aziz |
| **Date of Birth** | : | 10-07-1967 |
| **Title** | : | General Manager |
| **Date of Employment** | : | 01-05-1990 |
| **Educational Background** | : | B. SC. Mechanical Engineering |
| **Years of Experience** | : | From 04-1990 to    03-95  Accountant. |
| | | 04-1995 to    11-98  Chief Accountant. |
| | | 12-1998 to    General Manager. |

# Appendix 14

# Job Function Guidelines

| Definition: | Quality - The ability to satisfy, or comply to given requirements |
|---|---|

| Function: | Sales Manager |
|---|---|

| Summary: | Responsible to manage the development of all sales activities including, personnel and products, within his scope of responsibility, as well as planning, budgeting and penetrating profitable business to ensure optimum returns to the company, increase market shares vs competition and achieve customer satisfaction. Assume the responsibilities of General Manager whenever required. |
|---|---|

| Reporting Relationships: | Reports to General Manager |
|---|---|

| Job Grade: | G - H |
|---|---|

| Authority Level: | 3 |
|---|---|

**Description of Key Tasks:**

| 1 | Responsible to build and execute business plans for customers in a view to promote and develop sales strategies in line with company plans to ensure optimum returns. |
|---|---|
| 2 | Maintain professional relationship with key customers, identifying product and services work methods and develop spirit of cooperation and understanding among work prices, technical and after sales services. |
| 3 | Promote and develop Sales strategies of product line to maintain Medequip competitive edge and optimum supply programs and maintain updated information and analysis of key market segments covering market demands. |
| 4 | Build-up a comprehensive market study reflecting existing\potential customers, market trends and demands regarding new products, new spare and price schemes. |
| 5 | Provides the required leadership and support to junior sales executives through developed managerial skills and the ability to make prompt sound decisions and creative business plans. Follows-up the overall team activities to ensure meeting the targeted quality. |
| 6 | Finalize deals and projects, through excellent negotiation and interpersonal skills, and negotiate pricing, terms of payment, delivery and warranty vs competition to achieve maximum profit. |
| 7 | Maintain a good understanding of business environment, high level of product knowledge and problem solving techniques through attending training and self development to enrich his qualifications and be prepared for expanded positions. |
| 8 | Liaises closely with product group, F & A and services depts to maintain a healthy work environment and identify deviations and unresolved problems and taking corrective actions whenever necessary. |
| 9 | Initiate work improvements and plan manpower and long-term training needs of sales force through on-job training programs, expanded assignments in other functions and effective delegation. |
| 10 | Plan budget requirements, together with Medequip management, of the sales dept and monitor expenses and costs in line with targeted strategies and profitability. Approve and control expenditure of the sales dept personnel. |
| 11 | Responsible to provide regular reports to General Manager reflecting volumes, profitability, expenses, customer credit situation as well as potential projects. |
| 12 | In view of the above responsibilities of the Sales Manager, it is anticipated that over 70% of his available time will be in a front line position at customer sites. Travelling is required. |

| Supervisor's Signature | Date | Next level Management Signature | Date |
|---|---|---|---|
| Name | | Name | |
| Employee's Signature | Date | Employee Name (First & Last) | |

| Definition: | Quality - The ability to satisfy, or comply to given requirements |
|---|---|

| Function: | **Sales Executive** |
|---|---|

| Summary: | Responsible for promotion, marketing and selling of all products assigned to him, within his geographical zone, in a way to increase market share vs competition. Conduct direct sales activities and relationship with customers, monitor and follow-up product information and review competitive information to ensure optimum sales volumes and profitability. |
|---|---|

| Reporting Relationships: | Reports to Sales Manager |
|---|---|

| Job Grade: | E - F |
|---|---|

| Authority Level: | 5 |
|---|---|

| Description of Key Tasks: | |
|---|---|
| 1 | Maintain close relationship with existing\potential customers, identifying product and services requirements and reflecting our status vs competition in terms of corresponding products, prices, technical and after sales services. |
| 2 | Liaises closely with product group to conduct visits to customers to resolve queries work methods and develop spirit of cooperation and understanding among work keep enough brochures and data sheets for customers. |
| 3 | Configure, review and analysis quotations before submission to customer and establish excellent business relationship with decision makers and key persons using high communication skills. Maintain an assessable and updated price list. |
| 4 | Negotiate deals and projects through excellent selling and negotiating skills and settle pricing, terms of payment, delivery and warranty vs competition in a way to achieve maximum profit. |
| 5 | Maintain a high level of product knowledge and problem solving techniques through on-job training, team work, attending training sessions and self development. |
| 6 | Follow-up with the operation to ensure that the equipment is delivered on time and according to the approved standards, and co-ordinate with project group for proper installation and preliminary site preparation. |
| 7 | Communiate with Finance dept to expedite settlement of cheques and conduct leasing deals. Monitor and analyse customer credit situation and overdues. |
| 8 | Control expenses and costs as per company procedures and requirements and administrate activities in relation to expenses guided by the expense budget plan |
| 9 | Responsible to provide regular reports to Sales Manager indicating volumes, profitability and potential projects. |
| 10 | In view of the above responsibilities of the Sales Representative, it is anticipated that over 90% of his available time will be in a front line position at customer sites. Travelling is required. |

| Supervisor's Signature | Date | Next level Management Signature | Date |
|---|---|---|---|
| Name | | Name | |
| Employee's Signature | Date | Employee Name (First & Last) | |

| Definition: | Quality - The ability to satisfy, or comply to given requirements |
|---|---|

| Function: | Application Specialist |
|---|---|

| Summary: | Authorized and responsible to relay medical information on the designated products within their scope of responsibility to customers. Responsible to keep informed on all developments, availability and trends of their products and those of competitors. Provides full support to sales force and technical services Depts where required. |
|---|---|

| Reporting Relationships: | Reports to Sales Manager |
|---|---|

| Job Grade: | F - G |
|---|---|

| Authority Level: | 4 |
|---|---|

**Description of Key Tasks:**

| | |
|---|---|
| 1 | Responsible to relay medical information to existing customers, identifying clinical application, image quality, setting parameters and programming for designated products, using high communication and interpersonal skills. |
| 2 | Responsible to provide recommendations for better performance of products through work methods and develop spirit of cooperation and understanding among work process to existing upgraded products |
| 3 | Conduct a comprehensive market study on the products in their scope of influence reflecting exciting customers, competitive overview, market trends and demands regarding new products and new methods of application. |
| 4 | Provide full support to the sales force and service dept through conducting training sessions, resolving queries, and providing validation and verification expertise in products application to satisfy customer requirements. |
| 6 | Responsible to maintain updated brochures, catalogues and manuals and to provide guidance and clarification to customers and sales force on the same. |
| 7 | Maintain a high level of product knowledge and sound medical background through on-job training basic operations on products and its options, team work, attending training sessions and self-development. |
| 9 | Study the revenue, benefits and cost generated by each application service and administer activities in relation to cost guided by the expense budget plan of relevant dept. |
| 10 | Responsible to provide regular reports to Sales Manager, as well as other depts, aiming to exchange information, as required, upon completion of each project application and training sessions. |
| 11 | In view of the above responsibilities of the Application Specialist, it is anticipated that over 50% of his available time will be in a front line position at customer sites. Travelling is required. |

| Supervisor's Signature | Date | Next level Management Signature | Date |
|---|---|---|---|
| Name | | Name | |
| Employee's Signature | Date | Employee Name (First & Last) | |

**Definition:**    Quality - The ability to satisfy, or comply to given requirements

| Function: | **Product Specialist** |
|---|---|

| Summary: | Authorized and responsible to relay technical information on the products within their scope of influence to customers.<br>Responsible to keep informed on all developments, availability and trends of their products and those of competitors.<br>Provides full support to sales force and technical services Depts where required. |
|---|---|

| Reporting<br>Relationships: | Reports to Sales Manager |
|---|---|

| Job Grade: | F - G |
|---|---|

| Authority Level: | 4 |
|---|---|

**Description of Key Tasks:**

| | |
|---|---|
| 1 | Maintain close relationship with existing/potential customers, relaying technical information, identifying the use and purpose of the products and reflecting our status vs competition concerning products, prices, technical and after sales services. |
| 2 | Furnishing workshops, presentations and exhibitions on the products within their scope work methods and develop spirit of cooperation and understanding among work sonal skills. |
| 3 | Conduct a comprehensive market study on the products in their scope of supply reflecting exciting/potential customers, competitive overview, market trends and demands regarding new products, new specs and prices schemes. |
| 4 | Provide full support to the sales force and service dept through conducting training sessions to provide validation and verification expertise in defining and providing products that will satisfy customer requirements. |
| 5 | Configure, review and analysis quotations before submission to customer and establish excellent business relationship with decision makers and key persons.<br>Maintain an assessable and updated price list. |
| 6 | Responsible to maintain updated brochures, catalogues and handouts for the use of customers and sales force. |
| 7 | Maintain a high level of product knowledge and a good medical knowledge of the medical procedures with the function of their product through on-job training, team work, attending training sessions and self-development. |
| 8 | Coordinate between service and sales depts through the stages of installation and till handing over of the project according to the approved quality standards. |
| 9 | Study the revenue, benefits and cost generated by each service and administer activities in relation to cost guided by the expense budget plan of relevant dept. |
| 10 | Responsible to provide regular reports to Sales Manager as well as other depts, where required, upon completion of each project, presentation and training sessions. |
| 11 | In view of the above responsibilities of the Product Specialist, it is anticipated that over 50% of his available time will be in a front line position at customer sites.<br>Travelling is required. |

| Supervisor's<br>Signature | Date | Next level Management Signature | Date |
|---|---|---|---|
| Name | | Name | |

| Employee's Signature | Date | Employee Name (First & Last) |
|---|---|---|

| Definition: | Quality - The ability to satisfy, or comply to given requirements |
|---|---|

| Function: | **Order Processing officer** |
|---|---|

| Summary: | Responsible for managing the operation of all the activities in the dept as well as staff management to ensure smooth operation of orders execution with the best interests of the company, its employees and its customers. |
|---|---|

| Reporting Relationships: | Reports to Sales Manager |
|---|---|

| Job Grade: | G - H |
|---|---|

| Authority Level: | 3 |
|---|---|

**Description of Key Tasks:**

| | |
|---|---|
| 1. | Develop overall dept plans and strategies and setting objectives of the dept as well as staff members using thorough knowledge of company's work cycle and strong planning skills. |
| 2 | Establish personal contacts with customers and regularly monitor and review the handling work methods and develop spirit of cooperation and understanding among work time using high communication and interpersonal skills. |
| 3 | Oversee the preparation of all departmental statistics and reports, including tender requisitions, stock movement, market researches...etc. |
| 4 | Build-up a comprehensive market study reflecting customers, market trends and demands and competitive information to be able to forecast and predict the impact of such study on future orders through high analytical skills. |
| 5 | Provides the required leadership and support to dept employees through developed managerial skills and the ability to make prompt sound decisions and price negotiations. Follows-up the overall team activities to ensure meeting the targeted quality. |
| 6 | Maintain a good understanding of business environment, high level of product knowledge and problem solving techniques through attending training and self development to enrich his qualifications and be prepared for expanded positions. |
| 7 | Liaises closely with Product group, F & A and Services depts to coordinate work-flow and identify deviations and unresolved problems and taking corrective actions whenever necessary.  Check status of dept activities daily through staff meetings. |
| 8 | Initiate work improvements and plan manpower and long-term training needs of sales force through on-job training programs, expanded assignments in other functions and effective delegation. |
| 9 | Plan budget requirements, together with TMSE management, of the logistics dept and monitor expenses and costs in line with targeted strategies and profitability. Approve and control expenditure of the sales dept personnel. |
| 10 | Responsible to provide regular reports to Sales Manager on department activities. |

| Supervisor's Signature | Date | Next level Management Signature | Date |
|---|---|---|---|
| Name | | Name | |

| Employee's Signature | Date | Employee Name (First & Last) |
|---|---|---|

**Definition:**      Quality - The ability to satisfy, or comply to given requirements

| Function: | Collector |
|---|---|

| Summary: | Process all activities associated with financial aspects of credit and collection. Verify, process and resolve customer financial claims (written and by phone). |
|---|---|

| Reporting Relationships: | Reports to Sales Manager |
|---|---|

| Job Grade: | C - D |
|---|---|

| Authority Level: | N/A |
|---|---|

**Description of Key Tasks:**

| | |
|---|---|
| 1 | Check status of accounts daily and initiate collection action by contacting each account according to due date.  Works closely with sales force and report to management for accounts requiring personal contact. |
| 2 | Write correspondence on accounts that need special handling or legal procedures. work methods and develop spirit of cooperation and understanding among work |
| 3 | Maintain orderly and confidential records supporting the receipt and delivery of customer collection data, including:  preparing and distributing due bills and checks, receipt/ verification of customer claims, receipt and booking of incoming checks. |
| 4 | Provide reports on accounts to be written-off for bad debt. |
| 5 | Begin appropriate follow-up action in tracking and collecting past-due accounts, with the ability to deal effectively with irate customers. |
| 6 | Prepare paperwork for civil court on accounts past due dates or send paperwork to attorney for any balances not filed in civil court, having a working knowledge of government regulations and laws relating to collection activities. |
| 7 | Generate periodical reports to management and concerned depts outlining status of all overdue customers assigned as well as reports on expenses involved in the collection process. |

| Supervisor's Signature | Date | Next level Management Signature | Date |
|---|---|---|---|
| Name | | Name | |
| Employee's Signature | Date | Employee Name (First & Last) | |

| Definition: | Quality – The ability to satisfy, or comply to given requirements |
|---|---|

| Function: | **Total Quality Specialist** |
|---|---|

| Summary: | Responsible to direct and control a wide variety of operational assignments involving training, demonstrating, and/or advising users in productive work methods and effective communication with data processing. Assists in formulating new procedures and implementing them in correlation with dept managers to achieve quality management systems development. |
|---|---|

| Reporting Relationships: | General Manager |
|---|---|

| Job Grade: | E - F |
|---|---|

| Authority Level | 4 |
|---|---|

**Description of Key Tasks:**

| 1 | Assists in quality management system development by formulating new procedures and implementing them. Persuade and convince management and work force to adopt new procedures by explaining the need for them in relation to quality assurance. |
|---|---|
| 2 | Direct training involving teaching, demonstrating, and/or advising users in effective work methods and develop spirit of cooperation and understanding among work group members in a way to meet acceptable quality standards and specifications. |
| 3 | Performs a wide range of activities related to installation and support of software, trouble-shoot software problems, file server related activities, and providing guidance to users on the best method for sending different types of data. |
| 4 | Reads and analyzes wide variety of instructional and training information to apply latest concepts and ideas to changing organizational requirements through high level of technical knowledge, innovation and problem solving skills. |
| 5 | Ensures that work group members receive specialized training as necessary in the proper functioning or execution of software systems, procedures, processess and/or work methods. |
| 6 | Develop budget forecasts for all data processing activities in conjunction with overall department and corporate budgets. Create programs and budgets for new projects. |
| 7 | Plan and identify, in coordination with management, specialists and vendors, for the purchase of new software applications ranging from the very simple to the high complex and technological in nature. |
| 8 | Assists in developing and/or updating manuals, procedures, specifications....etc. relative to organizational requirements and needs. |
| 9 | Control expenses and costs as per company procedures and requirements and administrate activities in relation to expenses guided by the expense budget plan of relevant dept. |
| 10 | Responsible to inform management of operational activities through weekly, monthly and/or quarterly schedules where required. |

| Supervisor's Signature | Date | Next level Management Signature | Date |
|---|---|---|---|
| Name | | Name | |
| Employee's Signature | Date | Employee Name (First & Last) | |

| Definition: | Quality - The ability to satisfy, or comply to given requirements |
|---|---|

| Function: | Service Manager |
|---|---|

| Summary: | Responsible for all technical matters in Medequip. Required to manage the development of all technical related activities including personnel, equipment, tools, products and spare parts. Conduct development of service plans, control expenses and penetrate profitable business to ensure optimum results to the company as well as customer satisfaction. |
|---|---|

| Reporting Relationships: | Reports to Medequip General Manager |
|---|---|

| Job Grade: | H - 1 |
|---|---|

| Authority Level: | 3 |
|---|---|

**Description of Key Tasks:**

| | |
|---|---|
| 1 | Manage the development of the technical activities in relation to the supply, installation, maintenance and service of equipment, including projecting requirements, in line with operational standards and to ensure implementation of all safety modifications. |
| 2 | Maintain close liaison with suppliers and factories with regard to technical requirements, objectives, development and design. |
| 3 | Establish and implement together with Medequip management long term strategies to improve market shares, profitability and after sales services through strong planning and analytical skills. |
| 4 | Manage and control budgeting, usage and ordering of spare parts, tools and test equipment and control the process of returnable parts. |
| 5 | Promote the development of maintenance contracts with potential customers and conduct relative reviews as well as evaluations with a view to ensure optimum returns. |
| 6 | Maintain professional relationship with existing and potential customers and organize visits to significant customers whenever possible through strong communication and interpersonal skills. |
| 7 | Plan budget requirements, together with Medequip management of the total technical dept and monitor expenses and costs in line with targeted strategies and profitability. Approve and control expenditure of the technical dept personnel. |
| 8 | Maintain a high level of product knowlede and problem solving techniques through training and self development to enrich his qualifications and be prepared for expanded positions. |
| 9 | Manage analysis and results of the technical dept activities and financial reports in terms of services, market shares, profits, credit performance and new business opportunities, and  report as required to Medequip management on all technical aspects. |
| 10 | Maintain a healthy work environment through organizing regular meetings between technical team and sales force and product group to identify deviations, unresolved problems and taking corrective actions accordingly through strong managerial skills. |
| 11 | Manage the customer service center and ensure the smooth follow-up of service calls and handling of customer complaints promptly and efficiently in a view to achieve total customer satisfaction. |
| 12 | Initiate work improvements and plan manpower and long-term training needs of technical personnel through the regular in-house training programs, special field training, expanded assignments in other functions and effective delegation. |
| 13 | In view of the above responsibilities of the General Service Manager, it is anticipated that over 20% of his available time will be in a front line position at customers sites. Travelling is required. |

| Supervisor's Signature | Date | Next level Management Signature | Date |
|---|---|---|---|
| Name | | Name | |
| Employee's Signature | Date | Employee Name (First & Last) | |

| | |
|---|---|
| **Definition:** | Quality - The ability to satisfy, or comply to given requirements |

| | |
|---|---|
| **Function:** | **Service Supervisor** |

| | |
|---|---|
| **Summary:** | Responsible to supervise and monitor installation, maintenance and service of medical engineering equipment within the scope of supply of the company. To co-ordinate plans, budgets and administer manpower within his scope of responsibility. |

| | |
|---|---|
| **Reporting Relationships:** | Reports to Service Manager |

| | |
|---|---|
| **Job Grade:** | E - F |

| | |
|---|---|
| **Authority Level:** | 5 |

**Description of Key Tasks:**

| | |
|---|---|
| 1 | Supervise, monitor and conduct, where necessary, installation procedures and plan regular maintenance schedule visits to customers in co-ordination with CSC. Ensure, monitor and report implementation of all safety modifications. |
| 2 | Allocate, control and support manpower, in co-ordination with CSC, within the required priorities for the execution of all relevant responsibilities of his function. Conduct, where necessary, maintenance and service calls to customers sites. |
| 3 | Plan and implement together with Division Manager time calculations for installation and service activities. |
| 4 | Supervise and control the budgeting, usage and ordering of spare parts, tools and test equipment whenever required. |
| 5 | Responsible to monitor and expedite the processing of returnable parts. |
| 6 | Maintain professional relationship with customers through dissemination of technical information, and organizing visits to customers and handling of customer complaints, co-ordinating with CSC through good interpersonal skills. |
| 7 | Responsible to establish budget requirements together with Service Manager of relevant function and to monitor and supervise expenses and costs on line with company procedures and policies through strong analytical skills. |
| 8 | Maintain a high level of product knowlede and problem solving techniques through training, self development and expanded assignments in other functions. |
| 9 | Responsible to supervise and monitor technical Engineers work performance reports through good managerial skills, and to provide monthly/weekly reports to Division Managers on various activities. |
| 10 | Responsible to provide technical support to the sales force whenever required. |
| 11 | Initiate work improvements and plan manpower and training needs in conjunction with the Service Manager. |
| 12 | In view of the above responsibilities of the Technical Supervisor, it is anticipated that over 60% of his available time will be in a front line position at customers sites. Travelling is required. |

| | | | |
|---|---|---|---|
| Supervisor's Signature | Date | Next level Management Signature | Date |
| Name | | Name | |
| Employee's Signature | Date | Employee Name (First & Last) | |

| Definition: | Quality - The ability to satisfy, or comply to given requirements |
|---|---|

| Function: | Service Engineer |
|---|---|

| Summary: | Responsible to conduct installation, maintenance and service of Toshiba medical equipment within the scope of their function. |
|---|---|

| Reporting Relationships: | Reports to Technical Supervisor |
|---|---|

| Job Grade: | C - F |
|---|---|

| Authority Level: | 6 |
|---|---|

**Description of Key Tasks:**

| | |
|---|---|
| 1 | Conduct effective installation process through obtaining installation data that covers all installation information, as well as site preparation and checking for necessary adjustments, cleaning, electricity, a/c's .......etc. |
| 2 | Co-ordinate with Technical Supervisor and/or CSC regular and periodical maintenance schedule visits for preventive maintenance after obtaining customer consensus prior to the visit. |
| 3 | Response promptly and effectively to normal and urgent service calls referring to the history of the equipment from installation date to present for better time management at site. |
| 4 | Responsible for the usage and identification of required spare parts, tools and test equipment specifying part number, description, equipment to be used and all other necessary information. |
| 5 | Maintain close relationship with customers and conduct on-site training to operators and organize friendly visits to customer's sites whenever possible and in co-ordination with Technical Supervisor and/or CSC. |
| 6 | Control expenses and costs as per company procedures and requirements and administrate activities in relation to expenses guided by the expense budget plan of relevant function. |
| 7 | Responsible to provide regular service reports and weekly time sheets to Supervisor/Manager of relevant funcions indicating total work performed. |
| 8 | Maintain a high level of product knowledge and problem solving techniques through attending training sessions, on-site training and self development. |
| 9 | In view of the above responsibilities of the Technical Engineer, it is anticipated that over 90% of his available time will be in a front line position at customers sites. Travelling is required. |

| Supervisor's Signature | Date | Next level Management Signature | Date |
|---|---|---|---|
| Name | | Name | |
| Employee's Signature | Date | Employee Name (First & Last) | |

**Definition:**    Quality - The ability to satisfy, or comply to given requirements

| Function: | Technician |
| --- | --- |

| Summary: | Assists the Technical Engineer in the process of installation, maintenance, preliminary site preparation, packaging and delivery of products. |
| --- | --- |

| Reporting Relationships: | Reports to Technical Engineer |
| --- | --- |

| Job Grade: | A - B |
| --- | --- |

| Authority Level: | N/A |
| --- | --- |

| Description of Key Tasks: | |
| --- | --- |
| 1 | Responsible to assist Technical Engineer in carrying heavy equipment during the process of installation. |
| 2 | Responsible for the cleaning of site and equipment, electricity plumbing works prior to the installation process. |
| 3 | Responsible for the proper handling, delivering and un-packaging of equipment according to the standard safety measurements. |
| 4 | Responsible for fixing and clinching of equipment during installation. |
| 5 | Assist Technical Engineer in connecting cables during the process of installation. |
| 6 | Accompany Technical Engineer, whenever required, during service calls to carry heavy spare parts. |

| Supervisor's Signature | Date | Next level Management Signature | Date |
| --- | --- | --- | --- |
| Name | | Name | |
| Employee's Signature | Date | Employee Name (First & Last) | |

**Definition:**      Quality - The ability to satisfy, or comply to given requirements

| Function: | Driver |
| --- | --- |

| Summary: | Responsible for the transporation of designated Medequip employees to and from customer sites on all occasions.<br>Responsible for car maintenance whenever required. |
| --- | --- |

| Reporting Relationships: | Reports to Division/Dept Manager |
| --- | --- |

| Job Grade: | A - B |
| --- | --- |

| Authority Level: | N/A |
| --- | --- |

**Description of Key Tasks:**

| | |
| --- | --- |
| 1 | Resposible for the transportation of Medequip managers or visitors on business trips to and from customer sites, or where required, under different conditions of weather and traffic hazards. |
| 2 | Responsible to follow safety and security precautions while driving and to always keep fire extenguisher, repair tools....etc. in vehicle in proper condition. Should always drive in good physical and mental conditions. |
| 3 | Responsible for the maintenance, repair and fixing of the car where required having a sound knowledge of repair work, and to present reports and invoices in detail of each case. |
| 4 | Responsible for proper handling and cleaning of the car regularly on own initiative thus maintaining the car in good condition on all times. |
| 5 | Should have first degree valid driving license, and high school education. |
| 6 | Should report to the police authorities in case of accidents and obtain respective police report. |
| 7 | Responsible to keep necessary documents as car license and insurance always with him and to renew them whenever required on own initiative. |

| Supervisor's Signature | Date | Next level Management Signature | Date |
| --- | --- | --- | --- |
| Name | | Name | |
| Employee's Signature | Date | Employee Name (First & Last) | |