

شركة النيل لتقييم وتصنيف الأوراق المالية

س.ت. : ٣٢٢١٧ ب. ض. : ٤٩٢ -١٤٣-٢٠٠

رأس المال المصدر : ٥٠٠،٠٠٠ جنيه مصري          رأس المال المرخص به : ١،٥٠٠،٠٠٠ جنيه مصري

عمارة لؤلؤة التونسي ، ٩ شارع الجبلاية ، الدور الأول ، شقة ٣٠٢

الزمالك، القاهرة (١١٢١١)

## شهادة إلى من يهمه الأمر

تحية طيبة وبعد،،،

**الموضوع: شهادة تقييم وطني للملاءة (تصنيف الجدارة) الائتمانية "لمجموعة لكح"**

نرجو إفادتكم بأن شركة النيل لتقييم وتصنيف الأوراق المالية (إحدى شركات المؤسسة العربية لتقييم الملاءة الائتمانية والعضو في مجموعة مؤسسة فتش ابكا FITCH-IBCA) قد منحت "مجموعة لكح" بتاريخ 5 فبراير 1999 تقييم وطني للملاءة ( تصنيف الجدارة) الائتمانية لالتزامات المجموعة طويلة الأجل على مستوى الاستثمار بدرجة:

**AA- (Egypt)**

وكما جاء بمنشور التعريفات الخاص بمؤسسة فتش ابيكا :

"تشير درجة (AA) إلي أن قدرة المنشأة أو المجموعة علي سداد التزاماتها من الأقساط والفوائد في موعد استحقاقها قوية جدا مقارنة بآخرين عليهم التزامات في الدولة نفسها، ولا تختلف المخاطر الائتمانية المرتبطة بهذه الالتزامات إلا اختلافا طفيفا عن مخاطر تلك الالتزامات المصنفة في درجة التقييم (AAA)". كما تشير علامة (-) إلى أن الخاصية الائتمانية للمنشأة أو المجموعة المصنفة في هذه الدرجة تقل بشكل طفيف عن تلك المصنفة في درجة (AA).

وتعتمد شركة النيل لتقييم وتصنيف الأوراق المالية هذا التقييم بدرجته المذكورة أعلاه.

وتفضلوا بقبول فائق الاحترام،

تحريرا في 7 فبراير 1999.

حازم الدلي

رئيس مجلس الإدارة

والعضو المنتدب