Case 1:07-cv-02799-MGC Document 18-9 Filed 07/09/2007 Page 1 of 1

FITCH IBCA

The International Rating Agency

8 December 1999

Dear Sir,

Fitch IBCA is pleased to confirm its rating of BB+ on Lakah Funding Limited 12% bonds due 2004 on the basis of the bond prospectus dated 6 December 1999.

Yours faithfully

Trevor Pitman
Managing Director
Corporations

FITCH IBCA Ltd
Eldon House
2 Eldon Street
London EC2M 7UA

0171-417 4222 tel
0171-417 4242 fax
www.fitchibca.com

Registered in England No. 1316230