FITCH IBCA
The International Rating Agency

Fitch IBCA Limited, Eldon House, 2 Eldon Street, London EC2M 7UA
Telephone: London (0171) 417 4222
Fax: London (0171) 417 4242

| | |
|---|---|
| To: | Ramy Lakah |
| Company: | Lakah Group |
| Fax No: | 00202 417 6223 |
| Date: | 31 August, 2000 |
| From: | James Goodgame |

Number of pages to follow: 1

---

Ramy,

Attached is a draft of a press release that we intend to issue at 10am (London time) on Monday 4 Sept.

If you have any comments please contact me before this time.

Regards

James

# LAKAH PLACED ON RATING WATCH NEGATIVE

Fitch-London-31 August 2000; Fitch, the international rating agency, has today placed the Senior Unsecured rating for the Lakah Group (Lakah) of 'BB+' on Rating Watch Negative. This rating action reflects Lakah's increasing difficulty in collecting payments from the Egyptian State. The government, which is Lakah's main client, has reportedly accumulated sizable arrears with suppliers in 2000, and failure to collect overdue government payments may have an impact on the group's ability to meet some of its obligations as they become due.

Contacts: James Goodgame, London Tel +44 (0)20 7417 4230