

# Arab Republic of Egypt
## National Investment Bank
### Bab El-Louk – Cairo

Cheque No. 502212

Date 29/11/1999

**Issuance authority :**

General Authority for Healthy Insurance upon the Students – Cairo branch

Paid to order of      : Midicape for Trading and Contracting

A sum of               : forty one thousand two hundred twenty six Egyptian pounds and 10/100 piastres.

Signature

National Investment Bank

Cairo

Cheque number 502212 was returned for the below mentioned reason : **please refer to the withdrawer for insufficiency of the balance.**

Cairo on : 29/6/2000

*El-Zini Center*
*Certified Translation*
C.R. 327560
86, El-Merghany St., Heliopolis
2912824 - 0105752490



Arab Republic of Egypt
National Investment Bank
Bab El-Louk – Cairo

Cheque No. 502219

Date 13/1/2000

**Issuance authority** :

General Authority for Healthy Insurance upon the Students – Cairo branch

Paid to order of     : Midicape for Trading and Contracting

A sum of            : Thirty three thousand five hundred thirty two Egyptian pounds and 90/100 piastres only

Signature

Misr Bank

Refusing the chequer No. 409785 returning upon the withdrawer for insufficiency of the balance.

Cairo on : 2/7/2000

*El-Zini Center*
*Certified Translation*
C.R. 327560
86, El-Merghany St., Heliopolis
2912824 - 0105752490



# Arab Republic of Egypt
# National Investment Bank
# Bab El-Louk – Cairo

Cheque No. 5030630

Date 11/6/2000

**Issuance authority** :

Gamal Abd El-Naser hospital

Paid to order of : Midicape for Trading and Contracting

A sum of : Three hundred sixty four thousand four hundred thirty six Egyptian pounds and seventy five piastres only.

Signature

National Investment Bank

Cairo

Cheque number 5030630 was returned for the below mentioned reason : **please refer to the withdrawer for insufficiency of the balance.**

Cairo on : 8/6/2000

El-Zini Center
Certified Translation
C.R. 327560
86, El-Merghany St., Heliopolis
2912824 - 0105752490

