# NOMURA
EQUITY RESEARCH

# Lakah Group

## Excellent interims – Forecast raised

| Year to 31 December | Net Profit (E£ mns) | EPS E£ | PER X | DPS | DIV Yld % | NAV | P/NAV X | ROE % |
|---|---|---|---|---|---|---|---|---|
| 1998 | 93.23 | 0.81 | 10.06 | 0.00 | 0.00 | 10.00 | 0.82 | 8.11 |
| 1999E | 178.99 | 1.38 | 5.90 | 0.41 | 5.08 | 10.85 | 0.75 | 11.18 |
| 2000E | 251.15 | 1.67 | 4.87 | 0.50 | 6.16 | 12.02 | 0.68 | 13.93 |
| 2001E | 291.64 | 1.94 | 4.21 | 0.58 | 7.11 | 13.38 | 0.61 | 14.53 |

**EGYPTIAN EQUITIES**

**BUY**
(previous: Buy)
Price
GDR USD  7.18
Local E£  9.86
Date
**15 September 1999**
Sector
**Conglomerate**

Contact
Ayo Salami
+44 171 521 1250

Suha Najjar
+44 171 521 3228

Reuters Ref
LKHDq.L / HCFI.CA

Lakah Group has just released excellent interim results. Lack of data makes a direct comparison with the first six months of last year difficult. However at the interim stage, sales and net profit for the first six months of 1999 are already ahead of the sales and net profit for the whole of 1998. Strong growth in sales of medical equipment and large turnkey projects along with improvements in margins has combined to drive performance ahead of our expectations. We have upgraded our EPS forecasts by 7% from E£1.29 to E£1.38. Given the current strong growth in the medical business we would not be surprised if our current forecasts prove to be conservative. We strongly reiterate our buy recommendation.

- Economics of scale from Lakah's size and dominance of its markets are now beginning to come through in higher profitability. EBITDA margins have increased by a full percentage point from 26.4% to 27.4% as higher volumes of both equipment sales and construction turnkey projects are spread over the cost base. Efficiency in the use of borrowing instruments also allowed the company to reduce its cost of funding despite an increasing interest rate environment.
- Strong sales growth is expected in the foreseeable future as there is a substantial pipeline of large turnkey projects. There are signed orders of E£650 million (US$190 million) for turnkey projects and the company is currently bidding for tenders worth about E£1 billion (US$300 million). Given Lakah's market share of over 70% it should win a major proportion of these tenders.
- Lakah is about to complete the acquisition of the largest manufacturer of disposable medical equipment in Egypt. This will substantially increase the proportion of sales derived from the medical sector with a consequent positive impact on the company's relative valuation.
- The industrial division is now ramping up to full production with capacity utilisation rate approaching 70% for both steel billet and bulb production. Although margins fell in this division, sales increases implied that profitability was sustained.
- Compound annual EPS growth between 1998 and 2001 is expected to be c.34%. Despite higher earnings growth, Lakah is on a 1999 PER of 5.9x which is a discount of 27% to the Egyptian market with earnings growth of only 12.5% and a 1999 PER of 7.5x. Lakah deserves a buy recommendation.



Forecast growth in net income

|  | 1998 | 1999E | 2000E | 2001E |
|---|---|---|---|---|
| Sales (E£ mns) | 674.4 | 1129.0 | 1402.7 | 1690.8 |
| EBITDA (E£ mns) | 178.0 | 321.3 | 403.1 | 483.1 |
| EBITDA margin | 26.4% | 28.5% | 28.7% | 28.6% |
| Net cash (Debt) | (665.1) | (554.3) | (464.9) | (348.6) |
| Mkt Cap. (US$) | 359 | | | |
| Exchange rate | E£3.41:US$ | | | |

NOMURA

| E£ 000's | 6 months to June 1999 | 12 months to Dec 1998 | % change relative to 1998 full year | % change relative to 1998 half year on a proportional basis |
|---|---|---|---|---|
| Sales | 744133 | 674363 | 10.3% | 120.7% |
| Cost of sales | -489494 | -450768 | | |
| **Gross profit** | 254639 | 223595 | 13.9% | 127.8% |
| *Gross profit margin* | 34.2% | 33.2% | | |
| General and administrative expenses | -44220 | -40240 | | |
| Foreign exchange loss | -147 | -353 | | |
| Provision for doubtful debts | -6442 | -4998 | | |
| Operating expenses excluding depreciation | -50809 | -45591 | | |
| **EBITDA** | 203830 | 178004 | 14.5% | 129.0% |
| *EBITDA margin* | 27.4% | 26.4% | | |
| Depreciation | -12712 | -1496 | | |
| **PBIT** | 191118 | 176508 | 8.3% | 116.6% |
| *PBIT margin* | 25.68% | 26.17% | | |
| Financing costs | -37288 | -57930 | | |
| **Profit before tax** | 153830 | 118578 | 29.7% | 159.5% |
| Taxation | -36308 | -20980 | | |
| *Tax rate* | 23.6% | 17.7% | | |
| **Profit after tax** | 117522 | 97598 | 20.4% | 140.8% |
| *Net profit margin* | 15.79% | 14.47% | | |
| Minority interest | -3333 | -4368 | | |
| Attributable profit | 114189 | 93230 | | |
| Weighted average number of shares (000's) | 149988 | 114988 | | |
| EPS | 0.76 | 0.81 | -6.2% | 87.7% |
| Interest cover | 5.1 | 3.0 | | |

*H1 99 ahead of full year 1998 results*

At the 6 months stage in 1999, performance in terms of both sales and profits is already of the full year for 1998. The growth in sales was driven by completion of large turnkey construction projects, equipment medical sales and increase in billet production. The divisional composition of sales has started to shift in favour of the medical division with the division contributing 64% of sales (1998: 61%). With the expected move into disposable medical equipment the proportion of medical sales is set to rise sharply. However the composition of profit has shifted in favour of the medical division with this division now contributing 54% of net profit (1998: 48%).

*Gross margins in medical division up from 27% to 30%*

The increased profitability of the medical division was driven by an improvement in margins with the division achieving an increase in gross profit margins from 27% to 30%. Margins improvements resulted largely from economies of scale as the increase in sales volumes outstripped the growth in overheads and reduction in the use of outside subcontractors. Profit margins fell in the industrial division as raw material prices rose back to pre 1998 levels. However overall EBITDA margins rose by one percentage point. With the sales of the medical division set to outpace the industrial division by the end of the year, it is likely that further improvements in margins could be experienced before the end of the year.

The increase in the depreciation charge reflects the billet and bulb factories that have now commenced production. The conversion of short-term bank debt into long term fixed rate bonds has helped reduce financing costs. The effective tax rate increased substantially from 18% to 24% because the benefits of the 10% exemption on listed paid-in capital has declined as the company's taxable profits have increased. Going forward there are likely to be further increases in the effective tax rate and we have incorporated this in our forecasts.

*Forecast for 1999 raised from E£1.29 to E£1.38*

Overall the first quarter performance is impressive, and this has prompted an upward revision of our profit forecasts from E£167.5 million to E£179.0 million. The company's trading cycle traditionally tends to favour the first half, hence it would not be appropriate to extrapolate the spectacular growth performance in the first half of 1999 into the second half of the year. Additionally Ramadan falls into the last month of this year and this would be a period of subdued economic activity. With EPS of E£0.76, the company is already 55% of the way towards meeting our forecast of E£1.38.

### Profit and Loss Account 1998 – 2001

| E£000' | 1998 | 1999e | 2000f | 2001f |
|---|---:|---:|---:|---:|
| Sales | 674,363 | 1,129,032 | 1,402,748 | 1,690,810 |
| % change |  | 67.4% | 24.2% | 20.5% |
| Cost of sales | 450,769 | 733,861 | 905,084 | 1,092,336 |
| **Gross profit** | **223,594** | **395,172** | **497,665** | **598,474** |
| *Gross profit margin* | 33.2% | 35.0% | 35.5% | 35.4% |
| Depreciation | 1,496 | 20,059 | 19,928 | 21,344 |
| General & Admin expenses | 40,240 | 62,229 | 75,016 | 91,181 |
| **Operating profit** | **181,859** | **312,883** | **402,720** | **485,950** |
| *Operating profit margin* | 27.0% | 27.7% | 28.7% | 28.7% |
| Net interest expense (income) | 57,930 | 51,423 | 23,703 | 30,187 |
| Provisions | 4,998 | 11,642 | 19,522 | 24,184 |
| Others | 353 |  |  |  |
| Profit before tax | 118,579 | 249,818 | 359,495 | 431,579 |
| Minority interest | 4,368 | 8,729 | 9,262 | 11,486 |
| Tax provisions | 20,980 | 62,096 | 99,088 | 128,445 |
| *Tax rate* | 17.7% | 24.9% | 27.6% | 29.8% |
| **Net profit** | **93,230** | **178,993** | **251,145** | **291,648** |
| Dividends | 0 | 53,698 | 75,343 | 87,494 |
| Retained profit | 93,230 | 125,295 | 175,801 | 204,154 |
| Weighted Average Number of shares (000's) | 114,988 | 129,571 | 149,988 | 149,988 |
| EPS (E£) | 0.81 | 1.38 | 1.67 | 1.94 |
| % change |  | 70.4% | 21.2% | 16.1% |
| DPS | 0.00 | 0.41 | 0.50 | 0.58 |
| Dividend payout | 0.0% | 30.0% | 30.0% | 30.0% |
| Interest cover | 3.0 | 5.9 | 16.2 | 15.3 |

### Consolidated Cash Flow

| E£000' | 1998 | 1999e | 2000f | 2001f |
|---|---:|---:|---:|---:|
| Net profit | 93,230 | 178,993 | 251,145 | 291,648 |
| Depreciation | 1,496 | 20,059 | 19,928 | 21,344 |
| Provisions and other adjustments | 30,346 | 11,642 | 19,522 | 24,184 |
| **Operating income** | **125,072** | **210,695** | **290,596** | **337,176** |
| Change in inventory | (194,697) | (99,186) | (17,453) | (57,602) |
| Change in WiP | (109,354) | (75,947) | (53,972) | (66,701) |
| Debtors, ST balances | (511,390) | (65,724) | (161,326) | 59,033 |
| Creditors, ST balances | 178,828 | (82,554) | 18,008 | 20,888 |
| Accounts payable | 18,855 | (2,867) | 4,055 | 3,368 |
| Change in WC | (617,758) | (326,278) | (210,689) | (41,015) |
| **Cash flow from operating activities** | **(492,686)** | **(115,584)** | **79,907** | **296,161** |
| Capex | (395,749) | (30,163) | (74,851) | (54,045) |
| Change in fixed assets | (807,079) | (26,338) | 159,679 | (38,262) |
| **Total cash flow from investment activities** | **(1,203)** | **(56,501)** | **84,829** | **(92,306)** |
| Change in share capital | 1,149,880 | 350,000 | 0 | 0 |
| Change in ST debt | 49,908 | (106,596) | 73,453 | 106,352 |
| Change in LT debt | 474,918 | 879,215 | 18,529 | 38,446 |
| Dividends |  | (53,698) | (75,343) | (87,494) |
| **Total cash flow from financing activities** | **1,675** | **1,068,921** | **16,639** | **57,304** |
| Other cash items | 38,974 | 0 | 0 | 0 |
| Change in cash during the year | 18,166 | 896,837 | 181,374 | 261,159 |
| Net cash at beginning of year | - | 18,166 | 915,002 | 1,096,376 |
| **Cash at year end** | **18,166** | **915,002** | **1,096,376** | **1,357,535** |

NOMURA

| Consolidated Balance Sheet | | | | |
|---|---:|---:|---:|---:|
| E£000' | 1998 | 1999 | 2000 | 2001 |
| **Fixed assets** | | | | |
| Costs | 420,991 | 451,155 | 526,005 | 580,050 |
| Accumulated depreciation | 26,388 | 46,447 | 66,375 | 87,719 |
| Net fixed assets | 394,603 | 404,708 | 459,630 | 492,331 |
| Deferred expenses | 38,361 | 38,077 | 38,082 | 38,086 |
| Projects under construction | 164,982 | 164,982 | 164,982 | 164,982 |
| LT investment | 262,135 | 258,131 | 74,283 | 74,283 |
| LT lease receivable | 167,640 | 198,266 | 222,430 | 260,688 |
| Goodwill | 248,020 | 248,020 | 248,020 | 248,020 |
| *Total LT assets* | *1,275,742* | *1,312,184* | *1,207,427* | *1,278,390* |
| | | | | |
| Inventory | 194,697 | 293,883 | 311,336 | 368,938 |
| Work in progress | 109,354 | 185,301 | 239,273 | 305,974 |
| Debtors, ST balances | 506,392 | 572,116 | 733,442 | 674,409 |
| Cash on hand and at banks | 18,166 | 915,002 | 1,096,376 | 1,357,535 |
| **Total current assets** | 828,609 | 1,966,302 | 2,380,428 | 2,706,857 |
| | | | | |
| **Total assets** | 2,104,351 | 3,278,486 | 3,587,855 | 3,985,246 |
| | | | | |
| Due to banks | 171,859 | 101,712 | 175,165 | 281,517 |
| Current portion of LT debt | 36,449 | | | |
| Creditors-ST balances | 178,828 | 96,274 | 114,282 | 135,170 |
| Accounts payable | 12,934 | 10,066 | 14,121 | 17,488 |
| *Total current liabilities* | *400,065* | *208,052* | *303,568* | *434,176* |
| | | | | |
| Long term debt | 224,918 | 717,592 | 736,121 | 774,568 |
| Bonds | 250,000 | 650,000 | 650,000 | 650,000 |
| Long term creditors | 13,459 | | | |
| Provisions | 22,683 | 34,325 | 53,847 | 78,031 |
| Minority interest | 43,342 | 43,342 | 43,342 | 43,342 |
| **Shareholders' funds** | | | | |
| Paid up capital | 1,149,880 | 1,499,880 | 1,499,880 | 1,499,880 |
| Legal reserves | | 125,295 | 301,097 | 505,250 |
| Retained earnings | | | - | - |
| Net profit for the year | | | | |
| **Total shareholders' funds** | 1,149,880 | 1,625,175 | 1,800,977 | 2,005,130 |
| | | | | |
| **Total liabilities** | 2,104,351 | 3,278,486 | 3,587,855 | 3,985,246 |

**Nomura International plc    1 St Martin's le Grand London EC1A 4NP**

This publication has been issued by Nomura International plc in order to promote investment services. Nomura International plc is regulated by The Securities and Futures Authority Limited and a member of the London Stock Exchange.
This publication is intended for investors who are not private or expert investors within the meaning of the rules of The Securities and Futures Authority Limited and should not, therefore, be redistributed to private or expert investors. Neither the information nor the opinions expressed herein constitutes, or is to be construed as, an offer or solicitation of an offer to buy or sell investments. Information contained herein is based on sources which we believe to be reliable but we do not represent that it is accurate or complete. Nomura International Plc and/or connected persons may have acted upon or used this material, or the research or analysis on which it is based before its publication.
Nomura International Plc and/or connected persons may from time to time, as principal or as agent, make purchases, sales and/or offers to purchase and/or sell in the open market or otherwise and may have a position or holding in any investment mentioned herein, or a related investment, as a result of engaging in such transactions.

NOMURA