SG  NOT FOR DISTRIBUTION IN OR INTO THE UNITED STATES, CANADA OR JAPAN

## Medequip for Trading and Contracting

### Company Operations

**Largest supplier of medical equipment and healthcare services**

Medequip was established in 1960 by Dr. Raymond Lakah. Medequip for Trading and Contracting (Medequip) was incorporated in 1994 as a joint stock company. The largest supplier of medical equipment and healthcare services in Egypt, the company is mainly involved in the sale of medical equipment and the construction of medical facilities.

The distribution of medical equipment, which includes major international brands, is made either through direct sales or through turnkey projects involving the construction division. The 1998 breakdown of revenues by business activity shows that medical construction (hospitals and clinics) accounted for 41% of sales, medical equipment distribution through turnkey projects made up 38% and direct equipment 21% of sales.

As of June 1999, the company had 156 full-time employees and 400 part-time employees involved in the construction business.

### Products, Services, Market Share and Competitors

**Medical equipment from leading brands such as Hewlett-Packard, Olympus and Draeger Medzintechnik**

- *Medical equipment.* Medequip distributes and services medical equipment from ten leading international medical equipment manufacturers. These include:
  - *Hewlett Packard Co. (USA):* for cardiovascular imaging systems, patient monitoring systems and cardiology products. HP products sold in Egypt through Medequip are market leaders, with market shares ranging from 45% to 60% depending on the product. ATL, Spacelabs and Physio are among HP's strongest competitors in Egypt;
  - *Olympus Optical Company (Japan):* for surgical products (25% market share in Egypt after Storz) and flexible endoscopy products (70% share). These products are essential for carrying out minimal invasive surgical procedures. Storz and Pentax are among Olympus's strongest competitors;
  - *Draeger Medizintechnik (Germany):* for anaesthesia (35% market share), neonatal care (45% share) and ventilation products (35%). Draeger products occupy first or second place in Egypt in terms of market share. Bennett, Ohmeda and Atom are among Draeger's strongest competitors.

**First company in Egypt to offer medical equipment leasing**

- *Leasing and financing services.* Medequip was the first company in Egypt to offer medical equipment leasing programmes to private hospitals and clinics. Lease periods range from two to five years. The equipment remains the property of Medequip until the client fulfils any outstanding obligations. The rate charged on the leases is 16% while the cost of funds is 11%. The total outstanding amount as of 30 April 1999 was E£101mn.

**Acquired turnkey know how from the French**

- *Turnkey projects without construction services.* Medequip first acquired know-how from French turnkey companies in the mid '80s. In the late '80s it completed its first turnkey equipment supply project at Abou El Rish hospital. In the early '90s it established a dedicated design office, finishing department, electro-mechanical engineering department to provide a more integrated turnkey operation.

**Leading position in turnkey medical centres**

- *Turnkey projects with construction services.* The accumulation of turnkey expertise led in the mid/end '90s to the company winning contracts and gaining leadership in turnkey medical centres (and other utility buildings) projects, involving construction, finishing and equipment. Medequip subcontracts the finishing and the Electro-mechanical work to its sister company Quest Consult. Key competitors on the construction side are: Arab Contractors, Orascom Construction Industries (OCI) and Arabian International Construction (AIC).

NOT FOR DISTRIBUTION IN OR INTO THE UNITED STATES, CANADA OR JAPAN

| | |
|---|---|
| **71% market share in turnkey projects** | • *Turnkey projects expertise.* Medequip completed several turnkey projects in Egypt, Middle East and Africa. These include 40 turnkey hospitals in Egypt, seven turnkey diagnostic and therapy centers in Egypt, two turnkey hospitals in the Middle East, more than 300 operating rooms, more than 700 Intensive Care Units and more than 550 physiotherapy centres. The estimated market share in turnkey projects is 71%. |
| | ## Core Strengths and Company Strategy |
| **Extensive product range, world class suppliers, superior training and technical support** | Medequip has several core strengths. These include an extensive product range from world class suppliers and an impressive track record in proving superior clinical training and technical support. Moreover, Medequip has the means to invest in adequate inventory of products and spare parts for better customer service. |
| **A level qualification as contractor** | Finally, as one of the few contractors in Egypt with A-level qualification which allows it to participate in all government tenders, Medequip has recognised expertise in constructing medical facilities. Medequip's competitive edge in turnkey projects manifests itself in lower contract bids and/or higher margins resulting from the vertical integration of its services and quicker contract execution, resulting from the simplified logistics inherent in complete solutions providers. The competition needs a consortium to bid for the turnkey projects while Medequip can bid on its own or with the help of one of its subsidiaries. |
| | The company's strategy revolves around using these strengths to maintain its competitive edge as a unique provider of complete medical solutions (from designing - to building - to equipping and maintaining hospitals and other medical facilities). It intends to grow aggressively by investing heavily in its construction and leasing business. |
| **Positioning itself to benefit from improving healthcare** | Leasing medical equipment is a necessity in Egypt where most private sector doctors cannot afford to acquire such equipment. Leasing is typically financed by banks or by large companies which are well funded. Thanks to the current capital increase and recent corporate bond issues, Lakah Group is positioning itself through Medequip to exploit the improving fundamentals of the healthcare sector. |
| | ## Market Segments and Customers |
| **Health Ministry is the largest customer, accounting for 45% of revenues** | In 1998, the private sector (private hospitals) accounted for only 5% of the demand for Medequip's products and services. The Ministry of Health (public sector hospitals and clinics) was Medequip's largest customer, contributing 45% of Medequip's revenues while university hospitals (Ministry of Education) contributed 40% of revenues and the Ministry of Defence (the Military) contributed 10%. As more private sector hospitals and clinics open to service upper middle class Egyptians, the private sector's share of Medequip's sales is expected to increase significantly over time. |
| | ## Issues, Concerns and Risks |
| **Risk of overstretching managerial capabilities...** | Medequip's strategy of expanding its geographic markets coverage and its lease financing business may overstretch its managerial capabilities and require increasing amounts of working capital and long-term funding. |
| **...but no risk of restrictions on letters of credit** | The risk of Central Bank restrictions on letters of credit resulting from chronic dollar shortages is real for most importers but not for medical equipment importers which are not subjected to 100% pre-financing requirements. |
| **Growth dependent on both public sector and private sector spending** | The growth potential of Medequip's business in Egypt is very significant but the extent of such growth requires increasing public sector spending on health and continued development of the private medical sector. Nevertheless, we do not envisage any deterioration in the demand fundamentals of the health-care sector. |
| **No year 2000 issue** | Medequip has tested all its hardware and software to be year 2000 compliant and does not envisage any problems due to the issue. |

## Financial Analysis

Table 10

### Medequip Financial Highlights and SG Forecasts

**Medequip Income Statement, in E£ 000**

| For year ending 31 December | 1997 | 1998 | 1999E | 2000E | 2001E | 2002E |
|---|---|---|---|---|---|---|
| Sales | 201,253 | 255,677 | 402,077 | 522,493 | 634,028 | 733,872 |
| Cost of Sales | 163,419 | 186,245 | 290,097 | 376,656 | 457,754 | 526,812 |
| Gross Profit | 37,834 | 69,432 | 111,980 | 145,837 | 176,274 | 207,061 |
| Operating expenses before D&A | 22,628 | 27,598 | 44,106 | 49,610 | 56,554 | 61,479 |
| EBITDA | 15,207 | 41,834 | 67,873 | 96,227 | 119,720 | 145,582 |
| Depreciation and amortisation | 218 | 919 | 924 | 1,149 | 1,374 | 1,599 |
| EBIT | 14,989 | 40,915 | 66,950 | 95,078 | 118,346 | 143,983 |
| Net financial & other expense | 7,936 | 13,594 | - 418 | 5,135 | 10,072 | 10,263 |
| EBT | 7,052 | 27,321 | 67,368 | 89,943 | 108,275 | 133,720 |
| Tax provisions | 2,949 | 7,475 | 22,947 | 31,977 | 39,310 | 47,488 |
| Net profit | 4,103 | 19,846 | 44,421 | 57,966 | 68,965 | 86,232 |

**Medequip Balance Sheet in E£ 000**

| For year ending 31 December | 1997 | 1998 | 1999E | 2000E | 2001E | 2002E |
|---|---|---|---|---|---|---|
| Cash | 4,424 | 4,404 | 3,840 | 9,772 | 7,754 | 10,037 |
| Accounts & other receivables | 31,269 | 50,882 | 80,415 | 104,499 | 126,806 | 146,774 |
| Notes receivable | 5,722 | 15,021 | 21,470 | 28,216 | 35,160 | 42,383 |
| Work in progress | 36,245 | 67,763 | 132,416 | 192,417 | 242,073 | 290,488 |
| Inventory | 24,377 | 68,862 | 41,413 | 43,069 | 44,792 | 46,584 |
| Other current assets | 18,560 | 26,649 | 30,000 | 35,000 | 40,000 | 45,000 |
| Total current assets | 120,597 | 233,582 | 309,554 | 412,973 | 496,585 | 581,266 |
| Net fixed assets | 3,714 | 3,885 | 4,462 | 4,813 | 4,939 | 4,841 |
| Other long term assets | 46,574 | 106,797 | 152,136 | 198,107 | 245,397 | 294,553 |
| Total long term assets | 50,288 | 110,682 | 156,597 | 202,920 | 250,337 | 299,394 |
| Total assets | 170,885 | 344,264 | 466,151 | 615,893 | 746,921 | 880,660 |
| Accounts payable | 25,315 | 18,834 | 66,519 | 86,390 | 104,942 | 120,983 |
| Short term debt | 15,132 | 45,806 | - | 32,500 | 45,000 | 50,000 |
| Other current liabilities | 6,251 | 9,796 | 31,178 | 42,793 | 52,788 | 63,735 |
| Total current liabilities | 46,697 | 74,435 | 97,697 | 161,683 | 202,730 | 234,718 |
| Long term debt due to banks | 100,000 | 145,795 | - | 50,000 | 100,000 | 100,000 |
| Long term debt due to Holding Co. | - | - | 200,000 | 200,000 | 200,000 | 200,000 |
| Bonds | - | - | - | - | - | - |
| Total long term debt | 100,000 | 145,795 | 200,000 | 250,000 | 300,000 | 300,000 |
| Other long-term liabilities | - | - | - | - | - | - |
| Total long term liabilities | 100,000 | 145,795 | 200,000 | 250,000 | 300,000 | 300,000 |
| Paid up capital | 20,000 | 100,000 | 100,000 | 100,000 | 100,000 | 150,000 |
| Reserves and retained earnings | 4,188 | 24,034 | 68,455 | 104,210 | 144,192 | 195,941 |
| Shareholders' Equity | 24,188 | 124,034 | 168,455 | 204,210 | 244,192 | 345,941 |
| Total liabilities & shareholders' equity | 170,885 | 344,264 | 466,151 | 615,893 | 746,921 | 880,660 |

Source: Lakah Group audited and unaudited financial statements and SG forecasts

SG  NOT FOR DISTRIBUTION IN OR INTO THE UNITED STATES, CANADA OR JAPAN

## Financial Analysis

Table 11

### Medequip Financial Highlights and SG Forecasts

**Cash Flow Statement, in E£000**

| For year ending 31 December | 1998 | 1999E | 2000E | 2001E | 2002E |
|---|---|---|---|---|---|
| Net profits | 19,846 | 44,421 | 57,966 | 68,965 | 86,232 |
| Add: depreciation and amortisation | 919 | 924 | 1,149 | 1,374 | 1,599 |
| **Gross cash flow** | 20,765 | 45,345 | 59,114 | 70,338 | 87,831 |
| Add: net financial & other expense | 13,594 | - 418 | 5,135 | 10,072 | 10,263 |
| (Increase) decrease in non-cash working capital | - 85,266 | - 53,275 | - 33,500 | - 44,582 | - 50,410 |
| Operating cash flow | - 50,907 | - 8,349 | 30,749 | 35,828 | 47,684 |
| Capital expenditures on fixed assets | 1,090 | 1,500 | 1,500 | 1,500 | 1,500 |
| **Free cash flow** | - 51,997 | - 9,849 | 29,249 | 34,328 | 46,184 |
| Less: net financial and other expense | 13,594 | 418 | 5,135 | 10,072 | 10,263 |
| (Increase) decrease in other long-term assets | - 60,223 | - 45,339 | - 45,971 | - 47,290 | - 49,156 |
| Increase (decrease) in long-term liabilities | 45,795 | 54,205 | 50,000 | 50,000 | - |
| Increase (decrease) in paid in capital | 80,000 | - | - | - | 50,000 |
| Less: dividends paid | - | - | 22,210 | 28,983 | 34,482 |
| **Net cash flow** | - 20 | - 564 | 5,932 | 2,017 | 2,283 |
| Beginning cash | 4,424 | 4,404 | 3,840 | 9,772 | 7,754 |
| **Year end cash** | 4,404 | 3,840 | 9,772 | 7,754 | 10,037 |

**Ratio and DuPont Analysis**

| For year ending 31 December | 1997 | 1998 | 1999E | 2000E | 2001E | 2002E |
|---|---|---|---|---|---|---|
| EBIT margin | 7.4% | 16.0% | 16.7% | 18.2% | 18.7% | 19.6% |
| X Asset turnover | 1.18 | 0.74 | 0.86 | 0.85 | 0.85 | 0.83 |
| = Return on assets (ROA) | 8.8% | 11.9% | 14.4% | 15.4% | 15.8% | 16.3% |
| x Financial & other burden | 0.47 | 0.67 | 1.01 | 0.95 | 0.91 | 0.93 |
| = EBT / Assets | 4.1% | 7.9% | 14.5% | 14.6% | 14.5% | 15.2% |
| x [1 - Effective tax rate] | 58.2% | 72.6% | 65.9% | 64.4% | 63.7% | 64.5% |
| x Leverage [Assets / Equity] | 7.1 | 2.8 | 2.8 | 3.0 | 3.1 | 2.5 |
| = Return on equity (ROE) | 17.0% | 16.0% | 26.4% | 28.4% | 28.2% | 24.9% |
| | | | | | | |
| Gross margin | 18.8% | 27.2% | 27.9% | 27.9% | 27.8% | 28.2% |
| EBITDA margin | 7.6% | 16.4% | 16.9% | 18.4% | 18.9% | 19.8% |
| Net margin | 2.0% | 7.8% | 11.0% | 11.1% | 10.9% | 11.8% |
| ROCE | 10.8% | 13.0% | 18.2% | 19.5% | 20.1% | 20.7% |
| Net debt / Equity | 4.58 | 1.51 | 1.16 | 1.34 | 1.38 | 0.98 |
| Net interest cover | 1.89 | 3.01 | -160.02 | 18.51 | 11.75 | 14.03 |

Source: Lakah Group audited and unaudited financial statements and SG forecasts

### Financial Analysis - Comments

- Confirmed **contract backlog** between April 99 and December 99 is at least E£300mn. Management expects to implement E£504mn worth of contracts this year. We have used a lower number to indicate our sales estimate.

*CAGR 99-01 sales of 35.4% and CAGR earnings of 51.5%*

- While equipment sales will eventually **grow at a moderate** rate, highly profitable maintenance services will thrive on an **ever-larger installed base** of medical equipment units. Coupled with rapidly growing construction revenue (turnkey and non-medical) and the 5% spread on financing medical equipment sales, this means higher margins and a CAGR 91-01 of 51.5% for earnings.
- A DuPont Analysis show the positive impact of higher margins on ROE. The decline in 2002 ROE is primarily due to reduced gearing despite a **50% dividend payout ratio**. Dividend payments are made to Lakah Group Holding.
- High working capital requirements but low capital expenditure needs.

SG    NOT FOR DISTRIBUTION IN OR INTO THE UNITED STATES, CANADA OR JAPAN

## Trading Medical Systems Egypt (TMSE)

### Company Operations

*Sole representative of Toshiba medical equipment in the Middle East, North and West Africa and Turkey*

TMSE sells Toshiba medical equipment, the sole distributorship of which was initially granted to Medequip in 1985. TMSE was set up in 1990 to focus on selling and servicing diagnostic equipment to hospitals and medical centres. In 1994, Toshiba appointed the company to be its sole representative in the Middle East, North and West Africa and Turkey where TMSE has established one of the largest equipment service centres.

TMSE offers complete service contracts and warrantee using locally based engineers trained in Egypt, Europe, USA and Japan. Moreover, it provides the medical community with clinical support services. Finally, the company offers turnkey medical solutions via its Medequip subsidiary. These solutions involve on-site planning, project management and other services.

TMSE's revenues amounted to USD 41mn in 1998. As of June 1999, the company had 156 full-time employees.

### Products

*An extensive range of world class products*

TMSE's product range includes:

- *Computer Tomography (CT)*. CT is a whole body scanner which uses slip-ring technology for the continuous rotation of the X-ray tube and detectors in order to process axial images for the patient as well as volumetric data. Unit prices range between USD 400,000 and USD 1.5mn;

- *Magnetic Resonance Imaging (MRI)*. MRI is a system which offers advanced rapid scan sequences, comprehensive vascular imaging and superior imaging quality. Toshiba is the only company in the world to offer MRI technology using super conductive open magnets. Unit prices range between USD 900,000 and USD 2.2mn;

- *X-ray and Angiography Systems*. Angiography systems, which are X-ray diagnostic devices, are used to diagnose and treat vascular diseases in the brain, heart and peripheral regions; and

- *Gamma Camera (nuclear medicine)*. Nuclear Medicine systems are used for cardiac pool, myocardial analysis, brain analysis, kidney analysis, pulmonary ventilation analysis, gallbladder ejection fraction, gastric emptying, uptake rates for thyroid, liver and bone. Unit prices range between USD 300,000 and USD 800,000.

### Core Strengths and Company Strategy

*Aims at regional expansion and entering new fields*

- TMSE, which has confidence in Toshiba's continued research & development leadership in the imaging field, intends to maintain its leadership of the Egyptian market and grow its business in the Middle East, North Africa, West Africa and Turkey by concentrating on the distribution and servicing of Toshiba products. It also intends to aggressively enter the field of Telemedicine and imaging networks.

*Applying the same recipe for success used at Medequip: superior customer service*

- This will be achieved by maintaining superior service quality and technical support and a high level of clinical support. This requires on-going training of its skilled Arabic-speaking application specialists and maintaining sufficient inventory to meet customer needs. The provision of lease financing will also help promote the growth of TMSE's operations by attracting new customers that otherwise would not be able to afford such equipment.

### Market segments and customers.

*Private sector accounts for 38% of demand*

The private sector accounted for 38% of demand for TMSE's products in Egypt. The balance is divided between the Ministry of Health (public sector hospitals and clinics), the Ministry of Defence (the Military) and the university system. As

more private sector hospitals and clinics open to service upper middle class Egyptians, the private sector's share of TMSE sales is expected to increase over time.

### Market size, market structure and competitors

*Market share of Toshiba products rose from 1% to 42% in 12 years*

- *Competitors in Egypt.* In 1986, Toshiba's medical equipment products had a 1% market share while Siemens, Philips Medical Systems (Philips) and General Electric (GE) had a 37% share of the market. By 1998, TMSE had succeeded in making Toshiba the market leader with a 42% share of the Egyptian medical market. GE is currently represented by New Technology, a company with a small E£2-E£5mn paid-in capital and a maximum of 15 employees but no locally-based application specialists. Both Siemens and Philips are represented by a public sector company, El-Goumhouria, and each have a representative office which handles servicing and maintenance. Siemens is about to appoint Ahmed Bahgat Group to represent the company.

*CT has 46% of the market share for scanners*

- *CT.* TMSE is the leading supplier of CT scanners in Egypt, with a 46% market share of the Egyptian CT market of total installed base of 189 units, with 88 installed units. Siemens is its strongest competitor in this market with 34 installed units. Other competitors include Philips and GE;

*TMSE has 39% of the MRI market share*

- *MRI.* TMSE management believes it is the market leader for MRI with 17 units installed representing a 39% share of the Egyptian MRI market of total installed base of 45 units. GE is its strongest competitor with 15 units installed. Other competitors include Siemens and Philips;

*TMSE has 30% of the angiography market*

- *Angiography systems.* TMSE management believes it is a leading supplier with 17 installed units representing 30% of the Egyptian angiography market of total installed base of 56 units. Philips is the market leader with an estimated 18 installed units;

*TMSE has 35% of the gamma camera market share*

- *Gamma Camera.* TMSE management considers that it is the leading supplier of Gamma camera units with 19 units installed, representing a 35% market share of total installed base of 53 units. Siemens is its strongest competitor in this market with 12 installed units.

### Issues, Concerns and Risks

*Heavy reliance on Toshiba distributorship agreement*

- TMSE's business depends solely on its distributorship agreement with Toshiba. Such exclusive reliance represents a risk that cannot be ignored. We believe the risk is minimal, however, as TMSE's market success led to a strong relationship with Toshiba. Moreover, this relationship is getting stronger over time as Toshiba extended geographically its distribution agreement with TMSE.

- TMSE's strategy of expanding into new market segments and new geographic markets may overstretch its managerial capabilities and require ever increasing working capital.

*Risk of competitors emulating high quality of service*

- Toshiba's competitors such as Siemens, GE and Philips may emulate TMSE's recipe for success, which relies on superior customer servicing, product and spare parts availability and, recently, providing lease financing. If El-Goumhouria is privatised, TMSE will face a more effective competitor (assuming it is still selling Philips products).

- The growth potential of TMSE's business in Egypt is large but the extent of such growth requires increasing public sector expenditure on health and continued development of the private medical sector. Nevertheless, we do not envisage any deterioration in the demand fundamentals of the health-care sector.

*No year-2000 issues*

- TMSE has tested all its hardware and software to be year 2000 compliant and does not envisage any problems from the issue.

**NOT FOR DISTRIBUTION IN OR INTO THE UNITED STATES, CANADA OR JAPAN**

## Financial Analysis
Table 12

### TMSE Financial Highlights and SG Forecasts

**TMSE Income Statement, in E£ 000**

| For year ending 31 December | 1997 | 1998 | 1999E | 2000E | 2001E | 2002E |
|---|---|---|---|---|---|---|
| Sales | 117,182 | 138,831 | 156,261 | 179,075 | 204,083 | 230,586 |
| Cost of Sales | 93,351 | 103,529 | 112,132 | 123,008 | 134,932 | 148,007 |
| **Gross Profit** | **23,832** | **35,302** | **44,129** | **56,067** | **69,150** | **82,579** |
| Operating expenses before D&A | 8,117 | 8,981 | 10,001 | 11,282 | 12,653 | 14,066 |
| **EBITDA** | **15,715** | **26,320** | **34,128** | **44,786** | **56,497** | **68,513** |
| Depreciation and amortisation | 388 | 470 | 584 | 684 | 784 | 884 |
| **EBIT** | **15,326** | **25,851** | **33,544** | **44,101** | **55,713** | **67,629** |
| Net financial & other expense | 6,985 | 7,706 | 11,264 | 12,720 | 16,974 | 21,886 |
| **EBT** | **8,341** | **18,145** | **22,280** | **31,382** | **38,738** | **45,742** |
| Tax provisions | 2,337 | 5,621 | 6,912 | 10,553 | 13,495 | 16,297 |
| **Net profit** | **6,004** | **12,524** | **15,368** | **20,829** | **25,243** | **29,445** |

**TMSE Balance Sheet in E£ 000**

| For year ending 31 December | 1997 | 1998 | 1999E | 2000E | 2001E | 2002E |
|---|---|---|---|---|---|---|
| Cash | 2,881 | 2,740 | 14,271 | 25,219 | 36,796 | 50,263 |
| Accounts & other receivables | 5,089 | 6,246 | 7,032 | 8,058 | 9,184 | 10,376 |
| Notes receivable | 13,615 | 15,842 | 18,449 | 24,029 | 30,340 | 37,508 |
| Work in progress | - | - | - | - | - | - |
| Inventory | 32,204 | 30,872 | 35,940 | 41,187 | 46,939 | 53,035 |
| Other current assets | 4,445 | 25,139 | 28,127 | 32,234 | 36,735 | 41,505 |
| **Total current assets** | **58,234** | **80,839** | **103,819** | **130,726** | **159,994** | **192,688** |
| Net fixed assets | 4,245 | 3,807 | 4,223 | 4,539 | 4,754 | 4,870 |
| Other long term assets | 78,151 | 68,822 | 101,932 | 139,128 | 181,206 | 228,991 |
| **Total long term assets** | **82,396** | **72,629** | **106,155** | **143,667** | **185,961** | **233,861** |
| **Total assets** | **140,630** | **153,468** | **209,974** | **274,393** | **345,955** | **426,549** |
| Accounts payable | 28,538 | 16,216 | 28,033 | 30,752 | 33,733 | 37,002 |
| Short term debt | 27,220 | 44,820 | 35,000 | 35,000 | 35,000 | 35,000 |
| Other current liabilities | 4,212 | 9,350 | 12,773 | 18,553 | 23,915 | 29,464 |
| **Total current liabilities** | **59,969** | **70,385** | **75,806** | **84,305** | **92,648** | **101,466** |
| Long term debt due to banks | 56,511 | 16,409 | 52,127 | 94,902 | 143,292 | 198,244 |
| Long term debt - Holding Co. | - | - | - | - | - | - |
| Bonds | - | - | - | - | - | - |
| **Total long term debt** | **56,511** | **16,409** | **52,127** | **94,902** | **143,292** | **198,244** |
| Other long-term liabilities | - | - | - | - | - | - |
| **Total long term liabilities** | **56,511** | **16,409** | **52,127** | **94,902** | **143,292** | **198,244** |
| Paid up capital | 20,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 |
| Reserves and retained earnings | 4,149 | 16,673 | 32,041 | 45,186 | 60,015 | 76,839 |
| **Shareholders' Equity** | **24,149** | **66,673** | **82,041** | **95,186** | **110,015** | **126,839** |
| **Total Liabilities & shareholders' Equity** | **140,630** | **153,468** | **209,974** | **274,393** | **345,955** | **426548.87** |

Source: Lakah Group audited and unaudited financial statements and SG forecasts

NOT FOR DISTRIBUTION IN OR INTO THE UNITED STATES, CANADA OR JAPAN

## Financial Analysis
Table 13

### TMSE Financial Highlights and SG Forecasts

**Cash Flow Statement, in E£000**

| For year ending 31 December | | 1998 | 1999E | 2000E | 2001E | 2002E |
|---|---|---|---|---|---|---|
| Net profits | 356 | 12,524 | 15,368 | 20,829 | 25,243 | 29,445 |
| Add: depreciation and amortisation | | 470 | 584 | 684 | 784 | 884 |
| Gross cash flow | | 12,994 | 15,952 | 21,513 | 26,027 | 30,330 |
| Add: net financial & other expense | | 7,706 | 11,264 | 12,720 | 16,974 | 21,886 |
| (increase) decrease in non-cash working capital | - | 12,331 - | 6,028 - | 7,462 - | 9,347 - | 10,409 |
| Operating cash flow | | 8,369 | 21,188 | 26,771 | 33,655 | 41,807 |
| Capital expenditures on fixed assets | | - | 1,000 | 1,000 | 1,000 | 1,000 |
| Free cash flow | | 8,369 | 20,188 | 25,771 | 32,655 | 40,807 |
| Less: net financial and other expense | - | 7,706 - | 11,264 - | 12,720 - | 16,974 - | 21,886 |
| (Increase) decrease in other long-term assets | 456 | 9,329 - | 33,110 - | 37,196 - | 42,078 - | 47,785 |
| Increase (decrease) in long-term liabilities | | 40,102 | 35,717 | 42,775 | 48,390 | 54,952 |
| Increase (decrease) in paid in capital | 455 | 30,000 | | | | |
| Less: dividends paid | | - | - | 7,684 - | 10,415 - | 12,622 |
| Net cash flow | | 110 | 11,531 | 10,947 | 11,578 | 13,467 |
| Beginning cash | | 2,881 | 2,740 | 14,271 | 25,219 | 36,796 |
| Year end cash | 456 | 2,772 | 14,271 | 25,219 | 36,796 | 50,263 |

**Ratio and DuPont Analysis**

| For year ending 31 December | 1997 | 1998 | 1999E | 2000E | 2001E | 2002E |
|---|---|---|---|---|---|---|
| EBIT margin | 13.1% | 18.6% | 21.5% | 24.6% | 27.3% | 29.3% |
| X Asset turnover | 0.83 | 0.90 | 0.74 | 0.65 | 0.59 | 0.54 |
| = Return on assets (ROA) | 10.9% | 16.8% | 16.0% | 16.1% | 16.1% | 15.9% |
| x Financial & other burden | 0.54 | 0.70 | 0.66 | 0.71 | 0.70 | 0.68 |
| = EBT / Assets | 5.9% | 11.8% | 10.6% | 11.4% | 11.2% | 10.7% |
| x [1 - Effective tax rate] | 72.0% | 69.0% | 69.0% | 66.4% | 65.2% | 64.4% |
| x Leverage [Assets / Equity] | 5.8 | 2.3 | 2.6 | 2.9 | 3.1 | 3.4 |
| = Return on equity (ROE) | 24.9% | 18.8% | 18.7% | 21.9% | 22.9% | 23.2% |
| Gross margin | 20.3% | 25.4% | 28.2% | 31.3% | 33.9% | 35.8% |
| EBITDA margin | 13.4% | 19.0% | 21.8% | 25.0% | 27.7% | 29.7% |
| Net margin | 5.1% | 9.0% | 9.8% | 11.6% | 12.4% | 12.8% |
| ROCE | 14.2% | 20.2% | 19.8% | 19.6% | 19.3% | 18.8% |
| Net debt / Equity | 3.35 | 0.88 | 0.89 | 1.10 | 1.29 | 1.44 |
| Net interest cover | 2.19 | 3.35 | 2.98 | 3.47 | 3.28 | 3.09 |

Source: Lakah Group audited and unaudited financial statements and SG forecasts

### Financial Analysis - Comments

*Sales expected to grow at a nominal rate of 9% in 1999-2001*

- **Sales** grew rapidly between 1996 and 1998. We expect sales to **grow moderately** at a nominal rate of 9% in the 1999-2001 period. The 1998 sales breakdown is as follows: 47% of sales were direct Egyptian sales, 16% were sales to its Medequip subsidiary and 37% were sales outside of Egypt.

- Over 35% of medical equipment sales are expected to be made through **lease financing**, which enjoys a 5% spread on leases (16% leasing revenues less 11% leasing costs) on top of a 25% gross margin on distribution.

*CAGR 99-01 of 13.7% for sales and 26.3% for net earnings*

- Higher 1998 margins due to revised transfer prices with Toshiba. Even higher margins in the 1999-2003 period are due to lease financing spreads and significantly **higher service revenues**. The CAGR 99-01 for net earnings is 26.3%.

NOT FOR DISTRIBUTION IN OR INTO THE UNITED STATES, CANADA OR JAPAN

## Medical Centres Management Company (MCMC)

### Company Operations

*Operates and manages both its own and its clients' medical facilities*

- Established in 1995, MCMC operates and manages both its own and its clients' medical facilities. It also develops specialised medical facilities. It was awarded its first major contract in 1996 by the Cairo Healthcare organisation to supply, install and operate Computerised Tomography centres at three hospitals in return for collecting 87% of revenues. MCMC supplies the equipment for free. The company signed three similar agreements in 1997 and five new contracts covering five hospitals in 1998. The public sector represents about 95% of MCMC's revenues.

- MCMC concluded an agreement with Arabian Medical Consultancy Group (AMCG) to provide consultant doctors for these centres. As of June 1999, the company had 13 full-time employees, in addition to 150 contracted staff from AMCG.

### Core Strengths and Company Strategy

*Affiliation with subsidiaries to offer complete solutions is its main strength*

- MCMC's main strengths reside in its affiliation with subsidiaries, Medequip and TMSE, which offer complete medical centre solutions except for operations. MCMC's focus on managing and operating medical centres and, eventually, hospitals, is a logical extension of the other two companies' activities.

*Regional expansion is a reality*

- The company plans to widen the scope of medical equipment operation, aggressively seek new contracts from both the public and the private sector, develop and manage new medical facilities, expand its operations into the Middle East, North Africa and West Africa region and develop the use of telemedicine (no fibre optic network as yet) in order to provide cost efficient specialist care, particularly in rural areas.

### Medicenter Specialty Hospital

- MCMC recently started a (specialised) hospital construction project in Cairo. The hospital, which is being built by Medequip, consists of 11 floors and is scheduled for completion by the end of 2001. The estimated cost is E£101mn. It is estimated to generate close to E£200mn of revenues by 2001. As of 30 June 1999, four out of seven special hospital floors were sold for E£75mn.

### Issues, Concerns and Risks

- Lakah has a golden opportunity to develop aggressively and operate its own network of medical centres, thereby raising the barrier to entry to potential competitors while a solid medical asset base is established. There is concern that management may try to enter too many fields at the same time which might distract it from rapidly achieving such a network.

*No year 2000 problems envisaged*

- MCMC has tested all its hardware and software to be year 2000 compliant and does not believe it will encounter any problems.

NOT FOR DISTRIBUTION IN OR INTO THE UNITED STATES, CANADA OR JAPAN

## Financial Analysis
Table 14

### MCMC Financial Highlights and SG Forecasts

**MCMC Income Statement, in E£ 000**

| For year ending 31 December | 1997 | 1998 | 1999E | 2000E | 2001E | 2002E |
|---|---|---|---|---|---|---|
| Sales | 4,697 | 11,273 | 62,528 | 80,365 | 111,225 | 133,247 |
| Cost of Sales | 3,548 | 8,140 | 37,164 | 48,817 | 67,363 | 81,093 |
| **Gross Profit** | 1,149 | 3,133 | 25,363 | 31,549 | 43,862 | 52,153 |
| Operating expenses before D&A | 499 | 512 | 2,501 | 3,215 | 4,449 | 5,330 |
| **EBITDA** | 650 | 2,622 | 22,862 | 28,334 | 39,413 | 46,824 |
| Depreciation and amortisation | 179 | 894 | 1,692 | 1,995 | 2,432 | 2,682 |
| **EBIT** | 471 | 1,728 | 21,170 | 26,339 | 36,980 | 44,141 |
| Net financial & other expense | 164 | 119 | 625 | 645 | 676 | 632 |
| EBT | 307 | 1,609 | 20,545 | 25,694 | 36,304 | 43,509 |
| Tax provisions | 243 | - | 4,098 | 6,158 | 10,402 | 13,284 |
| **Net profit** | 64 | 1,609 | 16,447 | 19,536 | 25,902 | 30,225 |

**MCMC Balance Sheet in E£ 000**

| For year ending 31 December | 1997 | 1998 | 1999E | 2000E | 2001E | 2002E |
|---|---|---|---|---|---|---|
| Cash | 68 | 5,843 | 17,061 | 25,715 | 14,870 | 27,025 |
| Accounts & other receivables | 2,132 | 5,150 | 10,371 | 17,631 | 26,447 | 33,059 |
| Notes receivable | - | 1 | 2 | 3 | 4 | 5 |
| Work in progress | - | 37,000 | 33,500 | 16,687 | 20,025 | 23,029 |
| Inventory | 246 | 1,371 | 2,706 | 4,599 | 6,899 | 8,624 |
| Other current assets | - | 1 | 2 | 3 | 4 | 5 |
| Total current assets | 2,446 | 49,366 | 63,642 | 64,639 | 68,249 | 91,747 |
| Net fixed assets | 7,993 | 62,023 | 69,530 | 82,535 | 100,103 | 97,421 |
| Other long term assets | 25 | 13 | - | - | - | - |
| Total long term assets | 8,018 | 62,036 | 69,530 | 82,535 | 100,103 | 97,421 |
| Total assets | 10,464 | 111,402 | 133,172 | 147,175 | 168,352 | 189,167 |
| Accounts payable | 71 | 59 | 743 | 976 | 1,347 | 1,622 |
| Short term debt | 9,815 | 6,602 | 7,000 | 7,250 | 7,500 | 7,750 |
| Other current liabilities | 264 | 67 | 4,305 | 6,510 | 10,931 | 13,945 |
| Total current liabilities | 10,150 | 6,728 | 12,049 | 14,737 | 19,778 | 23,317 |
| Long term debt due to banks | - | - | - | - | - | - |
| Long term debt - Holding Co. | - | - | - | - | - | - |
| Bonds | - | - | - | - | - | - |
| Total long term debt | - | - | - | - | - | - |
| Other long-term liabilities | - | - | - | - | - | - |
| Total long term liabilities | - | - | - | - | - | - |
| Paid up capital | 250 | 103,000 | 103,000 | 103,000 | 103,000 | 103,000 |
| Reserves and retained earnings | 64 | 1,673 | 18,119 | 29,432 | 45,567 | 62,841 |
| **Shareholders' Equity** | 314 | 104,673 | 121,119 | 132,432 | 148,567 | 165,841 |
| **Total Liabilities & shareholders' Equity** | 10,464 | 111,400 | 133,168 | 147,169 | 168,344 | 189,157 |

Source: Lakah Group audited and unaudited financial statements and SG forecasts



NOT FOR DISTRIBUTION IN OR INTO THE UNITED STATES, CANADA OR JAPAN

## Financial Analysis

Table 15

### MCMC Financial Highlights and SG Forecasts

**MCMC Cash Flow Statement, in E£000**

| For year ending 31 December | 1998 | 1999E | 2000E | 2001E | 2002E |
|---|---|---|---|---|---|
| Net profits | 1,609 | 16,447 | 19,536 | 25,902 | 30,225 |
| Add: depreciation and amortisation | 894 | 1,692 | 1,995 | 2,432 | 2,682 |
| Gross cash flow | 2,502 | 18,139 | 21,531 | 28,335 | 32,908 |
| Add: net financial & other expense | 119 | 625 | 645 | 676 | 632 |
| (Increase) decrease in non-cash working capital | - 44,565 | 2,265 | 10,347 - | 9,412 - | 7,802 |
| Operating cash flow | - 41,944 | 21,029 | 32,523 | 19,600 | 25,738 |
| Capital expenditures on fixed assets | 54,924 | 9,200 | 15,000 | 20,000 | - |
| Free cash flow | - 96,867 | 11,829 | 17,523 - | 400 | 25,738 |
| Less: net financial and other expense | 119 - | 625 - | 645 - | 676 - | 632 |
| (Increase) decrease in other long-term assets | 12 | 13 | - | - | - |
| Increase (decrease) in long-term liabilities | - | - | - | - | - |
| Increase (decrease) in paid in capital | 102,750 | - | - | - | - |
| Less: dividends paid | - | - | 8,223 - | 9,768 - | 12,951 |
| Net cash flow | 5,775 | 11,218 | 8,654 - | 10,845 | 12,155 |
| Beginning cash | 68 | 5,843 | 17,061 | 25,715 | 14,870 |
| Year end cash | 5,843 | 17,061 | 25,715 | 14,870 | 27,025 |

**Ratio and DuPont Analysis**

| For year ending 31 December | 1997 | 1998 | 1999E | 2000E | 2001E | 2002E |
|---|---|---|---|---|---|---|
| EBIT margin | 10.0% | 15.3% | 33.9% | 32.8% | 33.2% | 33.1% |
| X Asset turnover | 0.45 | 0.10 | 0.47 | 0.55 | 0.66 | 0.70 |
| = Return on assets (ROA) | 4.5% | 1.6% | 15.9% | 17.9% | 22.0% | 23.3% |
| x Financial & other burden | 0.65 | 0.93 | 0.97 | 0.98 | 0.98 | 0.99 |
| = EBT / Assets | 2.9% | 1.4% | 15.4% | 17.5% | 21.6% | 23.0% |
| x [1 - Effective tax rate] | 20.8% | 100.0% | 80.1% | 76.0% | 71.3% | 69.5% |
| x Leverage [Assets / Equity] | 33.3 | 1.1 | 1.1 | 1.1 | 1.1 | 1.1 |
| = Return on equity (ROE) | 20.3% | 1.5% | 13.6% | 14.8% | 17.4% | 18.2% |
| Gross margin | 24.5% | 27.8% | 40.6% | 39.3% | 39.4% | 39.1% |
| EBITDA margin | 13.8% | 23.3% | 36.6% | 35.3% | 35.4% | 35.1% |
| Net margin | 1.4% | 14.3% | 26.3% | 24.3% | 23.3% | 22.7% |
| ROCE | 4.7% | 1.6% | 16.5% | 18.9% | 23.7% | 25.4% |
| Net debt / Equity | 31.06 | 0.01 | -0.08 | -0.14 | -0.05 | -0.12 |
| Net interest cover | 2.87 | 14.48 | 33.87 | 40.82 | 54.68 | 69.82 |

Source: Lakah Group audited and unaudited financial statements and SG forecasts

**Financial Analysis – Comments**

*CAGR 99-01 of 114.5% for sales and 152.5% for net earnings*

- Exceptionally high earnings growth is due to short-term factors, from the sale of hospital floors and, starting from a much lower revenue base, to the significant increase in medical facility management revenues.
- Improvements in margins are due to the economies of scale expected from the increased number of management contracts and from higher revenues per contract.
- A more aggressive medical centres development programme would require substantially higher capex than projected but would also result in higher revenues.

NOT FOR DISTRIBUTION IN OR INTO THE UNITED STATES, CANADA OR JAPAN

SG | NOT FOR DISTRIBUTION IN OR INTO THE UNITED STATES, CANADA OR JAPAN

## Quest Consult

### Company Operations

*Medical construction projects and electro-mechanical works*

Quest Consult (Quest) was incorporated in 1995. It is involved in two business lines: (1) completion of primarily medical construction projects using building materials that are either manufactured and distributed or simply distributed by the company; and (2) electro-mechanical works. The company had 109 full-time employees as of June 1999.

### Products and Services

- *Manufacturing building materials.* Quest has a factory that reshapes imported antibacterial Acrilyne sheets. The final product is distributed and used for various applications: medical worktops, wall claddings, floors and table tops.
- *Distribution of building finishing material.* Quest acts as the Egyptian distributor for Polifen (Acrilyne sheets), Artilin (specialised antibacterial and anti-insect paint), Mipolan (specialised antistatic and antibacterial flooring) and Wavin (specialised antibacterial wall coverings).
- *Services.* Execution of all finishing work for mainly hospitals and clinics. Some projects require specialised expertise (e.g., X-ray radiation protection).

### Customers and Competitors

*Targets both customers from the public and private sector*

Quest targets the growth in the healthcare care sector, with customers from both the private and the public sectors. The company has identified the need for higher specification finishing for hospitals and medical centres and has virtually no competition in Egypt.

### Core Strengths and Company Strategy

Quest enjoys the advantages inherent in Lakah Group's vertically integrated medical business. Its well-focused activities complement Medequip's contracting business and result in an increased competitive edge in turnkey projects.

*Extending customer base to non-medical facilities*

The company's strategy consists of expanding its customer base to operators of non-medical facilities such as hotels (already happening), schools, government offices, restaurants and other facilities. This will require the expansion of both the Acryline production capacity and of its human resources. Moreover, the company intends to secure additional distribution agreements by focusing on manufacturers of finishing materials and interior decoration and by targeting growth products such as flase ceilings and light fixtures.

### Issues and Concerns

*Risk of distraction from medical expertise*

Expansion of distributorship into new building material areas, while opening up new growth opportunities, may distract or overstretch Quest's management from its keeping its focus on the medical sector.

*No year 2000 issues*

Quest has tested all its hardware and software to be year 2000 compliant and does not envisage any problems from the issue.

## Financial Analysis
Table 16

| Quest Consult Financial Highlights and SG Forecasts | | | | | | |
|---|---|---|---|---|---|---|
| **Quest Income Statement, in EE 000** | | | | | | |
| For year ending 31 December | 1997 | 1998 | 1999E | 2000E | 2001E | 2002E |
| Sales | 4,119 | 33,662 | 42,810 | 53,606 | 64,783 | 77,739 |
| Cost of Sales | 3,380 | 26,086 | 33,326 | 41,753 | 50,702 | 60,843 |
| Gross Profit | 739 | 7,576 | 9,484 | 11,854 | 14,080 | 16,896 |
| Operating expenses before D&A | 248 | 383 | 604 | 777 | 904 | 1,300 |
| EBITDA | 491 | 7,193 | 8,881 | 11,077 | 13,176 | 15,597 |
| Depreciation and amortisation | 38 | 77 | 467 | 1,099 | 1,363 | 1,421 |
| EBIT | 453 | 7,116 | 8,414 | 9,978 | 11,813 | 14,176 |
| Net financial & other expense | 32 | 233 | 1,228 | 1,622 | 1,630 | 2,304 |
| EBT | 421 | 6,883 | 7,186 | 8,356 | 10,183 | 11,871 |
| Tax provisions | 161 | 891 | 874 | 1,342 | 2,073 | 2,749 |
| Net profit | 261 | 5,992 | 6,312 | 7,013 | 8,110 | 9,123 |

| Quest Consult Balance Sheet in EE 000 | | | | | | |
|---|---|---|---|---|---|---|
| For year ending 31 December | 1997 | 1998 | 1999E | 2000E | 2001E | 2002E |
| Cash | 63 | 1,140 | 10,483 | 17,947 | 13,563 | 11,424 |
| Accounts & other receivables | 904 | 9,683 | 11,987 | 15,010 | 18,139 | 21,767 |
| Notes receivable | 2,175 | 64 | - | - | - | - |
| Work in progress | 1,700 | 10,387 | 13,269 | 16,189 | 19,426 | 23,312 |
| Inventory | 650 | 8,861 | 10,274 | 12,866 | 15,548 | 18,657 |
| Other current assets | 456 | 10,089 | 12,867 | 15,698 | 18,838 | 22,605 |
| Total current assets | 5,948 | 40,223 | 58,881 | 77,709 | 85,514 | 97,765 |
| Net fixed assets | 354 | 590 | 15,624 | 22,024 | 22,761 | 21,340 |
| Other long term assets | - | 24,750 | 9,250 | 1,750 | - | - |
| Total long term assets | 354 | 25,341 | 24,874 | 23,775 | 22,761 | 21,340 |
| Total assets | 6,301 | 65,564 | 83,755 | 101,483 | 108,275 | 119,105 |
| Accounts payable | 4,747 | 2,026 | 3,333 | 4,175 | 5,070 | 6,084 |
| Short term debt | 871 | 6,457 | 1,000 | 1,500 | 2,000 | 6,000 |
| Other current liabilities | 179 | 1,085 | 1,114 | 1,642 | 2,436 | 3,184 |
| Total current liabilities | 5,797 | 9,567 | 5,447 | 7,318 | 9,506 | 15,268 |
| Long term debt due to banks | - | - | 16,000 | 28,000 | 28,000 | 28,000 |
| Long term debt - Holding Co. | - | - | - | - | - | - |
| Bonds | - | - | - | - | - | - |
| Total long term debt | - | - | 16,000 | 28,000 | 28,000 | 28,000 |
| Other long-term liabilities | - | - | - | - | - | - |
| Total long term liabilities | - | - | 16,000 | 28,000 | 28,000 | 28,000 |
| Paid up capital | 500 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 |
| Reserves and retained earnings | 5 | 5,997 | 12,308 | 16,166 | 20,769 | 25,837 |
| Shareholders' Equity | 505 | 55,997 | 62,308 | 66,166 | 70,769 | 75,837 |
| Total Liabilities & shareholders' Equity | 6,301 | 65,564 | 83,755 | 101,483 | 108,275 | 119,105 |

Source: Lakah Group audited and unaudited financial statements and SG forecasts

SG    NOT FOR DISTRIBUTION IN OR INTO THE UNITED STATES, CANADA OR JAPAN

## Financial Analysis
Table 17

### Quest Consult Financial Highlights and SG Forecasts

**Cash Flow Statement, in E£000**

| For year ending 31 December | 1998 | 1999E | 2000E | 2001E | 2002E |
|---|---|---|---|---|---|
| Net profits | 5,992 | 6,312 | 7,013 | 8,110 | 9,123 |
| Add: depreciation and amortisation | 77 | 467 | 1,099 | 1,363 | 1,421 |
| Gross cash flow | 6,069 | 6,778 | 8,112 | 9,473 | 10,544 |
| Add: net financial & other expense | 233 | 1,228 | 1,622 | 1,630 | 2,304 |
| (Increase) decrease in non-cash working capital | - 29,428 | - 13,435 | - 9,493 | - 10,001 | 8,628 |
| Operating cash flow | - 23,126 | - 5,429 | 241 | 1,103 | 4,220 |
| Capital expenditures on fixed assets | 313 | 15,500 | 7,500 | 2,100 | - |
| Free cash flow | - 23,439 | - 20,929 | - 7,259 | 997 | 4,220 |
| Less: net financial and other expense | - 233 | - 1,228 | - 1,622 | - 1,630 | 2,304 |
| (Increase) decrease in other long-term assets | - 24,750 | 15,500 | 7,500 | 1,750 | - |
| Increase (decrease) in long-term liabilities | - | 16,000 | 12,000 | - | - |
| Increase (decrease) in paid in capital | 49,500 | - | - | - | - |
| Less: dividends paid | - | - | - 3,156 | - 3,507 | 4,055 |
| Net cash flow | 1,077 | 9,343 | 7,464 | - 4,384 | 2,139 |
| Beginning cash | 63 | 1,140 | 10,483 | 17,947 | 13,563 |
| Year end cash | 1,140 | 10,483 | 17,947 | 13,563 | 11,424 |

**Ratio and DuPont Analysis**

| For year ending 31 December | 1997 | 1998 | 1999E | 2000E | 2001E | 2002E |
|---|---|---|---|---|---|---|
| EBIT margin | 11.0% | 21.1% | 19.7% | 18.6% | 18.2% | 18.2% |
| X Asset turnover | 0.65 | 0.51 | 0.51 | 0.53 | 0.60 | 0.65 |
| = Return on assets (ROA) | 7.2% | 10.9% | 10.0% | 9.8% | 10.9% | 11.9% |
| x Financial & other burden | 0.93 | 0.97 | 0.85 | 0.84 | 0.86 | 0.84 |
| = EBT / Assets | 6.7% | 10.5% | 8.6% | 8.2% | 9.4% | 10.0% |
| x [1 - Effective tax rate] | 61.9% | 87.1% | 87.8% | 83.9% | 79.6% | 76.8% |
| x Leverage [Assets / Equity] | 12.5 | 1.2 | 1.3 | 1.5 | 1.5 | 1.6 |
| = Return on equity (ROE) | 51.7% | 10.7% | 10.1% | 10.6% | 11.5% | 12.0% |
| Gross margin | 17.9% | 22.5% | 22.2% | 22.1% | 21.7% | 21.7% |
| EBITDA margin | 11.9% | 21.4% | 20.7% | 20.7% | 20.3% | 20.1% |
| Net margin | 6.3% | 17.6% | 14.7% | 13.1% | 12.5% | 11.7% |
| ROCE | 32.9% | 11.4% | 10.6% | 10.4% | 11.7% | 12.9% |
| Net debt / Equity | 1.60 | 0.09 | 0.10 | 0.17 | 0.23 | 0.30 |
| Net interest cover | 14.26 | 30.53 | 6.85 | 6.15 | 7.25 | 6.15 |

Source: Lakah Group audited and unaudited financial statements and SG forecasts

### Financial Analysis – Comment

**CAGR 99-01 of 24.4% for sales and 10.6% on net earnings**

* CAGR 99-01 sales of 24.4% reflect solid growth in both lines of businesses, building material sales and contracting (finishing). More than 90% of sales for the 98-2001 period have been made in contracting.

* Overall margins are, therefore, closer to the lower contracting margin of 21% than the 40% margin on material manufacturing and sale.

* CAGR 99-01 net earnings of only 10.6% is due to higher financing expenses and a higher effective tax rate.

 NOT FOR DISTRIBUTION IN OR INTO THE UNITED STATES, CANADA OR JAPAN