SG

NOT FOR DISTRIBUTION IN OR INTO THE UNITED STATES, CANADA OR JAPAN

# Industrial Group Operations and Financials

## Arab Steel Factory

### Company Operations

**Leading manufacturer of steel billet**

Arab Steel Factory (ASF) is the leading manufacturer of Egyptian steel billet for sale on the local market and the only local supplier on the open market. Incorporated as a joint stock company under law 159 of 1981, in 1994 it received a licence to operate and begin production in October 1997.

The Lakah family has been involved in the steel business since 1960 and has operated a rolling mill in Alexandria which produced steel rebars for 20 years. The idea for ASF was born when the family was unable to operate the mill at full capacity in 1993 and 1994, due to the under-supply of steel billets needed to produce steel rebars.

**10-year tax holiday**

As the company was established in the desert city of 10th of Ramadan, it is exempt from corporation tax for a 10-year period. This period will end in 2008, giving a further eight and a half years' tax holiday. Once this comes to an end, ASF will be subject to a 32% flat rate tax on its net profits.

In 1998, ASF's revenues amounted to USD 55mn. As of June 1999, the company had 362 full-time employees.

### Products

Arab Steel Factory specialises in the production of steel billets. Steel billet, which is one of the simplest types of steel product, is the raw material used in the production of steel rebars, angles and beams for the construction industry.

**Production capacity of 400,000 tonnes**

By the end of December 1998, ASF's mini-mill in 10th of Ramadan City had produced 240,000 tonnes of billet. This mill is in operation round the clock and has an annual production capacity of 400,000 tonnes.

### Core Strengths and Corporate Strategy

ASF is the only company in the Mena region which specialises in the production of grade 37 and 52 billets on the open market. It is also the leading manufacturer of Egyptian steel billet for sale on the local market and the only local supplier on the open market.

**Objective to increase production to reach optimum capacity**

ASF's main objective is to increase production levels in order to reach the mill's optimum annual production capacity of 400,000 tonnes of billets. This objective requires increasing annual production by 40% or 160,000 tonnes. The company's other objectives include:

- developing existing marketing and sales.

- Capitalising on growth in construction and infrastructure demand.

- Continuing to develop low-cost energy operations.

- Maintaining tight control over customer credit exposure.

- Complying with, and where possible, exceeding domestic norms and regulations in line with ASF's overall environmental policy, without necessarily incurring additional costs.

- Developing well-trained and motivated employees.

## Market segments and customers

In 1998, Alexandria National Iron and Steel Dekhela (ANDSK is the leading producer of rebars) purchased 180,000 tonnes of steel billets from ASF, representing 75% of its total production. The remaining 140,000 tonnes was sold to other manufacturers, such as Delta and El Saed. In 1999, Amitrade, ASF's subsidiary, has become its main customer. In order to guarantee a uniform, supply of competitively priced raw materials, Amitrade, which is responsible for purchasing ASF's raw materials, now also sells on billets to ANDSK.

**ANDSK is the main customer with 180,000 tonnes purchased in 1998**

## Market size, market structure and competitors

Demand for billets is directly dependent on Egyptian demand for rebars, which, in turn, depends on the growth of the domestic construction industry.

Given the growth rate of the construction industry, rebar production is expected to increase by 16% a year over the next few years. Local production, which has increased from meeting 56% of local demand in 1995 to 90% in 1998, is protected by import tariffs of 20%.

**Rebar production is expected to rise by 16% a year**

In response to the above, Egyptian demand for billets has increased by 100% - from 1.9mn tonnes in 1992 to 3.8mn tonnes in 1998. Of this 3.8mn tonnes, 2.5mn (66%) tonnes were produced locally while 1.3mn (34%) were imported.

ASF faces only limited local competition as most local billet manufacturers use them to produce their own rebars and they have no plans to produce more for sale on the open market. In 1998, ASF's production (240,000 tonnes) represented 6% of market production, led by ANDSK with 900,000 tonnes (26%) and Egyptian Iron and Steel with 805,000 tonnes (21%).

**Limited local competition**

ASF believes that competition from Western producers will decline as they move towards producing higher value added products such as top-of-the-range alloy steels, leaving billet production to emerging market manufacturers. In turn, competition from other emerging market producers such as Ukraine, Romania, Latvia and Turkey, is likely to fall as Egyptian law 161 of 1998 is enforced to protect local manufacturers against dumping and unwanted imports.

**Limited competition from western producers and anti-dumping laws against emerging market producers**

ASF believes that it should be able to increase its production by targeting the 1.3mn tonnes of imported billets that it sees as a shortage in the Egyptian market. ASF believes it has a competitive price advantage because of its lower transportation costs.

## Issues, Concerns and Risks

The price of ASF's billets is directly affected by fluctuations in the price of steel scrap. Steel scrap, which constituted 35-40% of the company's production costs in 1998, is the main raw material in the production of billets. In 1998, 80% of the steel scrap was bought locally while 20% was imported. In order to hedge against fluctuations in the price of steel scrap, ASF tries to maintain reserves for at least six months' production. In 1998, ASF paid an average price of around E£300 per tonne of steel scrap.

**Highly dependent on fluctuations of steel scrap prices**

The Egyptian Environmental Affairs Agency (EEAA) approved the environmental standards for ASF in May 1999. ASF believes it should not require any further investments to meet ISO 9000 quality requirements.

**Approved for environmental standards**

ASF has tested all its hardware and software (most of which was bought after 1996) to be year-2000 compliant and does not envisage the Y2K issue causing any problems.

**No year 2000 issue**

ASF's only indebtedness is a E£250,000 11% bond issue, issued on 29 September 1998, which matures in 2005.

NOT FOR DISTRIBUTION IN OR INTO THE UNITED STATES, CANADA OR JAPAN

## Financial Analysis
Table 18

### ASF Financial Highlights and SG Forecasts

Arab Steel Factory Income Statement, in E£ 000

| For year ending 31 December | 1997 | 1998 | 1999E | 2000E | 2001E | 2002E |
|---|---|---|---|---|---|---|
| Sales | - | 186,773 | 224,000 | 256,000 | 288,000 | 297,000 |
| Cost of Sales | - | 108,383 | 143,360 | 163,840 | 184,320 | 190,080 |
| **Gross Profit** | - | 78,390 | 80,640 | 92,160 | 103,680 | 106,920 |
| | | | | | | |
| Operating expenses before D&A | - | 2,503 | 3,360 | 3,840 | 4,320 | 4,455 |
| **EBITDA** | - | 75,887 | 77,280 | 88,320 | 99,360 | 102,465 |
| | | | | | | |
| Depreciation and amortisation | - | 18,231 | 19,562 | 20,771 | 21,955 | 23,224 |
| **EBIT** | - | 57,656 | 57,718 | 67,549 | 77,405 | 79,241 |
| | | | | | | |
| Net financial & other expense | - | 27,961 | 27,285 | 27,340 | 25,952 | 2,431 |
| EBT | - | 29,695 | 30,433 | 40,209 | 51,452 | 81,673 |
| | | | | | | |
| Tax provisions | - | 594 | - | - | - | - |
| **Net profit** | - | 29,101 | 30,433 | 40,209 | 51,452 | 81,673 |

Arab Steel Factory Balance Sheet in E£ 000

| For year ending 31 December | 1997 | 1998 | 1999E | 2000E | 2001E | 2002E |
|---|---|---|---|---|---|---|
| Cash | 1,857 | 2,264 | 1,680 | 16,291 | 25,595 | 77,650 |
| Accounts & other receivables | 57,727 | 99,546 | 112,000 | 128,000 | 144,000 | 148,500 |
| Notes receivable | - | - | - | - | - | - |
| Work in progress | - | - | - | - | - | - |
| Inventory | 73,683 | 77,309 | 91,840 | 104,960 | 118,080 | 121,770 |
| Other current assets | - | 6,984 | 14,560 | 16,640 | 18,720 | 19,305 |
| Total current assets | 133,267 | 186,103 | 220,080 | 265,891 | 306,395 | 367,225 |
| Net fixed assets | 218,975 | 209,226 | 211,125 | 209,916 | 208,731 | 207,463 |
| Other long term assets | 26,129 | 164,909 | 162,648 | 146,543 | 136,966 | 133,724 |
| Total long term assets | 245,104 | 374,135 | 373,773 | 356,459 | 345,697 | 341,187 |
| Total assets | 378,371 | 560,238 | 593,853 | 622,350 | 652,091 | 708,412 |
| | | | | | | |
| Accounts payable | 1,277 | 7,677 | 9,318 | 10,650 | 11,981 | 12,355 |
| Short term debt | 95,235 | 15,380 | 25,000 | 15,000 | - | - |
| Other current liabilities | - | 594 | - | - | - | - |
| Total current liabilities | 96,513 | 23,650 | 34,318 | 25,650 | 11,981 | 12,355 |
| | | | | | | |
| Long term debt due to banks | 156,561 | 4,668 | - | - | - | - |
| Long term debt - Holding Co. | - | - | - | - | - | - |
| Bonds | - | 250,000 | 250,000 | 250,000 | 250,000 | 250,000 |
| Total long term debt | 156,561 | 254,668 | 250,000 | 250,000 | 250,000 | 250,000 |
| Other long-term liabilities | 2,076 | 2,819 | - | - | - | - |
| Total long term liabilities | 158,637 | 257,487 | 250,000 | 250,000 | 250,000 | 250,000 |
| | | | | | | |
| Paid up capital | 20,000 | 250,000 | 250,000 | 250,000 | 250,000 | 250,000 |
| Reserves and retained earnings | 103,221 | 29,101 | 59,534 | 96,700 | 140,110 | 196,057 |
| **Shareholders' Equity** | 123,221 | 279,101 | 309,534 | 346,700 | 390,110 | 446,057 |
| **Total Liabilities & shareholders' Equity** | 378,371 | 560,238 | 593,853 | 622,350 | 652,091 | 708,412 |

SG

NOT FOR DISTRIBUTION IN OR INTO THE UNITED STATES, CANADA OR JAPAN

## Financial Analysis

Table 19

### ASF Financial Highlights and SG Forecasts

| Cash Flow Statement, in E£000 | | | | | |
|---|---|---|---|---|---|
| For year ending 31 December | 1998 | 1999E | 2000E | 2001E | 2002E |
| Net profits | 29,101 | 30,433 | 40,209 | 51,452 | 81,673 |
| Add: depreciation | 14,812 | 16,320 | 17,529 | 18,714 | 19,982 |
| Gross cash flow | 43,913 | 46,754 | 57,738 | 70,166 | 101,655 |
| Add: net financial & other expense | 27,961 | 27,285 | 27,340 | 25,952 | 2,431 |
| (increase) decrease in non-cash working capital | 125,291 | 23,893 | 39,869 | 44,869 | 8,401 |
| Operating cash flow | 53,416 | 50,145 | 45,210 | 51,250 | 90,823 |
| Capital expenditures on fixed assets | 5,063 | 18,219 | 16,320 | 17,529 | 18,714 |
| Free cash flow | 58,480 | 31,926 | 28,889 | 33,721 | 72,109 |
| Less: net financial and other expense | 27,961 | 27,285 | 27,340 | 25,952 | 2,431 |
| (increase) decrease in other long-term assets | 138,780 | 2,261 | 16,105 | 9,577 | 3,241 |
| Increase (decrease) in long-term liabilities | 98,850 | 7,487 | | | |
| Increase (decrease) in paid in capital | 126,779 | | | | |
| Less: dividends paid | | | 3,043 | 8,042 | 25,726 |
| Net cash flow | 408 | 585 | 14,611 | 9,304 | 52,056 |
| Beginning cash | 1,857 | 2,264 | 1,680 | 16,291 | 25,595 |
| Year end cash | 2,264 | 1,680 | 16,291 | 25,595 | 77,650 |

| Ratio and DuPont Analysis | | | | | |
|---|---|---|---|---|---|
| For year ending 31 December | 1998 | 1999E | 2000E | 2001E | 2002E |
| EBIT margin | 30.9% | 25.8% | 26.4% | 26.9% | 26.7% |
| X Asset turnover | 0.33 | 0.38 | 0.41 | 0.44 | 0.42 |
| = Return on assets (ROA) | 10.3% | 9.7% | 10.9% | 11.9% | 11.2% |
| x Financial & other burden | 0.52 | 0.53 | 0.60 | 0.66 | 1.03 |
| = EBT / Assets | 5.3% | 5.1% | 6.5% | 7.9% | 11.5% |
| x [1 - Effective tax rate] | 98.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| x Leverage [Assets / Equity] | 2.0 | 1.9 | 1.8 | 1.7 | 1.6 |
| = Return on equity (ROE) | 10.4% | 9.8% | 11.6% | 13.2% | 18.3% |
| | | | | | |
| Gross margin | 42.0% | 36.0% | 36.0% | 36.0% | 36.0% |
| EBITDA margin | 40.6% | 34.5% | 34.5% | 34.5% | 34.5% |
| Net margin | 15.6% | 13.6% | 15.7% | 17.9% | 27.5% |
| ROCE | 10.5% | 9.9% | 11.0% | 12.1% | 11.4% |
| Net debt / Equity | 0.96 | 0.88 | 0.72 | 0.58 | 0.39 |
| Net Interest cover | 2.06 | 2.12 | 2.47 | 2.98 | -32.59 |

### Financial Analysis – Comments

- The average price per tonne of billet was E£778 per tonne, lower than its normal level of E£850. We have conservatively projected prices at E£ 800 per tonne for the 1999-2001 period, with an increase in capacity utilisation from 60% (240,000 tonnes) in 1998 to 90% in 2001.

- This means that the CAGR 91-01 of 15.5% of sales and 21% of revenues is primarily due to higher capacity utilisation.

- The gross margin was exceptionally high in 1998. We are projecting lower margins in the 1999-2003 period as a result of higher scrap prices.

- Full capacity utilisation is expected by 2002. Expanding capacity is difficult by design. No plans for a new plant yet, which would require substantial capex.

NOT FOR DISTRIBUTION IN OR INTO THE UNITED STATES, CANADA OR JAPAN

## Amitrade for Trading and Contracting

### Company Operations

**Provides services to ASF and other steel manufacturers**

Amitrade for Commerce and Contracting's primary activity is to provide a range of services to its subsidiary, Arab Steel Factory (ASF), and other major steel manufacturers. These services vary from the purchase of raw materials, spare parts and consumables to the on-sale of steel billets. Recently, Amitrade has also been involved in the sale, supply and servicing of Toshiba lifts, escalators and walkways.

**Sale, supply and servicing of Toshiba lifts, escalators and walkways**

Incorporated on 13 December 1995 as a joint stock company under law 159 of 1981, Amitrade was initially intended solely to enable AFC to focus on its core business of steel production while it focused on steel logistics. Since then, however, its role has developed significantly.

Amitrade's revenues amounted to USD 23.7mn in 1998. As of June 1999, the company had 24 full-time employees.

### Products

Amitrade procures all types of raw material, spare parts and consumables (such as scrap iron, sponge iron, refractory bricks and graphite) for various steel manufacturing companies and ASF. Amitrade is also responsible for distributing the majority of ASF's billet production, maintaining contacts and carrying out sales contracts with rebar manufacturers on behalf of ASF.

**Sole distributor for Toshiba**

Since the beginning of this year, Amitrade has become Toshiba's sole distributor for escalators, lifts and moving walkways in Egypt and the Middle East. In addition, it has also signed a contract to install and maintain these products.

### Core Strengths and Company Strategy

Amitrade's key strategies consist of:

* Consolidating and improving its position as a leading trading company in Egypt.

* Expanding its trading services to other areas such as special steel, aluminium, glass, cement and other heavy industry operations.

* Expanding the distributorship of Toshiba lifts and escalators to include other countries in the Middle East.

* Expanding the trading business to cover other countries in the Middle East.

* Maintaining tight control over credit exposure to customers and developing highly trained employees.

### Market segments and customers

Amitrade operates in two main markets:

**Trading of billets and scrap represents 70% of sales**

The trading of billets and scrap is its main activity, representing some 70% of its sales, while the sale of consumable materials and additives represents about 20% of sales. Its main contract is with ANDSK for the supply of 180,000 tonnes of steel billets that it buys, at no special discount, from ASF. In addition, Amitrade also operates with other companies such as Al Saied Company to which it supplies raw materials and consumables.

**Toshiba distributorship represents 10% of sales**

The Toshiba lift and escalator distributorship represents about 10% of sales. The contract runs for two years with an automatic extension of 12 months if and when the agreement is terminated. Amitrade will be targeting the high-end segment of the market such as hospitals, office buildings, commercial centres and hotels. Following an open tender, its first contract was signed with Swissotel

NOT FOR DISTRIBUTION IN OR INTO THE UNITED STATES, CANADA OR JAPAN

(owned by the Scandinavian Company for Investments and Touristic Development which is controlled by the Lakah family).

## Market size, market structure and competitors

Amitrade's main competitors in the Egyptian trading market are: El Nasr Co for Import/Export, Min Co for Foreign Trade, Arab Co for Foreign Trade and El Mahareeth Wal Handessa.

**Lift market expected to rise by 10% a year**

Amitrade expects the lift market to grow by 10% a year until end-2005. There are currently 30 lift suppliers and contractors in Egypt, of which 65% are international manufacturers such as Otis, Schindler, Marryat and Scott, Hans, Mitsubishi, Dover, Thyssen and Haushann.

## Issues, Concerns and Risks

**Reducing dependence on ASF**

- Amitrade has been actively looking to reduce its dependence on ASF by developing business with other major steel manufacturers. In 1998, 87% of Amitrade's sales came from steel-related purchases from other companies. This allows Amitrade not to be restricted by ASF's production capacity and to grow with the Egyptian steel market rather than ASF's production capacity.

**Diversification from steel**

- Amitrade has also been actively seeking to diversify away from steel-related raw materials and products by expanding into other markets. The exclusive contract signed with Toshiba in February 1999 for the sale, installation and maintenance of lifts, elevators and walkways is the fruit of such efforts.

**No year 2000 issue**

- Amitrade has tested all its hardware and software to be Y2K compliant and does not believe it will encounter any problems in this area.



NOT FOR DISTRIBUTION IN OR INTO THE UNITED STATES, CANADA OR JAPAN

## Financial Analysis
Table 20

### Amitrade Financial Highlights and SG Forecasts

#### Amitrade Income Statement, in EE 000

| For year ending 31 December | 1997 | 1998 | 1999E | 2000E | 2001E | 2002E |
|---|---|---|---|---|---|---|
| Sales | 50,092 | 80,577 | 219,822 | 234,108 | 248,276 | 262,153 |
| Cost of Sales | 45,887 | 67,881 | 205,399 | 218,327 | 231,833 | 244,421 |
| **Gross Profit** | 4,205 | 12,696 | 14,423 | 15,781 | 16,444 | 17,733 |
| | | | | | | |
| Operating expenses before D&A | 649 | 921 | 2,437 | 2,578 | 2,718 | 2,855 |
| **EBITDA** | 3,556 | 11,774 | 11,987 | 13,203 | 13,726 | 14,878 |
| | | | | | | |
| Depreciation and amortisation | 8 | 3 | 201 | 231 | 261 | 291 |
| **EBIT** | 3,548 | 11,771 | 11,785 | 12,972 | 13,464 | 14,587 |
| | | | | | | |
| Net financial & other expense | 2,114 | 4,802 | 27 - | 263 - | 634 - | 991 |
| EBT | 1,433 | 6,969 | 11,758 | 13,235 | 14,098 | 15,578 |
| | | | | | | |
| Tax provisions | 981 | 927 | 2,703 | 3,294 | 3,639 | 4,231 |
| **Net profit** | 452 | 6,042 | 9,055 | 9,941 | 10,459 | 11,347 |

#### Amitrade Balance Sheet in EE 000

| For year ending 31 December | 1997 | 1998 | 1999E | 2000E | 2001E | 2002E |
|---|---|---|---|---|---|---|
| Cash | 427 | 290 | 4,347 | 8,253 | 12,008 | 11,806 |
| Accounts & other receivables | 28,854 | 47,843 | 65,947 | 70,232 | 74,483 | 78,646 |
| Notes receivable | - | | - | | - | - |
| Work in progress | - | | - | | - | - |
| Inventory | 4,350 | 3,028 | 8,793 | 9,364 | 9,931 | 10,486 |
| Other current assets | 534 | 19,832 | 30,810 | 32,749 | 34,775 | 36,663 |
| Total current assets | 34,165 | 70,993 | 109,896 | 120,599 | 131,197 | 137,602 |
| Net fixed assets | 172 | 10,048 | 11,347 | 12,615 | 13,854 | 15,063 |
| Other long term assets | 167 | 125 | 84 | 42 | - | - |
| Total long term assets | 339 | 10,173 | 11,430 | 12,657 | 13,854 | 15,063 |
| Total assets | 34,504 | 81,166 | 121,326 | 133,256 | 145,051 | 152,665 |
| | | | | | | |
| Accounts payable | 2,655 | 1,460 | 12,324 | 13,100 | 13,910 | 14,665 |
| Short term debt | 19,984 | 21,589 | 40,000 | 45,000 | 50,000 | 50,000 |
| Other current liabilities | 1,412 | 1,622 | 3,453 | 4,194 | 4,689 | 5,431 |
| Total current liabilities | 24,051 | 24,671 | 55,777 | 62,294 | 68,599 | 70,096 |
| | | | | | | |
| Long term debt due to banks | - | - | - | - | - | - |
| Long term debt - Holding Co. | - | - | - | - | - | - |
| Bonds | - | - | - | - | - | - |
| Total long term debt | - | - | - | - | - | - |
| Other long-term liabilities | - | - | - | - | - | - |
| Total long term liabilities | - | - | - | - | - | - |
| | | | | | | |
| Paid up capital | 10,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 |
| Reserves and retained earnings | 452 | 6,495 | 15,549 | 20,963 | 26,451 | 32,568 |
| **Shareholders' Equity** | 10,452 | 56,495 | 65,549 | 70,963 | 76,451 | 82,568 |
| **Total Liabilities & shareholders' Equity** | 34,504 | 81,166 | 121,326 | 133,256 | 145,051 | 152,665 |

1 July 1999

## Financial Analysis

Table 21

### Amitrade Financial Highlights and SG Forecasts

#### Cash Flow Statement, in E£000

| For year ending 31 December | | 1998 | 1999E | 2000E | 2001E | 2002E |
|---|---|---|---|---|---|---|
| Net profits | | 6,042 | 9,055 | 9,941 | 10,459 | 11,347 |
| Add: depreciation and amortisation | | 3 | 201 | 231 | 261 | 291 |
| Gross cash flow | | 6,046 | 9,256 | 10,172 | 10,720 | 11,638 |
| Add: net financial & other expense | | 4,802 | 27 - | 263 - | 634 - | 991 |
| (Increase) decrease in non-cash working capital | - | 36,345 - | 3,740 - | 280 - | 537 - | 5,110 |
| Operating cash flow | - | 25,498 | 5,543 | 9,629 | 9,549 | 5,537 |
| Capital expenditures on fixed assets | | 10,005 | 1,500 | 1,500 | 1,500 | 1,500 |
| Free cash flow | - | 35,503 | 4,043 | 8,129 | 8,049 | 4,037 |
| Less: net financial and other expense | - | 4,802 - | 27 | 263 | 634 | 991 |
| (Increase) decrease in other long-term assets | | 42 | 42 | 42 | 42 | - |
| Increase (decrease) in long-term liabilities | | - | - | - | - | - |
| Increase (decrease) in paid in capital | | 40,000 | - | - | - | - |
| Add: net disposal of assets | | 126 | - | - | - | - |
| Less: dividends paid | | - | - - | 4,527 - | 4,970 - | 5,230 |
| Net cash flow | - | 137 | 4,057 | 3,906 | 3,754 - | 201 |
| Beginning cash | | 427 | 290 | 4,347 | 8,253 | 12,008 |
| Year end cash | | 290 | 4,347 | 8,253 | 12,008 | 11,806 |

#### Ratio and DuPont Analysis

| For year ending 31 December | 1998 | 1999E | 2000E | 2001E | 2002E |
|---|---|---|---|---|---|
| EBIT margin | 14.6% | 5.4% | 5.5% | 5.4% | 5.6% |
| X Asset turnover | 0.99 | 1.81 | 1.76 | 1.71 | 1.72 |
| = Return on assets (ROA) | 14.5% | 9.7% | 9.7% | 9.3% | 9.6% |
| x Financial & other burden | 0.59 | 1.00 | 1.02 | 1.05 | 1.07 |
| = EBT / Assets | 8.6% | 9.7% | 9.9% | 9.7% | 10.2% |
| x [1 - Effective tax rate] | 86.7% | 77.0% | 75.1% | 74.2% | 72.8% |
| x Leverage [Assets / Equity] | 1.4 | 1.9 | 1.9 | 1.9 | 1.8 |
| = Return on equity (ROE) | 10.7% | 13.8% | 14.0% | 13.7% | 13.7% |
| Gross margin | 15.8% | 6.6% | 6.7% | 6.6% | 6.8% |
| EBITDA margin | 14.6% | 5.5% | 5.6% | 5.5% | 5.7% |
| Net margin | 7.5% | 4.1% | 4.2% | 4.2% | 4.3% |
| ROCE | 15.1% | 11.2% | 11.2% | 10.6% | 11.0% |
| Net debt / Equity | 0.38 | 0.54 | 0.52 | 0.50 | 0.46 |
| Net interest cover | 2.45 | 429.05 | -49.33 | -21.23 | -14.72 |

### Financial Analysis – Comments

**A jump in 1999 sales followed by more moderate growth**

- While CAGR 99-01 sales of 45% may indicate strong growth in Amitrade's business, the growth is mainly due to the 180k tonne contract which takes effect in 1999. CAGR 2000-2002 is only 6% for sales. The Toshiba lift business may pick up much more quickly but we are adopting a wait-and-see approach and keeping our growth assumptions conservative.

**Lower growth in earnings due to lower margin and a different sales mix**

- The CAGR 99-01 net earnings of 20% is much higher than the CAGR 2000-2002 net earnings of 7.8%. The fact that the growth in net earnings is lower than the growth in sales is due to lower margins after 1998 on scrap and other raw materials and on a different sales mix with lower-margin lift business (11%).

- The return on equity in the 1999-2001 period is higher than in 1998, despite lower margins. This is due to higher gearing generated from growth in the volume of the trading business.

NOT FOR DISTRIBUTION IN OR INTO THE UNITED STATES, CANADA OR JAPAN

## Industrial Consumer Company

### Company Operations

**Second largest manufacturer in terms of production units**

Industrial Consumer Company (ICC) manufactures and sells light bulbs and tubes. It is the second largest manufacturer, in terms of production units, in this sector. ICC owns one of only two factories in Egypt to have an integral manufacturing line from glass manufacture and assembly to packaging.

Incorporated on 5 December 1995 as a joint stock company under law 159 of 1981, ICC was established to meet the growth in demand generated by the rise in construction activity and the 5-year plan to expand electrification in Egypt.

ICC acquired El Sherif Lighting Facility from the government in November 1997 for E£40mn. It was in poor condition but offered many advantages such as sufficient space for expansion, a glass furnace, and a fluorescent lamp production line that, while not operational, had modern horizontal fluorescent lighting technology.

In June 1999, the company changed its name from American Company for Marketing to Industrial Consumer Company.

As of June 1999, ICC had 397 full-time employees.

**Negotiating with major multinational for joint venture**

Lakah Group is currently in negotiations with a major multinational in order to enter into a joint venture in which it would technically assist in upgrading and operating the factory, sign a licence agreement to use its brand name and market and distribute products in Egypt as well as overseas.

**ICC established three subsidiaries**

Due to this surplus floor capacity, until the expansion of its lighting assembly lines is completed, ICC established three subsidiaries: Industrial Steel and Metalwork, Industrial Woodwork and Industrial Aluminium Works, which are all 99.9%-owned by ICC, and lease space from its factory.

**10 year tax holiday**

As the company is located in the desert city of 10th of Ramadan, it is exempt from paying corporation tax for 10 years. This period has now ended but after the completion of improvement work on its facilities, it will be eligible for a further ten-year period from 2000 until 2010.

### Products

ICC produces glass shells (5 tonnes/day capacity), 18mm to 40mm glass tubes (10 tonnes/day capacity), 25, 40, 60, 75 and 100 watt GLS lamps (4,500 units/day capacity), 18 and 36 watt and fluorescent lamps (200 units/day capacity). ICC plans to introduce its own 'Candella' brand in the form of candle lamps, spotlights, night lamps and 32mm diameter glass tubes.

**Production of fluorescent lights began in June 1999**

ICC completed trial production of its fluorescent lights line in June 1999 and has entered production. Utilisation of its GLS production capacity has risen from 20% to 70%.

In addition, its three subsidiaries produce wooden doors, window frames, grilles, hand rails and aluminium products for the construction industry.

### Core Strengths and Company Strategy

**Competitive advantage due to transportation constraints**

ICC has a competitive advantage over imported goods because of high cost and breakages due to transport, significant customs duties and anti-dumping laws.

Furthermore, ICC is the only private sector factory in Egypt to have a glass furnace (production capacity of 22 tonnes per day).

ICC's strategy is to develop its market share of GLS normal bulbs and fluorescent lamps in Egypt and the Middle East (through free trade agreements) which currently are largely imported. ICC believes there is room for two local manufacturers to share significant market share in the Egyptian lighting market.

## Market segments and customers

- ICC held 8% of the GLS bulbs market in 1998 and expects to grow its share to 14% in 1999. ICC only started producing fluorescent lights in 1999 but expects to have 27% of the market by the end of 1999 (largely taken from imported lamps due to competitive advantages).

- 90% of ICC's sales are made to wholesalers and 10% to local tender business and retail. In addition, a small quantity of glass shell and tube sales goes to other lighting manufacturers which do not have their own glass furnaces.

*Projects getting 14% of GLS market and 27 % of fluorescent light market in 1999*

*90% of sales to wholesalers*

## Market size, market structure and competitors

The Egyptian government's decision under the 5-year plan to expand the country's electricity distribution to cover the entire country, coupled with the growth of the Egyptian Construction sector, has increased demand for light bulbs. Domestic demand for light bulbs increased by 16% from 110mn units in 1995 to 128mn units in 1998. ICC estimates that demand for GLS and fluorescent lamps will reach 117mn and 19.5mn units, respectively, in 1999.

*Five-year plan to expand Egypt's electricity and growth of construction sector boosts demand for bulbs*

Neasa is ICC's main local competitor, with 47% of the GLS bulb market and 38% of the fluorescent lights market. Imported lights come second, with 32% of the GLS bulb market and 57% of the fluorescent lights market. Other local production only represents 13% of the GLS market and 5% of the fluorescent lights market.

*Neasa is the main competitor with 47% of the GLS market and 38% of the fluorescent lights market*

## Issues, Concerns and Risks

All the requisite raw materials are readily available in Egypt, without the need to rely on a single supplier and of sufficient quality to ensure the production of top quality glass. Other components, such as filaments, caps, exhaust tubes and flares, are imported.

*Raw materials easily available*

ICC has met all Egyptian environmental requirements under law No 4 of 1994.

*Has met all environmental requirements*

ICC has tested all its computer hardware and software to be year 2000 compliant and does not believe the Y2K issue will lead to any problems.

*No year 2000 issue*

NOT FOR DISTRIBUTION IN OR INTO THE UNITED STATES, CANADA OR JAPAN

## Financial Analysis
Table 22

### ICC Financial Highlights and SG Forecasts

#### ICC Income Statement, in EE 000

| For year ending 31 December | 1998 | 1999E | 2000E | 2001E | 2002E |
|---|---|---|---|---|---|
| Sales | - | 44,363 | 54,245 | 60,125 | 65,506 |
| Cost of Sales | - | 28,363 | 34,731 | 38,345 | 41,593 |
| **Gross Profit** | - | 16,000 | 19,515 | 21,780 | 23,913 |
| | | | | | |
| Operating expenses before D&A | - | 3,406 | 4,340 | 4,810 | 5,240 |
| **EBITDA** | - | 12,593 | 15,175 | 16,970 | 18,672 |
| | | | | | |
| Depreciation and amortisation | - | 3,405 | 5,280 | 5,280 | 5,317 |
| **EBIT** | - | 9,189 | 9,895 | 11,690 | 13,355 |
| | | | | | |
| Net financial & other expense | - | 802 | 1,177 | 2,067 | 3,117 |
| EBT | - | 8,387 | 11,073 | 13,757 | 16,472 |
| | | | | | |
| Tax provisions | - | 1,355 | - | - | - |
| **Net profit** | - | 7,032 | 11,073 | 13,757 | 16,472 |

#### ICC Balance Sheet in EE 000

| For year ending 31 December | 1998 | 1999E | 2000E | 2001E | 2002E |
|---|---|---|---|---|---|
| Cash | 245 | 12,394 | 21,755 | 32,811 | 35,587 |
| Accounts & other receivables | 575 | 13,863 | 16,952 | 18,789 | 20,471 |
| Notes receivable | 196 | 28 | - | - | - |
| Work in progress | - | - | - | - | - |
| Inventory | 5,520 | 2,218 | 2,712 | 3,006 | 3,275 |
| Other currrent assets | 66,405 | 3,427 | 4,112 | 4,359 | 4,533 |
| Total current assets | 72,942 | 31,931 | 45,531 | 58,965 | 63,866 |
| Net fixed assets | 39,886 | 61,886 | 57,011 | 52,636 | 58,124 |
| Other long term assets | 15,373 | 1,619 | 1,214 | 809 | 405 |
| Total long term assets | 55,259 | 63,505 | 58,225 | 53,445 | 58,528 |
| Total assets | 128,201 | 95,436 | 103,756 | 112,411 | 122,394 |
| | | | | | |
| Accounts payable | 290 | 3,404 | 4,168 | 4,601 | 4,991 |
| Short term debt | 68,993 | - | - | - | - |
| Other current liabilities | - | - | - | - | - |
| Total current liabilities | 69,282 | 3,404 | 4,168 | 4,601 | 4,991 |
| | | | | | |
| Long term debt due to banks | 8,919 | - | - | - | - |
| Long term debt - Holding Co. | - | 35,000 | 35,000 | 35,000 | 35,000 |
| Bonds | - | - | - | - | - |
| Total long term debt | 8,919 | 35,000 | 35,000 | 35,000 | 35,000 |
| Other long-term liabilities | - | - | - | - | - |
| Total long term liabilities | 8,919 | 35,000 | 35,000 | 35,000 | 35,000 |
| | | | | | |
| Paid up capital | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 |
| Reserves and retained earnings | - | 7,032 | 14,589 | 22,809 | 32,403 |
| **Shareholders' Equity** | 50,000 | 57,032 | 64,589 | 72,809 | 82,403 |
| **Total Liabilities & shareholders' Equity** | 128,201 | 95,436 | 103,756 | 112,411 | 122,394 |

## Financial Analysis

Table 23

### ICC Financial Highlights and SG Forecasts

ICC Cash Flow Statement, in £E000

| For year ending 31 December | 1998 | 1999E | 2000E | 2001E | 2002E |
|---|---|---|---|---|---|
| Net profits | - | 7,032 | 11,073 | 13,757 | 16,472 |
| Add: depreciation and amortisation | 114 | 3,000 | 4,875 | 4,875 | 4,913 |
| Gross cash flow | 114 | 10,032 | 15,948 | 18,632 | 21,385 |
| Add: net financial & other expense | - | 802 - | 1,177 - | 2,067 - | 3,117 |
| (Increase) decrease in non-cash working capital | 43,727 - | 12,718 - | 3,475 - | 1,944 - | 1,735 |
| Operating cash flow | 43,613 - | 1,884 | 11,295 | 14,621 | 16,532 |
| Capital expenditures on fixed assets | - | 25,000 | - | 500 | 10,400 |
| Free cash flow | 43,613 - | 26,884 | 11,295 | 14,121 | 6,132 |
| Less: net financial and other expense | - | 802 | 1,177 | 2,067 | 3,117 |
| (Increase) decrease in other long-term assets | 15,291 - | 13,754 | 405 | 405 | 405 |
| Increase (decrease) in long-term liabilities | 8,919 | 26,081 | - | - | - |
| Increase (decrease) in paid in capital | 49,750 | - | - | - | - |
| Less: dividends paid | - | - | 3,516 - | 5,536 - | 6,878 |
| Net cash flow | 235 - | 12,149 | 9,361 | 11,056 | 2,775 |
| Beginning cash | 480 | 245 | 12,394 | 21,755 | 32,811 |
| Year end cash | 245 | 12,394 | 21,755 | 32,811 | 35,587 |

Ratio and DuPont Analysis

| For year ending 31 December | 1998 | 1999E | 2000E | 2001E | 2002E |
|---|---|---|---|---|---|
| EBIT margin | | 20.7% | 18.2% | 19.4% | 20.4% |
| X Asset turnover | | 0.46 | 0.52 | 0.53 | 0.54 |
| = Return on assets (ROA) | | 9.6% | 9.5% | 10.4% | 10.9% |
| x Financial & other burden | | 0.91 | 1.12 | 1.18 | 1.23 |
| = EBT / Assets | | 8.8% | 10.7% | 12.2% | 13.5% |
| x [1 - Effective tax rate] | | 83.8% | 100.0% | 100.0% | 100.0% |
| x Leverage [Assets / Equity] | 2.6 | 1.7 | 1.6 | 1.5 | 1.5 |
| = Return on equity (ROE) | | 12.3% | 17.1% | 18.9% | 20.0% |
| | | | | | |
| Gross margin | | 36.1% | 36.0% | 36.2% | 36.5% |
| EBITDA margin | | 28.4% | 28.0% | 28.2% | 28.5% |
| Net margin | | 15.9% | 20.4% | 22.9% | 25.1% |
| ROCE | | 10.0% | 9.9% | 10.8% | 11.4% |
| Net debt / Equity | 1.55 | 0.40 | 0.21 | 0.03 | -0.01 |
| Net interest cover | | 11.46 | -8.40 | -5.66 | -4.28 |

**CAGR 2000-2002 of 14% for sales and 33% for net earnings**

### Financial Analysis – Comment

- Moderate sales growth expected in the 2000-2002 period coupled with higher earnings growth. This is due to an improving sales mix with higher margin workshops growing more quickly than lower margin light bulbs.

- The tax holiday enjoyed by ICC starting from 2000, combined with lower financial burden (as illustrated by the DuPont Analysis), explains the significant jump in ROE between 1999 and the 2000-2002 period despite relatively flat ROCE.

- With ROCE one of the best indicators of operating profitability, stagnant in the 10% to 11.5% range, it is at best equal to the cost of debt.

SG    NOT FOR DISTRIBUTION IN OR INTO THE UNITED STATES, CANADA OR JAPAN

## Industrial Investment Company

### Company Operations

Industrial Investment Company (IIC) invests in Egyptian industrial concerns and real estate. IIC owns Detergent Company (which it leases out), the leading privately owned detergent plant in Egypt; 90% of Universal for Heavy Transport, the leading privately-owned freight trucking company operating in Egypt; 49% of Suez Company for Metallurgic, a company which produces steel rebars, beams and angles; and various real estate in Cairo.

Incorporated on 3 December 1995 as a joint stock company under law 159 of 1981, it changed its name from Empain for Financial Real Estate Investment to Industrial Investment Company in June 1999.

IIC's revenues amounted to USD2.6mn in 1998.

**10 year tax holiday for Detergent Company after renovations**

Once renovations to its factory are completed, the Detergent Company will enjoy a ten year tax holiday

**10 year tax holiday for Suez**

Due to Suez Company for Metallurgic Industries' relocation in a new industrial zone, it will benefit from a 10-year tax holiday.

### Products

**Largest production capacity among privately-owned detergent plants**

Detergent Company, which it leases out, was acquired for about E£81mn on 1 January 1999. Its factory has the largest production capacity among privately-owned detergent plants in the country. It has a full line manufacturing facility with capacity to manufacture detergent and sodium silicate and package detergent products. Detergent Factory produces low foam powder for automatic - and semi-automatic washing machines, hi-foam powder for hand washing, powder for dish washers, special detergents for hospital use, liquid detergents for cleaning dishes, floors, carpets and glass, hair shampoo and fabric softeners.

Universal for Heavy Transport owns or leases 51 Mercedes Benz 50 tonne trucks offering service from and to all maritime ports, airports and regions in Egypt.

Suez Company for Metallurgic manufactures steel rebars, angles and beams with an annual capacity of 150,000 tonnes of steel.

### Core Strengths and Company Strategy

IIC's strategy line is to ensure both long-term capital appreciation from its industrial assets and current income through its real estate investments.

### Market Analysis

▪ **Market segments and customers**

**21% of detergent market**

Detergent Company: Prior to being acquired by IIC, the company had a 21% share of the Egyptian detergent market.

**16% of total freight due to Amitrade**

Universal for Heavy Transport: In 1998, 16% of its total freight tonnage was the result of contracts with its Amitrade subsidiary.

**Suez production sold locally**

Suez Company for Metallurgic: All production is sold locally to the construction industry. Given its geographic proximity, IIC expects its future production to meet demand from the new tourist developments in Ain El-Sukhna, Ras Seder and Marsa Alam.

▪ **Market size, market structure and competitors**

**Detergent market increased by 48% in 10 years**

Detergent Company: local production of detergent has risen by 48% from 72mn tonnes in 1986 to 107mn tonnes in 1996. This still left demand of 4mn tonnes in



NOT FOR DISTRIBUTION IN OR INTO THE UNITED STATES, CANADA OR JAPAN

1996. The growth of this industry is greatly correlated to population growth and the gradual replacement of hand washing with washing machines.

Universal for Heavy Transport: The company estimates demand for heavy freight truck deliveries at 32mn tonnes in 1999, 6.5mn tonnes over Egypt's present capacity.

• **Issues, Concerns and Risks**

**5% tax on freight since 1 January 1999**

On 1 January 1999 the Egyptian government implemented a 5% sales tax on freight. This will be an added tax on Universal for Heavy Transport.

**No Y2K issue**

IIC has tested all of its computer hardware and software to be year 2000 compliant and does not envisage any Y2K problems.



NOT FOR DISTRIBUTION IN OR INTO THE UNITED STATES, CANADA OR JAPAN

## Financial Highlights and SG Forecasts
Table 24

### IIC Financial Highlights and SG Forecasts

#### IIC Income Statement, In EE 000

| For year ending 31 December | 1998 | 1999E | 2000E | 2001E | 2002E |
|---|---|---|---|---|---|
| Sales | 8,895 | 12,928 | 14,574 | 16,453 | 18,598 |
| Cost of Sales | 600 | 1,099 | 1,239 | 1,399 | 1,581 |
| Gross Profit | 8,295 | 11,829 | 13,336 | 15,055 | 17,017 |
| | | | | | |
| Operating expenses before D&A | 74 | 100 | 97 | 139 | 187 |
| EBITDA | 8,220 | 11,729 | 13,239 | 14,915 | 16,830 |
| | | | | | |
| Depreciation and amortisation | 162 | 159 | 194 | 190 | 185 |
| EBIT | 8,058 | 11,571 | 13,044 | 14,726 | 16,646 |
| | | | | | |
| Net financial & other expense | 867 - | 29,807 - | 10,838 - | 12,625 - | 14,072 |
| EBT | 7,192 | 41,378 | 23,882 | 27,350 | 30,718 |
| | | | | | |
| Tax provisions | 144 | 11,431 | 4,433 | 5,820 | 7,167 |
| Net profit | 7,048 | 29,947 | 19,449 | 21,530 | 23,551 |

#### IIC Balance Sheet in EE 000

| For year ending 31 December | 1997 | 1998 | 1999E | 2000E | 2001E | 2002E |
|---|---|---|---|---|---|---|
| Cash | 62 | 580 | 15,198 | 2,389 | 1,576 | 1,717 |
| Accounts & other receivables | - | - | 5,250 | 874 | 987 | 1,116 |
| Notes receivable | - | | | | | |
| Work in progress | - | | | | | |
| Inventory | - | | | | | |
| Other current assets | - | | | | | |
| Total current assets | 62 | 580 | 20,448 | 3,264 | 2,563 | 2,833 |
| Net fixed assets | 8,100 | 7,938 | 7,779 | 7,585 | 7,395 | 7,210 |
| Other long term assets | 98,407 | 225,635 | 248,199 | 268,055 | 284,138 | 301,186 |
| Total long term assets | 106,507 | 233,573 | 255,978 | 275,639 | 291,533 | 308,396 |
| Total assets | 106,569 | 234,153 | 276,426 | 278,903 | 294,096 | 311,229 |
| | | | | | | |
| Accounts payable | 81,000 | 81,000 | | | | |
| Short term debt | - | - | - | 5,000 | 7,000 | 10,000 |
| Other current liabilities | - | 144 | 11,431 | 4,433 | 5,820 | 7,167 |
| Total current liabilities | 81,000 | 81,144 | 11,431 | 9,433 | 12,820 | 17,167 |
| | | | | | | |
| Long term debt due to banks | 5,564 | 17,962 | - | - | - | - |
| Long term debt - Holding Co. | - | - | 100,000 | 100,000 | 100,000 | 100,000 |
| Bonds | - | | | | | |
| Total long term debt | 5,564 | 17,962 | 100,000 | 100,000 | 100,000 | 100,000 |
| Other long-term liabilities | 5 | - | - | - | - | - |
| Total long term liabilities | 5,569 | 17,962 | 100,000 | 100,000 | 100,000 | 100,000 |
| | | | | | | |
| Paid up capital | 20,000 | 128,000 | 128,000 | 128,000 | 128,000 | 128,000 |
| Reserves and retained earnings | - | 7,048 | 36,995 | 41,470 | 53,276 | 66,062 |
| Shareholders' Equity | 20,000 | 135,048 | 164,995 | 169,470 | 181,276 | 194,062 |
| Total Liabilities & shareholders' Equity | 106,569 | 234,153 | 276,426 | 278,903 | 294,096 | 311,229 |


## Financial Analysis

Table 25

### IIC Financial Highlights and SG Forecasts

#### IIC Cash Flow Statement, in E£000

| For year ending 31 December | 1999E | 2000E | 2001E | 2002E |
|---|---|---|---|---|
| Net profits | 29,947 | 19,449 | 21,530 | 23,551 |
| Add: depreciation and amortisation | 159 | 194 | 190 | 185 |
| Gross cash flow | 30,105 | 19,644 | 21,720 | 23,736 |
| Add: net financial & other expense | 29,807 - | 10,838 - | 12,625 - | 14,072 |
| (increase) decrease in non-cash working capital | 74,963 | 2,377 | 3,275 | 4,218 |
| Operating cash flow | 74,665 | 11,183 | 12,370 | 13,881 |
| Capital expenditures on fixed assets | - | . | . | . |
| Free cash flow | 74,665 | 11,183 | 12,370 | 13,881 |
| Less: net financial and other expense | 29,807 | 10,838 | 12,625 | 14,072 |
| (Increase) decrease in other long-term assets | 22,564 - | 19,856 - | 16,083 - | 17,048 |
| Increase (decrease) in long-term liabilities | 82,038 | . | . | . |
| Increase (decrease) in paid in capital | . | . | . | . |
| Less: dividends paid | - - | 14,973 - | 9,725 - | 10,765 |
| Net cash flow | 14,618 - | 12,808 - | 813 | 140 |
| Beginning cash | 580 | 15,198 | 2,389 | 1,576 |
| Year end cash | 15,198 | 2,389 | 1,576 | 1,717 |

#### Ratio and DuPont Analysis

| For year ending 31 December | 1998 | 1999E | 2000E | 2001E | 2002E |
|---|---|---|---|---|---|
| EBIT margin | 90.6% | 89.5% | 89.5% | 89.5% | 89.5% |
| X Asset turnover | 0.04 | 0.05 | 0.05 | 0.06 | 0.06 |
| = Return on assets (ROA) | 3.4% | 4.2% | 4.7% | 5.0% | 5.3% |
| x Financial & other burden | 0.89 | 3.58 | 1.83 | 1.86 | 1.85 |
| = EBT / Assets | 3.1% | 15.0% | 8.6% | 9.3% | 9.9% |
| x [1 - Effective tax rate] | 98.0% | 72.4% | 81.4% | 78.7% | 76.7% |
| x Leverage [Assets / Equity] | 1.7 | 1.7 | 1.6 | 1.6 | 1.6 |
| = Return on equity (ROE) | 5.2% | 18.2% | 11.5% | 11.9% | 12.1% |
| | | | | | |
| Gross margin | 93.3% | 91.5% | 91.5% | 91.5% | 91.5% |
| EBITDA margin | 92.4% | 90.7% | 90.8% | 90.7% | 90.5% |
| Net margin | 79.2% | 231.6% | 133.4% | 130.9% | 126.6% |
| ROCE | 5.3% | 4.4% | 4.8% | 5.1% | 5.5% |
| Net debt / Equity | 0.13 | 0.51 | 0.61 | 0.58 | 0.56 |
| Net interest cover | 9.30 | -0.39 | -1.20 | -1.17 | -1.18 |

### Financial Analysis

**Significant long-term investments...**

- While IIC owns 90% of Universal for Heavy Transport, the ICC numbers do reflect a consolidation of the long-term investments made by the company (including the investment in the trucking company). The reason lie in the non-availability of audited figures for the trucking company. Note that Lakah's pro-forma consolidation of all its operations fully consolidates IIC's major investments.

**...will radically alter the current above-the-line picture...when consolidated**

- The current sales figures refer to the rental of the detergent plant and the two buildings. These are minor revenues compared to the revenues generated by the investments. We have assumed a highly conservative return on investments of 9%. The investment income results in a negative overall financial expense, despite significant borrowing of E£100mn from Lakah Group Holding.

- The significantly high 1999 net financial income includes a capital gain of E£21mn from the sale of a building.

NOT FOR DISTRIBUTION IN OR INTO THE UNITED STATES, CANADA OR JAPAN

# Key Economic Indicators

Table 26

## Egypt

| % change YOY | 1995/96 | 1996/97 | 1997/98 | 1998/99 | 1999/00 | 2000/01 | 2001/02 |
|---|---|---|---|---|---|---|---|
| GNP US$ bn | 60.2 | 67.6 | 75.6 | 82.7 | 90.2 | 98.5 | 108.2 |
| Population, 000s | 60.6 | 62.0 | 63.4 | 64.8 | 66.3 | 67.8 | 69.3 |
| GNP per capita | 993 | 1,091 | 1,192 | 1,276 | 1,360 | 1,453 | 1,561 |
| Real GDP | 5.1 | 5.3 | 5.7 | 5.3 | 5.5 | 5.6 | 5.8 |
| CPI (period avg) | 7.3 | 6.2 | 3.8 | 3.9 | 3.9 | 4.1 | 4.0 |
| Consumer prices (End June) | 8.3 | 4.7 | 3.6 | 3.6 | 4.4 | 4.0 | 4.0 |
| Budget bal % GDP | -1.3 | -0.9 | -1.0 | -1.0 | -1.1 | -1.0 | -0.8 |
| Gross domestic debt % GDP | 57.7 | 57.9 | 57.1 | 52.0 | 51.0 | 48.0 | 48.0 |
| Exports USDbn | 4.6 | 5.3 | 5.1 | 4.1 | 4.2 | 4.5 | 4.7 |
| Imports USDbn | 14.1 | 15.6 | 16.9 | 16.8 | 17.8 | 19.2 | 20.3 |
| Trade balance USDbn | -9.5 | -10.2 | -11.8 | -12.7 | -13.6 | -14.7 | -15.6 |
| - as % of GNP | -14.0 | -13.5 | -14.2 | -14.1 | -13.8 | -13.6 | -13.1 |
| Current account USDbn | -0.2 | 0.1 | -2.8 | -2.3 | -2.3 | -2.5 | -2.5 |
| - as % of GNP | -0.3 | 0.2 | -3.3 | -2.5 | -2.4 | -2.4 | -2.1 |
| Foreign reserves USDbn (end june) | 16.5 | 18.6 | 18.4 | 17.0 | 17.0 | 16.5 | 16.5 |
| Import cover | 11.7 | 11.9 | 10.9 | 10.3 | 9.7 | 8.8 | 8.1 |
| Total foreign debt | 31.2 | 29.1 | 28.1 | 29.8 | 29.0 | 30.0 | 31.0 |
| as % of GDP | 46.1 | 38.4 | 33.9 | 33.1 | 29.4 | 27.7 | 26.1 |

Data year ending June unless otherwise specified

Table 27

## Egypt

| | 1995/96 | 1996/97 | 1997/98 | 1998/99 | 1999/00 | 2000/01 | 2001/02 |
|---|---|---|---|---|---|---|---|
| 3-month T-bill rate (End June) | 10.2 | 9.9 | 9.0 | 11.5 | 11.0 | 10.5 | 10.0 |
| Exchange rate, average EGP/US$ | 3.39 | 3.39 | 3.39 | 3.39 | 3.40 | 3.40 | 3.40 |
| Exchange rate, end June, EGP/US$ | 3.39 | 3.39 | 3.39 | 3.40 | 3.40 | 3.40 | 3.40 |

NOT FOR DISTRIBUTION IN OR INTO THE UNITED STATES, CANADA OR JAPAN

NOT FOR DISTRIBTUION IN OR INTO THE UNITED STATES, CANADA OR JAPAN

# SG Emerging Markets Research

## EMEA

**LONDON**
SG Securities (London) Ltd
United Kingdom
Tel: (44171) 480 6022
Fax: (44171) 480 5011

**BUCHAREST**
Societe Generale Securities
Romania
Tel: (401) 231 4490
Fax: (401) 231 4494

**JOHANNESBURG**
Societe Generale Frankel Pollak
South Africa
Tel: (271 1) 833 5640
Fax: (2711) 836 0402

**WARSAW**
Societe Generale Securities
Poland
Tel: 48 22) 828 4360
Fax: (48 22) 828 4361

## ASIA

**LONDON**
SG Securities (London) Ltd
United Kingdom
Tel: (44171) 815 3600
Fax: (44171) 815 8686

**BEIJING**
SocGen-Crosby Securities Ltd
People's Republic of China
Tel: (8610) 6500 7510
Fax: (8610) 6500 7466

**KUALA LUMPUR**
SocGen-Crosby Research
Malaysia
Tel: (603) 261 0955
Fax: (603) 261 9073

**SHANGHAI**
SocGen-Crosby Securities Ltd
People's Republic of China
Tel: (8621) 6279 8471
Fax: (8621) 6279 7091

**HONG KONG**
SG Securities (HK) Limited
Hong Kong
Tel: (852)2166 4988
Fax: (852) 2166 4668

**COLOMBO**
SocGen-Crosby Securities Ltd
Sri Lanka
Tel: (9474) 710071
Fax: (941) 300052

**MANILA**
SocGen-Crosby Secs (Phil) Inc
Philippines
Tel: (632) 841 0777
Fax: (632) 849 2900

**SINGAPORE**
SocGen-Crosby Securities Pte Ltd
Singapore
Tel: (65) 390 2288
Fax: (65) 292 8266

**JAKARTA**
PT Crosby Indonesia
Indonesia
Tel: (6221) 250 6431
Fax: (6221) 250 6434

**MUMBAI**
SocGen-Crosby Securities
India
Tel: (9122) 288 6055
Fax: (9122) 288 6044

**BANGKOK**
SocGen-Crosby Research Ltd
Thailand
Tel: (662) 266 2789
Fax: (662) 266 2780

**KARACHI**
SocGen-Crosby Ltd
Pakistan
Tel: (9221) 587 1860
Fax: (9221) 586 2204

**SEOUL**
SG Securities (London) Ltd
Korea
Tel: (822) 399 4700
Fax: (822) 399 4747

## LATIN AMERICA

**NEW YORK**
SG Cowen Securities Corporation
United States of America
Tel: (1212) 278 4200
Fax: (1212) 278 4230

This publication is issued in the United Kingdom by or through SG Securities (London) Ltd ('SGSL') which is regulated by The Securities and Futures Authority. It is not intended to be an offer to buy or sell, or a solicitation of an offer to buy or sell, any securities. Investments in emerging markets can involve significant market, foreign exchange, legal, credit, tax and other risks and are not suitable for all investors. The information contained herein, including any expression of opinion, has been obtained from or is based upon sources believed to be reliable but is not guaranteed as to accuracy or completeness although SGSL believe it to be fair and not misleading. SGSL and its affiliated companies in the Société Générale Group, may from time to time deal in, hold or act as market-makers or act as advisers, brokers or bankers in relation to the securities, or derivatives thereof, of persons, firms or entities mentioned in this document or be represented on the board of such persons, firms or entities. Employees of SGSL and its affiliated companies in the Société Générale Group, or individuals connected to them, may from time to time have a position in or be holding any of the investments or related investments mentioned in this document. SGSL and its affiliated companies in the Société Générale Group, are under no obligation to disclose or take account of this document when advising or dealing with or for their customers and may have acted upon or made use of the information in this document prior to its publication. Any investments or investment services mentioned herein are not available for private customers.

**Devon House, 58-60 St Katherine's Way, London E1 9LB. Telephone 0171-762 5700, Fax 0171-762 5762.**
**SG Securities (London) Ltd is regulated by The Securities and Futures Authority and is a member of The London Stock Exchange.**
Registered in England No. 394201 VAT No. GB 629 2807 32. Registered Office: Exchange House, Primrose Street, Broadgate, London EC2A 2DD.
Copyright The Société Générale Group 1999. All rights reserved.