## LAW OFFICES OF
# ABBOUD, ABOUSLEIMAN & TYAN

844 ALFRED NACCACHE STREET, HOTEL-DIEU
TEL:961-1-613.434/535 - 423.800 - FAX: 961-1-602.555
E-mail: aatp@cyberia.net.lb
P.O.BOX: 116-5500 BEIRUT - LEBANON

| | | |
|---|---|---|
| ANTOINE ABBOUD | CHUCRI R. KHOURY | 12, AVENUE PIERRE 1ER DE SERBIE |
| CHAKER ABOUSLEIMAN | GRAZIELLA SALIBA | 75116 - PARIS |
| NADY TYAN | ANTOINE WAKIM | TEL: 47 20 18 50 |
| NASRI ABOUSLEIMAN | NADIM ABBOUD | FAX: 33-1-47 20 06 28 |
| SABA SABA | ALBERT YAMMINE | |
| BECHARA TARABAY | GHADA YAZBECK | |
| SOUHAIL ELIAS | JEAN TABET | |
| CHAMEL BASSILE | JOANNA KYRILLOS | |
| RANDA A. BALADI | | |
| CHARLES SACRE | OF COUNSEL : | |
| MIREILLE RICHA | BERGE SETRAKIAN | |

If there are problems with this transmission, please call 961-1-613535

## FACSIMILE TRANSMISSION

From : Randa Baladi                     Tel No.: 602555-613535

| Addressee / Organization | Fax No. | Tel No. |
|---|---|---|
| Mr. Ramy Lakah<br>Mr. Mohamed Khadr<br>Mr. Medhat Sobhy<br>Lakah Group | 202 417 6223 | 202 417 6224 |
| Ms. Susan McGowan<br>Warburg Dillon Read | 44-171-567-2327 | |
| Camille Abousleiman, Esq.<br>Stephen Jones, Esq.<br>Dewey Ballantine - London | 44-171-456-6001 | 44-171-456-6061 |

**Re : Lakah Group / Bond Issue.**

**Message :**

**Please see the attached.**

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are neither the intended recipient, nor the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, notify us immediately by telephone, and return the original message to us at the above address by mail. Thank you.

Date : September 7, 1999
Total Pages, including cover sheet : 4

ALSO AT BEIRUT . BLISS ST. - MAKDESSI BLDG. - P.O.BOX. 113-6100 - TEL. 961-1-860.391 / 603.166 - CELL: 961-3-204.426 - FAX: 961-1-603.166 - TLX 23039 JURIST
22 LA SAGESSE STREET - P.O.BOX 175-563 - TEL: 961-1-561.673 - CELL: 961-3-344.567 - FAX: 961-1-561.435 - TLX LEX 43928 LE

07/09 '99 TUE 18:03 [TX/RX NO 5354] @001

LAW OFFICES OF
# ABBOUD, ABOUSLEIMAN & TYAN

844 ALFRED NACCACHE STREET, HOTEL-DIEU
TEL:961-1-613.434/535 - 423.800 - FAX: 961-1-602.555
E-mail: aatp@cyberia.net.lb
P.O.BOX: 116-5500 BEIRUT - LEBANON

ANTOINE ABBOUD
CHAKER ABOUSLEIMAN
NADY TYAN
NASRI ABOUSLEIMAN
SABA SABA
BECHARA TARABAY
SOUHAIL ELIAS
CHAMEL BASSILE
RANDA A. BALADI
CHARLES SACRE
MIREILLE RICHA

CHUCRI R. KHOURY
GRAZIELLA SALIBA
ANTOINE WAKIM
NADIM ABBOUD
ALBERT YAMMINE
GHADA YAZBECK
JEAN TABET
JOANNA KYRILLOS

OF COUNSEL :
BERGE SETRAKIAN

12, AVENUE PIERRE 1ER DE SERBIE
75116 - PARIS
TEL. 47 20 18 50
FAX. 33-1-47 20 06 28

September 6, 1999

### MEMORANDUM TO :

LAKAH GROUP
Attn.: Mr. Ramy Lakah
Mr. Mohamed Khadr
Mr. Medhat Sobhy

WARBURG DILLON READ
Attn.: Ms. Susan McGowan

DEWEY BALLANTINE - LONDON
Attn.: Camille Abousleiman, Esq.
Stephen Jones, Esq.

From: Randa Baladi

Re : **Lakah Group / Bond Issue.**

Dear Sirs :

This memorandum will set forth the actions to be taken by me during the course of this week and next week :

### Due Diligence :

- Obtain a final sign-off on the diligence memoranda dated as of July 29, 1999 from Ahmed Abou Ali, Esq. prior to circulating them. I have forwarded several faxes and E-mail regarding this issue. I received finally an E-mail from Abou Ali promising that he will answer my request shortly as he was on vacation.

ALSO AT BEIRUT  BLISS ST. - MAKDESSI BLDG. - P.O.BOX: 113-6100 - TEL: 961-1-860.391 / 603.166 - CELL: 961-3-204.426 - FAX: 961-1-603 166 - TLX 23039 JURIST
memo¹  22 LA SAGESSE STREET - P.O.BOX. 175-563 - TEL: 961-1-561.673 - CELL: 961-3-344.567 - FAX. 961-1-561.435 - TLX LEX 43928 LE

- Circulate the diligence memoranda after Ahmed Abou Ali, Esq. final confirmation to Hani Sarie El Din, Esq. from Shalakany Law offices and Ms. Susan McGowan.

- A meeting was held between Tamim Foda, Raafat Sobhy (internal legal counsels), Mohamed Khadr, Stephen and myself regarding any update on the diligence. Except for the registration of the latest resolutions for the Holding and the Affiliates no further actions were taken (such as transfer of land, S-14 for Quest etc.) since July 29.

## Documents to be reviewed :

Stephen and I have requested to review the documents listed below. The Lakah Group stated that they will be made available shortly:

- Evidence of registration with the Commercial Registry of all latest resolutions for the Holding and the Affiliates (exact references of the resolutions were given to Tamim Foda and Raafat Sobhy).

- Evidence of the publication of the Business Plan as mandated by Decree No 251.

- All documents relating to ACIS (Arab Cast and Iron Steel) : issuance of new shares and transfer of shares.

- All external loan agreements with banks.

- All incorporation documents and contracts relating to the formation and operation of the leasing and disposable companies.

- All service station contracts for Universal for Heavy Transport.

N.B.: I should be going to Cairo when all the documents listed above are available for review in order to avoid having to go several times.

## Documents to be prepared :

The following documents should be prepared at the earliest :

- A short letter stating that the loans reviewed are all the loans that have been entered into by the Holding and the Affiliates.

3

- We promised Ramy to prepare at the earliest the necessary resolutions required to enter into the various transactions needed for the proposed bond issuance after obviously final agreement on the structure. Please note that the extension of guarantees will require shareholders' approval. This matter was confirmed by Hani Sarie El Din, Esq.

- Warburg Dillon Read requested that language should be included in the opinion of the Egyptian Counsel regarding the fact that the indebtedness of the Holding is not deemed according to Egyptian Law subordinated to that of the Affiliates. It appears that this issue is often raised in Europe. They would like this issue confirmed as soon as possible by the Egyptian Counsel.

I am at your disposal should you wish to discuss the matters listed in this memorandum further.

Regards