Holding Company for Financial Investments
**Lakah Group, S.A.E.**

**Lakah Group...**

Healthcare providers, equipping, building, managing and manufacturing

**...Taking care of the future.**




## Mission statement

"The company's aim is to maintain and expand its strong leadership position in the healthcare market, through further vertical integration and by introducing innovations and the highest quality products and serve as the Egyptian leader throughout the Middle East, North and West Africa. In addition, it aims to ensure the industrial businesses are profitable, well-managed low-cost producers with the ability to identify and seize creative opportunities for growth operations by filling specialist market segments in Egypt and its surrounding countries."

Remy Lakah
Chairman and CEO



Ramy Lakah



Michel Lakah

In 1985, the ownership of the Lakah family business transferred from Dr Raymond Lakah to his sons Ramy and Michel. Following in their father's footsteps, they grew and developed the Lakah Group to its present leadership position.

The Lakah Group, through its interests in healthcare and industrial companies, holds a leading position in several market segments. Its objective is to consolidate and improve these market positions.

The on-going liberalisation of the Egyptian economy, as well as the development of economies throughout the Middle East, North and West Africa, continues to create new business opportunities. The Lakah Group intends to capitalise on these opportunities by expanding into selected markets and developing new activities and services to complement its existing operations.

Its key business strategies include:

- The expansion of its healthcare operations into new markets; in particular Turkey, Algeria and Nigeria.
- The expansion of its healthcare business to include the supply of medical consumer products in Egypt, the Middle East and North Africa.
- To increase the scale of its medical leasing operation in Egypt, particularly for medium value equipment (less than US$ 200,000).
- To expand its management of medical centres and hospitals.
- To commence the operation of a health insurance business.
- To expand into the construction of other 'utilitarian' type buildings, based on the know-how gained from medical construction.
- To continue to maintain a technologically leading position in its industrial businesses and to develop low-energy efficient industrial operations.

# Lakah Group profile

## Healthcare

Medequip for Trading and Contracting;
whose principal activities include turnkey medical projects,
medical equipment distributorships, leasing/financing, and the
construction of medical facilities.



Trading Medical Systems Egypt;
whose primary business activity is the marketing, importing,
distributing and servicing of Toshiba Medical Systems imaging
equipment throughout Egypt, the Middle East, North and
West Africa.



Medical Centers Management Company;
is principally engaged in supplying medical imaging systems to
hospitals and medical centres, and to managing such facilities
for both public and private health providers in Egypt.



Quest Consult;
has two main business activities – the finishing of construction work
primarily for hospitals and other medical centres and serving as a
distributor for several manufacturers of building materials.



More detailed information about the healthcare businesses is contained later in this brochure (pages 6 to 13).

# Industry

Arab Steel Factory;
is a leading manufacturer of steel billets for sale in the Egyptian
market. Billet is the raw material required for the manufacture of
steel products used for reinforcing and strengthening concrete in
the construction industry.



Amitrade for Trading & Contracting;
whose primary activities are trading in iron and steel raw
materials and finished goods, and as the exclusive distributor
in Egypt for Toshiba elevators, escalators and moving walkways.



Industrial Consumer Company;
which manufactures and sells a wide range of light bulbs and
fluorescent tubes.



Industrial Investment Company;
is a company that invests in Egyptian industrial companies,
including heavy trucking and the manufacture of steel products
for the construction industry, and in real estate.



Again, further information about the industrial group businesses is provided on pages 16 to 23 of this brochure.

# Healthcare

In recent years, Egypt has experienced significant development in its medical and health sector. Changes in healthcare policy have resulted in an increase of healthcare to citizens at all levels, ranging from primary care to sophisticated specialties.

This increase has been achieved through improvements not only in patient care, but increased health insurance coverage, better facility advancements, administration and wellness education programmes.

Attention has been focused on three main areas of improvement; the number of beds available for patient care; the number of trained personnel including doctors, nurses and other staff; and the construction of new facilities and the modernisation of existing facilities.

### Lakah Group meets the growing healthcare needs

There is currently only one provider of vertically integrated healthcare solutions in Egypt today. The Lakah Group has expanded the services it offers such that it now builds, finishes, equips and manages medical facilities.

The Lakah Group's healthcare growth plans are based around the following trends:

- The volume of healthcare provision is largely due to a strongly growing population. The target segment is now in excess of 25 million Egyptians.
- There is a growth in demand for diagnosis and limited intervention procedures. This is leading to strong demand for sophisticated diagnostic medical equipment, such as CT and MRI imaging devices, for which the Lakah Group is a leading provider.
- The pace of the healthcare community's need to expand medical facilities is increasing faster than its available budgets. There is, therefore, a requirement for private involvement in investment and management – both of which the Lakah Group can provide.
- Upgrading medical facilities requires new construction equipped with high added-value medical equipment, together with clinical support/training and prompt after sales service and training. The Lakah Group is able to take advantage of this through its vertically integrated healthcare businesses.

**Right** Sharm El Sheikh Hospital. This turnkey hospital is one of the many built and equipped by the Lakah Group.

