# Quest Consult

Quest Consult is involved in the finishing of construction work in the healthcare sector – principally for hospitals and other medical facilities and in serving as a distributor for several manufacturers of high quality building and finishing materials.

In the construction area, Quest acts as a sub-contractor for construction projects, carrying out finishing work in respect of electrical fittings, plumbing, walls, floors, windows and interior design. Quest works closely with other companies in the Group, executing finishing work for fixed medical equipment sold by and construction activities undertaken by Medequip and also provides finishing work directly to TMSE and MCMC. Approximately 80% of Quest sales are to other Lakah Group members.

Quest also acts as a distributor in Egypt for manufacturers of building materials such as, Acryline, Polifen, Wavin and Mipdan. It is estimated that the company currently has a 29% share of the Egyptian market for specialised construction finishing work.

Quest has now established itself as a fully independent company capable of generating business outside the companies within the Lakah Group. Greatly increased activity in the Egyptian construction industry has allowed Quest to broaden its customer base. The company plans further expansion into other key areas such as government offices, schools, restaurants and fitting out trains. It also plans to secure additional distribution agreements with building materials manufacturers.









**Above** Fully equipped operating theatre.
**Left** Hospital reception area.
**Right** Completed room, Sharm El Sheikh Swissotel Resort.

Lakah Group 13

# Industrial

The companies comprising this Group are involved in the manufacture and sale of steel billets and finished steel products for the construction industry; lighting products; heavy trucking transportation; and real estate investments. The Lakah Family's connection with the Egyptian steel industry goes back to the early 1960s.

All the industrial businesses operate profitably and are in strong or market leading positions in sectors where there are excellent domestic growth prospects and limited domestic competition. In addition, several of the companies operate in areas where product/service demand currently exceeds local Egyptian supply. With barriers to foreign imports that include significant tariffs, customs duties and anti-dumping taxes and fines, together with clear customer preferences in dealing with local producers, there are real opportunities for these businesses to increase domestic production and substantially increase their Egyptian market share.



**Right** Arab Steel Factory, 10th of Ramadan City.



Lakah Group 15