# Industrial Investment Company

The Industrial Investment Company ('IIC') invests in Egyptian industrial businesses and real estate. Its investment strategy objectives are long term capital appreciation from its industrial assets and a current income from its property investments.

**Business Investment**

The company has acquired the leading privately owned detergents plant in Egypt, which it leases to Newleet Egypt. Newleet currently has over 20% of the domestic detergent market.

IIC also owns 90% of Universal for Heavy Transport Company. In volume terms, Universal is the leading transport company using heavy trucks in Egypt. It currently leases or owns 51 Mercedes Benz 50 ton trucks and the fleet is less than 18 months old. Demand for freight delivered by heavy trucks is expected to outstrip freight capacity in Egypt in 1999.

Suez Company for Metallurgic Industries is 49% owned by IIC. Its principal activity is the manufacture of rebars, beams and angles principally for the construction industry. Suez has the capacity to produce 150,000 tons of steel products per annum, and is currently operating at 70% capacity. All the current production is sold into the domestic market.

**Property Investment**

IIC currently owns two real estate properties.

The property on Mohad Street is occupied as a garage and is leased for three years to a travel company on a monthly rental of E£40,000 for year one, with annual rental increases of 10% in years two and three.

The property on Orouba Street is a three storey building, garage and gardens. It is leased for three years to a food company on a monthly rental of US$60,000 for the first year, also with annual rental increases of 10% in years two and three.



**Above** A steel rolling mill.
**Right** Universol for Heavy Transport Company.



Lakah Group 23

# Board members

The Executive Board of Directors:

| | |
|---|---|
| Ramy Lakah | Chairman and CEO |
| Michel Lakah | Vice-Chairman and CEO |
| Farouk Hassan | General Manager |
| Ramy Oda Pacha | Senior Executive Vice President |
| Mohamed Khadr | Senior Executive Vice President |
| Abdel Kader Farid | Vice President of Investments |
| Ismail Abdoun | Chief Financial Officer |
| Medhat Sobhy | Treasurer |
| Carl Baker | Investor Relations |

## History

The Holding Company for Financial Investment (Lakah Group) is today the largest private group in Egypt in terms of partnership share capital. The Lakah family's involvement in business in Egypt dates back to the 1890's, when initial interests in commodity trading, real estate, agriculture and various industrial ventures. In the 1960's, the Lakah family began its representation of a number of suppliers of medical equipment throughout Egypt and had also acquired interests in the steel industry. During the late 1980's and 1990's, the family expanded its interests to include construction activities, healthcare management and other industrial investments.

The Lakah family's interests were subsequently transferred into Lakah Holdings, which was incorporated as a joint stock company in November 1999 and listed on The Cairo Stock Exchange. More recently, a further restructuring has been carried out with the creation of the Lakah Group, comprising two defined business groupings — healthcare and industrial

**Lakah Group**
Headquarters:
68, Merghany St.
Heliopolis, Cairo, Egypt
P.O. Box: 177 Heliopolis Cairo
website: http://www.lakah-group.com
e-mail: lakah@lakah.com
Tel: (202) 4176224/5/6/7/8/9
Fax: (202) 4176223