# DEWEY BALLANTINE

1 UNDERSHAFT
LONDON EC3A 8LP
TEL 0171 456-6000   FAX 0171 456-6001

# DB

**Facsimile Transmission**

From: Camille Abousleiman          Tel. No. 0 171 456-6082
Date: March 2, 2000                Total pages, including cover sheet: 5

*If there is a problem with this transmission, please call 0171 456-6109.*

| Addressee | Fax No. | Tel No. |
|---|---|---|
| Mr. Ramy Lakah<br>Lakah Group | 00 202 417 6223 | 00 202 418 9621 |
|  |  |  |
|  |  |  |
|  |  |  |

**Message:** *Please see attached.*

---

NEW YORK
TEL: +1 212 259-8000
FAX: +1 212 259-6333

WASHINGTON, D.C.
TEL: +1 202 862-1000
FAX: +1 202 862-1093

LOS ANGELES
TEL: +1 213 626-3399
FAX: +1 213 625-0562

LONDON
TEL: +44 (0)171 456-6000
FAX: +44 (0)171 456-6001

HONG KONG
TEL: +852 2509-7000
FAX: +852 2509-7088

BUDAPEST
TEL: +36 1 374-2660
FAX: +36 1 374-2661

PRAGUE
TEL: +420 2 2494-9005
FAX: +420 2 2494-9010

WARSAW
TEL: +48 22 493-288
FAX: +48 22 498-023

---

The information contained in this telecopy message is confidential and is intended only for the exclusive use of the individual or entity named above and may contain information that is attorney work product, privileged, confidential or exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this message in error please immediately notify us by telephone (call collect) to arrange for its return. Thank you.

| Fax Operator: | User Number: 901182 |
|---|---|
| Transmission time: | Matter: 663524/UK39058 |

15:56 FROM DEWEY BALLANTINE LDN2 TO 24#002024176223# PAGE.001/005

# DEWEY BALLANTINE

## MEMORANDUM

TO: Mr. Ramy Lakah

FROM: Camille Abousleiman

DATE: March 2, 2000

RE: Banque du Caire

---

Please find attached various documents signed by Banque du Caire in connection with the removal of the pledge on the shares of Arab Steel. As you will recall, the amount of U.S.$35 million was paid to Banque du Caire from the proceeds of the bond offering as consideration for its removal of the pledge.

Please be advised that any attempt by Banque du Caire to reinstate the pledge would constitute a breach of Banque du Caire's commitments made in connection with the issuance of the bonds; in addition it would expose Banque du Caire to serious and credible claims for significant damages on the grounds that it acted fraudulently and in bad faith in obtaining payment of the initial U.S.$35 million in consideration for the release of the pledge. As a result, Banque du Caire would face claims for the return of the U.S.$35 million and for the payment of significant additional amounts on account of damages.

We hope that such a course of action is not being envisaged.

UK-39059