

يتشرف رئيس مجلس إدارة الشركة القابضة للاستثمارات المالية (ل.ك.ح جروب) شركة مساهمة مصرية

بدعوة السادة مساهمي الشركة

## لاجتماع الجمعية العامة العادية للشركة

يوم الاثنين الموافق ٢٠٠١/٤/٩ الساعة ١٢ ظهراً بمقر الشركة

الكائن في ٤٧ شارع العروبة تقاطع شارع الغزالي - مصر الجديدة - القاهرة

وفي حالة عدم اكتمال النصاب القانوني اللازم لصحة الاجتماع تنعقد الجمعية العامة العادية لاجتماع ثان يعقد في نفس المكان بعد ساعة من الاجتماع الأول (الساعة الواحدة ظهراً) يوم الاثنين الموافق ٢٠٠١/٤/٩.

ويعتبر الاجتماع الثاني صحيحاً أياً كان عدد الأسهم الممثلة فيه، وتصدر قرارات الجمعية العامة بالأغلبية المطلقة للأسهم الممثلة في الاجتماع.. وذلك للنظر في جدول الأعمال التالي:

١- النظر في تقرير مجلس إدارة الشركة عن السنة المالية المنتهية في ٣١ ديسمبر ٢٠٠٠.
٢- عرض تقرير السيد / مراقب الحسابات عن القوائم المالية عن السنة المالية المنتهية في ٣١ ديسمبر ٢٠٠٠.
٣- النظر في اعتماد القوائم المالية المنتهية في ٣١ ديسمبر ٢٠٠٠.
٤- اخلاء ذمة اعضاء مجلس إدارة الشركة عن السنة المالية المنتهية في ٣١ ديسمبر ٢٠٠٠.
٥- تحديد مكافآت وبدلات مجلس الإدارة عن السنة المالية المنتهية في ٣١ ديسمبر ٢٠٠١ واعتماد المكافآت والبدلات عن السنة المالية المنتهية في ٣١ ديسمبر ٢٠٠٠.
٦- تعيين مراقبي حسابات الشركة وتحديد أتعابهم عن السنة المالية المنتهية في ٣١ ديسمبر ٢٠٠١.
٧- إقرار التبرعات التي تمت خلال السنة المالية المنتهية في ٣١ ديسمبر ٢٠٠٠ وكذلك تحديد التبرعات بالنسبة للسنة المالية المنتهية في ٣١ ديسمبر ٢٠٠١.
٨- إقرار التغيرات التي تمت على مجلس إدارة الشركة خلال الفترة السابقة.
٩- ما يستجد من أعمال.

**تعليمات:**

١- للمساهم الذي يرغب في توجيه أسئلة إلى مجلس الإدارة أن يقدمها مكتوبة في مقر الشركة مقابل ايصال أو ارسالها بالبريد الموصى عليه قبل انعقاد الجمعية العامة بثلاثة أيام على الأقل.
٢- لكل مساهم الحق في حضور اجتماع الجمعية العمومية بطريق الاصالة أو الإنابة ويشترط لصحة الإنابة أن تكون ثابتة في توكيل كتابي وأن يكون الوكيل مساهماً.
٣- يجب على كل مساهم يرغب في حضور اجتماع الجمعية العامة أن يثبت بشهادة صادرة من إحدى شركات إدارة السجلات تفيد بتجميد الرصيد لحين انفضاض الجمعية العامة وذلك قبل تاريخ انعقادها بثلاثة أيام على الأقل.

رئيس مجلس الإدارة

**رامي ريمون لكح**

## تقرير مجلس الإدارة عن العام المالي ٢٠٠٠

تأسست الشركة القابضة للاستثمارات المالية (ل.ك.ح جروب) شركة مساهمة مصرية في ٢٩ نوفمبر ١٩٩٨ طبقاً لأحكام القانون رقم ٩٥ لسنة ١٩٩٢ ولائحته التنفيذية حيث تقوم الشركة بالاستثمار في شركات ذات قطاعات وأنشطة مختلفة ومتعددة (صناعي - تجاري - طبي - مقاولات)، ومن خلال هذا القطاع العريض من الشركات والأنشطة فقد تبين وجود انخفاض في حجم الإيرادات عام ٢٠٠٠ مقارنة بعام ١٩٩٩ وترجع أهم أسباب هذا الانخفاض إلى انخفاض اجمالي حجم أعمال المجموعة كنتيجة مباشرة لانخفاض حجم الأعمال في القوائم المالية للعملاء المتعاملين معها في مختلف الأنشطة بصفة عامة وفي المجال الطبي بصفة خاصة بالإضافة إلى تأثر كلاهما بالحالة الاقتصادية والأحداث المترتبة عليها من ركود وكساد في الأسواق العالمية بصفة عامة والأسواق المحلية بصفة خاصة مما استتبع معه قيام الشركة بتكوين المخصصات اللازمة لمقابلة الديون المشكوك في تحصيلها تطبيقاً لمبدأ الحيطة والحذر وتمشياً مع معايير المحاسبة الدولية والمتوافقة في معظمها مع معايير المحاسبة المصرية، بالإضافة إلى قيام شركة المصنع العربي للتجميد (إحدى الشركات التابعة) ببيع جزء من الأصول المملوكة والمنتجة لها مما له أكبر الأثر على آليات الإنتاج ومن ثم على آليات الربحية، كما قامت الشركة بالاتفاق مع البنوك الدائنة المحلية على إعادة جدولة وهيكلة جزء من مديونياتها وسدادها على فترات أطول وقد تعهدت الشركة بالالتزام الكامل بسداد كامل أصل المديونية بالإضافة إلى الفوائد.

• كما تقوم الشركة بسداد جميع كوبونات السندات المصدرة محلياً ودولياً حفاظاً وحرصاً على حقوق حملة السندات.

• وقد قامت الشركة بفتح أسواق جديدة محلية وعالمية والدخول في مجالات أخرى منها تكنولوجيا الانترنت وكذا تكنولوجيا الانترنت المرتبطة بالاتصالات والتي سيتم الاعلان عنها قريباً مما سيكون له أثراً ايجابياً على حجم الأعمال والأرباح في منتصف عام ٢٠٠١ كما انه سيتم فتح أسواق جديدة في مجال النشاط الطبي في العديد من الدول منها دول الكومنولث والعراق وليبيا وقد تم الاشتراك في مناقصات جديدة لتجهيز مستشفيات في هذه المناطق ويجري حالياً البت فيها.

• وقد قام المساهمون الرئيسيون في الشركة السيد / رامي ريمون لكح والسيد / ميشيل ريمون لكح رغبة منهم في دعم المركز المالي للشركة وكذا دعم والحفاظ على حقوق الأقلية بإضافة أصول مملوكة لهم بصفة شخصية (لدى شركات أخرى خارج نطاق الشركة القابضة والشركات التابعة لها) إلى أصول الشركة القابضة.

• كما شهدت الشركة خلال النصف الثاني من عام ٢٠٠٠ جهوداً [illegible] لإعادة هيكلة الأسس [illegible] والادارية والتنظيمية [illegible] [illegible] [illegible] [illegible] مما سيكون له الأثر الايجابي على الشركة في مراكزها المالية القادمة.

• [illegible] ٢٠٠٠ [illegible]

• [illegible]

[illegible] على [illegible] عام ٢٠٠٠ في ظل الظروف الحالية.

القاهرة في ٢٩ مارس ٢٠٠١

رئيس مجلس الإدارة

**رامي ريمون لكح**

قائمة الدخل ال...

صافي المبيعات
يخصم:
تكلفة المبيعات
مجمل الربح
يخصم:
مصروفات إدارية...
مصروفات تمويلية...
الاهلاك والاستهلاك...
خسائر فروق تقييم...
فوائد سندات
انخفاض دائم في ال...
مخصص مخزون ...
مخصص ديون مشكـ...
تسويات ضريبية...
اجمالي المصروفات...
يضاف:
فوائد دائنة
ارباح رأسمالية
صافي خسارة العام قبل حقـ...
حقوق الاقلية
ضرائب الدخل
صافي خسارة العام
حصة السهم من الـ...

• الايضاحات المرفقة...
• تقرير مراقب الحسا...

نائب رئيس...

**ميشيل ر...**

قائمة التدفقات ال...

التدفقات النقدية...
صافي (ربح / خسـ...)
يضاف:
الاهلاك والاستهلا...
مخصص مخزون تالـ...
انخفاض دائم في ال...
ارباح رأسمالية لا...
مخصص ديون مشكـ...
صافي ربح التشغيل قـ...
التغير في المخزون...
التغير في الاعتمـ...
التغير في المدينة...
التغير في الدائنـ...
التغير في الارصـ...
التغير في الاقساط...
التغير في البنوك...
التغير في المخصـ...
صافي التدفقات...
التدفقات النقـ...
التغير في الاصول...
التغير في العملا...

• وقد قام المساهمون الرئيسيون في الشركة السيد / رامي ريمون لكح والسيد / ميشيل ريمون لكح رغبة منهم في دعم المركز المالي للشركة وكذلك دعم والمحافظة على حقوق الأقلية بإضافة أصول مملوكة لهم بصفة شخصية لدى شركات أخرى خارج نطاق الشركة القابضة والشركات التابعة لها إلى أصول الشركة القابضة.

• كما شهدت الشركة خلال النصف الثاني من عام ٢٠٠٠ جهود ملحوظة لإعادة هيكلة الأسس التنظيمية والإدارية وتخفيض حجم المصروفات العمومية والإدارية [illegible] الكفاءة في المجال المالي والفني والإداري [illegible] الأثر الإيجابي على الشركة في مراكزها المالية.

• تبلغ حجم العمالة بالمجموعة عدد [illegible] موظف [illegible] في عام ٢٠٠٠ في مختلف التخصصات.

• تتركز استراتيجية إدارة المجموعة في الفترة القادمة في زيادة تركيز أنشطة المجموعة في المجال الطبي والمجال التكنولوجي وسيتم الإعلان عن تفصيل هذه الاستراتيجية تباعاً.

وختاماً يسر مجلس الإدارة أن يتوجه بالشكر العميق إلى السادة المساهمين [illegible] ومن قيادات المجموعة والسيد / مراقب الحسابات للتعاون الصادق وكذا توجيه الشكر العميق لجميع العاملين على ما يبذلوه من جهد خلال عام ٢٠٠٠ في ظل الظروف الحالية.

القاهرة في ٢١ مارس ٢٠٠١

رئيس مجلس الإدارة

رامي ريمون لكح

# الميزانية المجمعة في ٣١ ديسمبر ٢٠٠٠

| | إيضاح رقم | ٢٠٠٠/١٢/٣١ جنيه مصري | ١٩٩٩/١٢/٣١ جنيه مصري |
|---|---|---|---|
| **الأصول طويلة الأجل** | | | |
| ودائع لأجل | (٣) | ١٥٥,٠١٦,٨٦٥ | ١٣٩,٢٢٥,٥٠٠ |
| عملاء - أرصدة طويلة الأجل | (٩-٢)٤ | ٣٠٧,١٢١,٥٤٣ | ٢٨٨,٥١٠,٤٢٥ |
| أوراق قبض | (٥) | ١٩١,٧٢٠,٠٠٠ | - |
| استثمارات طويلة الأجل | (٥-٢)٦ | ٦١٩,٠٨٦,٨٣٣ | ٦٣٤,٥٠٠,٩٨٥ |
| الأصول الثابتة - بالصافي | (٦-٢)٧ | ٣٧٠,٥٠٤,٦٠٧ | ٤٧١,٦٤١,٦٩٣ |
| مشروعات تحت التنفيذ | | ١٠,٠٩١,٦٩٦ | ٥٧,٦٩٧,١٤٥ |
| الشهرة | (٣-٢)٨ | ٥٠,٣١٣,٩٧٥ | ٢٥١,٩٩٩,١٣٦ |
| الأصول الأخرى - بالصافي | (٧-٢) | - | ٢٨,٤٧٧,٣٢٣ |
| اجمالي الأصول طويلة الأجل | | ١,٧٠٣,٨٥٥,٥١٩ | ١,٨٧٣,٠٣٣,٢٠٦ |
| **الأصول المتداولة** | | | |
| النقدية وما في حكمها | (٩) | ١٥,١٦١,٤٥٩ | ٩٨,٤٠٩,٠٢١ |
| مدينون - أرصدة قصيرة الأجل (بالصافي) | (١٠) | ٨٣٦,٠٢٨,٦٤٠ | ٨٥٠,٠٣٧,٠٢١ |
| المخزون (بالصافي) | (٤-٢) ١١ | ٥٣٣,١٧٩,٩٢٩ | ٤٣٠,٧٣٤,٦٥٤ |
| أعمال تحت التنفيذ | | ١٧٥,٥٤٣,٨٨٩ | ١٢٣,٩٣٣,٣٣٣ |
| اجمالي الأصول المتداولة | | ١,٥٥٩,٩١٣,٩١٧ | ١,٥٠٣,٠٩٤,٠٢٩ |
| **الالتزامات المتداولة** | | | |
| بنوك دائنة | (١٢) | ٧٠,٣٢٣,٦٦١ | ٢٣٨,٦٥٠,٠٩٧ |
| الأقساط المستحقة من قروض طويلة الأجل | | - | ٤٧,٧٥٧,٩٦٣ |
| دائنون - أرصدة قصيرة الأجل | (١٣) | ١٢٥,٥٢٧,٧١٤ | ٢٩,٠١٤,٦٥٧ |
| أرصدة دائنة أخرى | (١٤) | ٤١,١٢٥,٠٠٠ | ٣٧,٢٧٥,٠٠٠ |
| المخصصات | (١٠-٢)١٥ | ٢٢,١٤٤,١٦٢ | ٦٧,٤٤٦,٢٢٢ |
| اجمالي الالتزامات المتداولة | | ٢٥٩,١٢٠,٥٣٧ | ٤٣٠,١٤٣,٩٣٩ |
| رأس المال العامل | | ١,٣٠٠,٧٨٢,٣٨٠ | ١,٠٧٢,٩٥٠,٠٩٠ |
| اجمالي الاستثمار | | ٣,٠٠٤,٦٣٧,٨٩٩ | ٢,٩٤٤,٩٨٣,٢٩٦ |
| ويتم تمويله على النحو التالي: | | | |
| **حقوق المساهمين** | | | |
| رأس المال المصدر والمدفوع | (١٦) | ١,٤٩٩,٨٨٠,٠٠٠ | ١,٤٩٩,٨٨٠,٠٠٠ |
| احتياطي قانوني | | ١١,٢٠٠,٥٦٦ | - |
| أرباح مرحلة | | ١٧٩,٩٨٦,٦٧٦ | - |
| صافي خسارة العام | | (٣٩٩,١٤٩,٥٦٤) | ١٧٣,١٢٥,٨٤٧ |
| اجمالي حقوق المساهمين | | ١,٢٩١,٩١٧,٦٧٨ | ١,٦٧٣,٠٠٥,٨٤٧ |
| حقوق الأقلية | (٣-٢)١٧ | ١٩,٦٥١,٨١٨ | ٢٥,٢٣٧,٢٠٧ |
| **الالتزامات طويلة الأجل** | | | |
| قروض طويلة الأجل | (١٨) | ٥٩٥,١٦١,٥٦٤ | ٣١٩,٧٢٣,٤٥٩ |
| سندات | (١٩) | ٦٥٠,٠٠٠,٠٠٠ | ٦٥٠,٠٠٠,٠٠٠ |
| دائنون - أرصدة طويلة الأجل | (٢٠) | ٣٤٧,٩٠٦,٨٣٩ | ٢٧٨,٠٠٦,٧٨٣ |
| اجمالي الالتزامات طويلة الأجل | | ١,٥٩٣,٠٦٨,٤٠٣ | ١,٢٤٧,٧٣٩,٢٤٢ |
| اجمالي تمويل رأس المال العامل والأصول طويلة الأجل | | ٣,٠٠٤,٦٣٧,٨٩٩ | ٢,٩٤٤,٩٨٣,٢٩٦ |

• الايضاحات المرفقة متممة للقوائم المالية المجمعة وتقرأ معها
• تقرير مراقب الحسابات مرفق

نائب رئيس مجلس الإدارة — ميشيل ريمون لكح

رئيس مجلس الإدارة — رامي ريمون لكح

[Arabic financial statement page — image quality too low for reliable full transcription]

## ضــة للاستثمارات المالي
### جروب) «شركة مساهمة مصرية»
### يـة المجمعة في ٣١ ديسمبر

**قائمة الدخل المجمعة عن الفترة من ١ يناير ٢٠٠٠ حتى ٣١ ديسمبر ٢٠٠٠**

| البيان | رقم الإيضاح | ٣١/١٢/٢٠٠٠ جنيه مصري | ٣١/١٢/١٩٩٩ جنيه مصري |
|---|---|---|---|
| صافي المبيعات | | 467,740,526 | 1,227,119,185 |
| يخصم: تكلفة المبيعات | | (237,917,015) | (783,629,845) |
| مجمل الربح | | 229,823,521 | 443,489,340 |
| يخصم: | | | |
| مصروفات إدارية وعمومية | | 51,545,060 | 84,761,224 |
| مصروفات تمويلية | | 120,221,126 | 43,827,248 |
| الإحلال والاستهلاك | (31) | 49,271,440 | 35,875,953 |
| خسائر فروق تقييم عملات أجنبية | (2-1) | 1,852,868 | 319,727 |
| فوائد سندات | (19) | 72,750,000 | 59,416,666 |
| انخفاض دائم في الاستثمارات طويلة الأجل | (2-5) | 4,000,000 | |
| مخصص مخزون تالف وراكد | (2-4) | 31,000,000 | |
| مخصص ديون مشكوك في تحصيلها | (10) | 188,968,912 | 8,230,858 |
| تسويات ضريبية | (22) | 2,808,731 | |
| إجمالي المصروفات | | 526,518,137 | 231,237,876 |
| يضاف: | | | |
| فوائد دائنة | (33) | 18,336,416 | 4,510,275 |
| أرباح رأسمالية | (27) | 62,500,835 | |
| صافي خسارة العام قبل حقوق الأقلية والضرائب/الدخل | | (304,967,355) | 225,661,739 |
| حقوق الأقلية | (2-3) | 5,817,792 | (3,670,291) |
| ضرائب الدخل | | | (49,865,501) |
| صافي خسارة العام | | (299,149,564) | 172,125,947 |
| حصة السهم من أرباح/خسارة | (36) | (1.99) | 1.20 |

**قائمة التدفقات النقدية المجمعة عن الفترة من ١ يناير ٢٠٠٠ حتى ٣١ ديسمبر ٢٠٠٠**

| البيان | ٣١/١٢/٢٠٠٠ جنيه مصري | ٣١/١٢/١٩٩٩ جنيه مصري |
|---|---|---|
| **التدفقات النقدية من أنشطة التشغيل** | | |
| صافي (ربح/خسارة) العام | (304,967,355) | 225,661,739 |
| يضاف: | | |
| الإحلال والاستهلاك | 62,512,838 | 35,875,953 |
| مخصص مخزون تالف وراكد | 31,000,000 | |
| انخفاض دائم في الاستثمار طويل الأجل | 4,000,000 | |
| أرباح رأسمالية لأغراض التشغيل | (62,500,835) | |
| مخصص ديون مشكوك في تحصيلها | 188,968,912 | 8,230,858 |
| صافي ربح التشغيل قبل التغير في رأس المال العامل | (81,886,440) | 350,758,546 |
| التغير في المخزون | 132,445,775 | (336,037,571) |
| التغير في العملاء | 174,970,531 | (349,611,454) |
| التغير في المدينون - أرصدة قصيرة الأجل | 41,904,636 | (139,893,412) |
| التغير في الدائنون - أرصدة قصيرة الأجل | 4,730,000 | 22,521,253 |
| التغير في رصيد الدائنون الأخرى | 14,457,993 | 21,204,385 |
| التغير في الأقساط المستحقة من قروض طويلة الأجل | 6,666,666 | 16,788,875 |
| التغير في المخصصات | | (53,483,000) |
| صافي التدفقات النقدية من أنشطة التشغيل | (61,225,075) | (383,423,345) |
| **التدفقات النقدية من أنشطة الاستثمار** | | |
| التغير في الأصول الثابتة | 350,674,560 | (93,097,159) |
| التغير في العملاء - أرصدة طويلة الأجل | (18,641,618) | (130,870,105) |

[Left column — explanatory notes in Arabic, partially illegible]

* استبعاد جميع الأرصدة والمعاملات
* تتمثل حقوق الأقلية في حقوق
* تم تحديد تكلفة اقتناء الشركات
  (أ) القيمة العادلة للأصول والالتزامات
  (ب) تم إثبات الزيادة في تكلفة الاقتناء
  (ج) تم إثبات الزيادة في حصة الشركة

**٢/٤ المخزون**
**٢/٥ الاستثمارات طويلة الأجل**
**٢/٦ الأصول الثابتة وإهلاكاتها**

| | نسبة الإهلاك |
|---|---|
| مباني وإنشاءات | 5% |
| وسائل نقل ونقل | 25% |
| أثاث ومهمات مكتبية | 10% |

**٢/٧ الأصول الأخرى**
**٢/٨ قائمة التدفقات النقدية**
**٢/٩ عملاء - أرصدة طويلة الأجل**
**٢/١٠ الضرائب**

**٣- ودائع لأجل**

**٤- عملاء - أرصدة طويلة الأجل**

[Signatures:]
نائب رئيس مجلس الإدارة — رئيس مجلس الإدارة
ميشيل ريمون لكح — رامي ريمون لكح



صفحة من وثيقة مالية باللغة العربية يتعذر قراءة تفاصيلها بوضوح بسبب جودة المسح الضوئي المنخفضة.

## المالية

### ديسمبر ٢٠٠٠

* استبعاد جميع الأرصدة والمعاملات الداخلية بين شركات المجموعة
* تتمثل حقوق الأقلية في حقوق المساهمين الآخرين في الشركات التابعة وتظهر كبند مستقل في القوائم المالية المجمعة وتحتسب من صافي الأصول ونتائج التشغيل للشركات التابعة والتي لاتمتلكها الشركة القابضة بطريقة مباشرة أو غير مباشرة.
* تم تحديد تكلفة اقتناء الشركات التابعة كمايلي:

(أ) القيمة العادلة للأصول والالتزامات في تاريخ اقتناء الشركة القابضة للشركات التابعة.

(ب) تم إثبات الزيادة في تكلفة الاقتناء من حصة الشركة القابضة في القيمة العادلة للأصول والالتزامات في تاريخ الاقتناء كشهرة موجبة وخلال عام ٢٠٠٠ تم تغيير سياسة استهلاك الشهرة الموجبة بتخفيض استهلاكها من ٢٠ سنة الى ١٠ سنوات بدءا من ١ يناير ١٩٩٩ وتم تأثير التغيير في سياسة استهلاك الشهرة الموجبة على بند الأرباح المرحلة فيما يخص عام ١٩٩٩ لجميع الشركات التابعة وتأثير استهلاك العام ضمن قائمة الدخل لعام ٢٠٠٠ فيما عدا الشهرة الخاصة بشركة المصنع العربي للحديد (إيضاح ٢/٥ د).

(ج) تم إثبات الزيادة في حصة الشركة القابضة في القيمة العادلة للأصول والالتزامات للشركات التابعة في تاريخ الاقتناء عن تكلفة الاقتناء كشهرة سالبة، وخلال عام ٢٠٠٠ تم تغيير سياسة استهلاك الشهرة السالبة بتخفيض استهلاكها من ٢٠ سنة الى ١٠ سنوات بدءا من ١ يناير ١٩٩٩ وتم تأثير التغيير في سياسة استهلاك الشهرة السالبة على بند الأرباح المرحلة فيما يخص عام ١٩٩٩ لجميع الشركات التابعة وتأثير استهلاك العام ضمن قائمة الدخل لعام ٢٠٠٠.

(د) بالنسبة للشهرة الخاصة بشركة المصنع العربي للحديد (إحدى الشركات التابعة) فإنه تم تأثير الأرباح المرحلة الافتتاحية بالشهرة المنسبها من تغيير سياسة استهلاك الشهرة بالتخفيض من ٢٠ سنة الى ١٠ سنوات بشأنها في ذلك شأن جميع الشركات التابعة الأخرى بالإضافة الى أنه خلال عام ٢٠٠٠ تم تحميل باقي رصيد الشهرة بالكامل الخاص بشركة المصنع العربي للحديد خصما على حساب المساهمين الرئيسيين المدرج ببند الدائنون - أرصدة طويلة الأجل الممولين للأصول المشتراه التابعة للاستثمارات المالية (إيضاح ج/ب).

(هـ) الشركات التابعة للشركات التابعة المملوكة للشركة القابضة بنسب تزيد عن ٥٠٪ تم تجميعها على نفس الأسس السابقة.

### ٤/ المخزون
يتم تقييم مخزون الخامات ومخزون قطع الغيار والمهمات والمواد المساعدة بالتكلفة باستخدام طريقة الوارد أولا يصرف أولا، ويتم تقييم مخزون الإنتاج تحت التشغيل بالتكلفة طبقا لنسبة الإنتاج، كما يتم تقييم مخزون الإنتاج التام بالتكلفة أو صافي القيمة الاستردادية أيهما أقل، ويتم تكوين مخصص للمخزون التالف والراكد يدرج ضمن قائمة الدخل ويظهر مخصوما من بند المخزون بالأصول المتداولة.

### ٥/ الاستثمارات طويلة الأجل
يتم إثبات الاستثمارات طويلة الأجل بالتكلفة الفعلية ويتم تخفيض القيمة الدفترية لهذه الاستثمارات في حالة حدوث انخفاض دائم في قيمتها بالنسبة لكل استثمار على حدة.

### ٦/ الأصول الثابتة واهلاكاتها
تثبت الأصول الثابتة بالتكلفة التاريخية ويتم اهلاكها بطريقة القسط الثابت على مدار العمر الإنتاجي المقدر للأصل، وذلك لكل أصل على حدة، وفيما يلي بيان نسب الاهلاك المستخدمة:

| الأصول الثابتة | نسبة الإهلاك | الأصول الثابتة | نسبة الإهلاك |
|---|---|---|---|
| مباني ونشآت | ٢,٥-٥٪ | آلات ومعدات | ٥-١٠٪ |
| وسائل نقل وانتقال | ٢٠-٢٥٪ | عدد وأدوات | ٢٠-٥٠٪ |
| أثاث ومهمات مكتب | ١٠-٢٥٪ | | |

### ٧/ الأصول الأخرى
الأصول الأخرى تتمثل في مصاريف التأسيس وكذلك المصاريف السابقة على بدء النشاط ومصاريف التجارب السابقة على بدء التشغيل حيث تم استهلاك الجزء المتبقي منها بالكامل دفعة واحدة على قائمة الدخل خلال عام ٢٠٠٠ وذلك تطبيقا لما ورد بالمعيار الدولي رقم (٣٨) فقرة رقم (٦) والتي تتضمن استهلاك كامل رصيد المصروفات السابق رسملتها من الأعوام السابقة وادراجها ضمن قائمة الدخل.

### ٨/ قائمة التدفقات النقدية
قائمة التدفقات النقدية تم إعدادها باستخدام الطريقة غير المباشرة.

### ٩/ عملاء - أرصدة طويلة الأجل
يتم إثبات رصيد عملاء البيع الأجل بالإجمالي ويتم إثبات الفوائد المستحقة على عمليات البيع الأجل بالأرصدة الدائنة الأخرى ويظهر بند العملاء بالقوائم المالية مخصوما منه مبلغ الفوائد المستحقة في جانب الأصول بالصافي، ويتم دوريا تعديل الإيرادات بما يخص الفترة من فوائد البيع الأجل.

### ١٠/ الضرائب
تم تكوين مخصص للضرائب لمواجهة الالتزامات الضريبية بناء على دراسة تفصيلية لكل التزام طبقا لطبيعة المعالجة الضريبية في مصر والقوانين السارية، لذا فإن تطبيق أسس الضرائب الموجهة طبقا لمعيار المحاسبة الدولي (الضرائب على الدخل) لا ينتج عنه عادة ضرائب مؤجلة وحيث زاد أثر تطبيق المعيار عن ضرائب مؤجلة في جانب الأعتراف ببعض الأصول بالقوائم المالية عندما يكون من الثابت أن بيان هذه الأصول سوف تستحق في المستقبل القريب.

### وائع لأجل
في ٢٢ ديسمبر ... ... ... ... ... ... ... ... ... ... ... ... ... جنيها ... ... ... ... ... في شركة السويس للصلب وريتمرها والمجمعة لدى وبنك القاهرة فرع الروس وبنك مصرى المصرف العربي التجاري المصنع العربي للحديد لضمان فشاد سداد الشكك ذات المشروعه ... ... ... ... ... جنيه مصرى ... ... ... ... المستحقة في ... ... ... ... ٢٠٠٥ بموجب رقم ... ... وبريخه كما يلي:

| تاريخ التوديع | | | سعر الفائدة | مبلغ التوديع |
|---|---|---|---|---|
| ١١٧٦٥ | ٢٠٠١/٣/٦ | ٢٠٠٠/٩/٣٠ | ٧٪ | ٣١,١٥٣,٥٨٦ |
| ١٩٦٦٦ | ٢٠٠١/٢/٣٦ | ٢٠٠٠/٢/٣٢ | ٨٪ | ١٢١,٨٦٣,٢٤٩ |
| | | | | ٦٥ / ١٥٥,٠١٦ |

### عملاء - أرصدة طويلة الأجل
بلغ رصيد العملاء - أرصدة طويلة الأجل في ٣١ ديسمبر ٢٠٠٠ مبلغ ٣٤٥,١٦١,٢٠٧ جنيه مصرى والخاص...

## ١٦ – رأس المال

بلغ رأس المال المصرح به مبلغ ٥ مليار جنيه مصري وبلغ رأس المال المصدر والمكتتب فيه والمدفوع مبلغ ١,٤٩٩,٨٨٠,٠٠٠ جنيه مصري مقسما على عدد ١٤٩,٩٨٨,٠٠٠ سهم بقيمة اسمية عشرة جنيهات مصرية للسهم الواحد وموزع كما يلي:

| | ٪ | عدد الأسهم | القيمة جنيه مصري |
|---|---|---|---|
| أ – المؤسسين: | | | |
| السيد / رامي لكح | ٪٠,٠٠٠٧ | ١,٠٠٠ | ١٠,٠٠٠ |
| السيد / ميشيل لكح | ٪٠,٠٠٠٧ | ١,٠٠٠ | ١٠,٠٠٠ |
| السيد / فاروق عبد السميع | ٪٠,٠٠٠٣ | ٥٠٠ | ٥,٠٠٠ |
| ب – المكتتبين: | | | |
| السيد / رامي لكح | ٪٣٢,٧٣٦٢ | ٤٩,٠٨٥,٣٧٦ | ٤٩٠,٨٥٣,٧٦٠ |
| السيد / ميشيل لكح | ٪٢٥,٠١٣٦ | ٣٧,٥١٥,٩٥٠ | ٣٧٥,١٥٩,٥٠٠ |
| بنك نيويورك | ٪١٦,٣٢١٨ | ٢٤,٤٨٠,٦٩٥ | ٢٤٤,٨٠٦,٩٥٠ |
| بنك القاهرة | ٪٧,٦١٦٥ | ١,١٤٢,٢٨٠٠ | ١١٤,٢٢٨,٠٠٠ |
| Nomura International PLC | ٪٠,٣٩٣٧ | ٥٩٠,٥٤٢ | ٥,٩٠٥,٤٢٠ |
| Nomura Nominees LTD | ٪٠,٢٣٠٠ | ٣٤٥,٠٠٢ | ٣,٤٥٠,٠٢٠ |
| James Capeland Co. | ٪٠,٢٠٧٣ | ٣١٠,٩٥٠ | ٣,١٠٩,٥٠٠ |
| Kleinwort Benson Securities Lim | ٪٠,١٤٥٣ | ٢١٨,٠٠٠ | ٢,١٨٠,٠٠٠ |
| آخـــــــرون | ٪١٧,٣٤٤٨ | ٢٦,٠١٥,١٨٥ | ٢٦٠,١٥١,٨٥٠ |
| | ٪١٠٠ | ١٤٩,٩٨٨,٠٠٠ | ١,٤٩٩,٨٨٠,٠٠٠ |

## ١٧ – حقوق الأقلية

بلغ رصيد حقوق الأقلية في ٣١ ديسمبر ٢٠٠٠ مبلغ ١٩,٦٥١,٨١٨ جنيه مصري ويتمثل فيما يلي:

| | حقوق الأقلية ٪ | ٢٠٠٠/١٢/٣١ جنيه مصري |
|---|---|---|
| اسم الشركات التابعة: | | |
| شركة ميديكيب للتجارة والمقاولات | ٢,٢٠ | ٢,٦٦٦,٥٩٤ |
| شركة تريدنج ميديكال سيستم ايجيبت | ٢,٤٠ | ١,٠٠٣,٦٢٣ |
| شركة اميتريد للتجارة والمقاولات | ٢,٩٨ | ١,٥٢٠,٨٣٥ |
| شركة الصناعات الاستهلاكية | ٢,٠٥ | ٧٩١,٨١٩ |
| شركة الاستثمارات الصناعية | ٢,٠٢ | ٤,٩٩٠,٥٠٥ |
| شركة المصنع العربي للحديد | ٢,٠٨ | ٤,٩٩٧,٠٧٦ |
| شركة كويست كونسالت التجارية | ٢,٥٤ | ١,٤٤٦,٣٦٦ |
| شركة إدارة المراكز الطبية | ٢,٠٢ | ٢,٢٣٥,٠٩٠ |
| | | ١٩,٦٥١,٨١٨ |

## ١٨ – قروض طويلة الأجل

بلغت قروض طويلة الأجل في ٣١ ديسمبر ٢٠٠٠ مبلغ [illegible] جنيه مصري تتمثل فيما يلي:

| الشركة | المقرض | العملة | معدل الفائدة | رصيد القرض طويل الأجل | ملاحظات |
|---|---|---|---|---|---|
| ميديكيب للتجارة والمقاولات | بنك القاهرة | US$ | ١٪ فوق سعر الليبور، ٠,٧٥٪ عمولة تحتسب شهريا على أعلى رصيد مدين | ٢٢,١٠٤,٥٦٨ | رهن على معدات طبية تغطي ١٢٠٪ [illegible] |
| | بنك القاهرة | جم | ١٢,٥٪ ، ٠,٧٥٪ عمولة تحتسب شهريا على أعلى رصيد مدين | ٤٠,٩٢٩,٣٧٧ | رهن على معدات طبية تغطي [illegible] |
| | البنك الأهلي المصري | جم | ١٢,٥٪ ، ١٪ عمولة تحتسب شهريا على أعلى رصيد مدين | ١٢٧,٨٧٨,٧٦٤ | التنازل عن مستخلصات العقود التي [illegible] |
| | البنك الأهلي المصري | US$ | ٠,٧٥٪ فوق سعر الليبور، ١٪ عمولة تحتسب شهريا على أعلى رصيد مدين | ٢٥,٦٩١,٨٦٧ | رهن على معدات طبية تغطي ١٢٠٪ [illegible] |
| | بنك التمويل المصري السعودي | جم | | ٢٢,١٦٣,٦٥٩ | |
| | البنك العربي الأفريقي الدولي | US$ أو جم | [illegible] | ٣٧,٠٠٩,٣٨٩ | رهن على معدات طبية تغطي [illegible] |
| | بنك الشركة المصرفية العربية الدولية | جم | | ١٩,٥٥٤,٦٦٤ | |
| [illegible] ميديكال [illegible] | بنك القاهرة | جم | [illegible] | [illegible] | رهن على معدات طبية تغطي [illegible] |
| | [illegible] | US$ أو جم | [illegible] | [illegible] | [illegible] |
| | البنك العربي الأفريقي الدولي | US$ | [illegible] | [illegible] | [illegible] |