| الشركة | البنك | العملة | البيان | الرصيد | ملاحظات |
|---|---|---|---|---|---|
| | بنك التمويل المصري السعودي | جنيه | | [illegible] | |
| | البنك العربي الافريقي الدولي | USS او جنيه | [illegible] | [illegible] | [illegible] |
| | [illegible] المصرفية العربية | جنيه | | [illegible] | |
| [illegible] | بنك القاهرة | جنيه | [illegible] | [illegible] | [illegible] |
| | البنك المصري لتنمية الصادرات | USS او جنيه | [illegible] | [illegible] | [illegible] |
| | البنك العربي الافريقي الدولي | USS او جنيه | [illegible] | [illegible] | [illegible] |
| | | | | ٢٢٠,٣٢٤,٨٢١ | |

| الشركة | البنك | العملة | الرصيد |
|---|---|---|---|
| شركة امبتريد للتجارة والمقاولات | بنك كايرو باركليز | جنيه | ٢٠,٠٠٦,٧٦٠ |
| شركة امبتريد للتجارة والمقاولات | بنك التمويل المصري السعودي | جنيه | ٢٥,١١٠,٥٩٢ |
| شركة امبتريد للتجارة والمقاولات | المصرف الإسلامي الدولي | جنيه | ٣٦,٠٦٩,٤٢٥ |
| شركة ادارة المراكز الطبية | المصرف الإسلامي الدولي | جنيه | ١٧,٥٨١,٧٢٢ |
| الشركة القابضة للاستثمارات المالية (ال لكح جروب) | بنك القاهرة | جنيه | ٧٦,٠٦٨,٧٤٣ |
| | | | ٥٩٥,١٦١,٥٦٤ |

تم إعادة تبويب ارصدة مديونيات البنوك الدائنة المستحقة على الشركات والتي تزيد عن ١٥ مليون جنيه مصري ضمن بند قروض طويلة الاجل بالالتزامات طويلة الاجل طبقا لاتفاق المبادئ حول اسلوب هيكلة مديونية الشركة القابضة للاستثمارات المالية (ال لكح جروب) مع البنوك الدائنة المؤرخ في ٨ اكتوبر ٢٠٠٠ (ايضاح رقم ٣٢).

## ١٩ – السندات

يبلغ رصيد السندات في ٣١ ديسمبر ٢٠٠٠ مبلغ ٦٥٠,٠٠٠,٠٠٠ جنيه مصري ويتمثل فيما يلي:

- ٢٥٠,٠٠٠,٠٠٠ جنيه مصري قيمة السندات التي اصدرتها المصنع العربي للحديد وهي غير قابلة للتحويل الى اسهم عادية بفائدة سنوية قدرها ١١٪ وقد تم الاكتتاب في شهر يوليو ١٩٩٨ ومدة هذه السندات ٧ سنوات وهذه السندات والكوبونات مضمونة السداد من بنك القاهرة ويتم سدادها في نهاية المدة بضمان الودائع المربوطة والمجمدة لدى بنك القاهرة فرع [illegible] لتغطية هذه السندات (ايضاح رقم ٣) وقد بلغت قيمة فوائد السندات المستحقة لحملة السندات في ٣١ ديسمبر ٢٠٠٠ مبلغ ١٤,٣٧٥,٠٠٠ جنيه مصري عن الفترة من ١ يوليه ٢٠٠٠ حتى ٣١ ديسمبر ٢٠٠٠ وقد ادرجت ضمن بند ارصدة دائنة اخرى بالالتزامات المتداولة بالميزانية (ايضاح رقم ١٥) وقد بلغ اجمالي قيمة فوائد السندات عن عام ٢٠٠٠ مبلغ ٢٨,٧٥٠,٠٠٠ جنيه مصري ادرجت ضمن بند فوائد السندات بقائمة الدخل.
- ٤٠٠,٠٠٠,٠٠٠ جنيه مصري قيمة السندات التي اصدرتها الشركة القابضة للاستثمارات المالية (ال لكح جروب) وهي قابلة للتحويل الى اسهم عادية بفائدة سنوية ١١٪ وقد تم الاكتتاب في شهر مارس عام ١٩٩٩ ومدة هذه السندات ٧ سنوات يتم سدادها في نهاية المدة وهذه السندات والكوبونات مضمونة السداد من بنك القاهرة بالاضافة الى قيام الشركة القابضة للاستثمارات المالية (ال لكح جروب) باعطاء ضمانة اخرى لهذه السندات تتمثل في سندات دينية مودعة طرف بنك القاهرة سوف تبلغ قيمتها حوالي ٢٢٢ مليون جنيه مصري في تاريخ استحقاق هذه السندات وقد بلغت قيمة فوائد السندات المستحقة لحملة السندات في ٣١ ديسمبر ٢٠٠٠ مبلغ ٢٢,٠٠٠,٠٠٠ جنيه مصري عن الفترة من ١ يوليه ٢٠٠٠ حتى ٣١ ديسمبر ٢٠٠٠ وقد ادرجت ضمن بند ارصدة دائنة اخرى في الالتزامات المتداولة بالميزانية (ايضاح رقم ١٥) وقد بلغ اجمالي قيمة فوائد السندات عن عام ٢٠٠٠ مبلغ ٤٤,٠٠٠,٠٠٠ جنيه مصري ادرجت ضمن بند فوائد السندات بقائمة الدخل.

## ٢٠ – دائنون – ارصدة طويلة الاجل

يبلغ رصيد الدائنون – ارصدة طويلة الاجل في ٣١ ديسمبر ٢٠٠٠ مبلغ ٢٤٧,٩٠٦,٨٣٩ جنيه مصري يتمثل فيما يلي:

| | ٢٠٠٠/١٢/٣١ جنيه مصري | ١٩٩٩/١٢/٣١ جنيه مصري |
|---|---|---|
| * شركة لكح المحدودة للتمويل | ٢٤٠,٠٠٠,٠٠٠ | ٢٠٧,٠٠٩,٠٠٠ |
| اوراق دفع طويلة الاجل | ٧,٩٠٦,٨٣٩ | ٥,٩٨٠,٢٨٣ |
| ارصدة دائنة اخرى | | ٦٦,٠٥٧,٥٠٠ |
| | ٢٤٧,٩٠٦,٨٣٩ | ٢٧٨,٠٠٦,٧٨٣ |

* يتمثل هذا المبلغ في قيمة سندات دولارية مصدرة بواسطة شركة لكح المحدودة للتمويل ومقرها القانوني المملكة المتحدة تم اصدارها بقيمة ١٠٠,٠٠٠,٠٠٠ دولار امريكي عام ١٩٩٩ اقرض منها مبلغ ٢٠٧,٠٠٩,٠٠٠ جنيه مصري في ٣١ ديسمبر والباقي وقدره ٣٣,٩٩١,٠٠٠ جنيه مصري ادرج في ٣١ ديسمبر ٢٠٠٠ وقد تم ادراجه ضمن هذا البند نظرا لان هذا المبلغ يمثل التزام على الشركة القابضة للاستثمارات المالية (ال لكح جروب) تجاه شركة لكح المحدودة للتمويل مقابل المبالغ المقترضة منها هذا وقد تم ادراج الاعباء التمويلية الناتجة عن هذا الالتزام ضمن بند المصروفات التمويلية بقائمة الدخل وقيمة المبالغ المستحقة غير المسددة من هذه الاعباء التمويلية تم ادراجها ضمن بند الارصدة الدائنة الاخرى.

## ٢١ – الإهلاك والاستهلاك

بلغ الإهلاك والاستهلاك خلال الفترة من ١ يناير ٢٠٠٠ حتى ٣١ ديسمبر ٢٠٠٠ مبلغ ٤٩,٣٧١,٤٤٠ جنيه مصري يتمثل فيما يلي:

| | جنيه مصري |
|---|---|
| إهلاك أصول ثابتة (بخلاف إهلاك الأصول المدرج ضمن تكلفة المبيعات والبالغ قيمته ١٢,٩٧٩,٥٦٧ جنيه مصري) | ١٤,٨١٧,٥٧٣ |
| استهلاك أصول أخرى (بخلاف استهلاك الأصول الأخرى المدرج ضمن تكلفة المبيعات والبالغ قيمته ١٦١,٨٣١ جنيه مصري) | ٢٨,٢٦٤,٦٢٠ |
| استهلاك الشهرة | ٦,٢٨٩,٢٤٧ |
| | ٤٩,٣٧١,٤٤٠ |

يرجع زيادة مبلغ استهلاك الأصول الأخرى (مصروفات التأسيس، مصروفات سابقة على بدء النشاط، مصروفات التجارب السابقة على بدء النشاط) الى تطبيق المعيار المحاسبي الدولي رقم (٣٨) فقرة (٦) ايضاح رقم (٢/٧) وقد تضمن مبلغ استهلاك الاصول الأخرى البالغ قيمته ٢٨,٢٦٤,٦٢٠ جنيه مصري عن السنة المالية المنتهية في ٣١ ديسمبر ٢٠٠٠ استهلاك رصيد المصاريف السابقة على بدء النشاط ورصيد مصاريف تجارب ما قبل بدء النشاط الخاصة بشركة المصنع العربي للحديد بمبلغ ١٩,٤٢٢,٥٧٠ جنيه مصري وكذا رصيد مصاريف التأسيس ورصيد المصاريف السابقة على بدء النشاط الخاص بالشركة العالمية للنقل الثقيل بمبلغ ٥,٧٦٠,١٣١ جنيه مصري.

## ٢٢ – تسويات ضريبية

يتمثل بند التسويات الضريبية في قيمة فروق فحص ضريبة المبيعات للمصنع العربي للحديد (احدى الشركات التابعة) من قبل مصلحة الضرائب على المبيعات عن الفترة من عام ١٩٩٨ الى تاريخ البيع وقدره ٤,٨٠٨,٧٢١ جنيه مصري، سدد منها خلال عام ٢٠٠٠ مبلغ وقدره ٢,٩٧٣,٧٢١ جنيه مصري وقد تم تبويب المبلغ المتبقي والذي يستحق السداد خلال عام وبمبلغ ٥٠٠,٠٠٠ جنيه مصري كأوراق دفع ضمن الدائنون - ارصدة قصيرة الاجل (ايضاح رقم ١٣)، وتم تبويب المبلغ المتبقي الذي يستحق السداد بعد اكثر من عام وبمبلغ ١,٣٣٥,٠٠٠ جنيه مصري كأوراق دفع طويلة الاجل ضمن الدائنون - ارصدة طويلة الاجل (ايضاح رقم ٢٠).

## ٢٣ – فوائد دائنة

بلغت الفوائد الدائنة خلال الفترة من ١ يناير ٢٠٠٠ الى ٣١ ديسمبر ٢٠٠٠ مبلغ ١٨,٢٢٦,٤١٦ جنيه مصري تتضمن مبلغ ١٥,٧٨١,٣٦٥ جنيه مصري قيمة فوائد الودائع المجمدة والمربوطة لشركة المصنع العربي للحديد لدى بنك القاهرة فرع ثروت مقابل ضمان سداد السندات المصدرة بمبلغ ٢٥٠,٠٠٠,٠٠٠ جنيه مصري المستحقة السداد في ٢٠٠٥/٩/٢٩ (ايضاح رقم ٢).

## ٢٤ – التزامات محتملة

تتمثل الالتزامات المحتملة في قيمة خطابات الضمان التي أصدرتها البنوك لصالح الغير وبلغت في ٣١ ديسمبر ٢٠٠٠ قيمة غطاءات خطابات الضمان مبلغ ٢٨,٦٨٢,٨٣٩ جنيه مصري والظاهرة ضمن بند المدينون - ارصدة قصيرة الأجل (ايضاح رقم ١٠).

## ٢٥ – الأدوات المالية وإدارة المخاطر المتعلقة بها

تتمثل الأدوات المالية للشركة في الأصول المالية (النقدية وما في حكمها، بعض حسابات المدينون) وايضا الالتزامات المالية (البنوك الدائنة، بعض حسابات الدائنون، السندات، قروض طويلة الاجل).

- **مخاطر سعر الفائدة:** تعتمد الشركة في تمويل جزء من رأس المال العامل وبعض الأصول طويلة الأجل على السندات طويلة الاجل والتسهيلات والقروض البنكية وتقوم بالحصول على هذه القروض والتسهيلات البنكية طبقا للأسعار السائدة للبنوك المانحة بصفة عامة.
- **مخاطر الائتمان:** تتمثل مخاطر الائتمان في قدرة الشركة على تحصيل الديون المستحقة على العملاء ولذا فإنه يتم اعداد دراسة لموقف العملاء من خلال تكوين المخصصات اللازمة لمقابلة الديون المشكوك في تحصيلها (ايضاح رقم ١٠).
- **مخاطر تقلب اسعار العملات الاجنبية:** يتم تنفيذ بعض معاملات الشركة بالعملات الاجنبية المختلفة وقد تتعرض الشركة لخطر تقلبات في اسعار صرف العملات الاجنبية ويتم مواجهة هذا الخطر عن طريق احداث توازن بين التزاماتها بالعملات الاجنبية ومصادر تمويلها بالعملات الاجنبية.
- **القيمة العادلة:** طبقا لأسس التقييم المستخدمة في تقييم اصول والتزامات الشركة فإن القيمة العادلة للأدوات المالية لا تختلف اختلافا جوهريا عن القيمة الدفترية في تاريخ الميزانية.

## ٢٦ – حصة السهم من الخسارة

تم احتساب صافي حصة السهم من الخسارة كالآتي:

| | ٢٠٠٠/١٢/٣١ جنيه مصري | ١٩٩٩/١٢/٣١ جنيه مصري |
|---|---|---|
| صافي خسارة العام | (٢٩٩,١٤٩,٥٦٤) | ١٧٢,١٢٥,٨٤٧ |
| مقسوما على: | | |
| متوسط عدد الأسهم | ١٤٩,٩٨٨,٠٠٠ | ١٣٢,٤٨٨,٠٠٠ |
| صافي حصة السهم من الخسارة | (١,٩٩) | ١,٣٠ |

## ٢٧ – أهم الأحداث في الشركات التابعة خلال عام ٢٠٠٠

- خلال عام ٢٠٠٠ تم ابرام عقد شراء وبيع لجزء من الاصول المملوكة لشركة المصنع العربي للحديد ش.م.م (بائع) الى شركة مجموعة مصر للصلب ش.م.م (مشتري) وتتمثل الاصول المباعة فيما يلي:
  - كافة الأصول العقارية بما في ذلك كافة الاراضي والمباني والانشاءات والتجهيزات الموجودة عليها او المتصلة بها.
  - كافة خطوط الانتاج والماكينات والآلات والمعدات والروافع والادوات والولدات والافران وآلات تشكيل المعادن واجهزة تثبيت قطع الآلات والفورمات (بما في ذلك قطع الغيار والخدمة)
  - كافة التجهيزات والاثاثات ومعدات المكاتب الموجودة داخل المصنع.

هذا وقد بلغ اجمالي قيمة الاصول المباعة مبلغ ٣٣١,٢٨٠,٠٠٠ جنيه مصري (ثلاثمائة وواحد وثلاثون مليون ومائتان وثمانون الف جنيه مصري) تم تحصيل مبلغ ١٠٠ مليون جنيه مصري نقدا وتحصيل مبلغ ١١,٢٨٠,٠٠٠ جنيه مصري من كمبيالات مسددة بهذا المبلغ والباقي تم تبويب اوراق القبض المستحقة على شركة مجموعة مصر للصلب ضمن بندي اوراق القبض طويلة الاجل بمبلغ ١٩١,٧٢٠,٠٠٠ جنيه مصري (ايضاح رقم ٥) واوراق القبض المستحقة خلال العام ضمن اوراق القبض بند مدينون - ارصدة قصيرة الاجل بمبلغ ٢٨,٢٨٠,٠٠٠ جنيه مصري (ايضاح رقم ١٠) وقد نتج عن عملية البيع السابق ذكرها مبلغ ١٢,٨٢٥,٥٠٠ جنيه مصري يمثل أرباح رأسمالية تم تحميلها على قائمة الدخل.

- بتاريخ ٨ اكتوبر ٢٠٠٠ تم ابرام اتفاق مبادئ حول أسلوب هيكلة مديونية الشركة القابضة للاستثمارات المالية (لكح جروب) للبنوك الدائنة المتمثلة في كل من بنك القاهرة - البنك الأهلي المصري - المصرف الاسلامي الدولي للاستثمار والتنمية - بنك التمويل المصري السعودي - البنك المصري لتنمية الصادرات - البنك العربي الافريقي الدولي - بنك كايرو باركليز - الشركة المصرفية العربية الدولية - بنك قناة السويس.

هذا وقد تضمن اتفاق المبادئ المذكور ما يلي:

أ- سداد مديونية البنوك الدائنة للشركة القابضة للاستثمارات المالية (لكح جروب) او الشركات التابعة لها والتي تقل قيمتها عن ١٥ مليون جنيه مصري خلال عامان.

ب- البنوك ذات المديونية التي تزيد عن ١٥ مليون جنيه مصري تقوم الشركة القابضة للاستثمارات المالية (لكح جروب) بالسداد لها على أقساط ربع سنوية خلال سبع سنوات.

ج- التزام الشركة بالتعاقد مع مستشار مالي يختص بالاشراف على الادارة المالية للمجموعة.

إن المساهمين الرئيسيين للشركة القابضة للاستثمارات المالية (لكح جروب) وهم السادة/ رامي وميشيل ريمون لكح رغبة منهم في تدعيم مركزها المالي ودعم حقوق صغار المساهمين، وحيث انه قد تم خلال عام ٢٠٠٠ تغيير

...دفوع مبلغ ١,٤٩٩,٨٨٠,٠٠٠ جنيه ...حد وموزع كما يلي:

| عدد الأسهم | القيمة جنيه مصري |
|---|---|
| ١,٠... | ١٠,٠٠٠ |
| ١,٠... | ١٠,٠٠٠ |
| ٥... | ٥,٠٠٠ |
| ٤٩,٠٨٥,٣... | ٤٩٠,٨٥٣,٧٦٠ |
| ٢٧,٥١٥,٩... | ٢٧٥,١٥٩,٥٠٠ |
| ٢٤,٤٨٠,٦... | ٢٤٤,٨٠٦,٩٥٠ |
| ١,١٤٣,٢٨... | ١١٤,٢٣٨,٠٠٠ |
| ٥٩٠,٥... | ٥,٩٠٥,٤٢٠ |
| ٢٤٥,٠... | ٢,٤٥٠,٠٢٠ |
| ٣١٠,٩... | ٣,١٠٩,٥٠٠ |
| ٢١٨,٠... | ٢,١٨٠,٠٠٠ |
| ٣٦,٠١٥,١... | ٣٦٠,١٥١,٨٥٠ |
| ١٤٩,٩٨٨,٠... | ١,٤٩٩,٨٨٠,٠٠٠ |

...يلي:

| ...الأقلية % | ٢٠٠٠/١٢/٣١ جنيه مصري |
|---|---|
| ٢,... | ٢,٦٦٦,٥٩٤ |
| ٢,... | ١,٠٠٣,٦٢٣ |
| ٢,... | ١,٥٢٠,٨٣٥ |
| ٢,... | ٧٩١,٨١٩ |
| ٢,... | ٤,٩٩٠,٥٠٥ |
| ٢,... | ٤,٩٩٧,٠٧٦ |
| ٢,... | ١,٤٤٦,٢٦٦ |
| ٢,... | ٢,٢٣٥,٠٩٠ |
| | ١٩,٦٥١,٨١٨ |

...ما يلي:

| ...قرض ...الأجل | ملاحظات |
|---|---|
| ٣٢,١... | - رهن على معدات طبية تغطي ١١٢٠% - بضمان سندات اذنية (بأجل ٦٠ شهر) |
| ٤٠,٩... | - رهن على معدات طبية تغطي ١١٢٠% - بضمان سندات اذنية (بأجل ٦٠ شهر) |
| ١٢٧,٨... | التنازل عن متحصلات العقود التي تزيد مدتها عن سنة |
| ٢٥,٦... | - رهن على معدات طبية تغطي ١٢٠% - بضمان سندات اذنية (بأجل ٦ سنوات) |
| ٣٢,١... | |
| ٢٧,٠... | - رهن على معدات طبية تغطي ١٢٠% - بضمان سندات اذنية (بأجل ٦٠ شهر) |
| ١٧,٥... | |
| ٩٠,٨... | - رهن على معدات طبية تغطي ١٢٠% - بضمان سندات اذنية (بأجل ٦٠ شهر) |
| ٢٠,... | قرض تمويل الأجل لتمويل العملاء بأجل: خمس سنة، خمس سنين، خمس لأكثر سنوات |
| ١٦,٠... | - رهن على معدات طبية تغطي ١٢٠% - بضمان سندات اذنية (بأجل ٦٠ شهر) |

| سنوات | | اعلى رصيد مدين |
|---|---|---|
| | ٣٢,١٦٣,٦٥٩ | |
| رهن على معدات طبية تغطي ١٢٠٪ بضمان معدات طبية بآجل ٦٠ شهرا | ٢٧,٠٠١,٣٨٩ | جم ١١٪ + USS فوق سعر الليبور ٢٠٫٦٠٪ عمولة تحتسب شهريا على اعلى رصيد مدين |
| | ١٧,٥٥٤,٦٢٥ | |
| رهن على معدات طبية تغطي ١٢٠٪ بضمان معدات طبية بآجل ٦٠ شهرا | ٩٠,٨٦٣,٩٣٥ | ٢٥ ,٪١٢,٢٥٠٪ عمولة تحتسب شهريا على اعلى رصيد مدين |
| قروض طويلة الاجل لتمويل العملاء بحق حتى سنة حتى سنتين حتى ٤ سنوات | ٢٠,٠٦٩,٦٨٥ | جم ١٢٪ USS ١,٥٪ فوق سعر الليبور ٢٥ ,١٪ عمولة تحتسب شهريا على اعلى رصيد مدين |
| رهن على معدات طبية تغطي ١٢٠٪ بضمان معدات طبية بآجل ٦٠ شهرا | ١٦,٠٦٧,٠٥٢ | جم ١١٪ USS ١٪ فوق سعر الليبور ٢٠٪ عمولة تحتسب شهريا على اعلى رصيد مدين |
| | ٤٢٠,٢٢٤,٨٢١ | |

| | |
|---|---|
| ٢٠,٠٠٦,٧٦٠ | م |
| ٢٥,١١٠,٥٩٣ | م |
| ٣٦,٠٦٩,٤٢٥ | م |
| ١٧,٥٨١,٢٢٢ | م |
| ٧٦,٠٦٨,٧٤٣ | م |
| ٥٩٥,١٦١,٥٦٤ | |

...ستحقة على الشركات والتي تزيد عن ١٥ مليون جنيه مصري ضمن بند قروض ...تفاق المبادئ حول أسلوب هيكلة مديونية الشركة القابضة للاستثمارات المالية ...نوفمبر ٢٠٠٠ (ايضاح رقم ٢٧).

...٦٥٠,٠٠٠,٠٠٠ جنيه مصري ويتمثل فيما يلي:
...التي أصدرتها المصنع العربي للحديد وهي غير قابلة للتحويل الى اسهم عادية ...في شهر يوليو ١٩٩٨، ومدة هذه السندات ٧ سنوات وهذه السندات والكوبونات ...في نهاية المدة بضمان الودائع المربوطة والمجمدة لدى بنك القاهرة فرع ثروت ...ت قيمة فوائد السندات المستحقة لحملة السندات في ٣١ ديسمبر ٢٠٠٠ مبلغ ...يه ٢٠٠٠ حتى ٣١ ديسمبر ٢٠٠٠ وقد ادرجت ضمن بند ارصدة دائنة اخرى في ...) وقد بلغ اجمالي قيمة فوائد السندات عن عام ٢٠٠٠ مبلغ ٢٨,٧٥٠,٠٠٠ جنيه ...مة الدخل.
...لتي أصدرتها الشركة القابضة للاستثمارات المالية (ل.ك.ح جروب) وهي غير ...١١,٥٪ وقد تم الاكتتاب في شهر مارس عام ١٩٩٩ ومدة هذه السندات ٧ سنوات ...كوبونات مضمونة السداد من بنك القاهرة بالاضافة الى قيام الشركة القابضة ...ضمانة اخرى لهذه السندات تتمثل في سندات اذنية مودعة طرف بنك القاهرة ...مصري في تاريخ استحقاق هذه السندات، وقد بلغت قيمة فوائد السندات ...٣ مبلغ ٢٢,٠٠٠,٠٠٠ جنيه مصري عن الفترة من ١ يوليه ٢٠٠٠ حتى ٣١ ديسمبر ...ى في الالتزامات المتداولة بالميزانية (ايضاح رقم ١٤) وقد بلغ اجمالي قيمة ...٤ جنيه مصري ادرجت ضمن بند فوائد السندات بقائمة الدخل.

...في ٣١ ديسمبر ٢٠٠٠ مبلغ ٣٤٧,٩٠٦,٨٣٩ جنيه مصري يتمثل فيما يلي:

| | ٢٠٠٠/١٢/٣١ جنيه مصري | ١٩٩٩/١٢/٣١ جنيه مصري |
|---|---|---|
| | ٣٤٠,٠٠٠,٠٠٠ | ٢٠٧,٠٠٩,٠٠٠ |
| | ٧,٩٠٦,٨٣٩ | ٤,٩٨٠,٢٨٣ |
| | - | ٦٦,٠١٧,٥٠٠ |
| | ٣٤٧,٩٠٦,٨٣٩ | ٢٧٨,٠٠٦,٧٨٣ |

...ة بواسطة شركة لكح المحدودة للتمويل ومقرها القانوني المملكة المتحدة حيث ...عام ١٩٩٩ ادرج منها مبلغ ٢٠٧,٠٠٩,٠٠٠ جنيه مصري في ٣١ ديسمبر ١٩٩٩ ...في ٣١ ديسمبر ٢٠٠٠ وقد تم ادراجه ضمن هذا البند نظرا لأن هذا الرصيد ...المالية (ل.ك.ح جروب) تجاه شركة لكح المحدودة للتمويل مقابل المبالغ المحولة ...اتجة عن هذا الالتزام ضمن بند المصروفات التمويلية بقائمة الدخل وكذلك ...تمويلية تم ادراجها ضمن بند الأرصدة الدائنة الأخرى.

(ثانيا) الى الشركة المجموعة مصر للصلب ش.م.م (المشتري) وتتمثل الأصول المباعة فيما يلي:
- كافة الأصول العقارية بما في ذلك كافة الأراضي والمباني والانشاءات والتجهيزات الموجودة عليها او المتصلة بها.
- كافة خطوط الانتاج و الماكينات والآلات والمعدات والروافع والأدوات والونشات والأفران وآلات تشكيل المعادن واجهزة تثبيت قطع الآلات والفورمات (بما في ذلك قطع الغيار والعدة).
- كافة التجهيزات والأثاثات ومحتويات المكاتب الموجودة داخل المصنع.

هذا وقد بلغ اجمالي قيمة الأصول المباعة مبلغ ٣٣١,٢٨٠,٠٠٠ جنيه مصري (ثلاثمائة وواحد وثلاثون مليون ومائتان وثمانون الف جنيه مصري) تم تحصيل مبلغ ٤٠ مليون جنيه مصري نقدا وتحصيل مبلغ ٢٩١,٢٨٠,٠٠٠ جنيه مصري من كمبيالات صادرة بهذه القيمة والباقي تم تبويب اوراق القبض المستحقة على شركة مجموعة مصر للصلب ضمن بندي اوراق القبض طويلة الاجل بمبلغ ١٩٦,٠٠٠,٠٠٠ جنيه مصري (ايضاح رقم ٥) واوراق القبض المستحقة خلال العام ضمن اوراق القبض بند مدينون وارصدة قصيرة الاجل بمبلغ ٩٥,٢٨٠,٠٠٠ جنيه مصري (ايضاح رقم ١٠) وقد نتج عن عملية البيع المذكورة أعلاه مبلغ ١٣,٥٠٠,٩٢٥ جنيه مصري يمثل ارباح راسمالية تم تحميلها على قائمة الدخل.

- بتاريخ ٨ اكتوبر ٢٠٠٠ تم ابرام اتفاق مبادئ حول أسلوب هيكلة مديونية الشركة القابضة للاستثمارات المالية (ل.ك.ح جروب) للبنوك الدائنة المتمثلة في كل من بنك القاهرة - البنك الأهلي المصري - المصرف الاسلامي الدولي للاستثمار والتنمية - بنك التمويل المصري السعودي - البنك المصري لتنمية الصادرات - البنك العربي الافريقي الدولي - بنك كايرو باركليز - الشركة المصرفية العربية الدولية - بنك قناة السويس.

هذا وقد تضمن اتفاق المبادئ المذكور ما يلي:

أ - سداد مديونية البنوك الدائنة للشركة القابضة للاستثمارات المالية (ل.ك.ح جروب) او الشركات التابعة لها والتي تقل قيمتها عن ١٥ مليون جنيه مصري خلال عامان.

ب - البنوك ذات المديونية التي تزيد عن ١٥ مليون جنيه مصري تقوم الشركة القابضة للاستثمارات المالية (ل.ك.ح جروب) بالسداد لها على أقساط ربع سنوية خلال سبع سنوات.

ج - التزام الشركة بالتعاقد مع مستشار مالي يختص بالاشراف على الادارة المالية للمجموعة.

ان المساهمين الرئيسيين للشركة القابضة للاستثمارات المالية (ل.ك.ح جروب) وهم السادة/ رامي وميشيل ريمون لكح رغبة منهم في تدعيم مركزها المالي ودعم حقوق صغار المساهمين، وحيث انه قد تم خلال عام ٢٠٠٠ تغيير سياسة استهلاك الشهرة بتخفيض استهلاكها من ٢٠ سنة الي ١٠ سنوات بدءا من ١ يناير ١٩٩٩ وتم تأثير التغير في سياسة استهلاك الشهرة على بند الأرباح المرحلة فيما يخص عام ١٩٩٩ لجميع الشركات التابعة ولذلك فان الشركة القابضة للاستثمارات المالية (ل.ك.ح جروب) قامت بادراج اصول مملوكة للسادة/ رامي وميشيل ريمون لكح بصفة شخصية لدى شركات أخرى خارج نطاق الشركة القابضة والشركات التابعة لها كأصول ضمن أصول الشركة القابضة للاستثمارات المالية (ل.ك.ح جروب) وجاري اتخاذ الاجراءات القانونية وفقا لاحكام القانون ١٥٩ لسنة ١٩٨١ والقانون ٩٥ لسنة ١٩٩٢ بشأن تقييم الحصص العينية.

## ٢٨ - الموقف الضريبي

أ - تم فحص ضريبة شركات الأموال لشركة ميديكيب للتجارة والمقاولات حتى عام ١٩٩٧ وتم استلام نماذج ١٨، ١٩ وهو متداول حاليا بلجنة الطعن.

ب - تم استلام نموذج ١٨ الخاص بالضريبة على الارباح الراسمالية الناتجة عن بيع المصنع بشركة المصنع العربي للحديد ومعروض الاعتراض باللجنة الداخلية بالعاشر من رمضان.

ج - لم يتم فحص ضريبة شركات الأموال منذ بداية النشاط حتى آخر اقرار للشركات التالية:
- شركة تريدنج ميديكال سيستم ايجيبت.
- شركة اميتريد للتجارة والمقاولات.
- شركة كوينست كونسالت التجارية.
- شركة إدارة المراكز الطبية.

د - تم فحص ضريبة المبيعات حتى القوائم المالية في ٣١ ديسمبر ١٩٩٩ للشركات التالية:
- شركة ميديكيب للتجارة والمقاولات.
- شركة المصنع العربي للحديد (حتى تاريخ بيع المصنع).
- شركة اميتريد للتجارة والمقاولات.
- شركة تريدنج ميديكال سيستم ايجيبت.
- شركة كوينست كونسالت التجارية
- شركة الصناعات الاستهلاكية (حتى القوائم المالية في ٣١ ديسمبر ١٩٩٨).
- الشركة العالمية للنقل الثقيل.

كما تقوم جميع الشركات بتقديم الاقرارات الضريبية في الميعاد القانوني وسداد الضرائب المستحقة عليها من واقع تلك الاقرارات.

**٢٩ - أرقام المقارنة:** تم تعديل أرقام المقارنة لتتفق مع تبويب القوائم المالية للعام الحالي.

## ٣٠ - ملاحظات الهيئة العامة لسوق المال

وردت الينا ملاحظات الهيئة العامة لسوق المال على القوائم المالية المجمعة للشركة عن الفترة المالية المنتهية في ٣٠ يونيو ٢٠٠٠ وتتمثل في سبع ملاحظات وردت الينا بخطاب الهيئة بتاريخ ٢٢ فبراير ٢٠٠١ رقم ٣٩ التي تتمثل في سبع ملاحظات قد تم تلافيها كاملة طبقا لتوصيات الهيئة العامة لسوق المال وكل ملحوظة في موضعها الصحيح من القوائم المالية والايضاحات المتممة لها.

## تقرير مراقب الحسابات

**إلى السادة/ مساهمي الشركة القابضة للاستثمارات المالية (ل.ك.ح جروب) - شركة مساهمة مصرية.**

قمنا بمراجعة القوائم المالية المجمعة للشركة القابضة للاستثمارات المالية (ل.ك.ح جروب) شركة مساهمة مصرية المتمثلة في الميزانية المجمعة في ٣١ ديسمبر ٢٠٠٠ وكذا قائمتي الدخل المجمعة والتدفقات النقدية المجمعة عن الفترة من ١ يناير ٢٠٠٠ حتى ٣١ ديسمبر ٢٠٠٠، وهذه القوائم المالية المجمعة مسئولية إدارة الشركة وتنحصر مسئوليتنا في إبداء الرأي على هذه القوائم المالية المجمعة في ضوء مراجعتنا لها.

وقد تمت مراجعتنا وفقا لمعايير المراجعة المصرية وفي ضوء القوانين المصرية السارية، وتتطلب معايير المراجعة المصرية تخطيط وأداء المراجعة للحصول على تأكيد مناسب بأن القوائم المالية المجمعة لا تحتوي على اخطاء مؤثرة، وتتضمن اعمال المراجعة اجراء فحص اختباري للمستندات والأدلة المؤيدة للقيم والايضاحات الواردة بالقوائم المالية المجمعة، كما تتضمن اعمال المراجعة ايضا تقييما للسياسات وللقواعد المحاسبية المطبقة وللتقديرات الهامة التي اعدت بمعرفة الادارة وكذلك سلامة العرض الذي قدمت به القوائم المالية المجمعة، وقد حصلنا على البيانات والايضاحات التي رأيناها لازمة لأغراض المراجعة ومن بينها المصادقات الواردة في الايضاحات المتممة، ونرى ان ما قمنا به من اعمال المراجعة يعد أساسا مناسبا لابداء رأينا على القوائم المالية المجمعة.

وفي رأينا ان القوائم المالية المجمعة المشار اليها أعلاه مع الايضاحات المتممة لها تعبر بوضوح في كل جوانبها الهامة عن المركز المالي المجمع للشركة في ٣١ ديسمبر ٢٠٠٠، وعن نتيجة نشاطها المجمع وتدفقاتها النقدية المجمعة عن الفترة من ١ يناير ٢٠٠٠ وحتى ٣١ ديسمبر ٢٠٠٠ وذلك طبقا لمعايير المحاسبة المصرية وفي ضوء القوانين واللوائح المصرية ذات العلاقة.

مع عدم اعتبار ذلك تحفظا وكما هو موضح تفصيلا في الايضاحات أرقام (٢/٣)، (٨)، (٢٧) قامت الشركة بتغيير السياسة المحاسبية الخاصة بمعالجة الشهرة وطبقت المعالجة المحاسبية القياسية الواردة في المعيار المحاسبي المصري رقم (٥) والخاص بمعالجة تغيير السياسات المحاسبية، وقد نتج عن ذلك تخفيض مدة استهلاك الشهرة من ٢٠ سنة الي ١٠ سنوات وطبق هذا التغيير بأثر رجعي من ١ يناير ١٩٩٩ ونتج عن هذا التغيير تأثير الرصيد الافتتاحي للأرباح المرحلة المجمعة بمبلغ ١٢,٢٦١,٥٢٩ جنيه مصري وعلى نتائج الأعمال المجمعة للسنة المالية المنتهية في ٣١ ديسمبر ٢٠٠٠ فيما يخص استهلاك العام.

القاهرة في: ٢٢ مارس ٢٠٠١

شريف حمودة

RSM International



## ٢١ – الإهلاك والاستهلاك

بلغ الإهلاك والاستهلاك خلال الفترة من ١ يناير ٢٠٠٠ حتى ٣١ ديسمبر ٢٠٠٠ مبلغ ٤٩,٣٧١,٤٤٠ جنيه مصري يتمثل فيما يلي:

| | جنيه مصري |
|---|---|
| إهلاك أصول ثابتة (بخلاف إهلاك الأصول المدرج ضمن تكلفة المبيعات والبالغ قيمته [illegible] جنيه مصري) | ١٤,٨١٧,٥٧٣ |
| استهلاك أصول أخرى (بخلاف استهلاك الأصول الأخرى المدرج ضمن تكلفة المبيعات والبالغ قيمته [illegible] جنيه مصري) | ٢٨,٢٦٤,٦٢٠ |
| استهلاك الشهرة | ٦,٢٨٩,٢٤٧ |
| | ٤٩,٣٧١,٤٤٠ |

يرجع زيادة مبلغ استهلاك الأصول الأخرى (مصروفات التأسيس، مصروفات سابقة على بدء النشاط، مصروفات التجارب السابقة على بدء النشاط) إلى تطبيق المعيار المحاسبي الدولي رقم (٢٨) فقرة (٦) (إيضاح رقم (٧/٢)) وقد تضمن مبلغ استهلاك الأصول الأخرى البالغ قيمته ٢٨,٢٦٤,٦٢٠ جنيه مصري عن السنة المالية المنتهية في ٣١ ديسمبر ٢٠٠٠ استهلاك رصيد المصاريف السابقة على بدء النشاط ورصيد مصاريف تجارب ما قبل بدء النشاط الخاصة بشركة المصنع العربي للحديد بمبلغ [illegible] جنيه مصري وكذا رصيد مصاريف التأسيس ورصيد المصاريف السابقة على بدء النشاط الخاص بالشركة العالمية للنقل الثقيل بمبلغ [illegible] جنيه مصري.

## ٢٢ – تسويات ضريبية

يتمثل بند التسويات الضريبية في قيمة فروق فحص ضريبة المبيعات للمصنع العربي للحديد (إحدى الشركات التابعة) من قبل مصلحة الضرائب على المبيعات عن الفترة من عام ١٩٩٨ إلى تاريخ البيع وقدره [illegible] جنيه مصري سدد منها خلال عام ٢٠٠٠ مبلغ وقدره [illegible] جنيه مصري وقد تم تبويب المبلغ المتبقي والذي يستحق السداد خلال عام ويبلغ [illegible] جنيه مصري كأوراق دفع ضمن الدائنون – أرصدة قصيرة الأجل (إيضاح رقم ١٣) وتم تبويب المبلغ المتبقي الذي يستحق السداد بعد أكثر من عام ويبلغ [illegible] جنيه مصري كأوراق دفع طويلة الأجل ضمن الدائنون – أرصدة طويلة الأجل (إيضاح رقم ٢٠).

## ٢٣ – فوائد دائنة

بلغت الفوائد الدائنة خلال الفترة من ١ يناير ٢٠٠٠ إلى ٣١ ديسمبر ٢٠٠٠ مبلغ [illegible] جنيه مصري تتضمن مبلغ [illegible] جنيه مصري قيمة فوائد الودائع المجمدة والمربوطة لشركة المصنع العربي للحديد لدى بنك القاهرة فرع [illegible] مقابل ضمان سداد السندات المصدرة بمبلغ [illegible] جنيه مصري المستحقة السداد في ٢٩/٩/٢٠٠٥ (إيضاح رقم ١٣).

## ٢٤ – التزامات محتملة

تتمثل الالتزامات المحتملة في قيمة خطابات الضمان التي استخرجتها البنوك لصالح الغير وبلغت في ٣١ ديسمبر ٢٠٠٠ قيمة غطاءات خطابات الضمان مبلغ [illegible] جنيه مصري والظاهرة ضمن بند المدينون – أرصدة قصيرة الأجل (إيضاح رقم [illegible]).

## ٢٥ – الأدوات المالية وإدارة المخاطر المتعلقة بها

تتمثل الأدوات المالية للشركة في الأصول المالية (النقدية وما في حكمها، بعض حسابات المدينون) وأيضا الالتزامات المالية (البنوك الدائنة، بعض حسابات الدائنون، السندات، قروض طويلة الأجل).

- **مخاطر سعر الفائدة:** تعتمد الشركة في تمويل جزء من رأس المال العامل وبعض الأصول طويلة الأجل على السندات طويلة الأجل والتسهيلات والقروض البنكية وتقوم بالحصول على هذه القروض والتسهيلات البنكية طبقا للأسعار السائدة للبنوك المانحة بصفة عامة.
- **مخاطر الائتمان:** تتمثل مخاطر الائتمان في قدرة الشركة على تحصيل الديون المستحقة على العملاء ولذا فإنه يتم إعداد دراسة لموقف العملاء من خلال تكوين المخصصات اللازمة لمقابلة الديون المشكوك في تحصيلها (إيضاح رقم [illegible]).
- **مخاطر تقلب أسعار العملات الأجنبية:** يتم تنفيذ بعض معاملات الشركة بالعملات الأجنبية المختلفة وقد تتعرض الشركة لخطر تقلبات في أسعار صرف العملات الأجنبية ويتم مواجهة هذا الخطر عن طريق إحداث توازن بين التزاماتها بالعملات الأجنبية ومصادر تمويلها بالعملات الأجنبية.
- **القيمة العادلة:** طبقا لأسس التقييم المستخدمة في تقييم أصول والتزامات الشركة فإن القيمة العادلة للأدوات المالية لا تختلف اختلافا جوهريا عن القيمة الدفترية في تاريخ الميزانية.

## ٢٦ – حصة السهم من الخسارة

تم احتساب صافي حصة السهم من الخسارة كالآتي:

| | ٢٠٠٠/١٢/٣١ جنيه مصري | ١٩٩٩/١٢/٣١ جنيه مصري |
|---|---|---|
| صافي خسارة العام | (٢٩٩,١٢٩,٥٦٤) | ١٧٢,١٢٥,٨٤٧ |
| مقسوما على: | | |
| متوسط عدد الأسهم | ١٤٩,٩٨٨,٠٠٠ | ١٣٣,٤٨٨,٠٠٠ |
| صافي حصة السهم من الخسارة | (١,٩٩) | ١,٣٠ |

## ٢٧ – أهم الأحداث في الشركات التابعة خلال عام ٢٠٠٠

- خلال عام ٢٠٠٠ تم إبرام عقد شراء وبيع لجزء من الأصول المملوكة لشركة المصنع العربي للحديد ش.م.م (البائع) إلى شركة مجموعة مصر للصلب ش.م.م (المشتري) وتتمثل الأصول المباعة فيما يلي:
- كافة الأصول العقارية بما في ذلك كافة الأراضي والمباني والإنشاءات والتجهيزات الموجودة عليها أو المتصلة بها.
- كافة خطوط الإنتاج والمعدات والآلات والمعدات والروافع والأدوات والوحدات وآلات التشكيل المعدني وأجهزة تشغيل قطع الآلات وقطع الغيار وتلك الخاصة بقطع الغيار والعدد [illegible].
- كافة التجهيزات والإنشاءات ومحتويات المكاتب الموجودة داخل المصنع.

[illegible]



[illegible]

## ٢٨ – الموقف الضريبي

أ - تم فحص ضريبة شركات الأموال لشركة ميديكيب للتجارة والمقاولات حتى عام ١٩٩٧ وتم استلام نماذج ١٨ ، ١٩ وهو متداول حاليا بلجنة الطعن.

ب - تم استلام نموذج ١٨ الخاص بالضريبة على الأرباح الرأسمالية الناتجة عن بيع المصنع بشركة المصنع العربي للحديد ومعروض الاعتراض باللجنة الداخلية بالعاشر من رمضان.

ج - لم يتم فحص ضريبة شركات الأموال منذ بداية النشاط حتى آخر إقرار للشركات التالية:

- شركة تريدنج ميديكال سيستم ايجيبت.
- شركة اميتريد للتجارة والمقاولات.
- شركة كويست كونسالت التجارية.
- شركة إدارة المراكز الطبية.

د - تم فحص ضريبة المبيعات حتى القوائم المالية في ٣١ ديسمبر ١٩٩٩ للشركات التالية:

- شركة ميديكيب للتجارة والمقاولات.
- شركة المصنع العربي للحديد (حتى تاريخ بيع المصنع).
- شركة اميتريد للتجارة والمقاولات.
- شركة تريدنج ميديكال سيستم ايجيبت.
- شركة كويست كونسالت التجارية
- شركة الصناعات الاستهلاكية (حتى القوائم المالية في ٣١ ديسمبر ١٩٩٨).
- الشركة العالمية للنقل الثقيل.

كما تقوم جميع الشركات بتقديم الإقرارات الضريبية في الميعاد القانوني وسداد الضرائب المستحقة عليها من واقع تلك الإقرارات.

## ٢٩ – أرقام المقارنة : تم تعديل أرقام المقارنة لتتفق مع تبويب القوائم المالية للعام الحالي.

## ٣٠ – ملاحظات الهيئة العامة لسوق المال

وردت إلينا ملاحظات الهيئة العامة لسوق المال على القوائم المالية المجمعة للشركة عن الفترة المالية المنتهية في ٣٠ يوليو ٢٠٠٠ وتتمثل في سبع ملاحظات وردت إلينا بخطاب الهيئة بتاريخ ٢٢ فبراير ٢٠٠١ رقم ٢٥ التي تتمثل في سبع ملاحظات قد تم تلافيها كاملة طبقا لتوصيات الهيئة العامة لسوق المال وكل ملحوظة في موضعها الصحيح من القوائم المالية والإيضاحات المتممة لها.

## تقرير مراقب الحسابات

إلى السادة / مساهمي الشركة القابضة للاستثمارات المالية (ل. ك. ح جروب) ، شركة مساهمة مصرية.

قمنا بمراجعة القوائم المالية المجمعة للشركة القابضة للاستثمارات المالية (ل. ك. ح جروب) شركة مساهمة مصرية المتمثلة في الميزانية المجمعة في ٣١ ديسمبر ٢٠٠٠ وكذا قائمتي الدخل المجمعة والتدفقات النقدية المجمعة عن الفترة من ١ يناير ٢٠٠٠ حتى ٣١ ديسمبر ٢٠٠٠. وهذه القوائم المالية المجمعة مسئولية إدارة الشركة وتنحصر مسئوليتنا في إبداء الرأي على هذه القوائم المالية المجمعة في ضوء مراجعتنا لها.

وقد تمت مراجعتنا وفقا لمعايير المراجعة المصرية وفي ضوء القوانين المصرية السارية. وتتطلب معايير المراجعة المصرية تخطيط وأداء المراجعة للحصول على تأكيد مناسب بأن القوائم المالية المجمعة لا تحتوي على أخطاء مؤثرة. وتتضمن أعمال المراجعة إجراء فحص اختباري للمستندات والأدلة المؤيدة للقيم والإيضاحات الواردة بالقوائم المالية المجمعة. كما تتضمن أعمال المراجعة أيضا تقييما للسياسات والقواعد المحاسبية المطبقة وللتقديرات الهامة التي أعدت بمعرفة الإدارة وكذلك سلامة العرض الذي قدمت به القوائم المالية المجمعة. وقد حصلنا على البيانات والإيضاحات التي رأيناها لازمة لأغراض المراجعة ومن بينها المصادقات الواردة في الإيضاحات المتممة. ونرى أن ما قمنا به من أعمال المراجعة يعد أساسا مناسبا لإبداء رأينا على القوائم المالية المجمعة.

وفي رأينا أن القوائم المالية المجمعة المشار إليها أعلاه مع الإيضاحات المتممة لها تعبر بوضوح في كل جوانبها الهامة عن المركز المالي المجمع للشركة في ٣١ ديسمبر ٢٠٠٠ ، وعن نتيجة نشاطها المجمع وتدفقاتها النقدية المجمعة عن الفترة من ١ يناير ٢٠٠٠ وحتى ٣١ ديسمبر ٢٠٠٠ وذلك طبقا لمعايير المحاسبة المصرية وفي ضوء القوانين واللوائح المصرية ذات العلاقة.

مع عدم اعتبار ذلك تحفظا وكما هو موضح تفصيلا في الإيضاحات أرقام (٢/٢)، (١٨)، (٢٧) قامت الشركة بتغيير السياسة المحاسبية الخاصة بمعالجة الشهرة وطبقت المعالجة المحاسبية البديلة الواردة في المعيار المحاسبي المصري رقم (٤) والخاص بمعالجة تغيير السياسات المحاسبية. وقد نتج عن ذلك تخفيض مدة استهلاك الشهرة من ٢٠ سنة إلى ١٠ سنوات وطبق هذا التغيير بأثر رجعي من ١ يناير ١٩٩٩ ونتج عن هذا التغيير تأثير الرصيد الافتتاحي للأرباح المرحلة المجمعة بمبلغ [illegible] جنيه مصري وعلى نتائج الأعمال المجمعة للسنة المالية المنتهية في ٣١ ديسمبر ٢٠٠٠ فيما يخص استهلاك العام.

القاهرة في ٢٢ مارس ٢٠٠١

شريف حمودة

RSM International