**SARWAT A. SHAHID LAW FIRM**
IN AFFILIATION WITH
**WEIL, GOTSHAL & MANGES LLP**

هذا البيع بات ونهائي ولا يجوز الرجوع فيه لأي سبب من الأسباب وفى حالة تقاعس المشترى أو إخلاله بالتزاماته فى هذا العقد لأي سبب من الأسباب بما يحق معه للبائع إستعمال حقه في فسخ العقد فإن المشترى يكون ملزماً بتعويض اتفاقي غير خاضع لتقدير أو رقابة القضاء يعادل قيمة الثمن المنصوص عليه فى الفقرة ٣-٢-ج-١ من هذا العقد.

### ٣-٣  التسليم وانتقال الملكية:

ما لم يتفق المشترى والبائع على خلاف ذلك، ومع مراعاة الشروط المبينة فى هذا العقد، يكون تسليم وانتقال ملكية الأصول المشتراة وعبء الهلاك إلى المشترى فى تاريخ التسليم والنفاذ، ويعد التسليم فى مقر المصنع الموجودة به الأصول المشتراه موضوع هذا العقد.

### ٣-٤  الضرائب عند نقل الملكية والتحويل:

يتحمل كل طرف الضرائب والرسوم المفروضة عليه قانوناً المتعلقة بإتمام العمليات المتوقعة بموجب هذا العقد. وعلى وجه الخصوص اتفق الطرفان على أن يتحمل البائع ضريبة التصرفات العقارية ويتحمل المشترى كافة الضرائب والرسوم المتعلقة بتسجيل ونقل ملكية الأصول المشتراة باسم المشترى ويشمل ذلك على سبيل المثال وليس الحصر الرسوم والضرائب الخاصة بنقل ملكية الأراضي والعقارات والماكينات ووسائل النقل والانتقال للمشترى.

## مادة (٤)

## إقرارات وضمانات البائع

يقر البائع ويضمن للمشترى ما يلى:

### ٤-١  تأسيس ووجود وسلطة البائع وضماناته والتزاماته:

(i) البائع شركة تأسست حسب الأصول المتبعة وقائمة قانوناً طبقاً للقوانين المصرية، وللبائع كافة السلطات القانونية اللازمة والصلاحيات لامتلاك وتشغيل النشاط (بما فى ذلك الأصول المشتراة) على النحو الذى تدار به حالياً، والبائع لديه كافة السلطات والصلاحيات القانونية اللازمة لتوقيع وتسليم وتنفيذ هذا العقد وكافة المستندات والمحررات الضرورية أو المتوقعة وفقاً لهذا العقد وفى إتمام العمليات المتوقعة وفقاً له وبموجبه. كما أن كافة الإجراءات القانونية والإجراءات الخاصة بالمساهمين والتصرفات والإجراءات الأخرى المطلوب اتخاذها بواسطة البائع للتصريح




SARWAT A. SHAHID LAW FIRM
IN AFFILIATION WITH
WEIL, GOTSHAL & MANGES LLP

بتوقيع وتسليم وتنفيذ هذا العقد وكافة المستندات والمحررات المطلوبة أو المتوقعة بموجب هذا العقد والعمليات المتوقعة بموجبه تم اتخاذها كما يجب.

(ب) توقيع وتسليم وتنفيذ هذا العقد وكافة المستندات والمحررات المطلوبة أو المتوقعة من البائع وإنجاز العمليات المتوقعة بموجب هذا العقد (١) لن يخل أو يتعارض مع أى حكم من أحكام عقد تأسيس أو النظام الأساسى الخاص بالبائع، (٢) لن يتعارض مع أو يؤدى إلى إخلال أو يشكل (بموجب إخطار حسب الأصول أو انقضاء المدة أو كليهما) مخالفة بموجب أى حكم أو قرار صادر من أى محكمة أو جهة حكومية ملزم للبائع أو (٣) حسب أقصى معرفة للبائع، لن يخل بأى قانون سارى المفعول.

(ج) لا توجد حقوق للغير أياً كانت تؤثر على كل أو أغلب الأصول المشتراة بخلاف ما هو متوقع بموجب هذا العقد ومنها الرهن التجارى على المقومات المادية والمعنوية لشركة المصنع العربى للحديد لصالح بنك القاهرة. فضلاً عن التوكيل الممنوح للبنك برهن الأصول العقارية لشركة المصنع العربى للحديد لصالح البنك والتى سيقوم البائع بالحصول على موافقة البنك على شطب الرهن التجارى المذكور والغاء التوكيل الممنوح له لرهن الأصول العقارية.

(د) يلتزم البائع بسداد أقساط ضريبة المبيعات المقررة على ماكينات ومعدات المصنع التى لم يتم سدادها وكافة (حقوق الغير المسموح بها) المبينة فى الملحق (رقم ٣) المرفق بهذا العقد.

## ٢-٤ حالة الأصول المشتراة:

أن الأصول المشتراة هى المستعملة فى النشاط كما يقوم البائع باستعمالها حالياً فيما عدا الأصول المستبعدة. والمبينة بالملاحق المرفقة بهذا العقد.

## ٣-٤ العقارات:

(أ) يحتوى الملحق (رقم ٤) المرفق بهذا العقد على وصف كامل ودقيق وكروكى للعقارات المملوكة، بما فى ذلك العنوان والمنطقة ووصف كامل وكذلك كشف بكافة العقود والاتفاقات المتعلقة بالعقارات المملوكة أو أى جزء منها. وقد قام البائع بتسليم المشترى صور هذه العقود والاتفاقات. والبائع هو المالك القانونى الوحيد دون غيره لكافة الحق والملكية والمصلحة فى العقارات المملوكة، وكما أنه يحوز كل العقارات المملوكة بما فى ذلك المبانى والإنشاءات والتحسينات الكائنة عليها والتوابع الخاصة بها خالية بيا فى كل حالة من أى حقوق للغير باستثناء حقوق الغير الموضحة بهذا العقد أو المسموح بيا.

١٠

SARWAT A. SHAHID LAW FIRM
IN AFFILIATION WITH
WEIL, GOTSHAL & MANGES LLP

(ب) العقارات المملوكة مطابقة لكافة القوانين الخاصة بتقسيم المدن والمباني والصحة والحريق والمياه والاستعمال أو القوانين أو الأنظمة أو التشريعات أو اللوائح المماثلة. ويتمتع البائع بكل حقوق الارتفاق بالنسبة لكافة المرافق والخدمات والطرق والوسائل الأخرى الخاصة بالدخول والخروج اللازم لتشغيل النشاط على النحو المطبق حالياً.

### ٤-٤ الأصول المنقولة:

يحتوي الملحق (رقم ٥) المرفق بهذا العقد على كشف كامل وصحيح بكل الأصول المنقولة المملوكة من البائع والمستعملة في النشاط فيما عدا الأصول المستبعدة. ويمتلك البائع الأصول المنقولة المذكورة ملكية خالية في كل حالة من أي حقوق للغير خلاف ما ذكر بالبند رقم ٤-١. والأصول المنقولة المذكورة صالحة من جميع الوجوه –فيما عدا الاستهلاك العادي والقدم– للاستعمال المعتاد في النشاط. وقد قام البائع بتسليم أو توفير صورة كاملة وصحيحة من كل البيانات والسجلات الخاصة بها للمشتري.

### ٥-٤ الدعاوى القضائية والمطالبات الخاصة بالأصول المشتراة:

لا توجد مطالبات أو قضايا أو دعاوى أو إجراءات قانونية قيد النظر أو –حسب أقصى معرفة البائع– مهدد باتخاذها أمام أي محكمة أو وجهة إدارية ولا يوجد حكم أو أمر قضائي يتعلق بأي من الأصول المشتراة كان له أو قد يكون له تأثير جوهري معاكس على العمليات المتوقعة بموجب هذا العقد أو يمنع من إتمامها.

### ٦-٤ العقود:

الملحق (رقم ٩) المرفق يتضمن كشف كاملاً وصحيحاً بكل العقود والاتفاقات التي يكون البائع طرفاً فيها وتتعلق بالأصول المشتراة ومنها على سبيل المثال عقود الكهرباء والمياه والتليفونات والغاز الطبيعي أو الإيصالات الدالة على اشتراك المصنع مع مصادر توريدها.

### ٧-٤ الالتزام بالقوانين:

تمثل التراخيص والتصاريح كافة التراخيص والتصاريح والطلبات والأذون والموافقات اللازمة أو المطلوبة لتشغيل النشاط ولامتلاك أو استعمال أو تشغيل أي من معدات البائع أو منشآته أو لتوفير أي من منتجاتها وكافة المستندات المطلوب تقديمها إلى أي جهاز حكومي أو تنظيمي أو إداري



١١

SARWAT A. SHAHID LAW FIRM
IN AFFILIATION WITH
WEIL, GOTSHAL & MANGES LLP

مختص أو سلطة (أو جهة مماثلة). وهذه التراخيص والتصاريح سارية المفعول ونافذة بالكامل وقابلة للتنفيذ ويمكن استخدامها بواسطة المشترى بعد الحصول على الموافقات اللازمة من الجهات الحكومية والمحلية إن كان ذلك ضرورياً. ويتضمن الملحق (رقم ١٠) المرفق بهذا العقد كشف كامل وصحيح بكافة التراخيص والتصاريح.

### ٤-٨ الدفاتر والسجلات:

كافة الدفاتر والسجلات الخاصة بالعاملين ملفاتهم وبياناتهم وغير ذلك من المواد الخاصة بالموظفين قد تم إعدادها والإبقاء عليها من كافة النواحي الجوهرية طبقاً لكافة القوانين واللوائح السارية، وقد قام البائع بتزويد المشترى بكافة مثل هذه الدفاتر والسجلات والملفات.

### ٤-٩ عدم وجود خدمات السمسار:

لم يتم إبرام هذا العقد أو بيع وشراء الأصول المشتراة بموجبه أو انجاز العمليات المتوقعة بمقتضاه عن طريق أى شخص ينوب عن أو يمثل البائع بأى صفة مما يحق معه لهذا الشخص بمقتضاها تقاضى أى أتعاب أو عمولة سمسرة أو وساطة من المشترى.

### ٤-١٠ المسائل الخاصة بالبيئة:

لم يوقع على البائع ولم يخطر بأى حقائق أو معلومات تنبئ عن إمكان توقيع أى جزاءات أو عقوبات أو وجود أى مطالبات تتعلق بالأصول المشتراة من جراء مخالفة أى من القوانين والنظم والتشريعات والأصول الخاصة المتعلقة بالتلوث أو حماية البيئة هذا وقد تسلم المشترى صورة من كتاب وزارة الدولة لشئون البيئة المؤرخ مايو ١٩٩٩ الموجه الى رئيس جهاز مدينة العاشر من رمضان بالموافقة على منح المصنع تراخيص التشغيل المطلوبة لثبوت توافقه مع أحكام قانون حماية البيئة رقم ٤ لسنة ١٩٩٤.

### ٤-١١ الموظفون:

يحتوى الملحق (رقم ٨) المرفق بهذا العقد على كشف كامل وصحيح بكل المديرين وكافة العاملين للبائع فى تاريخ هذا العقد ("الموظفون") بما فى ذلك معلومات صحيحة عن المرتبات والأجور والعلاوات والحوافز وغيرها من الحقوق المالية المستحقة لهم قانوناً والمستوى الوظيفى أو توصيف وظيفى مختصر لكل موظف، هذا ويلتزم المشترى بتوقيع عقود مع هؤلاء العاملين وفقاً للتنسيق الذى سيتم بينه وبين البائع خلال ٣٠ (ثلاثون) يوماً من وقت النفاذ.




١٢

**SARWAT A. SHAHID LAW FIRM**
IN AFFILIATION WITH
**WEIL, GOTSHAL & MANGES LLP**

## مادة (٥)

## إقرارات وضمانات المشترى

يقر المشترى ويضمن للبائع ما يلى:

### ١-٥  تأسيس ووجود وسلطة المشترى:

(أ) أن المشترى (١) شركة تأسست حسب الأصول المتبعة وقائمة قانوناً طبقاً لقوانين جمهورية مصر العربية و (٢) لديه كافة السلطات والصلاحيات القانونية اللازمة لتوقيع وأداء وتنفيذ هذا العقد. وأن كافة الإجراءات القانونية والإجراءات الخاصة بالمساهمين والتصرفات والإجراءات الأخرى المطلوب اتخاذها بواسطة المشترى للتصريح بتوقيع وأداء وتنفيذ هذا العقد وكافة المستندات والأوراق المطلوبة أو المتوقعة بموجب هذا العقد والعمليات المتوقعة وفقاً لهذا العقد أو العمليات المتوقعة هنا أو بموجب تلك المستندات تم اتخاذها كما ينبغى حسب الأصول.

(ب) أن توقيع وأداء وتنفيذ هذا العقد وكافة المستندات والوثائق المطلوبة أو المتوقعة من المشترى بموجب هذا العقد وإنجاز العمليات المتوقعة بموجب هذا العقد وتلك المستندات (١) لن يخل أو يتعارض مع أى حكم من أحكام عقد تأسيس أو النظام الأساسى للمشترى، أو (٢) لن يخل بأى قانون سارى المفعول أو لائحة تطبق على المشترى.

(ج) أن هذا العقد وكافة المستندات والمحررات المطلوبة أو المتوقع تسليمها من المشترى بموجب هذا العقد قد تم أو سيتم توقيعها وتسليمها كما ينبغى، وأنها تشكل أو سوف تشكل اتفاقات والتزامات قانونية وسارية المفعول وملزمة للمشترى وقابلة للتنفيذ طبقاً للشروط الخاصة بكل منها.

### ٢-٥  معاينة الأصول المشتراة والماكينات والآلات والمعدات:

(أ) إن المشترى عاين الأصول الثابتة والمنقولة وقطع الغيار المعاينة الكافية والمناسبة وأنه قبلها بحالتها المادية الراهنة وبالقدر الكافى الذى يقدم معه المشترى مطمئناً على الاستلام ويقر بأنه قد قام بها جميعاً وقبل استلامها على حالتها الراهنة.

(ب) المشترى قام بالدراسات الفنية والاقتصادية والمالية اللازمة قبل إقدامه على إبرام هذا العقد بواسطة خبراء متخصصين وأطلع على جداول التشغيل الخاصة بالمصنع ويعلم علم اليقين بمدى القدرة الإنتاجية للأصول المشتراة من بلتات الحديد صلب ٥٢ وصلب ٣٧ ولا يجوز له




١٣

SARWAT A. SHAHID LAW FIRM
IN AFFILIATION WITH
WEIL, GOTSHAL & MANGES LLP

الاحتجاج بعدم علمه بأية بيانات أو ظروف متعلقة بالإنتاج أو الأصول المشتراة باعتبار أنه تسلم خطوط الإنتاج وهى فى حالة تشغيل وإنتاج وأمضى الفترة اللازمة مع خبرائه وفنييه واستشاريه واستشاري البنك مموله فى الدراسة والتقييم لحالة المصنع وقدرته الإنتاجية.

### ٥-٣ عدم وجود خدمات السمسار:

لـم يـتـم إبـرام هذا العقد أو بيع وشراء الأصول المشتراة بموجبه أو إنجاز العمليات المتوقعة بمقتضاه عن طريق أى شخص ينوب عن أو يمثل المشترى بأى صفة مما يجعل لهذا الشخص الحق بمقتضاه فى تقاضى أى أتعاب أو عمولة سمسرة أو وساطة من البائع.

### ٥-٤ التأمين:

على المشترى التأمين على كافة الأصول المشتراة اعتباراً من تاريخ إستلامه لها.

## مادة (٦)
## تعهدات البائع

يتعهد البائع ويتفق مع المشترى على ما يلى:

### ٦-١ الموافقات:

عـلى البائع، فى حدود سيطرته أو سيطرة مندوبيه، استخدام أفضل الجهود لتمكين المشترى من الحصول أو العمل على الحصول على أية موافقات من الغير اللازمة لإكمال العمليات الواردة بهذا العقد بما فى ذلك على سبيل المثال وليس الحصر الموافقات الضرورية، هذا ويلتزم البائع بصفة خاصـة بإتخاذ كافة ما يلزم من إجراءات لنقل ملكية الأراضى موضوع هذا العقد فى جهاز مدينة العاشـر مـن رمضان لأسم المشترى وقد منح البائع المشترى توكيلاً رسمياً عاماً بتمثيله أمام الجهاز لإتمام هذه الإجراءات والتوقيع نيابة عنه على كافة المستندات اللازمة لذلك.

### ٦-٢ الموظفين الرئيسيين:

عـلى الـبائع استخدام أفضل جهوده المتوافقة مع الشروط الواردة فى هذا العقد، لإقناع موظفي البائع الرئيسين بالاستمرار فى العمل لدى المشترى بعد تاريخ التسليم.

### ٦-٣ تحويل التراخيص والتصاريح:

يشترك البائع مع المشترى ويستخدم أفضل جهوده فى تحويل والتنازل للمشترى عن كل حقوقه وفقاً للتراخيص والتصاريح بما فى ذلك:



١٤

**SARWAT A. SHAHID LAW FIRM**
IN AFFILIATION WITH
WEIL, GOTSHAL & MANGES LLP

(أ) التوقيع على كافة التنازلات والمستندات الأخرى اللازمة لتنفيذ تحويل والتنازل عن التراخيص والتصاريح وعقود الطاقة والتليفونات (غير أن البائع لن يكون مطالباً بالتوقيع على أية مستندات تتطلب أو يدخل فيها أى ضمان أو تعويض بواسطة البائع بخصوص أداء المشترى لالتزاماته المرتبطة بالتراخيص أو التصاريح أو الأنشطة المرخصة أو المصرح بها بعد تاريخ التسليم).

(ب) تزويد السلطات الحكومية المسئولة عن التراخيص والتصاريح وتزويد المشترى بأية معلومات ومستندات فى حوزة البائع تكون مطلوبة فيما يخص تحويل التراخيص والتصاريح.

(ج) تنفيذ التزاماته وفق التراخيص والتصاريح، سواء كانت ناتجة عن عقد أو وفق القانون السارى الخاص بذلك، قبل تاريخ التسليم بما فى ذلك سداد أى تجديد أو رسوم سنوية أو أية رسوم أخرى للحفاظ على التراخيص والتصاريح التى تصبح مستحقة قبل تاريخ التسليم غير أن أى رسوم أو مصاريف تستحق بخصوص أى مما سبق بعد وقت النفاذ تكون على نفقة المشترى.

(د) معالجة أى إخلال بأى من التراخيص والتصاريح الخاصة بالأصول المشتراة، والتى تحدث قبل وقت النفاذ إذا ما كان لهذا الإخلال تأثير عكسى على العمل أو الأصول المشتراة.

(هـ) يتحمل المشترى كافة الرسوم والمصروفات المتعلقة باستخراج أو التنازل عن التراخيص والتصاريح التى تتم بموجب هذا العقد أو أى نفقات أخرى قد تدفع الى طرف ثالث فى هذا الشأن.

## مادة (٧)

## تعهدات المشترى

### ١-٧ الموافقات:

على المشترى الحصول على أية موافقات من الغير اللازمة لإكمال العمليات الواردة بهذا العقد، بما فى ذلك دون حصر الموافقات الضرورية، عند أو قبل تاريخ التسليم.

### ٢-٧ الاحتفاظ بالعاملين:

(أ) يلتزم المشترى بتوظيف كافة العاملين الدائمين التابعين للبائع فى وقت النفاذ لديه وبأن يحافظ على مستويات أجورهم ومزاياهم الأخرى المتعاقد عليها أو المقررة قانوناً فى ذلك الوقت.

(ب) ويلتزم المشترى أيضاً بالاحتفاظ بالعاملين المعينين بعقود عمل محددة المدة فى وقت النفاذ ولحين انتهاء سريان تلك العقود.




١٥

SARWAT A. SHAHID LAW FIRM
IN AFFILIATION WITH
WEIL, GOTSHAL & MANGES LLP

### ٧-٣ التأمينات المقدمة من البائع لجهات توريد الطاقة:

يلتزم المشترى بتقديم خطابات ضمان لكافة الجهات الموردة للطاقة مثل الكهرباء والغاز وغيرها وإسترجاع خطابات الضمان أو التأمينات المقدمة من البائع لتلك الجهات وتسليمها له خلال خمسة عشر يوماً من تاريخ توقيع هذا العقد.

## مادة (٨)
### المستندات اللازمة عند التسليم – تسليم الأصول المشتراة

### ١-٨ مستندات البائع:

فى تاريخ التسليم، يقوم البائع بتسليم المشترى ما يلى:

(أ) صور من قرارات الجمعية العامة للبائع، بالموافقة على التوقيع على هذا العقد والمستندات والشهادات الأخرى المطلوبة أو المتوقعة ضمن هذا العقد، مصدق عليها من رئيس مجلس الإدارة والعضو المنتدب للبائع حسب الأحوال.

(ب) صور من قرارات الجمعية العامة للبائع بخصوص الممثلين المخول لهم التوقيع على هذا العقد معتمدة من رئيس مجلس إدارة البائع.

(ج) صورة من السجل التجارى للبائع وصورة من النظام الأساسى للبائع.

(د) نسخ من كل الموافقات ("الموافقات الضرورية") بالنسبة للأصول المشتراة، وبالنسبة للأصول المشتراة التى لا يمكن تحويلها أو التنازل عنها للمشترى فى الوقت المحدد للإستلام بسبب عدم إمكانية الحصول على موافقة أو اعتماد لازم من أى من الغير.

(هـ) توكيل يبيح للمشترى نقل ملكية العقارات المملوكة من البائع إلى المشترى.

### ٢-٨ مستندات المشترى:

فى تاريخ التسليم، يقوم المشترى بتسليم البائع ما يلى:

(أ) نسخ مصدق عليها من موافقات مجلس إدارة أو الجمعية العامة للمشترى تبيح توقيع وتسليم و/أو تنفيذ هذا العقد والمستندات والمحررات الأخرى المتوقعة طبقاً لهذا العقد.

(ب) صورة مصدق عليها من قرارات مساهمى المشترى، بشأن مسئولية وتوقيع المسئول الموقع على هذا العقد والمستندات والمحررات الأخرى المتوقعة طبقاً لهذا العقد نيابة عن المشترى.




١٦

SARWAT A. SHAHID LAW FIRM
IN AFFILIATION WITH
WEIL, GOTSHAL & MANGES LLP

(ج)   صورة طبق الأصل من عقد تأسيس المشترى ونسخة من سجله التجارى.

(د)   كافـة الموافقـات والمستندات والمحررات والشهادات المعقولة المطلوبة بواسطة البائع لإكمال الصفقات المتوقعة عند تاريخ التسليم.

(هـ)   ثمن الشراء وفقاً للبند ٣-٢(ج) من هذا العقد.

## مادة (٩)
### عدم إفشاء المعلومات

يتعهد البـائع بـدءاً وبـعـد تاريخ التسليم هو ووكلاؤه وممثلوه بعدم إفشاء أى أسرار تجارية أو تصميمات أو عمليات سرية أو أية معلومات تخص أو تشير إلى النشاط أو المنتجات أو العملاء أو الزبائن أو أموال النشاط أو أى من معاملاته أو صفقاته أو شئونه لأى شخص وبعدم استخدام أى منها وببذل أفضل جهوده لمنع نشرها أو كشفها. كما يلتزم المشترى بعدم الاعلان عن هذه الصفقة قبل أو بعد تاريخ الـنفاذ إلا بالتنسيق مع البائع وبموافقته كتابة باعتبار أن الشركة البائعة إحدى الشركات الـتابعة للشركة القابضة للإستثمارات المالية وهى شركة لها كيان وطابع خاص يلزم معاملة تعاملاتها وعقودها بالسرية الواجبة.

## مادة (١٠)
### أحكام عامة

١٠-١   الإخطارات:

أية إخطارات أو مطالب أو طلبات أو اتصالات أخرى مطلوبة أو مسموح بها طبقاً لما يلى يجب أن تكون كتابة على عنوانه الموضح بصدر هذا العقد وتعتبر كافية إذا ما أرسلت بواسطة جهاز الفاكس المعزز بالبريد المسجل أو أرسلت بالبريد المسجل أو السريع الموصى عليه وتوجه كما يلى:

إلى البائع:   وكيل البائع القانونى مكتب ثروت عبد الشهيد للمحاماة والاستشارات القانونية
عناية:   الأستاذ/ ثروت عبد الشهيد المحامى بالنقض
بالفاكس رقم:   ٣٩٣٥٤٤٧
العنوان:   ٢٠ ب شارع عدلى -القاهرة.




١٢

**SARWAT A. SHAHID LAW FIRM**
IN AFFILIATION WITH
**WEIL, GOTSHAL & MANGES LLP**

| | |
|---|---|
| إلى المشترى: | شركة مجموعة مصر للصلب |
| عناية: | السيد الأستاذ/ حمدى عبد الوهاب عبد الوهاب محمد قوطة |
| بالفاكس رقم: | |
| العنوان: | القطعة رقم (١) شرق بورسعيد – محافظة بورسعيد. |
| | |
| صورة إلى: | الشركة القابضة للإستثمارات المالية "كح جروب" |
| عناية: | السيد الأستاذ/ رئيس مجلس الإدارة |
| بالفاكس رقم: | ٤١٧٦٢٢٣ |

أو العناوين أو أرقام الفاكس الأخرى حسب ما يتم التزويد به بإخطار مماثل بواسطة كل طرف.

**١٠-٢   النفقات والمصاريف:**

يوافق كل طرف على سداد كافة مصاريفه (ويشمل ذلك دون حصر أتعاب المحامين والمحاسبين) التى تكبدها بمناسبة هذا العقد أو العمليات المتوقعة بموجبه أو المفاوضات المؤدية إليه.

**١٠-٣   الخلفاء والمتنازل إليهم:**

لا يحق لأى من الأطراف التنازل عن حقوقه أو التزاماته وفقاً لهذا العقد دون موافقة كتابية من الطرف الآخر. ويكون هذا العقد ملزماً ونافذا المفعول لصالح الطرفين وخلفائهما والمتنازل إليهم المصرح بهم.

**١٠-٤   كامل العقد - التعديل:**

يمثل هذا العقد بما فى ذلك الملاحق والجداول المرافقة التفاهم الكامل للأطراف بالنسبة للموضوعات الواردة به وتحل محل كافة المفاوضات ومذكرات التفاهم السابقة بينهما على ذلك. ويمكن تعديل شروط وأحكام هذا العقد كتابة فقط وبتوقيع من البائع والمشترى.

**١٠-٥   لغة العقد - النسخ:**

تحرر هذا العقد من عدد (٢ نسخة) أصول باللغة العربية، تسلم كل طرف نسخة موقعة من كل منها.




١٨

SARWAT A. SHAHID LAW FIRM
IN AFFILIATION WITH
WEIL, GOTSHAL & MANGES LLP

<div dir="rtl">

١٠-٦     **القانون الواجب التطبيق – الاختصاص – المنازعات:**

(أ) يفسر هذا العقد وينفذ وفقاً لقوانين جمهورية مصر العربية.

(ب) أى منازعة أو خلاف أو مطالبة ناشئة عن أو متصلة بهذا العقد أو الإخلال به أو إنهائه أو إبطاله والتى لا يمكن تسويتها ودياً بين الأطراف يتم تسويتها نهائياً بطريق التحكيم بواسطة هيئة مشكلة من ثلاثة محكمين يرأسها أحدهم (المحكم المرجح) ووفقاً لقواعد مركز القاهرة الإقليمى للتحكيم التجارى الدولى. ويكون التحكيم فى القاهرة ويتم التحكيم باللغة العربية.

(ج) يكون قرار التحكيم نهائياً وملزماً للأطراف نافذاً ولا يجوز استئنافه أو الطعن. ويفصل المحكمون فى موضوع مصاريف التحكيم ورسومه وأتعابه.

١٠-٧     **القابلية للتجزئة:**

لن تؤثر استحالة تنفيذ أو بطلان أى قسم أو بند أو مادة من هذا العقد فى نفاذ وصحة باقى بنود العقد.

١٠-٨     **عدم التمسك بالحق:**

عدم ممارسة أو التأخير من قبل طرف فى ممارسة أى حق وفقاً لهذا العقد لايعتبر تنازلاً عنه. ولا يمنع ممارسة الحق مرة واحدة أو جزئياً من ممارسة ذات الحق مرات أخرى أو ممارسة أى حق آخر. وحتى يكون نافذاً فإن كل تنازل عن أى حق وفقاً لهذا العقد يجب أن يكون كتابياً وموقعاً بواسطة الطرف المسئول عنه وقد يخضع لأية شروط يتم ذكرها فى ذلك التنازل.

١٠-٩     **عدم وجود طرف ثالث مستفيد:**

لا يعطى هذا العقد أى شخص بخلاف أطراف العقد وخلفائهم ومن يتنازلون اليهم أى حق أو مصلحة فى هذا العقد.

تصديقاً على ذلك تم توقيع هذا العقد نيابة عن كل من الطرفين فى اليوم والسنة المذكورين أعلاه.

</div>



<div dir="rtl">١٩</div>

## SARWAT A. SHAHID LAW FIRM
### IN AFFILIATION WITH
### WEIL, GOTSHAL & MANGES LLP

| | |
|---|---|
| البائع: | شركة المصنع العربي للحديد |
| التوقيع: | |
| الاسم: | السيد الأستاذ/ راموز ريمون ميشيل لكح |
| المنصب: | رئيس مجلس إدارة الشركة القابضة للاستثمارات المالية والمفوض من الجمعية العامة للشركة البائعة بالتوقيع على هذا العقد. |

| | |
|---|---|
| المشتري: | شركة مجموعة مصر للصلب |
| التوقيع: | |
| الاسم: | **السيد الأستاذ/ حمدي عبد الوهاب عبد الوهاب محمد قوطة** |
| المنصب: | عضو مجلس الإدارة المنتدب. |