Arab Steel Factory company
Followed to Holding Company for Financial Investments
LKH Group

## Minutes of ordinary general assembly for Arab Steel Factory company – Egyptian shareholding company held on Saturday coincides with 5/2/2000

According to invitation of Mr. Mohamed Belal El-Sayed Ali Dabah, chairman of the board of directors and deputy member for Arab Steel Factory company – Egyptian shareholding company to Messrs. shareholders, accounts auditors and administrative authorities for attending ordinary general assembly of the company resided in the industrial zone A3 in Tenth of Ramadan city. The meeting was attended by members of the board of directors who are :

1) Mr./ Mohamed Belal El-Sayed Ali Dabah - chairman of the board of directors and deputy member.

2) Mr./ Lotfy Anton Lotfy Laham – member of the board of directors.

3) Mr./ Farouk Soliman Abdel Fattah Uleim - member of the board of directors.

4) Mohamed Sherif Farag Amin - member of the board of directors.

5) Mr./ Hassan Ibrahim Mohamed Diab - member of the board of directors

Also, the meeting was attended by Mr./ Sherif Mohamed Hamouda – accounts auditor

**The meeting was not attended by each of :**

1) Mr./ Abdullah Mohamed Taher Shalash – accounts auditor.

2) Mr./ representative of companies authority.

3) Mr./ Representative of General Authority for Finance Market.

The meeting started headed by Mr./ Mohamed Belal El-Sayed Ali Dabah, chairman of the board of directors and deputy member where it was appointed each of :

Mr./ Mohamed Sayed Abdel Gelil and Mr. Nader Wadie Ragheb – votes sorters and Mr. Mahmoud El-Sayed Khalil – secretary of the session.



By revising the invitation procedures for the meeting of ordinary general assembly of the company, Mr. accounts auditor declared validity of the meeting and that the share attended for the shares is 25000000 shares out of total of the shares number reaches 25000000 shares, meaning with percentage of 100% of the capital.

After offering the agenda upon the attendant Messrs. and discussing the offer presented by Misr Steel Group, Egyptian shareholding company, it was adopted the following decisions unanimously :

**First** : approving upon selling the fixed and movable assets for Arab Steel Factory company – Egyptian shareholding company to Misr Steel Group company - Egyptian shareholding company that presented suitable offer for purchasing.

**Second**: authorizing Mr. Ramy Rimon Michel Lakah, chairman of the board of directors and deputy member for Holding Company for Financial Investments (LKH Group) Egyptian shareholding company – the original shareholder in Arab Steel Factory company - Egyptian shareholding company in signing upon the sale contract, delivery minutes, receiving the price and accomplishing all procedures, signing all documents necessary for this matter and before all administrative authorities. He has the right in authorizing the others in all or some of what has been previously mentioned.

The meeting was ended by eleven O'clock a.m. of morning of the same day.

| Secretary of the meeting | Votes sorters | Accounts auditor |
|---|---|---|
| Signed | Signed | Signed |

Chairman of the meeting

Signed

## Resolution

I state that the above mentioned is typical copy of the meeting minutes of ordinary general assembly in Arab Steel Factory company – Egyptian shareholding company held dated 5/2/2000as registered in the certified registry of meetings minutes and that I am responsible in full for correctness of what stated in and that there is no responsibility upon companies authority on the government against the company or the others for what was stated in.

Chairman of the board of directors

Mohamed Belal El-Sayed Ali Dabah



El-Zini Center
Certified Translation
C.R. 327560
86, El-Merghany St., Heliopolis
2912824 - 0105752490



## شركة المصنع العربى للحديد

شركة تابعة للشركة القابضة للإستثمارات المالية

ل . ك . ح جروب





### محضر اجتماع الجمعية العامة العادية
### لشركة المصنع العربى للحديد ش.م.م
### المنعقد يوم السبت الموافق 2000/2/5

---

بناء على دعوة السيد / محمد بلال السيد على دباح – رئيس مجلس الإدارة والعضو المنتدب لشركة المصنع العربى للحديد ش.م.م إلى السادة المساهمين ومراقبا الحسابات والجهات الإدارية لحضور اجتماع الجمعية العامة العادية للشركة لمناقشة كافة الأمور الواردة بجدول الأعمال .

لقد انعقدت الجمعية العامة العادية للشركة فى تمام الساعة العاشرة صباحاً يوم السبت الموافق 2000/2/5 بمقر الشركة الكائن المنطقة الصناعية A3 – مدينة العاشر من رمضان .

وقد حضر الاجتماع السادة أعضاء مجلس الإدارة وهم :

1 – السيد / محمد بلال السيد على دباح                 رئيس مجلس الإدارة والعضو المنتدب .
2 – السيد / لطفى أنطون لطفى لحام                   عضو مجلس الإدارة .
3 – السيد / فاروق سليمان عبد الفتاح عليم            عضو مجلس الإدارة .
4 – السيد / محمد شريف فرج أمين                    عضو مجلس الإدارة .
5 – السيد / حسن إبراهيم محمد دياب                  عضو مجلس الإدارة .

كما حضر الإجتماع السيد / شريف محمد حمودة – مراقب الحسابات .

ولم يحضر الإجتماع كلا من :

1 – السيد / عبد الله محمد طاهر شلش – مراقب الحسابات
2 – السيد / مندوب مصلحة الشركات .
3 – السيد / مندوب الهيئة العامة لسوق المال .

وقد بدأ الإجتماع برئاسة السيد / الأستاذ محمد بلال السيد على دباح – رئيس مجلس الإدارة والعضو المنتدب حيث تم تعيين كلا من السيد / محمد سيد عبد الجليل والسيد / نادر وديع راغب – فارزا أصوات ، والسيد / محمود السيد خليل – أمين سر الجلسة .

وبمراجعة إجراءات الدعوة لإجتماع الجمعية العامة العادية للشركة أعلن السيد / مراقب الحسابات صحة الإجتماع وأن النصاب الحاضر للأسهم هو 25000000 سهم من إجمالى عدد الأسهم البالغ 25000000 سهم أى بنسبة 100 % من رأس المال .

المصنع : العاشر من رمضان القطعة رقم (4) المنطقة الصناعية A3 الشريف                          750000 جنيه مصر
العنوان البريدى : ص.ب 1559 المجاورة التاسعة – العاشر من رمضان                  55 العاشر من رمضان
.015/361695.



شركة المصنع العربى للحديد

شركة تابعة للشركة القابضة للإستثمارات المالية

ل.ك.ح جروب

وبعد أن تم عرض جدول الأعمال على السادة الحاضرين ومناقشة العرض المقدم من شركة مجموعة مصر للصلب ش.م.م ، تم إتخاذ القرارات التالية بإجماع الآراء :

أولاً  –   الموافقة على بيع الأصول الثابتة والمنقولة لشركة المصنع العربى للحديد ش.م.م إلى شركة مجموعة مصر للصلب ش.م.م والتى قدمت عرضاً مناسباً للشراء .

ثانياً  –   تفويض السيد الأستاذ / رامى ريمون ميشيل لكح  رئيس مجلس الإدارة والعضو المنتدب للشركة القابضة للإستثمارات المالية ( ل.ك.ح جروب ) ش.م.م – المساهم الرئيسى فى شركة المصنع العربى للحديد ش.م.م – فى التوقيع على عقد البيع ومحضر التسليم وقبض الثمن وإتمام كافة الإجراءات وتوقيع كافة المستندات اللازمة فى هذا الشأن وأمام كافة الجهات الإدارية ، وله الحق فى تفويض الغير فى كل أو بعض ما تقدم .

هذا وقد إنتهى الإجتماع حيث كانت الساعة الحادية عشر من صباح نفس اليوم .

| أمين سر الإجتماع | فارزا الأصوات | مراقب الحسابات | رئيس الإجتماع |

محمد بلال السيد على دباح

إقرار

أقر بأن المسطر بعالية صورة طبق الأصل من محضر اجتماع الجمعية العامة العادية لشركة المصنع العربى للحديد ش.م.م المنعقد بتاريخ ٢٠٠٠/٢/٥ كما هو مثبت بسجل محاضر الاجتماعات الموثق و بأننى مسئول مسئولية كاملة عن صحة ما ورد به وإنه لا مسئولية على مصلحة الشركات أو الحكومة قبل الشركة أو الغير عما ورد به.

ونيس مجلس الإدارة

محمد بلال السيد على دباح



المصنع : العاشر من رمضان القطعة رقم (٤) المنطقة الصناعية A3 الشريف
العنوان البريدى : ص.ب ١٥٥٩ المجاورة التاسعة – العاشر من رمضان
التليفونات : ٣٦١٧٥٩ – ٣٦١٧٥٦ – ٣٦١٧٠٦/٠١٥ ، فاكس : ٢٦١٦٩٩/٠١٥

رأس المال المرخص به : ٧٥٠٠٠٠٠ جنيه مصرى
سجل تجارى : ٥٥٦ العاشر من رمضان