# DEWEY BALLANTINE

**DB**

1 UNDERSHAFT
LONDON EC3A 8LP
TEL 0171 456-6000   FAX 0171 456-6001

**Facsimile Transmission**

From: Camille Abousleiman     Tel. No. 0171 456 6061
Date: February 17, 2000        Total pages, including cover sheet:

*If there is a problem with this transmission, please call 0171 456-6109.*

| Addressee | Fax No. | Tel No. |
|---|---|---|
| Lakah Group | | |
| Attn: Mr. Ramy Lakah | 00 20 2 417 6223 | |
| Mr. Mohamed Khadr | 00 202 417 4693 | |

**NEW YORK**
TEL: +1 212 259-8000
FAX: +1 212 259-6333

**WASHINGTON, D.C.**
TEL: +1 202 862-1000
FAX: +1 202 862-1093

**LOS ANGELES**
TEL: +1 213 626-3399
FAX: +1 213 625-0562

**LONDON**
TEL: +44 (0)171 456-6000
FAX: +44 (0)171 456-6001

**HONG KONG**
TEL: +852 2509-7000
FAX: +852 2509-7088

**BUDAPEST**
TEL: +36 1 374-2660
FAX: +36 1 374-2661

**PRAGUE**
TEL: +420 2 2494-9005
FAX: +420 2 2494-9010

**WARSAW**
TEL: +48 22 493-288
FAX: +48 22 498-023

**Message:** *Please see attached.*

The information contained in this telecopy message is confidential and is intended only for the exclusive use of the individual or entity named above and may contain information that is attorney work product, privileged, confidential or exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this message in error please immediately notify us by telephone (call collect) to arrange for its return. Thank you.

| Fax Operator: | User Number: 901189 |
|---|---|
| Transmission time: | Matter: 663524 |

FEB '00 13:16  FROM DEWEY BALLANTINE LDN3  TO 24#0020241762223#  PAGE.002/008

DEWEY BALLANTINE

# MEMORANDUM

TO: Lakah Holding
Attn: Mr. Ramy Lakah
Mr. Mohamed Khadr

FROM: Camille Abousleiman
Louise Roman Bernstein

DATE: February 17, 2000

RE: Sale of Steel Assets

---

      This memorandum follows up on extensive discussions yesterday with The Bank of New York and its New York counsel. We have prepared drafts of resolutions and certificates required by The Bank of New York pursuant to the terms of the Indenture in connection with the sale by ASF certain of its assets.

      There are two provisions of the terms and conditions of the Bonds and the Indenture which appear to be relevant to the transaction:

- Section 14(a) of the terms and its equivalent in the Indenture applies to a sale of "all or substantially all of [a Guarantor's] properties or assets". On the basis of information that you have provided to us that Arab Steel will, following the sale, maintain ownership of significant assets and properties in the form of the land, contract rights and other assets consisting of the East Port Said Project and your determination that the assets and properties to be sold do not constitute all or substantially all of Arab Steel's properties or assets, we have prepared a form of an officers' certificate to be executed by two directors of Lakah Holding.

- It appears that Section 13, which applies to all disposals of assets by any Guarantor, must be complied with. Section 13 includes certain exceptions, which permit disposals of assets subject to certain conditions without the consent of the Bondholders. In order to take advantage of the relevant exception, Lakah Holding must certify to the trustee that the consideration received upon the sale of assets is at Fair Market Value and consists of at least 75% cash, payable in full at closing. The certification must be accompanied by a resolution of the board of directors of Lakah Holding as to the determination of Fair Market Value. We have enclosed for your convenience a form of such a resolution.

Please note the following:

- As you are aware, Dewey Ballantine has represented the managers in the bond issue, and as such, cannot render advice to you regarding the matter at hand. Please consider this letter as representing our informal views, provided to you as a courtesy. However, those views have been discussed with The Bank of New York and its counsel. Although we can make no representation on

45

17/02 '00 THU 15:15 [TX/RX NO 5327] @002

behalf of The Bank of New York, we believe that there is a strong likelihood that it will accept the resolutions and certificates substantially as drafted. In any event, we suggest to provide them with a draft of the documents as soon as possible following your review of them and agreement as to their contents.

- In addition, Dewey Ballantine has not worked on the sale of the steel assets and has no knowledge of the actual terms of the sale. Accordingly, please review the attached documents carefully to make sure they conform with the facts as they have occurred and make the amendments which you deem appropriate.

We await to hear from you.

Best regards.