Gilbert A. Samberg (GS-2610)
Kevin N. Ainsworth (KA-8493)
MINTZ LEVIN COHN FERRIS
GLOVSKY AND POPEO, P.C.
Chrysler Center
666 Third Avenue
New York, New York 10017
(212) 935-3000
(212) 983-3115 (facsimile)

*Attorneys for Respondents-Cross-Petitioners*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/20/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- x
In the Matter of the Application of            )
                                                )
RAMY LAKAH and MICHEL LAKAH,                    )
                                                )
        Petitioners-Cross-Respondents,          )
                                                )
For a judgment pursuant to Article 75 of        )
the C.P.L.R. staying the arbitration            )
commenced by                                    )
                                                )
UBS AG, EXPORTERS INSURANCE                     )
COMPANY, LTD., ARAB BANKING                     )
CORPORATION, NATIONAL BANK OF                   )
ABU DHABI and NATIONAL BANK OF                  )
OMAN,                                           )
                                                )
        Respondents-Cross-Petitioners.          )
--------------------------------------------------------------- x

**MEMO ENDORSED**

07-CIV-2799 (MGC)(FM)

NOTICE OF MOTION FOR
ISSUANCE OF SUBPOENA TO
CARL BAKER PURSUANT TO
28 U.S.C. §1783

TO:  Lester Schwab Katz & Dwyer, LLP
     120 Broadway
     New York, NY 10271
     Attn: Lawrence Steckman, Esq.
            Dennis M. Rothman, Esq.
     Counsel for Petitioners

PLEASE TAKE NOTICE that, upon the Memorandum of Law in Support of the

Motion of Respondents-Cross-Petitioners for an Order Directing the Issuance of a

Subpoena to Carl Baker Pursuant to 28 U.S.C. §1783, the consent by Petitioners to this

*Motion denied as moot. For oral discussion, see record of proceedings. So ordered. March 18, 2008*

United States District Judge