Exhibit E

Case 1:07-cv-02799-MGC    Document 31-7    Filed 04/08/2008    Page 1 of 9

# DEWEY BALLANTINE

# DB

1 UNDERSHAFT
LONDON EC3A 8LP
TEL 0171 456-6000   FAX 0171 456-6001

**Facsimile Transmission**

| | | |
|---|---|---|
| From: | Camille Abousleiman | Tel. No. 0171 456 6061 |
| | Louise Roman Bernstein | Tel. No. 0171 456 6082 |
| Date: | February 18, 2000 | Total pages, including cover sheet: |

*If there is a problem with this transmission, please call 0171 456-6109.*

**NEW YORK**
TEL: +1 212 259-8000
FAX: +1 212 259-6333

**WASHINGTON, D.C.**
TEL: +1 202 862-1000
FAX: +1 202 862-1093

**LOS ANGELES**
TEL: +1 213 626-3399
FAX: +1 213 625-0562

**LONDON**
TEL: +44 (0)171 456-6000
FAX: +44 (0)171 456-6001

**HONG KONG**
TEL: +852 2509-7000
FAX: +852 2509-7088

**BUDAPEST**
TEL: +36 1 374-2660
FAX: +36 1 374-2661

**PRAGUE**
TEL: +420 2 2494-9005
FAX: +420 2 2494-9010

**WARSAW**
TEL: +48 22 493-288
FAX: +48 22 498-023

| Addressee | Fax No. | Tel No. |
|---|---|---|
| Mr. Trevor Blewer | 0171 322 7298 | |
| Mr. Tony Harvin | | |
| Emmet, Marvin & Martin, NY | 00 212 238 3100 | |
| Lakah Group | | |
| Mr. Ramy Lakah | 00 202 417 6223 | |
| Eng. Mohamed Khadr | | |
| | | |

**Message:**

*Please see attached.*

The information contained in this telecopy message is confidential and is intended only for the exclusive use of the individual or entity named above and may contain information that is attorney work product, privileged, confidential or exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this message in error please immediately notify us by telephone (call collect) to arrange for its return. Thank you.

| Fax Operator: | User Number: 901189 |
|---|---|
| Transmission time: | Matter: 663524 |

32143

DEWEY BALLANTINE

# MEMORANDUM

TO: Mr. Trevor Blewer
Tony Harvin, Esq.

CC: Mr. Ramy Lakah
Mr. Mohamed Khadr

FROM: Camille Abousleiman
Louise Roman Bernstein

DATE: February 18, 2000

RE: Lakah

---

We have been requested by Holding Company for Financial Investments (Lakah Group) S.A.E. (the "Parent Guarantor") to forward the attached materials to you, which consist of an officers' certificate and resolution of the Board of Directors of the Parent Guarantor in respect of the sale by Arab Steel Factory of certain of its assets. The English translation of the Board resolution has been prepared by Dewey Ballantine as a courtesy and we assume no responsibility for its accuracy.

Please let us know if you need anything further in connection with this matter. The Parent Guarantor has requested, in this respect, that you either confirm that no approval of the Bondholders is required for the consummation of the sale or that you withdraw, in writing, your previous letter indicating that such a consent may be required. During the next week, Camille Abousleiman can be reached at 011-44-467-815-599 and Louise Roman Bernstein can be reached at 011-44-171-456-6082 or 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-038-231; please feel free to call either one of us.

Best regards.

C.A.
L.R.B.



# LAKAH GROUP

4. The ASF Sale does not constitute a sale of "all or substantially all" of the assets of any Guarantor, including ASF or the Company, for purposes of Section 1005(f) of the Indenture or the corresponding Condition 14 of the Terms and Conditions of the Bonds, inasmuch as ASF will retain ownership of the East Port Said project more fully described in the Resolutions.

5. No event of Default or other event, which with notice or the passage of time or both could become an Event of Default, has occurred or will occur as a result of the ASF Sale.

Yours faithfully,

Name: Mr. Ramy Raymond Lakah
Title: Chairman and Co-Chief Executive Officer

Name: Mr. Michel Raymond Lakah
Title: Vice – Chairman and Co-Chief Executive Officer

68, Merghany St., Heliopolis P.O.Box 177 Heliopolis, Cairo – Egypt
Tel: (202) 4176224/5/6/7/8 Fax: (202) 4176223

الشركة القابضة للإستثمارات المالية

(ل.ك.ح جروب)

شركة مساهمة مصرية خاضعة لأحكام القانون (٩٥) لسنة ١٩٩٢

رأس المال المرخص به ٥٠٠٠٠٠٠٠٠ جنيه مصرى
رأس المال المصدر ١٩٩٨٨٠٠٠٠ جنيه مصرى
سجل تجارى : ٣١٨١٩٧ لسنة ١٩٩٨ – القاهرة
ترخيص الهيئة العامة لسوق المال رقم ( ٢٠٠ ) لسنة ١٩٩٨

(٣)

هذا وقد انتهى الاجتماع حيث كانت الساعة العاشرة والنصف من صباح نفس اليوم .

أمين السر                                    رئيس الاجتماع

إقرار

أقر بأن المسطر بعالية صورة طبق الأصل من محضر إجتماع مجلس إدارة الشركة القابضة للأستثمارات المالية ( ل.ك.ح جروب ) المنعقد بتاريخ ٢٠٠٠/٢/١٠ كما هو مثبت بسجل محاضر الاجتماعات الموثق وبأنني مسئول مسئولية كاملة عن صحة ما ورد به وله لا مسئولية على الهيئة العامة لسوق المال أو المحكمة قبل الشركة أو الغير عما ورد بها .

رئيس مجلس الإدارة

رامى ريمون ميشيل لكح

# الشركة القابضة للإستثمارات المالية
## (ل.ك.ح جروب)

شركة مساهمة مصرية خاضعة لأحكام القانون (٩٥) لسنة ١٩٩٢

رأس المال المرخص به ٥٠٠ ٠٠٠ ٠٠٠ جنيه مصرى
رأس المال المصدر ١ ٢٩٩ ٨٨٠ ٠٠٠ جنيه مصرى
سجل تجارى : ٣١٨٦٢٧ لسنة ١٩٦٨ - القاهرة
ترخيص الهيئة العامة لسوق المال رقم (٢٥٠) لسنة ١٩٩٨

(٢)

وقد أكد السيد / رئيس مجلس الإدارة أن الأصول المباعة سوف يتم تقدير قيمتها طبقاً لما سبق إيضاحه من مساواة هذه القيمة بالقيمة السوقية العادلة للأصول - كما أوضح سيادته أن العرض المقدم من الشركة المشترية التى تقدمت بعرض للشراء يجب صدور موافقة بنك القاهرة على هذا العرض كضمان لكامل قيمة السندات المصدرة من شركة المصنع العربي للحديد والمستحقة السداد عام ٢٠٠٥ م .

كما أوضح السيد / رئيس مجلس الإدارة أن شركة المصنع العربي للحديد ستظل محتفظة بتملكها لأسهم مشروع شرق التفريعة ببورسعيد والبالغ مساحته مليون متر مربع والمخصصة لإقامة مشروع الحديد الإسفنجى .

وقد قام السيد / رئيس مجلس الإدارة بتوزيع تقارير تقييم شركة المصنع العربي للحديد والمبين بها على وجه الدقة تقييم الأصول المباعة على كافة السادة أعضاء المجلس الحاضرين .

وبمناقشة المجلس لما عرضه عليهم السيد / رئيس مجلس الإدارة والعضو المنتدب بشأن بيع بعض الأصول والمقومات الخاصة بشركة المصنع العربي للحديد ش.م.م ، فقد تأكد للمجلس أن شركة مجموعة مصر للصلب ش.م.م قد تقدمت بعرض نهائى لشراء الأصول والمقومات المذكورة وأن قيمة الشراء الواردة بهذا العرض مساوية تماماً للقيمة السوقية العادلة للأصول والمقومات المراد شراؤها ، وبناء على ذلك وطبقاً لما ثبت للمجلس أصدر في نهاية اجتماعه القرارات الآتية :

**أولاً** : الموافقة نهائياً على عرض الشراء المقدم من شركة مجموعة مصر للصلب ش.م.م لشراء بعض أصول ومقومات شركة المصنع العربي للحديد ش.م.م .

**ثانياً** : أن يتم سداد القيمة المتفق عليها بين الطرفين - والمقدم بها عرض نهائى من المشترى - نقداً عند التوقيع على عقد البيع .

**ثالثاً** : احتفاظ شركة المصنع العربي للحديد بما يخصها من أسهم مملوكة لها في شركة المصنع العربي لمنتجات الصلب ومالك لمشروع المصنع المصري للحديد الإسفنجى بشرق التفريعة ببورسعيد .

**رابعاً** : تفويض السيد / الأستاذ رامى ريمون ميشيل لكح - رئيس مجلس الإدارة والعضو المنتدب للشركة القابضة للإستشارات المالية (ل.ك.ح جروب) ش.م.م ، (ولمساهم الرئيسى بشركة المصنع العربي للحديد ش.م.م) في التوقيع على عقد البيع المحرر بين شركة المصنع العربي للحديد ش.م.م وبين شركة مجموعة مصر للصلب ش.م.م ، وفى استلام قيمة البيع ، وفى التوقيع على كافة الإجراءات اللازمة لنقل ملكية الأصول المباعة إلى شركة مجموعة مصر للصلب ش.م.م .

الشركة القابضة للإستشارات المالية (ل.ك.ح جروب) ش.م.م
٦٨ شارع المعز على - مصر الجديدة - القاهرة
العنوان البريدى : ص.ب ٢٤٢ هليوبوليس
تليفونات : ٤١٧٦٢٢٤ - ٤١٧٦٢٢٥ - ٤١٧٦٢٢٦   فاكس : ٤١٧٦٢٢٣

18/02 '00 FRI 21:38  [TX/RX NO 5341]  @006

18 FEB '00 13:07   +202 4176223   PAGE.002

الشركة القابضة للإستثمارات المالية

(ل.كم جروب)

شركة مساهمة مصرية خاضعة لأحكام القانون (٩٥) لسنة ١٩٩٢

رأس المال المرخص به ٥٠٠٠٠٠٠٠٠ جنيه مصرى
رأس المال المصدر ٤١٩،٨٨٠،٠٠٠ جنيه مصرى
سجل تجارى: ٣١٨٦٩٧ لسنة ١٩٩٨ - القاهرة
ترخيص الهيئة العامة لسوق المال رقم (٢٥٠) لسنة ١٩٩٨

## محضر إجتماع مجلس إدارة
## الشركة القابضة للإستثمارات المالية (ل.كم جروب) ش.م.م
## المنعقد يوم الخميس الموافق ٢٠٠٠/٢/١٠

بناءً على الدعوة الموجهة من السيد / الأستاذ رامي ريمون ميشيل لكح رئيس مجلس إدارة الشركة القابضة للإستثمارات المالية (ل.ك.ح جروب) ش.م.م إلى السادة أعضاء مجلس الإدارة لحضور إجتماع مجلس الإدارة المقرر عقده بمقر الشركة الكائن فى ٦٨ شارع العريش - مصر الجديدة - القاهرة فى تمام الساعة التاسعة صباح يوم الخميس الموافق ٢٠٠٠/٢/١٠، وذلك لبحث الموضوعات الآتية:

الموافقة على بيع بعض أصول شركة المصنع العربى للحديد ش.م.م (إحدى الشركات التابعة للشركة القابضة للإستثمارات المالية ل.ك.ح جروب) على أن يتم تحديد قيمة البيع بالقيمة السوقية العادلة للأصول المباعة (وطبقاً لما سبق تحديده فى المذكرة المحررة فى ١٩٩٩/١٢/٨ من الشركة المصدرة وبعض الشركات التابعة للشركة القابضة ومنها شركة المصنع العربى للحديد كضمان، وبنك أوف نيويورك ترستى المودع لديه السندات المستحقة السداد فى عام ٢٠٠٤ م للشركة المصدرة والواقعة فى جزر British Virgin Islands.

وقد أنعقد المجلس فى الموعد والمكان المحدد له وحضر الإجتماع كل من السادة:

| | |
|---|---|
| ١- السيد / رامي ريمون ميشيل لكح | رئيس مجلس الإدارة والعضو المنتدب |
| ٢- السيد / ميشيل ريمون ميشيل لكح | نائب أول رئيس مجلس الإدارة |
| ٣- السيد / رامى مصطفى فضيل أوده باشا | نائب أول رئيس مجلس الإدارة |
| ٤- السيد / محمد على حمزة خضر | نائب أول رئيس مجلس الإدارة |
| ٥- السيد / عبد القادر محمد فريد | نائب رئيس مجلس الإدارة |
| ٦- السيد / مدحت صبحى ميخائيل | نائب رئيس مجلس الإدارة |
| ٧- السيد / إسماعيل صلاح عبدون | عضو مجلس الإدارة |

كما حضر الإجتماع السيد/ محمد سيد عبد الجليل أمين سر الجلسة.

وقد بدأ الإجتماع برئاسة السيد / رامي ريمون ميشيل لكح حيث أوضح سيادته أن شركة المصنع العربى للحديد ش.م.م وهى إحدى الشركات التابعة للشركة القابضة للإستثمارات المالية ل.ك.ح جروب قد قطعت شوطاً كبيراً فى المفاوضات الجادة التى يجريها مع شركة مجموعة مصر للصلب بشأن بيع بعض أصول المصنع والمتمثلة فى الأرض المقام عليها المصنع بالمنطقة الصناعية A3 بمدينة العاشر من رمضان وكذلك بعض المعدات والمنشآت الصناعية والإنشاءات المدنية المقامة على هذه الأرض.

Unofficial translation

HOLDING COMPANY FOR
FINANCIAL INVESTMENTS
(LAKAH GROUP), S.A.E.

MINUTES OF THE MEETING OF THE
BOARD OF DIRECTORS
HELD AT 9.00 AM ON THURSDAY FEBRUARY 10, 2000

Pursuant to a call by Mr. Ramy Raymond Michel Lakah, Chairman of Holding Company for Financial Investments (Lakah Group), S.A.E. (the "Company"), to the members of the Board of Directors to attend a meeting of the Board to be held at the offices of the Company located at 68, Merghany Street, Heliopolis, Cairo, Egypt, at 9:00 a.m. on February 10, 2000, with the following agenda:

To authorize the sale of certain assets of Arab Steel Factory S.A.E. ("ASF"), one of the subsidiaries of the Company, provided the purchase price for the sale be equal to the Fair Market Value (as defined in the Indenture dated December 8, 1999 among the issuer, certain subsidiaries of the Company, including ASF, as guarantors, and The Bank of New York, as trustee, pursuant to which the Bonds due 2004 of the issuer, which is located in the British Virgin Islands, were issued of the assets to be sold).

The Board of Directors met at the time and place specified and the following persons were present at the meeting:

| | | |
|---|---|---|
| 1. | Mr. Ramy Raymond Michel Lakah | Chairman |
| 2. | Mr. Michel Raymond Michel Lakah | First Vice – Chairman |
| 3. | Mr. Ramy Mustapha Fadel Oda Pacha | First Vice – Chairman |
| 4. | Mr. Mohamed Ali Hamza Khadr | First Vice – Chairman |
| 5. | Mr. Abed El-Kader Mohamed Farid | Vice – Chairman |
| 6. | Mr. Madhat Sobhi Michail | Vice – Chairman |
| 7. | Mr. Ismail Saleh Abdoun | Member |

In addition, Mr. Mohamed Said Abdel Jalil attended the Meeting and served as secretary.

The Meeting was chaired by Mr. Ramy Raymond Michel Lakah (the Chairman) who explained that ASF, one of the subsidiaries of the Company, held extensive negotiations with the Egyptian company for [unable to translate the full technical name of the company] for the purpose of selling certain assets of ASF consisting of the land on which its factory is built in industrial zone A3 in the 10th of Ramadan City, including certain equipment and improvements which are built on the property.

The Chairman confirmed that the assets to be sold will be valued in accordance with the preceding statements regarding their fair market value and the Chairman confirmed that any sale pursuant to the offer received from the purchaser is subject to approval of Banque du Caire as guarantor of the Bonds issued by ASF maturing in 2005.

The Chairman added that ASF will maintain its ownership of the shares relating to the East Port Said Project with a land area of approximately 1,000,000 square metres and which is dedicated for the development of an HBI project. The Chairman proceeded to distribute to the Board Members a valuation relating to ASF which showed with precise detail the values of the assets to be sold by ASF.

The Board Members discussed the matters submitted for discussion by the Chairman regarding the sale of certain assets of ASF, and thereafter confirmed that the purchaser made a final offer for the purchase of the assets to be sold, that the purchase price included in such offer is equal to the fair market value of the assets, and based on the foregoing, adopted the following resolutions:

1. RESOLVED, to grant final approval of the offer submitted by the purchaser [Egyptian company] for the purchase of certain assets of ASF.

2. RESOLVED, that the payment of the agreed amount between the parties, which is the subject of the final offer from the purchaser, be made in cash upon signature of the purchase contract.

3. RESOLVED, that ASF shall maintain ownership of its shares in ACIS, which is the owner of the project in East Port Said.

4. RESOLVED, to authorize the Chairman to execute the contract of sale between ASF and the purchaser, to receive the purchase price, and to take all other action for the transfer of ownership of the assets to the purchaser.

Thereafter the Meeting ended at 10.30 a.m.


Secretary
(Signature)

Chairman
(Signature)

## ACKNOWLEDGEMENT

I acknowledge that a copy of the Minutes of the Meeting of the Board of Directors of Holding Company for Financial Investments (Lakah Group), S.A.E. which took place on February 10, 2000 is included in the registry of the Minutes and that I am fully responsible for the accuracy of the contents therein and that no responsibility shall be attributed to the Capital Market Authority or the Government from the Company or any third party regarding those Minutes.

The Chairman of the Board


Ramy Ramond Michel Lakah
(Signature)

2

UK—38405.1