UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

RAMY LAKAH and MICHEL LAKAH,         :

               Plaintiffs,         :

                            **DISCOVERY ORDER**

    -against-         :

                            07 Civ. 2799 (MGC) (FM)

UBS, AG, et al.,         :

               Defendants.         :

-------------------------------------------------------------x

**FRANK MAAS,** United States Magistrate Judge.

       During a discovery conference on September 9, 2009, I reserved decision with respect to the defendants' application that the plaintiffs be required to execute authorizations for the release of any documents relating to them held by the Egyptian public prosecutor. The plaintiffs argued that this was neither what Judge Cedarbaum previously had directed nor what they had agreed to do.

       Having conferred with Judge Cedarbaum, I hereby ORDER that within ten days plaintiffs Ramy Lakah and Michel Lakah execute authorizations for the defendants' counsel to obtain from the Egyptian public prosecutor any documents not previously produced to them that relate to Ramy Lakah or Michel Lakah.

       SO ORDERED.

Dated:    New York, New York
              September 25, 2009

                                                    FRANK MAAS
                                        United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/25/09

Copies to:

Hon. Miriam G. Cedarbaum
United States District Judge

Lawrence A. Steckman, Esq.
Lester, Schwab, Katz & Dryer, LLP
(212) 267-5916        (fax)

Ronald C. Minkoff, Esq.
(212) 593-9175        (fax)

Gilbert A. Samberg, Esq.
Mintz Levin Cohn Ferris Glovsky & Popeo, PC
(212) 983-3115        (fax)

2