UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

RAMY LAKAH and MICHEL LAKAH, :

               Plaintiffs, : **ORDER**

   - against - : 07 Civ. 2799 (MGC)(FM)

UBS AG, et al., :

              Defendants. :

------------------------------------------------------------x

FRANK MAAS, United States Magistrate Judge.

     Pursuant to the conference held earlier today it is hereby ORDERED that a further conference shall be held on February 18, 2010, at 2 p.m. in Courtroom 20A, United States Courthouse, 500 Pearl Street, New York, New York 10007.

     SO ORDERED.

Dated:    New York, New York
          January 20, 2010

                                  FRANK MAAS
                        United States Magistrate Judge

Copies to:

Hon. Miriam Goldman Cedarbaum
United States District Judge

Lawrence A. Steckman, Esq.
Lester, Schwab, Katz and Dwyer LLP
Fax: (212) 267-5916

Ronald C. Minkoff, Esq.
Jeremy S. Goldman, Esq.
Frankfurt Kurnit Klein & Selz, P.C.
Fax: (212) 593-9175

Kevin N. Ainsworth, Esq.
David L. Barres, Esq.
Gilbert A. Samberg, Esq.
Mintz Levin Cohn Ferris Glovsky & Popeo, P.C.
Fax: (212) 983-3115