**LESTER SCHWAB KATZ & DWYER, LLP**
120 BROADWAY
NEW YORK N Y 10271-0071

**MEMO ENDORSED**

(212) 964-6611
FAX (212) 267-5916

LAWRENCE A. STECKMAN
Writer's Direct Dial (212) 341-4379
E-Mail: lsteckman@lskdnylaw.com

NEW JERSEY OFFICE
24 LACKAWANNA PLAZA
MILLBURN, N J 07041
(973) 912-9501

April 28, 2010

By fax to 212 805-6724

Hon. Frank Maas
United States District Court
500 Pearl Street, Rm. 740
New York, NY 10007

**APPLICATION GRANTED**
**SO ORDERED**

/s/ Frank Maas
Frank Maas, USMJ  4/28/10

Re: *Lakah v. UBS*, 07 CV 2799 (MGC) (FM)

Dear Judge Maas:

We represent Ramy Lakah. We are writing to request a short extension of the date for Mr. Murphy's deposition due to the disruption of his schedule as a result of the volcano in Europe. Mr. Murphy told us yesterday that the volcano has disrupted his business schedule, making the scheduled May 8 deposition unworkable. He proposed coming on the May 18 which would provide some additional time for the resumption of normal travel arrangements. We contacted respondents and advised them of same. They have advise that May 18th is workable for them. They have also told us that although they will not consent to the adjournment of Mr. Murphy's deposition, they likely will not oppose it. There is no prejudice. We respectfully request that the date for Mr. Murphy's deposition be rescheduled for May 18, 2010.

Respectfully submitted,

Lawrence A. Steckman

LAS/1405088

cc (by e-mail):
Ronald Minkoff, Esq.
Kevin Ainsworth, Esq.
Jeremy S. Goldman, Esq.
Gilbert Samberg, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/10