**FRANKFURT KURNIT KLEIN & SELZ** PC

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/10

488 Madison Avenue
New York, New York 10022
Telephone:   (212) 980-0120
Facsimile:    (212) 593-9175

Ronald C. Minkoff
Direct dial:   (212) 705-4837
e-mail:   rminkoff@fkks.com

May 13, 2010

**BY FACSIMILE (212) 805-6724**

Honorable Frank Maas
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

APPLICATION GRANTED
SO ORDERED

/s/ Frank Maas
Frank Maas, USMJ  5/13/10

Re:   *In re Ramy Lakah, et al v. UBS, et al.*, 07-CV-2799 (MGC) (FM)

Dear Judge Maas:

We are the attorneys for Michel Lakah. We write this letter to request one additional day to submit our letter regarding Respondents' request for additional information from various Egyptian banks, under the condition that we will not read the letter submitted by Respondents. Mr. Steckman joins in this application.

I was intending to write the letter because Mr. Goldman is unavailable. Due to a calendaring mistake, I was under the impression that the letter was due tomorrow, Friday, March 14, 2010, rather than today. That date was put into my calendar and, frankly, I also recall the Court saying the letter would be due on Friday, and that the subsequent conference call would be on Monday, March 17, 2010. (Mr. Steckman informs me that he was under the same impression.) When I received Mr. Ainsworth's letter of today's date, I looked back at my notes and saw that the due date was March 13 rather than March 14.

Mr. Steckman and I sincerely apologize for this mistake, and respectfully request that we be permitted to submit our letters, if any, by tomorrow at 4:00 p.m. We both give our word as officers of the Court that neither we, our clients, our co-counsel nor anyone else in our office will read Mr. Ainsworth's letter before we submit our own.

Very truly yours,

Ronald C. Minkoff

cc:   Lawrence Steckman, Esq. (By email)
      Kevin Ainsworth, Esq. (By email)

FKKS: 400011.v1

18439.200