# LESTER SCHWAB KATZ & DWYER, LLP
120 BROADWAY
NEW YORK, N.Y. 10271-0071
(212) 964-6611
FAX (212) 267 5916

**MEMO ENDORSED**

LAWRENCE A. STECKMAN
Writer's Direct Dial: (212) 341-4379
E-Mail: lsteckman@lskdnylaw.com

NEW JERSEY OFFICE
24 LACKAWANNA PLAZA
MILLBURN, N J 07041
(973) 912-9501

May 28, 2010

*Approved.*

*It would also be helpful to respond to the allegation that, contrary to my instructions, Ramy Lakah met with the bank without counsel from el Kamel and tendered no documents in the presence of an attorney from el Kamel.*
*/s/ Maas, USMJ, 6/1/10*

By fax to 212 805-6724

Hon. Frank Maas
United States District Court
500 Pearl Street, Rm. 740
New York, NY 10007

Re:   *Lakah v. UBS*, 07 CV 2799 (MGC) (FM)

Dear Judge Maas:

    We represent petitioner Ramy Lakah.  We will reply to respondents' letter and declaration of May 23, 2010, but I will be in California on business for several days and Mr. Lakah has been unavailable.  We ask, therefore, that we be permitted to submit our reply by June 8.  Respondents seem to be saying that Mr. Lakah is trying to induce Bank Misr to resist producing documents to respondents by calling respondents' lawyers an "'Israeli' law firm," and they assert that Mr. Lakah did not obey the court's instruction.  We deny both contentions and will show respondents' errors in our reply.

Respectfully,

Lawrence A. Steckman

cc (e-mail):

Ronald Minkoff, Esq.
Kevin Ainsworth, Esq.
Jeremy S. Goldman, Esq.
Gilbert Samberg, Esq.

1423717v3/574-6178

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/1/10