# SCHRADER & SCHOENBERG, LLP
### ATTORNEYS AT LAW
711 THIRD AVENUE, SUITE 1803
NEW YORK, NEW YORK 10017

(212) 986-4888 • (973) 313-0600
FAX (212) 986-4228

DAVID A. SCHRADER *
BRUCE A. SCHOENBERG *

BENJAMIN SUESS *

* ADMITTED IN N.Y. AND N.J.

**MEMO ENDORSED**

September 8, 2014

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/9/14
```

**BY FEDERAL EXPRESS (WITH ENCLOSURES)
AND ECF (WITHOUT ENCLOSURES)**

Hon. Miriam Goldman Cedarbaum
United States District Judge
Southern District of New York
U.S. Courthouse, Rm. 1330
500 Pearl Street
New York, New York 10007

Re:   *In re Ramy Lakah, et al. v. UBS, et al.*, 07 Civ. 2799 (MGC) (FM)

Dear Judge Cedarbaum:

This firm represents petitioners Ramy Lakah and Michel Lakah in the above-referenced matter.

Enclosed please find courtesy copies of Petitioners' Memorandum of Law in Opposition to Respondents' Motion to Give Collateral Estoppel Effect to an Arbitration Award, together with the supporting Declaration of Bruce A. Schoenberg and the exhibits thereto.

By this letter, Petitioners respectfully request permission to file these papers under seal, as they contain confidential medical and psychiatric information pertaining to petitioner Ramy Lakah, and that Respondents also be directed to file any reply papers referring to such information under seal.

Respectfully submitted,

*/s/ Bruce A. Schoenberg*
Bruce A. Schoenberg

cc:  Gil Samberg, Esq.
     Kevin Ainsworth, Esq.
     (By Federal Express and Email w/encl.)

*Request denied,
So ordered, September 9, 2014
s/
United States District Judge*