```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
RAMY LAKAH and MICHEL LAKAH,

                Petitioners,           OPINION

        -against-                      07 Civ. 2799 (MGC)


UBS AG, EXPORTERS INSURANCE
COMPANY, LTD., ARAB BANKING
CORPORATION, NATIONAL BANK OF ABU
DHABI, and NATIONAL BANK OF OMAN,

                Respondents.

-----------------------------------X

APPEARANCES:

        SCHRADER & SCHOENBERG, LLP
        Attorneys for Petitioners
        711 Third Avenue, Ste. 1803
        New York, NY 10017

        By:  Bruce A. Schoenberg, Esq.

        MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
        Attorneys for Respondents
        666 Third Avenue, 25th Floor
        New York, New York 10017

        By:  Gilbert A. Samberg, Esq.
             Kevin N. Ainsworth, Esq.
             David L. Barres, Esq.
```

**Cedarbaum, J.**

Respondents UBS AG, Exporters Insurance Co., Ltd., Arab Banking Corp., National Bank of Abu Dhabi, and National Bank of Oman move for reconsideration of my October 30, 2014 Order denying Respondents' motion to give collateral estoppel effect to the Arbitration Award.

It is well-established that the standard for granting a motion for reconsideration is "strict"; such a motion "will generally be denied unless the moving party can point to controlling decisions or data that the court overlooked—matters, in other words, that might reasonably be expected to alter the conclusion reached by the court."  Shrader v. CSX Transp., Inc., 70 F.3d 255, 257 (2d Cir. 1995). Respondents' motion has presented no material not previously covered in the extensive briefing and attendant oral arguments on their motion to grant collateral estoppel.

Therefore, the motion for reconsideration is denied.

SO ORDERED.

Dated:    New York, New York
          November 18, 2014

                                        s/_____
                                            MIRIAM GOLDMAN CEDARBAUM
                                            United States District Judge