USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
RAMY LAKAH and MICHEL LAKAH,

                Petitioners,        ORDER

      -against-                07 Civ. 2799 (MGC)

UBS AG, EXPORTERS INSURANCE COMPANY,
LTD., ARAB BANKING CORPORATION,
NATIONAL BANK OF ABU DHABI, and
NATIONAL BANK OF OMAN,

                Respondents.

----------------------------------X

**Cedarbaum, J.**

     Petitioners Ramy and Michel Lakah (hereinafter "Petitioners") move for reversal of Magistrate Judge Maas's February 11, 2015 rulings on the record. Magistrate Judge Maas's rulings denied three of the four motions collectively put forth by Petitioners in their Second Motion in Limine. Petitioners first argue that Magistrate Judge Maas should have confined his judgment to the issue of whether to preclude Respondents UBS AG, Exporters Insurance Co., Ltd., Arab Banking Corp., National Bank of Abu Dhabi, and National Bank of Oman (hereinafter "Respondents") from calling Mr. Al Bardai as a witness at trial. However, as shown in the Order of Reference, the entire Second Motion in Limine was referred to Magistrate Judge Maas for adjudication. Therefore, Petitioners' claim that Magistrate Judge Maas exceeded the scope of his authority by ruling on multiple parts of the motion, is incorrect.

Petitioners' additional arguments in support of their motion to reverse Magistrate Judge Maas's rulings are merely a rehashing of the same arguments presented in the briefing on the motion in limine. According to Fed. R. Civ. P. 72(a), where there is an objection to a magistrate judge's ruling on a non-dispositive matter, the district judge should modify or set aside the ruling if it is "clearly erroneous or is contrary to law." "Reversal is warranted only if the reviewing court is left with the definite and firm conviction that a mistake has been committed . . . . Consequently, parties seeking to overturn the Magistrate's discovery rulings bear a heavy burden." Highland Capital Management, L.P. v. Schneider 551 F. Supp. 2d 173, 177 (S.D.N.Y. 2008) (internal quotation omitted). Petitioners' objections do not provide any reason to find that Magistrate Judge Maas's ruling is either erroneous or contrary to the law.

Therefore, Petitioners' motion for reversal of Magistrate Judge Maas's decision is denied.

SO ORDERED.

Dated:   New York, New York
         April 16, 2015

S/
_____
MIRIAM GOLDMAN CEDARBAUM
United States District Judge

2