

**Bruce A. Schoenberg**
Partner
NY & NJ Bars
Email: bschoenberg@moritthock.com

January 6, 2016

**BY ECF**

Hon. Loretta A. Preska
Chief United States District Judge
Southern District of New York
United States Court House
500 Pearl Street
New York, New York 1007-1312

    Re: <u>In re Ramy Lakah et al v. UBS AG, et al. No. 07 Civ. 2799(LAP)(FM)</u>

Dear Judge Preska:

    This firm represents Petitioners Ramy and Michel Lakah in the above-referenced matter.

    Petitioners respectfully request a slight modification of the briefing schedule for Respondents' motions in limine to preclude the testimony of Maye Kassem, Don Capelin and Sherif Nour, which was "So Ordered" by the Court.

    Respondents' motion relating to Mr. Nour was filed on December 23, immediately before Christmas. Mr. Nour has been travelling in China over the Christmas and New Year's holidays, and has been unreachable. I have recently learned that he will be returning to Egypt on January 9, 2016.

    I therefore request that the deadline for Petitioners to respond to their motion relating to Mr. Nour be extended to January 13, 2016 to give me an opportunity to confer with Mr. Nour regarding the motion. We will, of course, give a corresponding extension to Respondents to file

their reply brief until January 20, 2016.

                                                          Respectfully submitted,

                                                          Bruce A. Schoenberg

cc:    Gilbert Samberg, Esq.
        Kevin Ainsworth, Esq.
        Nathaniel Marmur, Esq.
        (By ECF)

848909v1

450 Seventh Avenue, Suite 1504, New York, New York 10123 | P: 212 239 2000 | P: 646.688.6095 | F: 646.688.6096
www.moritthock.com