# MINTZ LEVIN

Chrysler Center
666 Third Avenue
New York, NY 10017
212-935-3000
212-983-3115 fax
www.mintz.com

Kevin N. Ainsworth | 212 692 6745 | kainsworth@mintz.com

February 5, 2016

**VIA ECF**

Honorable Loretta A. Preska
Chief U.S. District Judge
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   Lakah, et ano. v. UBS AG, et al., No. 07 Civ. 2799 (LAP)(FM) / Briefing Schedule re Application to Preclude the Lakahs from Raising Arguments at Trial that They Disclaimed on the Record (ECF No. 361)

Dear Judge Preska:

On behalf of Respondents UBS AG, National Bank of Abu Dhabi, National Bank of Oman, and Island Capital Ltd. (f/k/a Exporters Insurance Company) (collectively, "Bondholders"), we submit this letter to inform the Court of the agreed briefing schedule for the Bondholders' referenced motion (ECF No. 361).

   Bondholders to file their motion on or before Feb. 4, 2016;

   Lakahs to file their opposition on or before Feb. 14, 2016;

   Bondholders to file their reply on or before Feb. 19, 2016.

Respectfully,

 s/ Kevin N. Ainsworth

Kevin N. Ainsworth

cc:   Morritt, Hock & Hamroff
       Attn:   Bruce Schoenberg, Esq.
               David Schrader, Esq.
       Nathaniel Marmur, Esq.
       Chetan Patil, Esq.

**Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.**

BOSTON | LONDON | LOS ANGELES | NEW YORK | SAN DIEGO | SAN FRANCISCO | STAMFORD | WASHINGTON