

## Moritt Hock & Hamroff LLP
ATTORNEYS AT LAW

**Bruce A. Schoenberg**
Partner
NY & NJ Bars
Email: bschoenberg@moritthock.com

February 8, 2016

**BY ECF**

Hon. Loretta A. Preska
Chief United States District Judge
Southern District of New York
United States Court House
500 Pearl Street
New York, New York 1007-1312

      Re:    <u>In re Ramy Lakah et al v. UBS AG, et al. No. 07 Civ. 2799(LAP)(FM)</u>

Dear Judge Preska:

      This firm represents Petitioners Ramy and Michel Lakah in the above-referenced matter.

      Petitioners are writing to request a short adjournment of the trial of this matter to permit Ramy Lakah to appear for trial and to testify on his own behalf. As I informed the Court in November, when the March 14 trial date was set, Mr. Lakah originally applied for a visa to come to the United States for trial on November 24, 2014. In January 2016, I confirmed with the U.S. Embassy in Cairo that Mr. Lakah's application was still pending without decision, and I was informed that they were unable to provide me with any additional information regarding when any action might be taken.

      After writing several urgent letters to the U.S. Consulate in Cairo stressing the upcoming trial date and the need for Mr. Lakah to come to the United States not later than March 1, 2016 to meet with his counsel, and reaching out to U.S. State Department employees in the United States, I was informed by Mr. Lakah this morning that he has finally been granted a visa interview on March 17, 2016 – shortly after the scheduled commencement of the trial. I am

informed that a decision on Mr. Lakah's visa application can normally be expected within ten days or two weeks after the visa interview, or by April 1.

I therefore respectfully request that the upcoming trial date be adjourned until at least May 1, 2016, to allow Mr. Lakah to obtain a visa and to come to the United States to meet with his counsel and to attend trial. In the alternative, if Mr. Lakah's visa application is denied, we request leave to introduce Mr. Lakah's testimony by video link from Egypt or a third country having suitable video conferencing facilities.

Respectfully submitted,

Bruce A. Schoenberg

Cc:  Gil Samberg, Esq.
     Kevin Ainsworth, Esq.
     Nathan Marmur, Esq.
     (All by ECF)