UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
Lakah, et al.,                      :
                                    :   07 CV 2799 (LAP)
              Plaintiff(s),         :
                                    :   ORDER
        -against-                   :
                                    :
UBS AG, et al.,                     :
                                    :
              Defendant(s).         :
                                    :
------------------------------------x

LORETTA A. PRESKA, Senior United States District Judge:

       Counsel shall confer and inform Judge Preska by letter no later than September 27, 2023 of the status of the action/remaining claims/defendants.

SO ORDERED.

_____
LORETTA A. PRESKA,
Senior U.S.D.J.

Dated: 9/21/23
New York, New York