UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
Latah et al.,
                    Plaintiff(s),     :    07 cv 2799 (LAP)

        -against-                          ORDER

UBS AG et al.
                    Defendant(s).
------------------------------------x

LORETTA A. PRESKA, Senior United States District Judge:

       Counsel shall confer and inform Judge Preska by letter no later than March 26, 2024 of the status of the action/remaining claims/defendants.

SO ORDERED.

*Loretta A. Preska*

LORETTA A. PRESKA,

Senior U.S.D.J.

Dated: 3/19/24
New York, New York