UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

RAMY LAKAH and MICHEL LAKAH,

                Petitioners,              07 **CIVIL** 2799 (LAP)

    -against-                        **JUDGMENT**

UBS AG, et al.,

                Respondents.

------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 22, 2024, and under the strong presumption in favor of enforcing an arbitration award, Petitioner's First Petition (dkt. no. 505) is DENIED, Respondent's Cross-Motion confirming the November 2018 award (dkt. no. 519) is GRANTED, and Petitioner's Second Petition (dkt. no. 525) is DENIED.

**Dated**: New York, New York
         October 23, 2024

                                                                 **DANIEL ORTIZ**
                                                           **Acting Clerk of Court**

                              **BY:** _____
                                                            **Deputy Clerk**